UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND, INC., BLACK VOTERS MATTER FUND, INC., FLORIDA ALLIANCE FOR RETIRED AMERICANS, INC., CECILE SCOON, DR. ROBERT BRIGHAM, and ALAN MADISON,<br><br>    Plaintiffs,<br><br>v.<br><br>LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al.<br><br>    Defendants. | Case No. 4:21-cv-00186 |

## **PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiffs League of Women Voters of Florida, Inc., League of Women Voters of Florida Education Fund, Inc., Black Voters Matter Fund, Inc., Florida Alliance for Retired Americans, Inc., Cecile Scoon, Dr. Robert Brigham, and Alan Madison, by and through their undersigned counsel, hereby submit the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. League of Women Voters of Florida, Inc. has no parent corporation, nor does a publicly held company own any interest in it;

2. League of Women Voters of Florida Education Fund, Inc. has no parent corporation, nor does a publicly held company own any interest in it;

3. Black Voters Matter Fund, Inc. has no parent corporation, nor does a publicly held company own any interest in it; and

4. Florida Alliance for Retired Americans, Inc. has no parent corporation, nor does a publicly held company own any interest in it.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Thomas A. Zehnder
Florida Bar No. 0063274
King, Blackwell, Zehnder & Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
tzehnder@kbzwlaw.com

Marc E. Elias
Aria C. Branch*
Lalitha D. Madduri*
Christina A. Ford
Perkins Coie, LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
abranch@perkinscoie.com
lmadduri@perkinscoie.com
christinaford@perkinscoie.com

*Admitted Pro Hac Vice*

*Counsel for Plaintiffs*