UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al., *Plaintiffs*, v. LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al., *Defendants*, REPUBLICAN NATIONAL COMMITTEE and NATIONAL REPUBLICAN SENATORIAL COMMITTEE, *Proposed Intervenor-Defendants.* | No. 4:21-cv-186-MW-MAF |

**MOTION TO INTERVENE**

Movants—the Republican National Committee and National Republican Senatorial Committee—seek to intervene as defendants in this case. Attached is a memorandum of law that explains why Movants are entitled to intervention as of right under Rule 24(a)(2) and to permissive intervention under Rule 24(b). For all those reasons, Movants respectfully ask the Court to grant this motion. Defendants Lee, Barton, Anderson, and Cowles have no objection to Movants' intervention. Plaintiffs oppose. Defendants Latimer, Scott, Lenhart, Ogg, Chambless, Davis, Arrington, Earley, Griffin, and Edwards take no position. No response was received from Defendant Hogan. The other Defendants have not yet appeared.

Dated: May 20, 2021

Tyler Green*
Cameron T. Norris*
Steven C. Begakis*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

Respectfully submitted,

/s/ Daniel E. Nordby
Daniel E. Nordby
Fla. Bar No. 14588
Benjamin J. Gibson
Fla. Bar No. 58661
George N. Meros, Jr.
Fla. Bar No. 263321
Amber Stoner Nunnally
Fla. Bar No. 109281
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
dnordby@shutts.com
bgibson@shutts.com
gmeros@shutts.com
anunnally@shutts.com
mmontanaro@shutts.com

*pro hac vice forthcoming

*Counsel for Proposed Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee*

1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(B)

Counsel for Movants conferred with counsel for Plaintiffs, as well as the Defendants who have entered appearances, regarding this motion. Plaintiffs oppose the motion and intend to file an opposition. Defendants Lee, Barton, Anderson, and Cowles have no objection to Movants' intervention. Defendants Latimer, Scott, Lenhart, Ogg, Chambless, Davis, Arrington, Earley, Griffin, and Edwards take no position. No response was received from Defendant Hogan. The other Defendants have not yet entered appearances.

/s/ Daniel E. Nordby

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, I electronically filed this document with the Clerk of the Court by using the CM/ECF system, which will serve all parties whose counsel have entered appearances.

/s/ Daniel E. Nordby