UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al.,<br>*Plaintiffs*,<br><br>v.<br><br>LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al.,<br>*Defendants*,<br><br>REPUBLICAN NATIONAL COMMITTEE and NATIONAL REPUBLICAN SENATORIAL COMMITTEE,<br>*Proposed Intervenor-Defendants*. | No. 4:21-cv-186-MW-MAF |

**MOTION FOR CAMERON T. NORRIS TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING ON BEHALF OF INTERVENOR-DEFENDANTS REPUBLICAN ORGANIZATIONS**

Pursuant to Local Rule 11.1(C) of the United States District Court for the Northern District of Florida, Intervenor-Defendants, the Republican National Committee ("RNC") and the National Republican Senatorial Committee (NRSC), collectively "Republican Party Organizations", and their undersigned counsel respectfully request that the Court enter an Order admitting Cameron T. Norris of the law firm Consovoy McCarthy PLLC, 1600 Wilson Blvd., Suite 700, Arlington, VA 22209, (703) 243-9423, cam@consovoymccarthy.com, to appear *pro hac vice* as co-counsel on behalf of Republican Party Organizations in the above-styled case only, and pursuant

1

to Rule 2B of the Court's CM/ECF Administrative Procedures, to permit Cameron T. Norris to receive notice of electronic filings in this case. In support of their request, Republican Party Organizations and their undersigned counsel state:

1. Mr. Norris is a partner with the law firm of Consovoy McCarthy PLLC, 1600 Wilson Blvd., Suite 700, Arlington, VA 22209, (703) 243-9423.

2. Mr. Norris is not admitted to practice in the Northern District of Florida and is an active member in good standing of the Tennessee State Bar. He has never been the subject of any professional disciplinary proceeding.

3. Mr. Norris is not a resident of the State of Florida and has not abused the privilege of special appearance by frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a general practice of law in the State of Florida or before the Courts of this District.

4. Mr. Norris certifies that he will comply with the requirements of Local Rule 11.1(C) and that, in connection with the filing of this motion, he has submitted a Certificate of Good Standing of the Tennessee Bar attached hereto as **Exhibit A** and has made payment – or within the next three (3) business days shall submit payment to the Clerk of the Court – of this Court's $201.00 admission fee.

5. Mr. Norris certifies that he complied with the requirements of Local Rule 11.1(E) by completing the Attorney Admission Tutorial and exam on May 14, 2021 and was subsequently issued electronic confirmation number is FLND16210190674411.

6. Mr. Norris certifies that he has completed the online CM/ECF Tutorial.

7. Mr. Norris certifies that he maintains an upgraded PACER account.

8. Mr. Norris hereby respectfully requests that the Court provide notice of electronic filings to Mr. Norris at the following email address: cam@consovoymccarthy.com.

9. Based on the foregoing, Mr. Norris should be admitted to appear *pro hac vice* as counsel on behalf of Republican Party Organizations.

**WHEREFORE**, Republican Party Organizations and their designated undersigned counsel, Cameron T. Norris, respectfully request that the Court enter an Order admitting Cameron T. Norris to appear *pro hac vice* as counsel on behalf of Republican Party Organizations for all purposes relating to the proceedings in the above-styled matter and directing the Clerk of the Court to provide notice of electronic filings to Cameron T. Norris at cam@consovoymccarthy.com

## **LOCAL RULE 7.1(B) CERTIFICATION**

Counsel for Movants conferred with counsel for Plaintiffs, as well as the Defendants who have entered appearances, regarding this motion. Plaintiffs and Defendants Lee, Barton, Anderson, Marcus, Hogan, and Cowles have no objection to Movants' intervention. Defendants Scott, Chambless, Negley, Sanchez, Hanlon, Bishop, Ogg, Earley, Driggers, Davis, Arrington, Griffin, Latimer, and Edwards take no position. The other Defendants have not yet entered appearances.

Dated: May 21, 2021

Cameron T. Norris
Tenn. Bar No. 33467
Tyler Green*
Utah Bar No. 10660
Steven C. Begakis*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

Respectfully submitted,

  /s/ Daniel E. Nordby
Daniel E. Nordby
Fla. Bar No. 14588
Benjamin J. Gibson
Fla. Bar No. 58661
George N. Meros, Jr.
Fla. Bar No. 263321
Amber Stoner Nunnally
Fla. Bar No. 109281
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
dnordby@shutts.com
bgibson@shutts.com
gmeros@shutts.com
anunnally@shutts.com
mmontanaro@shutts.com

*pro hac vice forthcoming

*Counsel for Proposed Intervenor-Defendants Republican National Committee
and National Republican Senatorial Committee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

  /s/ Daniel E. Nordby
Daniel E. Nordby