UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al., <br><br> Defendants. | Case Nos.: 4:21-cv-186-MW/MAF <br> 4:21-cv-187-MW/MAF <br> 4:21-cv-242-MW/MAF |

## JOINT MOTION TO ENTER PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 7(b)(1), Plaintiffs League of Women Voters of Florida, Inc., League of Women Voters of Florida Education Fund, Inc., Black Voters Matter Fund, Inc., Florida Alliance for Retired Americans, Inc., Cecile Scoon, Dr. Robert Brigham, and Alan Madison (the "League Plaintiffs"); Plaintiffs Florida Conference of Branches and Youth Units of the NAACP, Disability Rights Florida, and Common Cause (the "NAACP Plaintiffs"); Plaintiffs Harriet Tubman Freedom Fighters, Corp. and Head Count, Inc. (the "Harriet Tubman Plaintiffs"), and all 67 Florida counties' Supervisors of Elections, in their official capacities as supervisors of elections (the "Supervisors") hereby submit this Joint Motion to Enter the Joint Stipulation and Protective Order attached hereto as **Exhibit A** (the "Joint Protective Order").

Undersigned counsel for the League Plaintiffs, NAACP Plaintiffs, Harriet Tubman Plaintiffs, and Supervisors have conferred and agreed to the relief provided in the Joint Protective Order and respectfully request that the Court enter the Order.

Respectfully submitted this 30th day of June, 2021.

<div style="display: flex;">

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Thomas A. Zehnder
Florida Bar No. 0063274
King, Blackwell, Zehnder & Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
fwermuth@kbzwlaw.com
tzehnder@kbzwlaw.com

Marc E. Elias
Aria C. Branch*
Lalitha D. Madduri*
Christina A. Ford
Perkins Coie, LLP
700 Thirteenth Street, N.W., Ste. 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
melias@perkinscoie.com
abranch@perkinscoie.com
lmadduri@perkinscoie.com
christinaford@perkinscoie.com
*Admitted Pro Hac Vice
*Counsel for the League Plaintiffs*

/s/ Nancy G. Abudu
Nancy G. Abudu
Florida Bar No. 111881
Emma C. Bellamy*
Southern Poverty Law Center
P.O. Box 1287
Decatur, Ga 30031-1287
Telephone: 404-521-6700
Fax: 404-221-5857
nancy.abudu@splcenter.org
emma.bellamy@splcenter.org

Michelle Kanter Cohen**
Jon Sherman**
Cecilia Aguilera*
Fair Elections Center
1825 K Street NW, Suite 450
Washington, DC 20006
Telephone: 202-331-0114
mkantercohen@fairelectionscenter.org
jsherman@fairelectionscenter.org
caguilera@fairelectionscenter.org

*Attorneys for Plaintiffs Harriet Tubman Freedom Fighters, Corp. and Head Count, Inc.*

</div>

2

/s/ Amia Trigg
Amia Trigg**
Mahogane D. Reed**
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street NW, Ste. 600
Washington, DC 20005
Telephone: 202-682-1300
atrigg@naacpldf.org

Nellie L. King
Florida Bar No. 0099562
Law Offices of Nellie L. King, P.A.
319 Clematis Street, Suite 107
West Palm Beach, FL 33401
Telephone: 561-833-1084
Nellie@CriminalDefenseFla.com

Robert D. Fram*
Covington & Burling LLP
415 Mission Street
San Francisco, CA 94105
Telephone: 415-591-7025
rfram@cov.com

Benjamin L. Cavataro
Florida Bar No. 113534
Jad H. Khazem
Florida Bar No. 124408
Virginia A. Williamson**
Morgan E. Saunders*
Covington & Burling LLP 850 Tenth Street, N.W. Washington, DC 20001
Telephone: 202-662-5693

/s/ Susan Erdelyi
Susan Erdelyi
Florida Bar No. 0648965
Marks Gray, P.A.
1200 Riverplace Blvd, Ste. 800
Jacksonville, FL 32207
Telephone: 904-807-2126
sse@marksgray.com

*Counsel for Defendants Christopher Milton, Mark Anderson, Amanda Seyfang, Sharon Chason, Tomi S. Brown, Starlet Cannon, Heather Riley, Shirley Knight, Laura Hutto, Carol Dunaway, Travis Hart, Grant Conyers, Janet Adkins, Charles Overturf, Tappie Villane, Vicky Oakes, William Keen, Jennifer Musgrove, Dana Southerland, Deborah Osborne, Joseph Morgan, Bobby Beasley and Carol Rudd*

3

bcavataro@cov.com

P. Benjamin Duke*
Shira M. Poliak**
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018 212-841-1270
pbduke@cov.com

Michael Pernick*
Morenike Fajana*
NAACP Legal Defense &
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: 212-965-2200
mfajana@naacpldf.org


*Admitted Pro Hac Vice
** Motions for admission *pro hac vice* forthcoming

*Counsel for Plaintiffs Florida State Conference of the NAACP, Common Cause, and Disability Rights Florida*

| /s/ Frank M. Mari | /s/ Ronald A. Labasky |
|---|---|
| Frank M. Mari | Ronald A. Labasky |
| Florida Bar No. 93243 | Florida Bar No. 206326 |
| Bell & Roper PA | Brewton Plante PA 215 S. Monroe Street, Ste. 825 |
| 2707 E. Jefferson St. | Tallahassee, FL 32301 |
| Orlando, FL 32803 | Telephone: 850-222-7718 |

4

Telephone: 407-897-5150
fmari@bellroperlaw.com

*Counsel for Defendants Mark Negley, Connie Sanchez, John Hanlon, Marty Bishop, Heath Driggers, Lori Scott, Kaiti Lenhart, and Penny Ogg*

rlabasky@bplawfirm.net

John T. LaVia
Florida Bar No. 853666
Gardner, Bist, Bowden, Bush, Dee, Lavia & Wright, P.A.
1300 Thomaswood Drive
Tallahassee, FL 32308
jlavia@gbwlegal.com
Telephone: 850-385-0070

*Counsel for Defendants Chris H. Chambless, Vicki Davis, Mary Jane Arrington, Gertrude Walker and Lori Edwards*

/s/ Andy V. Bardos
Andy V. Bardos
Florida Bar No. 822671
GrayRobinson PA
301 S. Bronough St, Ste. 600
Tallahassee, FL 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com

*Counsel for Defendant Jennifer J. Edwards, Leslie Swan, Alan Hays, Tommy Doyle, Michael Bennett, Wesley Wilcox, Joyce Griffin, Brian Corley and Christopher Anderson*

/s/ Stephen M. Todd
Stephen M. Todd
Florida Bar No. 0886203
Office of The County Attorney
601 E. Kennedy Blvd., 27th Floor
Tampa, FL 33602
Telephone: 813-272-5670
todds@hillsboroughcounty.org

*Counsel for Defendant Craig Latimer*

5

/s/ Jon A. Jouben
Jon A. Jouben
Florida Bar No. 149561
Hernando County
20 N. Main Street, Ste. 462
Brookesville, FL 34601-2850
Telephone: 351-754-4122
jjouben@co.hernando.fl.us

*Counsel for Defendant Shirley Anderson*

/s/ Kia M. Johnson
Kia M. Johnson
Florida Bar No. 124746
Escambia County Attorneys Office
221 Palafox Place, Ste. 430
Pensacola, FL 32502
Telephone: 850-595-4970
kmjohnson@myescambia.com

*Counsel for Defendant David H. Stafford*

/s/ Dale Scott
Dale Scott
Florida Bar No. 568821
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, Florida 32803
dscott@bellroperlaw.com
Telephone: 407-897-5150

/s/ Kelly L. Vicari
Kelly L. Vicari
Florida Bar No. 88704
Pinellas County Attorney's Office
315 Court Street, 6th Floor
Clearwater, FL 33756
Telephone: 727-464-3354
kvicari@pinellascounty.org

*Counsel for Defendant Julie Marcus*

/s/ Nathaniel A. Klitsberg
Benjamin Salzillo
Florida Bar No. 582751
Nathaniel A. Klitsberg
Florida Bar No. 307520
115 South Andrews Ave., Ste. 423
Ft. Lauderdale, FL 33301
bsalizzo@broward.org
nklitsberg@broward.org
Telephone: 954-357-7600

*Counsel for Defendant Joe Scott*

/s/ Jason Teal
Jason Teal
Florida Bar No. 157198
Craig D. Feiser
Florida Bar No. 164593
Mary Margaret Giannini
Florida Bar No. 105572
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202

*Counsel for Defendant Maureen Baird*

/s/ Robert Shearman
Robert Shearman
Florida Bar No. 614025
Henderson, Franklin, Starnes
& Holt, P.A.
1715 Monroe Street
Ft. Myers, Florida 33901
robert.shearman@henlaw.com
Telephone: 239-334-1346

*Counsel for Defendants Aletris Farnam, Diane Smith, Brenda Hoots, Therisa Meadows, Tammy Jones and Melissa Arnold*

/s/ Elizabeth D. Ellis
Gregory T. Stewart
Florida Bar No. 203718
Elizabeth D. Ellis
Florida Bar No. 97873
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
gstewart@ngnlaw.com
eellis@ngnlaw.com
Telephone: 850-224-4070

*Counsel for Defendant Paul Lux*

cfeiser@coj.net
mgiannini@coj.net
Telephone: 904-255-5100

*Counsel for Defendant Mike Hogan*

/s/ Mark Herron
Mark Herron
Florida Bar No. 199737
S. Denay Brown
Florida Bar No. 88571
Messer Caparello, P.A.
2618 Centennial Place
Tallahassee, Florida 32308
mherron@lawfla.com
dbrown@lawfla.com
Telephone: 850-222-0720

*Counsel for Defendant Mark Earley*

/s/ Nicholas Shannin
Nicholas Shannin
Florida Bar No. 9570
Shannin Law Firm
214 S. Lucerne Circle East
Orlando, Florida 32801
nshannin@shanninlaw.com
Telephone: 407-985-2222

*Counsel for Defendant Bill Cowles*

7

/s/ W. Kevin Bledsoe
W. Kevin Bledsoe
Florida Bar No. 029769
London L. Ott
Florida Bar No. 95058
123 W. Indiana Avenue
Deland, Florida 32720
Kbledsoe@volusia.org
lott@volusia.org
Telephone: 386-736-5950

*Counsel for Defendant Lisa Lewis*

/s/ Michael B. Valdes
Michael B. Valdes
Florida Bar No. 93129
Miami-Dade Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
michael.valdes@miamidade.gov
Telephone: 305-375-5620

*Counsel for Defendant Christine White*

s/Ashley D. Houlihan
Ashley D. Houlihan
Florida Bar No. 125852
Palm Beach County Supervisor of Elections
240 S Military Trail

/s/ Morgan Bentley
Morgan Bentley
Florida Bar No. 962287
Bentley Law Firm, P.A.
783 South Orange Ave., Third Floor
Sarasota, Florida 34236
mbentley@thebentleylawfirm.com
Telephone: 941-556-9030

*Counsel for Defendant Ron Turner*

/s/ Robert C. Swain
Robert C. Swain
Florida Bar No. 366961
Diana M. Johnson
Florida Bar No. 69160
Alachua County Attorney's Office
12 SE First St.
Gainesville, FL 32602
Telephone: 352-374-5218
bswain@alachuacounty.us
dmjohnson@alachuacounty.us

*Counsel for Defendant Kim A. Barton*

West Palm Beach, FL 33416
Telephone: 321-412-5384
ashleyhoulihan@pbcelections.org

*Counsel for Defendant Wendy Link*

## LOCAL RULES CERTIFICATION

Undersigned counsel, Frederick Wermuth, certifies that this motion contains 170 words, excluding the case style, conferral certification, and certificate of service.

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111

*Counsel for the League Plaintiffs*