UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al., <br><br> Defendants, <br><br> REPUBLICAN NATIONAL COMMITTEE, and NATIONAL REPUBLICAN SENATORIAL COMMITTEE, <br><br> Intervenor-Defendants. | Case Nos.: 4:21-cv-186-MW/MAF <br> 4:21-cv-187-MW/MAF <br> 4:21-cv-201-MW/MAF <br> 4:21-cv-242-MW/MAF |

**LEAGUE PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS THE SECRETARY OF STATE AND ATTORNEY GENERAL'S MOTIONS TO DISMISS**

Plaintiffs League of Women Voters of Florida, Inc., League of Women Voters of Florida Education Fund, Inc., League of United Latin American Citizens, Black Voters Matter Fund, Inc., Florida Alliance for Retired Americans, Inc., Cecile Scoon, Susan Rogers, Dr. Robert Brigham, and Alan Madison (collectively, "League Plaintiffs"), respectfully request that the Court deny Defendants Secretary of State Lee's ("Secretary") Motion to Dismiss (ECF No. 107) and Attorney General Ashley

Moody's ("Attorney General") Motion to Dismiss (ECF No. 120) as moot because the League Plaintiffs' Amended Complaint supersedes the original complaint upon which both motions relied.

In the Eleventh Circuit generally, and in this Court specifically, "an amended complaint supersedes the original complaint, and thus renders moot a motion to dismiss the original complaint." *S. Pilot Ins. Co. v. CECS, Inc.*, 15 F. Supp. 3d 1284, 1287 (N.D. Ga. 2013) (citing *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006)); *Fritz v. Standard Sec. Life Ins. Co.*, 676 F.2d 1356, 1358 (11th Cir. 1982)); *see also* Order, *Florida State Conference of Branches and Youth Units of the NAACP v. Lee*, No. 4:21-cv-187-MW/MAF (N.D. Fla. June 14, 2021) (ECF No. 47) (denying a pending motion to dismiss as moot because plaintiff filed an amended complaint). Moreover, Federal Rule of Civil Procedure 15 permits a party to amend a pleading "as a matter of course" within "21 days after service of a motion under Rule 12(b)." Fed. R. Civ. P. 15(a)(1)(B).

The League Plaintiffs amended their complaint as a matter of course: The Secretary moved to dismiss League Plaintiffs' complaint on June 25, 2021 (ECF No. 107) and the Attorney General on July 12, 2021 (ECF No. 120)—both motions brought pursuant to Rules 12(b)(1) and 12(b)(6)—and the League Plaintiffs filed their amended complaint within 21 days of both motions. Accordingly, the pending motions to dismiss the League Plaintiffs' original complaint are moot and should be

denied. *See Phoenix Ent. Partners, LLC v. Jellyfish*, LLC, No. 3:17CV929/MCR/GRJ, 2018 WL 10517181, at *1 (N.D. Fla. Apr. 12, 2018).

## CONCLUSION

For the foregoing reasons, the Motions to Dismiss (ECF Nos. 107 and 120) should be denied as moot.

## LOCAL RULES CERTIFICATION

Undersigned counsel certifies that this response contains 340 words, excluding the case style, conferral certification, and certificate of service.

Respectfully submitted this 16th day of July, 2021.

    /s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Thomas A. Zehnder
Florida Bar No. 0063274
King, Blackwell, Zehnder & Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
tzehnder@kbzwlaw.com

Marc E. Elias
Aria C. Branch*
Lalitha D. Madduri*
Christina A. Ford
Perkins Coie, LLP
700 Thirteenth Street, N.W., Suite 800

>Washington, D.C. 20005-3960
>Telephone: (202) 654-6200
>Facsimile: (202) 654-9959
>melias@perkinscoie.com
>abranch@perkinscoie.com
>lmadduri@perkinscoie.com
>christinaford@perkinscoie.com
>
>Danielle Sivalingam*
>Perkins Coie LLP
>1888 Century Park East, Suite 1700
>Century City, California 90067
>Telephone: (310) 788-3344
>Facsimile: (310) 843-2844
>dsivalingam@perkinscoie.com
>
>*Admitted Pro Hac Vice*
>
>*Counsel for League of Women Voters Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 16, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel in the Service List below.

>/s/ Frederick S. Wermuth
>Frederick S. Wermuth
>Florida Bar No. 0184111

- 4 -

## SERVICE LIST

Robert C. Swain
Diana M. Johnson
Alachua County Attorney's Office
12 SE First St.
Gainesville, FL 32602
bswain@alachuacounty.us
dmjohnson@alachuacounty.us

*Kim A. Barton - Alachua County*

Edward P. Cuffe
Susan Erdelyi
Marks Gray, P.A.
1200 Riverplace Blvd, Ste. 800
Jacksonville, FL 32207
sse@marksgray.com
pcuffe@marksgray.com

*Christopher Milton – Baker County*
*Mark Anderson – Bay County*
*Amanda Seyfang – Bradford County*
*Sharon Chason – Calhoun County*
*Tomi S. Brown – Columbia County*
*Starlet Cannon – Dixie County*
*Heather Riley – Franklin County*
*Shirley Knight – Gadsden County*
*Laura Hutto – Hamilton County*
*Carol Dunaway – Jackson County*
*Travis Hart – Lafayette County*
*Grant Conyers – Liberty County*
*Janet Adkins – Nassau County*
*Charles Overturf – Putnam County*
*Tappie Villane – Santa Rosa County*
*Vicky Oakes- St. Johns County*
*William Keen – Sumter County*
*Jennifer Musgrove – Suwannee County*
*Dana Southerland – Taylor County*
*Deborah Osborne – Union County*
*Joseph Morgan – Wakulla County*
*Bobby Beasley – Walton County*
*Carol Rudd – Washington County*

Frank M. Mari
Bell & Roper P.A.
2707 E. Jefferson St.
Orlando, FL 32803
fmari@bellroperlaw.com

Ronald A. Labasky
Brewton Plante P.A.
215 S. Monroe Street, Ste. 825
Tallahassee, FL 32301
rlabasky@bplawfirm.net

*Mark Negley – DeSoto County*
*Connie Sanchez – Gilchrist County*
*John Hanlon – Gulf County*
*Marty Bishop – Jefferson County*
*Heath Driggers – Madison County*
*Lori Scott – Brevard County*
*Kaiti Lenhart – Flagler County*
*Penny Ogg – Highlands County*

Andy V. Bardos
GrayRobinson PA
301 S. Bronough St, Ste. 600
Tallahassee, FL 32301
andy.bardos@gray-robinson.com

*Paul Stamoulis – Charlotte County*
*Jennifer J. Edwards – Collier County*
*Leslie Swan – Indian River County*
*Alan Hays – Lake County*
*Tommy Doyle – Lee County*
*Michael Bennett – Manatee County*
*Wesley Wilcox – Marion County*
*Joyce Griffin – Monroe County*
*Brian Corley – Pasco County*
*Christopher Anderson – Seminole County*

Jon A. Jouben
Hernando County
20 N. Main Street, Ste. 462
Brookesville, FL 34601-2850
jjouben@co.hernando.fl.us

*Shirley Anderson – Hernando County*

John T. LaVia
Gardner, Bist, Bowden, Bush, Dee,
Lavia & Wright, P.A.
1300 Thomaswood Drive
Tallahassee, FL 32308
jlavia@gbwlegal.com

*Chris H. Chambless – Clay County*
*Vicki Davis – Martin County*
*Mary Jane Arrington – Osceola County*
*Gertrude Walker – St. Lucie County*
*Lori Edwards – Polk County*

Stephen M. Todd
Office of The County Attorney
601 E. Kennedy Blvd., 27th Floor
Tampa, FL 33602
todds@hillsboroughcounty.org

*Craig Latimer – Hillsborough County*

Kelly L. Vicari
Pinellas County Attorney's Office
315 Court Street, 6th Floor
Clearwater, FL 33756
kvicari@pinellascounty.org

*Julie Marcus – Pinellas County*

Kia M. Johnson
Escambia County Attorneys Office
221 Palafox Place, Ste. 430
Pensacola, FL 32502
kmjohnson@myescambia.com

*David H. Stafford – Escambia County*

Dale Scott
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
dscott@bellroperlaw.com

*Maureen Baird – Citrus County*

Robert Shearman
Henderson, Franklin, Starnes & Holt, P.A.
1715 Monroe Street
Ft. Myers, FL 33901
robert.shearman@henlaw.com

*Aletris Farnam – Glades County*
*Diane Smith – Hardee County*
*Brenda Hoots – Hendry County*
*Therisa Meadows – Holmes County*
*Tammy Jones – Levy County*
*Melissa Arnold – Okeechobee County*

Gregory T. Stewart
Elizabeth D. Ellis
Kristen H. Mood
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308

Benjamin Salzillo
Nathaniel A. Klitsberg
115 South Andrews Ave., Ste. 423
Ft. Lauderdale, FL 33301
bsalizzo@broward.org
nklitsberg@broward.org

*Joe Scott – Broward County*

Craig D. Feiser
Mary Margaret Giannini
Jason Teal
117 W. Duval Street, Suite 480
Jacksonville, FL 32202
cfeiser@coj.net
mgiannini@coj.net
jteal@coj.net

*Mike Hogan – Duval County*

Mark Herron
S. Denay Brown
Patrick O'Bryant
Messer Caparello & Self, P.A.
2618 Centennial Place
Tallahassee, FL 32308
mherron@lawfla.com
dbrown@lawfla.com
pobryant@lawfla.com

*Mark Earley – Leon County*

Nicholas Shannin
Shannin Law Firm
214 S. Lucerne Circle East
Orlando, FL 32801
nshannin@shanninlaw.com

gstewart@ngnlaw.com
eellis@ngnlaw.com
kmood@ngnlaw.com

*Paul Lux – Okaloosa County*

W. Kevin Bledsoe
London L. Ott
123 W. Indiana Avenue, Room 301
Deland, FL 32720
kbledsoe@volusia.org
lott@volusia.org

*Lisa Lewis – Volusia County*

Michael B. Valdes
Oren Rosenthal
Miami-Dade Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128

michael.valdes@miamidade.gov
oren.rosenthal@miamidade.gov

*Christine White – Miami-Dade County*

Ashley D. Houlihan
Palm Beach County Supervisor of Elections
240 S Military Trail
West Palm Beach, FL 33416
ashleyhoulihan@pbcelections.org

*Wendy Link – Palm Beach County*

*Bill Cowles – Orange County*

Morgan Bentley
Bentley Law Firm, P.A.
783 South Orange Ave., Third Floor
Sarasota, FL 34236
mbentley@thebentleylawfirm.com

*Ron Turner – Sarasota County*

Benjamin J. Gibson
Daniel E. Nordby
George N. Meros, Jr.
Amber S. Nunnally
Shutts & Bowen LLP
215 S. Monroe St., Ste. 804
Tallahassee, FL 32301
bgibson@shutts.com
dnordby@shutts.com
gmeros@shutts.com
anunnally@shutts.com

Daniel J. Shapiro
Cameron T. Norris
Tyler R. Green
Steven C. Begakis
Consovoy McCarthy, PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
daniel@consovoymccarthy.com
cam@consovoymccarthy.com
tyler@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Intervenor Defendants Republican National Committee and National Republican Senatorial Committee*