## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS**
**OF FLORIDA, INC., et al.,**

       ***Plaintiffs,***

**v.**                           **Case No.:  4:21cv186-MW/MAF**

**LAUREL M. LEE, in her official**
**capacity as Florida Secretary of**
**State, et al.,**

       ***Defendants,***

**and**

**NATIONAL REPUBLICAN**
**SENATORIAL COMMITTEE and**
**REPUBLICAN NATIONAL**
**COMMITTEE,**

       ***Intervenor-Defendants.***

_____/

## ORDER DENYING MOTIONS TO DISMISS

Defendant Lee and Defendant Moody move to dismiss various counts in Plaintiffs' Complaint. ECF Nos. 107 and 120. After Defendants filed their motions, Plaintiffs filed a First Amended Complaint. ECF No. 124. Accordingly, both

motions to dismiss are **DENIED as moot**.

**SO ORDERED on July 19, 2021.**

**s/Mark E. Walker**
**Chief United States District Judge**