UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,

    *Plaintiffs*,

v.	Case No. 4:21cv186-MW/MAF

LAUREL M. LEE, Florida Secretary
of State, et al.,

    *Defendants*.

_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF FLORIDA ATTORNEY GENERAL'S MOTION TO DISMISS

Pursuant to N.D. Fla. Loc. R. 7.1(J), Ashley Moody, Florida Attorney General, hereby provides notices of *Support Working Animals, Inc. v. Governor of Fla.*, No. 20-12665, 2021 WL 3556779 (11th Cir. Aug. 12, 2021). In *Support Working Animals, Inc.*, the Eleventh Circuit Court of Appeals held that the plaintiffs failed to show that any harm they suffered was traceable to the Attorney General because, although the plaintiffs could face future criminal penalties, they did not presently face any penalties as a result of the Attorney General's actions. *See Slip Opinion*, pp. 9-14. The Court further held that the plaintiffs failed to show that any harm they suffered was redressable by a judgment against the Attorney General. *Id.*, pp. 14-16.

Respectfully submitted,

ASHLEY MOODY
Attorney General

/s/ *Bilal Ahmed Faruqui*
WILLIAM H. STAFFORD III
Special Counsel
Florida Bar Number 70394
KAREN A. BRODEEN
Special Counsel
Florida Bar Number 512771
BILAL AHMED FARUQUI
Senior Assistant Attorney General
Florida Bar Number 15212
Office of the Attorney General
General Civil Litigation Division
State Programs Bureau
PL – 01 The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3785
William.Stafford@myfloridalegal.com
Karen.Brodeen@myfloridalegal.com
Bilal.Faruqui@myfloridalegal.com
COUNSEL FOR ASHLEY MOODY,
FLORIDA ATTORNEY GENERAL