IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,**

    *Plaintiffs*,

v.                                   Case No.: 4:21cv186-MW/MAF

**LAUREL M. LEE, in her official
capacity as Florida Secretary of
State, et al.,**

    *Defendants*,

**and**

**NATIONAL REPUBLICAN
SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL
COMMITTEE,**

    *Intervenor-Defendants.*

_____/

**ORDER GRANTING MOTION TO
<u>WAIVE MEDIATION REQUIREMENTS</u>**

Plaintiffs have filed an unopposed motion to be relieved from the mediation requirement. ECF No. 262. That motion is **GRANTED**. The parties are not required to mediate this case.

**SO ORDERED on October 1, 2021.**

                                                    **s/Mark E. Walker        
Chief United States District Judge**