IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,

    *Plaintiffs*,

v.                                         Case No.:  4:21cv186-MW/MAF

LAUREL M. LEE, in her official
capacity as Florida Secretary of
State, et al.,

    *Defendants*,

and

NATIONAL REPUBLICAN
SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL
COMMITTEE,

    *Intervenor-Defendants.*

_____/

## ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs have filed an unopposed motion to voluntarily dismiss Plaintiff League of United Latin American Citizens ("LULAC"). ECF No. 261. Plaintiffs indicate that Defendants do not oppose LULAC's dismissal.

For these reasons,

**IT IS ORDERED**:

1

Plaintiffs' motion, ECF No. 261, is **GRANTED.** The Clerk must enter judgment stating, "Plaintiff LULAC's claims against Defendants are dismissed with prejudice. The parties will each bear their attorney's fees and costs."

**SO ORDERED on October 1, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
