# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., *et al.*, | |
| Plaintiffs, | |
| v. | |
| LAUREL M. LEE, in her official capacity as Florida Secretary of State, *et al.*, | Case No.:   4:21-cv-186-MW/MAF |
| Defendants, | |
| and | |
| REPUBLICAN NATIONAL COMMITTEE, et al, | |
| Intervenor-Defendants. | |

## DEFENDANTS' NOTICE OF FILING DOCUMENTS IN SUPPORT OF SUMMARY JUDGMENT

Consistent with Federal Rule of Civil Procedure 56 and Local Rule 56.1 and this Court's Scheduling Orders (ECF Nos. 22, 162), Defendants, Florida Secretary of State Laurel M. Lee, Attorney General Ashley Moody, Supervisors Alan Hays and Tommy Doyle of Lake and Lee Counties, all in their official capacities, hereby file this notice of filing exhibits in support of the Defendants Motion for Summary Judgment. The exhibits, which are attached to this notice, are as follows:

1

| Exhibit No. | Description |
|---|---|
| 1 | Expert Report of Quentin Kidd 9.29.21 |
| 2 | Supplemental Report of Quentin Kidd 10.27.21 |
| 3 | 10.28.21 Deposition Transcript of Quentin Kidd |
| 4 | Expert Report of Brad Lockerbie 9.21.21 |
| 5 | 10.27.21 Deposition Transcript of Brad Lockerbie |
| 6 | Expert Report of Dario Moreno 9.29.21 |
| 7 | 10.29.21 Deposition Transcript of Dario Moreno |
| 8 | Senate Bill 90 (2021) - The Florida Senate |
| 9 | 10.27.21 Deposition Transcript of Sharon Austin |
| 10 | 10.21.21 Deposition Transcript of Joseph Morgan Kousser Ph.D. |
| 11 | 10.25.25 Deposition Transcript of Daniel Smith |
| 12 | 10.27.21 Deposition Transcript of Orville Burton |
| 13 | 10.29.21 Deposition Transcript of Michael Herron |
| 14 | 10.25.21 Deposition Transcript of Kenneth Mayer |
| 15 | 10.29.21 Deposition Transcript of Traci Burch |
| 16 | 10.25.21 Deposition Transcript of William Cooper |
| 17 | 10.29.21 Deposition Transcript of Michael McDonald |
| 18 | Deposition Transcript of Alan Madison (LWV Plaintiff) |
| 19 | Deposition Transcript of Cecile Scoon (LWV Plaintiff) |
| 20 | Deposition Transcript of Robert Brigham Ph.D. (LWV Plaintiff) |
| 26 | Deposition Transcript of Cecile Scoon (LWV 30(b)(6)) |
| 27 | Deposition Transcript of Clifford Albright (BVM 30(b)(6)) |
| 31 | Deposition Transcript of John DeMauro (PVACF 30(b)(6)) |
| 32 | Deposition Transcript of Leah Nash (LWV and LWVEF 30(b)(6)) |
| 36 | Deposition Transcript of William Sauers (Florida Alliance 30(b)(6)) |
| 40 | Deposition Transcript - SOE - Christina White (Miami Dade Co.) |
| 48 | Deposition Transcript - SOE - Alan Hays (Lake Co.) |
| 49 | Deposition Transcript - SOE - Brian Corley (Pasco Co.) |
| 51 | Deposition Transcript - SOE - Michael Bennett (Manatee Co.) |
| 52 | Deposition Transcript - SOE - Tommy Doyle (Lee Co.) |
| 53 | Deposition Transcript Maria Matthews (Department of State) |
| 117 | Indian River County-Answers to the First Set of LWV Interrogatories |
| 118 | Orange County SOE Response to NAACP's First Set of Interrogatories |
| 119 | Declaration of Maria Matthews |

Dated: November 12, 2021                                  Respectfully submitted:

BRADLEY R. MCVAY (FBN 79034)
General Counsel

Brad.McVay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48302)
Deputy General Counsel
Ashley.Davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127

/s/Mohammad Jazil
Mohammad O. Jazil (FBN: 72556)
Gary Perko
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
Phone No.: (850) 274-1690
Fax No.: (540) 341-8809

Phillip M. Gordon (VA Bar: 96521)*
John J. Cycon (NY Bar: 5261912)*
Dallin B. Holt (DC Bar: 1722555)*
Kenneth C. Daines (DC Bar: 1600753)*
Holtzman Vogel Baran Torchinsky & Josefiak PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
pgordon@holtzmanvogel.com

/s/ Bilal Ahmed Faruqui
BILAL AHMED FARUQUI
Senior Assistant Attorney General
Florida Bar Number 15212
WILLIAM H. STAFFORD III
Special Counsel
Florida Bar Number 70394
Office of the Attorney General
General Civil Litigation Division
State Programs Bureau
PL – 01 The Capitol
Tallahassee, Florida 32399-1050
(850) 414-3757
Bilal.Faruqui@myfloridalegal.com
William.Stafford@myfloridalegal.com

*Counsel for Attorney General Moody*

/s/ Andy V. Bardos
ANDY V BARDOS
GRAY ROBINSON PA
301 S Bronough St Ste 600
Tallahassee, FL 32301
850-577-9090
Fax: 850-577-3311
Email:Andy.Bardos@gray-Robinson.Com

*Attorney for Supervisors Hays and Doyle*

3

...

jcycon@holtzmanvogel.com
dholt@holtzmanvogel.com
kdaines@holtzmanvogel.com
Phone No. (540)341-8808
Fax No.: (540) 341-8809
*Admitted pro hac vice

*Attorneys for Secretary Laurel M. Lee*

## CERTIFICATE OF SERVICE

I certify that on November 12, 2021, I caused to be served a copy of the foregoing by CM/ECF to all counsel of record.

/s/ Mohammad O. Jazil