**DECLARATION OF MARIA MATTHEWS
IN SUPPORT OF SUMMARY JUDGMENT**

I, Maria Matthews, consistent with 28 U.S.C. § 1746, hereby state:

*Background*

1.     I am over 18 years of age, am competent to testify, and declare the following facts based on my own personal knowledge.

2.     I have served as the Director of the Division of Elections of the Florida Department of State since January 2013.  As Director, my role includes providing statewide coordination, supervision, and direction of elections in Florida.

3.     Prior to becoming Director, I served as an attorney in the Florida Department of State responsible for election-related issues and, prior to that, as an attorney in the Florida Legislature.

4.     In my current role, I routinely interact with Florida's 67 Supervisors of Elections, the Florida Legislature, political parties, other interested organizations, and individual voters.  I am familiar with Florida's Election Code, the legislative process, and the claims being made in the four federal district court cases challenging Chapter 2021-11, Law of Florida, Florida's most recent election reform bill, which Plaintiffs refer to as Senate Bill 90.

5.     I provide this declaration to highlight the methods available to Floridians who wish to register to vote; the methods available to those who choose to vote; and the State's interests in the four provisions being challenged in this case.

1

*Registering to Vote*

6.      Floridians can register to vote through one of several methods.

7.      The Florida Department of State maintains the following website that allows for registration in English and Spanish:   registertovoteflorida.gov.  The website details eligibility requirements, registration deadlines to vote in upcoming elections, and other pertinent information.

8.      Floridians can also register to vote at any driver's license office throughout the State.  Those renewing their license through the Florida Department of Highway and Motor Vehicles' can also register through gorenew.com.

9.      Registration by U.S. mail and in-person is available as well; paper applications can be mailed, or hand delivered to the Florida Department of State or to the State's 67 Supervisors of Elections.  These paper applications are available at the offices of all 67 Supervisors, local libraries, certain educational institutions, any entity that issues fishing, hunting, or trapping permits (like WalMart), or through registered Third-Party Voter Registration Organizations ("3PVROs").

10.      Finally, overseas U.S. citizens can register through the Federal Post Card Application and obtain pertinent information through the Federal Voting Assistance Program's website at fvap.gov.

11.      In my experience, the State and each of the 67 Supervisors of Elections remain committed to making registering to vote readily available to all Floridians.

2

*Voting in Florida*

12.    Florida has, since 1982, made voting easier.  In 1982, there was no statewide in-person early voting.  Absentee voting was allowed in 1982 but, as the name absentee voting implies, this method was available only to those who met one of six narrow excuses for being absent.  *See* § 101.64, Fla. Stat. (1982) (allowing absentee voting for those unable to vote in person (1) "without another's assistance," (2) because of absence from the jurisdiction, (3) because of poll worker obligations, (4) because of religious reasons, (5) because of a change of residence after the close of the voter registration deadline for a given election, and (6) because of an out-of-state move).

13.    Today, Floridians can still vote in-person on Election Day.  They can also vote in-person during a State-mandated early voting period of 10 days, with an additional 4 days available at the Supervisor's discretion.  And Florida now allows for no-excuse vote-by-mail for all voters (except on Election Day absent an emergency that precludes a voter from going to the polls).  In 2019, Florida made drop boxes available statewide for the return of vote-by-mail ballots, Chpt. 2019-162, § 20, Laws of Fla., in addition to the return of ballots through U.S. Mail and at the Supervisors' Offices; the 2020 election cycle was the first election where Florida voters had drop boxes available in all 67 counties.

14.   In my experience, all Florida voters now have three safe and secure methods of voting available to them.  Each of the State's 67 Supervisors of Elections remains committed to ensuring that all three remain available to voters.

*State Interests*

15.   As a general matter, Senate Bill 90 furthers the State's interest in increasing voter confidence and making election administration both more efficient and secure.  While Florida had a safe and secure election in 2020, it was not a perfect election because there is no such thing as a perfect election.  Senate Bill 90 reflects the State's continuing efforts to maintain a secure voting process for all Floridians.

16.   To that end, Senate Bill 90 amended, among other things, (1) Section 97.0575(3)(a), Florida Statutes (the "**notification provision**"); (2) Section 101.62(1)(a)-(b), Florida Statutes (the "**vote-by-mail request provision**"); (3) Section 101.69(2)-(3), Florida Statutes, (the "**drop box standard**"); and (4) Section 102.031(4)(a)-(b), Florida Statutes, (the "**non-solicitation provision**").   Each amendment furthers important State interests.

i.   Notification Provision

17.   The notification provision gives voters additional information so that they can make an informed decision on how best to register to vote or change their registration information when necessary.  97.0575(3)(a), Fla. Stat. (2021).  The additional information that 3PVROs must provide to Floridians is important because

4

3PVROs serve as fiduciaries for voters, meaning 3PVROs should keep voters informed through truthful information regardless of its effect on the 3PVRO itself.

18.     More specifically, it is important to remind voters that they have other, quicker methods of registering to vote and that they can track the status of their registration.   This is because late-delivered registrations can have very real consequences.  A new voter whose registration information is received less than 29 days before a given election cannot vote in that election because that voter will have missed the "book closing" deadline.  A late-delivered registration can also impact an existing voter where, for example, a party change is received after the "book closing" deadline for a primary election.  3PVROs do sometimes deliver voter registration material after "book closing," meaning the late delivery can deprive voters of the ability to vote in a given election.[1]  By contrast, those who register to vote online are deemed registered as of the date that they submit a completed application.

---

[1]  Specifically, the Division sent an April 16, 2019 letter to Florida Conservation Voters Education Fund detailing 55 voter registration applications delivered after book-closing; an April 16, 2019 letter to FieldWorks detailing 66 voter registration applications delivered more than 10 days after they were collected, 24 of which delivered after book closing; an April 16, 2019 letter to UnidosUS detailing 3 voter registration applications delivered after book closing; a November 27, 2019, letter to New Florida Majority detailing 63 voter registration applications delivered after the book-closing for a City of Jacksonville General Unitary election; a September 28, 2020, letter to the Voter Participation center detailing 20 voter registration applications delivered after book-closing for the March 17, 2020, Presidential Preference Primary, and 54 voter registration applications delivered after book-closing for the August 18, 2020, Primary Election; an October 17, 2018 letter to NexGen America detailing 4 voter registration application delivered after

19.    In addition, reminding voters of the other, available methods is important because both voters and Supervisors often complain about issues that trace back to 3PVROs.  The Department has, for example, received complaints about registration information being changed without a voter's consent and deceased Floridians being registered to vote.  Excerpts of complaints[2] include the following:

### FORM FOR COMPLAINT AGAINST
### THIRD-PARTY VOTER REGISTRATION ORGANIZATION – PAGE 2

3. When did you sign your voter registration application?

_I did not sign an application_

4. To whom did you submit your voter registration application?

_NA_

5. How did you submit your voter registration application (by hand-delivery, by mail, etc.)

_NA_

6. When did you submit your voter registration application (include time and date)?

_NA_

7. How and when did you check on your voter registration status and determine that your name did not appear on the voter registration rolls?

_Rec'd new voters card from Supervisor of elections with a party change._

8. Please include other relevant details (The more specific information that you provide to us, the better we are able to assist you. Attach additional pages as necessary.)

_I did not complete a new voters registration application while @ event @ Gator Harley on 1/24/2020_

Lea M. Tillery v. Florida First, Inc. – Complaint Received March 18, 2020.

---

book-closing for the August 2018 Primary Election; and a December 21, 2020 letter to Rebekah Williams detailing 2 voter registration applications delivered after book-closing for the November 2020 General Election.  *See* **Attachment 1** (Compendium of Letters from Division of Elections to 3PVROs).

[2] At the League of Women Voters Plaintiffs' request, Colleen O'Brien, from the General Counsel's Office, provided the attached declaration detailing the complaint process.  I incorporate that declaration by reference to provide appropriate context.  *See* **Attachment 2**.

March 10th 2020

Brian Ruffo Marrero
04/03/1989
F.VRS 127230518

I'm requesting to be removed from the registration list because I'm not a USC and I have never completed a registration form. The signature present on filed was forged and the application doesn't contain my SSN or my Drivers License number and it's also missing my second last name which is present on all my documents.

Brian Ruffo Marrero v. Florida Immigrant Coalition – Complaint received May 18, 2020.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Petition Submitted 12-30-2019, Joy A. Jester. Voter records and DMV ms Jester Passed away 10-30-2015 Signature is not a match.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Petition is dated 11-12-2019, with voters Signature – This is invalid.

Hernando County SOE v. Kristen Michele Garrett – Complaint received Jan. 8, 2020.

7

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Potenital voter registation fraud by VPC.

_____

_____

_____

_____

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

I Helen H Blaz received on 6/24/2020 a voter registration form sent from VPC directed to my mother

Regina Blaz to my address. My mother has been deceased for over 3 years, and I had moved to

this address after she had already passed. After she had died 3 years ago I had taken a copy of her death certificate to the main voter station in Sarasota to make certain that she would be removed

from the voter roles. This is all very upsetting to me and it does not seem right to have to go through

this 3 years later. I am highly concerned that any person with access to public records could

potentially submit a fraudulent voter registration via this. I do not believe that she had even voted for a number of years prior death due to being in assisted living and suffered from dementia.

Helen H. Blaz v. The Voter Participation Center (Complaint received June 29, 2020).

20.     Supervisors, such as Mark Earley of Leon County, have even complained about widespread irregularities in forms provided by groups such as New Florida Majority Education Fund, a successor of which is a litigant in the cases now before this Court.  *See* **Attachment 3** (Earley Packet).  Similarly, Plaintiff Common Cause Florida recognized the adverse impacts of improper 3PVRO activity in a letter urging the Secretary take action following a Florida First 3PVRO agent's illegal alteration of partisan affiliation.  *See* **Attachment 4** (e-mail from Lawyers'

Committee for Civil Rights Under Law, in partnership with Common Cause Florida, dated March 5, 2020).

21.   Under the circumstances, the notification requirement serves the State's interests in ensuring that as many eligible Floridians as possible timely and accurately register for elections.  3PVROs that violate the notice requirement are subject to civil enforcement under section 97.0575(4), Florida Statutes, which the Florida Legislature did not change through Senate Bill 90.  Together, the changes increase voter confidence in the security of the voting process.

ii.  <u>Vote-by-Mail Request</u>

22.   The vote-by-mail request provision now requires that voters request their vote-by-mail ballots at least once every election cycle.  *See* 101.62(1)(a), Fla. Stat. (2021).  In addition, "[i]f an in-person or a telephonic request is made, the elector must provide the elector's Florida driver license number, the elector's Florida identification number, or the last four digits of the elector's social security number." *Id.* at § 101.62(1)(b).  These changes help confirm the identity of the voters requesting their ballot, much like multi-factor authentication used in similar situations where having the right identity is integral.  More broadly, these changes are consistent with ensuring the vote-by-mail process remains a secure method of voting that inspires confidence in the process.

23.     While voting by mail remains a safe and secure option, there have been some problems with this method.  One past example is the Miami mayoral election in 1997 where widespread vote-by-mail fraud resulted in the outcome changing.  *See In re Protest of Election Returns & Absentee Ballots in the November 4, 1997 Election for the City of Miami*, 707 So. 2d 1170, 1174 (Fla. 3d DCA 1998) ("We expressly hold that substantial competent evidence supported the trial court's finding that extensive absentee voter fraud affected the outcome of the November 4, 1997, City of Miami Mayoral election.").

24.     Prior to the new vote-by-mail request provision, by default, a request remained valid for as long as four years.  This four-year default rule raised issues for voters.  Sometimes voters forget that they even requested a vote-by-mail ballot years ago, and think that a ballot sent to them is evidence of election fraud.  Additionally, Florida has a mobile, transient population; college student, military personnel, and service workers come to mind.  For example, if a college student at Florida State University registered to vote in Leon County, Florida, and the student decided to vote by mail, then before Senate Bill 90, the student's vote-by-mail request could remain valid for as long as four years.  In that time, the student could move from one address to another, or move across the country after graduation.  Unless that student informed the Leon County Supervisor of Elections, the Supervisor would be hard pressed to keep track of every move.  The vote-by-mail ballots would be sent to the

last address on record, which would be the wrong address.  After Senate Bill 90, the vote-by-mail request is valid for a maximum of two years and generally requires a voter to provide additional information when making the request.  This should have the effect of minimizing ballots mistakenly sent to outdated addresses.

25.    Two points are crucial here.  First, mistakes are not the same as fraud; they are examples of imperfections in an otherwise safe and secure system.  Yet mistakes still undermine trust in the system as a whole.  Second, vote-by-mail fraud does sometimes occur.

26.    Consider the following examples of concerns that the vote-by-mail request provision could help mitigate:

> I lived in Florida until 2014, when I moved to New Mexico. That year I registered to vote in NM, and although my understanding is that NM should have contacted FL to cancel my old registration, this never occurred, and I never canceled it myself. Since moving to NM I have only voted in that state. According to https://www.voteseminole.org/, I voted by Mail Ballot in the 2020 General Election, so evidently somebody fraudulently requested and submitted a ballot in my name, but I know nothing further about this. I have family members who still live at the address of my old registration, which is presumably the address to where a Mail Ballot would have been sent, but I spoke to them and they told me they also know nothing about this.

EFC 20-234 Philip Bauer v. Unknown (Complaint received Nov. 17, 2020)

I requested a mail-in ballot on 10/24/2020. Having not received it, I presented to vote in person.
Upon presentation of my driver's license, I was told I would not be given an official ballot as my
ballot was already submitted. I was given a provisional ballot, which has since been rejected in favor
of the stolen/forged ballot. When I cast my provisional ballot, I asked how the stolen ballot would be
identified vs. the provisional ballot I cast in person with my photo ID. I was told that the signature on
the ballot that was either mailed in or dropped off would be matched against the signature on my
my driver's license. Yet, the forged ballot was accepted, and the ballot I legitimately signed was
rejected. My legitimate vote was not counted and needless to say, I am livid.

This is just one example of why/mail-in voting can be manipulated.

EFC 20-233 Stacy Karron v. Unknown (Complaint received Nov. 17, 2020)



EFC 20-242 Kevin Curbelo v. Tomas V. Curbelo (received Dec. 03, 2020)

My father had requested for mail in voting in late August and was approved to receive a ballot. He
became very disturbed when my mother who resides at the same address received hers a month
ago and he did not. He asked me to check on the whereabouts of his ballot yesterday. When I
checked the status of his ballot on the Florida Division of Elections, it reported that his mail in ballot
was received and being processed. My husband, Marc Kantorow, called your office to report voter
fraud as my father DID NOT cast his vote. Today I called the Florida Elections Commissions of
Palm Beach County and reported on my father's behalf for voter fraud to a supervisor (Richard)
from the Florida Elections Commisions of PBC. He had confirmed that my father's mail in ballot had
been received and had an invalid signature on his ballot. I requested that his ballot be pulled and
asked to see if my father could receive another mail in ballot for the upcoming election. Richard
stated that he will be bringing this case and inquiry up at the next week's meeting. For the record,
my father's name is Wai Kit Lee and his address his 6645 Marissa Circle Lake Worth 33467.

EFC 20-158 Dr. Wanda Kantorow v. Unknown (received October 9, 2020).

> **VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:
>
> I am registered to receive a mail in ballot + never received my mail in ballot and when I checked in the voter lookup it says that my ballot was already counted but I did not fill out a mail in ballot because I never received one.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

> Someone received my mail in ballot and voted under my name. I have not received my mail in ballot or voted.

EFC 20-183 Ricardo T. Caballero v. Unknown (received Oct. 19, 2020)

804145
DUE: 11·2·20
KJ

Ron DeSantis
Governor of Florida
400 S Monroe St.
Tallahassee, FL 32399

Dear Governor DeSantis,

I would like to share with you what arrived in my mailbox a few days ago. I have lived here alone for the last 2 3/4 years. Two Ballots from Broward County!

I'm disabled (stroke) so I contacted Broward Supervisor of Elections as soon as I moved here. I'm an active voter! Obviously Broward has failed miserably to verify who is on their rolls. Two Ballots, one resident;

That's a 50% error rate in my book! I hope that you are as uncomfortable with this as I am!

Sincerely,

Brian Conley

cc; Broward County Supervisor of Election, President Donald Trump

Brian Conley - received Oct. 13, 2020.

Honorable Governor Desantis:

Not knowing exactly whom this information should go to, am thinking this is the best way to notify
someone about a double ballot issue.
An elder gentleman we know well and "check in on" regularly who lives & in & is a resident of Largo FL,
reported that he received 2 unsolicited ballots, one for he & his wife at their summer home in Albany NY.
First, he did not request such ballots & secondly, his wife is deceased!
In addition, the State of NY, also sent him 2 ballots! Even though he is a resident of Florida!
He is quite disturbed by this, expressing alarm that many other people are getting the same!

Thank you sir!  for your attention to this matter & all you do for this great state of FLorida!

Respectfully,
Sharon Parent

Sharon Parent – received Oct. 23, 2020.

27.    In sum, a request made closer in time and one that requires additional information when being made in-person or over the phone strengthens the vote-by-mail process that millions of Floridians relied on during the 2020 election cycle.  It does so by helping to reduce the fraud that can occur and the mistakes that are sometimes made, thereby bolstering overall voter confidence.

28.    Florida voters who do not have on file a driver license number, the elector's Florida identification number, or the last four digits of their social security number can update that information.  Working together the Supervisors of Elections, other State agencies, and voters themselves, the Department of State is also helping fill any gaps that might exist in voter rolls.

29.    Finally, even without the requisite information being on the voter rolls, voters may still obtain vote-by-mail ballots in person, under section 101.62(4)(c)3.,

14

Florida Statutes, after presenting any of the forms of identification listed in section 101.043, Florida Statutes.  Electors may also designate a person to obtain a vote-by-mail ballot for them.  § 101.62(4)(c)4., Fla. Stat. (2021).  These in-person exceptions make sense because Florida law creates additional safeguards of an in-person presentation of either the voter or designee's identification and, in the case of a designee, an accompanying affidavit.  *Id.* § 101.62(4)(c)3.-4.

### iii. Drop Box Standard

30.    The State's new drop box standard now requires, among other things, that drop boxes "must be monitored in person by an employee of the supervisor's office."  § 101.69, Fla. Stat. (2021).  The in-person monitoring requirements appears to be the focus of Plaintiffs' challenges before this Court.  But the requirement furthers several important interests.

31.    For context, I note that drop boxes were used statewide for the first time during the 2020 election cycle.  As is common with new statutory provisions, the Supervisors had questions about how best to implement the drop box standard.  Among other things, the Supervisors asked the Department of State whether the standard then in effect required that drop boxes be monitored in person.  We said yes.  It is my understanding that many supervisors monitored drop boxes and others did not.  Senate Bill 90 clarifies that there is indeed an in-person monitoring requirement.  As such, Senate Bill 90 promotes statewide uniformity on the issue.

32.    In talking to Supervisors, it is also my understanding that in-person monitoring of drop boxes provides a service to voters:  many Supervisors had staff at the drop boxes check to ensure that ballots were signed, which helped to minimize ballots returned without signatures.

33.    Most importantly, in-person monitoring of drop boxes provides enhanced security.  Drop boxes, unlike mailboxes, contain only one things:  election materials, making drop boxes targets of interest for those who wish to disrupt the proper administration of elections.  Understanding the demographic breakdown of the electorate around a drop box is also not hard, making certain drop boxes targets for those who might wish for the ballots from a particular demographic group to not count.  The charged political environment makes the concern more acute.  In-person monitoring should have a deterrent effect on those who might otherwise decide to vandalize drop boxes by throwing into them firecrackers, matches, gasoline, white powder or even garbage.  In fact, I am aware of at least two incidents, one in Massachusetts and one in California, during the 2020 election cycle, where drop boxes were set on fire.

34.    Finally, a uniform and more secure drop box standard should enhance voter confidence in this method of returning vote-by-mail ballots.  Of course, voters may continue to return their vote-by-mail ballots through US Mail.

iv. <u>Non-Solicitation Provision</u>

35.    As amended, the non-solicitation provision prohibits anyone from "engaging in any activity with the intent to influence or effect of influencing a voter" inside a polling place or within 150 feet of a drop box or entrance of any polling place 102.031(4)(a)-(b), Florida Statutes.  While the subject of several amendments throughout the legislative process, the non-solicitation provision, as adopted, makes very little change to existing law.  Indeed, my understanding is that most, if not all, Supervisors will do very little differently during the 2022 election cycle than they did during the 2020 election cycle.

36.    Regardless, the non-solicitation provision avoids harassment of voters waiting in line to cast a ballot.  Concerns about harassment are more than abstract. *See* **Attachment 5** (noting concerns about "aggressive solicitors/campaigners," "loud music," "loud bull horns," "signage," and other issues in Miami Dade County).

I say nothing further.

On November 11, 2021, pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct:

*/s/     Maria Matthew*

Maria Matthews



## FLORIDA DEPARTMENT *Of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

April 16, 2019

Florida Conservation Voters Education Fund
c/o Aliki Moncrief, Registered Agent
117 S. Gadsden Street
Tallahassee, FL 32301

        Re: Violations of Third Party Voter Registration Law

Dear Mr. Moncrief:

        The Department of State has received information from the Leon and Orange County Supervisors of Elections indicating that the Florida Conservation Voters Education Fund, which is registered as a third-party voter registration organization under ID number 3P18-6, has violated Florida law.

        Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant. *See* § 97.0575(3)(a), Fla. Stat.  The law requires each third-party voter registration organization that collects voter registration applications to "promptly deliver[]" those applications to the Division of Elections or a supervisor of elections or be liable for a fine. § 97.0575, Fla. Stat.; Rule 1S-2.042, F.A.C.  For each application that is delivered later than 10 days from collection, the fine is $50.  Rule 1S-2.042(4)(d), F.A.C.  For each application that is collected before book closing but delivered after book closing, the fine is $100. § 97.0575(3)(a)2., Fla. Stat.; Rule 1S-2.042(4)(d), F.A.C.  The date of collection is "presumed to be" the applicant's signature date. § 97.0575(6), Fla. Stat.  Otherwise, it is the date printed by the organization on the back of the application.  Rule 1S-2.042(4)(b), F.A.C.  Delivered means actual delivery or, if mailed, the date of a clear postmark.  *Id.*  Fines are capped at $1,000 in the aggregate per calendar year. § 97.0575(3)(a), Fla. Stat.

        Records received from the Supervisors of Elections reflect that 95 voter registration applications were delivered more than ten days after they were collected.  Of those, 55 were collected before book closing but delivered after book closing.  Because fines are capped, the Department is imposing a $1,000.00 fine.

You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(4), Fla. Stat.  Payment should be mailed to:

Florida Department of State
Division of Elections
500 South Bronough Street, Suite 316
Tallahassee, FL 32399

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process.  However, it is imperative that such efforts be undertaken in compliance with the law.  If you would like to discuss how to help you avoid future violations, please call the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ashley E. Davis
Deputy General Counsel

Enclosures

cc:  Leon County Supervisors of Elections (w/o enclosures)
     Orange County Supervisor of Elections (w/o enclosures)



# FLORIDA
## Conservation Voters
## Education Fund

1700 N. Monroe St., Ste. 11-28(
Tallahassee, Florida 3230:
(850) 629-465(

**By Hand Delivery**

POSTMARK 9/7/18

September 5, 2018

SEP 10 2018

Bill Cowles
Orange County Supervisor of Elections
119 West Kaley Street
Orlando, Florida 32806

ORA CO

Dear Supervisor Cowles:

This year for the first time, Florida Conservation Voters Education Fund (FCVEF), engaged in the voter registration process as a Third Party Voter Registration Organization (3PVRO 18-06). While our Director of Voter Registration and our Central Florida "hub" are located in Orlando, we proudly collected more than 28,000 registrations in Leon, Escambia, Volusia, Seminole and Brevard counties.

Unfortunately, last week we discovered that quality control staff overseeing our Central Florida work had been instructed by their manager – against FCVEF policy and staff training – to hold approximately 90 problematic voter registration forms rather than timely filing them with the appropriate supervisor of elections.

We obtained these forms and have completed an internal audit. The audit revealed that the forms had been collected in between May 5 and August 17, 2018. Quality control staff originally flagged the forms for the following reasons:

- Unchecked responses to items 1 through 3 on the form or other missing information such as a phone number
- Questionable handwriting, suggesting that the canvasser may have filled out the form for the registrant or provided false information
- Other or unknown reasons

The problem forms were collected by 15 canvassers, all of whom have been terminated as FCVEF employees. Upon completing the audit, FCVEF also immediately terminated employment of the manager who directed staff, against our policy and his training, to hold rather than submit the forms.

In addition, FCVEF has ceased voter registration operations in Central Florida for the remainder of this year so that we can reassess our program, management structure, and training protocols.

Florida Conservation Voters Education Fund is dedicated to voter registration for eligible citizens of Florida, and we are very proud of the work that we have done. We deeply regret that, of the 28,000 registration forms we collected, the 90 forms described above were not filed in a timely manner. We take our voter registration responsibilities seriously and I am happy to provide any additional information and answer any questions that you may have. My email address is aliki@fcvedfund.org and my cell phone is (850) 443-7609.

Thank you,

Aliki Moncrief
Executive Director

POSTMARK 9/7/18

SEP 1 0 2018

ORA CO

Encl.



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

April 16, 2019

FieldWorks
c/o Dawn Waggoner
1151 N. Pine Avenue
Oviedo, FL 32765

Re:  Violations of Third Party Voter Registration Law

Dear Ms. Waggoner:

Fieldworks, which is registered as a third-party voter registration organization under ID number 3P12-266, submitted voter registration applications to the Division of Elections that violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant.  *See* § 97.0575(3)(a), Fla. Stat.  The law requires each third-party voter registration organization that collects voter registration applications to "promptly deliver[]" those applications to the Division of Elections or a supervisor of elections or be liable for a fine.  § 97.0575, Fla. Stat.; Rule 1S-2.042, F.A.C.  For each application that is delivered later than 10 days from collection, the fine is $50.  Rule 1S-2.042(4)(d), F.A.C.  For each application that is collected before book closing but delivered after book closing, the fine is $100.  § 97.0575(3)(a)2., Fla. Stat.; Rule 1S-2.042(4)(d), F.A.C.  The date of collection is "presumed to be" the applicant's signature date.  § 97.0575(6), Fla. Stat.  Fines are capped at $1,000 in the aggregate per calendar year.  § 97.0575(3)(a), Fla. Stat.

The Division received 66 voter registration applications that were delivered more than ten days after they were collected.  Of those, 24 were also collected before book closing but delivered after book closing.  All applications were submitted by FieldWorks.  Because fines are capped, the Department is imposing a $1,000 fine.

You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed.  *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines

"upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(4), Fla. Stat. Payment should be mailed to:

> Florida Department of State
> Division of Elections
> 500 South Bronough Street, Suite 316
> Tallahassee, FL 32399

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. If you would like to discuss how to help you avoid future violations, please call the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ashley E. Davis
Deputy General Counsel



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
*Governor*

**LAUREL M. LEE**
*Secretary of State*

April 16, 2019

UnidosUS
c/o Jared Nordlund
748 River Grass Lane
Winter Garden, FL 34787

Re:  Violations of Third Party Voter Registration Law

Dear Mr. Nordlund:

The Department of State has received information from the Miami-Dade County Supervisor of Elections indicating that UnidosUS, which is registered as a third-party voter registration organization under ID number 3P18-41, has violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant.  *See* § 97.0575(3)(a), Fla. Stat.  The law requires each third-party voter registration organization that collects voter registration applications to "promptly deliver[]" those applications to the Division of Elections or a supervisor of elections or be liable for a fine.  § 97.0575, Fla. Stat.; Rule 1S-2.042, F.A.C.  For each application that is delivered later than 10 days from collection, the fine is $50.  Rule 1S-2.042(4)(d), F.A.C.  For each application that is collected before book closing but delivered after book closing, the fine is $100.  § 97.0575(3)(a)2., Fla. Stat.; Rule 1S-2.042(4)(d), F.A.C.  Fines are capped at $1,000 in the aggregate per calendar year.  § 97.0575(3)(a), Fla. Stat.

Records received from the Supervisor of Elections reflect that 5 voter registration applications were delivered more than ten days after they were collected.  Of those applications, 3 were also collected before book closing but delivered after book closing.  All applications bear third-party voter registration organization number 3P18-41.  Therefore, the Department is imposing a $400.00 fine.

You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed.  *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based

upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(4), Fla. Stat. Payment should be mailed to:

> Florida Department of State
> Division of Elections
> 500 South Bronough Street, Suite 316
> Tallahassee, FL 32399

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. If you would like to discuss how to help you avoid future violations, please call the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ashley E. Davis
Deputy General Counsel

Enclosures

cc:  Miami Dade County Supervisor of Elections (w/o enclosures)



## FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

November 27, 2019

New Florida Majority
c/o Victricia Simmons
1001 SW 75th Ave.
Plantation, Florida 33317

Re: Violations of Third Party Voter Registration Law

Dear Ms. Simmons:

The Department of State has received information from the Duval County Supervisor of Elections indicating that New Florida Majority, which is registered as a third-party voter registration organization under ID number 3P-16-64, has violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant. *See* § 97.0575(3)(a), Fla. Stat. The law requires each third-party voter registration organization that collects voter registration applications to "promptly deliver[]" those applications to the Division of Elections or a supervisor of elections or be liable for a fine. § 97.0575, Fla. Stat.; Rule 1S-2.042, F.A.C. For each application that is delivered later than 10 days from collection, the fine is $50. Rule 1S-2.042(4)(d), F.A.C. For each application that is collected before book closing but delivered after book closing, the fine is $100. § 97.0575(3)(a)2., Fla. Stat.; Rule 1S-2.042(4)(d), F.A.C. The date of collection is "presumed to be" the applicant's signature date. § 97.0575(6), Fla. Stat. Otherwise, it is the date printed by the organization on the back of the application. Rule 1S-2.042(4)(b), F.A.C. Delivered means actual delivery or, if mailed, the date of a clear postmark. *Id.* Fines are capped at $1,000 in the aggregate per calendar year. § 97.0575(3)(a), Fla. Stat.

Records received from the Duval County Supervisor of Elections reflect that 3 voter registration applications were delivered more than ten days after they were collected. The applications were collected on May 5, June 6, and June 12, 2019, but not delivered until June 25, 2019. All 3 applications bear third-party voter registration organization number 3P-16-64. Therefore, the Department is imposing a **$150.00 fine**.

LWV, et al v Lee et al
Victricia Simmons

**1**

Office of the General Counsel
R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399
850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com

You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance"). The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(4), Fla. Stat. Payment should be mailed to:

Florida Department of State
Division of Elections
500 South Bronough Street, Suite 316
Tallahassee, FL 32399

In addition to the above-noted legal violations, additional records received from the Duval County Supervisor of Elections reflect that 63 voter registration applications were delivered within 10 days of collection but 2 days after book-closing (April 15, 2019) for the 2019, City of Jacksonville General Unitary Election. *See* section 97.055(1)(a), Fla. Stat. (2019) (with limited exceptions, registration books must be closed 29th day before each election). Although these submissions do not give rise to statutory fines under section 97.0575(3)(a)2. because the election was not one for "federal or state office," voters were effected nonetheless. Please be cognizant in future collection efforts of ensuring that municipal election dates and dates of book-closing are observed so as not to negatively impact voters.

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. If you would like to discuss how to help you avoid future violations, please call the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Colleen O'Brien
Assistant General Counsel

Enclosures

cc:  Duval County Supervisor of Elections (w/o enclosures)

9.28.20 Letter to VPC Part 1 of 2.pdf



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

September 28, 2020

The Voter Participation Center
c/o Registered Agent:
Dona L. Priebe, Corporation Service Company
1201 Hays Street, Suite 200
Tallahassee, FL 32301

       Re:  Violations of Voter Registration Law

Dear Ms. Priebe:

       The Department of State has received information indicating that the Voter Participation Center, which is registered as a third-party voter registration organization under ID number 3P-11-39, has violated Florida law.

       Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant.  *See* § 97.0575(3)(a), Fla. Stat.  The law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, the statute provides for a fine of $50, with a total possible fine of $1,000 per year.  *See* § 97.0575(3)(a), Fla. Stat. For each application that is collected before book closing but delivered after book closing, the fine is $100.  § 97.0575(3)(a)2., Fla. Stat.; Rule 1S-2.042(4)(d), F.A.C.  Also, the organization is required to print the date the applicant delivered the application to the organization in a conspicuous space on the bottom portion of the reverse side of the voter registration application. Rule 1S-2.042(4)(b), F.A.C. In addition, each organization must ensure that its organization identification number is recorded on the bottom portion of the reverse side of any voter registration application it delivers. Rule 1S-2.042(4)(c), F.A.C.

       As discussed further below, records received from your organization indicate that 129 voter registration applications were delivered to the Division of Elections more than ten days after they were collected, in violation of rule 1S-2.042, Florida Administrative Code. Further, 20 of those applications were collected prior to book-closing for the March 17, 2020 Presidential Preference Primary, but delivered after book-closing. 54 of those applications were collected prior to book-

**Office of the General Counsel**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

9.28.20 Letter to VPC Part 1 of 2.pdf

closing for the August 18, 2020 Primary Election, but delivered after book closing. An additional 73 applications were undated but, based on the envelopes from the voters to the Voter Participation Center (VPC), appeared to also be untimely delivered. But for the statutory maximum fines per calendar year, the fines for all the violations would have been over $10,000.00.

The methods of collection of your organization have created a somewhat unique scenario in which, despite being provided an envelope to mail the completed application to their supervisor of elections office, many voters misunderstand and return their voter registration application to the VPC's return address on the mailing – a P.O. Box in Tallahassee – where the applications have then sat for weeks or months, missing the book closing deadline in many instances. Under section 97.0575(6), Fla. Stat. "The date on which an applicant signs a voter registration application is presumed to be the date on which the third-party voter registration organization received or collected the voter registration application."

Per the letters dated April 13, 2020, May 5, 2020, and August 10, 2020, from Jennifer Carrier and Beth VerSteeg, we understand that when the batches of applications eventually arrived at the VPC's Washington D.C. address on April 11, 2020, May 2, 2020, and August 7, 2020, respectively, the applications were promptly mailed to the Division of Elections between two and four days after receipt in Washington D.C. However, it is apparent from the circumstances admitted in the letters, as well as the signature and postmark dates of the voters returning the applications to VPC, that the applications were actually collected in VPC's Tallahassee P.O. Box, over which VPC had custody and control, much earlier than the receipt dates in Washington D.C. Although VPC prints the date received in Washington D.C. as the collection date on the back of the applications, this is not the actual date collected. Absent the actual date of collection to VPC's custody and control in Tallahassee, the date on which the applicant signs the application is presumed to be the collection date.

We understand, as stated in the aforementioned letters, that VPC doesn't believe it is seeking to collect any voter registration applications in Florida and that receipt from voters is unsolicited. However, it is apparent that the mode in which the materials are presented to the voter, with a direction to return the application, and bearing a prominent Tallahassee return address (notwithstanding that there is also enclosed a return envelope to the supervisor of elections), leads many voters to believe the proper course is to in fact return the application to VPC's address in Tallahassee. This is not a new occurrence. *See*, for example, the enclosed email from Ms. Carrier dated April 21, 2016, and the letter from Ms. VerSteeg dated August 18, 2016, as well as the warning letters from the Department of State due to untimely delivery dated August 22, 2016, and January 4, 2017. As such, because these same modes and methods have continued, it can no longer be asserted that collection is completely unplanned or unanticipated. Until the method is changed in some way, harm to voters who easily misunderstand the return mailing procedure is likely to recur.

The specific dates of collection and delivery of the 129 dated applications are set forth in the enclosed spreadsheet, with applications that missed book-closing specifically noted. Copies of the applications themselves are also attached. For the 129 untimely applications, including 74 that missed book-closing, the Department is imposing the maximum **$1,000.00** fine for violations committed during calendar year 2020 pursuant to section 97.0575(3), Florida Statutes.

Florida SoS - 01678535

9.28.20 Letter to VPC Part 1 of 2.pdf

You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance"). Payment should be mailed to the Florida Department of State, Office of the General Counsel, 500 South Bronough Street, Suite 100, Tallahassee, FL 32399. The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(4), Fla. Stat.

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or would like to discuss how to help you avoid future violations, please call the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel, Florida Department of State

Enclosures

cc:
Bradley R. McVay
General Counsel, Florida Department of State

Florida SoS - 01678536



## FLORIDA DEPARTMENT *of* STATE

RICK SCOTT
Governor

KEN DETZNER
Secretary of State

October 17, 2018

NexGen America
c/o Carly Cass
111 Sutter St. 10th FL
San Francisco, CA 94104

Re: Violations of Voter Registration Law

Dear Ms. Cass:

The Department of State has received information from the Pinellas County Supervisor of Elections indicating that NexGen America, which is registered as a third-party voter registration organization under ID number 3P-18-23, has violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant. *See* § 97.0575(3)(a), Fla. Stat. The law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine. *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat. For each application that is delivered untimely, the statute provides for a fine of $50, with a total possible fine of $1,000 per year. *See* § 97.0575(3)(a), Fla. Stat.

Records received from the Pinellas County Supervisor of Elections reflect that twenty voter registration applications were delivered to the Pinellas County Supervisor of Elections more than ten days after they were collected, in violation of rule 1S-2.042, Florida Administrative Code. The applications were collected on June 23, 28, 29, and 30, but not received by the Pinellas County Supervisor of Elections until July 10, 2018. Therefore, the Department is imposing a $1000.00 fine pursuant to section 97.0575(3), Florida Statutes.

Also, four applications your organization collected were received by the Pinellas County Supervisor of Elections after book closing for the 2018 primary election. Normally this would warrant fines too. However, because not more than $1,000.00 in fines can be imposed in one calendar year, no additional fines will be imposed.

Florida SoS - 01684499

NexGen America
October 17, 2018
Page 2 of 2

You may either remit payment of this fine to the Florida Department of State within 30 days; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance"). Payment should be mailed to the Florida Department of State, Office of the General Counsel, 500 South Bronough Street, Suite 100, Tallahassee, FL 32399. The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(4), Fla. Stat.

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. If you would like to discuss how to help you avoid future violations, please call the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Ashley E. Davis
Deputy General Counsel
Florida Department of State


Enclosures

cc:  Pinellas County Supervisor of Elections



# FLORIDA DEPARTMENT *of* STATE

**RON DESANTIS**
Governor

**LAUREL M. LEE**
Secretary of State

December 21, 2020

Rebekah Williams
4208 Clay Street
Marianna, FL 32448

Re:  Violations of Voter Registration Law

Dear Ms. Williams:

The Department of State has received information from the Jackson County Supervisor of Elections indicating that Rebekah Williams, registered as a third-party voter registration organization under ID number 3P-20-78, has violated Florida law.

Under Florida law, a third-party voter registration organization serves as a fiduciary to the applicant. *See* § 97.0575(3)(a), Fla. Stat.  The law requires each third-party voter registration organization that collects voter registration applications to deliver the applications to the Division of Elections or a supervisor of elections within ten days or be liable for a fine.  *See* Rule 1S-2.042, F.A.C.; *cf.* § 97.0575, Fla. Stat.  For each application that is delivered untimely, the statute provides for a fine of $50, with a total possible fine of $1,000 per year.  *See* § 97.0575(3)(a), Fla. Stat. For each application that is collected before book closing but delivered after book closing, the fine is $100.  § 97.0575(3)(a)2., Fla. Stat.; Rule 1S-2.042(4)(d), F.A.C. Also, the organization is required to print the date the applicant delivered the application to the organization in a conspicuous space on the bottom portion of the reverse side of the voter registration application. Rule 1S-2.042(4)(b), F.A.C. In addition, each organization must ensure that its organization identification number is recorded on the bottom portion of the reverse side of any voter registration application it delivers. Rule 1S-2.042(4)(c), F.A.C.

Records received from the Jackson County Supervisor of Elections reflect that two voter registration applications were delivered to the supervisor's office more than ten days after they were collected, in violation of rule 1S-2.042, Florida Administrative Code. The applications were collected on October 1, 2020, but not delivered until October 28, 2020. This means that not only were the registrations untimely, but they were also collected prior to book closing (October 6, 2020) and delivered after book closing, prohibiting the voters who thought they were registered from voting in the 2020 General Election. Therefore, the Department is imposing a **$200.00** fine

**Office of the General Counsel**
**R.A. Gray Building, Suite 100 • 500 South Bronough Street • Tallahassee, Florida 32399**
**850.245.6536 • 850.245.6127 (Fax) • DOS.MyFlorida.com**

Florida SoS - 01822651

for violations committed during calendar year 2020 pursuant to section 97.0575(3), Florida Statutes.

Additionally, according to the report of the Supervisor's office, one of the voter registration applications initially lacked a recording of the date collected on the bottom portion of the reverse side of the application as required by Florida Administrative Code Rule 1S-2.042(4)(b). Please ensure that your organization follows the applicable third-party voter registration regulations.

You may either remit payment of the **$200.00 fine** to the Florida Department of State within **30 days**; or, you may respond to this letter within 30 days if you are able to show cause why a fine should not be imposed. *See, e.g.,* § 97.0575(3)(b), Fla. Stat. (stating that the Secretary may waive the fines "upon a showing that the failure to deliver the voter registration application promptly is based upon force majeure or impossibility of performance"). Payment should be mailed to the Florida Department of State, Office of the General Counsel, 500 South Bronough Street, Suite 100, Tallahassee, FL 32399. The check should be made out to the Florida Department of State. If you fail to remit payment or show cause within 30 days from the date of this letter, the Secretary may refer the matter to the Attorney General for enforcement. *See* § 97.0575(4), Fla. Stat.

Voter registration efforts are an effective means of encouraging and facilitating wider participation in the democratic process. However, it is imperative that such efforts be undertaken in compliance with the law. If you have questions about the proper procedures for voter registration applications by third-party voter registration organizations or would like to discuss how to help you avoid future violations, please call the Bureau of Voter Registration Services at (850) 245-6290.

Sincerely,

Colleen E. O'Brien
Assistant General Counsel

Enclosures

cc: Jackson County Supervisor of Elections (*via email and without enclosures*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al., | Case Nos.: 4:21-cv-186-MW/MAF |
| Plaintiffs, | 4:21-cv-187-MW/MAF |
| v. | 4:21-cv-201-MW/MAF |
| LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al., | 4:21-cv-242-MW/MAF |
| Defendants, | |
| and | |
| REPUBLICAN NATIONAL COMMITTEE, and NATIONAL REPUBLICAN SENATORIAL COMMITTEE, | |
| Intervenor-Defendants. | |

## DECLARATION IN LIEU OF DEPOSITION
## OF COLLEEN O'BRIEN

I, Colleen O'Brien, an Assistant General Counsel at the Florida Department of State, offer the following declaration in lieu of a deposition, which shall be admissible for purposes of summary judgment and at trial to the same extent as if it were given in deposition testimony by Ms. O'Brien in the Actions:

1.     Since April 22, 2019, I have been responsible for reviewing, investigating, responding to, and referring for possible prosecution elections fraud

complaints submitted to the Florida Department of State pursuant to section 97.012(15) and Rule 1S-2.025. I work with others in my office to conduct a preliminary investigation of such complaints to determine whether they are facially sufficient and whether there is reason to believe elections fraud occurred. Facial sufficiency means that the allegations in the complaint, taken as true, are based on personal knowledge and stated with particularity, and concern irregularities or fraud arising out of or in connection with voter registration or voting, or candidate petition or initiative petition activities that may constitute a crime under Florida law.

2.     When an elections fraud complaint is submitted, information and documents are gathered from various elections-related sources including voter registration, voting history, and records and information provided by the relevant Supervisor of Elections' office.  If the complaint is both facially sufficient and there is reason to believe elections fraud occurred, I refer the complaint, along with the relevant information and records, to the statewide prosecutor, the relevant state attorney, or an appropriate law enforcement agency for possible prosecution.

3.     Our review of elections fraud complaints is limited to a preliminary screening and investigation, not a full criminal investigation. Our decision to refer an elections fraud complaint for possible prosecution does not mean that elections fraud in fact occurred. It means that we have concluded there is a reasonable basis, based on the facts alleged in the elections fraud complaint and the preliminary

review/investigation, to believe that elections fraud, as defined in section 97.012(15), Florida Statutes, and Florida Administrative Code Rule 1S-2.025(2), has occurred.

4.     Approximately a week before the November 3, 2020, General Election, and continuing for at least a few weeks thereafter, due to a large influx of election-fraud related calls, emails, and complaints, the Department of State began referring to law enforcement nearly all contacts alleging some violation of law, without the normal level of pre-referral screening that the Department would normally undertake, in order to expedite law enforcement review of potentially valid issues.

5.     I can recall offhand a number of elections fraud complaints referred, or in the process of referral, by my office to a prosecutor, state attorney, or law enforcement agency since April 22, 2019, that have alleged activities or conduct that may have been prevented by Senate Bill 90's changes to Florida election laws. For example, some of the referrals involve allegations by voters that others fraudulently requested and/or voted their, or their family member's, vote-by-mail ballots (*see*, *e.g.*, complainants Ricardo T. Caballero, Wendy Kantrow, Lauren Hargrove, Philip Bauer, Kevin Corbelo, and Stacy Karron). Other referrals involve allegations that someone (a third-party voter registration agent or an unknown third-party) fraudulently changed voter registration information (*see*, *e.g.*, complainants Kari Ewalt and Christopher Massie).  Others involve allegations that an individual voted

by mail in Florida while living in another state (*see*, *e.g.*, complainant Gail Geary). Others involve allegations about receipt of ballots that were not believed to have been requested or that were sent to others not living at their home (*see*, *e.g.*, complainants Sharon Parent, Karen Lindholm, Gary Weber, and Brian Conley). And still others involve allegations that voters deposited their ballots at a specific drop box only to learn that there was no record of their ballots being received (*see*, *e.g.*, complainants Keith Shaffer, Jaime Giammatteo, and Aloysius Miller). This is by no means an exhaustive list of allegations or referrals involving topics potentially impacted or preventable by changes in SB 90, but is merely a personal recall of some representative examples, similar to what I might recall and respond at a given point in time were I to testify in a deposition in this action.

6.     To my knowledge, the records already produced by the Secretary of State in this action reflect all of the formal elections fraud complaints (Form DS-DE 34) that the Secretary of State has received since January 1, 2011, and continuing through October 7, 2021, the date of the Secretary of State's last production.

7.     Other sources by which the Department often receives non-formal elections fraud allegations to review include, but are not limited to, the following sources: Third-Party Voter Registration Complaints (Fla. Admin. Code R. 1S-2.042, Form DS DE 121); HAVA (Fla. Admin. Code R. 1S-2.038, Form DS DE 59) and NVRA (Fla. Admin. Code R. 1S-2.036, Form DS DE 18) formal Complaints

(sometimes used by complainants in error); emails and telephone calls from the public, Supervisors of Elections, and other local and Florida state officials, as well as other states' officials; law enforcement and prosecutors – local, statewide (FDLE), Federal (Dept. of State), etc. – (who sometimes want the Department to review a matter first) or otherwise consult with the Department; and "Governor's Assignment" emails, whereby a complainant first reached out to the Governor's office, and the Governor's office found review and disposition by the Department of State to be appropriate.

8.     To my knowledge, records reflecting these latter sources of fraud allegations (outside of formal elections fraud complaint forms) have been extensively produced in discovery to the extent possible through direct provision of 3PVRO files, electronic search term discovery searches, and manual searches by relevant custodians. But, unlike the readily consultable structure of the elections fraud complaint files, these latter sources constitute a much more diverse universe of contacts and communications, making it impossible for me to affirm the provision of all such contacts and communications within these latter elections fraud source categories. I am not personally aware of any relevant fraud allegations of this sort, as of July 28 2021, a date immediately prior to one of the first productions to the League Plaintiffs, that have not been produced in discovery.

9.      Some complaints and allegations of elections fraud are reported directly to law enforcement agencies such as the Florida Department of Law Enforcement and the FBI, as well as to state attorneys and United States Attorney's Offices. Other complaints are reported directly to Supervisors of Elections, who may then report directly to law enforcement or prosecuting entities. In such direct report cases, the Department is often not involved in review or disposition of allegations.

10.     All communications and documents produced by the Secretary of State in the Actions that were sent to or from my email address or that bear my signature are authentic.

11.     All statements in (1) messages sent from my email address and (2) documents that bear my signature, that were produced by the Secretary of State in the Actions, were, to the best of my knowledge, true at the time such statements were made.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct based on my information and understanding.

Executed on October 21, 2021.

*/s/ Colleen O'Brien*

_____

Colleen O'Brien
Assistant General Counsel

6



## MARK S. EARLEY
### SUPERVISOR OF ELECTIONS
### LEON COUNTY, FLORIDA

DUPLICATE

December 5, 2019

Starting in September 2019, my office received many Florida Voter Registration Applications (FVRA) from a Third Party Voter Registration Organization (3PVRO) 3P16-65, New Florida Majority Education Fund. Starting in November, this organization now makes weekly drops of hundreds of registration forms and at times over a thousand. This is many more registration forms than our office normally receives this time of year, between August and December of an "off" election year.

While processing these forms, my staff noticed several instances of FVRAs for voters who already registered, but with minor changes in critical voter information, such as dates of birth, driver's license, and addresses. We assumed that 3PVRO registration agents were assisting voters and transcribing information incorrectly, or that voters who do not trust the registration agents might be supplying incorrect information.

However, we have now found more serious and concerning issues. On November 19, 2019 we discovered at least one case of a new FVRA collected for a voter who was recently deceased. The new FVRA contained handwriting that did not match the handwriting on the voter's previous applications, and the voter's signature did not match the voter's previous signatures on file. The Department of State performs verification of social security number and driver's license numbers provided on FVRAs, and in this case the Department of State returned a message to our office that the person is deceased.

On November 19, 2019 as a pattern of potential problems became apparent, my staff began documenting concerns with specific FVRAs from 3P16-65. On November 19 and November 20, we attempted to contact the voters listed herein, and we found that in many cases the phone numbers provided on the FVRAs were disconnected or invalid phone numbers, which is odd for applications so recently collected. Normally, newly collected FVRAs would have data elements that are current and correct.



Δ π EXHIBIT 2
Deponent Earley
Date 10/8/21 Rptr. SW
WWW.DEPOBOOKPRODUCTS.COM

P.O. BOX 7357   TALLAHASSEE FL 32314-7357   (850) 606-VOTE (8683)   FAX (850) 606-8601   WWW.LEONVOTES.ORG

Seven examples are listed below and an explanation of the issues we discovered with each example. Collaborating documentation is attached on the following pages thereafter, with a note explaining which cases the documentation relates to and how.

Additionally, attached is a packet received by our office for this organization from September 12, 2019. The packet includes a letter from Victricia Chandler, the Chief of Staff for the Organization, stating that two canvassers had been removed from the organization because the organization had determined that the canvassers had forged registration applications. Copies of the supposedly forged applications are included as well. Her contact phone number is listed as (786)525-1540.

You will also find a copy of an "Elections Fraud Complaint" that we are filing with the Department of State regarding two specific voter registration applications, Tinika McNeil and her mother Foriest McNeil. Tinika McNeil was previously registered in Gadsden County (VID# 104261440). This registration was removed by the Gadsden County Supervisor of Elections on 07/23/2019, following the death of Tinika McNeil. Our office received a new voter registration application on 11/08/2019 for Tinika McNeil, signed 11/05/2019, and collected by third party voter registration organization 3P16-65. All pertinent information on the new application matched the decedent's prior voter registration record, except the handwriting and the signature differed significantly.

We welcome the opportunity to discuss this situation and answer any questions that are bound to arise regarding the details of these voter registration applications. I am hopeful that one of the end results of this process is to reduce the amount of erroneous forms that we are receiving from this 3rd Party Voter Registration Organization. It is my obligation to report fraudulent attempts to register to vote. It is also my duty to maintain accurate voter rolls, and the large increase in unverifiable and incomplete forms we are receiving from this group only serves to undermine our efforts to serve the voters of Leon County, and to undermine the public trust in the integrity of our elections process.

12/4/19

Mark S. Earley, Supervisor of Elections

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name **Mark S. Earley**

Address **2990-1 Apalachee Pkwy**

County **Leon**

E-mail Address **vote@leoncountyfl.gov**

Day Phone **850-606-8683**

Evening Phone

City **Tallahassee**

State **FL**    Zip Code **32301**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name **3PVRO 3P16-65**

**New Florida Majority Education Fund**

*Person's title of office or position held or sought if applicable*

Address **10800 Biscayne Blvd Ste 1050**

County **Miami-Dade**

Work Phone **305-754-0118**

*Name of Governmental Office or Private Entity/Office*

City **Miami**

State **FL**    Zip Code **33161**

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | ☐ Yes | ☑ No |
| Florida Department of Law Enforcement | ☐ Yes | ☑ No |
| Florida Elections Commission | ☐ Yes | ☑ No |
| Florida Commission on Ethics | ☐ Yes | ☑ No |

DS-DE #34 (rev. 07/2016)                    Page 1                    Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Our office received a Florida Voter Registration Application for Tinika McNeil, signed 11/05/2019, and an application for her mother, Foriest McNeil, signed 10/24/2019. However, Ms. Tinika McNeil is deceased, as of 07/06/2019 per her obituary published in the paper. In a telephone conversation between our staff and Ms. Foriest McNeil on 11/19/2019, Ms. Foriest McNeil only recalled filling out a registration application in 2018, and did not seem to understand that we called regarding an application apparently signed by Foriest McNeil on 10/24/2019. We believe that both applications are fraudulent, neither were completed by the voters themselves.

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Tinika McNeil was previously registered in Gadsden County (VID# 104261440). This registration was removed by the Gadsden County Supervisor of Elections on 07/23/2019, following the death of Tinika McNeil. Our office received a new voter registration application on 11/08/2019 for Tinika McNeil, signed 11/05/2019, and collected by third party voter registration organization 3P16-65. All pertinent information on the new application matched the decedent's prior voter registration record, except the handwriting and signature differed significantly. Our office processed the application as a new registration record. We received a DLN/SSN verification report from the Department of State: "SY, SSA Response Single Match - Deceased, Unverified: SSN provided was not validated." Our office also discovered an obituary published in the newspaper stating that Ms. Tinika McNeil passed away 07/06/2019. At that point, our office removed the registration record created by the new application as deceased. Also on 11/08/2019, our office received a new registration application for Foriest McNeil, mother of Tinika McNeil, signed 10/24/2019, registered at the same address. Like Tinika McNeil, this new application matched Foriest McNeil's information, except that the signature and handwriting differed significantly from our existing records for Foriest McNeil. Our office contacted Foriest McNeil by phone. Foriest McNeil remembered completing an application the previous year in 2018, but not in October of 2019. She seemed unaware of the new application. Of note, the handwriting on the applications for both Foriest McNeil and Tinika McNeil appear similar to each other. Notably, the signature for Tinika McNeil's application received 11/08/2019 contains a suspicious revision accompanied by initials, indicating a mistake was made in signing. This sort of signature is irregular and a possible further indication of fraud. Supporting documentation attached.

☑ Check here if additional pages or documents are attached.

_____                    12/4/19
Signature of complainant                          Date Signed

**Mark S. Earley**
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

| 2019 Month | Unverified Letters | Incomplete Notices | Voter Cards - New Registration | % UNV | % INC |
|---|---|---|---|---|---|
| January | 3 | 48 | 631 | 0.475% | 7.607% |
| February | 3 | 36 | 395 | 0.759% | 9.114% |
| March | 4 | 29 | 427 | 0.937% | 6.792% |
| April | 5 | 36 | 473 | 1.057% | 7.611% |
| May | 5 | 25 | 346 | 1.445% | 7.225% |
| June | 9 | 24 | 545 | 1.651% | 4.404% |
| July | 12 | 42 | 768 | 1.563% | 5.469% |
| August | 6 | 32 | 666 | 0.901% | 4.805% |
| September | 98 | 173 | 875 | 11.200% | 19.771% |
| October | 216 | 141 | 1470 | 14.694% | 9.592% |
| Nov. 1 - Nov. 19 | 78 | 60 | 526 | 14.829% | 11.407% |
| (Sch'd Nov. 22) | 61 | 42 | 273 | 22.344% | 15.385% |

| Issue # | Voter Name | Voter ID Number | Voter Date of Birth | Voter Address | Description of Issue |
|---|---|---|---|---|---|
| 001 | Tinika McNeil | 127421933 | 03/12/1984 | 725 Dunn St Tallahassee FL 32304 | Our office received a new application for Ms. McNeil on November 8, 2019, apparently signed by Ms. McNeil on November 5, 2019. Ms. McNeil was previously registered in Gadsden County, #104261440, however her registration was cancelled July 23, 2019 because Ms. McNeil is now deceased. All pertinent information between the two applications matched. Our office processed the application as a new application, and after DLN/SSN verification by the department of state, received a report stating: "SY, SSA Response Single Match – Deceased, Unverified: SSN provided was not validated." PDF versions of the new registration form, and her previous registrations are attached for comparison. |
| 002 | Foriest B McNeil | 104233875 | 04/21/1961 | 725 Dunn St Tallahassee FL 32304 | Our office received a FVRA on November 1, 2019 updating this voters record. However, the handwriting and signature did not match the voter's previous applications. Our office called the voter on November 19, 2019 to verify that she completed the application. The voter remembered filling out an earlier application in 2018. She did not mention filling out a more recent application in October 2019. PDF versions of her new FVRA and previous FVRAs, as well as VBM return envelopes are attached for comparison. |

| 003 | Kennedi E Mercer & Kennedi Emelda Bernier | 126126283 & 127426275 | 02/20/2002 | 4768 Woodville Hwy Apt 1400 Tallahassee FL 32305 | Our office received a FVRA on November 8, 2019 for "Kennedi Emelda Bernier." There is an existing record for a "Kennedi E. Mercer," #126125283, however the handwriting and signature did not match, the name did not match, and there was no social security number to match. Our office opted to process the new form as a separate, new registration, and to wait for the Department of State to verify the new social security number to see if it is valid. PDF copies of applications for both voters are attached. |
|-----|-------------------------------------------|-----------------------|------------|--------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 004 | Hannah Pernell Tommy II & Tommy Pernell Hannah III | 123814475 & 127390975 | 02/03/1999 & 10/18/1997 | 2000 Meridian Rd Apt 265 Tallahassee FL 32303 | Our office received a FVRA on November 1, 2019 for "Hannah Pernell Tommy II." In processing his application, we found an existing record for "Tommy Pernell Hannah III," #123814475, registered at the same address. However, there were discrepancies between the Date of Birth, social security number, and name. The Department verified the second voter and our office mailed them a voter information card. Scans of both voter's applications are attached for comparison. |

| 005 | Latasha Yolanda McCray | 105114341 | 07/15/1977 | 5524 Mossy Top Ln Tallahassee FL 32303 | Our office received a FVRA on November 8, 2019 for Latasha McCray. However, the handwriting and signature on the new form did not match any of her previous applications. Scans of her applications are attached for comparison. |
|---|---|---|---|---|---|
| 006 | Kendasia Lamae Sharpe & Sharpe Kendasia | 126822886 & 127430623 | 06/10/2001 & 01/12/2000 | 3311 Sugar Berry Way Tallahassee FL 32303 & 2729 Graves Rd #7 Tallahassee FL 3233 | Our office received a FVRA on November 8, 2019 for "Sharpe Kendasia." We found a similar record for a Kendasia Sharpe, however the date of birth, social security, and address information was all different, as was the signature. The existing record came from the DMV, so there is only a signature clip provided, however the DMV's information comes to us pre-verified by DHSMV. Finally, 2729 Graves Rd is a Best Western Plus hotel. |
| 007 | Larry Merrit | 116392545 & 127430796 | 12/17/90 | 1700 Joe Louis St Apt 5 Tallahassee FL 32304 & 2314 Oxford Rd Tallahassee Fl 32304 | Our office received a FVRA on November 8, 2019. However, the social security number, handwriting on the form, and signature were completely different. Our office attempted to use the phone number provided on the form to contact the voter to verify their identity, but the phone number provided on the form was not in service. We processed as a new record and are awaiting DOS verification of the new SSN. |

10426ᵀ   ᵀʊ  MCNEIL, TINIKA S (Read Only) (Doc Imar

GAD   104261440   MCNEIL, TINIKA S

ISSUE 001 - Document 1 of 5
Signed 11/08/16, original record

322 N 10TH ST, QUINCY, 32351



Scan Date = 11/05/2016

VR Systems Voter Focus Version 20.0.26(0)
11/19/2019 2:29:52 PM
Operator = usziobts

1042614   MCNEIL, TINIKA S (Read Only) (Doc [Image])

ISSUE 001 - Document 2 of 5

Signed 10/22/08, original record

GAD   104261440   MCNEIL TINIKA S



Scan Date = 10/30/2008

1274   `33  MCNEIL, TINIKA (Doc Images)

LEO    127421933

MCNEIL, TINIKA

ISSUE 001 - Document 3 of 5

`33 DUNN ST. TALLAHASSEE 32304

Signed 11/05/19,
deceased as of 7/23/19

Signature does not
match existing record.

Note the mistake in
the signature, with the
initials noting the
correction.

**Florida Voter Registration Application**
Part 2 – Form (08-04-08)  715-2.040, F.A.C.(eff. 10/2013)

This is: ☐ New Registration  ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

1. Are you a citizen of the United States of America?  ☑ YES  ☐ NO
2. ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.
   ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

OFFICIAL USE ONLY

3. Date of Birth   (mm/dd/yyyy)   0 3 - 1 2 - 1 9 8 1 4
   Enroll into:
4. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number   ☐ I no FL DL or FL ID, then provide:   Last 4 digits of Social Security Number   ☑ I have NONE of these numbers.

5. Last Name   mc neil   First Name   Tinika   Middle Name   Name Suffix (Jr., Sr., I, II, etc.)

7. Address Where You Live (legal residence; no P.O. Box)   725 Dunn Street   City   Tallahassee   County   Leon   Zip Code   32304
8. Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code
9. Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code

6. Gender  ☐ M  ☑ F   State or Country of Birth   City

10. Former Name (if name is changed)   Telephone (No. (optional)   850 408-1449   126321

11. ☐ Email me SAMPLE BALLOTS if option is available in my county.
    (See Public Record Notice above)  ☐ My email address is:

Party Affiliation
(Check one; if left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☑ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name): _____

Race/Ethnicity (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other: _____

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting

☐ I am interested in becoming a poll worker.

12. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN MARK HERE

Date   11/05/19

Scan Date = 11/18/2019

ISSUE 001 - DOCUMENT 4 of 5

| OBITUARIES | FUNERAL HOMES | SEND FLOWERS | NEWS & ADVICE | MEMORIALS |

Obituary for voter published 7/12/2019 stating voter deceased as of July 6, 2019.

**SERVICES**

**Bradwell Mortuary - Quincy**
18300 Blue Star Hwy
Quincy, FL 32353
(850) 627-3700

Send Flowers
Email Service Info
Website | Map

See Services Detail

**RESOURCES**

More Obituaries for Tinika McNeil

Looking for an obituary for a different person with this name?

# Tinika McNeil

✏ Add a Memory   Share This Page ∨



Tinika McNeil

Quincy - Tinika Sharmone McNeil, 35 of Quincy, died on Saturday, July 6 in Tallahassee. She was a member of Mt. Olive FWB Church. Service will be 2:30 PM, Sunday, July 14, 2019 at Arnett Chapel AME Church with interment in the Sunnyvale Cemetery. Viewing will be from 3 PM to 7 PM, Saturday, July 13 at Bradwell Mortuary. Tinika is survived by her daughter, Tayla Humose and her son, Davion Rittman; her mother, Forlest B. McNeil; her father, Charlie McNeil; siblings, Trakeshia Dowdell and Antwon McNeil; her companion, David Rittman Jr. and her grandmother, Mildred McNeal.

Published in Tallahassee Democrat on July 12, 2019

Read Less | **Print** | Listen to Obituary

**REMEMBER**

Share memories or express condolences below.

View All

Add a memory or condolence to the guest book

*"Forlest and Keshia: With deepest sympathy, my prayers are..."*
-Dr. Kim Ardley

*"My heartfelt condolences to the family and all who loved..."*
-Wytania Dennis

ADD MESSAGE

View All Messages


ADD PHOTOS   ADD VIDEOS


**MORE INFORMATION**

Funeral Et...


Send Me a Pla... Guide

TOP ARTICLES   Legacy.

ISSUE 001 - Document 5 of 5

| | |
|---|---|
| **Voter ID** 127421933 | |
| **Voter Provided** | **HSMV Value** |
| **Name** MCNEIL, TINIKA | MCNEIL, TINIKA |
| **Address** 725 DUNN ST | 725 DUNN ST |
| TALLAHASSEE FL 32304 | TALLAHASSEE |
| (blank mailing address) | LEO            FL |
| | 32304 |

**DLN**

**SSN** 8963

**Birth Date** Mar 12 1984                Mar 12 1984

**Sex** F                                              F

**Special** NM, Name Mismatch
**Codes** SY, SSA Response Single Match - Deceased

**Error Description**

**Dept of State Comments**

| Accept Application Register Voter | Reject Application as HSMV Incomplete | Cancel |
|---|---|---|

The result from DOS verification of the voter's name, date of birth, and social security number.  "SY, SSA Response Single Match - Deceased."

104233  5  MCNEIL, FORIEST BRADWELL  (Doc Images)

LEO  104233875

ISSUE 002 - Document 1 of 5

Signed 10/24/19, signature does not match

Handwriting on application does not match, note the small "c" in McNeil in previous signatures/ registration forms.

MCNEIL, FORIES I B                   725 DUNN ST, TALLAHASSEE, 32304

**Tma to:** ☐ New Registration  ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

OFFICIAL USE ONLY

1. Are you a citizen of the United States of America?  ☑ YES  ☐ NO

104-233-875

   ☐ I affirm I have never been convicted of a felony.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
   ☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

   FVRS No:

2. ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

3816-65

3. **Date of Birth** (MM/DD/YYYY)  | 0 4 - 1 1 2 - 1 9 6 |

4. **Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number**  | 0 4 - 1 1 2 - 1 1 9 6 1 |

   If no FL DL or FL ID, then provide: ☐  | Last 4 digits of Social Security Number |  ☐ I have NONE of these numbers.

6. **Last Name**  Mc Neil    **First Name**  Forient    **Middle Name**  B    **Name Suffix** (Jr., Sr., I, II, etc.):

7. **Address Where You Live (legal residence—no P.O. Box)**  725 Dunn Street    Apt/Lot/Unit    **City**  Tallahassee    **County**  Leon    **Zip Code** 32304

8. **Mailing Address (if different from above address)**  725 Dunn Street    Apt/Lot/Unit    **City**  Tallahassee    **State or Country**  FL/Leon    **Zip Code** 32304

9. **Address Where You Were Last Registered to Vote**    Apt/Lot/Unit    **City**    **State or Country**    **State**    **Zip Code**

5. **Gender**  ☐ M  ☑ F    **State or Country of Birth**    **Telephone No. (optional)**  (850) 408-7440

10. **Former Name (if name is changed)**

11. ☐ Email me SAMPLE BALLOTS (if option is available in my county).  My email address is:
   (See Public Record Notice above)

Received by SOE 11/01/2019

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity (Check only one)**
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

12. **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

**SIGN/MARK HERE**

**Date**  10/24/19

10/24/19

Scan Date = 11/13/2019

VR Systems Voter Focus version 20.0.2n0;
11/13/2019, 2:45:30 PM
OperBror = UEZtoke

10425   75 MCNEIL, FORIEST BRADWELL (Doc Im   s)

LEO   104233875   MCNEIL, FORIEST B   725 DUNN ST., TALLAHASSEE, 32304

ISSUE 002 - Document 2 of 5   Signed 5/1/2018

Scan Date = 06/04/2018

3F18-6

VR Systems Voter Focus Version 2013.2600
11/19/2019 2:41:11 PM
Operator = us210b:

10423 `75 MCNEIL, FORIEST BRADWELL (Doc Im `Yes)

LEO   10423875

Scan Date = 04/04/2014

VR Systems Voter Focus Version 2.0.0  3600
11/19/2019 2:47:29 PM
Operator = bsztoks

ISSUE 002 - Document 3 of 5

Signed 3/29/14

MCNEIL, FORIEST B

725 DUNN ST, TALLAHASSEE, 32304

Title is:   [ ] New Registration   [✓] Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   [ ] Requests to Replace Voter Information Card

1. Are you a citizen of the United States of America?   [✓] YES   [ ] NO

2. [✓] I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

3. [✓] I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. Date of Birth (MM/DD/YYYY)   04 - 12 - 1961

5. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number   M...Forest

Last 4 digits of Social Security Number   104-233-845   [ ] I have NONE of these numbers.

If this FL DL or FL ID, then provide:

6. Last Name   MCNeil   First Name   Forest   Middle Name   Name Suffix (Jr., Sr., I, II, etc.)

7. Home Address (legal residence-no P.O. Box)   Apt/Lot/Unit   City   Stephen   State   Zip Code 32352

8. Mailing Address (if different from above address)   Apt/Lot/Unit   City   TACU   State County   Zip Code 32303

9. Address Where Last Registered (if different from above)   Apt/Lot/Unit   City   State   Zip Code

10. Former Name (if name is changed)   Gender   [ ] M   [✓] F   Race/Ethnicity

11. [✓] Email me SAMPLE BALLOTS if option is available in my county.   Email Address   fmcmcneil@gmail.com   Telephone No. (optional) 850 443-7440

(See Public Record Notice above)

Party Affiliation (Check only one. If left blank, you will be registered without party affiliation)
[ ] Florida Democratic Party
[ ] Republican Party of Florida
[ ] No party affiliation
[ ] Minor party (print party name):

Race/Ethnicity (Check only one)
[ ] American Indian/Alaskan Native
[ ] Asian/Pacific Islander
[ ] Black, not of Hispanic Origin
[ ] Hispanic
[ ] White, not of Hispanic Origin
[ ] Multi-racial
[ ] Other:

[ ] I am an active duty Uniformed Service or Merchant Marine member
[ ] I am a spouse or a dependent of an active duty uniformed service or merchant marine member
[ ] I am a U.S. citizen residing outside the U.S.

[ ] I will need assistance with voting.
[ ] I am interested in becoming a poll worker.

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE

Date 3/29/14

10423` `5 MCNEIL, FOREST BRADWELL (Doc Im` `)

ISSUE 002 - Document 4 of 5

Signed 10/25/18

LEO    104233875    MCNEIL, FOREST B    725 DUNN ST   TALLAHASSEE, 32304

# VOTER'S CERTIFICATE YOU MUST SIGN THIS OATH.

I, _____, do solemnly swear or affirm that I am a qualified and registered voter of Leon County, Florida, and that I have not and will not vote more than one ballot in this election. I understand that if I commit or attempt to commit any fraud in connection with voting, vote a fraudulent ballot, or vote more than once in an election, I can be convicted of a felony of the third degree and fined up to $5,000, and/or imprisoned for up to 5 years. I also understand that failure to sign this certificate will invalidate my ballot.

**VOTER SIGNATURE REQUIRED:**

10/25/18

SIGN HERE

POWER OF ATTORNEY CANNOT SIGN FOR VOTER

FOREST B MCNEIL

9145

☒ **I want to continue to vote by mail**

104233875 1503 C ESa 76 Sty 1503 #107

61040001407

- Ballot must be received by the Supervisor of Elections no later than 7:00 pm on **Election Day.**

Scan Date 01/22/201

VR Systems Voter Focus Version 20.0 2600
11/19/2019 2:42:23 PM
Operator = usztoks

10423??  ?5 MCNEIL, FORIEST BRADWELL (Doc Im??es)

ISSUE 002 - Document 5 of 5
Signed 8/20/18

LEO    104233875    MCNEIL, FORIEST B

125 DUNN St TALLAHASSEE, 32304

**VOTER'S CERTIFICATE: YOU MUST SIGN THIS OATH.**

I, _Forrest Bradwell_ , do solemnly swear or affirm that I am a qualified and registered voter of Leon County, Florida, and that if I commit or attempt to commit any fraud in connection with voting, vote a fraudulent ballot, or vote more than once in an election, I can be convicted of a felony of the third degree and fined up to $5,000, and/or imprisoned for up to 5 years. I also understand that failure to sign this certificate will invalidate my ballot.

**VOTER SIGNATURE REQUIRED:**

☑ I want to continue to vote by mail

143

08/21/2018 02 47 PM

FORIEST B MCNEIL

Scan Date

16/24 'D BERNIER, KENNEDI EMELDA (Read Onl   Doc Images)

LEO   127428275

BERNIER, KENNEDI E

ISSUE 003 - Document 1 of 2

Signed 10/31/19

Signature does not match existing record.

Different hand writing completed the last name from the first name and address.

** Protected **

**Florida Voter Registration Application**
Part 1 - Form - OMB.09.008, 813-0289A, F.A.C. (eff. 7/2019)

This is: ☑ New Registration   ☐ Record Update/Change (e.g. Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

OFFICIAL USE ONLY

Form available online at/Formulario disponible en línea en: rigistentovoteflorida.gov

1. Are you a citizen of the United States of America?   ☑ YES   ☐ NO

☑ I affirm I have never been convicted of a felony.
☐ If I have been convicted of a felony, the Board of Executive Clemency.
☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.
☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

PVRB No: _____

2. Date of Birth (Mo/Dy/Yrr)   0 2 - 1 2 - 2 0 0 2

3. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

If no FL DL or FL ID, then provide:   Last 6 digits of Social Security Number: [redacted]

☐ I have NONE of these numbers

4. Last Name   Bernier
   First Name   KENNEDI
   Middle Name   EMELDA   Suffix (Jr., Sr., II, etc.):

5. Address Where You Live (legal residence no P.O. Box)   off ERALDO DR FL PWV
   Apt/Lot/Unit   City   Tallahassee   County   Leon   State or Country   FL   Zip Code   32205

6. Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code

7. Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State or Country   Telephone No. (optional)

8. Former Name (if name is changed)

9. ☐ Email me SAMPLE BALLOTS if option is available in my county.
   (See Public Record Notice above). My email address is:

10. Party Affiliation
    (Check only one. If left blank, you will be registered without party affiliation)
    ☐ Florida Democratic Party
    ☐ Republican Party of Florida
    ☐ No party affiliation
    ☐ Minor party (print party name)

    Race/Ethnicity (Check only one)
    ☐ American Indian/Alaskan Native
    ☐ Asian/Pacific Islander
    ☐ Black, not of Hispanic Origin
    ☐ Hispanic
    ☐ White, not of Hispanic Origin
    ☐ Multi-racial
    ☐ Other:

    (Check only one if applicable)
    ☐ I am an active duty Uniformed Services or Merchant Marine member
    ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
    ☐ I am a U.S. citizen residing outside the U.S.

    Gender   ☐ M   ☑ F
    State or Country of Birth

11. Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE

☐ I will need assistance with voting

☐ I am interested in becoming a poll worker

Date   10/31

[stamp] 3PF16-65

[stamp] Received by DOE 11/3/2019   11/21

Scan Date = 11/19/2019

VR Systems Voter Focus Version 20.0.26(0).
11/19/2019 3:01:49 PM
Operator = bls/hh62

126126 ) MERCER, KENNEDIE (Doc Images)

ISSUE 003 - Document 2 of 2

Signed 9/4/18

** Protected **

LEO   126126283

MERCER KENNEDIE

Check for: [ ] New Registration   [ ] Record Update/Change (Age, Address, Party Affiliation, Name, Signature)

Are you a citizen of the United States of America?   [X] Yes   [ ] No

[X] I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

[X] I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

OFFICIAL USE ONLY

FVRS No.: 191-126-283

State of Birth   (MM/DD/YYYY)   012 - 20 - 2007

Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

If no FL DL or FL ID, then provide: Last 4 digits of Social Security Number

Last Name   Mercer   First Name   Kennedi   Middle Name   E   Name Suffix (Jr., Sr., II, III, etc.)

Address Where You Live (legal residence–no P.O. Box)   City   Tallahassee   County   USA   State   FL   Zip Code   32315

Mailing Address (if different from above address)   City   City   State   Zip Code

8.   Address Where You Were Last Registered to Vote   City   City   State   Zip Code

9.   Gender   [ ] M   [X] F   State or Country of Birth   Telephone No. (optional) (850) 545 - 0641

10.   Former Name (if name is change-d)

11.   Race/Ethnicity (Check only one)
[ ] American Indian/Alaskan Native
[ ] Asian/Pacific Islander
[ ] Black, not of Hispanic Origin
[ ] Hispanic
[X] White, not of Hispanic Origin
[ ] Multi-racial
[ ] Other:

[ ] Email me SAMPLE BALLOTS if option is available in my county.
(See Public Record Notice above)   my email address is:

Party Affiliation
(Check only one. If left blank, you will be registered without party affiliation)
[ ] Florida Democratic Party
[ ] Republican Party of Florida
[ ] No party affiliation
[ ] Minor party (print party name):

(Check only one if applicable)
[ ] I am an active duty Uniformed Services or Merchant Marine member
[ ] I am a spouse or a dependent of an active duty Uniformed Services or Merchant Marine member
[X] I am a U.S. citizen residing outside the U.S.

[ ] I will need assistance with voting with voting
[ ] I am interested in becoming a poll worker.

Oath: I do solemnly swear or affirm that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE

Date   09.4.18

Scan Date = 09/19/2018

ISSUE 004 - Document 1 of 3

Signed 10/24/2019

LEO  123814475

'I630I\` `o HANNAH, TOMMY PERNELL (Doc Image

HANNAH III, TOMMY P



**Florida Voter Registration Application**
Part 2 – Form que pe cita, esta area, F.A.C.) (ch. 1/28/19)

Form available online all/formulario disponible en linea en:
registertovoteflorida.gov

2000 N MERIDIAN RD APT 205, TALLAHASSEE, 32303

**This is:** ☑ New Registration  ☐ Record Update/Change to a, Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

**OFFICIAL USE ONLY**

Are you a citizen of the United States of America?  ☑ YES  ☐ NO

☑ I affirm I have never been convicted of a felony.
☐ If I have been convicted of a felony, I affirm my voting rights have been restored by
☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4 / Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

123-814-475

3F16-59

FVRS No.:

Date of Birth (MM/DD/YYYY): 6  2  -  6/3  -  1  9  6  6

Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number:

If no FL DL or FL ID, then provide: Last 4 digits of Social Security Number ____

☐ I have NONE of these numbers

Last Name: Hannah

First Name: Tommy

Middle Name: Pernell

Name Suffix (Jr. Sr., I, II, etc.): III

Address Where You Live (legal residence–no P.O. Box): 2000 N Meridian

Apt/Unit/Lot: 205

City: Tallahassee

County: Leon

Zip Code: 32303

Mailing Address (if different from above address):

Apt/Unit/Lot:

City:

State or Country:

Zip Code:

Address Where You Were Last Registered to Vote:

Apt/Unit/Lot:

City:

State:

Zip Code:

Former Name (if name is changed):

Gender: ☑ M  ☐ F

State or Country of Birth:

Telephone No. (optional): (920) 570-7586

☐ Email me SAMPLE BALLOTS if option is available in my county.
(See Public Record Notice above)   My email address is:

Race/Ethnicity (Check only one):
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

**Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☑ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

SIGN/MARK HERE: [signature]

Date: 10/24/19

VR Systems Voter Focus Version 20.0.26(0)
11/19/2019 3 17.50 PM
QueryId = 0820088

ISSUE 004 - Document 2 of 3

Signed 8/9/16

123814/ ' ` HANNAH, TOMMY PERNELL (Doc Image`

LEO   123814475



**Florida Voter Registration Application**

This is for:  ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

2600 N MERIDIAN RD APT 265  TALLAHASSEE, 32303

OFFICIAL USE ONLY

123-414-475

1. Are you a citizen of the United States of America?   ☑ YES   ☐ NO

2. I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

3. I affirm that I have not been adjudicated mentally incapacitated with respect to voting, or, if I have, my right to vote has been restored.

4. Date of Birth (mm-dd-yyyy)   0 2 - 0 3 - 1 1 9 9 6

5. Florida Driver License (FL. DL.) or Florida Identification (FL. ID) Card Number

FL ID No: _____
If no FL DL or FL ID, then provide: Last 4 digits of Social Security Number ____

6. Last Name  Hannah   First Name  Tommy   Middle Name   Name Suffix (Jr., Sr., I, II, etc.) ☑ I have NONE of these numbers.

7. Address Where You Live (legal residence—no P.O. Box)  1112 Shone ct   Apt/Lot/Unit   City  Tallahassee   County  Leon   Zip Code  32317

8. Mailing Address (if different from above address)  1612 Shore ct   Apt/Lot/Unit   City  Tallahassee   State or Country  FL   Zip Code  32331

9. Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code

Gender  ☐ M  ☐ F

Telephone No. (optional)  (850) 508 9539

10. Former Name (if name is changed)

11. ☐ Email me SAMPLE BALLOTS & option is available in my county. My email address is: _____
(See Public Record Notice above)

Party Affiliation
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name): _____

Race/Ethnicity (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other: _____

(Check only one if applicable)
☐ I am an active-duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting
☐ I am Hearing-impaired in understanding a poll worker.

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN HERE

Date  0 3/4/16

GE Systems, Voter Focus Version 2.0.1 2600
11/19/2014 1:19 PM
Operator - usiobs

ISSUE 004 - Document 3 of 3

Signed 10/24/19

2000 N MERIDIAN RD APT 286, TALLAHASSEE, 32303

Name, DOB, SSN, and signature do not match the existing record, but the address is exactly the same, and name is very similar.

HANNAH II, TOMMY P

**Florida Voter Registration Application**
Part 1 - Form DS-DE 39, Rule 1S-2.040, F.A.C. (eff. 7/2019)

Form available online at/Formulario disponible en línea en: *registertovoteflorida.gov*

This is: ☑ New Registration ☐ Record Update/Change (e.g. Address, Party Affiliation, Name, Signature) ☐ Request to Register Voter Information Card

OFFICIAL USE ONLY

FVRIS No:

127-390-975

3F16-65

Are you a citizen of the United States of America? ☑ YES ☐ NO

☐ I affirm I have NOT been convicted of a felony.
☐ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

1. Date of Birth (MM/DD/YYYY)  1 1 - 1 0 - 1 9 9 7

2. Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

If no FL DL or FL ID, then provide: ☐ Last 4 digits of Social Security Number ☐ I have NONE of these numbers

3. Last Name  Hannah    First Name  Hannah    Middle Name  Peron    Name Suffix (Jr., Sr., II, etc.)

4. Address Where You Live (legal residence-no P.O. Box)  255 Meridian  Apt/Lot/Unit    City  Tallahassee    County    State    Zip Code

5. Mailing Address (if different from above)  Apt/Lot/Unit    City    State or Country    Zip Code

6. Address Where You Were Last Registered to Vote  Apt/Lot/Unit    City    State    Zip Code

7. Former Name (if name is changed)    Gender ☐ M ☐ F    State or Country of Birth    Telephone No. (optional)  850 579 2854

8. ☐ Email me SAMPLE BALLOTS if option is available in my county. My email address is:
(See Public Record Notice above)

Race/Ethnicity (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

Party Affiliation
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty Uniformed Services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN / MARK HERE

Date  10/24/2019

LEO  127390975

Scan Date = 11/13/2019

VR Systems Voter Focus Version 20.0 26(D)
11/13/2019 3:11:50 PM
Operator = us2toks

1051143   MCCRAY, LATASHA YOLANDA (Doc Images)

LEO   105114341

ISSUE 005 - Document 1 of 5
Signed 11/5/19

Signature and handwriting do not match on this application versus the long history of previous applications submitted by the voter.



Florida Voter Registration Application

This is: ☐ New Registration   ☐ Record Update/Change (eg., Address, Party Affiliation, Name, Signature)

Are you a citizen of the United States of America?   ☑ YES   ☐ NO

☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting, or, if I have, my right to vote has been restored.

OFFICIAL USE ONLY

☐ Request to Replace Voter Information Card

Date of Birth (MM-DD-YYYY)   0 1 - 1 5 - 1 9 7 7

Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

Last Name   Mccray
First Name   Latasha
Middle Name   Yolanda

Address Where You Live (legal residence-no P.O. Box)   5524 Mossy Top Lane
Apt/Lot/Unit   City   Tallahassee   County   Leon   Zip Code   32303

Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code

Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State or Country of Birth   State   Zip Code

Former Name (if name is changed)   Gender   ☐ M  ☐ F

Telephone No. (optional)   (850) 322 - 5174

☐ Email me SAMPLE BALLOTS if option is available in my county.
(See Public Record Notice above)   My email address is:

Party Affiliation (Check only one, if left blank, you will be registered without party affiliation)
☑ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

Race/Ethnicity (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting

☐ I am interested in becoming a poll worker

Date   11/05/19

SIGN/MARK HERE

FVRS No:   657 444
PVRS No:
If no FL DL or FL ID, then provide:
Last 4 digits of Social Security Number
Name Suffix (Jr., Sr., I, II, etc.)
☐ I have NONE of these numbers.

I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

Scan Date = 11/18/2019

ISSUE 005 - Document 2 of 5

Signed 4/8/11

LEO 105114341   MCCRAY, LATASHA Y

5524 MOSSY TOP WAY, TALLAHASSEE 32303



Voter Registration Application form

OFFICIAL USE ONLY
DS DE 39 1/08

106-114-341
555008

1. Check boxes that apply. ☐ New Registration ☑ Address Change ☐ Party Change ☐ Name Change ☐ Cord Replacement ☐ Signature Update

2. Are you a citizen of the United States of America? Yes ☑ No ☐ (If NO, you cannot register to vote.)

3. ☑ I affirm I am not a convicted felon, or if I am, my rights relating to voting have been restored.

4. ☐ I affirm I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

5. Date of Birth (MM/DD/YYYY): 07/15/1977

If you have a current and valid FL DL or FL ID cord#, you must provide the number in this box. If you do not have either, provide the last 4 digits of your SSN. If you have not been issued a FL DL#, FL ID card#, or SSN, write "NONE".

7. Last Name: MCCRAY    Suffix (Circle)  Jr. Sr. II III IV    First Name: LATASHA    Middle Name/Initial:

8. Address Where You Live (Legal Residence) no commas etc: 5524 MOSSY TOP WAY    Apt/Lot/Unit:    City: TALLAHASSEE    County or City of Residence: LEON    State: FL    Zip Code: 32303

9. Mailing Address (if Different from Above): 4214 INLAND DRIVE    Apt/Lot/Unit:    City: TALLAHASSEE    County: LEON    State: FL    Zip Code: 32303

10. Address Last Registered to Vote:    Apt/Lot/Unit:    City:    County:    State:    Zip Code:    Day Phone Number (optional):

11. Former Name (if Mailing Name Change):

12. Party Affiliation (Check only one): ☑ Democratic Party   ☐ Republican Party   ☐ minor party (print registered party name):   ☐ NONE

13. Race/Ethnicity (Check only one): ☐ American Indian/Alaskan Native   ☐ Asian/Pacific Islander   ☑ Black, not Hispanic   ☐ Hispanic   ☐ White, not Hispanic

14. Sex: ☐ M   ☑ F    Do you need voting assistance at the polls? ☐ Yes   ☑ No    Are you Interested in being a poll worker? ☐ Yes   ☑ No   U.S. Citizen Currently Residing Outside the U.S.

15. Are You:  ☐ Active Duty Military/Merchant Marine   ☐ Dependent of Active Duty Military/Merchant Marine

16. OATH: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGNATURE: Sign or mark on line in box below.  (Invalid without signature or mark of applicant)

Date: 4/8/11

Scan Date = 04/11/2011

VR Systems Voter Focus Version 20.0.2X(0)
11/19/2019 3:51:38 PM
Operator = uszudas

105114 1 MCCRAY, LATASHA YOLANDA (Doc Images)

ISSUE 005 - Document 3 of 5

Signed 9/11/09



LEO 105114341

MCCRAY, LATASHA Y

Scan Date = 09/16/2009

ISSUE 005 - Document 4 of 5
Signed 3/17/03

10511...11 MCCRAY, LATASHA YOLANDA (Doc Im~   3)

LEO   105114341   MCCRAY, LATASHA Y   5524 MOSSY TOP WAY, TALLAHASSEE, 32303

Official Use Only

Type:   NAME CHANGE

Are you a U.S. citizen?   YES

☒ I affirm I am not a convicted felon, or if I am, my rights relating to voting have been restored.

☒ I affirm I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my competency has been restored.

Date of Birth   07/16/1977

Last Name/Suffix/apellido   First Name   Middle Name/Inicial
MCCRAY   LATASHA   YOLANDA

FL Driver License/FL ID Number:

Address Where You Live (Legal/Residence)   Address   City   Social Security Num.:   9819
Mailing Address of different from above:   5597 DORSEY DRIVE   TALLAHASSEE   County   State   Zip Code
Address where last registered to voter   5597 DORSEY DRIVE   TALLAHASSEE   LEON   FL   32303-088
                                                                    LEON   FL   32303-888

Address of homestead exemption property:

Former name if making a name change:   LATASHA YOLANDA GANT

Party Affiliation:   Democratic Party   Day Phone Number:

Race/Ethnicity:   3   BLACK, NOT OF HISPANIC ORIGIN

Sex:   F   Do you need voting assistance at the polls?   NO   Are you interested in being a poll worker?   NO   State or Country of Birth:   FL

Are you:   Active Duty Military/Dependent Marked?   NO   Dependent of an Active Duty Military/Attendant Marked?NO   U.S. Citizen Currently Residing Outside the U.S.?   NO

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida. I am a U.S. citizen, I am a legal resident of Florida. All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

SIGNATURE: Sign or mark on line below. (Invalid without signature or mark.)

Date: 17-mar-05 12:33:40 384383

Scan Date = 04/19/200

VR Systems Voter Focus Version 20.0 :26(0)
11/19/2019 4:00:00 PM
Operator = usztoks

105114   1 MCCRAY, LATASHA YOLANDA (Doc Im   es)

ISSUE 005 - Document 5 of 5
Signed 11/24/98

LEO   105114341   MCCRAY, LATASHA Y   5524 MOSSY TOP WAY  TALLAHASSEE, 32303

Please print using a black pen

**Official Use Only**
567444

1. Are you a U.S. citizen? ☑ Yes ☐ No   Are you a convicted felon? ☐ Yes ☑ No
   If NO, you cannot register to vote.   If YES, you cannot register to vote without your civil rights restored.

2. Check if this apply:   ☐ New ☑ Registration   ☐ Party Change   ☐ Name Change   ☐ Replacement
   ☐ Address Change

3. Last Name   First Name   Middle/Maiden Initial   Suffix
   MCCray   Latasha   Y   ☐ Sr. ☐ II ☐ III ☐ IV   See (circle) M ☐ F

5. Address Where You Live (legal residence). Do not give P.O. Box.   Apt/Lot/Unit   City/Town/Village   Zip Code   County Where You Live (legal residence)
   5420 SIDIER Rd   Tallahassee   32303   LEON

6. Date of Birth (month/day/year)   7-15-77
9. Race/Ethnicity (see instructions)   3
10. Social Security Number
11. Daytime Phone Number   LGB-4384

8. Party Affiliation – check one box only (see instructions)
   ☑ Democratic Party   ☐ Other Party (write name below)
   ☐ Republican Party   ☐ No Party Affiliation

13. Former Name If Holding A Name Change

14. Your Name and Residence Address Where You Were Previously Registered (if Applicable)
    Name
    Address
    City   County   State   Zip Code

15. Do You Need Assistance to Vote?   ☐ Yes ☑ No

16. Oath: I do solemnly swear (or affirm) that:
   • I will protect and defend the Constitution of the United States and the Constitution of the State of Florida.
   • I am qualified to register as an elector under the Constitution and laws of the State of Florida.
   • I am a U.S. citizen.
   • I am a legal resident of Florida.
   All information on this form is true. I understand that if it is not true, I can be convicted of a felony of the third degree and fined up to $5,000 and/or imprisoned for up to five years.

   SIGNATURE - Sign or mark on line in box below. Invalid without signature

   Date Nov 24 1998

Scan Date = 12/5/2000

VR Systems Voter Focus Version 2001.26.00
11/19/2019 4:00:36 PM
Operator = us200ks

126822 9 SHARPE, KENDASIA LAMAE (Doc Image

LEO   126822886       SHARPE, KENDASIA L

3311 SUGAR BERRY WAY  TALLAHASSEE, 32303

ISSUE 006 - Document 1 of 2

Signed ~5/10/19

Original signature

Scan Date = 05/10/2019

VR Systems Voter Focus Version 20.0.25c(0)
11/20/2019 12:40:07 PM
Operation = usztoks

ISSUE 006 - Document 2 of 2
Signed 10/30/2019

Voter's name is reversed, social security does not match, address is different, signature is different.

127430€

KENDASIA, SHARPE (Read Only) (Doc Im ~es)

LEO   127430623

KENDASIA, SHARPE

2129 GRAVES RD APT 7, TALLAHASSEE, 32303

This is: ☑ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

**OFFICIAL USE ONLY**

FVRS No: 127-430-623-65

Are you a citizen of the United States of America?   ☑ YES   ☐ NO

- ☑ I affirm I have never been convicted of a felony.
- ☐ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
- ☐ If I have been convicted of a felony, I affirm my voting rights have been restored pursuant to s. 4, Art. VI of the State Constitution upon the completion of all terms of my sentence, including parole or probation.

☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

Date of Birth (MM-DD-YYYY) ___

Florida Driver License (FL, DL) or Florida Identification (FL, ID) Card Number
S11 - 118 - 61 0 1 0 1 0

If no FL DL or FL ID, then provide:   Last 4 digits of Social Security Number ___   ☐ I have NONE of these numbers

1. Last Name: Kendasia
2. First Name: Sharpe
3. Middle Name: ___   Name Suffix (Jr., Sr., II, etc.): ___

Address Where You Live (legal residence) _____  Apt/Lot/Unit ___  City: Tallahassee  County: ___  State: ___  Zip Code: ___

8. Mailing Address (if different from above address)  Apt/Lot/Unit ___  City ___  State or Country ___  Zip Code ___

9. Address Where You Were Last Registered to Vote  Apt/Lot/Unit ___  City ___  State ___  Zip Code ___

10. Former Name (if name is changed)  Gender ☐ M ☑ F  State or Country of Birth ___  Telephone No. (optional) ___

11. ☐ Email me SAMPLE BALLOTS if option is available in my county. My email address is: _____
(See Public Record Notice above)

**Party Affiliation** (Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name): ___

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other: ___

**(Check only one if applicable)**
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting
- ☐ I request information be banned from public record

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE _____

Date: 10/30/2019

Scan Date = 11/20/2019

VR Systems Voter Focus Version 20.1.26(u)
11/20/2019 12:51:30 PM
Operator = vrstage

ISSUE 007 – Document 1 of 2

Signed 10/31/19

Handwriting and signature do not match the original record. Social Security number is not a match.

121431 6 MERRITT, LARRY JERMANE (Read Only) c Images)

LEO   127430796

Scan Date = 11/20/2019

VR Systems Voter Focus Version 2v.0.20(0)
11/20/2019 12:08:24 PM
Operator = usz20ks

ISSUE 007 - Document 2 of 2

Originally signed ~7/14/08

116392 MERRITT SR, LARRY (Doc Images)

LEO 116392545

MERRITT SR, LARRY

1700 JOE LOUIS ST APT 5, TALLAHASSEE 32304

OFFICIAL USE ONLY:
IFS DE 39 1/08

116-392-546

Check boxes that apply: ☐ New Registration ☐ Address Change ☐ Party Change ☐ Name Change ☐ Card Replacement ☐ Signature Update

1. Are you a citizen of the United States of America? Yes ☒ No ☐ (If NO, you cannot register to vote)

2. ☒ I affirm I am not a convicted felon, or if I am, my rights relating to voting have been restored

3. ☒ I affirm I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

4. Date of Birth (MM/DD/YYYY): 12/19/71

If you have a current and valid FL DLR or FL ID card, you must provide the number in this box. If you do not have either, provide the last 4 digits of your SSN. If you have not been issued a FL DLR, FL ID card#, or SSN, write "NONE".

5. Last Name: Merritt | Suffix (circle) Jr. ☒ II III IV | First Name: Larry | Middle Name/Initial

6. Address Where You Live (Legal Residence) address: 1700 Joe Louis | Apt/Lot/Unit 5 | City Tallahassee | County of Legal Residence Leon | State FL | Zip Code 32304

7. Mailing Address (If Different from Above) | Apt/Lot/Unit | City | Country | State | Zip Code

8. Address Last Registered to Vote | Apt/Lot/Unit | City | County | State | Zip Code

10. Former Name if Making Name Change | Day Phone Number (optional) 222-0288

11. Party Affiliation (Check only one) ☒ Democratic Party ☐ Republican Party ☐ minor party (print registered party name): _____ ☐ NONE

12. Race/Ethnicity (Check only one) ☐ American Indian/Alaskan Native ☐ Asian/Pacific Islander ☒ Black, not Hispanic ☐ Hispanic ☐ White, not Hispanic

13. Sex ☒ M ☐ F | Do you need voting assistance at the polls? ☒ Yes ☐ No | Are you interested in being a poll worker? ☒ Yes ☐ No | State or Country of Birth USA

14. Are You: ☐ Active Duty Military/Merchant Marine ☐ Dependent of Active Duty Military/Merchant Marine ☐ U.S. Citizen Currently Residing Outside the U.S.

15. OATH: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGNATURE: Sign or mark on line in box below. (Invalid without signature or mark of applicant)

Date:

Scan Date = 07/15/2008

VR Systems: Voter Focus Version 20.0 (2008)
11/20/2018 12:08:08 PM
Operator = uscmks

 

10800 Biscayne Blvd.
Ste. 1050
Miami, FL 33161

2019 SEP 12 PM 1: 54

RECEIVED
SUPERVISOR OF ELECTIONS
LEON COUNTY, FL

To Whom It May Concern;

The New Florida Majority Education Fund is a 501(c)3 organization whose mission is to carry out educational and nonpartisan civic engagement activities. We are also a 3rd party voter registration organization (3p16-65) involved in voter registration work with our communities.

All the forms we collect go through an extensive quality control process, including visual inspection. Registrants receive a phone call within 3-5 days to confirm the accuracy of the information collected and ensure our teams members have a high quality of interaction with registrants.

Through this process we have identified two registration packets where forms containing the same handwriting, ink and invalid phone numbers were found. Our internal quality assurance organization flagged the forms and we did a follow up investigation to confirm the validity of the forms. These canvassers have been removed from our roster. The voter registration forms being flagged is for the below individuals:

**Name:** Jasmine Brantley
**Date of Birth:** 03/31/1992
**Address:** 2203 Claremont Lane Tallahassee, Fl 32301
**Phone Number:** 407-232-4180

**Name:** Jessica Brantley
**Date of Birth:** 03/07/1984
**Address:** 2203 Claremont Lane Tallahassee, Fl 32301
**Phone Number:** 407-285-3374

If there are any questions or concerns, please feel free to contact Victricia Chandler at 786-525-1540.

Sincerely,

*V. Chandler*

Victricia Chandler
Chief of Staff

Shift Date: 9 6 2019

## Cover Sheet
## Voter Registration Packet

Shift Type: Voter Registration   Other _____

Organization: New Florida Majority Education Fund _____ Staging Location: _____

### Location Information

Location Type: Hot Spot   Event   (Canvassing)    Site #: _____ OF _____

Location   FAMU Campus

Street Address: _____

State: FL    Zip Code: _____   County: Leon

Canvasser   Jasmine Brantley

[stamp: 2018 SEP 12 PM 1:54 SUPERVISOR OF ELECTIONS]

### Shift Information

Shift Start Time: 1pm

Shift End Time: 7pm

Field Start Time: 2 30

Field End Time: 6 30

Blank Forms Out  20

Blank Forms In  20

### Packet Count Information

Cards Collected: 5

Cards Complete: 4

Cards Incomplete: 1

Cards Voided: 0

Cards with Phone: 0

New Applications: 4

Updated Information: 1

Request Voter ID Card: 0

Cards Pre-Registration: 0

Notes:

*I reviewed these forms while applicant was present to ensuring proper completion. I also went through each form with my supervisor/canvasser providing internal QC. I stand behind these forms and my organization does as well. I am proud to be a part of helping people participate in their most fundamental civil right. I will handle these forms accordingly.

Canvasser Signature: _____   Date: 9/6/19

Supervisor Signature: _____   Date: _____

Shift Date 9/9/19

## Cover Sheet
## Voter Registration Packet

Shift Type: Voter Registration   Other _____

Organization: New Florida Majority Education Fund _____ Staging Location: ____

### Location Information

Location Type: Hot Spot   Event   (Canvassing)   Site #: _____ OF _____

Location   FAMU Campus

Street Address: _____

State: FL   Zip Code: _____ County: Leon _____

Canvasser Jasmine Brantley

### Shift Information

Shift Start Time: 1pm

Shift End Time: 7pm

Field Start Time: 2 30

Field End Time: 6 30

Blank Forms Out  20
Blank Forms In  20

### Packet Count Information

Cards Collected: 7

Cards Complete: 7

Cards Incomplete: 0

Cards Voided: 0

Cards with Phone: 7

New Applications: 7

Updated Information: 0

Request Voter ID Card: 0

Cards Pre-Registration: 0

Notes:

*I reviewed these forms while applicant was present to ensuring proper completion. I also went through each form with my supervisor/canvasser providing internal QC. I stand behind these forms and my organization does as well. I am proud to be a part of helping people participate in their most fundamental civil right. I will handle these forms accordingly.

Canvasser Signature: _____   Date: Sep. 9, 2019

Supervisor Signature: _____   Date: Sep 9 2019



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.) (eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave this field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.) (eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration  ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | | OFFICIAL USE ONLY |
|---|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES    ☐ NO | |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | |
| 4 | Date of Birth    (MM-DD-YYYY)  0 2 - 0 4 - 1 9 9 4 | FVRS No: | |

COPY

3P16-65

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| 6 | Last Name  Dixicuto | First Name  Robert | Middle Name  W | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|

| 7 | Address Where You Live (legal residence-no P.O. Box)  7855 Apakahee Parkway | Apt/Lot/Unit  1078 | City  Tallahassee | County  Leon | Zip Code  32311 |
|---|---|---|---|---|---|

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| 10 | Former Name (if name is changed) | Gender ☑ M ☐ F | State or Country of Birth | Telephone No. (optional) ( ) |
|---|---|---|---|---|

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: |
|---|---|

| Party Affiliation (Check one only. If left blank, you will be registered without party affiliation) | Race/Ethnicity (Check only one) | (Check only one if applicable) | ☐ I will need assistance with voting. |
|---|---|---|---|
| ☐ Florida Democratic Party | ☐ American Indian/Alaskan Native | ☐ I am an active duty Uniformed Services or Merchant Marine member | |
| ☐ Republican Party of Florida | ☐ Asian/Pacific Islander | ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member | ☐ I am interested in becoming a poll worker. |
| ☐ No party affiliation | ☐ Black, not of Hispanic Origin | | |
| ☐ Minor party (print party name): | ☐ Hispanic | ☐ I am a U.S. citizen residing outside the U.S. | |
| | ☐ White, not of Hispanic Origin | | |
| | ☐ Multi-racial | | |
| | ☐ Other: | | |

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE ➤ | | Date  9|6|19 |
|---|---|---|---|---|



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 - Form (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

**This is:** ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | OFFICIAL USE ONLY |
|---|---|---|
| 1 | Are you a citizen of the United States of America?   ☑ YES   ☐ NO | COPY   3P16-65 |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)  0 8 - 2 0 - 1 9 8 3 | FVRS No: |

**5** Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

| If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|

| # | Last Name | First Name | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|
| 6 | Barr | Tshulceya | | |

| # | Address Where You Live (legal residence-no P.O. Box) | Apt/Lot/Unit | City | County | Zip Code |
|---|---|---|---|---|---|
| 7 | 901 Treadway Dr | | Deltona | Volusia | 32738 |

| # | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|
| 8 | | | | | |

| # | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|
| 9 | | | | | |

| # | Former Name (if name is changed) | Gender | State or Country of Birth | Telephone No. (optional) |
|---|---|---|---|---|
| 10 | | ☐ M ☑ F | | ( ) |

**11** ☐ Email me SAMPLE BALLOTS if option is available in my county.
(See Public Record Notice above)   My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation.)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☑ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| # | | SIGN/ MARK HERE | Date |
|---|---|---|---|
| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | | 9/6/19 |



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirement:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(8), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (□) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at: http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

OFFICIAL USE ONLY

COPY

3P14-65

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES   ☐ NO |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)  0 5 - 0 2 - 1 9 7 5 | FVRS No: |

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |

| 6 | Last Name  Boff Beauford | First Name  Kenneth | Middle Name | County  Seminole | Name Suffix (Jr., Sr., I, II, etc.): |
| 7 | Address Where You Live (legal residence-no P.O. Box)  480 Benson Ct | Apt/Lot/Unit | City  Apopka | | Zip Code  32103 |
| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
| 10 | Former Name (if name is changed) | | Gender ☑ M ☐ F | State or Country of Birth | Telephone No. (optional) ( ) |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)  My email address is: | | | | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☑ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/MARK HERE | | Date  9/6/19 |



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new application may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE 39, R18-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | OFFICIAL USE ONLY |
|---|---|---|
| 1 | Are you a citizen of the United States of America?   ☑ YES   ☐ NO | COPY  3P16-65 |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)   1 0 - 2 9 - 1 9 9 9 | FVRS No: |

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| 6 | Last Name Barr Thomas | First Name Nuronn | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|

| 7 | Address Where You Live (legal residence-no P.O. Box) 901 Treadway Dr. | Apt/Lot/Unit | City Deltona | County Volusia | Zip Code 32738 |
|---|---|---|---|---|---|

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| 10 | Former Name (if name is changed) | Gender ☑ M ☐ F | State or Country of Birth | Telephone No. (optional) (   ) |
|---|---|---|---|---|

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: |
|---|---|

| **Party Affiliation**<br>(Check only one. If left blank, you will be registered without party affiliation)<br>☐ Florida Democratic Party<br>☐ Republican Party of Florida<br>☐ No party affiliation<br>☐ Minor party (print party name): | **Race/Ethnicity** (Check only one)<br>☐ American Indian/Alaskan Native<br>☐ Asian/Pacific Islander<br>☑ Black, not of Hispanic Origin<br>☐ Hispanic<br>☐ White, not of Hispanic Origin<br>☐ Multi-racial<br>☐ Other: | (Check only one if applicable)<br>☐ I am an active duty Uniformed Services or Merchant Marine member<br>☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member<br>☐ I am a U.S. citizen residing outside the U.S. | ☐ I will need assistance with voting.<br><br>☐ I am interested in becoming a poll worker. |
|---|---|---|---|

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/MARK HERE ➡ | | Date 9/6/19 |
|---|---|---|---|---|



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruiting office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before the election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C. 10/2013)

The downloadable/printable online form is available at: http://election.dos.state.fl.us/pdf/webappforms.pdf

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | OFFICIAL USE ONLY |
|---|---|---|
| 1 | Are you a citizen of the United States of America?   ☑ YES   ☐ NO | |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | COPY |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)   0 4 - 0 7 - 1 9 7 3 | FVRS No: |

3P16-65

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number   R 0 5 S - | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| 6 | Last Name   R E S S | First Name   J O H N | Middle Name   F | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|

| 7 | Address Where You Live (legal residence-no P.O. Box)   814 ANNWOOD DR | Apt/Lot/Unit | City   J a i l | County   K-0 | Zip Code   52301 |
|---|---|---|---|---|---|

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | | State or Country | Zip Code |
|---|---|---|---|---|---|---|

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| 10 | Former Name (if name is changed) | Gender   ☐ M  ☐ F | State or Country of Birth | Telephone No. (optional)   (    ) |
|---|---|---|---|

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: |
|---|---|

| Party Affiliation (Check only one. If left blank, you will be registered without party affiliation): | Race/Ethnicity (Check only one) | (Check only one if applicable) | ☐ I will need assistance with voting. |
|---|---|---|---|
| ☑ Florida Democratic Party | ☐ American Indian/Alaskan Native | ☐ I am an active duty Uniformed Services or Merchant Marine member | |
| ☐ Republican Party of Florida | ☐ Asian/Pacific Islander | ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member | ☐ I am interested in becoming a poll worker. |
| ☐ No party affiliation | ☑ Black, not of Hispanic Origin | ☐ I am a U.S. citizen residing outside the U.S. | |
| ☐ Minor party (print party name): | ☐ Hispanic | | |
| | ☐ White, not of Hispanic Origin | | |
| | ☐ Multi-racial | | |
| | ☐ Other: | | |

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE ➡ | | Date   7/6/19 |
|---|---|---|---|---|

**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs—U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents—utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 - Form (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES   ☐ NO |

OFFICIAL USE ONLY

COPY   3P16-65

| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. |
| 4 | Date of Birth (MM-DD-YYYY)   0 2 - 1 8 - 1 9 9 2 |

FVRS No:

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide. | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |

| 6 | Last Name   Thomas | First Name   Montray | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |

| 7 | Address Where You Live (legal residence-no P.O. Box)   333 Zillah St | Apt/Lot/Unit | City   Tallahassee | County   Leon | Zip Code   32305 |

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |

| 10 | Former Name (if name is changed) | | Gender ☐M ☐F | State or Country of Birth | Telephone No. (optional) (850) 614-3560 |

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation.)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.
☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE ⇨ | | Date   Sep 9.19 |



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/fvsupervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla. Stat.

Special ID requirements: If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs--U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents--utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

### Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE 039, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES   ☐ NO |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)   0 9 - 1 7 - 1 9 9 3 | |

OFFICIAL USE ONLY

COPY

3P16-65

FVRS No:

**5** Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

If no FL DL or FL ID, then provide. | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers.

| # | Last Name | First Name | Middle Name | Name Suffix (Jr., Sr., I, II, etc.) |
|---|---|---|---|---|
| 6 | Morgan | | | |

| # | Address Where You Live (legal residence-no P.O. Box) | Apt/Lot/Unit | City | County | Zip Code |
|---|---|---|---|---|---|
| 7 | 1245 E. Orange Ave. | | Tallahassee | Leon | 32301 |

| # | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|
| 8 | | | | | |

| # | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|
| 9 | | | | | |

| # | Former Name (if name is changed) | Gender | State or Country of Birth | Telephone No. (optional) |
|---|---|---|---|---|
| 10 | | ☑ M ☐ F | | 804 512-4914 |

**11** ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity (Check only one)**
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☑ Black, not of Hispanic Origin
- ☐ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

**(Check only one if applicable)**
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

**12** Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/ MARK HERE

Date   9/9/16



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida Identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(5), Fla.Stat.

**Special ID requirements:** if you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, are a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (□) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☑ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | |
|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES   ☐ NO |

OFFICIAL USE ONLY

COPY   3P16-65

| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. |
|---|---|
| 3 | ☐ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. |

| 4 | Date of Birth (MM-DD-YYYY) | 1 2 - 1 0 - 1 9 9 7 | FVRS No: |
|---|---|---|---|

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| 6 | Last Name  Brown | First Name  Aisha | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|

| 7 | Address Where You Live (legal residence-no P.O. Box)  1116 High Rd | Apt/Lot/Unit | City  Tallahassee | County  Leon | Zip Code  32304 |
|---|---|---|---|---|---|

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| 10 | Former Name (if name is changed) | Gender  ☐ M  ☑ F | State or Country of Birth | Telephone No. (optional)  (   ) |
|---|---|---|---|---|

| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: |
|---|---|

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation):
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one if applicable)
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE | Date  Sep. 2019 |
|---|---|---|---|



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.) (eff. 10/2013)

*Información en español:* Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your voter registration may be denied. See section 97.053(6), Fla. Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, 10/2013)

The downloadable/printable online form is available at: http://election.dos.state.fl.us/pdf/webappform.pdf

**This is:** ☐ New Registration  ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

| | | OFFICIAL USE ONLY |
|---|---|---|
| **1** | Are you a citizen of the United States of America?  ☐ YES  ☐ NO | |
| **2** | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| **3** | ☑ I affirm that I have not been adjudicated mentally incapacited with respect to voting or, if I have, my right to vote has been restored. | |

**COPY**   **3P16-65**

| **4** | Date of Birth  (MM-DD-YYYY)  |0|7|-|1|4|-|1|9|9|3| |
|---|---|

FVRS No: _____

| **5** | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide ▶ | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| **6** | Last Name: Walker | First Name: Ashlee | Middle Name: | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|

| **7** | Address Where You Live (legal residence-no P.O. Box): 2479 manzanita Ct | Apt/Lot/Unit | City: Tallahassee | County: Leon | Zip Code: 32803 |
|---|---|---|---|---|

| **8** | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|

| **9** | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|

| **10** | Former Name (if name is changed) | Gender ☐ M ☐ F | State or Country of Birth | Telephone No. (optional): (311)-417-0066 |
|---|---|---|---|

| **11** | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record Notice* above)  My email address is: |
|---|---|

**Party Affiliation**
*(Check only one. If left blank, you will be registered without party affiliation)*
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** *(Check only one)*
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☑ Black, *not of Hispanic Origin*
- ☐ Hispanic
- ☐ White, *not of Hispanic Origin*
- ☐ Multi-racial
- ☐ Other:

*(Check only one if applicable)*
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

| **12** | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE | Date: Sep. 9 18 |
|---|---|---|---|



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.) (eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any **ONE** of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: http://election.dos.state.fl.us/SOE/supervisor_elections.shtml
Visit the Florida Division of Elections' website at: http://election.dos.state.fl.us.

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla. Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, **and** have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** Please check boxes to list your race or ethnicity.
**Boxes:** Please check boxes (☐) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE #39, R1S-2.040, F.A.C.) (eff. 10/2013)

The downloadable/printable online form is available at: http://election.dos.state.fl.us/pdf/vrbappform.pdf

This is: ☐ New Registration  ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

| # | | OFFICIAL USE ONLY |
|---|---|---|
| 1 | Are you a citizen of the United States of America? ☑ YES  ☐ NO | |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | COPY  3P16-65 |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth  (MM-DD-YYYY)   1 1 - 0 3 - 1 9 9 4 | FVRS No: |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide:  Last 4 digits of Social Security Number  ☐ I have NONE of these numbers. |
| 6 | Last Name  Louis    First Name  Danny    Middle Name    Name Suffix (Jr., Sr., I, II, etc.): |
| 7 | Address Where You Live (legal residence-no P.O. Box)  322 Wilson Green Blvd    Apt/Lot/Unit    City  Tallahassee    County  Leon    Zip Code  32305 |
| 8 | Mailing Address (if different from above address)    Apt/Lot/Unit    City    State or Country    Zip Code |
| 9 | Address Where You Were Last Registered to Vote    Apt/Lot/Unit    City    State    Zip Code |
| 10 | Former Name (if name is changed)    Gender  ☑ M  ☐ F    State or Country of Birth    Telephone No. (optional)  (585) 802-1181 |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)  My email address is: | |

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☐ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity** (Check only one)
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, not of Hispanic Origin
- ☑ Hispanic
- ☐ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☐ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE | Date  9.9.19 |

**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 16 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/ROE/supervisor_elections.shtml

Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us.

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla.Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (□) where applicable.

---

**Numbered rows 1 through 7 and 12 must be completed for a new registration.**

**Florida Voter Registration Application**
Part 2 – Form (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: ☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| # | | | OFFICIAL USE ONLY |
|---|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES   ☐ NO | |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | FVRS No: |
| 4 | Date of Birth (MM-DD-YYYY)   0 4 - 2 1 - 1 9 9 8 | | |

| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
|---|---|---|---|---|

| 6 | Last Name   Hall | First Name   Jenna | Middle Name | Name Suffix (Jr., Sr., I, II, etc.): |
|---|---|---|---|---|

| 7 | Address Where You Live (legal residence-no P.O. Box)   1031 Fenwick Dr. | Apt/Lot/Unit | City   Tallahassee | County   Leon | Zip Code   32303 |
|---|---|---|---|---|---|

| 8 | Mailing Address (if different from above address) | Apt/Lot/Unit | City | State or Country | Zip Code |
|---|---|---|---|---|---|

| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
|---|---|---|---|---|---|

| 10 | Former Name (if name is changed) | | State or Country of Birth | State | Zip Code |
|---|---|---|---|---|---|

| 11 | | Gender   ☐ M  ☑ F | State or Country of Birth | Telephone No. (optional) ( ) |
|---|---|---|---|---|

☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

**Race/Ethnicity (Check only one)**
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☑ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

**(Check only one if applicable)**
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting.

☐ I am interested in becoming a poll worker.

| 12 | Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/MARK HERE ➡ | Date   S.Rep 9 19 |
|---|---|---|---|



**Florida Voter Registration Application**
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si la interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county:
http://election.dos.state.fl.us/SOE/supervisor_elections.shtml
Visit the Florida Division of Elections' website at:
http://election.dos.state.fl.us

CRIMINAL OFFENSE: It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

PUBLIC RECORD: Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla. Stat.

*Special ID requirements:* If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

*Political Party Affiliation:* Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at: http://election.dos.state.fl.us/

*Race/Ethnicity:* It is optional to list your race or ethnicity.

Boxes: Please check boxes (□) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 – Form (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at:
http://election.dos.state.fl.us/pdf/webappform.pdf

This is: □ New Registration   ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   □ Request to Replace Voter Information Card

| # | | OFFICIAL USE ONLY |
|---|---|---|
| 1 | Are you a citizen of the United States of America?   ☑ YES   □ NO | 3P16-65 |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | COPY |
| 4 | Date of Birth  (MM-DD-YYYY)  6 9 - 1 2 - 1 9 7 5 | FVRS No: |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide → Last 4 digits of Social Security Number   □ I have NONE of these numbers. |
| 6 | Last Name  Loyd      First Name  Kiana      Middle Name      Name Suffix (Jr., Sr., I, II, etc.): | |
| 7 | Address Where You Live (legal residence–no P.O. Box)  2739 W Tharpe St   Apt/Lot/Unit 2403   City Tallahassee   County Leon   Zip Code 52303 | |
| 8 | Mailing Address (if different from above address)   Apt/Lot/Unit   City   State or Country   Zip Code | |
| 9 | Address Where You Were Last Registered to Vote   Apt/Lot/Unit   City   State   Zip Code | |
| 10 | Former Name (if name is changed)   Gender □ M ☑ F   State or Country of Birth   Telephone No. (optional)  (850) 241-6709 | |
| 11 | □ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)   My email address is: | |

| Party Affiliation (Check only one. If left blank, you will be registered without party affiliation): | Race/Ethnicity (Check only one) | (Check only one if applicable) | |
|---|---|---|---|
| □ Florida Democratic Party<br>□ Republican Party of Florida<br>□ No party affiliation<br>□ Minor party (print party name): | □ American Indian/Alaskan Native<br>□ Asian/Pacific Islander<br>☑ Black, not of Hispanic Origin<br>□ Hispanic<br>□ White, not of Hispanic Origin<br>□ Multi-racial<br>□ Other: | □ I am an active duty Uniformed Services or Merchant Marine member<br>□ I am a spouse or a dependent of an active duty uniformed services or merchant marine member<br>□ I am a U.S. citizen residing outside the U.S. | □ I will need assistance with voting.<br>□ I am interested in becoming a poll worker. |

| 12 | **Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true. | SIGN/ MARK HERE → | | Date 9/19/19 |

**O'Brien, Colleen E.**

| | |
|---|---|
| **From:** | Matthews, Maria I. |
| **Sent:** | Thursday, March 5, 2020 2:42 PM |
| **To:** | O'Brien, Colleen E. |
| **Subject:** | RE: EFC-1972 |
| **Attachments:** | EFC 19-72 Complaint.pdf |

Colleen: SOE Earley says this group is still submitting hundreds of applications a week of which many are very suspect. He says the state attorney's office said that it was referred to the state prosecutor's office (?) statewide prosecution office? (maybe?)

He'll be happy to talk chat more with details about his concerns on this 3PVRO.

**From:** O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
**Sent:** Thursday, March 5, 2020 2:38 PM
**To:** Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>
**Subject:** EFC-1972

COLLEEN E. O'BRIEN
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

## O'Brien, Colleen E.

| | |
|---|---|
| **From:** | Christopher Moore <MooreChr@leoncountyfl.gov> |
| **Sent:** | Thursday, March 19, 2020 1:49 PM |
| **To:** | O'Brien, Colleen E.; Stephen Usztok; Earley, Mark |
| **Cc:** | Alex Mosca; Matthews, Maria I.; Ferguson, Katrina R. |
| **Subject:** | RE: Leon County Supervisor of Elections:  Correct Channels for 3PVRO Fraud Complaints |

**EMAIL RECEIVED FROM EXTERNAL SOURCE**

Thanks Colleen.

Stephen is out of the office today and maybe tomorrow, so I am including Supervisor Earley on the message since he's actively involved with this situation.

We have 2 more complaints that will be coming your way next week once we compile the supporting documentation. They were brought to the surface on election day when the voters went to cast a ballot. We will submit them soon, but we wanted to get in the voters here in the office to file the paperwork right after the election. They have to do with 16-65 again.

Will be in touch.



Chris Moore, CERA
Deputy Supervisor of Elections, Leon County FL
ph : 850-606-VOTE (8683)
fax:  850-606-8601

Physical Address:
2990-1 Apalachee Parkway
Tallahassee FL 32301

Mailing Address:
PO Box 7357
Tallahassee FL 32314-7357

Connect with us on Facebook, Twitter, and Instagram @LeonVotes

From: O'Brien, Colleen E. <Colleen.OBrien@dos.myflorida.com>
Sent: Thursday, March 19, 2020 1:44 PM
To: Stephen Usztok <UsztokS@leoncountyfl.gov>
Cc: Alex Mosca <MoscaA@leoncountyfl.gov>; Christopher Moore <MooreChr@leoncountyfl.gov>; Matthews, Maria I. <Maria.Matthews@DOS.MyFlorida.com>; Ferguson, Katrina R. <Katrina.Ferguson@dos.myflorida.com>
Subject: RE: Leon County Supervisor of Elections: Correct Channels for 3PVRO Fraud Complaints

Good afternoon Stephen,

Thank you for your email. The Elections Fraud Complaint form (DS-DE 34) works well for these types of scenarios, although a 3PVRO Complaint form would be fine as well. We have received the prior complaints you referenced. I understand from discussions with Director Matthews (from discussions that she had with Supervisor Earley) that he referred this to law enforcement at its inception which is an excellent and direct route. It is expedient in that it would traditionally be what we would do should we believe a criminal violation of the election code has occurred. I left a message for Supervisor Earley last week to discuss further and to touch base with him regarding his understanding of the law enforcement efforts and results to date, but we have not had an opportunity to connect on it yet. Because the matter is with law enforcement, we have not separately referred it elsewhere at this point nor have the complaints been closed out.

It is helpful to us to be apprised of these situations as well so that we can understand the dynamics and/or when statewide law enforcement may need to be apprised, etc., if multiple counties are affected by something. This has been occurring in the initiative petition area, for example, where an FDLE point person has been receiving referrals both directly from Supervisors of Elections and from myself when we receive an Elections Fraud Complaint or other notification (emails, etc.) of potentially fraudulent activity. So please feel free to continue submitting the Election Fraud Complaint forms or otherwise communicate with us and we will do the same. For that matter, are you available at some point tomorrow to talk further on this issue?

Thank you,

Colleen

**COLLEEN E. O'BRIEN**
Assistant General Counsel
**FLORIDA DEPARTMENT OF STATE**
500 South Bronough Street, Suite 100
Tallahassee, Florida 32399-0250
(p): (850) 245-6519
(f): (850) 245-6127

**From:** Stephen Usztok <UsztokS@leoncountyfl.gov>
**Sent:** Wednesday, March 4, 2020 3:39 PM
**To:** 3PVRO <3PVRO@dos.myflorida.com>
**Cc:** Christopher Moore <MOORECHR@LEONCOUNTYFL.GOV>; Alex Mosca <MoscaA@leoncountyfl.gov>
**Subject:** Leon County Supervisor of Elections: Correct Channels for 3PVRO Fraud Complaints

EMAIL RECEIVED FROM EXTERNAL SOURCE

Good afternoon,

Our office has documented a number of cases in which we believe registration agents for Third Party Voter Registration Organization 3P16-65 New Florida Majority Education Foundation may be fraudulently submitting voter registration applications.  In two cases, our office has filed a Form DS-DE 34 "Elections Fraud Complaint:"

- Our office documented a case where an individual who passed away in July of 2019 apparently signed a voter registration application turned into our office by 3P16-65 in November 2019.
- Our office documented a case where a voter claimed that they never encountered a voter registration agent, and did not complete a FVRA, but our office received an application for the voter with a signature that did not

match, and an undesired change of party affiliation directly before the book closing deadline for the Presidential Preference Primary.

We submitted two separate complaints. On December 5, 2019, our office submitted our first complaint to the State Attorney. On March 3, 2020 our office submitted a second complaint to FDLE. In talking with the FDLE inspector who took possession of our more recent complaint, the FDLE inspector stated that it was not clear who had original jurisdiction over these cases.

I wanted to confirm my understanding of the proper procedure for reporting these cases. DE Reference Guidelines 0012 suggest that the correct avenue for these complaints is Form DS-DE 34, instead of Form DS-DE 121, because these cases seem to cover allegations of irregularities or fraud involving a 3PVRO's voter registration activities. Is that correct? The reference guidelines seem to suggest that incidents we collect should be reported to the Division of Elections, who then submits the reports to the State's General Counsel, who will then make recommendations to the Secretary of State, who upon reasonable belief that a violation has occurred, may refer the matter to Florida's Attorney General for enforcement, and that the Attorney General then may institute a civil action against the 3PVRO. If so, we should we have filed our complaint form with the Division of Elections instead of directly with law enforcement?

Please let us know if which form we should use (DS-DE 34 "Elections Fraud Complaint" vs DS-DE 121 "Form For Complaint Against Third-Party Voter Registration Organization").

Please let us know which agency is the correct filing agency for our completed complaint form.

Please let us know which collaborating documentation is best to include with the complaint. In our previous complaints submitted to the State Attorney and to Florida Department of Law Enforcement, we've included document images of the registration forms in question as well as any other document images from voter registration records that establish the case.

Please let us know how best to monitor the status of our complaint, to make sure we understand what is happening to the submitted complaint form.

Thank you very much for your time.

Respectfully,

Stephen Usztok
Voter Services Manager
Supervisor of Elections - Leon County
Physical Address: 2990-1 Apalachee Parkway, Tallahassee FL 32301
Mailing Address: PO Box 7357, Tallahassee FL 32314-7357
Phone: (850)606-8683
Fax: (850)606-8601
Email: vote@leoncountyfl.gov
Website: www.LeonVotes.org
Facebook: https://www.facebook.com/LeonVotes/
Twitter: https://twitter.com/leonvotes

EFC 1972

RECEIVED

123157

DEC -6 PM 12: 24

VISION OF ELECTIONS
TALLAHASSEE, FL

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

forward to legal
11/6/19

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

## PERSON BRINGING COMPLAINT

Name   Mark S. Earley

Address   2990-1 Apalachee Pkwy

County   Leon

E-mail Address   vote@leoncountyfl.gov

Day Phone   850-606-8683

Evening Phone

City   Tallahassee

State   FL

Zip Code   32301

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name   3PVRO 3P16-65

New Florida Majority Education Fund

*Person's title of office or position held or sought if applicable*

Address   10800 Biscayne Blvd Ste 1050

County   Miami-Dade

Work Phone   305-754-0118

*Name of Governmental Office or Private Entity/Office*

City   Miami

State   FL

Zip Code   33161

Have you filed this complaint with the (check all that apply):

|  | Yes | No |
|---|---|---|
| State Attorney's Office | ✓ |  |
| Office of Statewide Prosecution |  | ✓ |
| Florida Department of Law Enforcement |  | ✓ |
| Florida Elections Commission |  | ✓ |
| Florida Commission on Ethics |  | ✓ |

RECEIVED

DEC 1 1 2019

Office of the General Counsel

DS-DE #34 (rev. 07/2016)          Page 1          Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Our office received a Florida Voter Registration Application for Tinika McNeil, signed 11/05/2019, and an application for her mother, Foriest McNeil, signed 10/24/2019. However, Ms. Tinika McNeil is deceased, as of 07/06/2019 per her obituary published in the paper. In a telephone conversation between our staff and Ms. Foriest McNeil on 11/19/2019, Ms. Foriest McNeil only recalled filling out a registration application in 2018, and did not seem to understand that we called regarding an application apparently signed by Foriest McNeil on 10/24/2019. We believe that both applications are fraudulent, neither were completed by the voters themselves.

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

Tinika McNeil was previously registered in Gadsden County (VID# 104261440). This registration was removed by the Gadsden County Supervisor of Elections on 07/23/2019, following the death of Tinika McNeil. Our office received a new voter registration application on 11/08/2019 for Tinika McNeil, signed 11/05/2019, and collected by third party voter registration organization 3P16-65. All pertinent information on the new application matched the decedent's prior voter registration record, except the handwriting and signature differed significantly. Our office processed the application as a new registration record. We received a DLN/SSN verification report from the Department of State: "SY, SSA Response Single Match - Deceased, Unverified: SSN provided was not validated." Our office also discovered an obituary published in the newspaper stating that Ms. Tinika McNeil passed away 07/06/2019. At that point, our office removed the registration record created by the new application as deceased. Also on 11/08/2019, our office received a new registration application for Foriest McNeil, mother of Tinika McNeil, signed 10/24/2019, registered at the same address. Like Tinika McNeil, this new application matched Foriest McNeil's information, except that the signature and handwriting differed significantly from our existing records for Foriest McNeil. Our office contacted Foriest McNeil by phone. Foriest McNeil remembered completing an application the previous year in 2018, but not in October of 2019. She seemed unaware of the new application. Of note, the handwriting on the applications for both Foriest McNeil and Tinika McNeil appear similar to each other. Notably, the signature for Tinika McNeil's application received 11/08/2019 contains a suspicious revision accompanied by initials, indicating a mistake was made in signing. This sort of signature is irregular and a possible further indication of fraud. Supporting documentation attached.

✓ Check here if additional pages or documents are attached.

_____     12/4/18
Signature of complainant          Date Signed

**Mark S. Earley**
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

10426144O  MCNEIL, TINIKA S (Read Only) (Doc Images)

ISSUE 001 - Document 1 of 5

Signed 11/08/16, original record

GAD    10426144O        MCNEIL, TN

322 N 10TH ST, QUINCY, 3

VR System | Voter Focus  ersion 20.0.28(0)
11/19/2019 2:26:52 P 1
Operat r = ue2toks

10426‑1‑40  MCNEIL, TINIKA S (Read Only) (Doc Images)

GAD   10426140   MCNEIL, TINIKA‑ S

ISSUE 001 - Document 2 of 5

Signed 10/22/08, original record



Florida Voter Registration Application

FLORIDA VOTER REGISTRATION APPLICATION

Scan Date = 10/30/2008

12742.·33  MCNEIL, TINIKA (Doc Images)

LEO   12742I933

ISSUE 001 - Document 3 of 5

ST, TALLAH¬SSEE, 3230¬

NEIL, TINIKA

Signed 11/05/19,
deceased as of 7/23/19

Signature does not
match existing record.

Note the mistake in
the signature, with the
initials noting the
correction.

## Florida Voter Registration Application

This is   ☐ New Registration   ☑ Record Update/Change (e.g. Address, Party Affiliation, Name, Signature)

Are you a citizen of the United States of America?   ☑ YES   ☐ NO

☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

Date of Birth (MM/DD/YYYY)   [0 3] - [1 2] - [1 9 8 4]   FL DL or FL ID Card Number   121-421-933   OFFICIAL USE ONLY

☐ If FL DL or FL ID, then provide...   Last 4 digits of Social Security Number   ☐ I have NONE of these numbers

Florida Driver License (FL DL) or Florida Identification (FL ID) Card number

Last Name   McNeil    First Name   Tinika    Middle Name    Name Suffix (Jr., Sr., II, etc.)

Address Where You Live (FL DL or Dept number)   ___   City   Tallahassee   County   Leon   State   FL   Zip Code   323¬¬

Mailing Address (if different from above address)   City   State   Zip Code

Former Name (if name is changed)   Gender   ☐ M  ☑ F   State or Country of Birth   ___   Telephone Number (optional)   850 408-¬¬¬   Zip Code

Race/Ethnicity (Check only one):
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other: ___

(Check only one if applicable):
☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ I am a U.S. citizen residing outside the U.S.

☐ I will need assistance with voting
☐ I am interested in becoming a poll worker

11   ☐ Email an SAMPLE BALLOTS if option to available in my county.
(See Public Record Notice above)   ☐ by email address is:

Party Affiliation
(Check only one. If left blank you will be registered without party affiliation)
☑ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name): ___

Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE   ___   Date   11/25/19

SOE 11/8/2019

Scan Date = 11/18/2019

VR Systems Voter Focus   Version 20.0.26(0)
11/18/2019 2:28:46 PM
Operator = us213ks

11/20/2019                     Tinika McNeil Obituary - Quincy, FL | Tallahassee Democrat

 | OBITUARIES | FUNERAL HOMES | SEND FLOWERS | NEWS & ADVICE | MEMORIALS |

Obituary for voter
published 7/12/2019
stating voter deceased
as of July 6, 2019.

## SERVICES

**Bradwell Mortuary -
Quincy**
18300 Blue Star Hwy
Quincy, FL 32353
(850) 627-3700

✂ Send Flowers
✉ Email Service Info
🖥 Website | 📍 Map

· See Services Detail

## RESOURCES

📋 More Obituaries for
Tinika McNeil

🔍 Looking for an obituary
for a different person
with this name?

# Tinika McNeil

✎ Add a Memory    Share This Page ⌄



**Tinika McNeil**

Quincy - Tinika Sharmane McNeil, 35 of Quincy, died on
Saturday, July 6 in Tallahassee. She was a member of Mt.
Olive FWB Church. Service will be 2:30 PM, Sunday, July 14,
2019 at Arnett Chapel AME Church with interment in the
Sunnyvale Cemetery. Viewing will be from 3 PM to 7 PM,
Saturday, July 13 at Bradwell Mortuary. Tinika is survived
by her daughter, Tayla Humose and her son, Davion
Rittman; her mother, Foriest B. McNeil; her father, Charlie
McNeil; siblings, Trakeshia Dowdell and Antwon McNeil;
her companion, David Rittman Jr. and her grandmother,
Mildred McNeal.

Published in Tallahassee Democrat on July 12, 2019

Read Less | **Print** | Listen to Obituary

## REMEMBER

Share memories or express condolences below.

View All

Add a memory or
condolence to the guest
book.

*"Foriest and Keshia: With deepest
sympathy, my prayers are..."*
-Dr. Kim Ardley

*"My heartfelt condolences to the
family and all who loved..."*
-Wytonia Dennis

View All Messages


ADD PHOTOS          ADD VIDEOS

MORE INFORMATION



Funeral E

Expect ...
do and say ...
someone di

**Send Me a Pla
Guide**
Planning ahea
a big differenc
Legacy's free f
guide and kno
advance option

DOWNLOAD

TOP ARTICLES   1/2                          Legacy.com

ISSUE 001 - Document 5 of 5

| HSMV DL-P-N SSN Enter | | □ X |
|---|---|---|

Voter ID  127421933
          Voter Provided                         HSMV Value

Name      MCNEIL, TINIKA                         MCNEIL, TINIKA
Address   725 DUNN ST                            725 DUNN ST
          TALLAHASSEE FL 32304                   TALLAHASSEE
          (blank mailing address)                LEO                    FL
                                                 32304

DLN
SSN       8983
Birth Date  Mar/12/1984                          Mar/12/1984
Sex       F                                      F

Special       NM.Name Mismatch
Codes         SY,SSAResponse Single Match - Deceased

Error Description   Unverified; SSN provided was not validated
Dept of State
Comments

| Accept Application Register Voter | Reject Application as HSMV Incomplete | Cancel |
|---|---|---|

The result from DOS verification of the voter's name, date of
birth, and social security number.  "SY, SSA Response Single
Match - Deceased."

10423675 MCNEIL, FORIEST BRADWELL (Doc Images)

LEO   104233875

ISSUE 002 - Document 1 of 5

Signed 10/24/19, signature does not match

Handwriting on application does not match, note the small "c" in McNeil in previous signatures/ registration forms.

MCNEIL, FORIEST ;

725   ... ST, TALLAHASSEE, 32304

☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)

Are you a citizen of the United States of America?   ☑ YES   ☐ NO

☑ I affirm I have never been convicted of a felony.
☐ If I have been convicted of a felony, I affirm my voting rights have been restored by the Board of Executive Clemency.
☐ I have been convicted of a felony, my voting rights have been restored as of ___ day of ___ 20 ___ of this State Constitution upon the completion of all terms of my sentence including terms on probation.

☑ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

OFFICIAL USE ONLY

Amount to Replace Voter Information Card

104-233-875

Date of Birth (MM-DD-YYYY)   0-14 - 1-3 | 19-6 |

Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

Last Name   Mcneil
First Name   Foriest
Middle Name ...

Residential Address (If different from above address)   725 Bunn Street
Applicant   Tallahassee   County   Leon   Zip Code   32304

Address Where You Were Last Registered to Vote   725 Bunn Street
Apt/Lot/Unit   City   Tallahassee   Zip Code   32304

Former Name(s) (if name is changed)

Gender   ☐ M   ☑ F
State or Country of Birth   FL / Leon

☐ Email me SAMPLE BALLOTS. If option is available in my county.
(See Public Record Notice above.) My email address is:

Telephone No. (optional)   (850) 408 - 74460

Race/Ethnicity (Check only one)
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☐ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other:

(Check only one, if applicable)
☐ I am an active duty Uniformed Services, or Merchant Marine member
☐ I am a spouse or a dependent of an active duty uniformed member or citizen living outside the U.S.
☐ I am a U.S. citizen residing outside the U.S.

Party Affiliation
(Check only one. If no party, you will be restricted without party affiliation)
☐ Florida Democratic Party
☐ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party) Name:

☐ I will register others to vote
☐ I am interested in becoming a poll worker

SIGN/
MARK
HERE

Date   10/24/19

R'cd by SOE 11/01/2019   3PL16-65

Scan Date = 11/13/2019

VR Systems Voter Focus Version 20.0.28(0)
11/18/2019 2:40:50 PM
Operator = uscdoks

10423-o75 MCNEIL, FORIEST BRADWELL (Doc Images)

LEO   10423.875

MCNEIL, FORIEST #:                          725 DUNN ST,

ISSUE 002 – Document 2 of 5                 Signed 5/1/2018

This is: ☑ New Registration  ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)   ☐ Request to Replace Voter Information Card

| | | OFFICIAL USE ONLY |
|---|---|---|

Are you a citizen of the United States of America?   ☑ YES   ☐ NO

☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored.

☑ or, if I have, my rights to vote have been fully restored.

Date of Birth   (mm-dd-yyyy)   0 1 4 - 1 / 2 1 - 1 / 7 6 1

Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number:

Lest 4 digits of Social Security Number:   1 0 4 - 2 3 3 - 8 7 5

☐ If not FL DL or FL ID, then provide.

☐ I have NONE of these numbers.

Last Name   MCNEIL   First Name   Foriest   Middle Name   Bradwell   Name Suffix (Jr., Sr., II, III, etc.):

8  Address Where You Live (legal residence not P.O. Box)   725 DUNN ST   Apt/Lot/Unit   City   Tallas   County   Leon   State FL   Zip Code   32304

9  Mailing Address (if different from above)   Apt/Lot/Unit   City   State   Zip Code

10  Former Name (if name is changed)   Gender  ☑ M  ☐ F   State or County of Birth   U S A   Telephone No. (optional)   850-408-7740

11  ☐ Email me SAMPLE BALLOTS if option is available to my county:   LEON COUNTY
(See Public Record Notice Above)  'Do I email address is:   2018 MAY 31  1:04

Party Affiliation  (Check only one)   Race/Ethnicity (Check only one)   (Check only one if applicable)
☐ Florida Democratic Party   ☐ American Indian/Alaskan Native   ☐ I am an active duty Uniformed Services or Merchant Marine member
☐ Florida Republican Party   ☐ Asian/Pacific Islander   ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
☐ Minor political party (name)   ☑ Black, not of Hispanic Origin   ☐ I am a U.S. citizen residing outside the U.S.
☐ No party affiliation   ☐ Hispanic
☐ Other party (print party name):   ☐ White, not of Hispanic Origin
                                     ☐ Other:

Signature (handwritten)

Scan Date = 06/04/2018

VR Systems Voter Focus Version 20.0.26(0)
1/13/2010 2:41:10 PM
Operator = usztoks

10423675  MCNEIL, FORIEST BRADWELL  (Doc Images)

LEO  10423375

ISSUE 002 - Document 3 of 5

Signed 3/29/14



Scan Date = 04/04/2014

VR System1 Voter Focus Version 20.0.26(0)
1/19/2019 2:41:29 PM
Operation = usr2kss

10423575 MCNEIL, FORIEST BRADWELL  (Doc Images)

ISSUE 002 - Document 4 of 5

Signed 10/25/18

LEO   10423575   MCNEIL, FORIEST B

DUNN ST TALLAHASSEE, S OC

# VOTER'S CERTIFICATE - YOU MUST SIGN THIS OATH.

I, _____, do solemnly swear or affirm that I am a qualified and registered voter of Leon County, Florida, and that I have not and will not vote more than one ballot in this election. I understand that if I commit or attempt to commit any fraud in connection with voting, vote a fraudulent ballot, or vote more than once in an election, I can be convicted of a felony of the third degree and fined up to $5,000, and/or imprisoned for up to 5 years. I also understand that failure to sign this certificate will invalidate my ballot.

**Ballot must be received by the Supervisor of Elections no later than 7:00 pm on Election Day.**

Scan Date: 01/22/201

**VOTER SIGNATURE REQUIRED:**

☒ I want to continue to vote by mail

FORIEST B MCNEIL

9145

10423575 1503C Ele 78 Sy 1503 #137

6184000307

10/25/18
DATE

SIGN HERE

YR Systems Voter Focus Version 20.0.2R(0)
11/10/2019 3:42:23 PM
Operator = uaztbks

10423o75 MCNEIL, FOREST BRADWELL (Doc Images)

ISSUE 002 - Document 5 of 5
Signed 8/20/18

LEO   104233875   MCNEIL, FORIES  B

_. DUNF ST,  _AHASSEE, 3233_

# VOTER'S CERTIFICATE: YOU MUST SIGN THIS OATH.

I, _Forrest B. (Bradwell)_ , do solemnly swear or affirm that I am a qualified and registered voter of Leon County, Florida, and that I have not and will not vote more than one ballot in this election. I understand that if I commit or attempt to commit any fraud in connection with voting, vote a fraudulent ballot, or vote more than once in an election, I can be convicted of a felony of the third degree and fined up to $5,000, and/or imprisoned for up to 5 years. I also understand that failure to sign this certificate will invalidate my ballot.

VOTER SIGNATURE REQUIRED:

SIGN HERE

☒ I want to continue to vote by mail

FOREST B MCNEIL

143

08/21/2018 02 07 PM

Ballot must be received by the Supervisor of Elections no later than 7:00 pm on Election Day.

Scan Date  _/3/2018

VR Systems Voter Focus Version 20.0.26(0)
11/19/2019 2:47:27 PM
Operator = uszbkfx

EFC 20-34
(voler David
Gallo)

# ELECTIONS FRAUD COMPLAINT

DUPLICATE

*Voter Fraud Hotline Telephone number 1-877-868-3737*

---

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    Florida Department of State, Office of the General Counsel
1st Floor, R.A. Gray Building
500 S. Bronough Street
Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

---

## PERSON BRINGING COMPLAINT

Name  DAVid  GALLO      Day Phone  850-755-003  Evening Phone  504-206-7534

Address  2055 Thomasville Rd, B306    City  Tallahassee

County  LEON      State  FL      Zip Code  32308

E-mail Address  dg4631@gmail.com

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name  3P16-65      Work Phone  305-754-0118

*Person's title of office or position held or sought if applicable*    *Name of Governmental Office or Private Entity/Office*

Address  10800 BISCAYNE BLVD STE 1050    City  MIAMI

County  MIAMI-DADE      State  FL      Zip Code  33161

Have you filed this complaint with the (check all that apply):

|  | Yes | No |
|---|---|---|
| State Attorney's Office | ✓ |  |
| Office of Statewide Prosecution | ✓ |  |
| Florida Department of Law Enforcement | ✓ |  |
| Florida Elections Commission | ✓ |  |
| Florida Commission on Ethics | ✓ |  |

## RECEIVED

MAR 1 1 2020

Office of the General Counsel

DS-DE #34 (rev. 07/2016)      Page 1      Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

SEE below

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

I Received my New Voter Registration indicating
A change in my political party Affiliation.
Upon Receiving this I contacted Leon County
Elections office About my complaint.
I would like this complaint investigated
And Appreciate the help From Leon County
Elections

☐ Check here if additional pages or documents are attached.

**David Gallo**                3-2-2020
Signature of complainant          Date Signed

**DAVID Gallo**
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

*THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.*

1. 517464 GALLO, DAVID (Doc Images)

LEO   112317464

DUPLICATE

OFFICIAL USE ONLY

☒ Request to Replace Voter Information Card

FVRS No: 112317464

☐ New Registration   ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)

1. Are you a citizen of the United States of America?   ☒ YES   ☐ NO

2. Will you be 18 years old on or before election day?   ☐ YES   ☐ NO

Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

1 2 - 2 9 - 1 9 4 8

Name

Gallo

City

Jacksonville

State or Country of Birth

County

Duval

3P16-65

Scan Date = 05/16/2008

LEO   11231746

11231746  GALLO, DAVID  (Doc Images)



Scan Date= 09/03/2014

LEO

112317464

1.–317464 GALLO, DAVID (Doc Images)



Scan Date = 09/04/2015

LEO   112317464

112317464  GALLO, DAVID  (Doc Images)



1..317464 GALLO, DAVID (Doc Images)

Scan Date = 10/21/2015

LEO   112317464

(Only persons shown above this line are current resident addresses)

112317464
DAVID  GALLO
2055 THOMASVILLE RD APT B306
TALLAHASSEE FL 32308

(Only records shown below this line are current resident addresses)

**Check one:**

☑ I still live at the address shown above.

☐ I still live in the State of Florida, but have changed my legal residence address to:

Street Address _____

City _____   Zip Code _____

☐ I am an active duty military, a dependent of active duty military, or a citizen living overseas, and no longer have a physical address in Leon County, Florida, but claim Leon County, Florida as my place of legal residence. (If you check this box, you must provide a mailing address.)

Is your mailing address correct?

☑ Yes   ☐ No

If you answered "NO" above, please give us your current mailing address:

Street Address _____

City _____   State _____   Zip Code _____

☐ I NO LONGER LIVE IN THE STATE OF FLORIDA. Please cancel my Florida voter registration. I understand that it is my responsibility to register to vote where I reside. (To find your local voter registration agency, consult your telephone directory or the Internet for Voter Registration, Elections, or Town/City Clerk.)

I swear or affirm under penalty of false swearing under the laws of the State of Florida that the information on this form is true and correct.

Sign or mark on line: _____

Date: 10-8-15

2015 OCT 20   D   02
LEON COUNTY, FLORIDA
SUPERVISOR OF ELECTIONS

10/20/15



EVID signature, 03/05/2016, 2016 Presidential Preference Primary Election



EVID signature, 08/23/2016, 2016 Primary Election



EVID signature, 10/24/2016, 2016 General Election



EVID signature, 08/28/2018, 2018 Primary Election



EVID signature, 10/24/2018, 2018 General Election



**Florida Voter Registration Application**
Part 1 - Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

Información en español: Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español.

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

**Questions?**

Contact the Supervisor of Elections in your county: dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at dos.myflorida.com/elections.

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address are provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla. Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs—U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents—utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at dos.myflorida.com/elections.

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

Numbered rows 1 through 7 and 12 must be completed for a new registration.

**Florida Voter Registration Application**
Part 2 - Form (DS-DE #39, R1S-2.040, F.A.C.)(eff. 10/2013)

The downloadable/printable online form is available at dos.myflorida.com/elections/for-voters/voter-registration

| # | | | |
|---|---|---|---|
| | This is: ☐ New Registration ☒ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature) ☐ Request to Replace Voter Information Card | | |

COPY

| 1 | Are you a citizen of the United States of America? ☒ YES ☐ NO | OFFICIAL USE ONLY |
|---|---|---|
| 2 | ☒ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | |
| 3 | ☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | |
| 4 | Date of Birth (MM-DD-YYYY)  1 2 - 2 9 - 1 9 4 8 | FVRS No: 112-317-464 |
| 5 | Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide → | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers. |
| 6 | GALLO   First Name DAVID | | |
| 7 | Address Where You Live (legal residence-no P.O. Box)  2055 ThomAsville Rd, B306 | Apt/Lot/Unit B306 | City TallAhAssee | County LEON | Zip Code 32308 |
| 8 | Mailing Address (if different from above address)  TallAhAssee | Apt/Lot/Unit | City | State or Country | Zip Code |
| 9 | Address Where You Were Last Registered to Vote | Apt/Lot/Unit | City | State | Zip Code |
| 10 | Former Name (if name is changed) | | State or Country of Birth | Telephone No. (optional) ( ) |
| 11 | ☐ Email me SAMPLE BALLOTS if option is available in my county. (See Public Record Notice above)  My email address is: | Gender ☒ M ☐ F | | |

**Party Affiliation**

(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☒ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity (Check only one)**
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, not of Hispanic Origin
- ☐ Hispanic
- ☒ White, not of Hispanic Origin
- ☐ Multi-racial
- ☐ Other:

**(Check only one if applicable)**
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty uniformed services or merchant marine member
- ☒ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

Date 3-2-202

**Oath:** I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/
MARK
HERE

*EFC 20-41*
*re: (Voter David Gallo)*

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

---

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:    *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

---

## PERSON BRINGING COMPLAINT

Name **Mark S. Earley**    Day Phone **850-606-8683**    Evening Phone

Address **2990-1 Apalachee Pkwy**    City **Tallahassee**

County **Leon**    State **FL**    Zip Code **32301**

E-mail Address **vote@leoncountyfl.gov**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name **New Florida Majority Education Fund**    Work Phone **305-754-0118**

**3PVRO #3P16-65**

*Person's title of office or position held or sought if applicable*

Name of Governmental Office or Private Entity/Office

Address **10800 Biscayne Blvd Ste 1050**    City **Miami**

County **Miami-Dade**    State **FL**    Zip Code **33161**

Have you filed this complaint with the (check all that apply):

| | | |
|---|---|---|
| State Attorney's Office | ☑ Yes | ☐ No |
| Office of Statewide Prosecution | ☑ Yes | ☐ No |
| Florida Department of Law Enforcement | ☑ Yes | ☐ No |
| Florida Elections Commission | ☑ Yes | ☐ No |
| Florida Commission on Ethics | ☑ Yes | ☐ No |

VIOLATION: If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

The Leon County Supervisor of Elections office believes that third party voter registration organization New Florida Majority Education Fund (3P16-65) is, in several instances, completing Florida Voter Registration Applications (FVRAs) without the consent of voters whose information appears on the form. Furthermore, the Leon County Supervisor of Elections believes that 3P16-65's voter registration agents are signing FVRAs for the voters.

## STATEMENT OF FACTS

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

On Friday 2/28/2020, Mr. Gallo called The Leon County Supervisor of Elections office and initially spoke to our staff. He had received his voter information card in the mail with his new party affiliation. Our office had mailed the card in response to a voter registration application, received by our office on February 20, 2020, initially delivered to Gadsden County on February 13, 2020, and then forwarded to our office. The application was signed February 5, 2020. The application was collected by Third Party Voter Registration Organization 3P16-65. The application signed 2/5/2020 matches David Gallo's name, date of birth, address, and the last four digits of the social security number. The application indicates a change of party affiliation from the Republican Party of Florida to the Florida Democratic Party. The application is properly completed, signed, and received by our office, so our office processed the application making any changes as required by state law. Mr. Gallo however stated on Friday 2/28/2020 speaking to our staff that he did not complete the application. On Monday 3/2/2020, Mr. Gallo spoke with our staff again, and confirmed the same information, that he has no memory of filling out the form and that he had never changed his party affiliation from Republican to Democrat. Mr. Gallo's signature is consistent across previous elections since 2008. Upon review, we noted that his signature on file differed from the signature on the 3P16-65 application signed 2/5/2020. Previously, the office has filed a formal complaint to the State Attorney because we believe that 3P16-65 is fraudulently collecting voter registration forms.

☑ Check here if additional pages or documents are attached.

_____         03/02/2020
Signature of complainant                 Date Signed

Mark S. Earley
Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

112317464 GALLO, DAVID (Doc Images)

LEO      112317464

☐ This is: ☐ New Registration    ☐ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)

Are you a citizen of the United States of America?   ☒ YES   ☐ NO

☐ I affirm I have never been convicted of a felony.

☐ If I have been convicted of a felony, the Board of Executive Clemency...

☐ If I have been convicted of a felony, I affirm my voting rights have been restored by my sentence, including parole or probation.

☒ I affirm that I have not been adjudicated mentally incapacitated with respect to voting or, if I have, my right to vote has been restored.

FVRS No. 112317464          OFFICIAL USE ONLY

8. ☒ Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number

1 2 - 2 9 - 1 9 - 1 9 8

9. Address Where You Live (legal residence-no P.O. Box)

10. Former Name (if name is changed)

11. ☐ Email me SAMPLE BALLOTS if option is available in my country.

Party Affiliation   (Check only one. If not stated, you will be registered without party affiliation.)

☐ Florida Democratic Party
☒ Republican Party of Florida
☐ No party affiliation
☐ Minor party (print party name):

Race/Ethnicity (Check only one):
☐ American Indian/Alaskan Native
☐ Asian/Pacific Islander
☒ Black, not of Hispanic Origin
☐ Hispanic
☐ White, not of Hispanic Origin
☐ Multi-racial
☐ Other

☐ I am an active duty Uniformed Services or Merchant Marine member
☐ I am a spouse or a dependent of an active duty Uniformed Services or Merchant Marine member
☐ I am a U.S. citizen residing outside the U.S.

SWEAR MARK HERE

3P16-65

Scan Date = 05/16/2008

LEO        112317464

112317464  GALLO, DAVID (Doc Images)



Scan Date = 09/03/2014

LEO

112317464

112317464  GALLO, DAVID  (Doc Images)



Scan Date = 09/04/2015

LEO

112317464

112317464  GALLO, DAVID  (Doc Images)



112317464 GALLO, DAVID (Doc Images)

LEO   112317464

112317464
DAVID GALLO
2065 THOMASVILLE RD APT B306
TALLAHASSEE FL 32308

**Check one:**

☑ I still live at the address shown above.

☐ I still live in the State of Florida, but have changed my legal residence address to:

Street Address _____

City _____   Zip Code _____

☐ I am active duty military, a dependent of active duty military, or a citizen living overseas, and no longer have a physical address in Leon County, Florida, but claim Leon County, Florida as my place of legal residence. (If you check this box, you must provide a mailing address.)

Is your mailing address correct?

☑ Yes   ☐ No

If you answered "NO" above, please give us your current mailing address:

Street Address _____

City _____   State _____   Zip Code _____

☐ I NO LONGER LIVE IN THE STATE OF FLORIDA. Please cancel my Florida voter registration. I understand that it is my responsibility to register to vote where I reside. (To find your local voter registration agency, consult your telephone directory or the Internet for Voter Registration, Elections, or Town/City Clerk.)

2015 OCT 20   P 2: 02
DIVISION OF ELECTIONS
LEON COUNTY, FLORIDA

I swear or affirm under penalty of false swearing under the laws of the State of Florida that the information on this form is true and correct.

Sign or mark on line

Date: 10-8-15

Scan Date = 10/21/2015

1



EVID signature, 03/05/2016, 2016 Presidential Preference Primary Election



EVID signature, 08/23/2016, 2016 Primary Election



EVID signature, 10/24/2016, 2016 General Election



*EVID signature, 08/28/2018, 2018 Primary Election*



EVID signature, 10/24/2018, 2018 General Election



## Florida Voter Registration Application
Part 1 – Instructions (DS-DE 39, R1S-2.040, F.A.C.)(eff. 10/2013)

**Información en español:** Sírvase llamar a la oficina del supervisor de elecciones de su condado si le interesa obtener este formulario en español:

**To Register in Florida, you must be:**
- a U.S. citizen,
- a Florida resident,
- at least 18 years old (you may pre-register at 16 or 17, but cannot vote until you are 18).

If you have been convicted of a felony, or if a court has found you to be mentally incapacitated as to your right to vote, you cannot register until your right to vote is restored.

If you do not meet any ONE of these requirements, you are not eligible to register.

### Questions?
Contact the Supervisor of Elections in your county: dos.myflorida.com/elections/contacts/supervisor-of-elections

Visit the Florida Division of Elections' website at: dos.myflorida.com/elections

**CRIMINAL OFFENSE:** It is a 3rd degree felony to submit false information. Maximum penalties are $5,000 and/or 5 years in prison.

**PUBLIC RECORD:** Once filed, all information including your phone number and email address as provided become public record except for the following which can only be used for voter registration purposes: your FL DL#, FL ID#, SSN, where you registered to vote, and whether you declined to register or to update your voter registration record at a voter registration agency. Your signature can be viewed but not copied. (Section 97.0585, Fla. Stat.)

**Where to Register:** You can register to vote by completing this application and delivering it in person or by mail to any supervisor of elections' office, office that issues driver's licenses, or voter registration agency (public assistance office, center for independent living, office serving persons with disabilities, public library, or armed forces recruitment office) or the Division of Elections. Mailing addresses are on page 2 of this form.

**Deadline to Register:** The deadline to register to vote is 29 days before any election. You can update your registration record at any time, but for a Primary Election, party changes must be completed 29 days before that election. You will be contacted if your new application is incomplete, denied or a duplicate of an existing registration. Your Voter Information Card will be mailed to you once you are registered.

**Identification (ID) Requirements:** New applicants must provide a current and valid Florida driver's license number (FL DL#) or Florida identification card number (FL ID#). If you do not have a FL DL# or FL ID#, then you must provide the last four digits of your Social Security number (SSN). If you do not have any of these numbers, check "None." If you leave the field and box blank, your new registration may be denied. See section 97.053(6), Fla. Stat.

**Special ID requirements:** If you are registering by mail, have never voted in Florida, and have never been issued one of the ID numbers above, include one of the following with your application, or at a later time before you vote: 1) A copy of an ID that shows your name and photo (acceptable IDs–U.S. Passport, debit or credit card, military ID, student ID, retirement center ID, neighborhood association ID, or public assistance ID); or 2) A copy of an ID that shows your name and current residence address (acceptable documents–utility bill, bank statement, government check, paycheck, or other government document).

The special ID is not required if you are 65 or older, have a temporary or permanent physical disability, are a member of the active uniformed services or merchant marine who is absent from the county for active duty, or a spouse or dependent thereof, or are currently living outside the U.S. but otherwise eligible to vote in Florida.

**Political Party Affiliation:** Florida is a closed primary election state. In primary elections, registered voters can only vote for their registered party's candidates in a partisan race on the ballot. In a primary election, all registered voters, regardless of party affiliation, can vote on any issue, nonpartisan race, and race where a candidate faces no opposition in the General Election. If you do not indicate your party affiliation, you will be registered with no party affiliation. For a list of political parties, visit the Division of Elections' website at dos.myflorida.com/elections

**Race/Ethnicity:** It is optional to list your race or ethnicity.

**Boxes:** Please check boxes (☐) where applicable.

---

## Numbered rows 1 through 7 and 12 must be completed for a new registration.

## Florida Voter Registration Application
Part 2 – Form (DS-DE #39, R1S-2.040, (eff. 10/2013))

The downloadable/printable online form is available at: dos.myflorida.com/elections/for-voters/voter-registration

**This is:** ☐ New Registration  ☑ Record Update/Change (e.g., Address, Party Affiliation, Name, Signature)  ☐ Request to Replace Voter Information Card

| # | | | OFFICIAL USE ONLY |
|---|---|---|---|
| 1 | Are you a citizen of the United States of America? | ☑ YES  ☐ NO | COPY |
| 2 | ☑ I affirm that I am not a convicted felon, or if I am, my right to vote has been restored. | | |
| 3 | ☑ I affirm that I have not been adjudicated as mentally incapacitated with respect to voting or, if I have, my right to vote has been restored. | | |
| 4 | Date of Birth (MM-DD-YYYY)  12 - 29 - 1948 | | FVRS No: 112-317-464 |

**5.** Florida Driver License (FL DL) or Florida Identification (FL ID) Card Number | If no FL DL or FL ID, then provide | Last 4 digits of Social Security Number | ☐ I have NONE of these numbers.

**6.** Last Name **GALLO**  First Name **David**  Middle Name  Name Suffix (Jr., Sr., II, etc.):

**7.** Address Where You Live (legal residence-no P.O. Box) **2055 Thomasville Rd, B306**  Apt/Lot/Unit **B306**  City **Tallahassee**  County **LEON**  Zip Code **32308**

**8.** Mailing Address (if different from above address) **Tallahassee**  Apt/Lot/Unit  City  State or Country  Zip Code

**9.** Address Where You Were Last Registered to Vote  Apt/Lot/Unit  City  State  Zip Code

**10.** Former Name (if name is changed)  Gender ☑ M ☐ F  State or Country of Birth  Telephone No. (optional) (   )

**11.** ☐ Email me SAMPLE BALLOTS if option is available in my county. (See *Public Record Notice* above)  My email address is:

**Party Affiliation**
(Check only one. If left blank, you will be registered without party affiliation)
- ☐ Florida Democratic Party
- ☑ Republican Party of Florida
- ☐ No party affiliation
- ☐ Minor party (print party name):

**Race/Ethnicity (Check only one)**
- ☐ American Indian/Alaskan Native
- ☐ Asian/Pacific Islander
- ☐ Black, *not of Hispanic Origin*
- ☐ Hispanic
- ☑ White, *not of Hispanic Origin*
- ☐ Multi-racial
- ☐ Other:

(Check only one if applicable)
- ☐ I am an active duty Uniformed Services or Merchant Marine member
- ☐ I am a spouse or a dependent of an active duty Uniformed services or merchant marine member
- ☑ I am a U.S. citizen residing outside the U.S.

- ☐ I will need assistance with voting.
- ☐ I am interested in becoming a poll worker.

**12.** Oath: I do solemnly swear (or affirm) that I will protect and defend the Constitution of the United States and the Constitution of the State of Florida, that I am qualified to register as an elector under the Constitution and laws of the State of Florida, and that all information provided in this application is true.

SIGN/MARK HERE

Date **3-2-202**

20-*109*   Special Letter:

# ELECTIONS FRAUD COMPLAINT

*Voter Fraud Hotline Telephone number 1-877-868-3737*

RECEIVED

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

RECEIVED
SUPERVISOR OF ELECTIONS
LEON COUNTY, FL

Please return the completed complaint form to:    Florida Department of State, Office of the General Counsel
                                                  1st Floor, R.A. Gray Building
                                                  500 S. Bronough Street
                                                  Tallahassee, Florida 32399-0250

You will receive a written response from the Department of State at the end of its investigation.

**PERSON BRINGING COMPLAINT**

Name  Joshua Cable            Day (Laura)*  Phone 850 321 1570    Evening (Don)*  Phone 850 321 1338

Address  1946 Sagebrook Dr     City  Tallahassee

County  Leon                   State  FL     Zip Code  32303

E-mail Address  DCABLECAR@gmail.com

                                              * Legal guardians

**PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)**

Name  New Florida Majority Education       Work Phone  305-754-0118
      Fund                                            786-525-1540
*Person's title of office or position held or sought if applicable*    Name of Governmental Office or
                                                                        Private Entity/Office

Address  10800 Biscayne Blvd Suite 1050    City  Miami

County  Miami-Dade             State  FL    Zip Code  33161

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☐ | ☒ |
| Office of Statewide Prosecution | ☐ | ☒ |
| Florida Department of Law Enforcement | ☐ | ☒ |
| Florida Elections Commission | ☐ | ☒ |
| Florida Commission on Ethics | ☐ | ☒ |

RECEIVED
AUG 26 2020
Office of the General Counsel

DS-DE #34 (rev 07/2016)            Page 1            Rule 1S-2.025, F.A.C.

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

Someone ~~changed~~ submitted a change of party affiliation and forged signature on document

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

When voting on Aug 18th, 2020 he noticed he had been given the wrong ballot. When asking to get the right one discovered that party affiliation had changed from R to D. Sally Higgin witnessed everything that happened at the poll but I don't know anyone else's name. Josh submitted a provisional ballot. When asked, he said he didn't fill out a form or sign anything.

☐ Check here if additional pages or documents are attached.

Signature of complainant    Date Signed  8/20/2020

Print or type name of complainant  Laura Cable Legal Guardian for Joshua Cable

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

1146u0597  CABLE, JOSHUA MICHAEL  (Doc Images)

LEO   1146t00597

CABLE, JOSHUA M

1946 SAGEBROOK CIR, TALLAHASSEE, 32303



Scan Date = 08/04/2006

VR Systems Voter Focus Version 20.2.1.3(1)
08/20/2020 10:48:59 AM
Operator = uszdols

114ov0597  CABLE, JOSHUA MICHAEL  (Doc Images)

LEO  114500597



CABLE, JOSHUA M

Scan Date = 02/28/2020

VR Systems Voter Focus Version 20.2.1'3('1)
08/20/2020 10:48:22 AM
Operator = usztobts

1148u0597 CABLE, JOSHUA MICHAEL (Doc Images)

LEO   1148000597      CABLE, JOSHUA M

Florida Voter Registration Application

1948 SAGEBROOK DR, TALLAHASSEE, 32303

OFFICIAL USE ONLY

Last Name: Cable
First Name: Joshua
Middle Name: Michael

Date of Birth: 03-05-

City: Tallahassee
State: FL

Scan Date = 09/20/2020

VR Systems Voter Focus Version 20.12.13(1)
09/20/2020 10:47:31 AM
Operator = uszticks



EViD captured signature:
Election 72 <2016 Pres Preference Primary>
Location ' 3471' Precinct '3468'
EViD CE55-15200098
Operator ME Check in at 03/15/16 03:33 PM

20- 440        *Already w/ LEO special letter*

# ELECTIONS FRAUD COMPLAINT
*Voter Fraud Hotline Telephone number 1-877-868-3737*

Under section 97.012(15), Florida Statutes, the Department of State has authority to conduct preliminary investigations into any allegations of irregularities or fraud involving voter registration or voting, or candidate or issue petition activities. The Department may then report its findings to the Office of Statewide Prosecution or to the State Attorney for the judicial circuit in which the alleged violation occurred for prosecution, where warranted.

Please return the completed complaint form to:   *Florida Department of State, Office of the General Counsel*
*1st Floor, R.A. Gray Building*
*500 S. Bronough Street*
*Tallahassee, Florida 32399-0250*

You will receive a written response from the Department of State at the end of its investigation.

---

## PERSON BRINGING COMPLAINT

Name: **Mark S. Earley**

Address: **2990-1 Apalachee Pkwy**

County: **Leon**

E-mail Address: **vote@leoncountyfl.gov**

Day Phone: **850-606-8683**       Evening Phone: ___

City: **Tallahassee**

State: **FL**       Zip Code: **32301**

## PERSON OR ENTITY AGAINST WHOM COMPLAINT IS BROUGHT (limit one person/entity per form)

Name: **New Florida Majority Education Fund**

Work Phone: **305-754-0118**
**785-525-1540**

*Person's title of office or position held or sought if applicable*

*Name of Governmental Office or Private Entity/Office*

Address: **10600 Biscayne Blvd Ste 1050**

City: **Miami**

County: **Miami-Dade**       State: **FL**       Zip Code: **33161**

Have you filed this complaint with the (check all that apply):

| | Yes | No |
|---|---|---|
| State Attorney's Office | ☑ | ☐ |
| Office of Statewide Prosecution | ☑ | ☐ |
| Florida Department of Law Enforcement | ☑ | ☐ |
| Florida Elections Commission | ☑ | ☐ |
| Florida Commission on Ethics | ☑ | ☐ |

RECEIVED
AUG 26 2020
Office of the General Counsel

**VIOLATION:** If you believe any irregularities or fraud involving voter registration or voting, or candidate or issue petition activities have been committed, please state the specific acts committed by the person or entity named in this complaint:

My office believes that a third party voter registration agent working on behalf of third party voter registration organization 3P16-65 New Florida Majority Education Foundation submitted a fraudulent Florida Voter Registration Application on behalf of Leon County voter Joshua Cable (114600597). The fraudulent form changed Mr. Cable's political party affiliation without his consent.

**STATEMENT OF FACTS**

State in your own words exactly what happened. Please include details such as what happened, where the events or acts happened, when they happened (including dates and times), what you were told, who spoke to you and to whom you spoke, what you agreed or did not agree to, and who else saw or knows about what happened. Include the names, addresses and phone numbers of relevant persons. Also, give any reasons why you feel that the person or entity against whom you have brought this complaint knew that his or her actions were wrongful. The more specific information that you provide to us, the better we will be able to assist you.

My office has submitted prior Election Fraud Complaint forms for similar instances. In this case, Mr. Joshua Cable arrived to vote at his assigned precinct during the August 18, 2020 Primary Election. Mr. Cable found that his party affiliation had been changed from Republican to Democrat without his knowledge or consent. The change was made on a Florida Voter Registration Application collected by 3P16-65 New Florida Majority Education Fund. However, on review, the signature on this application do not match the signature records on file with my office. Mr. Cable claims that he did not complete the Florida Voter Registration Form collected by 3P16-65. On August 20, 2020 Mr. Cable's parent and legal guardian Laura Cable visited my office in person to review scans of voter registration documents on file with my office. Ms. Cable confirmed that Mr. Cable did not sign the registration form submitted by 3P16-65. Ms. Cable completed her own Election Fraud Complaint form to document the incident. My office believes, after reviewing, that a voter registration agent working on behalf of 3P16-65 completed and signed a Florida Voter Registration Application in Joshua Cable's name. The form in question was signed February 21, 2020 and was originally submitted to the Gadsden County Supervisor of Elections on February 27, 2020. Mr. Cable voted a provisional ballot in the August 18, Primary. Attached with this complaint is a copy of the complaint form completed by Ms. Cable on August 20, 2020. Supporting documentation is also attached.

✓ Check here if additional pages or documents are attached.

_signature_                                    8/20/2020

Signature of complainant                    Date Signed

**Mark S. Earley**

Print or type name of complainant

It is a third-degree felony for any person to knowingly and willfully make any false, fictitious, or fraudulent statement or representation in any matter within the jurisdiction of the Department of State. *See* § 817.155, Fla. Stat.

THIS COMPLAINT IS NOT CONFIDENTIAL. ONCE IT IS FILED WITH THE DEPARTMENT OF STATE, IT BECOMES A PUBLIC RECORD.

8.26.20

Supporting documents for EFC 20-110 is within the folder of EFC 20-109. Both are relating to the same matter.

## McVay, Brad R.

| | |
|---|---|
| **From:** | Julie Houk <jhouk@lawyerscommittee.org> |
| **Sent:** | Thursday, March 5, 2020 1:11 PM |
| **To:** | McVay, Brad R.; Matthews, Maria I. |
| **Cc:** | Anjenys Gonzalez-Eilert; Liza McCleneghan; Ezra Rosenberg; Marcia Johnson-Blanco; Ryan Snow; Gabrielle Velasco |
| **Subject:** | Urgent: Unauthorized changes to voter registration party identification and fraudulent new voter registrations |
| **Importance:** | High |

EMAIL RECEIVED FROM EXTERNAL SOURCE

Dear Mr. McVay and Ms. Matthews,

As you may be aware through our prior communications with your respective offices, the Lawyers' Committee for Civil Rights Under Law, in partnership with Common Cause Florida and other Florida and National non-partisan civic engagement organizations, convenes the largest nationwide non-partisan Election Protection coalition in the United States. Election Protection offers assistance to voters 365 days a year, including through our suite of voter hotlines (1-866-Our-Vote) and with assistance from Election Protection volunteers on the ground in the states, including in Florida.

On behalf of the Lawyers' Committee and Common Cause Florida, I am writing to you because it came to our attention through a Channel 6 (Orlando) report that an individual and/or organization submitted unauthorized changes to voters' registrations, including changing voters' party identifications, and that new, fraudulent voter registrations were also submitted. According to the Channel 6 (Orlando) report, it appears that voters in Lake, Seminole and Orange Counties may be impacted, but it is unclear whether and to what extent these unauthorized changes and fraudulent registrations were submitted to these three counties and to other Florida counties. The Channel 6 report can be found at this link: https://www.clickorlando.com/news/local/2020/03/04/lake-county-election-leaders-to-address-voter-registration-fraud/

Since we would like to ensure that Election Protection can provide accurate information and appropriate assistance to Florida's voters about this issue, we request that you confirm the following information by close of business today:

1. Please identify all of the counties where the unauthorized changes were made to voters' registrations and where the fraudulent new registrations were submitted;

2. Please identify the organization(s) that conducted the voter registration activity which led to the submission of the unauthorized voter registration changes and fraudulent new registrations;

3. Please identify the name of the field representative (s) who made the unauthorized changes to voters' registrations and submitted the new, fraudulent forms;

4. Please confirm whether any of the fraudulent changes or new registrations were made online;

5. Please confirm what voters need to do to determine whether they have been impacted;

6. Please confirm what action voters should take if they learn that their voter registration information has been changed without their consent and or a new fraudulent registration was submitted in their name prior to the presidential preference primary on March 17th;

7. Please confirm what action voters should take if voters requested vote by mail ballots and the unauthorized changes were made before or after their ballots were mailed to them and/or after the voters have already returned their ballots since the canvassing boards will reject the ballots because of the wrong ballot style if the change was made to the party identification after the voters returned their ballots;

8. Please confirm what voters should do if they do not learn about the unauthorized changes and fraudulent registrations until they go to vote on February 17, 2020 or in subsequent elections. According to the Channel 6 report, Supervisor Hays in Lake County outlined the procedure below for voters to follow if they discover their voter registration was changed without their consent:

Voters should double-check their voting identification card.

If they receive a ballot not affiliated with their party or believe their party was switched without their knowledge, they must identify an election worker.

The voter will receive a provisional ballot envelope from the election worker and be issued a ballot of their choice.

Once a voter fills out their ballot, they will need to take it back to the election worker.

The election worker will put their ballot in the provisional ballot enveloped in front of them and tear off a stub identifying the envelope.

Voters will be handed the stub so they can track the ballot.

The ballot will be presented to the canvassing board and they will choose whether or not to accept that ballot.

Please confirm whether this is, in fact, the proper procedure for voters to follow on election day and, if so, how this information will be communicated to voters who may be impacted, poll managers and poll workers. If you are issuing press advisories and have posted or will be posting information for voters online, please forward us a copy of those advisories and links so that we can share them with impacted voters.

Finally, we would appreciate an opportunity to discuss this matter with you directly by telephone. Please let us know what your availability is for a call this week.

Thank you very much for your consideration in this matter.

Julie Houk

Julie M. Houk (she/her/hers)
Managing Counsel for Election Protection
Voting Rights Project
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, DC 20005
Direct Telephone: (202) 662-8391
Cell: (603) 562-8309
General Fax: (202) 783-0857
Email: jhouk@lawyerscommittee.org

    

*Moving America Toward Justice*

| ELECTION PROTECTION HOTLINES | |
|---|---|
| Call in English **866-OUR-VOTE** | or 866-687-8683 |
| Call in Spanish/English **888-VE-Y-VOTA** | or 888-839-8682 |
| Call in Asian Languages/English **888-API-VOTE** | or 888-274-8683 |
| Call in Arabic/English **844-YALLA-US** | or 844-925-5287 |
| Or Text "**OUR VOTE**" to **97779**. | |

The Lawyers' Committee participates in the Combined Federal Campaign with the CFC code: <u>24650</u>.
Please ask your Federal friends to support us in their agency's CFC campaign this fall! To pledge a donation, follow the link below:
https://cfcgiving.opm.gov/offerings

*The information contained in this message from the Lawyers' Committee for Civil Rights Under Law and any attachments are confidential and intended only for the named recipient(s).  If you have received this message in error, you are prohibited from copying, distributing or using the information.  Please contact the sender immediately by return email and delete the original message.*

# Memorandum   MIAMI-DADE COUNTY

| | | Agenda Item No. 2(B)1<br>June 18, 2019 |
|---|---|---|
| **Date:** | June 5, 2019 | |
| **To:** | Honorable Chairwoman Audrey M. Edmonson<br>and Members, Board of County Commissioners | |
| **From:** | Carlos A. Gimenez<br>Mayor | |
| **Subject:** | Aggressive and Intrusive Tactics at Early Voting Locations – Directive 190423 | |

At the February 5, 2019 Miami-Dade Board of County Commissioners Meeting, Resolution No. R-167-19 was passed directing the County Mayor or County Mayor's designee to study the conduct of political campaigns using aggressive and intrusive tactics at Early Voting locations; recommend policies to control such tactics at Early Voting locations; and provide a report to the Board detailing the results of such study and recommendations for future action.

Regulation of political campaign conduct at Early Voting locations is dependent upon where such conduct occurs at the Early Voting location. When political campaigns operate within 100 feet[1] of the entrance to an Early Voting location, State law provides that the Elections Department through the Early Voting location's election board (comprised of poll workers who serve as clerks or inspectors appointed by the Supervisor of Elections) is charged with maintaining order. When political campaigns operate outside of 100 feet of the entrance of the polling place, State law prohibits the Elections Department from taking any corrective action, instead leaving enforcement of any aggressive or intrusive tactics to law enforcement and other regulatory bodies under the laws that control the conduct of regular activity within the County.

## Aggressive and/or Intrusive Campaigning in Countywide Elections

The Elections Department served over 883,000 voters throughout the Early Voting period in the last four countywide elections. During that time, a total of 42 documented complaints were received. However, since the conduct of political campaign activities outside of 100 feet of the polling place is not actively monitored, the records of complaints may not paint a complete picture of campaign activities outside of this zone. During the previous two election cycles, the following complaints alleging aggressive and/or intrusive campaign tactics at Early Voting locations were received for countywide elections. These recorded complaints included:

**November General 2018 (302,076 early voters)**
**Total Complaints: 12**
- Aggressive solicitors/campaigners

| | |
|---|---|
| Complaint from voters regarding aggressive campaigners outside the 100-foot zone | 2 |
| Campaigner challenging the 100-foot zone | 1 |
| Candidate with campaign shirt refusing to exit the 100-foot zone | 1 |
| Fight amongst campaigners | 1 |

- Loud music

| | |
|---|---|
| Discussion of politics airing loudly on the radio | 1 |
| Use of bull horns and other loud music | 6 |

---

[1] The 100-foot rule is being reviewed during the current legislative session and may increase to 150 feet. The Elections Department will continue to monitor the progress of the legislation and comply with State Law in regulating conduct at polling places.

Honorable Chairwoman Audrey M. Edmonson
and Members, Board of County Commissioners
Page 2

**August Primary 2018 (56,171 early voters)**
**Total Complaints: 7**
- Aggressive solicitors/campaigners
  Campaigner attempting to solicit voters inside the 100-foot zone                              1
  Campaigners/solicitors aggressively tapping on car windows                                    1
  Campaigner taking photos of voters as they were leaving wearing campaign material             1
  Campaigners scratching cars according to poll deputy                                          1
  Campaigners wanting to park in the designated "voter" parking spots                           1
- Loud music
  Campaigner riding around in a vehicle playing loud music                                      1
- Tents being set up
  County staff complaint                                                                        1

**November General 2016 (475,867 early voters)**
**Total Complaints: 14**
- Aggressive solicitors/campaigners
  Police contacted because of aggressive campaigners                                            1
  Campaigners called police due to removal of campaign signs                                    1
  Campaigner challenging the distance of the 100-foot zone                                      1
  Campaigners harassing voters and obstructing traffic                                          2
  Fight amongst campaigners; officer called to the scene                                        1
  Campaigners taking up parking spots                                                           1
  Irate voter due to campaigners outside the 100-foot zone                                      1
  Upset campaigners because signs were removed from property                                    1
- Loud music
  Voters complaining about loud music coming from the campaigners                               1
  Loud music blaring; instructed to call police if necessary                                    1
- Police Presence outside the 100-foot zone
  Voter protection team reporting police presence                                               2

**August Primary 2016 (49,254 early voters)**
**Total Complaints: 10**
- Aggressive solicitors/campaigners
  Campaigners blocking the entrance of parking lot                                              1
  Campaigner not wanting to move car parked within 100-foot zone                                2
  Campaigner complaining about the measurement of 100-foot zone                                 1
  Fight amongst campaigners; police called                                                      1
  Campaigners bombarding elderly and insisting on offering voting assistance                    1
  Campaigners crowding voters as they are exiting vehicle                                        1
- Loud bull horns
  Campaigners upset with each other because of bull horn use from specific candidate            1
- Signage
  City of Homestead Code Enforcement had campaigners remove signage outside
  the 100-foot zone at Early Voting site                                                        1
  City of Miami staff removed signage staked into the ground at Lemon City Library              1

2

Honorable Chairwoman Audrey M. Edmonson
and Members, Board of County Commissioners
Page 3


## Authority to Regulate Aggressive and Intrusive Campaign Tactics:

Within 100 feet of the entrance to a polling place and within the polling place, Florida Statute Section 102.031(1) provides that "[e]ach election board shall possess full authority to maintain order at the polls and enforce obedience to its lawful commands during an election and the canvass of the votes." To assist the election board in the performance of its duties, Section 103.031(2) provides that the Miami-Dade Police Department assign officers "who shall be subject to all lawful commands of the clerk or inspectors, and who shall maintain good order" when called upon to act.

The election board is required to ensure that no person enter a polling room who is not permitted to be there. Florida Statues Section 103.31(4)(a) also requires that the elections board prohibit any person from soliciting voters inside a polling place or within 100 feet of the entrance to any polling place or early voting site. Under the statutes, the election clerk under the direction of the Supervisor of Elections designates the no-solicitation zone and marks the boundaries.

Should any person violate the no-solicitation zone or other rule within the 100 feet of the entrance to a polling place, Florida Statutes Section 102.031(4)(c) provides that the supervisor or clerk may take any reasonable action necessary to ensure order at the polling place, including but not limited to, having disruptive and unruly persons removed by law enforcement officers from the polling room or place or from the 100-foot zone.

While the election board and Supervisor of Elections is required to maintain order within 100 feet of the entrance to the polling place, Florida Statutes Section 102.031(4)(d) prohibits the Supervisor of Election from designating any other no-solicitation zones or otherwise restricting access to any person, political committee, candidate, or other group or organization for the purpose of soliciting voters.

Violations outside the 100-foot zone are actionable by the Police Department, when or if warranted. Such action is governed by both State and County law. Enforcement of such laws, however, is tempered by the restrictions of the rights of individuals to campaign during elections and must be resolved on a case-by-case basis. Examples of potentially applicable laws include:

- Miami-Dade County, FL Code Sec. 21-28 – Noises; unnecessary and excessive prohibited.
- Miami-Dade County, FL Code Sec. 30-388.12 – Obstruction of public streets, highways, etc.
- Florida Statutes Section 877.03, Breach of the peace; disorderly conduct
- Florida Statutes Section 784.03, Battery; felony battery

## Recommendations for Future Actions

Complaints received at Early Voting locations are handled on a case-by-case basis and are routinely resolved without the need for law enforcement intervention. The poll deputy, who is charged with maintaining order within the 100-foot zone, is instructed to call Elections Headquarters if a complaint is persistent so that the Miami-Dade Police Department can be notified, and the complaint addressed accordingly, if required. Similarly, if the complaint is coming from a campaigner alleging misconduct by an opposing campaigner, the pollworker is instructed to notify the Miami-Dade Police Department should they feel a law has been violated. Since the Elections Department's authority over election matters is ministerial, there is no enforcement vehicle for the Department to investigate and resolve complaints other than to maintain order at the polling place.

Honorable Chairwoman Audrey M. Edmonson
and Members, Board of County Commissioners
Page 4

To determine the best practices of other similar counties, the Elections Department consulted with the Supervisor of Elections in the following counties to determine if there were any local policies or regulations to control aggressive and intrusive tactics on county or municipal property beyond the 100-foot zone:

- Broward County
- Lee County
- Orange County
- Palm Beach County
- Pinellas County
- Sarasota County
- Seminole County
- Volusia County

These counties do not have any election specific regulations to preserve a campaign's right to free speech and access to voters.

Considering Miami-Dade County has up to 30 Early Voting locations, hundreds of candidates and thousands of campaigners, it can be challenging at times to maintain order and civility. However, it is a delicate balance when these same people are entitled to be present and have access to voters.

The Elections Department has and will continue to work closely with the Police Department and will maintain open communication during every election cycle. To improve the voter experience, the Department recommends the following:

- The Elections Department, through the poll deputy, will continue to enforce the 100-foot zone.

- In heavier turnout locations and those that have large parking lots, an additional parking lot attendant will be assigned to assist in maintaining order in the parking lot and ensure voters have clear access to the poll.

- The Miami-Dade Police Department will place Early Voting sites on their patrol routes to ensure there is no obstruction of roadways, early voting site entrances and/or any other public safety concerns.

- In the event a complaint is lodged to the Elections Department regarding aggressive or intrusive tactics by campaigners, the Police Department will be notified to respond and address the matter accordingly.

Pursuant to Ordinance No.14-65, this memorandum will be placed on the next available Board meeting agenda.

Should you have further questions, please contact Christina White, Supervisor of Elections, at 305-499-8509.

c:   Abigail Price-Williams, County Attorney
     Geri Bonzon-Keenan, Assistant County Attorney
     Alina T. Hudak, Deputy Mayor, Office of the Mayor
     Christina White, Supervisor of Elections
     Linda L. Cave, Director, Clerk of the Board
     Yinka Majekodunmi, CPA, Commission Auditor
     Eugene Love, Agenda Coordinator