## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,                                    4:21-cv-186-MW-MAF

                                                             Consolidated for trial with:
            *Plaintiffs*,                                    4:21-cv-187-MW-MAF
                                                             4:21-cv-201-MW-MAF
v.                                                           4:21-cv-242-MW-MAF

LAUREL M. LEE, in her official
Capacity as Secretary of State of
Florida, et al.,

            *Defendants*,

and

NATIONAL REPUBLICAN
SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL
COMMITTEE,

            *Intervenor-Defendants*.
_____/

### STATE-LEVEL DEFENDANTS' AND INTERVENOR-DEFENDANTS' NOTICE TO COURT REGARDING EXPERT REPORT OF WILLIAM C. COOPER

Secretary of State Laurel M. Lee, Attorney General Ashley Moody ("State-level Defendants") and Intervenor-Defendants, the Republican National Committee and National Republican Senatorial Committee, pursuant to this Court's direction at trial on January 31, 2022, state the following:

1.      On January 18, 2022, the Parties met and conferred on exhibits to
attempt to resolve objections to certain categories of exhibits, including expert
reports and other materials. Prior to that meet and confer, Plaintiffs' counsel
represented that, although not clearly identified on the Consolidated Exhibit List
(ECF No. 402-1), they intended to offer all exhibits or appendices attached to their
disclosed expert reports. Counsel for the State-level Defendants and Intervenor-
Defendants provided a detailed response in writing, including a response regarding
Exhibit 10, the Expert Declaration of William C. Cooper (attached hereto as **Exhibit
A**). That response stated:

| 10 | 2021-08-31 Expert Declaration of William C. Cooper | Admitted consistent with parties' stipulation in FN 11 on page 19 of Corrected Pre-Trial Stipulation (ECF No. 402); **Object to second-level hearsay** |
|---|---|---|

(Emphasis added).

2.      During the January 18, 2022, meet and confer counsel for State-level
Defendants and Intervenor-Defendants again reiterated that their intent with regard
to expert materials was to stipulate that the reports could be admitted into evidence,
contingent on the corresponding expert testifying at trial, but that they had not (and
would not) waive second-level hearsay objections to those same reports or any
attachments or appendices.

3.      Despite multiple requests beginning in early January, the NAACP
Plaintiffs did not provide the State-level Defendants and Intervenor-Defendants with
copies of their exhibits until January 19, 2022.  On January 21, 2022, counsel for the
NAACP Plaintiffs contacted counsel for the State-level Defendants and Intervenor-
Defendants to state that their late-disclosed copy of Mr. Cooper's report in Exhibit
10 was incomplete. *See* ECF No. 499-1. Counsel agreed to allow the NAACP
Plaintiffs to amend Exhibit 10 to include the missing exhibits from Mr. Cooper's
report. *See id.* However, counsel for the State-level Defendants and Intervenor-
Defendants again notified Plaintiffs' counsel that, "We maintain our position that
the stipulation on expert reports does not waive second-level hearsay objections."
*Id.*

Dated: February 1, 2022                    Respectfully submitted:

/s/      *Mohammad O. Jazil*                /s/      *George N. Meros, Jr.*
Mohammad O. Jazil (FBN: 72556)      Benjamin J. Gibson FBN 58661
mjazil@holtzmanvogel.com            bgibson@shutts.com
Gary V. Perko (FBN: 855898)         Daniel E. Nordby FBN 14588
gperko@holtzmanvogel.com            dnordby@shutts.com
Holtzman Vogel Baran Torchinsky &   George N. Meros Jr. FBN 263321
Josefiak PLLC                       gmeros@shutts.com
119 S. Monroe St. Suite 500         Frank A. Zacherl FBN 868094
Tallahassee, FL 32301               fzacherl@shutts.com
(850) 274-1690                      Amber Stoner Nunnally FBN 109281
(540) 341-8809 (fax)                anunnally@shutts.com
                                    Tara R. Price FBN 98073
                                    tprice@shutts.com

Phillip M. Gordon (VA Bar: 96521)*
pgordon@holtzmanvogel.com
15405 John Marshall Hwy
Haymarket, VA 20169
(540) 341-8808
(540) 341-8809 (fax)

BRADLEY R. MCVAY (FBN 79034)
General Counsel
Brad.McVay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48032)
Deputy General Counsel
Ashley.Davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536
(850) 245-6127 (fax)

*Admitted *pro hac vice*

*Counsel for Secretary Laurel M. Lee*

SHUTTS & BOWEN LLP
215 South Monroe Street, Ste. 804
Tallahassee, Florida 32301
Tel: (850) 241-1717

Tyler Green* Utah Bar No. 10660
tyler@consovoymccarthy.com
Cameron T. Norris*  Tenn. Bar No. 33467
cam@consovoymccarthy.com
Steven C. Begakis*
steven@consovoymccarthy.com
Daniel Shapiro
daniel@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423

*Admitted pro hac vice

*Counsel for Intervenor-Defendants
Republican National Committee and
National Republican Senatorial
Committee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2022, a true and correct copy of the

foregoing was filed via CM/ECF, which served a copy on all parties of record.

/s/     George N. Meros, Jr.
Attorney