UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al.,<br><br>    Defendants,<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE, et al.,<br><br>    Intervenor-Defendants. | Case No.   4:21-cv-186-MW/MAF<br>4:21-cv-187-MW/MAF<br>4:21-cv-201-MW/MAF<br>4:21-cv-242-MW/MAF |

**PARTIES' NOTICE OF FILING DEPOSITION DESIGNATIONS IN LIEU OF LIVE TESTIMONY FOR CERTAIN WITNESSES**

Plaintiffs, Defendants Florida Secretary of State Laurel M. Lee ("Secretary"), Florida Attorney General Ashley Moody, Miami-Dade Supervisor of Elections Christina White, and Defendant-Intervenors (together, the "Parties"),[1] hereby submit the following annotated deposition transcripts in lieu of each respective deponent's live testimony at trial (Attachments 1-3), with an associated table of Defendants'

---

[1] The sixty-five Defendant Supervisors of Elections other than Supervisors White and Latimer previously stipulated that they do not dispute the admissibility of any Parties' exhibits into evidence. ECF No. 402 at 46-47, ¶25.  Supervisor Latimer joined in that stipulation.  ECF No. 480 at 1-2 n.2.

objections and Plaintiffs' responses (Attachment 4):

1. 2021 10-22 Deposition Transcript of Elizabeth Guzzo – Trial Exhibit 166

    - Depo. Ex. 1, 2021 10-11 Subpoena to Testify at a Deposition to the Office of the Attorney General – Trial Ex. 167

2. 2021 10-06 Deposition Transcript of Alan Hays – Trial Exhibit 168

    - Depo. Ex. 3, Lake County Mail Ballot Drop Box image – Trial Exhibit 171

    - Depo. Ex. 4, 2020 10-07 ClickOrlando.com Article, *Central Florida counties reporting record number of mail-in ballots this election* – Trial Exhibit 172

    - Depo. Ex. 5, 2021 05-27 Email from Alan Hays (Lake) to Carol Dunaway (Jackson) re: SB90 Compliance for Convenience for our Voters – Trial Exhibit 173

    - Depo. Ex. 7, Transcript of Alan Hays Comments from Committee on Governmental Oversight and Accountability – Trial Exhibit 175

    - Depo. Ex. 10, Text string between David Ramba and Alan Hays (Lake) – Trial Exhibit 178

    - Depo. Ex. 11, Transcript: Hays (Lake) comments at hearing –Trial Exhibit 179

    - Depo. Ex. 12, 2021 04-30 Email from Alan Hays (Lake) to Vicki Davis (Martin) re: Legislative Report Final Edition for this Session – Trial Exhibit 180

    - Depo. Ex. 13, 2021-02-21 Email from Alan Hays to Stephanie Kopelousos Re: Comments from Alan Hays – Trial Exhibit 181

    - Depo. Ex. 15, Vote-by-Mail Drop Off Process – Trial Exhibit 183

    - Depo. Ex. 17, Hays (Lake) text message – Trial Exhibit 185

3. 2021 10-11 Deposition Transcript of Craig Latimer – Trial Exhibit 211

- Depo. Ex. 1, 3 Talking Points – 2021 legislation – Trial Exhibit 212

- Depo. Ex. 2, 2021 04-30 Statement from Craig Latimer (Hillsborough), President of Florida Supervisors of Elections – Trial Exhibit 213

- Depo. Ex. 3, WUFT News Article, *Florida Supervisors of Elections Oppose Controversial Voting Bill 'SB90'* – Trial Exhibit 214

- Depo. Ex. 4, 2021 04-23 Florida Supervisors of Elections Statement on SB90 and HB7041 – Trial Exhibit 215

- Depo. Ex. 5, Talking Points – 2021 legislation – Trial Exhibit 216

- Depo. Ex. 6, 2021 04-22 Email from Gerri Kramer to Craig Latimer (Hillsborough) re: Points of Concern – Legislation – Trial Exhibit 217

- Depo. Ex. 7, 2021-03-11 Email from Craig Latimer Re: FSE Drop Box Recs – Trial Exhibit 218

- Depo. Ex. 8, Draft Recommendations for Florida Legislature on Drop Box Restrictions and Guidelines for 2021 - FSE Workgroup Recommendations – Trial Exhibit 219

- Depo. Ex. 9, Requested Amendments to CS/CS/CS/SB90 – Trial Exhibit 220

- Depo. Ex. 10, 2021 06-25 Affidavit of Peg Reese in Response to Plaintiffs' First Set of Requests for Production – Trial Exhibit 221

- Depo. Ex. 11, Text string between David Ramba, Alan Hays (Lake) and Craig Latimer ("Hillsborough) County SOE" – Trial Exhibit 222

4. Table of Objections and Responses

In addition to the references in the Table of Objections and Reponses, Plaintiffs' objections are noted in the left margin of the deposition transcripts, using abbreviations reflected in legend on the cover of each deposition transcript. As reflected in the legend of the cover of each deposition transcript, the Parties' respective designations reflect the following color coding:

==Yellow Highlighting== = Plaintiffs' Designations

Gray Highlighting = Defendants' Designations

Green Highlighting = Mutual Designations

Respectfully submitted this 5th day of February, 2022.

| /s/ Frederick S. Wermuth | /s/ P. Benjamin Duke |
|---|---|
| Frederick S. Wermuth | P. Benjamin Duke* |
| Florida Bar No. 0184111 | Shira M. Poliak* |
| Thomas A. Zehnder | Covington & Burling LLP |
| Florida Bar No. 0063274 | 620 Eighth Avenue |
| King, Blackwell, Zehnder | New York, NY 10018 |
| & Wermuth, P.A. | Telephone: 212-841-1270 |
| P.O. Box 1631 | pbduke@cov.com |
| Orlando, FL 32802-1631 | spoliak@cov.com |
| Telephone: (407) 422-2472 | |
| Facsimile: (407) 648-0161 | Benjamin L. Cavataro |
| fwermuth@kbzwlaw.com | Florida Bar No. 113534 |
| tzehnder@kbzwlaw.com | Morgan E. Saunders* |
| | Michael A. Fletcher II* |
| Marc E. Elias | Elizabeth T. Fouhey* |
| Elisabeth Frost* | Cyrus Nasseri* |
| David R. Fox* | Covington & Burling LLP |
| Lalitha D. Madduri* | 850 Tenth Street, N.W. |
| Christina A. Ford | Washington, DC 20001 |
| Francesca Gibson* | Telephone: 202-662-5693 |

Elias Law Group LLP
10 G St. NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
efrost@elias.law
dfox@elias.law
lmadduri@elias.law
cford@elias.law
fgibson@elias.law

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

bcavataro@cov.com
msaunders@cov.com
mfletcher@cov.com
efouhey@cov.com
cnasseri@cov.com

Robert D. Fram*
Ellen Y. Choi*
Nia Joyner**
Covington & Burling LLP
415 Mission Street
San Francisco, CA 94105
Telephone: 415-591-7025
rfram@cov.com
echoi@cov.com
njoyner@cov.com

Michael Pernick*
Morenike Fajana*
Romane Paul*
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: 212-965-2200
mfajana@naacpldf.org

Amia Trigg*
Mahogane D. Reed*
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street NW, Ste. 600,
Washington, DC 20005
Telephone: 202-682-1300
atrigg@naacpldf.org

Nellie L. King
Fla. Bar No. 0099562
The Law Offices of Nellie L. King, P.A.
319 Clematis Street, Suite 107

West Palm Beach, FL 33401
Telephone: 561-833-1084
Nellie@CriminalDefenseFla.com

*Admitted pro hac vice*

*Counsel for NAACP Plaintiffs*

/s/ John A. Freedman
Kira Romero-Craft
Florida Bar No. 49927
Miranda Galindo *
LatinoJustice, PRLDEF
523 W Colonial Dr.
Orlando, FL 32804
Telephone: 321-418-6354
Kromero@latinojustice.org
Mgalindo@latinojustice.org

Brenda Wright *
DEMOS
80 Broad St, 4th Flr
New York, NY 10004
Telephone: 212-633-1405
bwright@demos.org

Judith B. Dianis *
Gilda R. Daniels
Jorge Vasquez *
Sabrina Khan *
Esperanza Segarra
Florida Bar No. 527211
Sharion Scott *
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: 202-728-9557
Jbrowne@advancementproject.org
Gdaniels@advancementproject.org
Jvasquez@advancementproject.org

/s/ Michelle Kanter Cohen
Nancy G. Abudu
Florida Bar No. 111881
Caren Short*
Jack Genberg*
Southern Poverty Law Center
P.O. Box 1287
Decatur, Ga 30031-1287
Telephone: 404-521-6700
Fax: 404-221-5857
nancy.abudu@splcenter.org
caren.short@splcenter.org
jack.genberg@splcenter.org

Michelle Kanter Cohen*
Jon Sherman*
Cecilia Aguilera*
Fair Elections Center
1825 K Street NW, Suite 450
Washington, DC 20006
Telephone: 202-331-0114
mkantercohen@fairelectionscenter.org
jsherman@fairelectionscenter.org
caguilera@fairelectionscenter.org

Debra A. Dandeneau
Florida Bar No. 0978360
William H. Devaney*
Baker McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4100

Skhan@advancementproject.org
Esegarra@advancementproject.org
Sscott@advancementproject.org

John A. Freedman*
Jeremy C. Karpatkin
Elisabeth S. Theodore*
Janine M. Lopez*
Leslie C. Bailey*
Sam I. Ferenc*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone: 202-942-5000
John.Freedman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
Elisabeth.Theodore@arnoldporter.com
Janine.Lopez@arnoldporter.com
Leslie.Bailey@arnoldporter.com
Sam.Ferenc@arnoldporter.com

Jeffrey A. Miller *
Arnold & Porter Kaye Scholer LLP
3000 El Camino Road
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650-319-4500
Jeffrey.Miller@arnoldporter.com

Aaron Stiefel*
Daniel R. Bernstein*
Ryan D. Buhdu*
Andrew R. Hirschel*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212-836-8000
Aaron.Stiefel@arnoldporter.com
Daniel.Bernstein@arnoldporter.com
Ryan.Budhu@arnoldporter.com

debra.dandeneau@bakermckenzie.com
william.devaney@bakermckenzie.com

*Admitted Pro Hac Vice*

*Counsel for HTFF Plaintiff*

7

Andrew.Hirshel@arnoldporter.com

*Admitted pro hac vice*

*Counsel for Florida Rising Plaintiffs*

/s/ Mohammad O. Jazil
Bradley R. McVay
Florida Bar No. 79034
Ashley E. Davis
Florida Bar No. 48032
Colleen E. O'Brien
Florida Bar No. 76578
William D. Chappell
Florida Bar No. 120449
Florida Department of State
RA Gray Building
500 South Bronough Street, Ste. 100
Tallahassee, FL 32399
Telephone: 850-245-6531
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com
colleen.obrien@dos.myflorida.com
david.chappell@dos.myflorida.com

Mohammad O. Jazil
Florida Bar No. 72556
Gary V. Perko
Florida Bar No. 855898
Holzman Vogel Baran Torchinsky & Josefiak PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
Telephone: 850-567-5762
mJazil@holtzmanvogel.com
gperko@holtzmanvogel.com

Phillip M. Gordon
Kenneth C. Daines
Holzman Vogel Baran Torchinsky &

/s/ William H. Stafford, III
William H. Stafford, III
Florida Bar No. 70394
Bilal A. Faruqui
Florida Bar No. 15212
Karen A. Brodeen
Florida Bar No. 512772
Rachel R. Siegel
Florida Bar No. 1029143
William Chorba
Florida Bar No. 58370
Office of the Attorney General
PL-01 The Capitol
Tallahassee, Florida 32399
Telephone: 850-414-3785
william.stafford@myfloridalegal.com
bilal.faruqui@myfloridalegal.com
karen.brodeen@myfloridalegal.com
rachel.siegel@myfloridalegal.com
william.chorba@myfloridalegal.com

*Counsel for Defendant Ashley Moody*

Josefiak PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: 540-341-8808
pgordon@holtzmanvogel.com
kdaines@holtzmanvogel.com

*Counsel for Defendant Laurel M. Lee*

/s/ Daniel E. Nordby
Benjamin J. Gibson
Daniel E. Nordby
George N. Meros, Jr.
Amber S. Nunnally
Frank A. Zacherl
Tara R. Price
Shutts & Bowen LLP
215 S. Monroe St., Ste. 804
Tallahassee, FL 32301
Telephone: 850-241-1720
bgibson@shutts.com
dnordby@shutts.com
gmeros@shutts.com
anunnally@shutts.com
fzacherl@shutts.com
tprice@shutts.com

Daniel J. Shapiro
Cameron T. Norris
Tyler R. Green
Steven C. Begakis
Consovoy McCarthy, PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Telephone: 703-243-9423
daniel@consovoymccarthy.com
cam@consovoymccarthy.com
tyler@consovoymccarthy.com
steven@consovoymccarthy.com

/s/ Oren Rosenthal
Oren Rosenthal
Florida Bar No. 86320
Michael B. Valdes
Florida Bar No. 93129
Miami-Dade Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
michael.valdes@miamidade.gov
Telephone: 305-375-5620

*Counsel for Defendant Christine White*

9

*Counsel for Intervenor Defendants Republican National Committee and National Republican Senatorial Committee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel in the Service List below.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111

## SERVICE LIST

Bradley R. McVay
Ashley E. Davis
Colleen E. O'Brien
William D. Chappell
Florida Department of State
RA Gray Building
500 South Bronough Street, Ste. 100
Tallahassee, FL 32399
Telephone: 850-245-6531
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com
colleen.obrien@dos.myflorida.com
david.chappell@dos.myflorida.com

Mohammad O. Jazil
Gary V. Perko
Holzman Vogel Baran Torchinsky & Josefiak PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
Telephone: 850-567-5762

William H. Stafford, III
Bilal A. Faruqui
Karen A. Brodeen
Rachel R. Siegel
William Chorba
Office of the Attorney General
PL-01 The Capitol
Tallahassee, Florida 32399
Telephone: 850-414-3785
william.stafford@myfloridalegal.com
bilal.faruqui@myfloridalegal.com
karen.brodeen@myfloridalegal.com
rachel.siegel@myfloridalegal.com
william.chorba@myfloridalegal.com

*Counsel for Defendant Ashley Moody*

mJazil@holtzmanvogel.com
gperko@holtzmanvogel.com

Phillip M. Gordon
Kenneth C. Daines
Holzman Vogel Baran Torchinsky &
Josefiak PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: 540-341-8808
pgordon@holtzmanvogel.com
kdaines@holtzmanvogel.com

*Counsel for Defendant Laurel M. Lee*

| | |
|---|---|
| Robert C. Swain | Edward P. Cuffe |
| Diana M. Johnson | Susan Erdelyi |
| Alachua County Attorney's Office | Marks Gray, P.A. |
| 12 SE First St. | 1200 Riverplace Blvd, Ste. 800 |
| Gainesville, FL 32602 | Jacksonville, FL 32207 |
| Telephone: 352-374-5218 | Telephone: 904-807-2110 |
| bswain@alachuacounty.us | sse@marksgray.com |
| dmjohnson@alachuacounty.us | pcuffe@marksgray.com |
| | |
| *Counsel for Defendant Kim A. Barton* | *Counsel for Defendants Christopher Milton, Mark Anderson, Amanda Seyfang, Sharon Chason, Tomi S. Brown, Starlet Cannon, Heather Riley, Shirley Knight, Laura Hutto, Carol Dunaway, Travis Hart, Grant Conyers, Janet Adkins, Charles Overturf, Tappie Villane, Vicky Oakes, William Keen, Jennifer Musgrove, Dana Southerland, Deborah Osborne, Joseph Morgan, Bobby Beasley and Carol Rudd* |
| | |
| Frank M. Mari | Ronald A. Labasky |
| John M. Janousek | Brewton Plante PA |
| Roper, P.A. | 215 S. Monroe Street, Ste. 825 |
| 2707 E. Jefferson St. | Tallahassee, FL 32301 |

11

Orlando, FL 32803
Telephone: 407-897-5150
fmari@roperpa.com
jjanousek@roperpa.com

*Counsel for Defendants Mark Negley, Connie Sanchez, John Hanlon, Marty Bishop, Heath Driggers, Lori Scott, Kaiti Lenhart, and Penny Ogg*

Andy V. Bardos
James T. Moore, Jr.
GrayRobinson PA
301 S. Bronough St, Ste. 600
Tallahassee, FL 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
tim.moore@gray-robinson.com

*Counsel for Defendant Jennifer J. Edwards, Leslie Swan, Alan Hays, Tommy Doyle, Michael Bennett, Wesley Wilcox, Joyce Griffin, Brian Corley, Christopher Anderson and Paul Stamoulis*

Jon A. Jouben
Kyle J. Benda
Hernando County
20 N. Main Street, Ste. 462
Brooksville, FL 34601-2850
Telephone: 351-754-4122
jjouben@co.hernando.fl.us
kbenda@co.hernando.fl.us

Telephone: 850-222-7718
rlabasky@bplawfirm.net

John T. LaVia
Gardner, Bist, Bowden, Bush, Dee, Lavia & Wright, P.A.
1300 Thomaswood Drive
Tallahassee, FL 32308
Telephone: 850-385-0070
jlavia@gbwlegal.com

*Counsel for Defendants Chris H. Chambless, Vicki Davis, Mary Jane Arrington, Gertrude Walker and Lori Edwards*

Stephen M. Todd
Office of The County Attorney
601 E. Kennedy Blvd., 27th Floor
Tampa, FL 33602
Telephone: 813-272-5670
todds@hillsboroughcounty.org

*Counsel for Defendant Craig Latimer*

Kelly L. Vicari
Jared D. Kahn
Pinellas County Attorney's Office
315 Court Street, 6th Floor
Clearwater, FL 33756
Telephone: 727-464-3354
kvicari@pinellascounty.org
jkahn@pinellascounty.org

*Counsel for Defendant Shirley Anderson*

Kia M. Johnson
Matthew R. Shaud
Escambia County Attorneys Office
221 Palafox Place, Ste. 430
Pensacola, FL 32502
Telephone: 850-595-4970
kmjohnson@myescambia.com
mrshaud@myescambia.com

*Counsel for Defendant David H. Stafford*

Dale Scott
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, Florida 32803
Telephone: 407-897-5150
dscott@bellroperlaw.com

*Counsel for Defendant Maureen Baird*

Robert Shearman
Geraldo F. Olivo
Henderson, Franklin, Starnes & Holt, P.A.
1715 Monroe Street
Ft. Myers, Florida 33901
Telephone: 239-334-1346
robert.shearman@henlaw.com
jerry.olivo@henlaw.com

*Counsel for Defendants Aletris*

*Counsel for Defendant Julie Marcus*

Benjamin Salzillo
Nathaniel A. Klitsberg
Joseph K. Jarone
Brendalyn V.A. Edwards
115 South Andrews Ave., Ste. 423
Ft. Lauderdale, FL 33301
Telephone: 954-357-7600
bsalizzo@broward.org
nklitsberg@broward.org
jkjarone@broward.org
breedwards@broward.org

*Counsel for Defendant Joe Scott*

Craig D. Feiser
Jason Teal
Mary Margaret Giannini
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904-255-5052
cfeiser@coj.net
mgiannini@coj.net

*Counsel for Defendant Mike Hogan*

Mark Herron
S. Denay Brown
Patrick O'Bryant
Messer Caparello & Self, P.A.
2618 Centennial Place
Tallahassee, Florida 32308
Telephone: 850-222-0720
mherron@lawfla.com
dbrown@lawfla.com
pobryant@lawfla.com

*Farnam, Diane Smith, Brenda Hoots, Therisa Meadows, Tammy Jones and Melissa Arnold*

Gregory T. Stewart
Elizabeth D. Ellis
Kirsten H. Mood
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
Telephone: 850-224-4070
gstewart@ngnlaw.com
eellis@ngnlaw.com
kmood@ngnlaw.com

*Counsel for Defendant Paul Lux*

W. Kevin Bledsoe
London L. Ott
123 W. Indiana Avenue, Room 301
Deland, Florida 32720
Telephone: 386-736-5950
kbledsoe@volusia.org
lott@volusia.org

*Counsel for Defendant Lisa Lewis*

Michael B. Valdes
Oren Rosenthal
Miami-Dade Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: 305-375-5620
michael.valdes@miamidade.gov
oren.rosenthal@miamidade.gov

*Counsel for Defendant Christine White*

*Counsel for Defendant Mark Earley*

Nicholas Shannin
Shannin Law Firm
214 S. Lucerne Circle East
Orlando, Florida 32801
Telephone: 407-985-2222
nshannin@shanninlaw.com

*Counsel for Defendant Bill Cowles*

Morgan Bentley
Bentley Law Firm, P.A.
783 South Orange Ave., Third Floor
Sarasota, Florida 34236
Telephone: 941-556-9030
mbentley@thebentleylawfirm.com

*Counsel for Defendant Ron Turner*

Ashley D. Houlihan
Palm Beach County Supervisor of Elections
240 S Military Trail
West Palm Beach, FL 33416
Telephone: 561-656-6200
ashleyhoulihan@votepalmbeach.gov

Ronald A. Labasky
Brewton Plante PA
215 S. Monroe Street, Ste. 825
Tallahassee, FL 32301
Telephone: 850-222-7718

rlabasky@bplawfirm.net

*Counsel for Defendant Wendy Link*

Benjamin J. Gibson
Daniel E. Nordby
George N. Meros, Jr.
Amber S. Nunnally
Frank A. Zacherl
Tara R. Price
Shutts & Bowen LLP
215 S. Monroe St., Ste. 804
Tallahassee, FL 32301
Telephone: 850-241-1720
bgibson@shutts.com
dnordby@shutts.com
gmeros@shutts.com
anunnally@shutts.com
fzacherl@shutts.com
tprice@shutts.com

Daniel J. Shapiro
Cameron T. Norris
Tyler R. Green
Steven C. Begakis
Consovoy McCarthy, PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Telephone: 703-243-9423
daniel@consovoymccarthy.com
cam@consovoymccarthy.com
tyler@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Intervenor Defendants Republican National Committee and National Republican Senatorial Committee*