League of Women Voters of Florida, Inc.

vs.

Laurel Lee

---

Deposition of:

Alan Hays

October 06, 2021

---

*Vol 1*

**Legend for Designations:**

Yellow Highlighting = Plaintiffs' Designations
Gray Highlighting = Defendants' Designations
Green Highlighting = Mutual Designations

**Legend for Objections:**

"P="      = Plaintiffs' Objection
"D="      = Defendants' Objection
401/402  = Relevance
602      = Foundation / Lack of Personal Knowledge
701      = Calls for Speculation
802      = Hearsay
C        = Cumulative
Form     = Assumes Facts Not in Evidence, Argumentative, or Vague



PHIPPS REPORTING
*Raising the Bar!*

Alan Hays
October 06, 2021

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:21 cv 186-MW/MAF
4:21 cv 187
4:21 cv 201
4:21 cv 242

LEAGUE OF WOMEN VOTERS
FLORIDA, INC., et al.,
        Plaintiffs,
vs.
LAUREL M. LEE, Florida
Secretary of State, et al.,
        Defendants.
and
NATIONAL REPUBLICAN
SENATORIAL COMMITTEE, et al.,
        Intervenors-Defendants.

_____/

ZOOM DEPOSITION OF ALAN HAYS

Wednesday, October 6, 2021

10:15 a.m. - 4:44 p.m.

Via Zoom

STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, FPR, CCR-GA

Job No. 210346

Alan Hays
October 06, 2021

Page 2

```
 1    APPEARANCES: (All appearing via Zoom.)

 2
        ON BEHALF OF THE PLAINTIFF THE LEAGUE OF WOMEN
 3      VOTERS FLORIDA, INC/LEAGUE OF WOMEN VOTERS OF
        FLORIDA EDUCATION FUND, INC.:
 4
          PERKINS COIE
 5        1888 Century Park East, #1700
          Los Angeles, CA  90067
 6        310.788.3344
          BY: DANIELLE SIVALINGAM, ESQUIRE
 7        dsivalingam@perkinscoie.com

 8
          ELIAS LAW GROUP, LLP
 9        15500 New Barn Road, #104
          Miami Lakes, FL  33014
10        305.823.2300
          BY: CHRISTINA A. FORD, ESQUIRE
11        cford@elias.law
          FRANCESCA GIBSON, ESQUIRE
12        fgibson@elias.law

13
       ON BEHALF OF WITNESS HAYS:
14
          GRAY|ROBINSON
15        301 S. Bronough Street, #600
          Tallahassee, Florida  32301
16        850.577.9090
          BY: ANDRE V. BARDOS, ESQUIRE
17        andy.bardos@gray-robinson.com

18    ON BEHALF OF CONSOLIDATED PLAINTIFFS NAACP:

19        COVINGTON & BURLING, LLP
          850 Tenth Street, NW
20        Washington, DC 20001
          202.662.6000
21        BY: CYRUS NASSERI, ESQUIRE
          cnasseri@cov.com
22

23

24

25
```

Alan Hays
October 06, 2021

Page 3

```
 1   APPEARANCES:  (continued)

 2     ON BEHALF OF CONSOLIDATED PLAINTIFFS FLORIDA
       RISING TOGETHER:
 3
        ARNOLD & PALMER
 4      250 West 55th Street
        New York, NY  10009
 5      212.836.7159
        BY:  RYAN D. BUDHU, ESQUIRE
 6      ryan.budhu@arnoldporter.com

 7     ON BEHALF OF THE DEFENDANT SECRETARY OF STATE LEE:

 8      HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
        119 North Monroe Street, #500
 9      Tallahassee, FL  32301
        850.508.7775
10      BY: MOHAMMAD O. JAZIL, ESQUIRE
        mjazil@holtzmanvogel.com
11      KENNETH DAINES, ESQUIRE
        kdaines@holtzmanvogel.com
12

13     ON BEHALF OF THE DEFENDANT ATTORNEY GENERAL
       ASHLEY MOODY:
14

15      OFFICE OF ATTORNEY GENERAL
        PL-01 The Capitol
16      Tallahassee, FL  32399
        850.414.3300
17      BY: BILAL AHMED FARUQUI, ESQUIRE
        bilal.faruqui@myfloridalegal.com
18      WILLIAM STAFFORD, III, ESQUIRE
        william.stafford@myfloridalegal.com
19

20     ON BEHALF OF THE DEFENDANT ALACHUA COUNTY
       SUPERVISOR OF ELECTIONS:
21

22      ALACHUA COUNTY ATTORNEY'S OFFICE
        12 SE 1st Street
23      Gainesville, FL  32601
        352.374.5218
24      BY: DIANA JOHNSON, ESQUIRE
        dmjohnson@alachuacounty.us
25
```

Alan Hays
October 06, 2021

Page 4

```
 1   APPEARANCES:  (continued)

 2      ON BEHALF OF THE DEFENDANTS BAKER, BAY, BRADFORD,
        CALHOUN, COLUMBIA, DIXIE, FRANKLIN, GADSDEN,
 3      HAMILTON, JACKSON, LAFAYETTE, LIBERTY, NASSAU,
        PUTNAM, SANTA ROSA, ST. JOHNS, SUMTER, SUWANNEE,
 4      TAYLOR, UNION, WAKULLA, WALTON, WALTON COUNTIES
        SUPERVISORS OF ELECTIONS:

 5

 6        MARKS GRAY
          1200 Riverplace Boulevard #800
 7        Jacksonville, FL  32207
          904.398.0900
 8        BY: SUSAN S. ERDELYI, ESQUIRE
          serdelyi@marksgray.com

 9

10      ON BEHALF OF THE DEFENDANTS BREVARD, DESOTO,
        FLAGLER, GILCHRIST, GULF, HIGHLANDS, JEFFERSON,
11      MADISON COUNTIES SUPERVISORS OF ELECTIONS:

12
          ROPER, P.A.
13        2707 East Jefferson Street
          Orlando, FL  32803
14        407.897.5150
          BY: NICHOLAS J. MARI, ESQUIRE
15        nmari@roperpa.com

16
        ON BEHALF OF THE DEFENDANTS CHARLOTTE, COLLIER,
17      INDIAN RIVER, LAKE, LEE, MANATEE, MARION, MONROE,
        PASCO, SEMINOLE COUNTIES SUPERVISORS OF ELECTIONS:
18

19        GRAY|ROBINSON
          301 S. Bronough Street, #600
20        Tallahassee, Florida  32301
          850.577.9090
21        BY: ANDRE BARDOS, ESQUIRE
          andy.bardos@gray-robinson.com
22

23

24

25
```

Alan Hays
October 06, 2021

Page 5

```
 1   APPEARANCES:  (continued)
     ON BEHALF OF THE DEFENDANT HILLSBOROUGH SUPERVISOR
 2   OF ELECTIONS:

 3
     HILLSBOROUGH COUNTY OFFICE OF THE COUNTY
 4   ATTORNEY
     601 East Kennedy Blvd., Flr. 27
 5   Tampa, FL 33602
     813.272.5670
 6   BY: STEPHEN M. TODD, ESQUIRE
     todds@hillsboroughcounty.org
 7

 8   ON BEHALF OF THE DEFENDANT PINELLAS COUNTY
     SUPERVISOR OF ELECTIONS:
 9

10   PINELLAS COUNTY ATTORNEY'S OFFICE
     315 Court Street
11   Clearwater, FL  33756
     727.464.3354
12   BY: KELLY L. VICARI, ESQUIRE
     kvicari@pinellascounty.org
13

14   ON BEHALF OF THE DEFENDANT ESCAMBIA COUNTY
     SUPERVISOR OF ELECTIONS:
15

16   ESCAMBIA COUNTY ATTORNEY'S OFFICE
     221 Palafox Place, #430
17   Pensacola, FL  32502
     850.595.4970
18   BY: KIA MA'RENE JOHNSON, ESQUIRE
     kmjohnson@myescambia.com
19
     ON BEHALF OF THE DEFENDANT BROWARD COUNTY
20   SUPERVISOR OF ELECTIONS:

21   BROWARD COUNTY ATTORNEY'S OFFICE
     115 S Andrews Avenue, #423
22   Ft. Lauderdale, FL  33301
     954.357.7600
23   BY: BENJAMIN SALZILLO, ESQUIRE
     bsalzillo@me.com
24

25
```

Alan Hays
October 06, 2021

```
                                                              Page 6
 1    APPEARANCES:  (continued)

 2       ON BEHALF OF THE DEFENDANT CITRUS COUNTY
         SUPERVISOR OF ELECTIONS:
 3

 4          BELL & ROPER
            2727 East Jefferson Street
 5          Orlando, FL  32308
            407.897.5150
 6          BY: DALE A. SCOTT, ESQUIRE
            dscott@bellroperlaw.com
 7

 8       ON BEHALF OF THE DEFENDANTS GLADES, HARDEE,
         HENDRY, HOLMES, LEVY, OKEECHOBEE COUNTIES
 9       SUPERVISORS OF ELECTIONS:

10
            HENDERSON FRANKLIN STARNES & HOLTE
11          1715 Monroe Street
            Ft. Myers, FL  33901
12          239.344.1100
            BY: GERALDO F. OLIVO, ESQUIRE
13          jerry.olivo@henlaw.com

14       ON BEHALF OF THE DEFENDANT LEON COUNTY SUPERVISOR
         OF ELECTIONS:
15

16          MESSER CAPARELLO
            2618 Centennial Place
17          Tallahassee, FL  32308
            850.222.0720
18          BY: MARK HERRON, ESQUIRE
            mherron@lawfla.com
19

20       ON BEHALF OF THE DEFENDANT OKALOOSA SUPERVISOR OF
         ELECTIONS:
21

22          NABORS GIBLIN & NICKERSON
            1500 Mahan Drive, #200
23          Tallahassee, FL  32302
            850.224.4070
24          BY: ELIZABETH ELLIS, ESQUIRE
            eellis@ngnlaw.com
25
```

Alan Hays
October 06, 2021

Page 7

```
 1   APPEARANCES:  (continued)

 2      ON BEHALF OF THE DEFENDANT MIAMI-DADE COUNTY
        SUPERVISOR OF ELECTIONS:
 3

 4         MIAMI-DADE COUNTY ATTORNEY'S OFFICE
           111 NW 1st Street, #2810
 5         Miami, FL  31128
           305.375.5151
 6         BY: MICHAEL B. VALDES, ESQUIRE
           mbv@miamidade.gov
 7

 8      ON BEHALF OF THE DEFENDANT PALM BEACH COUNTY
        SUPERVISOR OF ELECTIONS:
 9

10         PALM BEACH COUNTY SUPERVISOR OF ELECTIONS OFFICE
           240 South Military Trail
11         West Palm Beach, FL  33415
           561.656.6200
12         BY: ASHLEY D. HOULIHAN, ESQUIRE
           ashleyhoulihan@pbcelections.org
13

14      ON BEHALF OF THE INTERVENOR REPUBLICAN NATIONAL
        COMMITTEE/NATIONAL REPUBLICAN SENATORIAL
15      COMMITTEE:

16         SHUTTS & BOWEN
           201 S. Biscayne Blvd., #1500
17         Miami, FL  33131
           305.358.6300
18         BY: FRANCIS A. ZACHERL, III, ESQUIRE
           faz@shutts.com
19         BENJAMIN J. GIBSON, ESQUIRE
           bgibson@shutts.com
20

21

22

23

24

25
```

Alan Hays
October 06, 2021

Page 8

1                        I N D E X

2     WITNESS                                    PAGE
      ALAN HAYS                                    12
3
          Direct Examination by Ms. Sivalingam     12
4         Cross Examination by Mr. Nasseri        133
          Cross Examination by Mr. Budhu          157
5         Cross Examination by Mr. Jazil          181
          Redirect Examination by                 219
6         Ms. Sivalingam
          Recross Examination by Mr. Nasseri      220
7
      CERTIFICATE OF OATH                         224
8     CERTIFICATE OF REPORTER                     225
      READ AND SIGN LETTER                        226
9     ERRATA SHEET                                227

10    (STENOGRAPHER'S NOTE:  All documents were sent to
      Stenographer electronically.  A digital exhibit
11    sticker was placed on the documents which were
      marked during the proceeding.)

12

13                  INDEX OF EXHIBITS

14    NO.        DESCRIPTION                        ID

15    1    Notice of Taking Deposition (775736)     18
      2    3-12-21 Florida Phoenix article (775735) 44
16    3    Photo of drop box (775733)               50
      4    News 6 article of interview (775734)     54
17    5    E-mail chain, Hays/Dunaway (009418)      93
      6    E-mail chain, Hays/Stamoulis (009422)   100
18    7    Transcript of Supv. Hays remarks to Senate 110
      8    Senate Bill 90                          118
19    9    Lake County survey response            118
      10   Text message chat (008384)             123
20    11   Transcript, Hays comments at hearing   136
      12   E-mail, Hays/Davis (KEY00009948)       141
21    13   2-21-21 E-mail, Hays/Kopelousos        152
      14   REUSPSOIG recovered ballots e-mail chain 200
22    15   Vote-by-mail drop off process          209
      16   9-10-2020 e-mail chain, Questions      215
23        re: drop boxes
      17   Hays Text message                      220
24

25

Alan Hays
October 06, 2021

Page 9

```
 1    The following Zoom proceedings began at 10:15 a.m.
 2            MR. BARDOS:  Andy Bardos on behalf of the
 3       witness.
 4            MR. STAFFORD:  William Stafford on behalf
 5       of the Florida Attorney General.
 6            MR. NASSERI:  Cyrus Nasseri on behalf of
 7       the NAACP plaintiffs.
 8            MR. BUDHU:  Ryan Budhu on behalf of
 9       Florida Rising Together, plaintiffs.
10            MR. JAZIL:  Mohammad Jazil on behalf of
11       the Secretary of State.  With me is George
12       Meros on behalf of the Defendant Intervenor.
13            MR. DAINES:  Kenneth Daines on behalf of
14       the Secretary of State.
15            MR. ZACHERL:  Hi, good morning everybody,
16       this is Frank Zacherl, also on behalf of the
17       intervenors.
18            MR. GIBSON:  Good morning, this is Ben
19       Gibson on behalf of the intervenors.
20            MS. GIBSON:  Francesca Gibson on behalf of
21       the League plaintiffs.
22            MS. JOHNSON:  Dianna Johnson on behalf of
23       Alachua County supervisor of elections.
24            MR. MARI:  Frank Mari for supervisors of
25       elections for Brevard, Flagler, DeSoto,
```

Alan Hays
October 06, 2021

Page 10

1    Gilchrist, Gulf, Highlands, Jefferson and

2    Madison Counties.

3          MR. TODD:  Stephen Todd on behalf of

4    defendant Craig Latimer for Hillsborough

5    County.  Also with me is Peg Reese on behalf of

6    Craig Latimer.

7          MR. SALZILLO:  Ben Salzillo on behalf of

8    defendant Joe Scott, Broward supervisor of

9    elections.

10         MR. VALDES:  Michael Valdes on behalf of

11   the Miami-Dade supervisor of elections,

12   Christina White.

13         MS. HOULIHAN:  Ashley Houlihan on behalf

14   of Palm Beach County supervisor of elections,

15   Wendy Link.

16         MS. ELLIS:  Elizabeth Ellis on behalf of

17   Okaloosa County supervisor of elections, Paul

18   Lux.

19         MR. HERRON:  Mark Herron on behalf of Mark

20   Earley, Leon County supervisor.

21         MS. JOHNSON:  Kia Johnson on behalf of

22   David Stafford, Escambia County supervisor of

23   elections.

24         MS. ERDEYLI:  Susan Erdelyi on behalf of

25   23 supervisors.

Alan Hays
October 06, 2021

Page 11

1        MR. OLIVO:  Jerry Olivo on behalf of

2    Glades, Hardee, Hendry, Holmes, Levy and

3    Okeechobee Counties.

4        MS. SIVALINGAM:  Before we begin, does

5    everybody have access to the exhibits that we

6    sent around?  In particular, I want to make

7    sure Supervisor Hays is able to access them.  I

8    know it's difficult and sometimes harder doing

9    depositions remotely.

10        THE WITNESS:  I am going to need some

11    patience here.  Here's the plaintiffs'

12    deposition exhibits that Andy sent to me.  Good

13    grief.  Zipped up, open.

14        MR. BARDOS:  Danielle, I have 13 PDFs, I

15    don't have the password yet.

16        MS. SIVALINGAM:  I sent it I think 10

17    minutes ago.

18        MR. BARDOS:  I have it.

19        MS. SIVALINGAM:  Okay.  Good.

20        MR. BARDOS:  I will forward the password

21    to you, Supervisor Hays.

22        (Discussion off record.)

23        THE WITNESS:  Which one should I open?

24        MS. SIVALINGAM:  I think we are going to

25    get to the exhibits in a little bit.  My

Alan Hays
October 06, 2021

Page 12

1          colleague, Francesca, will put the name, the

2          file name of the documents that I want you to

3          pull up in the chat, and then we'll give you a

4          minute to pull it up and we'll go from there.

5                    THE STENOGRAPHER:  Would you raise your

6          right hand, please?  Do you swear or affirm

7          that the testimony you are about to give will

8          be the truth, the whole truth, and nothing but

9          the truth?

10                    THE WITNESS:  I do.

11                    THE STENOGRAPHER:  Thank you.

12   Thereupon,

13                         ALAN HAYS

14   having been first remotely duly sworn or affirmed,

15   as hereinafter certified, testified as follows:

16                    DIRECT EXAMINATION

17   BY MS. SIVALINGAM:

18        Q    So good morning, again, Supervisor Hays,

19   and thank you for taking the time to be here today.

20   My name is Danielle Sivalingam, and I represent

21   several plaintiffs in this matter:  Legal of Women

22   Voters of Florida, League of Women Voters of Florida

23   Education Fund, Florida Alliance for Retired

24   Americans, Cecile Scoon, Susan Rogers, Dr. Robert

25   Brigham and Alan Madison.

Alan Hays
October 06, 2021

Page 13

1           For ease, I am going to refer to my

2     plaintiffs as -- my clients as the League

3     plaintiffs.  Unless I specify otherwise that I am

4     speaking about only one of my clients, please

5     understand me to use the term the League plaintiffs

6     to refer to all of my clients.  Okay?

7          A    Yes, ma'am.

8          Q    And as you know, there are four cases

9     challenging Senate Bill 90, and the judge in all

10    four cases has permitted your testimony to be used

11    in each case, which means that you only need to sit

12    for the deposition, a deposition one time, and your

13    testimony today may be used in all four cases.  For

14    this reason, there are attorneys representing the

15    other plaintiffs present here today and they may

16    conduct their own questioning once I am finished

17    with my questions for you today.

18           Can you please state your full name for

19    the record?

20         A    My full name is Dixon Alan Hays, spelled

21    H-A-Y-S.  Most people refer to me as Alan Hays.  I

22    tell folks both my names are four letter words,

23    there is no E in either one of them.  It's A-L-A-N,

24    H-A-Y-S.

25         Q    Can you please also state your business

Alan Hays
October 06, 2021

Page 14

1    address?

2        A    1898 East Burleigh Boulevard, Post Office

3    Box 457, Tavares, spelled T-A-V-A-R-E-S, Florida,

4    32778.

5        Q    Supervisor Hays, have you ever been

6    deposed before?

7        A    Yes, ma'am.

8        Q    About how many times?

9        A    Once, probably 35 years ago.

10       Q    Okay.  Can you tell me a little bit about

11   that case and your role in it.

12       A    Yes, ma'am, in my real life, in my

13   previous life, I was a practicing dentist, and one

14   of my patients sued a dentist who had performed some

15   treatment in their mouth and it was not

16   satisfactory; so they deposed me, as the current

17   dentist who had discovered the discrepancies in the

18   previous dentist's work.  And so I told them -- I

19   answered their questions, and that is all I ever

20   heard of it.

21       Q    Okay.  Interesting.  Well, so it sounds

22   like it's been a while since you've been deposed.

23       A    It's been a while.

24       Q    Just so that we are clear today, I am

25   going to go over some ground rules as a refresher on

Alan Hays
October 06, 2021

Page 15

 1    how these things go.

 2              But before we do that, did you bring

 3    anything with you to the deposition today?

 4         A    I've got a briefcase for carrying the

 5    laptops, I've got a bowl with some water in it, and

 6    it's got some cooler things there to keep the water

 7    cold, I've got my Gator booster Yeti cup that's got

 8    water in it.  And other than that, I am all you have

 9    left.

10         Q    Okay.

11         A    I do have a pad of paper and a pen to take

12    notes if I want to.

13         Q    Sure.  Sounds good.  Do you have your cell

14    phone on you?

15         A    No, ma'am.

16         Q    Okay.  And is your e-mail inbox open?

17         A    Yes.

18         Q    Okay.  Is anyone trying -- other than your

19    attorney -- trying to contact you via e-mail about

20    the deposition?

21         A    Not that I am aware of.  Forgive me for

22    interjecting here, but as far as I am concerned,

23    this e-mail is only for the -- I mean the --

24    whatever y'all -- exhibits and that's a big deal.

25    The e-mail can wait.  I won't be fiddling with that.

Alan Hays
October 06, 2021

1        Q     Okay.  Good.  And I just ask that if

2   anyone aside from your attorney does try to contact

3   you about this deposition by phone or e-mail or

4   other method, that you tell me.

5        A     Oh, okay.

6        Q     Great.  So I am going to go over the

7   ground rules for today's deposition.  Given the

8   unusual circumstances that we are all living in in

9   this moment due to the COVID health crisis, I am not

10  in the room with you and we are all participating in

11  this deposition through videoconference technology.

12           And since this deposition is taking place

13  remotely over videoconference, I ask that you do

14  your best to turn off at least the sound on your

15  e-mail communication.  And it sounds like you don't

16  have your cell phone on you, so I appreciate that,

17  just to minimize the distractions while the

18  deposition is taking place.

19           And I also ask that your microphone remain

20  on while we are on the record.  If we go on break,

21  you can certainly mute it, but while we are on the

22  record, just so that there is no lag time, and I

23  will do the same.

24           During the deposition I will ask you

25  questions and you will answer them, and the court

Alan Hays
October 06, 2021

1    reporter will be taking down my questions and your

2    answers.  Your answers will be under oath, meaning

3    that you are swearing to their truthfulness and

4    accuracy.  The oath you took today has the same

5    effect as if you were testifying in a court of law.

6    Do you understand?

7         A    Sure.

8         Q    Your answers need to be audible to ensure

9    an accurate record of the deposition, so no nodding

10   or shaking of the head.  And please try to avoid

11   saying uh-huh or uh-uh, I will do the same.

12             Please wait for me to finish my question

13   before you answer for the sake of the court

14   reporter.  And should your attorney object, please

15   also provide him an opportunity to state his

16   objection for the record before you begin your

17   answer.  This is especially important during a video

18   deposition where a sound, that is not unusual for

19   software delays, to result in accidental and awkward

20   interrupting.

21             If my question is unclear to you, please

22   let me know and I will try to clarify for you.  But

23   if you answer the question, I will assume that you

24   understood the question.  Does that sound okay?

25        A    Sure.

Alan Hays
October 06, 2021

Page 18

```
 1        Q      Now, as I referenced, your attorney may
 2   object to some of my questions.  The objections are
 3   for the judge to consider later.  You must still
 4   answer my questions unless you are specifically told
 5   not to do so by your attorney.
 6               After the deposition the court reporter
 7   will reduce your testimony into written form which
 8   will be provided to you in a transcript.  You will
 9   have the opportunity to read the transcript and
10   correct any inaccuracies.  But if you make any
11   changes to your testimony that are inconsistent with
12   the answers given during the deposition, I and the
13   other attorneys for the plaintiffs will be able to
14   comment on those discrepancies at trial.
15               Finally, if you need to take a break for
16   any reason at any time, please say so, I will only
17   ask that if a question is pending, that you answer
18   my question before we go to break.  Okay.
19               Now we will pull up an exhibit.  I would
20   like to ask the court reporter to please mark as
21   Exhibit 1 the notice of taking deposition of Alan
22   Hays.
23               (Exhibit 1 was marked for identification.)
24   BY MS. SIVALINGAM:
25        Q      The document name is in the chat.  Do you
```

Alan Hays
October 06, 2021

Page 19

1   have it up?

2        A    Me?  Yes, ma'am.

3        Q    Okay.  Great.  Okay.  I will ask the

4   question quicker for the next one.

5             Have you seen this document, Exhibit 1,

6   before?

7        A    Probably, but honestly, I don't remember.

8        Q    Okay.  It is the notice of taking your

9   deposition.

10       A    I understand that.

11       Q    Do you understand that you are appearing

12  here today pursuant to this deposition notice which

13  has now been marked as Exhibit 1?

14       A    Sure.

15       Q    I want to ask you some questions about how

16  you prepared for today's deposition.  Can you please

17  tell me how you prepared for the deposition today?

18       A    Well, I reviewed probably a week or two

19  ago the answers that I had given to the multitude of

20  questions that were presented to us, and then I

21  spent time with my attorney getting some rules of

22  engagement, if you want to call it that, the

23  behavioral standards for me; said, Alan, you've got

24  to realize --

25             MR. BARDOS:  Hold on, hold on, Alan, you

Alan Hays
October 06, 2021

Page 20

```
 1        don't need to disclose -- I would ask you not
 2        to disclose what we discussed.
 3               THE WITNESS:  Oh, okay.
 4               MR. BARDOS:  Go ahead if there is anything
 5        else you did to prepare.
 6        A     Not that I recall, no.  I just paid
 7   attention to the instructions of my attorney.
 8   BY MS. SIVALINGAM:
 9        Q     Great.  I don't want to know anything that
10   you and your attorney discussed, of course.  But
11   when you say you reviewed answers to questions, do
12   you mean interrogatories maybe?
13        A     Yes, ma'am.
14        Q     Okay.
15        A     I am not understanding -- not being fluent
16   in your legal lingo, but when you said
17   interrogatories, I remembered that.
18        Q     Okay.  Sounds good.  Other than your
19   attorney, did you speak with anyone about today's
20   deposition?
21        A     Depends on how you define speak with
22   anyone about it.  I have spoken to a multitude of
23   people.  My entire office staff knows that I am
24   being deposed.  I've got multitudes of friends, you
25   know, just -- but, you know, specifically this or
```

Alan Hays
October 06, 2021

Page 21

1   this or this, no.  But, yes, in the general sense, I

2   have spoken to more people than I could ever

3   remember.

4        Q    Okay.  So it sounds like a lot of people

5   know that you are here.  I guess -- I don't need to

6   know about that.  But did you talk with anyone about

7   the substance of your testimony today, again, other

8   than your attorney?

9        A    No.

10        Q    Okay.  Other than those questions and

11   interrogatories, did you review any other documents

12   in preparation for today's deposition?

13        A    No.  I'm sorry for the hesitation in the

14   definition of preparing, and I am not trying to

15   overthink the question, but, you know, at various

16   times since I knew this lawsuit had been filed, I

17   have reviewed the text of Senate Bill 90, I have

18   gone through a whole bunch of other things.  But if

19   I am understanding the context of your question, no,

20   ma'am, I have not done any other preparation than

21   that which we just stated.

22        Q    Okay.  That's really helpful to know.

23             And as you can imagine, I will be

24   referencing Senate Bill 90 throughout the

25   deposition.  And I will also reference some other

Alan Hays
October 06, 2021

Page 22

1    documents, so at certain times, it may come up have

2    you seen this before, or did you review it, those

3    might be some of the documents that you're thinking

4    of.

5              Okay.  So now just I have to ask, is there

6    anything that might impair your ability to testify

7    accurately and truthfully today?

8         A    No, ma'am.

9         Q    Okay.  You have not taken any medication,

10   alcohol or drugs that would impair your testimony

11   today?

12        A    No, ma'am.

13        Q    It's one of those that we have to ask to

14   make sure, right?

15        A    You have a job to do, so do I.

16        Q    If you answer otherwise, it would be

17   useful information in any event.  Okay.

18             I have some questions about your

19   professional background and before you became

20   supervisor of elections for Lake County.  And I

21   think you mentioned this.  You are a dentist by

22   training?

23        A    Yes, ma'am.

24        Q    Before you were a dentist, is it right

25   that you were a member of the Coast Guard for four

Alan Hays
October 06, 2021

Page 23

1    years?

2         A    Yes, ma'am.

3         **Q    Thank you for your service.**

4         A    I would do it again if I was needed.

5         **Q    Wonderful.  Is it correct that in 2004 you**

6    **became a member of the Florida House of**

7    **Representatives?**

8         **A    Yes, ma'am.**

9         **Q    And where did you represent?**

10        **A    At that time it was House District 25.**

11        **Q    Was Lake County in House District 25?**

12        **A    A portion of Lake County was in House**

13   **District 25, yes, ma'am.  I had part of Lake County,**

14   **part of Seminole County and part of Volusia County,**

15   **all three.**

16        **Q    Okay.  Is it correct that you served in**

17   **the Florida House of Representatives for about six**

18   **years?**

19        **A    For exactly six years, yes, ma'am.**

20        **Q    Through 2010 then?**

21        **A    That is correct.**

22        **Q    Okay.  Then after that, you became a**

23   **member of the Florida Senate?**

24        **A    That is correct.**

25        **Q    What part of Florida did you represent in**

Alan Hays
October 06, 2021

Page 24

1    the Senate?

2         A    The Senate districts changed.

3    Originally -- originally I had a larger portion of

4    Volusia County, a larger portion of Seminole County,

5    a portion of Marion County and a greater portion of

6    Lake County.  And then I also later on had a portion

7    of Orange County.  The districts change from time to

8    time, as you are aware.  And I also in the Senate

9    had a great deal of Sumter County as well.

10        Q    Okay.  During your time in the Florida

11   Senate, is it correct that you served on the Senate

12   Ethics and Elections Committee?

13        A    Yes, ma'am.

14        Q    Can you tell me a little bit about your

15   work on that committee?

16        A    I was on the -- well, I started to say on

17   the redistricting committee, but that was a separate

18   committee.  My work on the ethics elections

19   committee was just sit there and consider the bills

20   and, you know, engage in the discussion and vote on

21   the bills.  It's just like any other committee.

22        Q    Sure.  Did you gain insight or knowledge

23   into elections in Florida due to your work on the

24   committee?

25        A    Yes, ma'am, but not to a great degree.

Alan Hays
October 06, 2021

Page 25

 1   The actual mechanics of the administration of the

 2   elections was -- I don't recall any discussion

 3   during those years on that committee about the

 4   mechanics of election administration.

 5          But the general part of elections, just by

 6   virtue of the committee, any bill that had to do

 7   with elections came through our committee.  But it

 8   was not in the mechanical side of the elections.

 9     Q    Okay.  Did you serve on any other

10   committees about elections during your time in

11   either the Florida House or the Florida Senate?

12     A    Not that I recall.

13     Q    Okay.  After your time in the Florida

14   Senate, is it correct that immediately after you

15   became supervisor of elections for Lake County?

16     A    Yes, ma'am.

17     Q    Were you first elected as supervisor of

18   elections in 2016?

19     A    Yes, ma'am.

20     Q    In Florida, is the supervisor of elections

21   usually an elected position?

22     A    In 66 of the 67 counties, the supervisor

23   is elected.  In Miami-Dade County, currently the

24   supervisor there is appointed.

25     Q    Okay.  What is the term for a supervisor

Alan Hays
October 06, 2021

```
 1   of elections at least in Lake County?

 2        A    Four years.

 3        Q    Okay.  Then were you just reelected in

 4   2020?

 5        A    Yes, ma'am.

 6        Q    Okay.  And would it be correct that your

 7   term ends in 2024?

 8        A    Yes, ma'am.

 9        Q    Do you plan on running for re-election?

10        A    Yes, ma'am.

11        Q    Is it correct that the supervisor of

12   elections is a full-time position?

13        A    Yes, ma'am.

14        Q    So you don't currently have any other

15   jobs?

16        A    That is correct.

17        Q    Okay.  Is it correct that the supervisor

18   of elections is a partisan rather than nonpartisan

19   office?

20        A    Yes, ma'am.

21        Q    And you were elected as a Republican,

22   correct?

23        A    Yes, ma'am.

24        Q    And does Republican remain your party

25   affiliation today?
```

Alan Hays
October 06, 2021

1        A        Absolutely.

2        Q        Okay.  Have you had any formal training in

3    election administration?

4        A        Yes, ma'am.

5        Q        Can you tell me about your training?

6        A        Yes, ma'am.  Number 1, five years almost

7    now of on-the-job experience but most, perhaps at

8    least equally important, the Association of

9    Supervisors here in Florida has put together a

10    30-course curriculum that the completion of which

11    leads to the designation of a master of certified

12    elections professional.  And I have earned that

13    designation as being a certified elections

14    professional.

15        Q        Okay.  When did you attain that

16    certification?

17        A        I would have to go look on the plaque, but

18    it was probably in 2018 or '19.  I know as soon as I

19    was elected and took office, I immediately began the

20    completion of those courses.  And they are in-person

21    courses, they were not being taught online at the

22    time, you literally had to go to the courses; and so

23    I made a very definitive effort on my part to earn

24    that designation.  And I took several of my team

25    here with me to get their certification as well.

Alan Hays
October 06, 2021

Page 28

```
 1      Q     Okay.  And you find that certification --
 2   did you find it valuable?
 3      A     Yes, ma'am, quite valuable.
 4      Q     Can you describe for me the
 5   responsibilities of the supervisor of elections in
 6   Lake County?
 7      A     Yes, ma'am.  I am -- I tell my team all
 8   the time, I am the head coach of the team of
 9   champions.  And specifically my duties are to
10   oversee the administration of the election itself.
11   And the list would be probably this long
12   (indicating) of all the little bitty different
13   things.
14             And we have frequently had people come
15   through the office for tours and things, and
16   invariably they leave with an expression of, wow, I
17   had no idea how many details y'all have to take care
18   of in order to have a smooth election.
19             And we take great pride in being detailed
20   oriented, and I tell people, you know, I had, you
21   know, 30 years of training as a dentist and
22   practiced being very meticulous on details in the
23   patient's mouth, and I am very meticulous and
24   attentive to details in my administration of
25   elections here.
```

Alan Hays
October 06, 2021

Page 29

1          We have to secure the polling places; we

2     have to recruit and train all the election workers,

3     we have to make sure all the equipment is tested and

4     in working order; we have to make sure all is

5     deployed appropriately to the chosen election sites,

6     both early voting and election day; we have to

7     coordinate all of the vote-by-mail programs; we have

8     to do all of the tabulation; we have to do all of

9     the reporting; we have to do the auditing post

10    election, and it will just go and on.

11            There in 2018, of course, we had three

12    statewide recounts.  A recount is a completely

13    different set of circumstances.  And, you know, I

14    don't mean to be cute, but I could talk for a long,

15    long time about the duties.  But I think if I've

16    answered your question, I will hush.

17        Q     No, that was really helpful, thank you.

18    Mostly it has, but one thing I am not sure I heard

19    and I want to just confirm, is your office involved

20    with registering voters?

21        A     Oh, yes, ma'am.  Duh.

22        Q     Okay.  You may have mentioned this, I want

23    to make sure, is it right that you maintain

24    statistics on voting history and voter registration?

25        A     Yes, ma'am.

Alan Hays
October 06, 2021

```
 1          Q     Okay.  And about how many elections --

 2          A     If I may, let me add there, too, a part of

 3    that voter registration database maintenance is our

 4    list maintenance program which is prescribed in

 5    statute as to how we are to execute that to make

 6    sure that our voter database is current and up to

 7    date in every way that we possibly can.  And we are

 8    very attentive to that detail as well.

 9          Q     Okay.  That sounds good.  So about how

10    many elections have you run as the Lake County

11    supervisor of elections?

12          A     Well, a multitude of municipal elections,

13    I've got five that are pending right now for this

14    year.  I had seven, I think, in 2017.  And then, of

15    course, we have done the '18 gubernatorial election,

16    and then we did the -- '19, we had city elections,

17    then in '20 we had both the presidential preference

18    primary, the regular primary, we also had the

19    primary in 2018 as well, and then we had the general

20    election in both '18 and in '20.  And, you know,

21    honestly, I haven't counted them, but a bunch

22    anyhow.

23          Q     And then would it be fair to say that

24    every primary, presidential primary and general

25    election since you were elected in 2016, you oversaw
```

Alan Hays
October 06, 2021

1   those elections?

2       A    Yes, ma'am.  I would have been the

3   presiding officer over those elections, every

4   election that's been held in Lake County since

5   January of 2017.

6       Q    Currently, how large is your staff at the

7   Supervisor of Elections office?

8       A    Eighteen or twenty.

9       Q    And is that about the same size that it

10  was during the 2020 general election?

11      A    Oh, great day, no.  During that 2020

12  election, we hired another probably 12 or 15 people

13  for temporary employment.

14      Q    Okay.  Out of those 12 to 15 individuals,

15  they were temporary?

16      A    Yes, ma'am.

17      Q    As supervisor of elections for Lake

18  County, who do you consider your constituents to be?

19      A    Every registered voter and really every

20  citizen, because it's our hope that every eligible

21  citizen will become a registered voter and then will

22  make the effort to become informed about the

23  candidates and about the issues and turn out to

24  vote.

25           We are very deliberate in our efforts to

Alan Hays
October 06, 2021

```
 1    make sure that we register everyone who wants to be
 2    registered.  We go into multiple community events
 3    all across the county, and then we also go into all
 4    the high schools once a year to preregister the 16
 5    and 17-year-olds and to register any 18-year-olds
 6    that haven't previously been registered.
 7              So we are very diligent in our effort to
 8    make sure that people are aware that they can
 9    register online, they can register in person, they
10    can go to any library and register there, they can
11    go to the DMV offices and register there.
12              Candidly, there is no excuse to not be
13    registered in Lake County, Florida.  If you want to
14    be registered, there is multiple doors that are wide
15    open for you.
16         Q    Okay.  And then to the extent that we
17    haven't discussed this, I just want to make sure I
18    understand.  What are your goals as supervisor of
19    elections?
20         A    We have adopted as an office four points
21    of commitment, and the first and most important is
22    voter confidence.  And everything that we do is
23    focused on making sure that we have earned the
24    confidence of those voters.
25              Our second goal of commitment is excellent
```

Alan Hays
October 06, 2021

Page 33

1    service.  And we want every person with whom we

2    interact, whether it be in person, whether it be on

3    the phone or whether it be via e-mail or any other

4    way, we want them to realize that they are important

5    to us, we have been attentive to their needs, and we

6    have done the best of our ability to meet the

7    question that they had and to answer it as

8    completely as we could.

9              Our third point of emphasis and commitment

10   is accurate and efficient elections, and we are

11   going to do everything we know humanly possible to

12   make sure that every election, whether it be a

13   municipal election or presidential election, is done

14   to the highest level of integrity and accuracy.

15             And then we have our fourth point of

16   commitment is responsible financial stewardship

17   that -- the people of this county have trusted me

18   with $4 million a year to say, Alan, here's your

19   budget, make sure you are a good steward of it and

20   use it wisely.  And I have done so to the point I

21   have been able to return money to them every year

22   since I have been in office.

23        Q    Okay.  Thank you.  So it sounds like you

24   know Lake County pretty well, and I would like you,

25   if you can, to tell me a little bit more about the

Alan Hays
October 06, 2021

1    county, including how many voters it has.

2        A    We have approximately 268,000 voters.

3    It's been interesting.  I look back, in the 2016

4    presidential election there were -- I believe it was

5    240 something thousand -- anyhow, you have to do the

6    numbers.

7            But I do know that in the four intervening

8    years between 2016 and 2020, we added over 44,000

9    registrations to our registration database, new

10   registrations, over 44,000.  We averaged over 11,000

11   voters per year during that four-year time period.

12           Lake County geographically sits almost in

13   the exact middle of the state bordered by Orange,

14   Seminole, Volusia, Putnam and Marion and Sumter and

15   Polk Counties and Osceola County.  And we also -- we

16   are 97 miles from north to south and probably

17   60 miles east to west.

18           We previously, when I moved here in 1976,

19   were very heavy in agriculture, citrus being the

20   king.  The freezes in the '80s decimated that

21   industry.  We now have become in many areas,

22   particularly the south end of the county, a bedroom

23   community for Orlando.

24           The city of Clermont has now become the

25   largest city in the county; previously Leesburg was

Alan Hays
October 06, 2021

1   the largest one; that Tavares has been the county

2   seat for multiple years, probably a hundred, I don't

3   know how many, long before I got here.

4           What other things do you want to know

5   about Lake County?

6       Q    That was a lot of information, so I really

7   appreciate it.  I think if I need anything else, I

8   will ask you throughout a little bit later.  But

9   that gives me a good sense for the county, so thank

10  you.

11          Switching gears, I want to ask you some

12  questions about an association that you mentioned a

13  few minutes ago, the Florida Supervisor of

14  Elections.  I think you already told me what it is.

15  Is it correct that you are a member of the FSE?

16      A    Yes, ma'am.

17      Q    Okay.  What's your opinion of the FSE?

18      A    I feel privileged to be a member of such

19  an esteemed group of dedicated public servants, and

20  I am not trying to curry favor with anybody.  But

21  what I really wish our association could

22  successfully do is impart to the citizens of Florida

23  just how high a level of dedication and efficiency

24  and accuracy and all those other good things our

25  association is.

Alan Hays
October 06, 2021

1            I have been so tickled to be at their -- I

2    have been at every association meeting since I was

3    sworn in, and I know I could count on one hand, but

4    honestly, I can't refer you to any specific time

5    when I have ever heard any partisan comments made.

6    The association is as neutral as neutral can be.

7            When I was in the Legislature, I was not

8    privy and, frankly, didn't give a hoot about the

9    politics.  I was there about policy.  And that's one

10   of the things I enjoy the most about this job here,

11   is I am somewhat like a referee on a football field.

12   I call fouls when I see them and the rest of the

13   time I try to stay out of the way, behind the scenes

14   and let the good things happen.

15           But we are all about policy, policy,

16   policy, follow the law.  We are not going to get

17   into the political milieu.  And the association does

18   just that.

19           They are a very dedicated group of

20   professional men and women, several of whom have

21   been there for 20 plus years.  They have been very

22   generous with their support, their openness, sharing

23   ideas all the time back and forth.

24           I was moving into a new office building

25   and we had to do some modifications.  I visited 10

Alan Hays
October 06, 2021

 1   other supervisors' offices, I borrowed their good

 2   ideas, brought them here, incorporated those ideas

 3   into the construction of our building here.  And

 4   they have just -- we all work together, and I don't

 5   know which ones are Ds and which are Rs and it

 6   really doesn't make any difference to any of us.

 7        Q    Okay.  And is it correct that you are on

 8   the FSE legislative committee?

 9        A    I have chaired that committee for the

10   last, I think, four years, maybe three.  Anyhow,

11   yes, I am the chairman of that committee.

12        Q    Okay.  Now I want to ask you about the

13   2020 elections in Lake County.  And in terms of

14   federal elections, there were three elections in

15   2020, is that right?

16        A    Yes, ma'am.

17        Q    Okay.  The presidential preference

18   primary, the primary election, and the general

19   election?

20        A    That's correct.

21        Q    Okay.  Most of my questions, unless I

22   state otherwise, are going to be about those

23   elections as a group.  If your answer is different

24   for certain elections, definitely let me know;

25   otherwise, I will take your answer as being an

Alan Hays
October 06, 2021

Page 38

1   answer for all three of those federal elections.

2         A    Okay.

3         Q    Okay.  So looking back on the 2020

4   elections in Lake County, would you say that the

5   elections were a success?

6         A    Absolutely.

7         Q    And why is that?

8         A    Because we had very few hiccups, the

9   results came in on time and our audits proved that

10  we were accurate.

11              And we have received many, many, many

12  compliments from the citizens of Lake County on how

13  smooth the elections ran.  Our election workers have

14  commented several times about how fulfilled they are

15  to be a part of the team, how pleased they are with

16  our training, the efficiency of it, the fact that we

17  didn't have any long lines, no waiting periods, no

18  power failures, I could go on and on and on.  But

19  the 2020 elections in Lake County were an astounding

20  success.

21        Q    Okay.  Do you know what the voter turnout

22  was for the 2020 general election in Lake County?

23        A    80.28 percent.  That's 80.28 percent.

24        Q    Would you consider that to be a high

25  turnout?

Alan Hays
October 06, 2021

Page 39

```
 1      A     Yes, ma'am.
 2      Q     Okay.  Is that higher than in other recent
 3   presidential elections?
 4      A     I have no idea.
 5      Q     Okay.  That's fine.  If you don't know,
 6   definitely let me know.
 7      A     I don't know.
 8      Q     Is high voter turnout important to you?
 9      A     Absolutely.
10      Q     Okay.  Now, how would you define a secure
11   election?
12      A     There are a multitude of ways to define
13   security.  Our security begins here with the
14   background checks on the people before we employ
15   them.  Our security here extends to our e-mail,
16   where we can't just sign on with a password, we have
17   to have multifactor authentication to get on the
18   account.  After you've typed in your password, you
19   get a code and that code changes every time you get
20   on.
21           The physical plant itself, we have over 20
22   security cameras, both external and internal, in
23   multiple rooms and in the warehouse.  We have chain
24   of custody of every one of our tabulation machines.
25   Our boxes of equipment and supplies that go out are
```

Alan Hays
October 06, 2021

Page 40

1    sealed with numbered seals, those seal numbers are

2    recorded.

3           And all of our ballots, we count the

4    ballots when they come from the printer.  We know

5    exactly how many we have got, we know exactly how

6    many we've deployed to each precinct and every early

7    voting site, and we make sure that the tabulation of

8    those ballots is complete with every election.  We

9    go on then, of course, on election day with all the

10   tabulation of those ballots.

11          We do the audit, we make sure -- good Lord

12   of mercy, the thousands and thousands of dollars

13   that we have spent on cybersecurity, you and I both

14   could take a real nice vacation with that money.

15          But the multiple layers of security that

16   we have in several different positions through here,

17   both internally and at the county level and at the

18   state level and all sorts of firewalls, I could go

19   on and on and on.  So all of these factors play a

20   key role in making sure the election is secure.

21       Q    Okay.  Would you say that the 2020

22   elections in Lake County were secure?

23       A    Absolutely.

24       Q    Okay.  And all of those steps to make that

25   secure option that you described for me in detail,

Alan Hays
October 06, 2021

Page 41

```
 1    those were employed in the 2020 elections in your

 2    county?

 3         A    Yes, ma'am.

 4         Q    Okay.  As an election administrator, are

 5    you generally familiar with elections throughout the

 6    state of Florida or at least the statewide --

 7    actually, are you generally familiar with elections

 8    throughout the state of Florida?

 9         A    Generally, yes, ma'am.

10         Q    Okay.  I only want to know to your

11    knowledge and to your understanding, would you say

12    that the 2020 general election Florida statewide was

13    a success?

14         A    Absolutely.

15         Q    Okay.  And generally speaking, would those

16    be for the same reasons that you described regarding

17    Lake County?

18         A    Yes, ma'am.

19         Q    Okay.  And to your knowledge as an

20    election administrator, would you say that the 2020

21    elections statewide in Florida were generally

22    secure?

23         A    Yes, ma'am.

24         Q    Okay.  And would that be for similar

25    reasons that you described as to why the election in
```

Alan Hays
October 06, 2021

Page 42

1    Lake County was secure?

2         A    Yes, ma'am.

3         Q    Okay.  So as you know, this lawsuit

4    involves the legality of Florida's Senate Bill 90,

5    which I may refer to as SB 90 for short.  Did you

6    generally follow the introduction of SB 90 and its

7    counterpart HB7041 as it made its way through the

8    Florida Legislature from its introduction to its

9    passage?

10        A    Yes, ma'am.

11        Q    What was your opinion about SB 90 when it

12   was released initially?

13        A    It was initially released the day before

14   the ethics and elections Senate committee was

15   scheduled to hear it the first time.  It had three

16   sections.  I thought the middle section was good, I

17   thought the first and third sections were not good,

18   and yet, I decided to not go to Tallahassee and let

19   my voice be heard.

20             The next week, what I considered a bad

21   bill became a horrible bill when it then had seven

22   sections, and I felt so strongly that I did go to

23   Tallahassee and I testified before the committee;

24   and I honestly don't remember which one it was now,

25   Senator Rodriguez was the chairman of it, if I

Alan Hays
October 06, 2021

Page 43

1    recall correctly.

2              But anyhow, I testified there and I told

3    them what I thought of the bill.  And then, of

4    course, it went on and, holy cow, multiple changes,

5    you've got the track record in the record I am sure

6    of that bill.  And, of course, I followed it right

7    on through the final passage of it.

8         Q    Okay.  Were you consulted in your capacity

9    as a supervisor of elections about Senate Bill 90 or

10   HB7041 before it was released?

11        A    No, ma'am.

12        Q    Did the FSE take an official position on

13   SB90, to your knowledge?

14        A    Yes, ma'am.

15        Q    What was the position?

16        A    The position -- and I apologize, I don't

17   know exactly what stage, it was near the end of it,

18   but we put out a letter that stated that in its

19   present form, we did not support it.

20        Q    Aside from speaking before the committee

21   about SB 90, can you give me just an overview of the

22   steps you took to oppose SB 90 such as lobbying your

23   state representative or senator?

24        A    As you can imagine, I have several

25   colleagues there in the legislature with whom I

Alan Hays
October 06, 2021

Page 44

 1   served.  And I contacted several of them, I

 2   contacted others whom I had not served with but they

 3   knew of my current position and my track record in

 4   Tallahassee multiple times, multiple ways, just

 5   trying to explain to them what a travesty certain

 6   parts of Senate Bill 90 were at that particular

 7   time.

 8            And to their credit, they did make

 9   significant changes to the bill as it went through

10   the process.

11            Did they give us everything that we asked

12   for?  No, ma'am, they did not.  But they did -- they

13   did take some of our suggestions and incorporate

14   them into the bill, and a lot of it had to do with

15   deleting certain things from the bill.

16        Q    Okay.  I would like to now pull up an

17   article in the Florida Phoenix, it's entitled "GOP

18   Reforms:  Only immediate family could help pick up

19   and deliver ballots; but what if there's no family

20   close by?"  And my colleague has put the document

21   title in the chat.

22            (Exhibit 2 was marked for identification.)

23            MS. SIVALINGAM:  Let me know when you have

24        it up.

25            THE WITNESS:  There we go.  Okay.

Alan Hays
October 06, 2021

 1   BY MS. SIVALINGAM:

 2       Q      **This article is from the Florida Phoenix**

 3   **dated March 12, 2021, and it quotes you in several**

 4   **places.  Do you recognize we'll call Exhibit 2?**

 5       A    I have it here on the screen in front of

 6   me, it's the first time I have ever seen it.  So I

 7   guess you could say I recognize it, but I have not

 8   read this.  I don't know anything about it.

 9       Q      **Do you remember giving an interview to**

10   **Laura Cassels at the Florida Phoenix for an article?**

11       A    Okay.  I will take your word for it.  I do

12   not record the different people with whom I speak,

13   certainly not the reporters, good gracious alive.

14            Do you want me to read this thing for

15   content and see if it's accurate or not, or what?

16       Q      **I have a couple specific questions about a**

17   **couple statements, but if you feel more comfortable,**

18   **I certainly want you to feel comfortable discussing**

19   **the article, so whatever you need to do.**

20       A    Hang on, let me take a minute or two here.

21       Q      **Absolutely.**

22       A    (Examining Document.)

23            My elderly mother is still living, too.

24   She will be a hundred in February.

25       Q      **Oh, wow.**

Alan Hays
October 06, 2021

Page 46

```
 1        A     (Examining Document.)

 2              Okay.  I've skimmed it.

 3        Q     Okay.  I want to ask you about your

 4   statement and most of the testimony -- well, your

 5   statement before the Legislature where you said the

 6   bill, Senate Bill 90, does not include a single one

 7   of the top 10 priorities recommended by the

 8   Supervisor of Elections Statewide Association of

 9   which Hays is a member.

10              Did you, in fact, give that statement

11   before the Florida Senate?

12        A     I don't recall.  I have -- I can get a

13   copy of my remarks that I did read that day.  I

14   don't recall making that statement at the time.  As

15   a matter of fact, the bill did not include any of

16   our top 10 priorities, but I don't think I made that

17   statement in my testimony to the Senate.  But there

18   again, I would have to review my written speech that

19   day.

20        Q     Okay.  But I am not asking about whether

21   or not the bill included those priorities.  The

22   draft that you spoke on did not include those top 10

23   priorities, is that correct?

24        A     Yes.

25        Q     And then the final version of SB 90, did
```

Alan Hays
October 06, 2021

Page 47

1   it include any of the top 10 priorities recommended

2   by the Florida supervisor of elections?

3        A    I am sorry, I would have to go back and

4   review that list of priorities and compare it with

5   the bill.  I don't recall right now.

6        Q    Okay.

7        A    You see, this article was written right

8   after -- the only version of the bill was the second

9   version.  This is when it was a seven-section

10  travesty -- my word, not theirs.  But there were

11  many, many changes made to the bill as it progressed

12  through the process.

13       Q    That's right.  That's right.  So you said

14  that near the end, the FSE released a statement

15  stating their official position on SB 90 and that

16  they did not support SB 90.  Did that statement also

17  represent your views at least at the time?

18       A    Absolutely.

19       Q    Switching gears to talking about voting by

20  mail in Lake County, I want to make sure I

21  understand the process.  These are questions, to the

22  extent it's different, so I am asking about before

23  SB 90.

24            Can you explain to me how a Lake County

25  voter could request a vote-by-mail ballot?

Alan Hays
October 06, 2021

Page 48

 1        A     They could go online to our website, they

 2    could also fill out a voter registration application

 3    requesting a vote-by-mail ballot.  They could send

 4    us -- they could make a phone call, they could come

 5    in in person.  There again, it's quite easy to

 6    request a vote-by-mail ballot.

 7        Q     **Can voters renew their requests for a**

 8    **vote-by-mail ballot by checking a box on the**

 9    **envelope in which they returned their ballot in a**

10    **given election?**

11        A     No, ma'am.  Here in Lake County we did not

12    have that option available.  It's one that I

13    certainly planned to incorporate, but I had a whole

14    host of preprinted envelopes that I did not want to

15    render them obsolete, so we did not offer that

16    convenience yet.

17        Q     **How does your office go about sending Lake**

18    **County voters' vote-by-mail ballot?**

19        A     We most of the time use the U.S. Postal

20    Service.  There are some overseas voters who we

21    e-mail their ballots to them, the military and

22    overseas.  But generally it's -- and we also have

23    some who come by to pick up their ballots in person.

24    But the overwhelming majority of our ballots go out

25    in the U.S. Postal Service.

Alan Hays
October 06, 2021

1       Q     Okay.  And before SB 90, can you explain

2   to me all the ways in which a Lake County voter

3   could return their vote-by-mail ballot?

4       A     Yes, ma'am.  They could bring it into our

5   office in person.  We have a drop box here that is

6   available throughout the whole time that we are

7   open.  They could also take it to an early voting

8   site; all of our early voting sites have drop boxes.

9            We also had a drop box in the front of our

10  office in the edge of the parking lot there that had

11  three security cameras trained on it 24 hours a day.

12  And the opening of that box, I had it custom

13  tailored so that you could only put two or three

14  envelopes in there at a time.  It's a very narrow --

15  I am trying to look at the camera here to see.  The

16  opening is only probably a half to three-quarters of

17  an inch wide or high so that you can't put a whole

18  stack of envelopes in there.

19            The big thing, too, is you can't pour a

20  cup full of liquid in there either.  When I was

21  designing the mailbox, I talked to a librarian who

22  had experience with library drop boxes for book

23  returns, and she cautioned me, she said, Alan, you

24  wouldn't believe the number of vandals that come by

25  and pour liquids in there, various other things that

Alan Hays
October 06, 2021

1   didn't belong in the book return boxes.  So I

2   incorporated her advice and custom tailored our box

3   so that it wouldn't be able to do that.

4            One of the three cameras that we have

5   picks up the license tag number of the vehicle if

6   they go by in a vehicle.  People could walk up to

7   the box and put it in there.  So we had our drop box

8   here, we have a drop box at early voting sites and,

9   of course, anybody can mail it, return mail, we pay

10  the postage for the return mail.  I think that

11  pretty well covers everything.

12       Q    Well, because you talked about it, can we

13  pull up -- I think I have a picture of the drop box,

14  but it is outside your office.  It might be helpful

15  for referencing.  I think I see now the slot you are

16  talking about.

17            MS. SIVALINGAM:  Sandi, we can mark this

18       Exhibit 3.

19            (Exhibit 3 was marked for identification.)

20       A    Yep, that's it.

21  BY MS. SIVALINGAM:

22       Q    That's it.  Okay.  I want to come back to

23  that and we're probably going to be referencing it a

24  couple of times.  But just to clarify, when you say

25  you made this slot small so that only a few ballots

Alan Hays
October 06, 2021

Page 51

 1    could be put through it, you are talking about the

 2    slot in this picture?

 3         A    Yes, ma'am.

 4         Q    One other thing I am not sure you

 5    mentioned, but in terms of returning a vote-by-mail

 6    ballot, again, before SB 90, put individuals, unpaid

 7    individuals to return other individuals' ballots,

 8    other voters ballots?

 9         A    Oh, yeah, the Florida Statutes, sure,

10    other people could -- as long as they were not paid,

11    they could go around and get them.

12         Q    And then you said obviously voters could

13    return a ballot by mail.  When did a voter need to

14    return their vote-by-mail ballot if they needed it

15    in the mail to ensure it would be counted by the

16    election day?

17         A    Well, it would depend on the speed of the

18    postal service, but the law says I must have

19    physical possession of every one of those ballots no

20    later than 7:00 p.m. on election night unless they

21    are coming from overseas.  The overseas voters have

22    a ten-day grace period to get them in.  But for all

23    domestic returned ballots, I must have physical

24    possession of those by 7:00 p.m.

25         Q    That makes sense.  I should clarify, did

Alan Hays
October 06, 2021

1    you recommend to voters, if they were returning

2    their ballot via mail, that they should get it in

3    the mail by a certain date to ensure that their

4    ballot was counted?

5         A    We certainly did repeatedly.  We noticed

6    them in multiple different ways and different times,

7    don't wait until the last minute.  As soon as you

8    get this ballot, mark it and get it back in the mail

9    to us, or you can bring it by and drop it into our

10   drop box here, either one.

11        Q    Did you ever recommend to voters they get

12   it in by at least a week before election day?

13        A    Probably so.

14        Q    Okay.  But if a voter is returning a

15   ballot via drop box, getting it in shorter than a

16   week before election day, there would be no concern

17   then, would you agree with that?

18        A    No, ma'am.  They are welcome to bring it

19   to this box here at 6:58 p.m. on election night and

20   we'll still get it; because at 7 o'clock, I have two

21   staff people out there at that box to remove all the

22   ballots that are in it and bring them into the

23   office.  Because this box sits right out in front of

24   our office, you see, and so we know then that once

25   that 7:00 p.m. harvest, so to speak, has been

Alan Hays
October 06, 2021

1   executed, any ballots that might be in there the

2   next morning or later that night came in after

3   7:00 p.m.  So if they want to wait until the very

4   last moment, then this is their best option.

5       Q    Okay.  I think you were pointing and you

6   said that box there.  Just for the record, when you

7   were pointing, what were you pointing to?

8       A    Pointing to the image, Exhibit --

9       Q    Oh, Exhibit 3.  Okay.

10      A    Exhibit 3.

11      Q    The drop box outside the supervisor's

12  office?

13      A    Yes, ma'am, the drop box outside the

14  supervisor's office.

15      Q    Okay.  Thank you.  Has voting by mail

16  increased in recent years in Lake County?

17      A    Oh, absolutely.

18      Q    Do you remember about how many Lake County

19  voters requested vote-by-mail ballots in the 2020

20  general election?

21      A    I don't remember specifically.  I'm

22  guessing somewhere in the neighborhood of 90,000.  I

23  know we planned budget-wise to be prepared to mail

24  60,000 and we blew through that in a heartbeat.  So

25  it was -- but I believe it was around 90,000 that we

Alan Hays
October 06, 2021

```
 1   mailed out and had around 68 or 70,000 returned, if

 2   I recall correctly.

 3            Don't hold me to those numbers.  I will

 4   have to check on them and see.

 5        Q    Okay.  I do have an article where you were

 6   interviewed about voting by mail that I think it

 7   will refresh your recollection.  So I am going to

 8   have you pull up the article, it accompanied a video

 9   interview that it appears that you did for News 6.

10   It's called "Central Florida counties reporting

11   record number of mail-in ballots this election."

12            (Exhibit 4 was marked for identification.)

13   BY MS. SIVALINGAM:

14        Q    Do you have it up?

15        A    Yes, ma'am.

16        Q    Okay.  Great.  Do you recognize this

17   article or remember giving an interview to

18   Ms. Nadeen Yanes of WKMG?

19        A    Oh, yeah.  Yeah.  Sure do.

20        Q    Okay.  So as of the date of this article,

21   you said about 29 percent of Lake County voters had

22   requested a mail-in ballot, is that accurate?

23        A    Sure.

24        Q    Okay.

25        A    That's about 29 percent, according to
```

1    Nadine's figures, but be that as it may, I think I

2    heard you say 28 percent.

3         Q    Twenty-nine.  If I did, I apologize.  I

4    meant to say 29.  This was published -- this looks

5    like this article was published October 7.

6              Is it fair to say that you may have

7    received more requests for vote-by-mail ballots

8    after the date of publication of this article?

9         A    That is correct.

10         Q    Okay.  And we already discussed what you

11    think was the percentage of Lake County voters who

12    requested a vote-by-mail ballot.  Do you remember

13    what percentage of Lake County voters voted by mail

14    in the 2020 general election?

15         A    Not off the top of my head, no, ma'am.

16         Q    You said a record number of Lake County

17    voters requested a vote-by-mail ballot.  And then

18    you said, everything that's here in the vote-by-mail

19    department is a record, no question.

20              Did a record number -- so did a record

21    number of Lake County voters end up voting by mail

22    in the 2020 general election?

23         A    Yes, ma'am.

24         Q    Do you know, to your knowledge, why that

25    was?

Alan Hays
October 06, 2021

1      A      You would have to ask each one of them to

2    be specific, but in general, I think everybody knows

3    that the pandemic that was prevailing at that time

4    was a major factor, and then we also have some who

5    did not trust the U.S. Postal Service to deliver

6    their ballot in a timely manner, if at all, and they

7    expressed to us on multiple occasions how grateful

8    they were for the drop box convenience, that they

9    could drop it off after hours or on the weekends or

10   things like that.  And so just a multitude of

11   reasons, but the pandemic, of course, was the big

12   thing.

13      **Q      Thank you.  A little bit later in the**

14   **article you say, here in Florida I feel very, very**

15   **comfortable in the security of the vote-by-mail**

16   **process and the validation of signature matching.**

17           **What is signature matching?**

18      A      Signature matching begins with the

19   recording of the signature of that voter on their

20   voter registration application.  Sometimes that

21   signature is recorded on a signature pad at the

22   Department of Motor Vehicles, that would be a

23   discussion for another day on another lawsuit

24   probably.

25           But let's get through that and let's look

Alan Hays
October 06, 2021

Page 57

1   now at the envelope that has returned that ballot to

2   us.  Before the envelope is opened and, actually, as

3   soon as it comes in, we immediately arrange the

4   envelopes so that all in a stack are positioned so

5   that the signature and the bar code that's on that

6   envelope are both visible on every envelope.  And we

7   then run it through a signature verification machine

8   which uses the technology very similar to that which

9   a bank uses to verify the signature in the lower

10  right corner of a check.

11              And the machine reads the bar code which

12  tells the machine which voter record to access the

13  signature, and then it also takes a picture of the

14  signature on that envelope and it electronically

15  compares those two signatures.

16              If the machine verifies them as being

17  accurate and acceptable, then we accept it as well.

18  The machine may not even see a signature because

19  some envelopes are left blank, others other times it

20  just cannot verify it and it will give us -- at the

21  end of the batch, it gives us a list of all of the

22  names of the voters whose signature was verified, a

23  list of those that it was not verified, and then a

24  third list of whatever reason it did not make a

25  verification.

Alan Hays
October 06, 2021

Page 58

1           We then take that entire batch of -- and

2     the machine, at the same time, has put a batch

3     number and a sequence number and a time and date

4     stamp on every one of those envelopes.  We take the

5     entire batch with those three sheets of reports and

6     give it to a human that has been trained in

7     signature recognition and comparison.  We have a

8     list of eight specific points that they utilize to

9     compare the signature.

10           Another advantage we have is that if we

11    have multiple signatures in that voter's record, the

12    people verifying that signature on the envelope are

13    able to thumb back through those signatures and see

14    if they find the one that did match.

15           People need to understand there is a huge,

16    huge difference in signing an electronic pad at a

17    DMV versus signing on the back of an envelope at

18    your dining room table or at your kitchen counter

19    when the voter is returning that envelope to us.  So

20    there is certainly likely to be discrepancies in the

21    electronic signature pad signature versus that

22    that's written on that envelope.  But that voter may

23    very well have signed earlier a piece of paper that

24    we have recorded in their record, so we can verify

25    it that way.

Alan Hays
October 06, 2021

1          If we then verify it, the envelope goes

2   into those records to be -- those ballots to be

3   tabulated later on.

4          If we do not verify it, if we deem that as

5   an unacceptable signature, we then notify the voter

6   to tell them we have an issue with their signature

7   and here's what you must do to resolve that issue.

8   We give them the step-by-step process to cure that

9   signature discrepancy, and we give them the deadline

10   of 5:00 p.m. on Thursday after the election.  We

11   stress that multiple times.

12          We go through multiple ways -- number one,

13   we send them a letter via the postal service, but we

14   also, if they have been generous enough to give us

15   their e-mail address and/or their cell phone number,

16   we call them; if they don't answer, we leave them a

17   voice mail.  And then we also can send them an

18   e-mail to alert them early on, here's an issue with

19   your signature, here's what you need to do to

20   resolve it.

21          And then once we get the resolution from

22   the voter, we then put their ballot in the stack to

23   be tabulated.

24          Does that pretty well cover it?

25      Q    I think it does.  Very thorough and thank

Alan Hays
October 06, 2021

Page 60

1   you for explaining that to me.

2            So then going back to the statement, here

3   in Florida I feel very, very comfortable in the

4   security of the vote-by-mail process and the

5   validation of signature matching.

6            Does that still reflect your views today?

7       A    Yes, ma'am, certainly does.

8       Q    I know we talked generally about security

9   at the 2020 election, but just in terms of the

10   security of the vote-by-mail process, were you

11   satisfied with the security of the vote-by-mail

12   process in the 2020 elections in Lake County?

13       A    Yes, ma'am.

14            MS. SIVALINGAM:  It has now been over an

15       hour of questioning, I think I would like to

16       take a little break.  I want to make sure that

17       everyone gets a break.  I think now is a good

18       time if it's a good time for you.

19            THE WITNESS:  It's fine with me.  How long

20       you want to break?

21            MS. SIVALINGAM:  I only need five minutes.

22            (A recess took place from 11:29 a.m. to

23       11:35 a.m.)

24   BY MS. SIVALINGAM:

25       Q    So before the break we were talking about

Alan Hays
October 06, 2021

Page 61

1    voting by mail.  Do you anticipate that a

2    significant percentage of voters in Lake County will

3    continue to want to vote by mail in the future?

4            MR. BARDOS:  Object to the form.

5        A    Yes.

6    BY MS. SIVALINGAM:

7        Q    To your knowledge --

8        A    Did Andy say something?

9            MR. BARDOS:  I said object to form for the

10   record, but go ahead.

11       A    I expect a significant percentage will

12   probably want to continue to vote by mail.

13   BY MS. SIVALINGAM:

14       Q    Okay.  Do you think that voting by mail

15   helps decrease -- we talked about that.  Let me go

16   back.

17            You testified that Lake County, at least

18   recently, hasn't had a problem with long lines at

19   the polls, right?

20       A    That's correct.

21       Q    Do you think that voting by mail helps

22   decrease long lines at the polls on voting day?

23       A    You know, that's something you can't

24   quantify, but common sense would tell you that if

25   you have 5,000 more people voting by mail, that's

Alan Hays
October 06, 2021

Page 62

1    5,000 fewer people than you would have at the

2    polling place.  But even those numbers are not

3    necessarily true because some people would vote by

4    mail instead of -- and not even think about going to

5    the polling place.

6            So I wouldn't want to speculate as to what

7    percentage or anything like that.  But just on the

8    surface of it, one would think, but your thoughts

9    and my thoughts or someone else's thoughts may or

10   may not coincide.

11       Q    Okay.  Are you familiar with the term

12   "voter fraud"?

13       A    Yes, ma'am.

14       Q    Okay.  Are you aware of any widespread

15   voter fraud in Lake County that occurred in the 2020

16   elections related to vote-by-mail ballots?

17       A    No, ma'am.

18       Q    To your knowledge, are you aware of any

19   widespread voter fraud in the state of Florida that

20   occurred in 2020 related to vote-by-mail ballots?

21       A    No, ma'am.

22       Q    We talked a little bit about drop boxes.

23   I do thank you for your testimony on that so far,

24   but I have some more questions about drop boxes.

25            How long has Lake County been using drop

Alan Hays
October 06, 2021

1    boxes to collect ballots?

2        A    Since before I came on, every early voting

3    site has had a drop box, and the Supervisor of

4    Elections office has always had a drop box.  The box

5    outside, to my knowledge, the 2017 election of --

6    the municipal elections that were here, that's the

7    first time it has been used in Lake County.  And it

8    was used successfully for all five of the big

9    elections.  Actually, with every election, since

10   2017 through the 2020 general election, we had used

11   that outside drop box very successfully.

12       Q    Okay.  Lake County had 13 drop boxes

13   available in the 2020 elections, is that right?

14       A    Yes, ma'am.  No, actually, we had 14

15   because we had -- we had 12 early voting sites, each

16   of whom had a drop box, then we had the drop box

17   here in our office inside, and we also had the

18   external drop box.  So that would be a total of 14

19   that we had.

20       Q    Okay.  Great.  What are the hours of the

21   internal drop box, or what were the hours during the

22   2020 elections?

23       A    The hours at the early voting sites were

24   10:00 a.m. till 6:00 p.m. every day that the early

25   voting site was operational.  The hours for the drop

Alan Hays
October 06, 2021

1   box here inside the office were a regular 8:00 to

2   5:00 office hours, and actually we stayed opened

3   until 6:00 p.m.  So I would say -- to answer the

4   question, it was 8:00 a.m. to 6:00 p.m. here in the

5   office, and then, of course, the outside one was

6   available 24/7.

7       **Q    Okay.  So I want to ask a few more**

8   **questions about the drop box that we see in**

9   **Exhibit 3 or we see a photo of it, the one outside**

10  **of your office.**

11          **Where specifically outside your office was**

12  **it located, including how far from your office?**

13      A    From the front door of my office to the

14  drop box is probably no more than 50 feet, would be

15  my guess.  I can have someone measure it for you in

16  the next 20 or 30 minutes and give you exactly

17  because today, in that same site, we now have a U.S.

18  Postal Service drop box there.  But forgive me for

19  not knowing whether it's 50 feet or 60 feet.  But

20  it's close by and it's in plain view.

21          I can literally sit at my desk and see it,

22  and there are other people that work inside the

23  building that have clear view of it, plus it's on

24  24-hour camera surveillance by three cameras.

25      **Q    Right.  Is it right that voters could**

Alan Hays
October 06, 2021

Page 65

1    drive up or walk up and drop their ballots in the

2    drop box?

3         A    Yes, ma'am, either/or.

4         Q    Okay.  For the 2020 general election, what

5    was the first day that voters could begin using the

6    drop box outside the Supervisor's office?

7         A    I would have to go back and look at the

8    calendar, but it was the day that -- the same day

9    that we mailed them, which is 45 days ahead of time;

10   or actually we do that to overseas.  It's probably

11   35 days ahead of the election.  The day after we

12   mail them out we put the drop box out there and we

13   leave it for the entire time.

14        Q    Okay.  And this drop box pictured in

15   Exhibit 3, was it available the Monday before

16   election day?

17        A    Yes, ma'am.  It was available all the way

18   through election night.

19        Q    That's right, you said that, as late as

20   the last pickup on election night.

21        A    The box itself sits there for a day or two

22   after the election, but it doesn't do anybody any

23   good to put anything in it after 7:00 p.m.

24        Q    Right.  Understood.  Okay.  So going back

25   to my question about the Monday before election day,

Alan Hays
October 06, 2021

Page 66

1    in your experience and to your knowledge, is the

2    Monday before election day a popular day to vote?

3         A    I have no idea.

4         Q    Okay.

5         A    I'm sorry, I don't pay any attention to

6    the daily totals.

7         Q    That's fine.  If you don't know, I want

8    you to tell me that.

9              Now I do have some more specific questions

10   about the monitoring.  You mentioned that the drop

11   box in Exhibit -- pictured in Exhibit 3 outside of

12   the Supervisor of Elections office was monitored by

13   three cameras.  I would like you to tell me where

14   the cameras were situated, including, to the best of

15   your knowledge, how far the cameras were from the

16   drop box.

17        A    I know that there is -- two of them are up

18   high on the face of the building pointed toward the

19   box, and the third one is down low pointed toward

20   the box.  I wouldn't begin to speculate the

21   distance.  All I know is it's close enough that we

22   can determine -- probably determine what make and

23   model of the car it is, but then that third one, of

24   course, we have the license tag, now, only if they

25   drive through headed in one direction.  If they

Alan Hays
October 06, 2021

Page 67

1   drive through headed the other direction, we get a

2   picture of the front of the car instead of the

3   license tag.  But that's neither here nor there

4   right now.

5        Q    But that would be if they were going --

6        A    If they were driving through so that the

7   driver could sit in the driver's seat and get the

8   ballot into the box, then we would get a picture of

9   the license tag.  If they are driving through so

10  that the passenger puts the ballot in the box, then

11  we just get the front of the vehicle.

12       Q    Okay.  Okay.

13       A    We have the other two cameras that are

14  capturing the big picture, the wide angle view, if

15  you will.

16       Q    Okay.  The cameras would also capture

17  individuals who walk up and drop the drop box off --

18  the ballots off?

19       A    Yeah.

20       Q    Okay.

21       A    And if I may add, those same cameras

22  capture the two people on my staff that go out every

23  day to retrieve the ballots from there.  Anybody

24  that approaches -- all the activity around that

25  mailbox is on the camera 24/7.

Alan Hays
October 06, 2021

1      Q      Okay.  Great.  Who reviewed the camera

2   footage?

3      A      Nobody that I know of.

4      Q      As needed, would you or your staff review

5   the camera footage?

6      A      Yes, if a need presented itself, my IT

7   director would review it along with myself and my

8   assistant supervisor would be the ones to review it,

9   absolutely.

10      Q      Okay.  During the 2020 general election,

11   there was no need to review the footage?

12      A      That is correct.

13      Q      And why is that?

14      A      Because no one informed us of any

15   suspected misdeeds that might have been done there;

16   there was no evidence inside the box on any of the

17   ballots that there might have been any misdeeds

18   done; and we were busy taking care of administering

19   the election.

20             We don't have to go around -- we've got

21   much more important things to do than sit there and

22   watch all the night's activity at the drop box when

23   only the crickets and the raccoons were running

24   around.

25      Q      Okay.  Did the 24-hour drop box at the

Alan Hays
October 06, 2021

Page 69

1    Supervisor of Elections office also have any

2    in-person monitoring either during business hours or

3    after business hours?

4        A    Yes, ma'am, the Secretary of State's

5    general counsel, Brad McVay, sent out a directive,

6    if I recall correctly, it was before the general

7    election, it may have been for the primary, but I

8    believe it was just for the general.  We would have

9    to go back and check on that.

10              But anyhow, when that directive came out,

11   he said that it had to be an in-person monitoring,

12   so I then hired what we call rent-a-cop to come out

13   there and sit in their patrol car for hour upon

14   endless hour watching the night go by with no

15   activity at the box.  But we continued the camera

16   surveillance through that entire time.  But we did

17   have live monitoring.

18              We do everything we can to comply with the

19   letter of the law or the directives from the

20   division to the fullest extent.  I am a free

21   thinker, but I am not a free actor.

22       Q    Understood.  And those contract -- I guess

23   the independent security firm that you hired, it

24   sounds like they did not find any suspicious

25   activity around the 24-hour drop box, is that right?

Alan Hays
October 06, 2021

1        A        That is correct, yes, ma'am.

2        Q        Okay.  But is it fair to say that you did

3        not have a security firm for the entire time that

4        the 24-hour drop box was available at least in some

5        of the elections?  I want to know if there was a

6        point in time in 2020 when only the three security

7        cameras were monitoring that drop box after hours.

8        A        There was definitely that point in time

9        through the PPP in March, our election, and all the

10        elections from 2017 through that PPP.  And again, I

11        would have to go back and look and see when the

12        directive came out as to whether or not we had to

13        have live monitoring versus camera monitoring.  But

14        I can get that answer for you this afternoon if we

15        ever break for lunch.

16        Q        Okay.  But for now, that's fine.  To your

17        knowledge, from 2017 until you hired an independent

18        security firm, during the time when the drop box was

19        only monitored via video surveillance, was there any

20        suspicion of activity such as destruction of the box

21        or stealing of the ballots inside the box?

22        A        None whatsoever.

23        Q        Okay.  Just quickly I want to go over the

24        other drop boxes that were available, the other I

25        guess 13 it would have been.

Alan Hays
October 06, 2021

Page 71

1            You testified that those were available --

2     or I guess there was 12 drop boxes available located

3     in early voting locations, right?

4         A    Yes, ma'am.

5         Q    And then they were available, not the one

6     inside your office, which you already told me about,

7     but the ones at early voting locations, they were

8     available between 10:00 a.m. and 6:00 p.m. daily?

9         A    Yes, ma'am.

10        Q    Do you remember what day that began on?

11        A    Not off the top of my head.

12        Q    Do you remember what day early voting in

13    Lake County in 2020 ended on?

14        A    Yes.  It ended on Saturday before the

15    election at 6:00 p.m.  The election, I think, was on

16    November 8, was it not, which means that it would

17    have been on Saturday, November 6 at 6:00 p.m. that

18    early voting ended.

19        Q    So then after that point, the only drop

20    boxes that would have been available would've been

21    the 24-hour box, and then would the box inside your

22    office have been available after early voting ended?

23        A    Yes, ma'am.

24        Q    But only during -- from 8:00 to 6:00,

25    right?

Alan Hays
October 06, 2021

Page 72

1    A    That is correct.

2         Q    Okay.  Just wanted to make sure that I

3    fully understand.

4              Okay.  In terms of monitoring of the drop

5    boxes at the early voting site, were those boxes

6    monitored?

7    A    Yes, ma'am.  Once the directive came out

8    from the Secretary of State's office, we complied

9    with that directive completely at every drop box.

10        Q    Before that directive, were they

11   monitored?

12   A    Yes, ma'am, but we did not have an

13   individual person that was assigned.  The drop boxes

14   were positioned inside a large supply cabinet, and

15   those people who brought their ballots there were

16   put -- they would hand the ballot to one of the

17   election workers who would put them in.

18              Now then when we -- I think it may have

19   been during the primary that we went to the larger

20   boxes that we wound up setting on a table and

21   chaining the box to the table, and we had then a

22   person assigned to be there monitoring that box at

23   all times.

24              And the chain of custody of that ballot

25   began at that box because that monitor person had a

Alan Hays
October 06, 2021

Page 73

1    sheet of paper there with a bunch of blanks on it

2    and they were to record the name of the voter who

3    was written on that envelope so that we knew right

4    then that that envelope with that person's name on

5    it was written on that form, and that began the

6    chain of custody of that envelope.

7              It went into the box, then that night,

8    when the ballots were returned to our central

9    office, that chain-of-custody form came with the

10   envelopes so when we checked them in here to the

11   office, we knew exactly how many and who they

12   belonged to.  And that chain of custody is still

13   part of our records.

14        Q    And you produced those logs to us in

15   discovery, I believe.

16             I want to make sure that I understand

17   because I think you give a really great description

18   of how to go about dropping off the ballots in the

19   24-hour box, but I want to make sure that I

20   understand how the -- from A to Z, how somebody

21   would go about dropping off their ballot at the drop

22   box in the early voting site.

23             Would you describe it.  So a voter -- let

24   me know if this is wrong.  A voter approaches an

25   early voting site, walks inside, goes to the drop

Alan Hays
October 06, 2021

Page 74

1    box where an individual from your office is

2    monitoring the box; the person will put their ballot

3    in the box, and then the individual writes down

4    their name and logs the information, and then the

5    chain of custody proceeds as you described.

6          Can you please correct me if any of that

7    is wrong or add any detail that I omitted.

8          MR. BARDOS:  Object to the form.

9    A    The individual with the ballot envelope

10   comes in, presents that envelope to the monitor, who

11   then writes the name of the voter that's printed on

12   that envelope on the chain of custody sheet, and

13   then the envelope is positioned.  We will allow the

14   voter to put it into the box, or the monitor can put

15   it into the box, either one.

16          But that -- and it may or may not be the

17   person who's actually delivering the envelope.  It

18   may be a friend or a relative who's bringing the

19   envelope for the person.  But we don't worry

20   about -- at least back then we didn't worry about

21   that, the identity of that person presenting it.  We

22   simply recorded the name that was printed of the

23   voter whose ballot was supposed to be in that

24   envelope.

25

Alan Hays
October 06, 2021

Page 75

```
 1   BY MS. SIVALINGAM:

 2        Q     That makes a lot of sense.  Then this

 3   monitor that you are describing, was that in every

 4   instance a permanent employee of your office?

 5        A     No, ma'am, it was a paid election worker.

 6        Q     Does that mean temporary employee?

 7        A     Yes, ma'am.

 8        Q     In any instance would a volunteer have

 9   been that individual that was monitoring the box?

10        A     No, ma'am.

11        Q     Okay.  But in every instance, it was a

12   temporary worker, or most?

13        A     Well, no.  Here in the -- that monitored

14   the drop box in our office, we did have paid

15   permanent personnel monitoring that just by virtue

16   of the physical location of the box itself.  And

17   they are right there right now today monitoring

18   that.  But at all the early voting sites, the

19   monitor was one of the temporary trained election

20   workers.

21        Q     Okay.  That's really helpful just because

22   I know that it's a pretty specific process and can

23   potentially differ.  So thank you for giving me that

24   detailed description.

25               One other question about those monitors.
```

Alan Hays
October 06, 2021

1   Whether temporary or, I guess, in the instance of

2   inside your office, permanent employees at your

3   office, the individuals monitoring the drop boxes,

4   did they, to your knowledge, review the ballot

5   envelope to make sure it was signed?

6        A    I would have to defer to my training

7   people to speak factually.  It was my expectation

8   that they would do that, but in a case where

9   somebody -- I'm not aware of any instances where an

10  unsigned envelope went into the drop box.  Perhaps

11  that's the best answer I can give you.

12        Q    That's very helpful.  To your knowledge,

13  were drop boxes popular in Lake County during the

14  2020 elections?

15        A    Yes.

16             MR. BARDOS:  Object to the form.

17  BY MS. SIVALINGAM:

18        Q    Okay.  Did you receive any comments from

19  voters about -- you or your staff receive any

20  comments from voters about the drop boxes?

21        A    The only comments that I recall were those

22  who expressed appreciation for the accessibility of

23  the 24-hour drop box.  I don't recall any others

24  relative to the early voting drop boxes.  But, you

25  know, again, you have to understand the complexity

Alan Hays
October 06, 2021

1    of our operation, and we don't pay any attention to

2    what I would consider trivial things like that.

3              I mean, it's important we get feedback

4    particularly if they have any way to improve the

5    system, but -- and of course, you get some that are

6    going to be loud and boisterous and express their

7    displeasure with certain things, but that's just

8    human nature.

9              But I am not aware of any specific

10   comments that I received anyhow relative to the drop

11   boxes or their accessibility or lack thereof.

12        Q    Sure.  But you did say that you received

13   some comments expressing appreciation about the

14   24-hour box, right?

15        A    Yes, ma'am.

16        Q    Okay.  And were those -- I am wondering, I

17   guess, two things.  I want to know what that

18   generally was and also whether -- and maybe your

19   counsel can speak to this, whether -- because I

20   don't remember seeing that in production, so if it

21   was maybe oral communication, but if it was written,

22   we would appreciate that being produced.

23        A    I don't recall any written communication,

24   but, you know, as you go through the community --

25   even during elections we are not here in the office

Alan Hays
October 06, 2021

Page 78

1    24/7.  We go to the grocery store, we go to church,

2    we go to the barber shop, places like that, and

3    people say, oh, man, we really like that drop box

4    you got out there, you know --

5        Q       Sure.

6        A       -- that sort of thing.  So it's --

7        Q       Can you hear me?  There is a little bit of

8    lag on my side.

9        A       I can hear you just fine.

10       Q       Great.  Then aside from what you just

11   said, can you speak to any other comments that you

12   received about the 24-hour drop box?

13       A       In the 2020 election or in current

14   elections?

15       Q       But you don't have a 24 -- or do you have

16   a 24-hour drop box in the current election?

17       A       Well, the 24-hour drop box now is U.S.

18   Postal Service.

19       Q       I want to talk about that in a minute, I

20   did see that -- in the 2020 elections.

21       A       Then in the 2020 election, no, ma'am,

22   every -- I think I've related to you every comment

23   I've gotten.

24       Q       Okay.  That sounds good.  Why did Lake

25   County choose to have a 24-hour drop box when it

Alan Hays
October 06, 2021

1   first opened up in 2017?

2        A     Because one of our goals when I took

3   office was to do everything that we could do to

4   enhance the election day experience for everyone,

5   whether it be the voter, whether it be the election

6   worker or whether it be my full-time staff or my

7   temporary staff.  And by providing that convenience

8   of 24-hour access that is secure, we felt like that

9   was the right thing to do.

10            And I had consulted with supervisors in

11   other counties who had very successfully used it,

12   and so we decided to install one here and used it

13   very successfully.

14        Q     Okay.  If a vote-by-mail ballot is placed

15   in a drop box on the day before election day, that

16   ballot will be counted, right?

17        A     Of course.

18        Q     Can you be sure that if a vote-by-mail

19   ballot that is placed in a mailbox on the day before

20   election day will be counted?

21        A     No, ma'am.

22        Q     I am not sure if you know this, but do you

23   know about how many drop box ballots were voted in

24   Lake County the week before the election?

25        A     No, ma'am.

Alan Hays
October 06, 2021

Page 80

 1        Q    Okay.  Now I have a couple of questions

 2    about what I think you already talked to me about,

 3    these logs.

 4             You referenced -- so did the County

 5    maintain logs of voters who voted via drop box for

 6    all three federal elections in the year 2020?

 7        A    I don't think we did so for the PPP.  And

 8    I would have to check on the primary, whether or not

 9    we had them monitored.  We maintained the logs on

10    all those who used the drop boxes when we had the

11    monitors in place, I will put it that way.

12        Q    Okay.

13        A    Except now -- let me back up a moment,

14    too.

15             We did not record those ballots that were

16    dropped into the 24-hour box by name.  We did record

17    them by number because -- I never allow one person

18    to go out there to that drop box by themselves.  We

19    always send two people out, and we record the name

20    of the two people or the initials of the two people

21    that are out there and the time of day and what day

22    it is; and then we bring the ballots inside, count

23    them all and record the number of ballots that were

24    in the box at that particular harvest.  And that

25    does become a part of the 22-month retention record.

Alan Hays
October 06, 2021

Page 81

 1       Q      Okay.  Did you have logs for the drop box
 2   available inside the Supervisor of Elections office?
 3       A      Only after we were directed to have the
 4   monitors by the Department of State.
 5       Q      But to the extent that you maintained logs
 6   at other early voting locations, they were
 7   maintained on the same basis at the early voting
 8   location at your office, right?
 9       A      To the best of my recollection, yes,
10   ma'am.
11       Q      Okay.  So in terms of the drop box
12   available -- the 24-hour drop box, you said that you
13   recorded the number of voters who voted at that box.
14   I don't think that we have been provided with those
15   numbers.  Could you produce those to us?
16       A      Sure.
17       Q      After this deposition is fine.  They were
18   requested in discovery.
19              And do you know, to the extent they were
20   produced, that's fine, but that's something that we
21   haven't seen that -- your counsel can correct me if
22   they were produced -- the numbers, that would be
23   helpful to us.
24              MR. BARDOS:  Danielle, I do think they
25         were produced and I will check on that for you.

Alan Hays
October 06, 2021

Page 82

 1          MS. SIVALINGAM:  Thanks.  And if you could
 2      just confirm, we would really appreciate it.
 3          MR. BARDOS:  Sure.
 4  BY MS. SIVALINGAM:
 5      Q    Okay.  Do you, Supervisor Hays, have a
 6  sense of the types of voters who used the 24-hour
 7  drop box?  And I mean kind of asking for the
 8  demographic information in terms of age and race.
 9      A    I don't have a clue.
10      Q    Okay.  Do you have any reason to believe
11  that the demographics of individuals who used the
12  drop box at the early voting location -- at early
13  voting locations differed from those who used the
14  Lake County 24-hour drop box?
15      A    Again, I don't have a clue.
16      Q    Fine.
17      A    Danielle, maybe I am -- maybe I am
18  negligent in some way, but we pay no attention to
19  whether the person has hair or what color the hair
20  may be, what kind of clothes they are wearing, what
21  kind of car they are driving, whether they may be
22  this, they may be that.  No, we don't care.  If
23  it's -- if that person is a voter in Lake County, we
24  are going to give them 100 percent of our best
25  effort to enhance their election day experience in

Alan Hays
October 06, 2021

Page 83

1  whatever way it may be.

2       So I don't -- the only extent to which I

3  keep demographic records are those that are already

4  incorporated as part of the database.  But I don't

5  care what color they are, I don't care if they even

6  have a tan or not.  I mean literally, I am totally,

7  totally 100 percent neutral.

8     Q    I want to be clear, I am not indicating

9  any kind of negligence.  There is just some facts

10 that are relevant maybe in litigation that aren't

11 relevant, in your estimation anyway, to how you

12 conduct your job.  So there is just different

13 inquiries and just because you don't have the

14 information, that's completely fine, it's just a

15 question that I have to ask as part of our discovery

16 in this case.  And it's not implying anything really

17 and certainly not negligence.

18    A    Okay.

19    Q    By the way, not knowing is fine, but

20 sometimes I need to know whether or not you know.

21 And it's just to learn, you know, because if you

22 know, I am going to ask some other questions about

23 it.  If you don't, we'll move on, which is what

24 we'll do now.  Okay.

25       MR. BARDOS:  Danielle, before we move on,

Alan Hays
October 06, 2021

Page 84

1    the document that you were talking about before

2    that you were looking for, I believe it said in

3    response to request number 2, we produced it on

4    July 6, a document entitled 2020 General

5    Election.  I believe that's the document you

6    are looking for.

7         MS. SIVALINGAM:  Okay.  There is no Bates

8    stamp on that, is that correct?

9         MR. BARDOS:  That is correct.

10        MS. SIVALINGAM:  Okay.  Thank you.  We'll

11   take a look at that on a break and make sure

12   that it lines up with what we need, but I very

13   much appreciate it.

14   BY MS. SIVALINGAM:

15        Q    All right.  What changes do you

16   understand, Supervisor Hays, SB90 made to the law

17   concerning drop boxes in Florida?

18        A    The only thing that I am aware of is the

19   fact that you can no longer have a camera-monitored

20   drop box, you have to have an employee of your

21   office monitoring it.  And that's why we have the

22   postal service drop box out there instead of my own

23   drop box.

24        Q    Okay.  What is your opinion of SB 90's

25   requirement that drop boxes must be continuously and

Alan Hays
October 06, 2021

Page 85

1    physically monitored, as opposed to surveilled via

2    video?

3              MR. JAZIL:  Object to the form.

4       A    So do you want me to answer with my

5    opinion, or do you want me to be quiet?

6    BY MS. SIVALINGAM:

7       Q    I want you to answer with your opinion.

8       A    I think -- restate the question first,

9    please.

10      Q    Sure.  What is your opinion of SB 90's

11   requirement that the drop boxes must be continuously

12   and physically monitored, as opposed to surveilled

13   by video?

14      A    I think it's absurd, in one word.

15      Q    And why is that?

16      A    Because there is no monitoring that I am

17   aware of, whether it be cameras or in person, of the

18   thousands of mailboxes that are available to voters

19   all across the state of Florida.

20              Right here in front of my office is now a

21   postal service drop box, and any voter can put any

22   ballot in there they want to, and I don't have to

23   have the cameras on there.  I choose to keep the

24   cameras on there.

25              But just down the street at the post

Alan Hays
October 06, 2021

1    office, there are two other drop boxes that are

2    drive-bys that they can put them in right there, and

3    the list goes on and on and on.  And this

4    requirement not allowing camera surveillance is

5    absurd, in my opinion.

6         Q    Is it fair to say that you think that your

7    drop boxes were secure when they were solely -- or

8    your drop box outside your office was secure when it

9    was monitored solely via video?

10        A    I can best answer that by saying that it

11   has been there in place for every election since we

12   moved into this building, and I have had not one

13   instance of any kind of suspected malbehavior.  So

14   security, yes, it is very secure and -- you know, it

15   is what it is.

16        Q    Okay.  One thing that we didn't discuss,

17   but are you familiar with the 25,000-dollar penalty

18   provision of SB 90?

19        A    Oh, yes.

20        Q    Can you explain to me your understanding

21   of how that works?

22        A    My understanding is if that drop box at

23   any time is available for the -- to receive ballots

24   and it's not monitored, I am subject to a

25   25,000-dollar fine.

Alan Hays
October 06, 2021

Page 87

```
 1        Q     And to clarify, does it have to be
 2   monitored by an employee of your office, or can it
 3   be monitored by, for instance, the contract security
 4   service you used last year, to your understanding?
 5        A     My recollection of the wording of the law
 6   is it has to be an employee of my office, which in
 7   my mind would preclude the rent-a-cop.  Perhaps --
 8   let me call him or her the contract security person.
 9        Q     That sounds good.  Do you think that this
10   25,000-dollar fine required by SB 90 is necessary?
11              MR. JAZIL:  Object to the form.
12   BY MS. SIVALINGAM:
13        Q     You can answer.
14        A     Are you asking me what I think?
15        Q     Yes, I am.
16        A     I think it's a slap in the face, I think
17   it's insulting, I think it is totally unnecessary,
18   unwarranted and completely out of order.
19        Q     How, if at all, will the 25,000-dollar
20   fine impact Lake County's administration of drop
21   boxes in the 2022 election cycle?
22        A     First point of impact will be very
23   specific in our training; we will make it clear to
24   the person that is in charge, the clerk of -- the
25   person in charge of those early voting sites, that
```

Alan Hays
October 06, 2021

Page 88

1    under no circumstances will that box be available

2    for the deposition of ballots without a monitor

3    being there because I am not going to subject myself

4    to that 25,000-dollar fine.

5              So we will train them there, we will make

6    sure that even if that person has to take a potty

7    break or if they have to go to get a drink of water

8    or for any other reason, before they leave that drop

9    box, they will have another person there to monitor

10   it, and that will be one of our employees.

11        Q    Do you plan on double staffing any of your

12   drop boxes?

13        A    We very well have been discussing that.

14   We have not made the final decision, but I would say

15   that if pressed on the decision today, yes, ma'am, I

16   will double staff it because I am just not going to

17   pay the 25,000-dollar fine.

18        Q    Right.  Will either the 25,000-dollar fine

19   or the requirement that drop boxes be monitored by

20   employees, will that pose a burden on your office?

21        A    Well, it will certainly impose a financial

22   burden, but other than that, no big deal.

23        Q    Can you explain the financial burden?

24        A    Of course.  The cost of the people that

25   you pay to sit there and monitor the thing and

Alan Hays
October 06, 2021

Page 89

1    particularly if we do decide to double staff it.

2        Q    Okay.  And those costs, will you either

3    have to cut other services, or will those costs

4    ultimately be borne by the taxpayers?

5        A    The cost will be borne by the taxpayers.

6    We are not going to reduce our level of service.

7        Q    Okay.  You said in past years you were

8    able to, is it right, return certain -- return some

9    money to the voters, is that right, that goes in

10   line with your fourth goal of financial stewardship?

11       A    Yes, ma'am.

12       Q    Do you think that these financial burdens

13   on your office might affect your ability to return

14   funds to the voters in Lake County?

15       A    Well, it will certainly diminish the

16   amount of the refund.

17       Q    Okay.  Okay.  Now, very specifically

18   talking about a drop box, so not a USPS box, is it

19   correct that Lake County is not going to have a

20   24-hour drop box outside of the Supervisors of

21   Elections office during the 2020 election cycle?

22       A    That is correct.

23       Q    Is that because of SB 90?

24       A    Hang on a minute.  I think I misunderstood

25   you, Danielle.  Did you say during the 2020 election

Alan Hays
October 06, 2021

1    cycle?

2        Q    2022.

3        A    2022.  Well, if the law will change and

4    we, as a supervisors' association, are going to

5    appeal to the legislators the change.  But as the

6    law stands today, there will be no 24-hour drop box

7    available to the voters of Lake County except those

8    owned by the postal service.

9        Q    Right.  And just for now, I understand and

10   I do want to ask about your USPS box, but just

11   speaking about the drop box only and only speaking

12   about assuming SB 90 remains in place and your

13   current plans under the current law, to clarify -- I

14   just want to make sure I have this right -- Lake

15   County does not plan on having a 24-hour drop box

16   available outside the Supervisor of Elections office

17   during the 2022 election cycle?

18       A    That is correct.

19       Q    Thank you.  And then is that because of

20   SB 90?

21       A    Yes, ma'am.

22       Q    Can you explain?

23       A    What --

24       Q    Explain why, explain why under SB 90 you

25   can't have it.

Alan Hays
October 06, 2021

Page 91

1        A     It's included in the language of the law.

2    The law simply says that I have to have it monitored

3    by an employee of my office, and if I am not willing

4    to do that, then I can't have the box out there.

5        Q     **And it sounds like you are not willing to**

6    **do that?**

7        A     That is correct.  I am not going to pay

8    again for the -- I apologize, I am having to think

9    of the contract security company.  I am not going to

10   pay for one of them to sit out there for 24 hours a

11   day; that is, I think, a ludicrous use of the

12   taxpayer dollars and I am not going to do it.

13       Q     **Under SB 90, could you even pay for them,**

14   **or would it have to be an employee of your office?**

15       A     There you go.  It would have to be an

16   employee of my office, and I am not willing to do

17   that either.

18       Q     Okay.  So does that mean that Lake County

19   will not have -- I guess I should say will in the --

20   just speaking about the 2022 election cycle, under

21   the current legal framework, with SB 90 in place,

22   will Lake County have a -- so then will Lake

23   County's drop boxes only be available to voters

24   during early voting hours?

25             MR. BARDOS:  Object to the form.

Alan Hays
October 06, 2021

1    BY MS. SIVALINGAM:

2         Q    **To your knowledge.**

3         A    Under the current law, our plan for the

4    '22 election is to have drop boxes available at all

5    of our early voting sites during early voting hours

6    and here in our office during the hours in which we

7    are open, which actually is longer than the early

8    voting hours.  We open at the 8:00 a.m. every day,

9    Monday through Friday, and when early voting is

10   going on, we are even open those two Saturdays as

11   well.

12        So the drop box here in our office will be

13   available for them.  All the drop boxes will be

14   available except the one outside camera monitored,

15   that's the only one that won't be and it's now

16   stored in our warehouse.

17        Q    **Stored in the warehouse?  Okay.  So I do**

18   **want to ask you about this USPS box outside your**

19   **office.  And for me I think it would be most helpful**

20   **to look at an exhibit where you talk about it and**

21   **introduced the idea to the supervisors.**

22             MS. SIVALINGAM:  For my colleague, who is

23        going to put the name of the document up there,

24        it is the e-mail chain with Supervisor Hays and

25        other supervisors, including on the last chain,

Alan Hays
October 06, 2021

Page 93

1          Supervisor Carol Dunaway.

2               (Exhibit 5 was marked for identification.)

3        A     Boy, how do you make this thing bigger?

4     BY MS. SIVALINGAM:

5        Q     I know, it's a little bit -- I would use

6     the Zoom magnifying glass function.

7               MS. SIVALINGAM:  And I'll have the court

8          reporter mark this as Exhibit 5.

9        A     Direct me to what part you want.

10    BY MS. SIVALINGAM:

11       Q     I do want to ask -- so I would like to

12    start at the first e-mail that you sent, it's dated

13    May 26, 2021, at 9:07 p.m. where it says

14    "Colleagues."

15       A     Okay.

16       Q     Do you recognize this e-mail chain as an

17    e-mail chain between yourself and several

18    supervisors of elections?

19       A     Yes, ma'am.

20       Q     Okay.  Okay.  I actually -- I would like

21    to have you explain -- well, in this e-mail, it

22    seems like you have an idea about how to address the

23    drop box issue since SB 90, is that right?

24       A     Sure.

25       Q     Can you explain the idea that you present

Alan Hays
October 06, 2021

Page 94

1    to the other supervisors in this e-mail?

2         A    Well, the idea is very simple, in that our

3    voters had -- several of them had become accustomed

4    to bringing their vote-by-mail ballots here,

5    dropping them off in our private drop box.  To allow

6    them to continue the convenience of this location, I

7    asked the postmistress if she would bring one of her

8    drop boxes down here and put it in and that's what

9    they did.  So I am showing that to the rest of the

10   supervisors across the state, what I chose to do for

11   the convenience of my voters.

12        Q    Okay.  Thank you.  You also say, "While we

13   don't have to staff it, it is located in the same

14   place as our earlier more secure box was located."

15             Why was the earlier -- by earlier, you

16   mean the drop box that we saw a picture of in

17   Exhibit 3, right?

18        A    That's correct.

19        Q    Okay.  Why was that earlier drop box more

20   secure than the USPS box?

21        A    Well, because the contents of that box are

22   handled only by employees of my office.  It doesn't

23   go -- it comes directly from the voter directly into

24   our vote-by-mail department; it does not have to go

25   through the myriad of USPS stops along the way.

Alan Hays
October 06, 2021

Page 95

1           Now the box is -- the contents of that box

2    is retrieved by only one person, that person takes

3    it to the Tavares post office, it then goes from

4    there to the Lake Mary central postal facility, and

5    then hopefully the next day it comes back to us.

6           The postmistress recently did a test

7    herself and it was two days later before it came

8    back to the Tavares post office, and then it has to

9    come back to us.

10           So there is at least a two-day lag and

11    potentially longer lag before we get that ballot in

12    our hands.

13           So in that sense, it's more secure, in

14    that it's handled only by our office and not the

15    U.S. postal people.  It's more secure in the sense

16    that we have two people retrieving the ballots

17    instead of only one.

18           And then the actual opening of the box

19    itself, the postal service box, please keep this

20    secure and don't tell the public, but a person with

21    ill intentions could take a gallon jug or any size

22    container of liquid and have somebody else open the

23    trap door and just pour the liquid right into the

24    thing and wet every one of those ballots down in

25    there, and then we would have to go through the

Alan Hays
October 06, 2021

Page 96

1    process of duplicating and running them -- it would

2    just ruin -- it wouldn't ruin them, hopefully, in

3    the sense of not allowing us to get any duplication

4    quality out of them, but at least it would be a real

5    mess.  They could --

6    BY MS. SIVALINGAM:

7        Q    I understand the concern and that concern

8    that you just described about pouring water or

9    another liquid over ballots in the USPS box; sounds

10   like you designed your drop box to avoid that issue.

11   To your knowledge, did something like that happen in

12   Lake County in the USPS boxes?

13       A    No, ma'am.

14       Q    Okay.

15       A    That's why I don't want to talk outside

16   this circle here because we don't want to give

17   anybody any ideas.

18       Q    Okay.  This is -- I have to let you know

19   this is testimony that is public, but I guess -- I

20   hear you.

21            Okay.  So thanks for explaining that.

22            Now, if you can read -- and I know the

23   font is small, but it looks like at 9:53 p.m. you

24   sent an e-mail to Supervisor Brian Corley of Pasco,

25   where at a certain point you say, "I just hope the

Alan Hays
October 06, 2021

Page 97

1    USPS gets the ballot test promptly."

2              Other than what we've discussed, why would

3    you have a concern about promptness with regard to

4    the USPS?

5         A    Forgive me for chuckling at that question.

6    The U.S. Postal Service is notorious for tardy

7    deliveries.  After saying that, though, let me add

8    that our experience here in Lake County has been

9    very, very good with those folks.  We have had very

10   few late deliveries.  But the postal service

11   recently put out a notice to the entire country

12   saying that rather than first-class mail being

13   delivered in three days, we should now expect it in

14   five days.

15              So that -- I think that sort of speaks to

16   itself, of the notorious U.S. Postal Service

17   delivery schedule has been degraded along the way

18   over the last several years.

19        Q    Okay.  To your knowledge, this USPS box

20   that you placed where the drop box used to be

21   outside the Lake County Supervisor's office, any

22   ballots placed inside there would still have to go

23   through the processing that you described, right?

24              MR. BARDOS:  Object to the form.

25        A    Restate the question.

Alan Hays
October 06, 2021

 1    BY MS. SIVALINGAM:

 2         Q    I will restate the question.  Okay.  You

 3    said -- is it correct that you said that if a ballot

 4    is placed inside a drop box, your election workers

 5    empty the box and take it inside the Supervisor's

 6    office and go through the chain of custody, right?

 7    They go directly to your office, the ballots?

 8         A    That's correct.

 9         Q    I'm looking -- I want to clarify if -- to

10    the extent there is a difference with the USPS box

11    that's there now, the ballots would have to go

12    through processing through the U.S. Postal Service

13    before they reach your office?

14         A    That is correct.

15              Can I call a timeout here a minute?  My

16    computer with the exhibits on it has a battery

17    issue, which I thought we had it plugged in, but

18    apparently it's not working correctly.  So if I

19    could take a break for a moment and get that solved.

20              MR. BARDOS:  Yeah, let's go off the record

21       for a minute.

22              MS. SIVALINGAM:  Sure.

23              (Discussion off record.)

24              THE WITNESS:  I am back up and running.

25

Alan Hays
October 06, 2021

```
 1   BY MS. SIVALINGAM:

 2       Q     Because in your last -- in the last e-mail

 3   in this chain in Exhibit 5, you say something to --

 4   you say to Supervisor Dunaway that you were hoping

 5   to get the postmaster to have pickup people leave

 6   the ballots here with us instead of running them

 7   through the center; I have not made the request yet,

 8   but hopefully she will be in her election service

 9   frame of mind so we -- as we near the election, this

10   will consent.

11             I just want to know, have you reached any

12   sort of agreement with the postmaster whereby the

13   ballots inside the USPS box outside the Supervisor's

14   office do not have to go through U.S. Postal Service

15   processing before they reach your office?

16       A     To say we've reached an agreement I think

17   is -- that's one way to put it.  But I did -- since

18   we are having five city elections right now, I did

19   call her since that e-mail was written and she said,

20   Alan, I am sorry, but we have to follow the rules,

21   and I certainly understand that.  So the trip to the

22   post office, to Lake Mary, back to the post office,

23   and then to our office is the way that the postal

24   service is doing it.

25       Q     When you say have to follow the rules --
```

Alan Hays
October 06, 2021

1       A       The postal service rules.

2       Q       Right.  Which means that the ballots have

3    to be processed?

4       A       Yes, ma'am.

5       Q       Okay.  Let's pull up what I will mark as

6    Exhibit 6, it is --

7               MS. SIVALINGAM:  Francesca, it's the

8               e-mail with Supervisor Hays at the top, the

9               last e-mail in the chain is at 3:02 p.m. on the

10              27th of May, 2021.

11              (Exhibit 6 was marked for identification.)

12   BY MS. SIVALINGAM:

13      Q       Supervisor Hays, do you have that e-mail

14   up?

15      A       Yes, ma'am.

16      Q       We already talked about some things on

17   here, so I wanted to direct you to, I think, the

18   second-to-the-top e-mail of the chain where

19   Supervisor Stamoulis, I see the return-to-sender

20   policy for nonballots, that's the only wrinkle, that

21   sentence.  Once you've had a chance to read it, I

22   just would like to know if you know what the

23   supervisor meant by that.

24      A       Are you talking about the one that he sent

25   May 27 at 11:44:36 a.m.?

Alan Hays
October 06, 2021

1      Q      Oh, sorry, May 27 at 2:32 p.m.

2      A      (Examining Document.)

3             What was your question again, Danielle?

4      Q      **You respond to the e-mail.  Do you know**

5      **what he meant by, I see the return-to-sender policy**

6      **in that sentence, what he means by that sentence?**

7      A      Not particularly.  The return-to-sender

8      policy for nonballots is the only wrinkle, I don't

9      know.  I replied to him saying I agree they may be

10     confused, is the people may very well be confused

11     because it's a postal service box and they were

12     expecting it to be our box.  But beyond that, I have

13     no idea.

14     Q      **Yeah, I wasn't entirely sure either.  But**

15     **when you say, I agree that they may be confused, do**

16     **you mean voters may be confused as to whether it's a**

17     **drop box or a USPS box?**

18     A      Well, imagine yourself, you've become

19     accustomed to coming to the office and putting your

20     ballot in our white drop box.  And you come

21     expecting to find that box there again and all of a

22     sudden that box is not there, but they've got this

23     blue box there.  And the mental process you might go

24     through is, why in the world did they change this?

25             That's the point of confusion that I was

Alan Hays
October 06, 2021

1   referring to there.

2      Q    Okay.

3      A    And to that point, I say I plan to put a

4   sign nearby informing those choosing to use the box,

5   that it is not a drop box for our office but,

6   instead, the USPS.  We will be putting that out

7   there with each election season, particularly near

8   the end of the time when it might be critical for

9   the -- say the last week of -- before the election;

10  because if somebody drops it in there the day before

11  the election, they can pretty well kiss it goodbye,

12  it's highly unlikely that it will be here.

13     Q    Do you have any concern that due to the

14  location of the USPS box, it may -- well, never

15  mind.  I will move on.

16          Would you agree that -- do you know, I

17  guess, if every county in Florida is planning to

18  replace -- every county in Florida that had a

19  24-hour drop box is planning to replace that drop

20  box with a USPS box?

21     A    I have not heard of any that are planning

22  to do that.

23     Q    Okay.

24          MR. JAZIL:  This is Mo for the Secretary.

25  I lodge an objection to the last question.

Alan Hays
October 06, 2021

1    BY MS. SIVALINGAM:

2         Q    Okay.  Turning back, I do have one more

3    question about one of your e-mails on this chain.

4    This one is the e-mail Thursday, May 27 at 2:03 p.m.

5    from you to Supervisor Stamoulis.  The line where

6    you say, of course, can you read that sentence?  It

7    says, "Of course, my strong desire is to show the

8    Legislature how wrong their restrictions are and

9    have them allow us to again use our own secure

10   camera-monitored drop box available 24/7."

11             Would you agree then that the USPS box

12   that you placed outside the Lake County Supervisor's

13   office is an inadequate substitute for the 24-hour

14   drop box that was previously located there?

15             MR. BARDOS:  Object to the form.

16   BY MS. SIVALINGAM:

17        Q    You can still answer.

18        A    It would be my opinion that the USPS box

19   is subjecting those ballots to an unnecessary chance

20   of being misplaced or disfigured or destroyed or

21   lost or anything else that would preclude those

22   votes from being counted.

23             And it's my firm conviction that the box

24   that we had out there that was monitored by the

25   cameras was exceptionally adequate and highly

Alan Hays
October 06, 2021

1   secure.

2       Q    Okay.  And the provision of SB 90 that we

3   have been discussing concerning drop boxes,

4   including the fine and the requirement that -- a

5   continued monitoring by an employee, so I'm talking

6   about the whole provision, not just the monitoring

7   piece of it, do you think that this provision of

8   SB 90 will be a burden to voters?

9            MR. BARDOS:  Object to the form.

10      A    Do I think the provision of SB 90

11  requiring the monitoring of drop boxes will be an

12  imposition to the voters?  Is that your question?

13  BY MS. SIVALINGAM:

14      Q    A burden, inclusive of also the piece of

15  the provision that includes the fine.

16           MR. BARDOS:  Object to the form.

17      A    Well, if -- it's my recollection -- and

18  you lawyers will have to clarify for me, but I

19  believe the stipulation was -- on the $25,000, it's

20  a civil fine, and if I am correct, that means I've

21  got to pay it out of my pocket, that the taxpayers

22  will not be able to pay that for me.

23           THE WITNESS:  Is that correct, Andy?

24           MR. BARDOS:  I can't help you out.  You

25      are on your own for now.

Alan Hays
October 06, 2021

Page 105

1      A    Well, you know, here you may -- directly,

2    no.  I don't think -- I don't think the voters will

3    be directly affected in a manner that they will

4    notice that -- I mean, to Joe --

5    BY MS. SIVALINGAM:

6      **Q    Would it be helpful if I clarify, maybe**

7    **just is the removal of the 24-hour drop box a burden**

8    **to voters?**

9          MR. BARDOS:  Object to the form.

10     A    Danielle, I really don't know how -- what

11   new information I have to offer --

12   BY MS. SIVALINGAM:

13     **Q    If you think you've answered, that's fine.**

14     A    -- that question because I think at least

15   I tried to be very clear that the utilization of a

16   postal service drop box is -- is subjecting those

17   ballots to potential disfigurement and other harms

18   that the voters would not have if they were using my

19   drop box.  Does that answer your question?

20     **Q    Yes.**

21     A    Okay.

22     **Q    Okay.  I want to make sure that -- I think**

23   **you told me earlier that no one had reported and you**

24   **were not familiar with any instances of suspicious**

25   **activity with regard to the 24-hour drop box.  I am**

```
 1    curious as to all of the drop boxes available in

 2    Lake County, including the ones available only

 3    during early voting hours and the one in your

 4    office, inside your office.

 5             At any time during the 2020 elections, did

 6    anyone monitoring the drop boxes report any problems

 7    with the drop box?

 8        A    No, ma'am.

 9        Q    Okay.

10             MS. SIVALINGAM:  Are you guys going to

11    take a lunch break?

12             MR. BARDOS:  How much more do you think

13    you have, Danielle?

14             MS. SIVALINGAM:  Probably about two hours,

15    maximum.

16             MR. BARDOS:  Yeah, I think we should take

17    a lunch break then when it's a convenient time.

18             MS. SIVALINGAM:  Whatever works for you.

19    I know it's close to his lunch there.

20             MR. BARDOS:  Alan, what do you think?

21             THE WITNESS:  The sooner, the better, I

22    guess.

23             MR. BARDOS:  Let's take a lunch break then

24    and we can reconvene.

25             MR. JAZIL:  Andy, this is Mo, just for
```

Alan Hays
October 06, 2021

1   planning purposes, can we get a sense of how

2   many more cumulative hours of questioning folks

3   have?  Because I know the Department of State,

4   and George is sitting here with me for the

5   intervenors, we have a few questions, too.  We

6   just want to make sure we have adequate time.

7        MR. BARDOS:  Anyone else who plans to ask

8   questions, what are your thoughts on that?

9        MR. NASSERI:  For the NAACP plaintiffs, I

10  probably will not have -- I doubt it will be

11  over like an hour and a half, maybe two hours

12  at the absolute maximum, but I --

13       MS. SIVALINGAM:  I will try to be

14  judicious.  Of course, I do want to hear

15  Supervisor Hays to the fullest extent and don't

16  want to cut off anything important that he has

17  to say.

18       MR. BARDOS:  Is anybody else planning at

19  this point to ask questions?

20       MR. BUDHU:  Yeah, this is Ryan Budhu for

21  Florida Rising plaintiffs, I am looking at

22  maybe 45 minutes to an hour.

23       MR. BARDOS:  Mo, do you think that gives

24  you the time you need?

25       MR. JAZIL:  I would like to ask about an

Alan Hays
October 06, 2021

Page 108

1    hour and a half worth of questions.  I am here

2    with George, so -- for the intervenors, and the

3    Secretary will streamline as much as possible.

4    I don't know if that puts you over seven hours.

5         MR. BARDOS:  What if we take our lunch

6    break now and we can continue our planning

7    discussion.  To the extent that the plaintiffs

8    can streamline and avoid duplication, I would

9    appreciate it.

10         THE WITNESS:  That was going to be my

11    question, Andy, is how many -- Lord have mercy,

12    you are talking about six or seven hours here

13    additional, which I can stay, but how many of

14    these questions are going to be repetitive?  I

15    am, candidly, not inclined to answer the same

16    question three different times just because

17    there is three different lawyers here, unless I

18    am absolutely required to.

19         MR. BARDOS:  Yeah, let's go ahead and go

20    off the record for the lunch break at this

21    point.  And I think that's important, if the

22    plaintiffs could streamline their questions.  I

23    think we've made some of the same points

24    multiple times, and to the extent that other

25    plaintiff groups plan to ask the same

Alan Hays
October 06, 2021

```
 1          questions, it's enough if it's been done once
 2          before.  So let's try to be efficient when we
 3          reconvene.
 4                  (A recess took place from 12:48 p.m. to
 5          1:30 p.m.)
 6    BY MS. SIVALINGAM:
 7          Q    So, Supervisor Hays, I'm going to switch
 8    gears now and ask some questions about ballot
 9    collection.  And we already discussed, when you were
10    telling me about the different ways that folks can
11    return their ballots, that prior to SB 90's passage,
12    in Lake County unpaid individuals could return
13    voters' ballots to your office, is that right?
14          A    Sure.
15          Q    Okay.  Did civic groups -- to your
16    knowledge, did civic groups in Lake County ever help
17    collect ballots?
18          A    I could not give you any instance of such
19    occurrence that I'm aware of.
20          Q    Can you explain what you understand to be
21    SB 90's change about ballot collection?
22          A    Simplest way to say it is it prohibits
23    ballot harvesting, the details of which are not
24    right here on the tip of my tongue right now, I'm
25    sorry.
```

Alan Hays
October 06, 2021

1      Q      That's okay.  Do you understand SB 90 to

2    make it a crime to return more than two ballots

3    unless those ballots belong to an immediate family

4    member as defined by statute?

5      A      I think that would probably be correct.

6      Q      Okay.  So we -- I think we talked about

7    this and you said that you testified before the

8    Florida Senate about SB 90.  And does it sound right

9    that those remarks would have been on or around

10   March 10, 2021?

11     A      That's correct.

12     Q      Okay.  My colleague Mr. Nasseri had a

13   portion of your remarks those days transcribed and

14   I'd like to pull up that transcription and mark it

15   as -- I think we're on Exhibit 7.  Is that right?

16            (Exhibit 7 was marked for identification.)

17   BY MS. SIVALINGAM:

18     Q      And mark it as Exhibit 7 and I believe

19   your attorney just sent me that document.  It wasn't

20   in the zip file that I sent, it was in Mr. Nasseri's

21   zip file that we also just had it sent to you

22   separately.

23            MR. BARDOS:  I just e-mailed it to you,

24       Alan, maybe 5 to 10 minutes ago.

25            (Discussion of the record.)

Alan Hays
October 06, 2021

Page 111

1            THE WITNESS:  Committee on government

2       affairs, I guess.  Okay.  There we are.

3            MS. SIVALINGAM:  Yes.  That's the one.

4   BY MS. SIVALINGAM:

5       Q    Okay.  So this is a transcription of your

6   remarks.  To the extent anything doesn't seem

7   accurate, you should let me know.  But we did -- or

8   Mr. Nasseri did endeavor to have them transcribed,

9   your remarks transcribed word for word to my

10  understanding.

11           Okay.  So I have a question about remarks

12  on page 2, the second to the last box where it

13  should say, I think, Supervisor Hays, beginning with

14  "I don't know."  And you might want to read Senator

15  Torres's question right before then to contextualize

16  your remarks.

17           I want to give you a minute to read it.

18  When you're done reading, will you let me know?

19      A    (Examining Document.)

20           Okay, I'm through.

21      Q    Okay.  To your memory does this statement

22  accurately reflect a portion of your testimony

23  before the Florida Senate committee on government

24  oversight and accountability on or around March 10,

25  2021?

1        A     Yes, ma'am.

2        Q     Okay.  Here you reference tax collectors

3    that have drop boxes in their offices similar to

4    drop boxes that banks use for night depositories.

5    Can you describe or explain what you mean by that?

6        A     I think it's pretty well self-explanatory.

7    Are you not familiar with what bank drop boxes look

8    like?

9        Q     I am not familiar with what a tax

10   collector -- actually, no, I'm not.  Can you explain

11   that?  Not at least potentially --

12       A     Well, they vary in their construction and

13   I wouldn't attempt to go into all that kind of

14   detail but they're -- most of the time they're built

15   in, they're not just attached to the outside of the

16   building, they're built in and you -- and sometimes

17   it's something just simple as a mail slot in a door

18   that you can lift a little flap and stick stuff

19   through, but then other times it's a formal box that

20   you put stuff in.

21             I mean, I'm sorry, here in Florida we have

22   them all over the place.  Everybody's familiar with

23   them.

24       Q     Okay.  I think I -- I think your

25   description makes sense now.  And are you saying

Alan Hays
October 06, 2021

Page 113

1    here in your testimony that tax collectors have

2    something similar to that?

3        A    Absolutely, that's what it says.

4        Q    And by tax collector, just to clarify, is

5    that an official government worker or ...

6        A    Here in Florida we have five

7    constitutional officers and the tax collector is one

8    of those.

9        Q    Okay.  Okay.  So is it correct that you

10   testified that voters in Lake County have confused

11   drop boxes at tax collector offices for supervisor

12   of election drop boxes?

13       A    No, ma'am, I didn't say anything about the

14   voters being confused that I recall.

15       Q    Okay.

16       A    I wouldn't suppose that they were.  Just

17   the mere fact that the tax collector brought us the

18   ballots tells you that the voter accomplished their

19   purpose which was getting the ballot to us.

20       Q    Okay.  But -- okay.  That's fair.  So --

21   but you are saying that there was a phenomenon

22   whereby voters in Lake County dropped off -- at

23   least some voters dropped off vote-by-mail ballots

24   in tax collector drop boxes rather than official

25   supervisor of election drop boxes?

Alan Hays
October 06, 2021

Page 114

1       A     That is correct.

2       Q     And oftentimes tax collectors delivered

3    those ballots to you?

4       A     That is correct.

5       Q     Had they not -- and we don't know if they

6    haven't in certain instances -- you would not

7    receive those ballots as you do in the way that you

8    do in supervisor of election drop boxes?

9       A     That's correct.

10      Q     Okay.  Just wanted to understand the

11   distinction.

12            So after the tax collector brought you

13   those ballots, did you accept them?

14      A     Of course.

15      Q     And did you process them?

16      A     Absolutely.

17      Q     And do you understand that process of tax

18   collectors bringing ballots to you, in the instance

19   of if it was more than two ballots, to still be

20   permitted under SB 90 restrictions on ballot

21   collection?

22      A     I never gave it a thought.

23      Q     Could you give it a thought?

24      A     If I were, I would want to have the

25   language of Senate Bill 90 right here in front of me

Alan Hays
October 06, 2021

Page 115

1    and then analyze it.  But for this discussion, I

2    think that's beyond my ability.

3        Q    Well, I would like to know your opinion,

4    as a supervisor of election, as to whether you would

5    be able to accept these ballots that were dropped

6    off at tax collector offices rather than your office

7    or box, I should say, rather than your box.  I'm

8    happy to have -- we can pull up the text of SB 90.

9            MR. BARDOS:  This is a question he just

10        answered.

11   BY MS. SIVALINGAM:

12       Q    Okay.  Fair enough.  Okay.

13       A    Can I ask -- what are you fishing for?

14   Maybe I can help you get to the point.

15       Q    Yeah, well, okay.  If SB 90, as we've

16   discussed, right, says that other than immediate

17   family members, an individual can only return two

18   ballots, right, or else they face criminal

19   penalties?

20       A    There again, I don't have the thing -- and

21   see, Senate Bill 90 went through several different

22   iterations and without the final copy here in front

23   of me, I'd prefer not to answer that specific a

24   question; but, you know ...

25       Q    But I think then you should have SB 90 in

Alan Hays
October 06, 2021

Page 116

1  front of you if you're not sure about this

2  provision, because I have a couple questions about

3  this provision and I don't see a reason why you

4  shouldn't see the text.

5      A    Maybe we better call a time out, go get

6  the bill.

7      Q    I have the bill as one of the potential

8  exhibits.

9      A    Oh, okay.

10     Q    It would be -- let me pull it up.  It's

11  one of the last ones in this zip file.

12          MS. GIBSON:  I added it in the chat box.

13          MS. SIVALINGAM:  Thank you.

14          THE WITNESS:  Okay.  Give me the line

15      number, please.

16          MS. SIVALINGAM:  Can you give me a minute

17      to pull up the right line.  I think -- can we

18      go off for a minute.

19          (Discussion off record.)

20  BY MS. SIVALINGAM:

21     Q    It is page 47, beginning at line 1356 and

22  through line 1367.

23     A    Any person that -- (unintelligible.)

24          THE STENOGRAPHER:  If you are going to

25      read, please read out loud so I can understand

Alan Hays
October 06, 2021

Page 117

1      you.

2           THE WITNESS:  Oh, I'm sorry, Sandi.  Just

3      forgot it, I'm reading to myself.  Yeah.

4           Okay, what's your question, Danielle?

5  BY MS. SIVALINGAM:

6      **Q    Sure.  So I'm wondering if, let's say,**

7  **three or four vote-by-mail ballots were placed in a**

8  **tax collector's drop box and then that tax collector**

9  **brings those ballots to you, if that is a -- if you**

10 **can even accept those ballots or if that is in**

11 **violation of SB 90?**

12          MR. BARDOS:  And I'll object that it calls

13     for a legal conclusion.

14 BY MS. SIVALINGAM:

15     **Q    Okay.  But you can answer.**

16     A    Well, you have to understand my office is

17 a ministerial office.  We have no enforcement

18 ability, we have no investigative authority and no

19 prosecutorial authority.  If we suspect anything is

20 amiss, we are to refer that to the state attorney's

21 office.  And to be sticking right here, perhaps I

22 could turn in the tax collector to the state

23 attorney's office and let them take care of that.

24     **Q    Okay.  But to your understanding, the tax**

25 **collector could not turn in more than two forms**

Alan Hays
October 06, 2021

Page 118

1    under this provision?

2            MR. BARDOS:  Hold on, hold on, let me

3        just -- same objection, calls for a legal

4        conclusion and asked and answered several

5        times.

6    BY MS. SIVALINGAM:

7        Q    Okay.  I won't ask you again but I would

8    like an answer.

9        A    Well, I'm not a lawyer but I can read

10   where it says "any person."  That would include you

11   or anybody else.

12       Q    Okay.  All right.  We'll move on.

13           MS. SIVALINGAM:  Mr. Salzillo, do you

14       intend to say something or --

15           MS. SIVALINGAM:  Okay.  I would like to

16       bring up Exhibit 8.  This is the Lake County

17       survey response.

18           (Exhibit 8 was marked for identification.)

19           MR. BARDOS:  Did we make Senate Bill 90 an

20       exhibit?  Was that Exhibit 8?

21           MS. SIVALINGAM:  Oh, you know what, you're

22       right.  Let's do that.  So then this is

23       Exhibit 9.

24           (Exhibit 9 was marked for identification.)

25           THE WITNESS:  I've got it up.

Alan Hays
October 06, 2021

Page 119

1  BY MS. SIVALINGAM:

2      Q    Okay.  Do you recognize this document,

3  Exhibit 9?

4      A    Oh, now I do, yes.  That is the quiz that

5  came from the House of Representatives committee on

6  public integrity and elections.  It was their

7  survey.

8      Q    And did you fill out this survey in

9  Exhibit 9?

10      A    Yes, I did.

11      Q    Okay.  Do you know around when you did?

12      A    No, ma'am.

13      Q    Okay.  Go to page 4, right at the bottom.

14  Let me know when you're there.

15      A    I'm there.

16      Q    And can you just take a moment to read the

17  last bullet point?

18      A    "Did you receive any reports of ballot

19  harvesting in your county."  And the answer is "no."

20      Q    Okay.  What do you understand ballot

21  harvesting to mean?

22      A    When people go out and collect bunches of

23  ballots.  And "bunches" is an indeterminate number

24  but it is what it is.

25      Q    Okay.  And your survey response where you

Alan Hays
October 06, 2021

Page 120

1    say your county did not receive any reports about

2    ballot harvesting, that was in relation to the 2020

3    general election, right?

4         A    Yeah, as far as I know all the questions

5    in that quiz were but, you know, that's been six

6    months ago or longer.

7         Q    Okay.  Well, did Lake County have a

8    problem with ballot harvesting in the 2018

9    elections, to your knowledge?

10        A    To my knowledge, there has been no problem

11   with ballot harvesting in Lake County, Florida,

12   since I became supervisor of elections.

13        Q    Thank you.  All right.  Earlier we

14   discussed the ways before SB 90 a voter could

15   request a vote-by-mail ballot.  And one thing that

16   we have not discussed yet was the duration of a

17   voter's vote-by-mail request.  So I have some

18   questions about that.

19             Before SB 90's passage, could a voter

20   request that their vote-by-mail status last for four

21   years?

22        A    That is correct.

23        Q    Or in other words, two general election

24   cycles?

25        A    Right.

Alan Hays
October 06, 2021

 1      Q    Or could voters simply request that their
 2  vote-by-mail ballot be good for a single election?
 3      A    That is correct.
 4      Q    Okay.  To your knowledge, did the majority
 5  of voters in Lake County who requested a
 6  vote-by-mail ballot request that ballot be good for
 7  two general election cycles rather than a single
 8  election?
 9      A    I haven't looked at those statistics and
10  really have no idea.
11      Q    Okay.  That's fine.  Did anyone in Lake
12  County tell you that they wished that they could not
13  request a vote-by-mail ballot for two general
14  election cycles?
15      A    Restate that question please.
16      Q    Sure.  Did any voter in Lake County tell
17  you that they wished they could not request that a
18  vote-by-mail ballot -- that their vote-by-mail
19  ballot request be good for two general election
20  cycles?
21      A    I hate to be slow here.  Are you asking me
22  did anybody complain because they could -- did they
23  say that they wished they could not request it for
24  two election cycles?
25      Q    Exactly.

Page 122

```
 1        A     No.  Nobody said that.
 2        Q     Okay.  What is your understanding of how
 3   Senate Bill 90 changed the duration or permanency of
 4   a vote-by-mail ballot request?
 5        A     Very simply.  It cut it from a four-year
 6   duration to a two-year duration.  Instead of two
 7   general election cycles, it's good for only one now.
 8        Q     Okay.  Do you understand that the request
 9   as now under Senate Bill 90 only -- the request for
10   a vote-by-mail ballot can only be good through the
11   end of the calendar year of the next general
12   election?
13        A     Of course.
14        Q     Okay.  And I just want to understand how
15   this works in practice because I think sometimes
16   when you talk about duration, it can be a little
17   theoretical.
18              So do you understand the law now to be
19   that if a Florida voter makes a request to
20   vote-by-mail on October 20th, 2022, and they make
21   the request for the maximum amount of time that they
22   can have a vote-by-mail request on file, their
23   request would now be expired by December 31st, 2022?
24        A     That is -- I would expect a strict
25   interpretation of the wording of the bill, which is
```

Alan Hays
October 06, 2021

1   now law.

2        Q    Okay.  And do you have a different

3   interpretation other than that strict

4   interpretation?

5        A    No, ma'am, I have to go by what the lawyer

6   says.

7        Q    Okay.  Okay.  But in this circumstance,

8   the request would have only been valid for one

9   election, right?

10       A    That's right.

11       Q    Okay.  So earlier you testified that Lake

12  County does not have an option to request a

13  vote-by-mail ballot via check box on a ballot

14  envelope but you -- but is it right that you had

15  intended to do so in the future if possible?

16       A    That is correct.

17            MS. SIVALINGAM:  Okay.  And I want to

18       bring up Exhibit 10.  Right?  Yes, we're on 10.

19       Okay.  This is going to be the text message

20       chat.

21            (Exhibit 10 was marked for

22       identification.)

23  BY MS. SIVALINGAM:

24       Q    Let me know once you've read it.

25       A    Sure.

Alan Hays
October 06, 2021

Page 124

1        Q     Okay.  Exhibit 10 is a text message chain

2    with Hillsborough County SOE.  Do you know if that's

3    Craig Latimer?

4        A     Yes, ma'am.

5        Q     And then also on the chain is David Ramba?

6        A     Yes, ma'am.

7        Q     Is David Ramba the FSE's lobbyist?

8        A     Yes, ma'am.

9        Q     Okay.  And then you are also on the text

10   message chain?

11       A     That is correct.

12       Q     And we know that this document was

13   produced by Paul Lux, supervisor of elections for

14   Okaloosa County.  So would you agree that where it

15   says Alan Hays, that is you?

16       A     Absolutely.  There is no other.

17       Q     Great.  And the text beneath your chain --

18   your name on the chain was, in fact, sent by you?

19       A     I suppose so.  I'd have to go back and

20   look through all of my own text messages if they're

21   still there.  I have no idea.

22       Q     No reason to believe it's not you, though?

23       A     No.

24       Q     Good.  Okay.  And in the text message

25   chain, Craig Latimer says "Ingoglia just said our

Alan Hays
October 06, 2021

1    check box is no good."  Do you know what Supervisor

2    Latimer meant by that statement?

3         A    No, I don't because I don't -- I don't

4    recall the setting in which this exchange took

5    place.

6         Q    Okay.  All right.  Do you think that after

7    SB 90 voters can no -- can you -- can you go through

8    with your intent to have the check box method of

9    requesting vote-by-mail ballots now that SB 90 is in

10   place?

11        A    I will not go through with it.

12        Q    -- explain why?

13        A    I'm sorry, you broke up.

14        Q    Can you explain why?

15        A    Yeah, because the way I interpret Senate

16   Bill 90, the check box is no longer a valid way to

17   do it.  That's one of the -- one of the things that

18   our association is going to attempt to get rectified

19   in this coming legislative session, try to explain

20   to them that the check box is being put there so

21   that the voter who has already provided us with the

22   necessary identification numbers, once we verify

23   that that signature on that return envelope is

24   indeed that of the voter whose it's supposed to be,

25   then we could take that check box as being put there

Alan Hays
October 06, 2021

Page 126

1    by that voter who is already a proven registered

2    voter and the identification numbers have come that

3    way as well.

4            So, you know, that's what we're going to

5    try to do.

6        Q    Okay.

7        A    The way the law is right now, I'm not

8    going to be doing the check box.

9        Q    And can you briefly tell me why you would

10    have wanted to do a check box?

11        A    For the convenience of the voter.

12        Q    Okay.  Does it make requesting

13    vote-by-mail ballots easier?

14        A    Of course.

15        Q    And does it make it less likely that

16    they'll forget to request a vote-by-mail ballot?

17        A    Sure.

18        Q    Sorry, you cut through for me on that?

19        A    Sure.

20        Q    Okay, thanks.

21            Turning back briefly to Exhibit 10, you

22    say "another way to make VBM difficult."  Do you

23    remember what you meant by that?

24        A    Not at this point.  Again, I would have to

25    go back and try to reconstruct the whole setting of

Alan Hays
October 06, 2021

1    what other ways might have been discussed.  No.

2    Short answer to the question, I don't know.

3        Q    All right.  Thank you.

4             Aside from what we discussed with regard

5    to the check box, does the shorter validity period

6    affect your office's ability to plan and

7    administer -- the shorter validity period that we've

8    been discussing about vote-by-mail request ballots

9    affect your office's ability to plan and administer

10   elections?

11       A    Not really.

12       Q    Okay.  Will there be any fiscal burden?

13       A    I am sure that if one were to calculate

14   the fact that we would have to be taking clerical

15   time to enter the vote-by-mail requests every two

16   years instead of every four years, yes, that would

17   be considered a fiscal impact.  But beyond that, I

18   don't know of any impact that it would have.

19       Q    All right.  So now switching gears again

20   entirely now to talk a little bit about registering

21   to vote.

22            And you went over the ways that a voter

23   can register to vote in Lake County earlier with me.

24   I think you mentioned in person at your office and

25   DMV -- at the DMV and online.  Can voters also

Alan Hays
October 06, 2021

Page 128

1    register to vote using a third-party voter

2    registration organization?

3         A    Sure.

4         Q    Okay.  Do you receive -- do you know about

5    how many voter registrations you receive annually

6    from voters who register to vote by third-party

7    voter registration organizations?

8         A    No, ma'am.

9         Q    Okay.  Are you generally familiar with the

10   law governing voter registrations conducted by

11   third-party voter registration organizations in

12   Florida?

13        A    Yes, ma'am.

14        Q    Okay.  Do you know what happens to voter

15   registration forms turned in after the, I believe

16   it's now a 14-day period that they have to turn in

17   ballots?

18        A    I would have to --

19             MR. BARDOS:  Objection.  Objected to form.

20        Go ahead.

21        A    I would have to dig out all the rules and

22   the procedures and everything.  Just on its face, if

23   they -- we check the date and if it's turned in more

24   than 14 days after it was signed, then it should be

25   disallowed, would be my first reaction.  But again,

Alan Hays
October 06, 2021

1    I would have to check the law and the rules of the

2    division of elections, all that sorts of stuff.

3    BY MS. SIVALINGAM:

4         Q    Okay.  I hear you.  That makes sense.  Did

5    you have any problems in the 2020 election cycle

6    related to third-party voter registration

7    organizations turning in applications late?

8         A    Not that I'm aware of.

9         Q    Okay.  Are you aware of any complaints

10   from voters about third-party voter registration

11   organizations turning in voter applications late in

12   Lake County?  And now that question should apply

13   beyond just the 2020 election cycle.

14        A    None that I'm aware of.

15        Q    Okay.  Are you aware of any incident in

16   Lake County where a voter was prevented from voting

17   because of a third-party voter registration

18   organization turning in a registration application

19   late?

20        A    No, ma'am.

21        Q    Okay.  Now I have some questions about

22   in-person voting.

23        A    About what?

24        Q    In-person voting?

25        A    Oh, okay.

Alan Hays
October 06, 2021

1        Q        I believe you mentioned Lake County did

2    not have long lines at the polls in 2020, is that

3    right?

4        A        Yes.

5        Q        How do you define a long line?

6        A        Just on the face of it, it's a very

7    subjective term.  But I'll put it this way:  I did

8    not receive any complaints from any voters in any

9    precinct in Lake County complaining about an

10    excessive wait time in order for them to vote in

11    person.

12        Q        Are you aware that at least some counties

13    in Florida have a history of long lines at the

14    polls?

15        A        Sure.

16        Q        Okay.  In past elections have civic groups

17    or volunteers not associated with your office

18    provided water or food to voters in line waiting to

19    vote in Lake County?

20        A        Not to my knowledge.  See, we -- here's

21    the way we run things in Lake County.  Within a

22    150-foot radius from the front door of the polling

23    place, whether it be early voting place or election

24    day place, there is a no solicitation zone in that

25    150-foot radius.  We do not allow any activity, any

1    contact with the voters inside that radius except

2    for exit polling.

3              Once they come inside that 150-foot

4    radius, nobody is allowed to interact with them

5    except the election workers themselves.

6        **Q    Okay.  And that would be even individuals**

7    **in a nonpartisan capacity?**

8        A    Ma'am, nobody means nobody.

9        **Q    Okay.  Well, nobody aside from election**

10   **workers.  Okay, that makes sense.  Just wanted to be**

11   **sure but I do appreciate it.**

12            **Are there any other problems caused by**

13   **Senate Bill 90, in your view, that we have not yet**

14   **talked about?**

15       A    None that come to mind right offhand.

16       **Q    Okay.  Have we already discussed all the**

17   **financial or administrative burdens that Senate**

18   **Bill 90 may impose on your office?**

19       A    As far as I know.

20       **Q    Have you submitted to the Board of County**

21   **Commissioners in your county a proposed budget for**

22   **2022?**

23       A    Sure.

24       **Q    And do you know -- I would just ask that**

25   **if you haven't produced that document, that it be**

Alan Hays
October 06, 2021

1    produced.

2         A    We can produce it.

3         Q    **Great.**

4         A    Send you the same document that I sent to

5    the Board of County Commissioners.

6         Q    **That's what we would want.**

7         A    Okay.

8         Q    **Okay.**

9              MS. SIVALINGAM:  I think I am almost done

10        with my questioning.  So before I finish I want

11        to just make sure I have everything.  Can I

12        just take like three minutes to make sure?

13             MR. BARDOS:  Yeah, no problem.

14             (Short pause.)

15   BY MS. SIVALINGAM:

16        **Q    Okay.  One more question, Supervisor Hays.**

17   **That budget that you submitted to the Board of**

18   **County Commissioners which you will produce to me,**

19   **do you know if it's been approved yet?**

20        A    Yes, ma'am.

21             MS. SIVALINGAM:  Okay.  So those are all

22        the questions I have right now.  After -- I may

23        have a couple more questions at the end after

24        the defendants ask a few questions.  But that's

25        it for now.

Alan Hays
October 06, 2021

Page 133

 1              MR. BARDOS:  Okay.  Thank you, Danielle.

 2        Cyrus, are you next?

 3              MR. NASSERI:  Yes, I believe I'm up.

 4                    CROSS EXAMINATION

 5   BY MR. NASSERI:

 6        Q    Okay.  So good afternoon, Supervisor Hays.

 7        A    How are you?

 8        Q    My name is Cyrus Nasseri and I represent

 9   the Florida State Conference of the NAACP Disability

10   Rights Fund and Common Cause.  I'm going to ask you

11   a few more questions.

12              Just for your information, so my clients

13   have a couple of claims that are different from

14   Danielle's so the topics are generally similar but

15   I'll try my best not to repeat anything because we

16   do have kind of different claims in this matter that

17   need different information.

18              So if we just quickly go back to your

19   experience.  How many years have you been involved

20   in Florida, either government or elections?

21        A    This is my 17th year.

22        Q    Can you repeat that, sorry?

23        A    This is my 17th year.

24        Q    Seventeenth year.  And how many years were

25   you in the state Senate?

Page 134

1      A     Six.  I was in the House for six, I

2   served -- this is my fifth year, 12, 5 more makes 17

3   as supervisor.

4      Q     Okay.  And you've been a Republican for

5   that entire duration, is that correct?

6      A     Absolutely.

7            Can I ask you a question?

8      Q     Sure.

9      A     What difference does it make?  Republican

10  or Democrat or an NPA?  I can tell you right now, in

11  this office we don't care.

12     Q     I appreciate that.  It's honestly just so

13  I can kind of cover my bases and get all the

14  information about you.

15     A     Okay.

16     Q     Yeah.  I appreciate that and I can tell

17  that you're not partisan by the way that you -- the

18  law.  So I appreciate that.

19            So -- okay.  And I believe you said you

20  were on a committee, some sort of elections related

21  committee when you were in the legislature, is that

22  correct?

23     A     Yes, sir.

24     Q     So would you say that you are generally

25  experienced when it comes to elections in the state

Alan Hays
October 06, 2021

1   **of Florida?**

2       A    Not because of my legislative service.

3   Only since I've become supervisor of elections am I

4   experienced in the administration.  People need to

5   understand there is a wide, wide chasm between

6   running a campaign and winning an election contest

7   versus the administration of an election.

8           I am the administrator of the elections

9   now as the supervisor of elections.  Prior to this

10  role, I was the candidate who was winning the

11  elections.  But believe you me, as a legislator I

12  knew nothing about the administration of elections

13  because I'd never worked one day in the office of an

14  elections supervisor.

15      Q    Okay.  I understand.  Thank you.

16          MR. NASSERI:  Okay.  If I may, there is --

17  I'd like to pull up an exhibit, which -- Sandi,

18  can you remind me which number we're on at this

19  point.

20          THE STENOGRAPHER:  I believe the next one

21  is 11.

22          THE WITNESS:  I believe the next one would

23  be 11, but I'm not sure.

24          MR. NASSERI:  Thank you for doing my job

25  for me.  I'd like to mark this as Exhibit 11.

Alan Hays
October 06, 2021

1            (Exhibit 11 was marked for

2        identification.)

3    BY MR. NASSERI:

4        Q    And I believe you said earlier that you

5    did testify at a hearing regarding SB 90, is that

6    correct?

7        A    Sure.

8        Q    Okay.  And I'll represent to you that this

9    is a -- well, first of all, do you recall what the

10   date of that hearing was?

11       A    It's an earlier testimony.  I think it was

12   March 10th, on or around March the 10th.

13       Q    Okay.  Well, I'll represent to you that

14   this a transcript of that, your statement to that

15   hearing.  So does this look to you like an accurate

16   depiction of those statements?

17       A    It looks like an accurate depiction of my

18   prepared remarks.  After I completed this

19   presentation, I was then asked several questions by

20   the different senators.

21       Q    Right.  And I believe Danielle entered

22   that as an exhibit.

23       A    Yes.

24       Q    Okay.  So if you could turn to -- I'd say

25   it's the -- page 1, there's a paragraph that starts

Alan Hays
October 06, 2021

1    with "Mr. Chairman, if I were seeking to remodel my

2    home."

3         A    That's correct.

4         Q    Found that?  Okay.  So you stated that if

5    you were seeking to remodel your home, you would

6    seek the services and opinions of an architect, not

7    a dentist.  In that analogy, who is the -- who would

8    be the architect?

9         A    The person of my choosing who would know

10   about the design of a building.

11        Q    Right.  Right.  But in the context of

12   SB 90, I think, what would be -- who is the person

13   who has this level of expertise that would be

14   similar to an architect in rebuilding your home?

15        A    I explain that in the next paragraph.

16        Q    Right.

17        A    My role as elections supervisor of Lake

18   County, I'm asking each member of the legislature to

19   seek the opinions and take the advice of the

20   elections professionals in the state of Florida

21   before making significant changes to our statutes.

22   Those elections professionals to whom I refer there

23   is the supervisors of elections across the 67

24   counties.

25        Q    Okay.  And is it fair to say based on this

Alan Hays
October 06, 2021

Page 138

1    statement that at this time, you did not feel that

2    SB 90 was drafted with the -- properly consulting

3    supervisors of elections?

4         A    Absolutely.  I think you go on down the

5    next page, two or three paragraphs, you'll see

6    page 11, line 309 begins "a travesty."  Those are my

7    words exactly and that's exactly what I looked at.

8              These remarks were crafted toward the

9    seven-section version of the bill which was the

10   second version that had come out.  I referred to

11   that in my testimony earlier today.

12        Q    Okay.  So at the time of this version of

13   the bill, it's fair to say you didn't feel that the

14   SOEs had been consulted sufficiently?

15        A    Hadn't been consulted at all.

16        Q    Okay.  And would you say, given your years

17   of experience in both the legislature and as an

18   elections supervisor, that that would be -- that's

19   unusual for a significant election bill?

20             MR. JAZIL:  Object to form.

21   BY MR. NASSERI:

22        Q    You can answer.

23        A    I think it would probably be fair to say

24   that when I was sitting on the ethics and elections

25   committee, we didn't really have any significant

Alan Hays
October 06, 2021

1   elections bills that I come by.

2          But regardless of that, my comments right

3   here indicate to most people who would read it -- or

4   even those who heard it -- that I was -- I was

5   asking the legislators, please don't try to do this

6   on your own because I've been there where you are

7   and I know you don't know anything about the

8   administration of elections.

9          Before you do something significant,

10  please come and ask the professional elections

11  community how is the best way to do it.  They should

12  come to us, give us their goals, what they're trying

13  to accomplish and then let us guide them through

14  that process to achieve those goals instead of them

15  coming down with stuff that conflicts.

16      Q    Okay.  So to your knowledge, you're not

17  aware whether this is normal or not when it comes to

18  election bills?

19          MR. BARDOS:  Object to form.

20          MR. JAZIL:  Object to form.

21      A    I haven't been a supervisor of elections

22  but five years.  This is not the first one.  We

23  had -- we had other bills.  But see, here's another

24  thing, Cyrus.  This -- the stage in the development

25  of Senate Bill 90 has to be taken into consideration

Alan Hays
October 06, 2021

Page 140

1    here.  We, at this point, this is the first point at

2    which we injected ourselves into the discussion.

3              And from this point forward, through the

4    evolution of that bill, we did have frequent

5    interchanges with the legislators.  But at this

6    point, my comments were directed to them in that

7    context.

8    BY MR. NASSERI:

9         Q    Okay.  I see.  Thank you.

10             So -- well, actually let me take one quick

11   step back because you mentioned other bills,

12   election bills that you've seen in the five years

13   that you've been an elections supervisor.  For those

14   bills, were SOEs consulted earlier in the process?

15        A    No, I'll tell you the truth, I'm not aware

16   of any.  Now, that doesn't mean that it didn't

17   happen.  But I'm not aware of any situations where

18   SOEs were consulted first.

19             I do know that as an association,

20   approached some of the legislators with our issues

21   and said would you please sponsor this bill or that

22   bill and they cooperated very nicely with us.

23             So we've had -- in my five years here and

24   as at least three or four years I've been chairman

25   of the legislative committee, we've had a good

Alan Hays
October 06, 2021

1    relationship with the legislators.

2         Q    Okay.  I understand.  Let me switch gears

3    here.

4              MR. NASSERI:  I'd like to mark as

5         Exhibit 12 the document I just put in the chat.

6         And, Supervisor Hays, that's going to be in --

7         it's not the folder that Danielle sent, it's

8         actually a separate folder.

9              MR. BARDOS:  Supervisor Hays, these are in

10        the NAACP folder.  If you'd like I can send

11        you, if I haven't done it, a version that is

12        not password protected.

13             (Exhibit 12 was marked for

14        identification.)

15             (Discussion off record.)

16   BY MR. NASSERI:

17        Q    In the meantime I will ask you this:  What

18   is your understanding of the rationale behind the

19   drop box restrictions in SB 90?

20             MR. BARDOS:  Object to form.

21        A    I couldn't -- I couldn't begin to even

22   pretend to get in the minds of the legislators and I

23   don't presume to know what they're thinking.

24   BY MR. NASSERI:

25        Q    Okay.  You mentioned earlier that there

Alan Hays
October 06, 2021

1   is -- you've replaced the drop box in front of your

2   office with a USPS box, is that correct?

3        A    Sure.

4        Q    Do you know -- I think you mentioned also

5   that if somebody puts a ballot in the USPS box the

6   day of the election, it's not guaranteed to be

7   counted at as vote, is that correct?

8        A    No, that's not what I said at all.

9        Q    That wasn't what you said?

10       A    No.

11       Q    Can you clarify?

12       A    What I said was when the ballot goes in

13   the USPS drop box, it then goes to the local post

14   office, it then goes to the mail center in Lake

15   Mary, and then it comes back to the local post

16   office and then it comes to us.

17       Q    Right.  And how many days does that

18   process take?

19       A    In the current setting, two to three days.

20       Q    Okay.  Whereas in contrast, if the drop

21   box -- ballot drop box, you receive it immediately

22   afterwards?

23       A    When I was allowed to use my own drop box,

24   it was put in and we took it out that same day.

25       Q    Okay.

Alan Hays
October 06, 2021

1        A      Now this e-mail has come through.

2        Q      Okay.  Great.

3        A      I'll pull up that attachment.  Okay.  And

4   this one was --

5        Q      The 00948.

6        A      There we go.  Okay.

7        Q      Okay.  So do you recognize this e-mail

8   chain?

9        A      Not offhand but let me look through it

10   here a little bit to see.  Where do you want me to

11   go?  To the bottom of it?

12        Q      Yes, so I would say --

13        A      Legislative wrap up.  Okay.  All right.

14   So what part do you want me to zero in on?

15        Q      I'd like you to look at the second

16   paragraph of the first e-mail, the e-mail that was

17   sent at 8:15 a.m. on April 30th, 2021.

18        A      Thirtieth.  Okay.

19        Q      And I believe you say that the -- it

20   starts with "we shall work next session to help all

21   legislators."

22        A      Oh, there we are.  Okay.  That one.  Okay.

23   Yeah, according to mine it was 8:15:29, "Thanks

24   Vicki.  Rep Snyder calling you is great sign."

25   Okay.  "We shall work next session to help all the

Alan Hays
October 06, 2021

1    legislators understand how disingenuous and lame it

2    is to deny use of video monitoring of drop boxes

3    while allowing voters to use the US Postal Service

4    drop boxes that have no monitoring whatsoever.  In

5    the meantime, I'm encouraging each SOE to deliver

6    that message."

7              Yeah, is that the paragraph to which

8    you --

9         Q    Yeah, exactly.  Yeah, exactly.  So when

10   you said there that you want to help the legislators

11   understand how disingenuous it is, can you explain

12   what you meant by that?

13        A    Well, perhaps a better word would have

14   been how absurd it is and ridiculous.  Give me a

15   break.  Anybody with half a brain can understand

16   that to put a ballot in a drop box that is out here

17   in front of my office under the camera surveillance

18   we described at length ad nauseam today is far more

19   secure than going through the traipsing back and

20   forth as we described just a few moments ago.

21             And so there you are.  I mean, no

22   legislator yet has even attempted to explain to me

23   how their authorization of postal service drop boxes

24   is any safer than a drop box in front of my office.

25        Q    Okay.  So you think this provision is

Alan Hays
October 06, 2021

 1    unlikely to increase election security by your

 2    understanding?

 3         A    Absolutely.

 4         Q    And are you aware of any other

 5    justification for this restriction beyond election

 6    security?

 7         A    No, that goes back to another TV interview

 8    that I referenced earlier this morning when the lady

 9    asked me "why are they doing this."  I got better

10    things to do with my time than to try to figure out

11    why harebrain things like this come in.

12              And so I didn't bother to ask the

13    legislators "Why are you doing this this way?"  I

14    tried to explain to them on multiple occasions that

15    this was bad idea, bad public policy, and it needn't

16    be done this way.  And I might as well have talked

17    to you for all the good that it did.

18         Q    Okay.  I guess putting aside any trying to

19    get into the heads of legislators, in your opinion

20    as an election supervisor, is there any benefit to

21    this provision whatsoever?

22              MR. JAZIL:  Object to form.

23         A    To the provision that does what?

24    BY MR. NASSERI:

25         Q    Sorry.  Regarding the drop boxes requiring

Alan Hays
October 06, 2021

1    in-person monitoring?

2          MR. BARDOS:  Objection, asked and

3       answered.

4       A    Oh, no, no, no, no, I definitely -- I

5    definitely see there's a benefit for requiring

6    in-person monitoring.  But to outlaw the use of this

7    camera surveillance is what I object to on the part

8    of the legislators.

9    BY MR. NASSERI:

10         Q    I see.

11      A    If for nothing else, the -- having that

12   monitor there at the drop box in the early voting

13   site or here in my office is a good sign to instill

14   heightened voter confidence in the security of the

15   system.  They don't just wander in and drop their

16   ballot into a box.  They come in and it's very

17   formalized.  As I indicated earlier, we begin the

18   chain of custody for that ballot at that particular

19   time.

20         Q    Okay.  Thank you.  And kind of taking a

21   step back quickly, I believe you mentioned earlier

22   that when we were talking about -- I guess your

23   statement with Danielle about line lengths, you said

24   something along the lines of you couldn't

25   necessarily say that lines would be longer just

Alan Hays
October 06, 2021

1    because vote-by-mail was harder, because some

2    people -- well, correct me if I'm misstating you

3    here, but because some people may not -- may not

4    vote at all if they don't vote by mail?

5        A    No, I never said anything like that at

6    all.

7        Q    Okay.  So then would you say that if

8    vote-by-mail is more difficult to achieve, that in

9    person lines will be longer?

10       A    That to me would be speculation and I'm

11   not willing to speculate.

12       Q    Okay.  Fair enough.

13       A    There are so many different ways of voting

14   here in Florida and it's so convenient, frankly, I

15   don't see any reason for anybody to not be

16   registered nor do I see any reason for anybody not

17   to cast their ballot.

18       Q    Let me switch gears to the -- I believe

19   earlier you spoke about the provision in SB 90

20   requiring or pertaining to how often people can

21   request vote-by-mail ballots.  Is it your opinion

22   that requiring people to request ballots for every

23   election cycle will be an additional burden on your

24   office?

25       A    It will require more frequent clerical

Alan Hays
October 06, 2021

```
 1   entries.
 2        Q    Okay.  Would it increase costs for your
 3   office?
 4        A    Sure.
 5        Q    Okay.  Sorry, one second here.
 6             I would like to talk for a minute about
 7   ballot collection.  Can you explain to me how the --
 8   well, strike that.  Scratch that.
 9        A    Would it help if we let you go ahead and
10   prepare your questions and have someone else come in
11   now that has their questions all lined up ready to
12   go; and come back later with your prepared
13   questions?
14        Q    Yeah, well, if we can just take a quick
15   break here, I don't imagine I'll go very much longer
16   at all.  So I think it probably makes more sense for
17   me to just knock these out.
18             MR. NASSERI:  Can we take five off the
19        record?
20             MR. BARDOS:  Let's do that.
21             (A recess took place from 2:39 p.m. to
22        2:45 p.m.)
23   BY MR. NASSERI:
24        Q    Okay.  All right.  So let me very quickly
25   go back to the provision regarding having to renew
```

Alan Hays
October 06, 2021

1   requests for ballots every election cycle.  What is

2   your understanding of the rationale for this change?

3           MR. BARDOS:  Object to form.

4       A    I have no understanding and I didn't

5   attempt to.  And there was two reasons:  Number 1 is

6   I don't attempt to, you know, try to read between

7   the lines.  But also this is nothing more than a

8   reversion to previous policy.  You go back and look

9   clear back into the '90s, I guess '90 through I

10  think it was '07, it was one cycle at a time.

11          Then -- and it has changed back and forth.

12  And if I remember correctly it was in 2011 that it

13  changed from one election cycle to two cycles, which

14  means the four years.  And then this year they

15  changed it back to the one election cycle, which is

16  the two-year time period.

17          So forgive me for not digging into details

18  too much but, as I said, it's just a reversion to a

19  previous policy.

20  BY MR. NASSERI:

21      Q    Are you aware that some opponents of SB 90

22  argue that these changes were needed to prevent

23  voter fraud?

24      A    I couldn't tell you day, time or person

25  but it doesn't surprise me.

Alan Hays
October 06, 2021

1        Q        And did you have any issues with voter

2    fraud under the previous rule?

3                    MR. BARDOS:  Object to form.

4        A        Not as it related to the vote-by-mail

5    renewal cycle.  The only voter fraud stuff we've had

6    problems with since I've been in this office had to

7    do with the third-party registration  organization

8    activities of handling voter registration

9    applications but that's another story for another

10   day.

11   BY MR. NASSERI:

12        Q        And during your tenure as the supervisor

13   of elections, are you aware of any instance of voter

14   fraud that would have been prevented had people had

15   to renew their requests for ballots every election

16   cycle?

17                    MR. BARDOS:  Object to form.

18                    MR. JAZIL:  Form.

19   BY MR. NASSERI:

20        Q        Go ahead.

21        A        No.

22        Q        In Lake County do you have any -- sorry,

23   scratch that.

24                    In Lake County do you have any safeguards

25   in place to ensure that voters who move are no

Alan Hays
October 06, 2021

1    **longer able to vote from their previous address?**

2         A    Yes, sir, we have several different

3    safeguards there.  Number 1, we try to encourage all

4    voters, when they change address, to let us know.

5    The postal service can let us know through a return

6    mail-type thing.  When the voters go to change their

7    address at the DMV on their driver's license, they

8    can let us know.  So there's multiple opportunities

9    for them to let us know.

10              And thus we -- plus we have -- if the

11   voter sends us -- if they have -- if they have a

12   request on file, we send it to the address that is

13   listed in that voter's file.  And if they have

14   moved, then the post office does not forward that

15   ballot, they send it back to us.  All of our ballots

16   are nonforwardable.

17        Q    **And in your opinion are those safeguards**

18   **sufficient to prevent against fraud that might be**

19   **caused by somebody moving?**

20        A    Well, I've not seen any instances of

21   fraud, so I guess one could conclude that they

22   probably are.

23        **Q    I'd like to pull up --**

24              MR. NASSERI:  I would like to mark this as

25   Exhibit 13.

Alan Hays
October 06, 2021

Page 152

```
 1              (Exhibit 13 was marked for
 2       identification.)
 3              MR. NASSERI:  That would be in the same
 4       folder that the previous exhibit was in.
 5       A     This is 9909.
 6  BY MR. NASSERI:
 7       Q     Exactly.  Once you have it open go to --
 8  well, first of all, can you tell me whether you
 9  recognize this e-mail?
10       A     Oh, yeah.  Sure do.
11       Q     Okay.  And to your knowledge, is this a --
12  or do you have any reason not to believe that this
13  is an accurate copy of this e-mail that you sent?
14       A     Not at first glance, I don't have any
15  reason to disbelieve that.
16       Q     Okay.  Well, if you want to take a look
17  through, feel free to take your time.  But the
18  portion I'm interested in is the middle of page 3.
19       A     And that would be specifically what?
20       Q     The portion -- I think it's the first
21  bullet that starts on page 3, about ballot
22  harvesting.
23       A     Yes.  "Put meaningful penalties on it;
24  however, there needs to be some limited
25  accommodation as in current statute or this action
```

Alan Hays
October 06, 2021

Page 153

1  may prohibit non-family members from dropping off

2  ballots for seniors or handicapped people who can't

3  or don't wish to go to the drop box.  The current

4  limit is two ballots other than your own or that of

5  an immediate family member."

6      Q    So can you explain your concern here, what

7  you mean?

8      A    Yes.  I think anybody who is familiar with

9  the history of elections not only in Florida but in

10  other states as well is familiar with all kinds of

11  horror stories about ballots that never made it to

12  the tabulation machines.  And that was a direct

13  result of ballot harvesting.

14          I think that every registered voter

15  deserves to have their voice counted and thus the

16  practice of ballot harvesting needs to be very

17  tightly regulated if it's even allowed at all.

18  Personally I would say it's not allowed.  But there

19  it is.

20          I say put meaningful penalties on it but

21  yet put some limited -- I mean, I don't know how to

22  say it any clearer than I said it right there in

23  black and white.

24      Q    Right.  So would you say that you have a

25  concern that people who are disabled or elderly

153:6-19

P=401/402
(assistance
claim
dismissed)

Ex. 13

P=802

D=
Designation
will be
preserved
because
Plaintiffs
designate
120:7-12.

Ex. 13
offered not
for truth
of the
matter
asserted,
but to show
the State
was
notified of
Supervisor'
s concerns
and
recommendat
ions.

Alan Hays
October 06, 2021

Page 154

1    might not be able to return the ballot themselves?

2         A    Cyrus, I made that point in my Senate

3    testimony.

4         Q    Right.  Yeah, I guess my question is, do

5    you think the present form of the bill addresses --

6    sorry.  Scratch that.

7              So to clarify, so this e-mail, this was a

8    previous version of the bill, is that right?

9         A    That is correct.

10        Q    Okay.

11        A    And we can put it in a real good frame.

12   You can see on the e-mail that it was in February,

13   the 21st, and actually this didn't -- if I remember

14   correctly, this didn't have anything to do with any

15   bill because I don't believe we were aware of the

16   bill at this time.

17             The governor had a big press conference

18   somewhere in South Florida and he put out this big

19   whoop-di-doo press release and had a bunch of

20   talking points on it, and this was my candid

21   assessment of all of those talking points.  And I

22   explain all that in the preliminary remarks there in

23   the e-mail.

24             So this was not in reference to Senate

25   Bill 90 at all.

154:7-9

P=401/402
(assistance
claim
dismissed)

D=
Designation
will be
preserved
because
Plaintiffs
designate
120:7-12.

154:24-25

P=401/402
(assistance
claim
dismissed)

D=Designation will be
preserved because Plaintiffs
designate 120:7-12.

Alan Hays
October 06, 2021

1       Q    Okay.  I see.  That's very good actually.

2  But I guess just referencing this notion of limiting

3  ballot collection, were you concerned that this

4  could effectively prevent some handicapped people

5  from voting?

6              MR. BARDOS:  Object to form.

7              MR. JAZIL:  Object to the form.

8  BY MR. NASSERI:

9       Q    Go ahead.

10      A    Nasser (sic), I'm sorry, maybe I'm just

11  not comprehending.  But it seems to me like I've

12  answered that question at least two or three times

13  already today.  In my testimony before the Senate

14  committee I used my own personal mother as an

15  example and I stand by that testimony.

16      Q    Okay.  So just to clarify, the answer to

17  that is -- would you say that's "yes"?

18      A    I'm not saying yes or no because you're --

19  I'm sorry, but your delivery of your question and

20  the couching this and that, no, I'm sorry.  Listen,

21  I've addressed the ballot harvesting issue as far as

22  I'm concerned.

23      Q    Okay.  Fair enough.  And I appreciate

24  that.

25      A    Maybe it's because I'm not a lawyer that I

Alan Hays
October 06, 2021

Page 156

1   have difficulty following your starts and stops and

2   restarts and your hesitations and all this sort of

3   stuff.

4            For those of you that are coming up later

5   on today, please do us all a favor, have your

6   questions prepared.  I understand how one answer

7   might stimulate another question but for goodness

8   sakes, ask the question.  Let's get on with the

9   program.

10       Q    I appreciate that.  And, yeah, sorry, I'm

11  just trying -- I don't want to repeat things that

12  were already asked of you, so I'm trying to find

13  things that weren't already covered.  So it takes

14  some time sometimes to kind of find what's

15  appropriate to ask.

16            But I think that's it for me for now.  I

17  might ask a few things in response to other's

18  questions later.  But thank you very much for your

19  time, Supervisor Hays.  I appreciate you bearing

20  with me.  Yeah, I know it's a tiring experience.

21            MR. BARDOS:  Great.  Thanks, Cyrus.

22       Someone from Florida Rising was planning to ask

23       questions?

24            MR. BUDHU:  Yep, that's me, Ryan Budhu.

25            (Discussion off record.)

Alan Hays
October 06, 2021

                                              Page 157
 1                THE STENOGRAPHER:  Back on the record.

 2                      CROSS EXAMINATION

 3    BY MR. BUDHU:

 4        Q    Good afternoon, Mr. Hays.  My name is Ryan

 5    Budhu.  I am an attorney for plaintiffs, for an

 6    organization, Florida Rising Together, along with a

 7    few other plaintiffs in a case in the Northern

 8    District of Florida, 21 CV 201.

 9             As you've been sitting here, you've been

10    answering questions.  You may recall at the

11    beginning of your deposition you were given some

12    instructions by Danielle.  You were informed that

13    you were under oath.  Do you recall those

14    instructions?

15        A    I suppose so.  I couldn't tell you what

16    the first instruction was but, yes, I know I've been

17    under oath the whole time today.  So is there a

18    specific instruction you want to point out to me?

19        Q    No, just generally that you're under oath

20    and you're sworn to testify to tell the truth.  Do

21    you recall that?

22        A    Absolutely.

23        Q    Okay.  Excellent.  And any of the rules

24    that Danielle gave you at the beginning of the

25    outset of the deposition, they're still in effect

Alan Hays
October 06, 2021

Page 158

1   even though I'm questioning you.

2       A    Oh, yes.

3       Q    You understand that?

4       A    Yes.

5       Q    Okay.  In turn -- and I'd like to actually

6   jump to vote-by-mail.  And I know you briefly gave

7   some testimony about the different ways that there

8   was procedure for requesting a vote-by-mail ballot.

9            Could you go through the different ways

10  prior to the enactment of SB 90, the different ways

11  that an individual could request a vote-by-mail

12  ballot?

13      A    The ways of requesting a vote-by-mail

14  ballot prior to Senate Bill 90 and after Senate

15  Bill 90 are the same.  The only thing that I recall

16  right off the top of my head that Senate Bill 90

17  changed is it just -- it hasn't changed the methods

18  at all; it's just changed the amount of information

19  that we must have to identify the voter who's

20  requesting the ballot or the party who is requesting

21  the ballot for the voter; we have to get identifying

22  information on the voter and we have to get

23  identifying information on the person requesting

24  that.

25            But other than that, the methods of

Alan Hays
October 06, 2021

1   requesting a ballot have not changed at all.

2        Q      Okay.  So let's talk about that.  Before

3   Senate Bill 90, what type of documentation or

4   information was necessary to get a vote-by-mail

5   ballot?

6        A      People would call us and say, hey, send me

7   a vote-by-mail ballot.  We would find out, okay,

8   what's your date of birth or some other way to look

9   them up.  You can look up -- our database is

10  accessible through several different methods of

11  look-up.  The most convenient one for some people is

12  to ask the date of birth, others ask address.

13            Anyhow, you look up that voter and you ask

14  them, okay, do you want your vote-by-mail ballot

15  just for this election or do you want it for all

16  elections going forward?  And in last year's case

17  we'd say through the 2022 election.  Well, they'd

18  say yes, you know, answer one way or the other and

19  you get it.

20            Now, when the data comes up, we make sure

21  that we're saying, okay, are you the voter, is it

22  your -- is this your address?  Well, if they give us

23  the same address, then fine, we'll send it to them.

24            One of the things that the people need to

25  understand and the legislators were not aware of is

Alan Hays
October 06, 2021

Page 160

1    that many of our voters across the state registered

2    to vote before the driver's license or the Florida

3    ID number or the Social Security last four digits

4    were requirements for registration.

5              Consequently, those voters, if they have

6    not updated their registration information prior to

7    now, we don't have that information in our database.

8    So it did us no good to say, okay, give me the

9    driver's license number, or if we didn't have their

10   Social Security last four digits in their record, it

11   would do no good for us to ask them to give us that

12   because we're looking at blanks.

13             So we would -- give us your date of birth,

14   give us your address, that sort of thing, and we

15   could find out that we're making sure we send the

16   ballot to the correct person at the correct address.

17       Q    Okay.  So you mentioned an address, date

18   of birth.  Were there any other ways prior to the

19   enactment of SB 90 that your office was able to

20   ensure that a request for a vote-by-mail ballot was

21   legitimate?

22       A    Ryan, right offhand, you're dealing with

23   essentially a rookie supervisor.  I can't think of

24   any just off the top of my head.  I can certainly

25   attest to the conscientious level of our employees.

Alan Hays
October 06, 2021

1          I do know that if the voter is

2   requesting -- or if prior to Senate Bill 90 and even

3   now after Senate Bill 90, if they're requesting the

4   ballot to be mailed to an address other than the one

5   that's on their record, then we must have a written

6   request signed by that voter before we can send it

7   to that other address.

8          So, no, I would say that that was pretty

9   much it.  If I went to my voter registration

10  director, she could probably tell me one or two

11  other things I don't know.  But for the sake of this

12  discussion, I've given you my answer.

13     Q    Okay.  And I'm going to focus now on that

14  identification number requirement that you kind of

15  talked about in SB 90.

16          You're aware that there are registered

17  voters who don't have a driver's license, a state ID

18  or Social Security number, correct?

19     A    I'm aware that we have voters in our

20  database that do not -- for which we do not have

21  those identifying numbers.

22     Q    Well, I'm asking, are you aware that there

23  are registered voters who don't have a driver's

24  license, a state ID or a Social Security number?

25  Not just in your database but just in general?

1    A    No, I'm not aware of that.  It's my

2    impression that everybody in the United States has a

3    Social Security number but I may be mistaken on

4    that.

5    Q    Let's, I guess, go back to the process.

6    Under SB 90.  What is your understanding what

7    happens if a voter who wants a vote-by-mail ballot,

8    doesn't have a driver's license number, a state

9    identification or Social Security number?  Can your

10   office send them a vote-by-mail ballot?

11   A    No.  We're not going to send a

12   vote-by-mail ballot to anybody that we're not

13   supposed to.

14   Q    Okay.  Are you aware of --

15   A    Wait just a minute, Ryan.  We need -- I

16   think that might need a little amplification there.

17   We have taken the initiative to identify -- we

18   queried our database, we identified all of those

19   voters for whom we did not have one of those

20   identifying numbers.  And we sent a letter to each

21   of those voters along with an application blank and

22   asked them to complete that application blank and

23   send it back to us.

24           And as we get those returns, we then input

25   that data.  So that's what our office has done to

 1    correct that data deficiency.

 2        Q     Do you have an idea of the financial costs

 3    of that type of initiative?

 4        A     No, not off the top of my head.  I do know

 5    that there were, I believe, about 9,000 that we

 6    identified within our county, but there were others,

 7    I'm sure.

 8        Q     Okay.  And just so I'm clear and just so

 9    the record is clear, under SB 90, what's your

10    understanding of what happens if a voter provides an

11    identification number that doesn't match the number

12    in their voter record?

13        A     They don't get a ballot.  It's called

14    election integrity.

15        Q     And just generally speaking, in your

16    experience, do voters know what identification

17    number they provided when they originally registered

18    to vote?

19        A     No.  Now, that was the real quick answer.

20    Many of them may recall registering at the DMV which

21    would give us the DL number but they don't recall

22    what the number is.  They could look it up if they

23    got their driver's license near them but that's

24    about it.

25        Q     But generally voters don't, you know,

Alan Hays
October 06, 2021

Page 164

 1   don't know what identification number they provided

 2   you when they originally registered to vote,

 3   correct?

 4            MR. BARDOS:  Object to form.

 5       A    That's why when they call, we ask them --

 6   we look on the record first and see what numbers we

 7   have, and then we ask them to verify one of those

 8   numbers.  Some of them we have both the last four

 9   digits of their social and their driver's license.

10   And most people know the last four digits of their

11   social and they can give it to us just quick like

12   that, be done.

13   BY MR. BUDHU:

14       Q    And the reason why your office goes

15   through that questioning is because most voters

16   don't recall the original identification number that

17   they used to register to vote, correct?

18       A    I suppose.  I mean, what kind of question

19   is that?

20       Q    Well, it's a question I asked.  If you

21   would like me to rephrase, I can rephrase.  But you

22   just kind of mentioned a process that your office

23   does to identify the number or identification number

24   that a voter used when they originally registered to

25   vote.

Alan Hays
October 06, 2021

1          **So I'm just asking, based on your**
2   **experience, do voters generally recall that**
3   **identification number that they used when they**
4   **registered to vote?**
5          MR. BARDOS:  Object to form.  Asked and
6      answered.
7   BY MR. BUDHU:
8      **Q    You can answer.**
9      A    Yeah, I would say, you know, if you walked
10  up to a voter and say, do you remember the voter
11  registration -- or the number that you provided as
12  an identifying number?  They'd look at you like what
13  kind of planet are you from?  And they'd say, of
14  course, I don't remember.
15         But when they call here for their
16  vote-by-mail request, they are more likely to be in
17  the frame of mind -- and to help them out, we don't
18  try to play cat and mouse games with them.  We say,
19  okay, can you give me the last four digits of your
20  social?  We got it sitting right there on the screen
21  in front of us.
22         And if they give it -- we don't say, okay,
23  is the last four digit of your social 3728?  We ask
24  them to give us those four digits.  And then we can
25  verify it.

Alan Hays
October 06, 2021

 1               And if they don't -- if we don't have

 2      that, then we say, okay, please give me your

 3      driver's license number.  And they do that.  And we

 4      can verify that.  So that's the process.

 5          Q    Okay.  And I'm going try to break this

 6      down just so I get a better sense.  So when someone

 7      comes in or when someone is requesting a

 8      vote-by-mail ballot, your office tries to verify.

 9      They may verify by asking the last four digits of

10      the Social Security number, correct?

11          A    Sure.

12          Q    And they also may ask the last four digits

13      of a driver's license, is that correct?

14          A    No, they ask for the whole driver's

15      license number.  And we ask for the date of birth

16      and we ask for their name and their address.  We

17      take the security of these ballots very, very

18      seriously.

19          Q    And if someone doesn't have access or

20      doesn't recall the last four digits of their social

21      and doesn't have a driver's license, what's the

22      procedure there?

23          A    We will mail them a voter registration

24      application, or they can go online to our website

25      and fill out the voter registration application.

Alan Hays
October 06, 2021

Page 167

1    And then that goes to the division of elections, and

2    they put it through their security screening process

3    and identification process, and then send to us the

4    name of that voter when it's ready to be recorded as

5    registered.

6         Q    And I think we touched upon this briefly

7    but I just want to confirm.  Has your office

8    estimated the total cost of complying with the

9    identification number match provision of SB 90?

10        A    No.

11        Q    Do you have a ballpark?

12        A    No, sir.

13        Q    Do you know when you might have an idea

14   about the estimated cost?

15        A    Frankly, I don't plan to calculate it.  We

16   just do it.  I don't waste time fiddling with

17   numbers that are inconsequential.  The law says do

18   it, I do it.  And I don't care -- I do care what it

19   costs but I -- it's -- the law is the law.  I have

20   no choice.  So I just do it.  And I'm not willing to

21   pay my clerical staff time to come up with numbers

22   like that.

23        Q    Based on your experience, what impact do

24   you think the SB 90 requirement that voters provide

25   an identification number will have on voters in Lake

Alan Hays
October 06, 2021

Page 168

1   County?

2       A    I'd say it would be negligible.

3       Q    **Well, what do you mean by negligible?**

4       A    I don't see it as making it any more

5   difficult to register and no more difficult to vote.

6   Florida has an outstanding track record over the

7   last five years of elections administration.  The

8   2018 recounts for three statewide elections proved

9   to anybody that might have had any doubt of our

10  capability; there were only 2 counties out of 67

11  that had trouble with that recount.  Both of those

12  supervisors have since been replaced.

13          And in 2020, only two years after that

14  '18, all 67 counties came through shining in a grand

15  way in the administration of that election.

16          And so that's where we are.  We're a very

17  proud profession, we're a very proud association,

18  and we've done an outstanding job of providing

19  election services for the people of Florida.

20      Q    **And you kind of referenced that there are**

21  **about 9,000 voters in your database in Lake County**

22  **that might be affected by the identification number**

23  **requirement, correct?**

24      A    Well, you have to understand, none of

25  those people may even want a vote-by-mail ballot, so

Alan Hays
October 06, 2021

 1   this bill would not impact them at all.

 2      Q    Well, that's just speculating.  I'm just

 3   trying to nail down.  So there's about 9,000 voters

 4   that may be impacted by the number identification in

 5   SB 90, correct, in your county?

 6           MR. BARDOS:  Form.

 7           THE WITNESS:  Go ahead, Andy.  What did

 8       you say?

 9           MR. BARDOS:  I said object to form.

10      A    Okay.  I'll put it directly, Ryan.

11   Those -- if 9,000 is indeed the correct number,

12   those people have already been impacted because we

13   have mailed them a communication from our office and

14   given them an opportunity to supply for us that

15   identifying data that previously was missing in

16   their record.

17   BY MR. BUDHU:

18      Q    Well, I'm not trying to confirm the number

19   that you've tried to rectify in terms of them having

20   missing data.  I'm trying to just get a sense of the

21   number from your testimony about the individuals in

22   Lake County that are impacted by the identification

23   number requirement of SB 90.

24           You had mentioned that there are 9,000

25   voters that have missing information in the database

Page 170

1    that you were sending out these envelopes.  So I

2    just want to confirm just that those were -- that

3    would be 9,000 voters who are impacted by the

4    identification number requirement of SB 90, correct?

5            MR. BARDOS:  Object to form.

6        A    I think I just answered the question a

7    moment ago.  Now, I'm not going to speculate for you

8    or anyone else on how many of that 9,000 may or may

9    not want a vote-by-mail ballot.  And for the sake of

10   this discussion, as I understand it, if they don't

11   want a vote-by-mail ballot, they're not going to be

12   impacted other than the fact that they received a

13   communication from us.

14   BY MR. BUDHU:

15       Q    And so I'm not asking you to speculate.

16   And so I just want to confirm, you had mentioned

17   that there are about 9,000 voters that had missing

18   information in your database, correct?

19       A    Ryan, I'm trying to be patient with you

20   but this is about the third or fourth time I've

21   confirmed that.  Now, please do me a favor, don't

22   ask me that again.  All right?  Do you understand?

23       Q    Okay.  And so I'm just trying to get a

24   clean record here.  So when I ask you a question,

25   it's so that I can get an answer, a straight answer.

Alan Hays
October 06, 2021

Page 171

1    You understand?

2           And to the extent that you don't

3    understand the question, to the extent that you feel

4    you can't answer it, you just let me know.  But I'm

5    just asking sometimes either a yes-or-no question

6    very simply.

7           And I understand that this may have been a

8    question that maybe Danielle had asked or Cyrus had

9    asked or maybe even I had asked before.  But I'm

10   just simply trying to get testimony down.  I'm

11   trying to do my job.  I know that you try to do your

12   job day in and day out.

13          So I'm just going to ask again, and this

14   is what we're doing, is we're just asking questions

15   and I'm just trying to get answers.  So simple and

16   easy to read in a transcript.

17          So you had mentioned before that there

18   were 9,000 individuals who had missing information

19   in your database in Lake County, is that correct?

20   A    That's correct.

21   Q    And that would be about 9,000 individuals

22   who may be impacted by the SB 90 identification

23   number requirement, correct?

24          MR. BARDOS:  Object to form.  Asked and

25          answered four or five times.

Alan Hays
October 06, 2021

Page 172

1    BY MR. BUDHU:

2         Q    **You can answer.**

3         A    I'm refusing to answer the question.  I

4    don't know how I can make it any more plain to you

5    than what I've already said.  So if you want to

6    phrase it a different way or if you want to get on

7    with a real question, okay.

8              But I'm -- you're not going to drive me

9    into a corner and me say "yes" or "no" to something

10   that is speculative.  I don't know how to say it any

11   more plain than I've already said it.  So there you

12   have it.

13        Q    **Well, I'm trying to get to the universe of**

14   **voters that would be --**

15        A    I'm not about the universe, I'm about just

16   Lake County elections.

17             MR. BARDOS:  Do we want to take a break?

18             THE WITNESS:  I don't need a break, I need

19        the man to get on with the questioning.

20   BY MR. BUDHU:

21        Q    **With all due respect, I am questioning --**

22             MR. BARDOS:  Ryan.  Ryan, I think he's

23        answered -- I think the issue is the way that

24        you're phrasing your question "may be

25        impacted."  You know, it's speculation who

Alan Hays
October 06, 2021

Page 173

1          might or might not be impacted.  And so I think

2          he's answered that.  He's said it several times

3          already.

4               If you want to try to say it a different

5          way, if you're really asking something else,

6          that might be helpful.  But "may be impacted"

7          is I think where we're getting caught up.  And

8          he's answered that part to the best of his

9          ability three or four times already.

10              MR. BUDHU:  Okay.  Give me one second,

11         Mr. Hays.  I'm going to try to think if there

12         is a way that I can rephrase this question.

13         All right?

14              (Short pause.)

15    BY MR. BUDHU:

16         Q    Mr. Hays, based on your estimation there

17    are about 9,000 voters that, if they wanted to

18    request a vote-by-mail ballot, they would be

19    impacted by SB 90's identification number

20    requirement, correct?

21              MR. BARDOS:  Object to form.

22         A    If they wanted to request a vote-by-mail

23    ballot, it would depend on how they made that

24    request.  And --

25

Alan Hays
October 06, 2021

1    BY MR. BUDHU:

2         Q      What do you mean by that?

3         A      They could fill out a voter registration

4    application and request that vote-by-mail ballot.

5    And they could, in filling out that voter

6    registration application, they could provide one or

7    both of those identifying numbers and then the

8    problem would go away.

9         Q      Okay.  I'm going to go and move on towards

10   third-party voter registration organizations.

11               Prior to enactment of SB 90, did your

12   office receive registrations from third-party voter

13   registration organizations for voters outside of

14   Lake County?

15        A      Yes, sir, from time to time we did.

16        Q      Okay.  How did your office handle those

17   types of registrations?

18        A      We input the data and then we mailed the

19   form to the particular county of residence.

20        Q      And how does that differ from how your

21   office handles registration for voters in your

22   county?

23        A      It's pretty simple.  The registration of

24   those voters in our county, we input the

25   registration data and the form stays right here with

Alan Hays
October 06, 2021

1   us.

2        Q      And does your office ever receive

3   registrations for someone outside of the county

4   through a means other than through a third-party

5   voter registration organization?

6        A      Not that I'm aware of.

7        Q      And with the enactment of SB 90, will your

8   office handle out-of-county registrations from

9   third-party voter registration organizations any

10  differently?

11       A      Absolutely.

12       Q      How so?

13       A      We'll send them back to the third-party

14  organization.  The third-party organization in the

15  first place is supposed to send them to us -- only

16  send to us only those whose addresses are in Lake

17  County.

18       Q      And do you know how many out-of-county

19  registrations from third-party voter registration

20  organizations did your office process in 2020?

21       A      No, I don't know that number offhand.  But

22  to elaborate a little bit further on the previous

23  question even, this was -- this issue was one of

24  those requests from our association to the

25  legislature.

Alan Hays
October 06, 2021

Page 176

 1             When we explained to them -- and I'll just

 2    give you one example and there are probably several

 3    others.  But one example is one of the third-party

 4    organizations had an office in Winter Park, which is

 5    in Orange County.  The physical location of that

 6    office was closer to the Seminole County supervisors

 7    office than it was to the Orange County supervisors

 8    office.

 9             So with the current law at that time, they

10    were able to take all of those third-party

11    registration organization applications, drop them at

12    the Seminole County office, and it put an

13    overwhelming undue burden on the Seminole County

14    office to process all of those things.  And then we

15    had to hope and pray that we got the registration

16    information and we got the registration blank

17    itself.  It created a bookkeeping nightmare.

18             So the legislature, at our request from

19    the association, put these provisions into Senate

20    Bill 90 that the TPROs must send the applications to

21    the supervisor's office in which the county -- in

22    whichever county that voter resides.

23       Q    And I just -- and I think I got -- because

24    you had answered -- you'd gone back to a previous

25    question, so I just want to make sure that the

Alan Hays
October 06, 2021

Page 177

1    transcript is clear and we got an answer to my

2    previous question.

3           If you knew off the top of your head how

4    many out-of-county registrations the third-party

5    voter registration organizations that your office

6    processed in 2020?

7        A    No, I don't.

8        Q    Do you know how many out of state in 2020?

9        A    As far as I know we didn't process any out

10   of state.  Why would somebody out of state send us

11   an application to register to vote?

12       Q    And I think you touched a little bit on

13   resources needed to process third-party voter

14   registration organizations' registration efforts.

15           Could you elaborate a little bit more in

16   2020, what are the resources that your office had to

17   expend in processing some of the third-party voter

18   registration organization voter registrations?

19       A    The biggest example of interaction with

20   third-party applications in this office occurred in

21   mid to late February and early March of 2020 when we

22   were supplied with over 540 voter registration

23   applications from a third-party organization that

24   had been falsified.

25           Signatures had been forged, information

177:15-
178:18

P=401/402
(SB90
would not
prevent)

D=Relevant
because
demonstrates
3PVROs have
history of
fraud in
Florida, and
illustrates the
need for
legislature to
further
regulate 3PVROs
and  importance
of notifying
voters of
alternative
methods of
registration
besides 3PVROs.

Alan Hays
October 06, 2021

Page 178

 1   had been filled in that was incorrect.  And when we

 2   discovered this had been done, we turned it over to

 3   the state attorney's office and it wound up with one

 4   particular operator of that organization being

 5   charged with 10 felony counts.

 6            That happened just before the PPP and we

 7   were having people who had been registered as

 8   Democrats all their lives suddenly receiving from us

 9   new voter information cards indicating they were now

10   Republicans.  And they called and said, what on

11   earth are you doing?  Why are you doing this?  And

12   we said, well, we have this form that you filled out

13   requesting you be switched from D to R.  Oh, no that

14   wasn't I.

15            Well, would you mind coming in and we'll

16   show you the form?  They would come in, look at it,

17   said that's not my signature.  And it's not my

18   handwriting either.

19            And I told you the end of the story or at

20   least the next chapter in the story.  The end of the

21   story has not yet been written because of all the

22   court delays due to COVID, and so this person is

23   still waiting for her day in court.

24       Q   So if I understand you correctly, there's

25   no conviction yet in that particular case, is that

Alan Hays
October 06, 2021

1   correct?

2       A    Yes.

3       **Q    And do you know if -- do you know the name**

4   **of that TPVRO?**

5       A    I believe it was Florida First.  It was an

6   organization --

7       **Q    Do you recall the name -- sorry.  I cut**

8   **you off.**

9       A    -- organization that was working for the

10  Republican Party of Florida or the National

11  Republicans, I'm not sure who hired them.  But

12  anyhow they were trying to get Republicans

13  registered.

14      **Q    And in terms of the felony that -- or**

15  **felonies that you had referenced, do you know the**

16  **name of the individual who was charged?**

17      A    Well, it's interesting because when the

18  act was committed, her name was Cheryl Hall, and

19  she -- shortly after she turned herself in, she went

20  through some sort of legal proceeding I suppose and

21  changed her last name.  And I don't recall right off

22  the top of my head what that was.  We could find

23  that information and give it to you.

24          But she -- she wound up running for state

25  committee woman position in the general election.

Alan Hays
October 06, 2021

1    The last name started with a A but I can't recall

2    offhand what it was.

3              MR. BUDHU:  Yeah, to the extent that it

4         hasn't been provided, we'd ask counsel to

5         provide any information relating to that

6         fraudulent third-party voter registration

7         organization incident.

8              MR. BARDOS:  We can discuss that.

9    BY MR. BUDHU:

10        Q    Since the enactment of SB 90, have you

11   received registrations from third-party voter

12   registration organizations for voters outside of

13   your county?

14        A    Yes, just yesterday as a matter of fact.

15        Q    I'm sorry, could you repeat that?

16        A    I said, yes, as recently as yesterday that

17   I know of.

18        Q    And how has your office handled these

19   registrations?

20        A    As far as I know we send it back to the

21   third-party organization telling them to send --

22   either that or we -- candidly the straight answer to

23   your question is I don't know.  I'll have to find

24   out the details and get them to you.

25        Q    But -- and I just want to confirm, do you

Alan Hays
October 06, 2021

Page 181

1    send it back or you don't know?

2         A    I don't know.  I pay people good money to

3    make those tasks happen.  Had I known that was going

4    to be a question, I could have had the answer for

5    you but right now, I don't know.

6         Q    Do you know how many out-of-county voter

7    registrations your office has handled in 2021?

8         A    No.

9              MR. BUDHU:  I have no further questions.

10        Thank you, Mr. Hays.

11             THE WITNESS:  Thank you.

12             MR. BARDOS:  Thanks, Ryan, for that.  Mo,

13        are you next?

14             MR. JAZIL:  Yes.  Can you hear me?

15             THE WITNESS:  Yes, sir.

16             MR. JAZIL:  Would it be possible for us to

17        take a five-minute break.  I'd like to use the

18        restroom.

19             MR. BARDOS:  Yeah, this would be a good

20        time for me as well.

21             (A recess took place from 3:32 p.m. to

22        3:40 p.m.)

23                    CROSS EXAMINATION

24   BY MR. JAZIL:

25        Q    Good afternoon, Supervisor Hays.  My name

Alan Hays
October 06, 2021

Page 182

1    is Mo Jazil.  I'm a lawyer for the Secretary of

2    State's office and I've got with me George Meros,

3    who seems to be hiding but he's here.

4         A    How are you guys doing?

5         Q    We're doing better than you are, I think.

6         A    I'm doing fine if you'd just make sure you

7    got your questions prepared and don't ask me the

8    same thing four different times.

9         Q    Well, I'll try not to.

10             MR. MEROS:  I got them written down right

11        here.

12    BY MR. JAZIL

13        Q    So, Supervisor Hays, what we're going to

14   do is go through some of your legislative experience

15   first.  I want to make sure that we have a few

16   things clear for some of our friends who are not

17   from Florida.

18             So as I understand it, you served in the

19   Florida legislature for 12 years, both in the House

20   and the Senate.  In the Senate you served on the

21   Senate ethics and elections committee.  Did I

22   understand that correctly from your prior testimony?

23        A    That is correct.

24        Q    And now you have a leadership position

25   with the Florida State Association of Supervisors of

Alan Hays
October 06, 2021

1   Elections as the chair of their legislative

2   committee.  Do I have that correct, sir?

3        A    Yes, sir.

4        Q    So, Supervisor Hays, while you were in the

5   legislature on the Senate ethics and elections

6   committee, did you have any elections related bills

7   come through your committee?

8        A    I'm sure we did, Mo, but honestly I would

9   have to go back through the whole list that came

10  before -- that committee has consideration of all of

11  the appointments that are made throughout the whole

12  state.  We do a lot of different things there in

13  addition to elections work.

14           And I don't know if it's a blessing or a

15  handicap, but out of my 12 years of service there, I

16  could not give you the topic or the bill number of

17  six bills that I filed and passed and all that

18  stuff.  I have the ability to focus on the immediate

19  and when it's over with, win, lose or draw, it's

20  over with and I'm on down the road with something

21  else and I focus on that.

22           I don't know if that's a throwback to my

23  years as a dentist when I was focusing just on that

24  tooth and never looked at the teeth on either side

25  of it or not.  But it is what it is.

Alan Hays
October 06, 2021

Page 184

1          So if you've got bills there that dealt

2    with elections that was on the committee when I was

3    there, I'll talk to that perhaps to the best of my

4    memory.

5          Q     So let's not focus on the bills.  As you

6    were making policy, did you hear from all

7    stakeholders involved?  Did you hear from the

8    Democrats, the Republicans on issues as they came

9    up?

10         A     I really never paid a whole lot of

11   attention to what group they were representing or

12   their -- what party they were representing.  I had a

13   wide open door policy.  I would almost listen to

14   anybody.  I may not agree with them but I would at

15   least give them the courtesy of my time to express

16   their views on legislation, whatever it might have

17   been.

18         Q     So had the League of Women Voters come to

19   you, you would have listened to them; had the NAACP

20   come to you, you would have listened to them; had

21   the Democrats or Republicans came, you would have

22   listened to them.  Is that ...

23         A     Absolutely, yes, sir.

24         Q     And if they came to you with suggested

25   language or positions, you would consider those and

Alan Hays
October 06, 2021

Page 185

1   judge them on whether or not it's sound policy.  Is

2   that an accurate understanding of your testimony

3   from earlier?

4        A    Yes, sir.

5        Q    Okay.  So, Supervisor Hays, how many days

6   does a regular legislative session last?

7        A    60.

8        Q    And --

9        A    Now, that's the official formal session.

10  But you've got several weeks of committee meetings

11  leading up to that.  I didn't -- it's been a while.

12  I would say probably six weeks of committee

13  meetings, perhaps seven.  But the constitution calls

14  for a 60-day legislative session every year.

15       Q    Yes, sir.  And in your time both as a

16  legislator and now as a stakeholder for the

17  elections community, do you remember that time being

18  pretty jam packed with meetings, agendas and work to

19  be done, or was there a lot of time for you to deal

20  with issues?

21       A    It was packed from the get-go to the final

22  sine die flag dropping, absolutely.  It is 60 days

23  packed with meeting upon meeting upon meeting, and

24  the clock is rarely respected in terms of you start

25  at 8:00 and you quit at 5:00.

Alan Hays
October 06, 2021

Page 186

```
 1              It was not uncommon for me to have

 2   6:30 a.m. appointments with different people,

 3   whether it be for breakfast or whether it be in my

 4   office, and then till 10:00, 11 o'clock at night we

 5   were still having consultations, whether it be phone

 6   or whatnot.  But, yeah, it's a very jam packed 60

 7   days.

 8       Q    And in that jam packed 60 days, you also

 9   had committee meetings, is that correct?

10       A    Oh, sure.

11       Q    And was it the norm for those committee

12   meetings to have time limits on how long a

13   particular speaker could come and share their

14   perspective with the committee?

15       A    Oh, absolutely.  Yeah, as a matter of fact

16   as chairman of the committee, on more than one

17   occasion I put time limits on each presenter and

18   said, you're allowed to present for one minute or

19   two minutes.  It was very rare that any presenter

20   would get to go longer than three minutes if you had

21   to put a time limit on them.

22       Q    But did you nevertheless allow

23   stakeholders to provide written comments to you,

24   letters?

25       A    Oh, sure.
```

Alan Hays
October 06, 2021

1      Q     And did you read those, consider those?

2      A     Sometimes.   And if I didn't, I had my

3   staff read them and summarize them for me.

4      Q     Okay.   Supervisor Hays, let's talk a bit

5   about Senate Bill 90.   Based on your testimony from

6   earlier today, my understanding is you were pretty

7   involved in the legislative process concerning what

8   became Senate Bill 90 as signed by the governor, is

9   that understanding correct?

10      A     Yes, sir, I would have to say it is.

11      Q     And my understanding is you did not like

12   the bill that was originally made public, you did

13   not like the subsequent version of the bill even

14   more?

15      A     That's right.

16      Q     And that second version of the bill is

17   what prompted you to go up to Tallahassee and share

18   your thoughts with the Florida legislature, is that

19   understanding correct, sir?

20      A     Totally correct.

21      Q     Did Senate Bill 90 become better during

22   the legislative process after your involvement and

23   that of the Florida State Association of Supervisors

24   of Elections?

25      A     Significantly better.

Alan Hays
October 06, 2021

1       Q      Sir, did you and the association support

2    the final bill that was enacted and signed by the

3    governor?

4       A     I don't know as I'm able to speak for the

5    association.  But I do know that I supported the

6    bill as it was being -- as a matter of fact, I

7    communicated with some of the senators.  There was

8    one particular exchange on the floor and I was

9    watching online, and one of the sponsors of the bill

10   or an amendment sponsor -- anyhow, one of the

11   speakers on the bill was asked the question, "Does

12   any supervisor support this?"

13              And I texted, I believe it was Senator

14   Boyd, I'm not sure but I believe it was Senator Boyd

15   that I texted and said that I support it.

16              And people need to understand the

17   legislative process as it is.  It's -- particularly

18   there in that last week of session, Mo, it's a very,

19   very fluid operation.  And I have seen bills just

20   change completely in the blink of an eye.  Strike

21   all amendments are introduced at the last minute and

22   you look for a summary statement from a reliable

23   colleague that you can trust to tell you what's in

24   the bill.  And then you make your decision on it.

25              And it's a very, very intense time.  But

Alan Hays
October 06, 2021

1    frankly, I didn't see anything in the mechanical

2    stuff of the passing of Senate Bill 90 that was

3    anything out of the ordinary.  I have experienced it

4    for 12 years; just another day in the legislature as

5    far as we're concerned.

6        Q    Understood.  Supervisor Hays, I'd like to

7    follow up on something you just said, the strike all

8    amendments.  Is that a tool in the legislator's

9    toolbox that's commonly used?

10       A    Yes, sir, and forgive me for not

11   explaining it.  I have to understand my audience.

12   None of y'all have been legislators perhaps.

13            But as the bills move through, if you have

14   one small section here, one small section there that

15   you would like to change, you can file an amendment

16   changing those one or two things.  Sometimes it's

17   simply a punctuation mark or one or two words versus

18   a whole paragraph.

19            But if you're going to wind up making

20   multiple changes in the text of the bill, it's far

21   more logistically -- what's the word I'm looking

22   for -- it's more streamlined.  Rather than filing a

23   series of six or eight different amendments, let's

24   just file one big amendment.

25            And all of these -- all of the changes

Alan Hays
October 06, 2021

Page 190

1    that are made are underlined or lined through.  All

2    the deletions are lined through.  So it's not like

3    you're trying to submit something with a smoke

4    covering over it.  It's -- the changes are very

5    plain right there on the paper for you.

6              But instead of taking up endless hours of

7    voting and voting and voting on multiple, multiple

8    amendments, you just go through and do one big

9    amendment for the whole bill and it's called a

10   strike all.

11       Q    Understood, Supervisor Hays.  You talked a

12   bit about the four goals, the points of commitment

13   that y'all have at the supervisor of elections

14   office.

15              And as I understand them, they were,

16   number 1, voter confidence; number 2, providing

17   excellent service; number 3, providing accurate --

18   pardon me -- administering accurate and efficient

19   elections; and number 4, managing the office in a

20   financially responsible way.

21              Did I understand those four correctly,

22   sir?

23       A    Yes, sir.

24       Q    Let's talk a bit about excellent service.

25   My friends talked to you a bit earlier about the

Alan Hays
October 06, 2021

1   education efforts that you undertake with your

2   voters.

3            Are you going to undertake education

4   efforts with voters to help them understand the

5   changes that Senate Bill 90 made?

6        A    We already have undertaken that and we

7   will continue to do so.

8        Q    And if constituents have questions about

9   how to ask for a vote-by-mail ballot or how to drop

10  off the vote-by-mail ballot or where to vote in

11  person, are those questions that you and your staff

12  answer?

13           MS. SIVALINGAM:  Objection, form.

14           THE WITNESS:  Pardon me?

15           MS. SIVALINGAM:  I was just objecting for

16      to the record.  Objection to form.  Compound.

17  BY MR. JAZIL:

18       Q    Okay.  So we'll take those one at a time

19  because of the objection, Supervisor Hays.

20           Do you and your staff answer questions

21  from voters about how to vote by mail?

22       A    Routinely.

23       Q    Do you answer questions about how to use

24  drop boxes if people have questions?

25       A    Absolutely.

Alan Hays
October 06, 2021

Page 192

1      Q      Do you and your staff answer questions

2   about how to vote in person?

3      A      Sure.  We also put instructions like that

4   on our website and every vote-by-mail ballot that

5   goes out has instructions on it and deadlines are

6   listed there.  Sometimes you wonder why do we get

7   questions when we have tried to go be so proactive

8   in giving instructions and information upfront.

9           But even when we do get those questions

10   that are bewildering to us as to their origin, we

11   still try to treat that voter with the same respect

12   that we would want to be treated if we were asking

13   similar questions.  We don't say, well, we told you

14   that in the instructions.  We go ahead and answer

15   the question.

16      Q    And I appreciate that, Supervisor.

17   Supervisor, I'd like to turn your attention to an

18   exhibit that my friend Cyrus shared with you.  I'm

19   going to use the screen share function so we both

20   look at it at the same time.

21           So this is what I believe has been marked

22   as Exhibit 13.  These are your thoughts that you

23   shared with the Governor's Office on February 21st,

24   2021.

25           A    As I said earlier, that was prior to any

Alan Hays
October 06, 2021

Page 193

```
 1    bill that I'm aware of having been published at that

 2    time.

 3         Q    Yes, sir.  And so if we go to page 3,

 4    there's this question here about "vote-by-mail

 5    requests must be made each election year."

 6         A    Yep.

 7         Q    Do you see that?

 8         A    Sure do.

 9         Q    And there you suggest that requests not be

10    required every election year because there are

11    municipal elections that happen?

12         A    That is correct.

13         Q    Do you understand Senate Bill 90 as

14    requiring vote-by-mail requests to be made every

15    year?

16         A    No, sir.

17              MS. SIVALINGAM:  Objection to form.  Calls

18         for a legal conclusion.

19    BY MR. JAZIL:

20         Q    Supervisor Hays, my understanding of your

21    earlier testimony is there are going to be five

22    municipal elections held in your county this year,

23    is that correct?

24         A    Yes, sir.

25         Q    Are vote-by-mail requests that you have on
```

     1    file from voters sufficient to vote by mail in those

     2    five municipal elections?

     3         A    Yes, sir.

     4         Q    When you were talking to my friend

     5    Danielle about the 2020 election, you said, quote,

     6    there were very few hiccups.  Do you recall saying

     7    that, sir?

     8         A    Sure.  That's a phrase I use frequently.

     9         Q    Okay.  And then later you talked about the

    10    540 voter registration forms that a third-party

    11    voter registration group provided to you that were

    12    let's say impermissibly marked.  Do you recall that,

    13    sir?

    14         A    I do.

    15         Q    Would that be one of the few hiccups that

    16    you were referring to during the 2020 cycle?

    17         A    Yes, sir.

    18         Q    Sir, would you agree with me that we had a

    19    safe and secure election in 2020?

    20         A    Absolutely.

    21         Q    But would you also agree with me that

    22    there's no such thing as a perfect election?

    23         A    Unfortunately, I do have to agree with

    24    that.  And it's going to remain that way as long as

    25    humans are doing it, you know.

Alan Hays
October 06, 2021

```
 1        Q      Yes, sir.  Supervisor Hays, as we were
 2   talking about the changes made to Senate Bill 90
 3   during the legislative process, there was your
 4   testimony before the legislature in early March that
 5   was discussed.  And as part of that testimony there
 6   were some discussion about your elderly mother being
 7   able to vote.  Do you recall that, sir?
 8        A      Absolutely.
 9        Q      Do you know whether or not your elderly
10   mother will be able to vote in the upcoming election
11   assuming, God willing, she is with us?
12        A   Well, we pray every day that she's with us
13   and come February she'll hit a hundred.  You're
14   invited to her party, all of you, who want to come.
15            For me it'll be the first time I've ever
16   been to a hundred-year-old birthday party, but
17   nevertheless.  Let's keep it professional, Alan.
18            As far as I can see it, the way Senate
19   Bill 90 is structured, the way it passed and has
20   been implemented, I don't see anything in there that
21   would prohibit her from voting.
22        Q   Okay.
23        A   Truth be known, she drives to the polling
24   place and votes in person.
25        Q   Good for her.
```

Alan Hays
October 06, 2021

Page 196

```
 1       A     Still driving in the daytime.

 2       Q     Supervisor Hays, as we are continuing to

 3   talk about how voters return vote-by-mail ballots, I

 4   want to -- well, strike that, please.

 5             So your elderly mother goes to polls and

 6   votes, like a lot of people.  And when you go to the

 7   polls and vote, there is 150-foot nonsolicitation

 8   zone that applies.  That's my understanding.  Is

 9   that your understanding as well, Supervisor Hays?

10       A     Yes, sir.

11       Q     And within that 150-foot nonsolicitation

12   zone, do you allow any interaction by third-party

13   groups, political parties, with the voters?

14       A     No, sir.

15             MS. SIVALINGAM:  Objection, asked and

16       answered.

17   BY MR. JAZIL:

18       Q     And if someone wanted to get a bottle of

19   water while they're waiting in line, how would they

20   go about doing that?  It's a hot day, they're

21   thirsty, they really need a drink.  How would your

22   staff or anyone else help that person out and assist

23   them in line?

24       A     My suggestion is that, number 1, the only

25   part of my staff that's going to be out there is the
```

Alan Hays
October 06, 2021

1    poll deputy who is in charge of maintaining decorum

2    there inside that 150-foot mark and in the polling

3    place itself.  And we don't make a habit of going

4    around asking people do you need water, do you need

5    food or anything like that.

6              Folks are welcome to bring their own

7    beverages with them if they'd like.  But if there is

8    a party or any group or any individual that wants to

9    provide water or hot dogs or hamburgers or whatever

10   they want, you can set up a barbecue stand out there

11   at 151 feet away from the door.  You can set up a

12   beer tent if you want to 151 feet away from the

13   door.

14             Outside of that 150-foot mark, I don't

15   have any control.  But inside the 150-foot zone,

16   there's no solicitation, there's no appearance of

17   solicitation.  The only people allowed to interact

18   there are the voters themselves and, as I mentioned

19   earlier this morning or sometime in the day, exit

20   polling.

21      Q    Okay.  And so suppose someone is waiting

22   in line and they're elderly and they're having a

23   hard time just standing up in line.  How would your

24   staff deal with that situation, sir?

25      A    If we become aware of it, we would

Alan Hays
October 06, 2021

Page 198

1   certainly do whatever the judgment of that

2   particular election worker deems appropriate for

3   that time.  We could get them a chair, we could

4   invite them to come in, sit down in the shade or

5   something and wait their turn or something.

6            There's -- those type of forecast things,

7   Mo, are just really limitless and you just have to

8   rely on people.  And, of course, the obvious best

9   thing to do is set up your polling place so that you

10  don't have those big long lines.  But in spite of

11  your best efforts, sometimes these things are going

12  to occur.

13           But we just have to understand, if

14  somebody is there and, you know, if it's a physical

15  need, we're going to certainly address it.  But if

16  it's something somebody just says, I want a drink of

17  water or I want a Pepsi or something like that, then

18  fine, ask the person in line next to you, hey, hold

19  my place, I'm going to get a drink.  You want me to

20  bring you back a bottle too?  And then take off and

21  then come back and get your place in line.  It's not

22  rocket science.

23      Q    And is that how you administered your

24  elections in 2020?

25      A    Sure.

Alan Hays
October 06, 2021

1        Q       And in 2018?

2        A       Sure.

3        Q       And is that how you plan on administering

4    your elections in 2022?

5        A       Sure.

6        Q       Okay.  Supervisor Hays, I'd like to turn

7    your attention to an exhibit that I have and I'd

8    like to ask a few questions about it.  This is the

9    file titled "REUSPSOIG recovered ballots."

10       A       Do I have that?

11       Q       You should.  Or I could just share screen.

12   Did that work out all right for you last time I did

13   it, sir?

14       A       Worked out fine.

15       Q       Okay.  If you wouldn't mind just taking a

16   minute, Supervisor Hays, to take a look at this.

17   This is an e-mail from March 2021 regarding a U.S.

18   postal service investigation and I'll scroll down so

19   you see the first e-mail in the chain.

20               And if I scroll down some more, sir, to

21   the last page, your name is there -- misspelled, my

22   apologies, but it's misspelled.  And this e-mail

23   references certain recovered unopened ballots in

24   Illinois.  Do you recall what this investigation was

25   about, Supervisor Hays?

Alan Hays
October 06, 2021

Page 200

```
 1      A    No, sir.

 2      Q    Has the U.S. Postal Service contacted you

 3   at all about these unopened ballots that were sent

 4   to Illinois?

 5      A    Not that I recall.

 6      Q    Okay.

 7           MR. JAZIL:  Can we mark this as 13 (sic.)

 8           (Exhibit 14 was marked for

 9      identification.)

10   BY MR. JAZIL:

11      Q    And, Supervisor Hays, I wanted to ask you

12   about it because I don't know what that

13   investigation is about and I figured I'd ask since I

14   had a chance.

15           Sir, I'd like to talk a bit more about

16   drop boxes now.  It's an issue that's been the

17   subject of a lot of questions here and I've got a

18   few of my own.

19           Exhibit 3 is the picture of the drop box

20   that y'all have, the 24-hour drop box?  Do you --

21      A    Right.

22      Q    Okay.  So -- yeah, go ahead, Supervisor

23   Hays?

24      A    It's the white one, not the blue one?

25      Q    Yes, sir, the white one.
```

Alan Hays
October 06, 2021

Page 201

1        A     Okay.

2        Q     And I'm just a little confused about the

3   drop box conversation in general.  Based on your

4   testimony from earlier today, it sounded like your

5   county has been using drop boxes since at least

6   2017.  Is that correct?

7        A     I believe the first time we used it was in

8   2018, because, see, I came into office in January of

9   2017 and we didn't move over here into this building

10  where we are now until 2018.

11              And there again, I would have to go back

12  and look at the record, but my best recollection is

13  in 2018 for the primary election we were in this

14  building and that was the first time that we used

15  the drop box out there.  And it was famously

16  successful.

17       Q     Okay.  And was that a 24-hour drop box in

18  2018 as well, sir?

19       A     Yes, sir.

20       Q     And in 2018, did the drop box have the

21  three camera video monitoring set that you

22  described?

23       A     Yes, sir.

24       Q     And was the drop box shaped the same way

25  with the lid, as you described it, to make it

Alan Hays
October 06, 2021

Page 202

1   difficult to put liquids in?

2        A    Yes, sir, there have been no structural

3   alterations to that drop box since the day it first

4   went out there.

5        Q    And, Supervisor Hays, I know you're pretty

6   active with the state association.  Do you know

7   whether other supervisors of elections have a

8   similar drop box design to limit liquids?

9        A    Yes, sir, they do.  And when I say it's

10   similar, we have to emphasize similar, not

11   identical.

12        Q    Okay.

13        A    But there are multiple designs that have

14   been used very successfully in several other

15   counties around -- as a matter of fact, I copied my

16   design from St. Johns County.

17             And Citrus County just recently, last

18   year, moved into a former bank building and their

19   drop box was built in when the building was

20   constructed.  It was a night depository for the

21   bank.  And now that -- even that box has to be

22   manned by an employee of the office if it's going to

23   be in compliance with Senate Bill 90, which is now

24   state law.

25             But short answer to your question, yes,

Alan Hays
October 06, 2021

Page 203

1    Mo, there's a lot of -- there are -- there's

2    several, anyhow, other offices that use the drop

3    boxes successfully.

4         Q    But not all of them use a similar design?

5         A    Oh, as far as I know, my mine is the only

6    one designed exactly like that.

7         Q    Yes, sir.  And my understanding is you

8    spoke to a librarian and designed your drop box this

9    way to prevent liquids from being thrown into the

10   drop box.  Is my understanding correct, sir?

11        A    That's correct, yes, sir.

12        Q    And, Supervisor Hays, in just looking at

13   the picture of the drop box, could someone take fire

14   crackers, light them and throw them in the drop box?

15             MS. SIVALINGAM:  Objection.  Sorry, keep

16        going.  I want you to finish your question, Mo,

17        sorry.

18             MR. JAZIL:  Sure.

19        A    I don't recall who the -- who the famous

20   philosopher was that said a fool is born every day,

21   but that -- I guess the imagination of one would be

22   the limit as to what they might try.

23   BY MR. JAZIL:

24        Q    Sure.  And, Supervisor Hays, I'm obviously

25   concerned about drop box security from my client's

Alan Hays
October 06, 2021

1    perspective.  So I am asking these questions and I

2    do appreciate your perspective on them.  And ...

3         A    Well, let me point out, Mo, that every --

4    literally every single U.S. Postal Service drop box

5    I've ever seen, you could drop a cherry bomb in,

6    much less a firecracker.  So what's your point?

7         Q    Sure.  Sure.  And that's worth exploring,

8    Supervisor Hays.

9              Is it your understanding that the

10   mailboxes that we have for the U.S. Postal Service

11   have mail other than ballots in them?

12        A    Well, that's a known fact.

13        Q    Okay.  And your drop boxes, do they have

14   anything other than ballots in them?

15        A    I don't recall getting anything other than

16   elections related information.  We have had some

17   people put their voter registration applications in

18   there.  But it came there because it was supposed to

19   come to us, you know.

20              But I'm not aware of any, shall we say

21   malicious mail or any goopy mail that -- now, we

22   have had -- crazy thing.  We have had people drop

23   their return envelopes in there that were destined

24   for Orange County instead of Lake County, but they

25   were ballots nevertheless.

Alan Hays
October 06, 2021

1          But to your point, I think with the mixed

2    bag, so to speak of mail pieces in a postal service

3    box as that in a supervisor's box, we -- all the

4    mail that we have gotten so far has been elections

5    related.  We've not had anything that was not

6    related to elections to my knowledge.

7          Q    So if I drop a cherry bomb in your drop

8    box, I would burn election related materials?

9          MS. SIVALINGAM:  Objection to form.  Calls

10         for speculation.

11   BY MR. JAZIL:

12         Q    And you can go ahead and answer.

13         MR. JAZIL:  And, Counsel, can we limit the

14         speaking objections.  If I want to know what

15         the reason is, I'll ask?  Let's just object to

16         form.

17         MS. SIVALINGAM:  Oh, sure.  Absolutely.

18         Apologies.  But if -- but I will say -- sorry,

19         Mo.  If you all could give me and the other

20         plaintiffs an opportunity to object so that

21         we're not all speaking over each other, I would

22         appreciate that.

23   BY MR. JAZIL:

24         Q    Supervisor Hays, do you remember my

25   question?

 1        A    Yes, I do.  And directly, I don't think

 2   you can get a cherry bomb in that narrow slip.

 3        Q    **What about firecrackers?**

 4        A    Oh, yeah.

 5             MS. SIVALINGAM:  Objection to form.

 6        A    Firecrackers would go in it, and possibly

 7   TNT bombs because of their structure.  But the

 8   cherry bombs as I remember are about yay big around

 9   and I don't think one would fit in that narrow slit.

10   BY MR. JAZIL:

11        Q    **Fair enough.  And Supervisor Hays, I**

12   **noticed on the picture that that drop box was bolted**

13   **down with four screws on the ground.  Is that**

14   **understanding correct based on the pictures?**

15        A    That is correct.  And it's got a big wad

16   of concrete on the bottom of it too and that

17   concrete is reinforced with steel in there.

18        Q    **Okay.  So if I were to throw a chain**

19   **behind my truck and try to drive off with it, what**

20   **would happen?**

21             MS. SIVALINGAM:  Objection to form.

22        A    Your guess is as good as mine.  I've never

23   thought about that.

24   BY MR. JAZIL:

25        Q    **Okay.**

Alan Hays
October 06, 2021

```
 1        A       It would be speculative.
 2        Q       Okay.  And --
 3        A       One thing about it, you would be on
 4   camera, though.
 5        Q       I would be on camera, but my understanding
 6   of your testimony is if I come with the passenger's
 7   side facing the drop box, you wouldn't get my
 8   license plate, would you?
 9        A       That's right.
10        Q       All right.
11        A       I'd see your bald head, though.
12        Q       I'll wear a hat, Supervisor Hays.
13               But let me explore that some more.  So in
14   2020, my understanding is y'all had a contract
15   security guard waiting out there looking at the drop
16   box, the 24-hour drop box, is that correct?
17        A       That's correct.
18        Q       And correct me if I'm wrong, my
19   understanding of your testimony earlier today is
20   that you don't feel comfortable using a contract
21   security guard because you don't consider that
22   contract security guard an employee of the
23   supervisors of elections office.  Is my
24   understanding correct, sir?
25        A       That's correct.
```

Alan Hays
October 06, 2021

Page 208

```
 1        Q      If you had some comfort that that contract
 2   security guard is an employee of the supervisors of
 3   elections office, would you consider keeping the
 4   24/7 drop box as it is with the security guard
 5   outside?
 6              MS. SIVALINGAM:   Objection to form.
 7        A      You know, that would be purely a fiscal
 8   decision.  I would have to look at it to decide, you
 9   know, at probably $18 an hour for 24 hours a day,
10   I'm not that good at math in the head, but
11   nevertheless it's a big chunk of money.  And I
12   just -- frankly, I think it would be a poor
13   utilization of taxpayer dollars.
14   BY MR. JAZIL:
15        Q      If you could make the money work, would
16   you do it?
17              MS. SIVALINGAM:   Objection to form.
18        A      No, I'm sorry, Mo.  That one I can't
19   answer because if you could make the money work?
20   How are you going to make it work?  Somebody going
21   to slip it in my back pocket?  Are you going to
22   sweet talk the county commissioners into giving me
23   more money?
24              I'm sorry, that one, I think, is too
25   vague.
```

Alan Hays
October 06, 2021

Page 209

1    BY MR. JAZIL:

2         Q    I understand.  Supervisor Hays, I'd like

3    to turn your attention to a document titled "Request

4    for production number 6," the drop off process your

5    office provided.  And I will share my screen so that

6    you can see it with me.

7              Sir, do you recall this --

8         A    Yes, sir.

9         Q    It's titled "Vote-by-mail drop off

10   process."  Is this a process your office follows?

11        A    Yes, sir.  We originated it as far as I

12   recall.

13        Q    Yes, sir.

14             MR. JAZIL:  Sandi, could we go ahead and

15        mark this as the next numbered exhibit, 14.

16             (Discussion off the record.)

17             MR. JAZIL:  So the prior one is 14, this

18        is 15.

19             (Exhibit 15 was marked for

20        identification.)

21   BY MR. JAZIL:

22        Q    So, Supervisor Hays, here we have got a

23   drop off process that your office, as you just said,

24   originated.  And this process requires among other

25   things that an election worker verify that the

Ex.15

P= 802

Alan Hays
October 06, 2021

Page 210

D=Defendants
offer Hays Ex.
15 (Trial Ex.
183) not for
the truth of
the matter
asserted by the
policy, but
only for the
existence of a
policy;
Supervisor Hays
testified based
on has personal
knowledge that
the policy was
followed.

Alternatively,
it is a record
kept and
maintained in
the course of a
regularly
conducted
activity of a
business,
organization, or
occupation, or
calling under
FRE 803(6).

1   vote-by-mail ballot is sealed, an election worker

2   verify that the back of the envelope has a

3   signature.  Do you see those two provisions, sir?

4        A     Sure.

5        Q     And is this the policy that your office

6   follows?

7        A     Absolutely.

8        Q     And does this policy require there to be

9   an actual human being there to ensure that the

10  envelope is sealed and the envelope has a signature?

11       A     Of course.

12       Q     Sir, have your constituents commented at

13  all to you about your staff ensuring that their

14  envelope is sealed or that the envelope has a

15  signature?

16       A     None of them have commented, that I'm

17  aware of, to me on those specific things.  I have

18  had several favorable comments about the overall

19  chain of custody beginning right there at the drop

20  box.  I don't recall any negative feedback that we

21  have gotten from this process.

22            But if I may go a little bit further, you

23  see what all is involved here.  This is in the early

24  voting site or here in our office.  And for me to

25  expect a contract security guard to be out there at

1    11:30 at night or 4:30 in the morning doing this

2    sort of stuff is preposterous.

3              And so that would be a huge negative, to

4    answer your previous question about if money were no

5    object, my paraphrasing of your question.  No, we're

6    not -- I just don't -- I just don't foresee parking

7    an employee of my office or a rent-a-cop out there

8    to do this kind of detailed paperwork.

9        Q    Okay.  But this process that you have,

10   Supervisor Hays, how does this align with the four

11   goals that y'all have?  Does this help voter

12   confidence, does this promote excellent service

13   or -- can you ...

14       A    Yes, sir.  It helps in every way.

15       Q    Okay.  And help me understand how this

16   promotes voter confidence?

17       A    Well, they realize, as I mentioned earlier

18   today, when they come up, they know that somebody is

19   there keeping an eye on that box.  It's not just a

20   naked box sitting out there and different people can

21   come plop different things in it.

22              And we explain to them that the chain of

23   custody for this -- your ballot begins right here

24   with the completion of this data.  And so we fill

25   out those forms there, and then we tell them that

Alan Hays
October 06, 2021

Page 212

1   tonight that ballot will be in the supervisor's

2   office in Tavares under camera surveillance and

3   nobody is going to tinker with it until we start the

4   processing of it, the signature verification and all

5   that.

6                If that doesn't enhance their confidence,

7   we don't need to worry about confidence on that

8   person's part.

9        Q    And then, Supervisor Hays, in answering my

10   last question you talked about the security guard

11   monitoring your 24/7 drop box.  Do you have a sense

12   of how many people use your 24/7 drop box after

13   business hours during the last election cycle?

14        A    Quite a few.  Quite a few.  Gracious.  You

15   come in on a Monday morning and you can see a whole

16   bunch of them that have accumulated over the

17   weekend.  And sometimes just overnight you may have

18   20 or 30 in the box, you know.

19        Q    Okay.  So when I say after business hours,

20   I meant that to be after 5:00 p.m.  Is that your

21   understanding of after business hours as well?

22        A    Yes, sir.

23        Q    And you talked about the weekend.  So from

24   5:00 p.m. on Friday evening to Monday morning, when

25   would your staff check that 24/7 drop box to check

Alan Hays
October 06, 2021

Page 213

1    how many ballots accumulated over the weekend?

2         A    Monday morning probably about 9 o'clock.

3         Q    Okay.  So from Friday 5:00 to Monday at

4    9:00, you would have, as you put it, quite a few

5    ballots accumulate in there?

6         A    Oh, yeah, I personally have seen over a

7    hundred.

8         Q    Okay.  Do you know how many of those

9    ballots were put into the drop box between say

10   8:00 p.m. Friday night and 8:00 a.m. Saturday

11   morning?

12        A    No.

13        Q    Do you have any way to find out how many

14   people put in ballots during those twilight hours,

15   let's call them that?

16        A    We can go back and look at the video and

17   see how many vehicles went by but we couldn't see

18   how many ballots they put in.  They may put in one

19   or they may put in two or three.

20        Q    Okay.  And my understanding of your

21   testimony with my friends earlier today was of the

22   people who are using that 24/7 drop box, you could

23   not speculate as to how many would choose to use

24   other drop boxes around the county.  Is my

25   understanding correct, sir?

Alan Hays
October 06, 2021

 1      A    I'm not sure that I recall a question even

 2   of that type, but to give you a straight answer,

 3   I've never given it any thought.  If people bring it

 4   here, they bring it here.  If they want to take it

 5   somewhere else, they take it there.

 6           I mean, I got important things to do.  I

 7   don't sit around and try to figure out people's

 8   motives in doing stuff that is within the law.  I

 9   don't even try to figure out why they do it outside

10   the law.  It's worthless to me.  I try to devote my

11   energy to things that are productive.

**12      Q    Sure.  So you don't know how many people**

**13   who use that 24/7 drop box would use other drop**

**14   boxes in the county?**

15           MR. NASSERI:  Object to form.

16      A    Oh, I don't know.

17   BY MR. JAZIL:

**18      Q    Okay.**

19      A    I mean, one could say, gracious sakes,

20   every one of them could be put in a postal service

21   drop box; we could just do away with all our drop

22   boxes completely.

23           But, no, I'm sorry.  That one there is out

24   of the ballpark, I think.

**25      Q    Fair enough.  Supervisor Hays, I'm going**

Alan Hays
October 06, 2021

1    to share with you two other exhibits that I have.

2              Okay.  Supervisor Hays, take a minute to

3    look at this e-mail that you sent on Thursday,

4    September 10th, 2020.

5       A    Right.

6       Q    To Maria Matthews?

7       A    Right.

8       Q    You asked her a drop box question in that

9    e-mail, is that correct?

10      A    Yes, sir.

11      Q    Okay.

12      A    And shame on me, I put a period instead of

13   a question mark.  "Are we allowed to place drop

14   boxes at sites suitable for early voting before

15   early voting begins."

16      Q    Yes.

17      A    "Possibility being considered is to begin

18   drop box access on October 1st while early voting

19   begins October 19."

20              MR. JAZIL:  So, Sandi, can we go ahead and

21        mark this as next exhibit.

22              (Exhibit 16 was marked for

23        identification.)

24   BY MR. JAZIL:

25      Q    Do you recall sending that e-mail,

Alan Hays
October 06, 2021

Page 216

1    Supervisor Hays, to Maria Matthews?

2         A    Sure.

3         Q    Let's take a look at the next exhibit.

4    This is an e-mail that you sent September 16th to

5    Brad McVay?

6         A    Yeah.

7         Q    And if we scroll down we see a series of

8    questions related to drop boxes on page 2, is that

9    correct, sir?

10        A    Yes, sir.

11             MR. JAZIL:  And, Sandi, can we go ahead

12        and mark this as the next sequential exhibit.

13   BY MR. JAZIL:

14        Q    So, Supervisor Hays, here's my question:

15   You mentioned earlier in your testimony that you got

16   some guidance from Brad McVay about drop boxes

17   before the 2020 election.  In that guidance did Brad

18   McVay attempt to answer the questions that you and

19   other supervisors posed about drop boxes?

20        A    As I recall, Mr. McVay sent us -- to all

21   supervisors -- a -- for lack of a better word --

22   directive or legal opinion -- I don't know what the

23   fancy word for it would be.  But anyway, he sent us

24   a notification that the drop boxes had to be

25   monitored by employees of our office.  And that was

Alan Hays
October 06, 2021

Page 217

1    the extent of it.

2            The -- you see, my objective in proposing

3    that we use sites that were suitable for early

4    voting such as city halls, fire stations, police

5    departments, other government buildings, libraries,

6    things like that, that statutes allow us to put

7    early voting sites in those.

8            But yet here, I had this drop box out

9    front for access to the voters and the drop box in

10   my business office here was accessible to the voters

11   before early voting began.  And I was looking for a

12   way to expand that to the rest of the county.  And

13   my efforts fell into the creek.  That's a country

14   saying we have out here in hinterlands.

15           But Brad says, no, you got to have

16   employees and this and that and the other.  I guess

17   you probably have Brad's reply to us as well that

18   you probably wanted to enter as an exhibit.

19       **Q    I'll let Brad's reply speak for itself.  I**

20   **just wanted to see whether or not Brad answered your**

21   **questions in his memo and ...**

22           MR. JAZIL:  Supervisor Hays, I think I may

23       be done.  If we can take just a five-minute

24       break and I'll confer with Mr. Meros here, make

25       sure I haven't missed something, maybe we can

Alan Hays
October 06, 2021

Page 218

 1          come back then and I'll end with a question or

 2          two and we'll be done from our perspective.  If

 3          you could just take a five-minute break.

 4              (A recess took place from 4:27 p.m. to

 5          4:35 p.m.)

 6    BY MR. JAZIL:

 7          Q    Okay.  Supervisor Hays, earlier today you

 8    testified that there are so many convenient ways to

 9    vote in Florida that there is absolutely no reason

10    for someone to fail to register or vote in the

11    state.  Do you recall that testimony, sir?

12          A    I do.

13          Q    Does that still hold true after passage of

14    Senate Bill 90?

15          A    Yes, sir.

16              MR. JAZIL:  I have no further questions.

17              Mr. Meros.

18              MR. MEROS:  Supervisor, George Meros.  And

19          it's better than my image isn't there anyway.

20              I have one question which is a statement

21          rather than a question and that is:  I win the

22          award for speaking to you without any questions

23          at all and I am quiet and done and have a good

24          evening.

25              THE WITNESS:  Thank you, Mr. Meros.

Alan Hays
October 06, 2021

Page 219

 1              And, Mo, you get a half a point for

 2        putting him on for that as well.

 3              (Discussion off record.)

 4              MR. BARDOS:  All right.  So Danielle and

 5        Cyrus had a few more questions and then I think

 6        we'll be just about done, unless Mo or George

 7        has a final follow-up.

 8              THE WITNESS:  All right.  Lay it on me.

 9        Who goes first?

10                    REDIRECT EXAMINATION

11    BY MS. SIVALINGAM:

12        Q    I'll go first.  And I certainly am not

13    winning any awards in that, in the category that

14    George is today.

15        A    You get the award for the most, honey.

16        Q    I know.  Okay, well, I'll take that.  But

17    I only have one question.

18        A    Okay.

19        Q    Earlier today you discussed a situation

20    where someone working for a third-party voter

21    registration organization, Florida First, was

22    alleged to have submitted several fraudulent voter

23    registration applications.

24              To your knowledge, were any ballots

25    improperly voted as a result of the alleged voter

Alan Hays
October 06, 2021

1  registration fraud that you described?

2        A    No, ma'am.

3             MS. SIVALINGAM:  Thank you.  No further

4        questions from me.  And I do thank you for your

5        time today.

6             THE WITNESS:  Glad to do it.

7                  RECROSS EXAMINATION

8  BY MR. NASSERI:

9        Q    Okay, Supervisor Hays, I have about one

10  and a half minutes worth of questions, so bear with

11  me.  I am going to quickly screen share something.

12  Okay.

13             (Discussion off record.).

14  BY MR. NASSERI:

15        Q    I'm going to share this.  Can you see

16  this, Supervisor Hays?

17        A    Yes, I can.

18             MR. NASSERI:  Okay.  And, Sandi, I'd like

19        to enter this as exhibit number I believe is it

20        around 16 now?

21             THE STENOGRAPHER:  I believe we're 17.

22             (Exhibit 17 was marked identification.)

23  BY MR. NASSERI:

24        Q    Okay.  So this is a text message, I

25  believe.  Does this look familiar to you at all?

Alan Hays
October 06, 2021

1      A    It sure does.

2      Q    Okay.  And do you recall who you -- first

3   of all, did you send this text message?

4      A    If I didn't send that identical one, I

5   certainly sent one very similar.  I do think that's

6   the one I probably sent to Senate President Wilton

7   Simpson.

8      Q    Okay.

9      A    Now, I may have sent that to two or three

10   others legislators as well.  It certainly expresses

11   my sentiments precisely.

12      Q    Okay.  So the last sentence here you say,

13   "Elimination of these is grossly inconvenient for

14   many hundreds of voters."  Can you expand on what

15   "these" refers to?

16      A    Of course.  "These" refer to the drop

17   boxes under video surveillance.

18      Q    Okay.  And do you stand by this statement

19   that it would be "grossly inconvenient for many

20   hundreds of voters" to eliminate those?

21      A    Absolutely.

22      Q    Okay.  And I believe you said earlier that

23   one of your -- the things that you aspire to is

24   having essentially -- you know, ideally would be

25   everyone voting in your county, is that correct?

Alan Hays
October 06, 2021

Page 222

1        A     Yes, sir.

2        Q     And do you think making voting grossly

3   inconvenient for hundreds of voters works in

4   furtherance of that goal?

5               MR. JAZIL:  Object to form.

6        A     I don't think that the elimination of the

7   video surveillance of drop boxes helps anybody.

8   BY MR. NASSERI:

9        Q     And do you think it's possible that

10   people -- voters might be discouraged from voting if

11   voting is not convenient?

12               MR. JAZIL:  Object to form.

13        A     I don't -- I don't pretend to deal in the

14   possible or the impossible.  The sad truth is many

15   people choose not to vote and they have multiple

16   reasons for doing so.

17               And as I've stated earlier today, it would

18   be my desire that every eligible citizen registers

19   and then takes the time to become an informed voter

20   and then conveys those informed decisions on their

21   ballot.

22   BY MR. NASSERI:

23        Q     Right.  But I guess just among the

24   conversations and communications you've had with

25   people in your county, is convenience a factor in

Alan Hays
October 06, 2021

Page 223

1    whether people choose to vote or not?

2           MR. JAZIL:  Object to form.

3      A    Cyrus, I'm sorry, but I can't get inside

4    the head of the voters.

5    BY MR. NASSERI:

6      Q    Okay.

7      A    We have -- we have polling places that are

8    a hundred yards from somebody's front door and they

9    won't walk that hundred yards to go and vote on

10   election day, or even on early voting.  We have --

11   the list could go on for the next two or three

12   hours.

13     Q    No, I understand that.  Okay.

14          MR. NASSERI:  Well, no further questions

15     from me.  Thank you, Supervisor Hays, I really

16     appreciate you bearing with us on this long

17     day.  That's all for me.

18          MR. BARDOS:  Thank you, Cyrus.  Anybody

19     else?  Was that George?

20          MR. MEROS:  Yeah.

21          MR. BARDOS:  Would you like to make

22     another statement?

23          Okay.  All right.  I think that's a wrap.

24     Thanks, everybody.  We will read.

25          (Proceedings concluded at 4:44 p.m.)

Alan Hays
October 06, 2021

Page 224

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA          )

4    COUNTY OF LEON            )

5

6

7

8             I, the undersigned authority, certify that

9    ALAN HAYS remotely appeared before me on October 6,

10   2021 and was duly sworn.

11

12            SIGNED AND SEALED this 12th day of

13   October, 2021.

14

15

16

17

18

19             SANDRA L. NARGIZ, RPR, RMR, CRR, CCR
               snargiz@comcast.net
20             Commission #GG172788
               EXPIRES: APRIL 18TH, 2022
21

22

23

24

25

Alan Hays
October 06, 2021

Page 225

1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA      )

3    COUNTY OF LEON        )

4            I, SANDRA L. NARGIZ, Registered

5    Professional Reporter, certify that I was authorized

6    to and did stenographically report the deposition of

7    ALAN HAYS; that a review of the transcript was

8    requested, and that the foregoing transcript, pages

9    1 through 223, is a true record of my stenographic

10   notes.

11           I further certify that I am not a

12   relative, employee, attorney or counsel of any of

13   the parties, nor am I a relative or employee of any

14   of the parties' attorney or counsel connected with

15   the action, nor am I financially interested in the

16   action.

17           DATED this 12th day of October, 2021.

18

19

20

21           SANDRA L. NARGIZ, RPR, RMR, CRR, CRC
             Notary Public
22           snargiz@comcast.net

23

24

25

Alan Hays
October 06, 2021

Page 226

1
      October 12, 2021

2
      ALAN HAYS
3     c/o  ANDRE V. BARDOS, ESQUIRE
            andy.bardos@gray-robinson.com
4

5     RE:  League of Women Voters, et al., vs.
            Secretary Lee, et al.
6           Case No.  4:21 cv 186-MW/MAF

7     Dear Supervisor Hays:

8     Please take notice that on October 6, 2021, you gave
      your deposition in the above cause.  At that time
9     you did not waive your signature.

10    The above-addressed attorney has ordered a copy of
      the transcript and will make arrangements with you
11    to read their copy.  Please execute the Errata
      Sheet, which can be found at the back of the
12    transcript, and have it returned to us at
      production@phippsreporting.com for distribution to
13    all parties.

14    If you do not read and sign the transcript within
      thirty (30) days, the original, which has already
15    been forwarded to the ordering attorney, may be
      filed with the Clerk of the Court.
16
      If you wish to waive your signature now, please sign
17    your name to the blank at the bottom of this letter
      and return to the address listed below.
18
      Very truly yours,
19

20    Sandra L. Nargiz, RPR, CMR, CRR
      Phipps Reporting, Inc.
21    1551 Forum Place, Suite 200-E
      West Palm Beach, Florida  33401
22
      I do hereby waive my signature.
23
      _____
24    ALAN HAYS
      Job No.  210346
25

Alan Hays
October 06, 2021

Page 227

1                    ERRATA SHEET

2        DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

3   In Re:  League of Women Voters, et al., vs. Secretary
                         Lee, et al.
4              Case No.: 4:21 cv 186-MW/MAF
                         ALAN HAYS
5                    October 6, 2021

6   PAGE    LINE        CHANGE              REASON

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  Under penalties of perjury, I declare that I have
    read the foregoing transcript of my deposition and I
20  hereby swear that my testimony therein was true at
    the time it was given and is now true and correct,
21  including any corrections and/or amendments listed
    above.

22

23  _____          _____

24  Date              ALAN HAYS
    Job No.  210346
25

## Exhibits

**Exhibit 001 Hays**
  8:15 18:21,23
  19:5,13

**Exhibit 002 Hays**
  8:15 44:22
  45:4

**Exhibit 003 Hays**
  8:16 50:18,19
  53:9,10 64:9
  65:15 66:11
  94:17 200:19

**Exhibit 004 Hays**
  8:16 54:12

**Exhibit 005 Hays**
  8:17 93:2,8
  99:3

**Exhibit 006 Hays**
  8:17 100:6,11

**Exhibit 007 Hays**
  8:18 110:15,
  16,18

**Exhibit 008 Hays**
  8:18 118:16,
  18,20

**Exhibit 009 Hays**
  8:19 118:23,
  24 119:3,9

**Exhibit 010 Hays**
  8:19 123:18,
  21 124:1
  126:21

**Exhibit 011 Hays**
  8:20 135:25
  136:1

**Exhibit 012 Hays**
  8:20 141:5,13

**Exhibit 013 Hays**
  8:21 151:25
  152:1 192:22

**Exhibit 014 Hays**
  8:21 200:8

**Exhibit 015 Hays**
  8:22 209:19

**Exhibit 016 Hays**
  8:22 215:22

**Exhibit 017 Hays**
  8:23 220:22

---

### $

**$18**
  208:9

**$25,000**
  104:19

**$4**
  33:18

---

### 0

**00948**
  143:5

**07**
  149:10

---

### 1

**1**
  18:21,23
  19:5,13 27:6
  136:25 149:5
  151:3 190:16
  196:24

**10**
  11:16 36:25
  46:7,16,22
  47:1 110:10,
  24 111:24
  123:18,21
  124:1 126:21
  178:5

**100**
  82:24 83:7

**10:00**
  63:24 71:8
  186:4

**10:15**
  9:1

**10th**
  136:12 215:4

**11**
  135:21,23,25
  136:1 138:6
  186:4

**11,000**
  34:10

**11:29**

**60:22**

**11:30**
  211:1

**11:35**
  60:23

**11:44:36**
  100:25

**12**
  31:12,14 45:3
  63:15 71:2
  134:2 141:5,
  13 182:19
  183:15 189:4

**12:48**
  109:4

**13**
  11:14 63:12
  70:25 151:25
  152:1 192:22
  200:7

**1356**
  116:21

**1367**
  116:22

**14**
  63:14,18
  128:24 200:8
  209:15,17

**14-day**
  128:16

**15**
  31:12,14
  209:18,19

**150-foot**
  130:22,25
  131:3 196:7,
  11 197:2,14,
  15

**151**
  197:11,12
**16**
  32:4 215:22
  220:20
**16th**
  216:4
**17**
  134:2 220:21,
  22
**17-year-olds**
  32:5
**17th**
  133:21,23
**18**
  30:15,20
  168:14
**18-year-olds**
  32:5
**1898**
  14:2
**19**
  27:18 30:16
  215:19
**1976**
  34:18
**1:30**
  109:5
**1st**
  215:18

─────────

           **2**

─────────

**2**
  44:22 45:4
  84:3 111:12
  168:10 190:16
  216:8

**20**
  30:17,20
  36:21 39:21
  64:16 212:18
**2004**
  23:5
**201**
  157:8
**2010**
  23:20
**2011**
  149:12
**2016**
  25:18 30:25
  34:3,8
**2017**
  30:14 31:5
  63:5,10
  70:10,17 79:1
  201:6,9
**2018**
  27:18 29:11
  30:19 120:8
  168:8 199:1
  201:8,10,13,
  18,20
**2020**
  26:4 31:10,11
  34:8 37:13,15
  38:3,19,22
  40:21 41:1,
  12,20 53:19
  55:14,22
  60:9,12
  62:15,20
  63:10,13,22
  65:4 68:10
  70:6 71:13
  76:14 78:13,
  20,21 80:6

  84:4 89:21,25
  106:5 120:2
  129:5,13
  130:2 168:13
  175:20 177:6,
  8,16,21
  194:5,16,19
  198:24 207:14
  215:4 216:17
**2021**
  45:3 93:13
  100:10 110:10
  111:25 143:17
  181:7 192:24
  199:17
**2022**
  87:21 90:2,3,
  17 91:20
  122:20,23
  131:22 159:17
  199:4
**2024**
  26:7
**20th**
  122:20
**21**
  157:8
**21st**
  154:13 192:23
**22**
  92:4
**22-month**
  80:25
**23**
  10:25
**24**
  49:11 78:15
  91:10 208:9
**24-hour**

  64:24 68:25
  69:25 70:4
  71:21 73:19
  76:23 77:14
  78:12,16,17,
  25 79:8 80:16
  81:12 82:6,14
  89:20 90:6,15
  102:19 103:13
  105:7,25
  200:20 201:17
  207:16
**24/7**
  64:6 67:25
  78:1 103:10
  208:4 212:11,
  12,25 213:22
  214:13
**240**
  34:5
**25**
  23:10,11,13
**25,000-dollar**
  86:17,25
  87:10,19
  88:4,17,18
**26**
  93:13
**268,000**
  34:2
**27**
  100:25 101:1
  103:4
**27th**
  100:10
**28**
  55:2
**29**
  54:21,25 55:4

**2:03**
  103:4
**2:32**
  101:1
**2:39**
  148:21
**2:45**
  148:22

_____

3

**3**
  50:18,19
  53:9,10 64:9
  65:15 66:11
  94:17 152:18,
  21 190:17
  193:3 200:19
**30**
  28:21 64:16
  212:18
**30-course**
  27:10
**309**
  138:6
**30th**
  143:17
**31st**
  122:23
**32778**
  14:4
**35**
  14:9 65:11
**3728**
  165:23
**3:02**
  100:9
**3:32**
  181:21

**3:40**
  181:22

_____

4

**4**
  54:12 119:13
  190:19
**44,000**
  34:8,10
**45**
  65:9 107:22
**457**
  14:3
**47**
  116:21
**4:27**
  218:4
**4:30**
  211:1
**4:35**
  218:5
**4:44**
  223:25

_____

5

**5**
  93:2,8 99:3
  110:24 134:2
**5,000**
  61:25 62:1
**50**
  64:14,19
**540**
  177:22 194:10
**5:00**
  59:10 64:2
  185:25

212:20,24
213:3

_____

6

**6**
  54:9 71:17
  84:4 100:6,11
  209:4
**60**
  34:17 64:19
  185:7,22
  186:6,8
**60,000**
  53:24
**60-day**
  185:14
**66**
  25:22
**67**
  25:22 137:23
  168:10,14
**68**
  54:1
**6:00**
  63:24 64:3,4
  71:8,15,17,24
**6:30**
  186:2
**6:58**
  52:19

_____

7

**7**
  52:20 55:5
  110:15,16,18
**70,000**
  54:1

**7:00**
  51:20,24
  52:25 53:3
  65:23

_____

8

**8**
  71:16 118:16,
  18,20
**80.28**
  38:23
**80s**
  34:20
**8:00**
  64:1,4 71:24
  92:8 185:25
  213:10
**8:15**
  143:17
**8:15:29**
  143:23

_____

9

**9**
  118:23,24
  119:3,9 213:2
**9,000**
  163:5 168:21
  169:3,11,24
  170:3,8,17
  171:18,21
  173:17
**90**
  13:9 21:17,24
  42:4,5,6,11
  43:9,21,22
  44:6 46:6,25
  47:15,16,23

49:1 51:6
86:18 87:10
89:23 90:12,
20,24 91:13,
21 93:23
104:2,8,10
110:1,8
114:20,25
115:8,15,21,
25 117:11
118:19 120:14
122:3,9
125:7,9,16
131:13,18
136:5 137:12
138:2 139:25
141:19 147:19
149:9,21
154:25
158:10,14,15,
16 159:3
160:19 161:2,
3,15 162:6
163:9 167:9,
24 169:5,23
170:4 171:22
174:11 175:7
176:20 180:10
187:5,8,21
189:2 191:5
193:13 195:2,
19 202:23
218:14

**90's**
84:24 85:10
109:11,21
120:19 173:19

**90,000**
53:22,25

**90s**
149:9

**97**
34:16

**9909**
152:5

**9:00**
213:4

**9:07**
93:13

**9:53**
96:23

---

**A**

**A-L-A-N**
13:23

**a.m.**
9:1 60:22,23
63:24 64:4
71:8 92:8
100:25 143:17
186:2 213:10

**ability**
22:6 33:6
89:13 115:2
117:18 127:6,
9 173:9
183:18

**absolute**
107:12

**absolutely**
27:1 38:6
39:9 40:23
41:14 45:21
47:18 53:17
68:9 108:18
113:3 114:16
124:16 134:6
138:4 145:3
157:22 175:11
184:23 185:22

186:15 191:25
194:20 195:8
205:17 210:7
218:9 221:21

**absurd**
85:14 86:5
144:14

**accept**
57:17 114:13
115:5 117:10

**acceptable**
57:17

**access**
11:5,7 57:12
79:8 166:19
215:18 217:9

**accessibility**
76:22 77:11

**accessible**
159:10 217:10

**accidental**
17:19

**accommodation**
152:25

**accompanied**
54:8

**accomplish**
139:13

**accomplished**
113:18

**account**
39:18

**accountability**
111:24

**accumulate**
213:5

**accumulated**
212:16 213:1

**accuracy**
17:4 33:14
35:24

**accurate**
17:9 33:10
38:10 45:15
54:22 57:17
111:7 136:15,
17 152:13
185:2 190:17,
18

**accurately**
22:7 111:22

**accustomed**
94:3 101:19

**achieve**
139:14 147:8

**act**
179:18

**action**
152:25

**active**
202:6

**activities**
150:8

**activity**
67:24 68:22
69:15,25
70:20 105:25
130:25

**actor**
69:21

**actual**
25:1 95:18
210:9

**ad**
144:18

**add**
30:2 67:21

74:7 97:7

**added**
34:8 116:12

**addition**
183:13

**additional**
108:13 147:23

**address**
14:1 59:15
93:22 151:1,
4,7,12
159:12,22,23
160:14,16,17
161:4,7
166:16 198:15

**addressed**
155:21

**addresses**
154:5 175:16

**adequate**
103:25 107:6

**administer**
127:7,9

**administered**
198:23

**administering**
68:18 190:18
199:3

**administration**
25:1,4 27:3
28:10,24
87:20 135:4,
7,12 139:8
168:7,15

**administrative**
131:17

**administrator**
41:4,20 135:8

**adopted**
32:20

**advantage**
58:10

**advice**
50:2 137:19

**affairs**
111:2

**affect**
89:13 127:6,9

**affected**
105:3 168:22

**affiliation**
26:25

**affirm**
12:6

**affirmed**
12:14

**afternoon**
70:14 133:6
157:4 181:25

**age**
82:8

**agendas**
185:18

**agree**
52:17 101:9,
15 102:16
103:11 124:14
184:14
194:18,21,23

**agreement**
99:12,16

**agriculture**
34:19

**ahead**
20:4 61:10
65:9,11

108:19 128:20
148:9 150:20
155:9 169:7
192:14 200:22
205:12 209:14
215:20 216:11

**Alachua**
9:23

**Alan**
12:13,25
13:20,21
18:21 19:23,
25 33:18
49:23 99:20
106:20 110:24
124:15 195:17

**alcohol**
22:10

**alert**
59:18

**align**
211:10

**alive**
45:13

**alleged**
219:22,25

**Alliance**
12:23

**allowed**
131:4 142:23
153:17,18
186:18 197:17
215:13

**allowing**
86:4 96:3
144:3

**alterations**
202:3

**amendment**
188:10
189:15,24
190:9

**amendments**
188:21 189:8,
23 190:8

**Americans**
12:24

**amiss**
117:20

**amount**
89:16 122:21
158:18

**amplification**
162:16

**analogy**
137:7

**analyze**
115:1

**and/or**
59:15

**Andy**
9:2 11:12
61:8 104:23
106:25 108:11
169:7

**angle**
67:14

**annually**
128:5

**answering**
157:10 212:9

**answers**
17:2,8 18:12
19:19 20:11
171:15

**anticipate**

61:1

**apologies**
199:22 205:18

**apologize**
43:16 55:3
91:8

**apparently**
98:18

**appeal**
90:5

**appearance**
197:16

**appearing**
19:11

**appears**
54:9

**application**
48:2 56:20
129:18
162:21,22
166:24,25
174:4,6
177:11

**applications**
129:7,11
150:9 176:11,
20 177:20,23
204:17 219:23

**applies**
196:8

**apply**
129:12

**appointed**
25:24

**appointments**
183:11 186:2

**appreciation**
76:22 77:13

**approached**
140:20

**approaches**
67:24 73:24

**appropriately**
29:5

**approved**
132:19

**approximately**
34:2

**April**
143:17

**architect**
137:6,8,14

**areas**
34:21

**argue**
149:22

**arrange**
57:3

**article**
44:17 45:2,
10,19 47:7
54:5,8,17,20
55:5,8 56:14

**Ashley**
10:13

**aspire**
221:23

**assessment**
154:21

**assigned**
72:13,22

**assist**
196:22

**assistant**
68:8

**association**
27:8 35:12,
21,25 36:2,6,
17 46:8 90:4
125:18 140:19
168:17 175:24
176:19 182:25
187:23 188:1,
5 202:6

**assume**
17:23

**assuming**
90:12 195:11

**astounding**
38:19

**attached**
112:15

**attachment**
143:3

**attain**
27:15

**attempt**
112:13 125:18
149:5,6
216:18

**attempted**
144:22

**attention**
20:7 66:5
77:1 82:18
184:11 192:17
199:7 209:3

**attentive**
28:24 30:8
33:5

**attest**
160:25

**attorney**
9:5 15:19

16:2 17:14
18:1,5 19:21
20:7,10,19
21:8 110:19
157:5

**attorney's**
117:20,23
178:3

**attorneys**
13:14 18:13

**audible**
17:8

**audience**
189:11

**audit**
40:11

**auditing**
29:9

**audits**
38:9

**authentication**
39:17

**authority**
117:18,19

**authorization**
144:23

**averaged**
34:10

**avoid**
17:10 96:10
108:8

**award**
218:22 219:15

**awards**
219:13

**aware**
15:21 24:8
32:8 62:14,18

76:9 77:9
84:18 85:17
109:19 129:8,
9,14,15
130:12 139:17
140:15,17
145:4 149:21
150:13 154:15
159:25
161:16,19,22
162:1,14
175:6 193:1
197:25 204:20
210:17

**awkward**
17:19

---

**B**

**back**
34:3 36:23
38:3 47:3
50:22 52:8
58:13,17 60:2
61:16 65:7,24
69:9 70:11
74:20 80:13
95:5,8,9
98:24 99:22
103:2 124:19
126:21,25
133:18 140:11
142:15 144:19
145:7 146:21
148:12,25
149:8,9,11,15
151:15 157:1
162:5,23
175:13 176:24
180:20 181:1
183:9 198:20,
21 201:11

208:21 210:2
213:16 218:1

**background**
22:19 39:14

**bad**
42:20 145:15

**bag**
205:2

**bald**
207:11

**ballot**
47:25 48:3,6,
8,9,18 49:3
51:6,13,14
52:2,4,8,15
54:22 55:12,
17 56:6 57:1
59:22 67:8,10
72:16,24
73:21 74:2,9,
23 76:4
79:14,16,19
85:22 95:11
97:1 98:3
101:20 109:8,
21,23 113:19
114:20
119:18,20
120:2,8,11,15
121:2,6,13,
18,19 122:4,
10 123:13
126:16 142:5,
12,21 144:16
146:16,18
147:17 148:7
151:15 152:21
153:13,16
154:1 155:3,
21 158:8,12,
14,20,21

159:1,5,7,14
160:16,20
161:4 162:7,
10,12 163:13
166:8 168:25
170:9,11
173:18,23
174:4 191:9,
10 192:4
210:1 211:23
212:1 222:21

**ballots**
40:3,4,8,10
44:19 48:21,
23,24 50:25
51:7,8,19,23
52:22 53:1,19
54:11 55:7
59:2 62:16,20
63:1 65:1
67:18,23
68:17 70:21
72:15 73:8,18
79:23 80:15,
22,23 86:23
88:2 94:4
95:16,24 96:9
97:22 98:7,11
99:6,13 100:2
103:19 105:17
109:11,13,17
110:2,3
113:18,23
114:3,7,13,
18,19 115:5,
18 117:7,9,10
119:23 125:9
126:13 127:8
128:17
147:21,22
149:1 150:15
151:15 153:2,

4,11 166:17
196:3 199:9,
23 200:3
204:11,14,25
213:1,5,9,14,
18 219:24

**ballpark**
167:11 214:24

**bank**
57:9 112:7
202:18,21

**banks**
112:4

**bar**
57:5,11

**barbecue**
197:10

**barber**
78:2

**Bardos**
9:2 11:14,18,
20 19:25 20:4
61:4,9 74:8
76:16 81:24
82:3 83:25
84:9 91:25
97:24 98:20
103:15 104:9,
16,24 105:9
106:12,16,20,
23 107:7,18,
23 108:5,19
110:23 115:9
117:12 118:2,
19 128:19
132:13 133:1
139:19 141:9,
20 146:2
148:20 149:3
150:3,17

155:6 156:21
164:4 165:5
169:6,9 170:5
171:24
172:17,22
173:21 180:8
181:12,19
219:4 223:18,
21

**based**
137:25 165:1
167:23 173:16
187:5 201:3
206:14

**bases**
134:13

**basis**
81:7

**batch**
57:21 58:1,2,
5

**Bates**
84:7

**battery**
98:16

**Beach**
10:14

**bear**
220:10

**bearing**
156:19 223:16

**bedroom**
34:22

**beer**
197:12

**began**
9:1 27:19
71:10 72:25
73:5 217:11

**begin**
11:4 17:16
65:5 66:20
141:21 146:17
215:17

**beginning**
111:13 116:21
157:11,24
210:19

**begins**
39:13 56:18
138:6 211:23
215:15,19

**behalf**
9:2,4,6,8,10,
12,13,16,19,
20,22 10:3,5,
7,10,13,16,
19,21,24 11:1

**behavioral**
19:23

**belong**
50:1 110:3

**belonged**
73:12

**Ben**
9:18 10:7

**beneath**
124:17

**benefit**
145:20 146:5

**beverages**
197:7

**bewildering**
192:10

**big**
15:24 49:19
56:11 63:8
67:14 88:22

154:17,18
189:24 190:8
198:10 206:8,
15 208:11

**bigger**
93:3

**biggest**
177:19

**bill**
13:9 21:17,24
25:6 42:4,21
43:3,6,9
44:6,9,14,15
46:6,15,21
47:5,8,11
114:25 115:21
116:6,7
118:19 122:3,
9,25 125:16
131:13,18
138:9,13,19
139:25 140:4,
21,22 154:5,
8,15,16,25
158:14,15,16
159:3 161:2,3
169:1 176:20
183:16 187:5,
8,12,13,16,21
188:2,6,9,11,
24 189:2,20
190:9 191:5
193:1,13
195:2,19
202:23 218:14

**bills**
24:19,21
139:1,18,23
140:11,12,14
183:6,17
184:1,5

188:19 189:13

**birth**
159:8,12
160:13,18
166:15

**birthday**
195:16

**bit**
11:25 14:10
24:14 33:25
35:8 56:13
62:22 78:7
93:5 127:20
143:10 175:22
177:12,15
187:4 190:12,
24,25 200:15
210:22

**bitty**
28:12

**black**
153:23

**blank**
57:19 162:21,
22 176:16

**blanks**
73:1 160:12

**blessing**
183:14

**blew**
53:24

**blink**
188:20

**blue**
101:23 200:24

**Board**
131:20 132:5,
17

boisterous
77:6

bolted
206:12

bomb
204:5 205:7
206:2

bombs
206:7,8

book
49:22 50:1

bookkeeping
176:17

booster
15:7

bordered
34:13

born
203:20

borne
89:4,5

borrowed
37:1

bother
145:12

bottle
196:18 198:20

bottom
119:13 143:11
206:16

Boulevard
14:2

bowl
15:5

box
14:3 48:8
49:5,9,12
50:2,7,8,13

52:10,15,19,
21,23 53:6,
11,13 56:8
63:3,4,11,16,
18,21 64:1,8,
14,18 65:2,6,
12,14,21
66:11,16,19,
20 67:8,10,17
68:16,22,25
69:15,25
70:4,7,18,20,
21 71:21
72:9,21,22,25
73:7,19,22
74:1,2,3,14,
15 75:9,14,16
76:10,23
77:14 78:3,
12,16,17,25
79:15,23
80:5,16,18,24
81:1,11,12,13
82:7,12,14
84:20,22,23
85:21 86:8,22
88:1,9 89:18,
20 90:6,10,
11,15 91:4
92:12,18
93:23 94:5,
14,16,19,20,
21 95:1,18,19
96:9,10
97:19,20
98:4,5,10
99:13 101:11,
12,17,20,21,
22,23 102:4,
5,14,19,20
103:10,11,14,
18,23 105:7,

16,19,25
106:7 111:12
112:19 115:7
116:12 117:8
123:13 125:1,
8,16,20,25
126:8,10
127:5 141:19
142:1,2,5,13,
21,23 144:16,
24 146:12,16
153:3 200:19,
20 201:3,15,
17,20,24
202:3,8,19,21
203:8,10,13,
14,25 204:4
205:3,8
206:12 207:7,
16 208:4
210:20
211:19,20
212:11,12,18,
25 213:9,22
214:13,21
215:8,18
217:8,9

boxes
39:25 49:8,22
50:1 62:22,24
63:1,12 70:24
71:2,20 72:5,
13,20 76:3,
13,20,24
77:11 80:10
84:17,25
85:11 86:1,7
87:21 88:12,
19 91:23
92:4,13 94:8
96:12 104:3,
11 106:1,6

112:3,4,7
113:11,12,24,
25 114:8
144:2,4,23
145:25 191:24
200:16 201:5
203:3 204:13
213:24
214:14,22
215:14 216:8,
16,19,24
221:17 222:7

Boy
93:3

Boyd
188:14

Brad
69:5 216:5,
16,17 217:15,
20

Brad's
217:17,19

brain
144:15

break
16:20 18:15,
18 60:16,17,
20,25 70:15
84:11 88:7
98:19 106:11,
17,23 108:6,
20 144:15
148:15 166:5
172:17,18
181:17 217:24
218:3

breakfast
186:3

Brevard
9:25

**Brian**
96:24

**briefcase**
15:4

**briefly**
126:9,21
158:6 167:6

**Brigham**
12:25

**bring**
15:2 49:4
52:9,18,22
80:22 94:7
118:16 123:18
197:6 198:20
214:3,4

**bringing**
74:18 94:4
114:18

**brings**
117:9

**broke**
125:13

**brought**
37:2 72:15
113:17 114:12

**Broward**
10:8

**budget**
33:19 131:21
132:17

**budget-wise**
53:23

**Budhu**
9:8 107:20
156:24 157:3,
5 164:13
165:7 169:17
170:14 172:1,

20 173:10,15
174:1 180:3,9
181:9

**building**
36:24 37:3
64:23 66:18
86:12 112:16
137:10 201:9,
14 202:18,19

**buildings**
217:5

**built**
112:14,16
202:19

**bullet**
119:17 152:21

**bunch**
21:18 30:21
73:1 154:19
212:16

**bunches**
119:22,23

**burden**
88:20,22,23
104:8,14
105:7 127:12
147:23 176:13

**burdens**
89:12 131:17

**Burleigh**
14:2

**burn**
205:8

**business**
13:25 69:2,3
212:13,19,21
217:10

**busy**
68:18

———————

**C**

———————

**cabinet**
72:14

**calculate**
127:13 167:15

**calendar**
65:8 122:11

**call**
19:22 36:12
45:4 48:4
59:16 69:12
87:8 98:15
99:19 116:5
159:6 164:5
165:15 213:15

**called**
54:10 163:13
178:10 190:9

**calling**
143:24

**calls**
117:12 118:3
185:13 193:17
205:9

**camera**
49:15 64:24
67:25 68:1,5
69:15 70:13
86:4 92:14
144:17 146:7
201:21 207:4,
5 212:2

**camera-
monitored**
84:19 103:10

**cameras**
39:22 49:11
50:4 64:24

66:13,14,15
67:13,16,21
70:7 85:17,
23,24 103:25

**campaign**
135:6

**candid**
154:20

**candidate**
135:10

**candidates**
31:23

**candidly**
32:12 108:15
180:22

**capability**
168:10

**capacity**
43:8 131:7

**capture**
67:16,22

**capturing**
67:14

**car**
66:23 67:2
69:13 82:21

**cards**
178:9

**care**
28:17 68:18
82:22 83:5
117:23 134:11
167:18

**Carol**
93:1

**carrying**
15:4

**case**

13:11 14:11
76:8 83:16
157:7 159:16
178:25

cases
13:8,10,13

Cassels
45:10

cast
147:17

cat
165:18

category
219:13

caught
173:7

caused
131:12 151:19

cautioned
49:23

Cecile
12:24

cell
15:13 16:16
59:15

center
99:7 142:14

central
54:10 73:8
95:4

certification
27:16,25 28:1

certified
12:15 27:11,
13

chain
39:23 72:24
73:6,12 74:5,

12 92:24,25
93:16,17 98:6
99:3 100:9,18
103:3 124:1,
5,10,17,18,25
143:8 146:18
199:19 206:18
210:19 211:22

chain-of-
custody
73:9

chaining
72:21

chair
183:1 198:3

chaired
37:9

chairman
37:11 42:25
137:1 140:24
186:16

challenging
13:9

champions
28:9

chance
100:21 103:19
200:14

change
24:7 90:3,5
101:24 109:21
149:2 151:4,6
188:20 189:15

changed
24:2 122:3
149:11,13,15
158:17,18
159:1 179:21

changing

189:16

chapter
178:20

charge
87:24,25
197:1

charged
178:5 179:16

chasm
135:5

chat
12:3 18:25
44:21 116:12
123:20 141:5

check
54:4 57:10
69:9 80:8
81:25 123:13
125:1,8,16,
20,25 126:8,
10 127:5
128:23 129:1
212:25

checked
73:10

checking
48:8

checks
39:14

cherry
204:5 205:7
206:2,8

Cheryl
179:18

choice
167:20

choose
78:25 85:23
213:23 222:15

223:1

choosing
102:4 137:9

chose
94:10

chosen
29:5

Christina
10:12

chuckling
97:5

chunk
208:11

church
78:1

circle
96:16

circumstance
123:7

circumstances
16:8 29:13
88:1

citizen
31:20,21
222:18

citizens
35:22 38:12

citrus
34:19 202:17

city
30:16 34:24,
25 99:18
217:4

civic
109:15,16
130:16

civil
104:20

claims
   133:13,16
clarify
   17:22 50:24
   51:25 87:1
   90:13 98:9
   104:18 105:6
   113:4 142:11
   154:7 155:16
clean
   170:24
clear
   14:24 64:23
   83:8 87:23
   105:15 149:9
   163:8,9 177:1
   182:16
clearer
   153:22
clerical
   127:14 147:25
   167:21
clerk
   87:24
Clermont
   34:24
client's
   203:25
clients
   13:2,4,6
   133:12
clock
   185:24
close
   44:20 64:20
   66:21 106:19
closer
   176:6

clothes
   82:20
clue
   82:9,15
coach
   28:8
Coast
   22:25
code
   39:19 57:5,11
coincide
   62:10
cold
   15:7
colleague
   12:1 44:20
   92:22 110:12
   188:23
colleagues
   43:25 93:14
collect
   63:1 109:17
   119:22
collection
   109:9,21
   114:21 148:7
   155:3
collector
   112:10 113:4,
   7,11,17,24
   114:12 115:6
   117:8,22,25
collector's
   117:8
collectors
   112:2 113:1
   114:2,18
color

82:19 83:5
comfort
   208:1
comfortable
   45:17,18
   56:15 60:3
   207:20
comment
   18:14 78:22
commented
   38:14 210:12,
   16
comments
   36:5 76:18,
   20,21 77:10,
   13 78:11
   139:2 140:6
   186:23 210:18
commissioners
   131:21 132:5,
   18 208:22
commitment
   32:21,25
   33:9,16
   190:12
committed
   179:18
committee
   24:12,15,17,
   18,19,21,24
   25:3,6,7
   37:8,9,11
   42:14,23
   43:20 111:1,
   23 119:5
   134:20,21
   138:25 140:25
   155:14 179:25
   182:21 183:2,
   6,7,10 184:2

185:10,12
   186:9,11,14,
   16
committees
   25:10
common
   61:24 133:10
commonly
   189:9
communicated
   188:7
communication
   16:15 77:21,
   23 169:13
   170:13
communications
   222:24
community
   32:2 34:23
   77:24 139:11
   185:17
company
   91:9
compare
   47:4 58:9
compares
   57:15
comparison
   58:7
complain
   121:22
complaining
   130:9
complaints
   129:9 130:8
complete
   40:8 162:22

completed
  136:18

completely
  29:12 33:8
  72:9 83:14
  87:18 188:20
  214:22

completion
  27:10,20
  211:24

complexity
  76:25

compliance
  202:23

complied
  72:8

compliments
  38:12

comply
  69:18

complying
  167:8

Compound
  191:16

comprehending
  155:11

computer
  98:16

concern
  52:16 96:7
  97:3 102:13
  153:6,25

concerned
  15:22 155:3,
  22 189:5
  203:25

conclude
  151:21

concluded
  223:25

conclusion
  117:13 118:4
  193:18

concrete
  206:16,17

conduct
  13:16 83:12

conducted
  128:10

confer
  217:24

conference
  133:9 154:17

confidence
  32:22,24
  146:14 190:16
  211:12,16
  212:6,7

confirm
  29:19 82:2
  167:7 169:18
  170:2,16
  180:25

confirmed
  170:21

conflicts
  139:15

confused
  101:10,15,16
  113:10,14
  201:2

confusion
  101:25

conscientious
  160:25

consent

99:10

consideration
  139:25 183:10

considered
  42:20 127:17
  215:17

constituents
  31:18 191:8
  210:12

constitution
  185:13

constitutional
  113:7

constructed
  202:20

construction
  37:3 112:12

consultations
  186:5

consulted
  43:8 79:10
  138:14,15
  140:14,18

consulting
  138:2

contact
  15:19 16:2
  131:1

contacted
  44:1,2 200:2

container
  95:22

content
  45:15

contents
  94:21 95:1

contest
  135:6

context
  21:19 137:11
  140:7

contextualize
  111:15

continue
  61:3,12 94:6
  108:6 191:7

continued
  69:15 104:5

continuing
  196:2

continuously
  84:25 85:11

contract
  69:22 87:3,8
  91:9 207:14,
  20,22 208:1
  210:25

contrast
  142:20

control
  197:15

convenience
  48:16 56:8
  79:7 94:6,11
  126:11 222:25

convenient
  106:17 147:14
  159:11 218:8
  222:11

conversation
  201:3

conversations
  222:24

conveys
  222:20

conviction

103:23 178:25

**cooler**
15:6

**cooperated**
140:22

**coordinate**
29:7

**copied**
202:15

**copy**
46:13 115:22
152:13

**Corley**
96:24

**corner**
57:10 172:9

**correct**
18:10 23:5,
16,21,24
24:11 25:14
26:6,11,16,
17,22 35:15
37:7,20 46:23
55:9 61:20
68:12 70:1
72:1 74:6
81:21 84:8,9
89:19,22
90:18 91:7
94:18 98:3,8,
14 104:20,23
110:5,11
113:9 114:1,
4,9 120:22
121:3 123:16
124:11 134:5,
22 136:6
137:3 142:2,7
147:2 154:9
160:16 161:18

163:1 164:3,
17 166:10,13
168:23 169:5,
11 170:4,18
171:19,20,23
173:20 179:1
182:23 183:2
186:9 187:9,
19,20 193:12,
23 201:6
203:10,11
206:14,15
207:16,17,18,
24,25 213:25
215:9 216:9
221:25

**correctly**
43:1 54:2
69:6 98:18
149:12 154:14
178:24 182:22
190:21

**cost**
88:24 89:5
167:8,14

**costs**
89:2,3 148:2
163:2 167:19

**couching**
155:20

**counsel**
69:5 77:19
81:21 180:4
205:13

**count**
36:3 40:3
80:22

**counted**
30:21 51:15
52:4 79:16,20

103:22 142:7
153:15

**counter**
58:18

**counterpart**
42:7

**counties**
10:2 11:3
25:22 34:15
54:10 79:11
130:12 137:24
168:10,14
202:15

**country**
97:11 217:13

**counts**
178:5

**county**
9:23 10:5,14,
17,20,22
22:20 23:11,
12,13,14
24:4,5,6,7,9
25:15,23 26:1
28:6 30:10
31:4,18 32:3,
13 33:17,24
34:1,12,15,
22,25 35:1,5,
9 37:13 38:4,
12,19,22
40:17,22
41:2,17 42:1
47:20,24
48:11,18 49:2
53:16,18
54:21 55:11,
13,16,21
60:12 61:2,17
62:15,25

63:7,12 71:13
76:13 78:25
79:24 80:4
82:14,23
89:14,19
90:7,15
91:18,22
96:12 97:8,21
102:17,18
103:12 106:2
109:12,16
113:10,22
118:16 119:19
120:1,7,11
121:5,12,16
123:12 124:2,
14 127:23
129:12,16
130:1,9,19,21
131:20,21
132:5,18
137:18
150:22,24
163:6 168:1,
21 169:5,22
171:19 172:16
174:14,19,22,
24 175:3,17
176:5,6,7,12,
13,21,22
180:13 193:22
201:5 202:16,
17 204:24
208:22 213:24
214:14 217:12
221:25 222:25

**County's**
87:20 91:23

**couple**
45:16,17
50:24 80:1

116:2 132:23
133:13

**courses**
27:20,21,22

**court**
16:25 17:5,13
18:6,20 93:7
178:22,23

**courtesy**
184:15

**cover**
59:24 134:13

**covered**
156:13

**covering**
190:4

**covers**
50:11

**COVID**
16:9 178:22

**cow**
43:4

**crackers**
203:14

**crafted**
138:8

**Craig**
10:4,6 124:3,
25

**crazy**
204:22

**created**
176:17

**credit**
44:8

**creek**
217:13

**crickets**
68:23

**crime**
110:2

**criminal**
115:18

**crisis**
16:9

**critical**
102:8

**CROSS**
133:4 157:2
181:23

**cumulative**
107:2

**cup**
15:7 49:20

**cure**
59:8

**curious**
106:1

**current**
14:16 30:6
44:3 78:13,16
90:13 91:21
92:3 142:19
152:25 153:3
176:9

**curriculum**
27:10

**curry**
35:20

**custody**
39:24 72:24
73:6,12 74:5,
12 98:6
146:18 210:19
211:23

**custom**
49:12 50:2

**cut**
89:3 107:16
122:5 126:18
179:7

**cute**
29:14

**CV**
157:8

**cybersecurity**
40:13

**cycle**
87:21 89:21
90:1,17 91:20
129:5,13
147:23 149:1,
10,13,15
150:5,16
194:16 212:13

**cycles**
120:24 121:7,
14,20,24
122:7 149:13

**Cyrus**
9:6 133:2,8
139:24 154:2
156:21 171:8
192:18 219:5
223:3,18

---

D

**daily**
66:6 71:8

**Daines**
9:13

**Danielle**
11:14 12:20
81:24 82:17

83:25 89:25
101:3 105:10
106:13 117:4
133:1 136:21
141:7 146:23
157:12,24
171:8 194:5
219:4

**Danielle's**
133:14

**data**
159:20 162:25
163:1 169:15,
20 174:18,25
211:24

**database**
30:3,6 34:9
83:4 159:9
160:7 161:20,
25 162:18
168:21 169:25
170:18 171:19

**date**
30:7 52:3
54:20 55:8
58:3 128:23
136:10 159:8,
12 160:13,17
166:15

**dated**
45:3 93:12

**David**
10:22 124:5,7

**day**
29:6 31:11
40:9 42:13
46:13,19
49:11 51:16
52:12,16
56:23 61:22

Alan Hays
October 06, 2021

16

63:24 65:5,8,
11,16,21,25
66:2 67:23
71:10,12
79:4,15,19,20
80:21 82:25
91:11 92:8
95:5 102:10
130:24 135:13
142:6,24
149:24 150:10
171:12 178:23
189:4 195:12
196:20 197:19
202:3 203:20
208:9 223:10,
17

**days**
65:9,11 95:7
97:13,14
110:13 128:24
142:17,19
185:5,22
186:7,8

**daytime**
196:1

**deadline**
59:9

**deadlines**
192:5

**deal**
15:24 24:9
88:22 185:19
197:24 222:13

**dealing**
160:22

**dealt**
184:1

**December**
122:23

**decide**
89:1 208:8

**decided**
42:18 79:12

**decimated**
34:20

**decision**
88:14,15
188:24 208:8

**decisions**
222:20

**decorum**
197:1

**decrease**
61:15,22

**dedicated**
35:19 36:19

**dedication**
35:23

**deem**
59:4

**deems**
198:2

**defendant**
9:12 10:4,8

**defendants**
132:24

**defer**
76:6

**deficiency**
163:1

**define**
20:21 39:10,
12 130:5

**defined**
110:4

**definition**
21:14

**definitive**
27:23

**degraded**
97:17

**degree**
24:25

**delays**
17:19 178:22

**deleting**
44:15

**deletions**
190:2

**deliberate**
31:25

**deliver**
44:19 56:5
144:5

**delivered**
97:13 114:2

**deliveries**
97:7,10

**delivering**
74:17

**delivery**
97:17 155:19

**Democrat**
134:10

**Democrats**
178:8 184:8,
21

**demographic**
82:8 83:3

**demographics**
82:11

**dentist**
14:13,14,17
22:21,24
28:21 137:7

**183:23**

**dentist's**
14:18

**deny**
144:2

**department**
55:19 56:22
81:4 94:24
107:3

**departments**
217:5

**depend**
51:17 173:23

**Depends**
20:21

**depiction**
136:16,17

**deployed**
29:5 40:6

**deposed**
14:6,16,22
20:24

**deposition**
11:12 13:12
15:3,20 16:3,
7,11,12,18,24
17:9,18 18:6,
12,21 19:9,
12,16,17
20:20 21:12,
25 81:17 88:2
157:11,25

**depositions**
11:9

**depositories**
112:4

**depository**
202:20

deputy
197:1

describe
28:4 73:23
112:5

describing
75:3

description
73:17 75:24
112:25

deserves
153:15

design
137:10 202:8,
16 203:4

designation
27:11,13,24

designed
96:10 203:6,8

designing
49:21

designs
202:13

desire
103:7 222:18

desk
64:21

Desoto
9:25

destined
204:23

destroyed
103:20

destruction
70:20

detail
30:8 40:25
74:7 112:14

detailed
28:19 75:24
211:8

details
28:17,22,24
109:23 149:17
180:24

determine
66:22

development
139:24

devote
214:10

Dianna
9:22

die
185:22

differ
75:23 174:20

differed
82:13

difference
37:6 58:16
98:10 134:9

differently
175:10

difficult
11:8 126:22
147:8 168:5
202:1

difficulty
156:1

dig
128:21

digging
149:17

digit
165:23

digits
160:3,10
164:9,10
165:19,24
166:9,12,20

diligent
32:7

diminish
89:15

dining
58:18

direct
12:16 93:9
100:17 153:12

directed
81:3 140:6

direction
66:25 67:1

directive
69:5,10 70:12
72:7,9,10
216:22

directives
69:19

directly
94:23 98:7
105:1,3
169:10 206:1

director
68:7 161:10

Disability
133:9

disabled
153:25

disallowed
128:25

disbelieve
152:15

disclose
20:1,2

discouraged
222:10

discovered
14:17 178:2

discovery
73:15 81:18
83:15

discrepancies
14:17 18:14
58:20

discrepancy
59:9

discuss
86:16 180:8

discussed
20:2,10 32:17
55:10 97:2
109:9 115:16
120:14,16
127:1,4
131:16 195:5
219:19

discussing
45:18 88:13
104:3 127:8

discussion
11:22 24:20
25:2 56:23
98:23 108:7
110:25 115:1
116:19 140:2
141:15 156:25
161:12 170:10
195:6 209:16
219:3 220:13

disfigured
103:20

disfigurement
105:17

disingenuous
144:1,11

displeasure
77:7

distance
66:21

distinction
114:11

distractions
16:17

District
23:10,11,13
157:8

districts
24:2,7

division
69:20 129:2
167:1

Dixon
13:20

DL
163:21

DMV
32:11 58:17
127:25 151:7
163:20

document
18:25 19:5
44:20 45:22
46:1 84:1,4,5
92:23 101:2
110:19 111:19
119:2 124:12
131:25 132:4
141:5 209:3

documentation
159:3

documents
12:2 21:11
22:1,3

dogs
197:9

dollars
40:12 91:12
208:13

domestic
51:23

door
64:13 95:23
112:17 130:22
184:13
197:11,13
223:8

doors
32:14

double
88:11,16 89:1

doubt
107:10 168:9

draft
46:22

drafted
138:2

draw
183:19

drink
88:7 196:21
198:16,19

drive
65:1 66:25
67:1 172:8
206:19

drive-bys
86:2

driver

67:7

driver's
67:7 151:7
160:2,9
161:17,23
162:8 163:23
164:9 166:3,
13,14,21

drives
195:23

driving
67:6,9 82:21
196:1

drop
49:5,8,9,22
50:7,8,13
52:9,10,15
53:11,13
56:8,9 62:22,
24,25 63:3,4,
11,12,16,18,
21,25 64:8,
14,18 65:1,2,
6,12,14
66:10,16
67:17 68:22,
25 69:25
70:4,7,18,24
71:2,19 72:4,
9,13 73:21,25
75:14 76:3,
10,13,20,23,
24 77:10
78:3,12,16,
17,25 79:15,
23 80:5,10,18
81:1,11,12
82:7,12,14
84:17,20,22,
23,25 85:11,
21 86:1,7,8,

22 87:20
88:8,12,19
89:18,20
90:6,11,15
91:23 92:4,
12,13 93:23
94:5,8,16,19
96:10 97:20
98:4 101:17,
20 102:5,19
103:10,14
104:3,11
105:7,16,19,
25 106:1,6,7
112:3,4,7
113:11,12,24,
25 114:8
117:8 141:19
142:1,13,20,
21,23 144:2,
4,16,23,24
145:25
146:12,15
153:3 176:11
191:9,24
200:16,19,20
201:3,5,15,
17,20,24
202:3,8,19
203:2,8,10,
13,14,25
204:4,5,13,22
205:7 206:12
207:7,15,16
208:4 209:4,
9,23 210:19
212:11,12,25
213:9,22,24
214:13,21
215:8,13,18
216:8,16,19,
24 217:8,9

221:16 222:7

**dropped**
80:16 113:22,
23 115:5

**dropping**
73:18,21 94:5
153:1 185:22

**drops**
102:10

**drugs**
22:10

**Ds**
37:5

**due**
16:9 24:23
102:13 172:21
178:22

**Duh**
29:21

**duly**
12:14

**Dunaway**
93:1 99:4

**duplicating**
96:1

**duplication**
96:3 108:8

**duration**
120:16 122:3,
6,16 134:5

**duties**
28:9 29:15

————————

**E**

————————

**e-mail**
15:16,19,23,
25 16:3,15
33:3 39:15

48:21 59:15,
18 92:24
93:12,16,17,
21 94:1 96:24
99:2,19
100:8,9,13,18
101:4 103:4
143:1,7,16
152:9,13
154:7,12,23
199:17,19,22
215:3,9,25
216:4

**e-mailed**
110:23

**e-mails**
103:3

**Earley**
10:20

**earlier**
58:23 94:14,
15,19 105:23
120:13 123:11
127:23 136:4,
11 138:11
140:14 141:25
145:8 146:17,
21 147:19
185:3 187:6
190:25 192:25
193:21 197:19
201:4 207:19
211:17 213:21
216:15 218:7
219:19 221:22
222:17

**early**
29:6 40:6
49:7,8 50:8
59:18 63:2,
15,23,24

71:3,7,12,18,
22 72:5
73:22,25
75:18 76:24
81:6,7 82:12
87:25 91:24
92:5,7,9
106:3 130:23
146:12 177:21
195:4 210:23
215:14,15,18
217:3,7,11
223:10

**earn**
27:23

**earned**
27:12 32:23

**earth**
178:11

**ease**
13:1

**easier**
126:13

**east**
14:2 34:17

**easy**
48:5 171:16

**edge**
49:10

**education**
12:23 191:1,3

**effect**
17:5 157:25

**effectively**
155:4

**efficiency**
35:23 38:16

**efficient**
33:10 109:2

190:18

**effort**
27:23 31:22
32:7 82:25

**efforts**
31:25 177:14
191:1,4
198:11 217:13

**Eighteen**
31:8

**either/or**
65:3

**elaborate**
175:22 177:15

**elderly**
45:23 153:25
195:6,9 196:5
197:22

**elected**
25:17,21,23
26:21 27:19
30:25

**election**
25:4 27:3
28:10,18
29:2,5,6,10
30:15,20,25
31:4,10,12
33:12,13 34:4
37:18,19
38:13,22
39:11 40:8,9,
20 41:4,12,
20,25 48:10
51:16,20
52:12,16,19
53:20 54:11
55:14,22
59:10 60:9
63:5,9,10

65:4,11,16,
18,20,22,25
66:2 68:10,19
69:7 70:9
71:15 72:17
75:5,19
78:13,16,21
79:4,5,15,20,
24 82:25 84:5
86:11 87:21
89:21,25
90:17 91:20
92:4 98:4
99:8,9 102:7,
9,11 113:12,
25 114:8
115:4 120:3,
23 121:2,7,8,
14,19,24
122:7,12
123:9 129:5,
13 130:23
131:5,9
135:6,7
138:19 139:18
140:12 142:6
145:1,5,20
147:23 149:1,
13,15 150:15
159:15,17
163:14
168:15,19
179:25 193:5,
10 194:5,19,
22 195:10
198:2 201:13
205:8 209:25
210:1 212:13
216:17 223:10

**elections**
9:23,25 10:9,
11,14,17,23

22:20 24:12,
18,23 25:2,5,
7,8,10,15,18,
20 26:1,12,18
27:12,13
28:5,25 30:1,
10,11,12,16
31:1,3,7,17
32:19 33:10
35:14 37:13,
14,23,24
38:1,4,5,13,
19 39:3 40:22
41:1,5,7,21
42:14 43:9
46:8 47:2
60:12 62:16
63:4,6,9,13,
22 66:12 69:1
70:5,10 76:14
77:25 78:14,
20 80:6 81:2
89:21 90:16
93:18 99:18
106:5 119:6
120:9,12
124:13 127:10
129:2 130:16
133:20
134:20,25
135:3,8,9,11,
12,14 137:17,
20,22,23
138:3,18,24
139:1,8,10,21
140:13 150:13
153:9 159:16
167:1 168:7,8
172:16 182:21
183:1,5,6,13
184:2 185:17
187:24

190:13,19
193:11,22
194:2 198:24
199:4 202:7
204:16 205:4,
6 207:23
208:3

**electronic**
58:16,21

**electronically**
57:14

**eligible**
31:20 222:18

**eliminate**
221:20

**elimination**
221:13 222:6

**Elizabeth**
10:16

**Ellis**
10:16

**else's**
62:9

**emphasis**
33:9

**emphasize**
202:10

**employ**
39:14

**employed**
41:1

**employee**
75:4,6 84:20
87:2,6 91:3,
14,16 104:5
202:22 207:22
208:2 211:7

**employees**

76:2 88:10,20
94:22 160:25
216:25 217:16

**employment**
31:13

**empty**
98:5

**enacted**
188:2

**enactment**
158:10 160:19
174:11 175:7
180:10

**encourage**
151:3

**encouraging**
144:5

**end**
34:22 43:17
47:14 55:21
57:21 102:8
122:11 132:23
178:19,20
218:1

**endeavor**
111:8

**ended**
71:13,14,18,
22

**endless**
69:14 190:6

**ends**
26:7

**energy**
214:11

**enforcement**
117:17

**engage**

24:20

**engagement**
19:22

**enhance**
79:4 82:25
212:6

**enjoy**
36:10

**ensure**
17:8 51:15
52:3 150:25
160:20 210:9

**ensuring**
210:13

**enter**
127:15 217:18
220:19

**entered**
136:21

**entire**
20:23 58:1,5
65:13 69:16
70:3 97:11
134:5

**entitled**
44:17 84:4

**entries**
148:1

**envelope**
48:9 57:1,2,
6,14 58:12,
17,19,22 59:1
73:3,4,6
74:9,10,12,
13,17,19,24
76:5,10
123:14 125:23
210:2,10,14

**envelopes**
48:14 49:14,
18 57:4,19
58:4 73:10
170:1 204:23

**equally**
27:8

**equipment**
29:3 39:25

**Erdelyi**
10:24

**ERDEYLI**
10:24

**Escambia**
10:22

**essentially**
160:23 221:24

**esteemed**
35:19

**estimated**
167:8,14

**estimation**
83:11 173:16

**ethics**
24:12,18
42:14 138:24
182:21 183:5

**evening**
212:24 218:24

**event**
22:17

**events**
32:2

**Everybody's**
112:22

**evidence**
68:16

**evolution**
140:4

**exact**
34:13

**EXAMINATION**
12:16 133:4
157:2 181:23
219:10 220:7

**examining**
45:22 46:1
101:2 111:19

**excellent**
32:25 157:23
190:17,24
211:12

**exceptionally**
103:25

**excessive**
130:10

**exchange**
125:4 188:8

**excuse**
32:12

**execute**
30:5

**executed**
53:1

**exhibit**
18:19,21,23
19:5,13 44:22
45:4 50:18,19
53:8,9,10
54:12 64:9
65:15 66:11
92:20 93:2,8
94:17 99:3
100:6,11
110:15,16,18
118:16,18,20,

23,24 119:3,9
123:18,21
124:1 126:21
135:17,25
136:1,22
141:5,13
151:25 152:1,
4 192:18,22
199:7 200:8,
19 209:15,19
215:21,22
216:3,12
217:18
220:19,22

**exhibits**
11:5,12,25
15:24 98:16
116:8 215:1

**exit**
131:2 197:19

**expand**
217:12 221:14

**expect**
61:11 97:13
122:24 210:25

**expectation**
76:7

**expecting**
101:12,21

**expend**
177:17

**experience**
27:7 49:22
66:1 79:4
82:25 97:8
133:19 138:17
156:20 163:16
165:2 167:23
182:14

experienced
  134:25 135:4
  189:3

expertise
  137:13

expired
  122:23

explain
  44:5 47:24
  49:1 86:20
  88:23 90:22,
  24 93:21,25
  109:20 112:5,
  10 125:12,14,
  19 137:15
  144:11,22
  145:14 148:7
  153:6 154:22
  211:22

explained
  176:1

explaining
  60:1 96:21
  189:11

explore
  207:13

exploring
  204:7

express
  77:6 184:15

expressed
  56:7 76:22

expresses
  221:10

expressing
  77:13

expression
  28:16

extends
  39:15

extent
  32:16 47:22
  69:20 81:5,19
  83:2 98:10
  107:15 108:7,
  24 111:6
  171:2,3 180:3
  217:1

external
  39:22 63:18

eye
  188:20 211:19

_____

_____

          F

face
  66:18 87:16
  115:18 128:22
  130:6

facility
  95:4

facing
  207:7

fact
  38:16 46:10,
  15 84:19
  113:17 124:18
  127:14 170:12
  180:14 186:15
  188:6 202:15
  204:12

factor
  56:4 222:25

factors
  40:19

facts
  83:9

factually
  76:7

fail
  218:10

failures
  38:18

fair
  30:23 55:6
  70:2 86:6
  113:20 115:12
  137:25
  138:13,23
  147:12 155:23
  206:11 214:25

falsified
  177:24

familiar
  41:5,7 62:11
  86:17 105:24
  112:7,9,22
  128:9 153:8,
  10 220:25

family
  44:18,19
  110:3 115:17
  153:5

famous
  203:19

famously
  201:15

fancy
  216:23

favor
  35:20 156:5
  170:21

favorable
  210:18

February
  45:24 154:12

177:21 192:23
  195:13

federal
  37:14 38:1
  80:6

feedback
  77:3 210:20

feel
  35:18 45:17,
  18 56:14 60:3
  138:1,13
  152:17 171:3
  207:20

feet
  64:14,19
  197:11,12

fell
  217:13

felonies
  179:15

felony
  178:5 179:14

felt
  42:22 79:8

fewer
  62:1

fiddling
  15:25 167:16

field
  36:11

figure
  145:10 214:7,
  9

figured
  200:13

figures
  55:1

file

12:2 110:20,
21 116:11
122:22
151:12,13
189:15,24
194:1 199:9

**filed**
21:16 183:17

**filing**
189:22

**fill**
48:2 119:8
166:25 174:3
211:24

**filled**
178:1,12

**filling**
174:5

**final**
43:7 46:25
88:14 115:22
185:21 188:2
219:7

**Finally**
18:15

**financial**
33:16 88:21,
23 89:10,12
131:17 163:2

**financially**
190:20

**find**
28:1,2 58:14
69:24 101:21
156:12,14
159:7 160:15
179:22 180:23
213:13

**fine**

39:5 60:19
66:7 70:16
78:9 81:17,20
82:16 83:14,
19 86:25
87:10,20
88:4,17,18
104:4,15,20
105:13 121:11
159:23 182:6
198:18 199:14

**finish**
17:12 132:10
203:16

**finished**
13:16

**fire**
203:13 217:4

**firecracker**
204:6

**firecrackers**
206:3,6

**firewalls**
40:18

**firm**
69:23 70:3,18
103:23

**first-class**
97:12

**fiscal**
127:12,17
208:7

**fishing**
115:13

**fit**
206:9

**five-minute**
181:17 217:23
218:3

**flag**
185:22

**Flagler**
9:25

**flap**
112:18

**floor**
188:8

**Florida**
9:5,9 12:22,
23 14:3 23:6,
17,23,25
24:10,23
25:11,13,20
27:9 32:13
35:13,22
41:6,8,12,21
42:8 44:17
45:2,10 46:11
47:2 51:9
54:10 56:14
60:3 62:19
84:17 85:19
102:17,18
107:21 110:8
111:23 112:21
113:6 120:11
122:19 128:12
130:13 133:9,
20 135:1
137:20 147:14
153:9 154:18
156:22 157:6,
8 160:2
168:6,19
179:5,10
182:17,19,25
187:18,23
218:9 219:21

**Florida's**
42:4

**fluent**
20:15

**fluid**
188:19

**focus**
161:13
183:18,21
184:5

**focused**
32:23

**focusing**
183:23

**folder**
141:7,8,10
152:4

**folks**
13:22 97:9
107:2 109:10
197:6

**follow**
36:16 42:6
99:20,25
189:7

**follow-up**
219:7

**font**
96:23

**food**
130:18 197:5

**fool**
203:20

**footage**
68:2,5,11

**football**
36:11

**forecast**
198:6

**foresee**

211:6

**forged**
177:25

**forget**
126:16

**forgive**
15:21 64:18
97:5 149:17
189:10

**forgot**
117:3

**form**
18:7 43:19
61:4,9 73:5,9
74:8 76:16
85:3 87:11
91:25 97:24
103:15 104:9,
16 105:9
128:19 138:20
139:19,20
141:20 145:22
149:3 150:3,
17,18 154:5
155:6,7 164:4
165:5 169:6,9
170:5 171:24
173:21
174:19,25
178:12,16
191:13,16
193:17 205:9,
16 206:5,21
208:6,17
214:15 222:5,
12 223:2

**formal**
27:2 112:19
185:9

**formalized**

146:17

**forms**
117:25 128:15
194:10 211:25

**forward**
11:20 140:3
151:14 159:16

**fouls**
36:12

**Found**
137:4

**four-year**
34:11 122:5

**fourth**
33:15 89:10
170:20

**frame**
99:9 154:11
165:17

**framework**
91:21

**Francesca**
9:20 12:1
100:7

**Frank**
9:16,24

**frankly**
36:8 147:14
167:15 189:1
208:12

**fraud**
62:12,15,19
149:23 150:2,
5,14 151:18,
21 220:1

**fraudulent**
180:6 219:22

**free**

69:20,21
152:17

**freezes**
34:20

**frequent**
140:4 147:25

**frequently**
28:14 194:8

**Friday**
92:9 212:24
213:3,10

**friend**
74:18 192:18
194:4

**friends**
20:24 182:16
190:25 213:21

**front**
45:5 49:9
52:23 64:13
67:2,11 85:20
114:25 115:22
116:1 130:22
142:1 144:17,
24 165:21
217:9 223:8

**FSE**
35:15,17 37:8
43:12 47:14

**FSE's**
124:7

**fulfilled**
38:14

**full**
13:18,20
49:20

**full-time**
26:12 79:6

**fullest**
69:20 107:15

**fully**
72:3

**function**
93:6 192:19

**Fund**
12:23 133:10

**funds**
89:14

**furtherance**
222:4

**future**
61:3 123:15

---

G

**gain**
24:22

**gallon**
95:21

**games**
165:18

**Gator**
15:7

**gave**
114:22 157:24
158:6

**gears**
35:11 47:19
109:8 127:19
141:2 147:18

**general**
9:5 21:1 25:5
30:19,24
31:10 37:18
38:22 41:12
53:20 55:14,
22 56:2 63:10

65:4 68:10
69:5,6,8 84:4
120:3,23
121:7,13,19
122:7,11
161:25 179:25
201:3

**generally**
41:5,7,9,15,
21 42:6 48:22
60:8 77:18
128:9 133:14
134:24 157:19
163:15,25
165:2

**generous**
36:22 59:14

**geographically**
34:12

**George**
9:11 107:4
108:2 182:2
218:18 219:6,
14 223:19

**get all**
134:13

**get-go**
185:21

**Gibson**
9:18,19,20
116:12

**Gilchrist**
10:1

**give**
12:3,7 36:8
43:21 44:11
46:10 57:20
58:6 59:8,9,
14 64:16
73:17 76:11

82:24 96:16
109:18 111:17
114:23
116:14,16
139:12 144:14
159:22 160:8,
11,13,14
163:21 164:11
165:19,22,24
166:2 173:10
176:2 179:23
183:16 184:15
205:19 214:2

**giving**
45:9 54:17
75:23 192:8
208:22

**Glad**
220:6

**Glades**
11:2

**glance**
152:14

**glass**
93:6

**goal**
32:25 89:10
222:4

**goals**
32:18 79:2
139:12,14
190:12 211:11

**God**
195:11

**good**
9:15,18
11:12,19
12:18 15:13
16:1 20:18
30:9 33:19

35:9,24 36:14
37:1 40:11
42:16,17
45:13 60:17,
18 65:23
78:24 87:9
97:9 121:2,6,
19 122:7,10
124:24 125:1
133:6 140:25
145:17 146:13
154:11 155:1
157:4 160:8,
11 181:2,19,
25 195:25
206:22 208:10
218:23

**goodbye**
102:11

**goodness**
156:7

**goopy**
204:21

**GOP**
44:17

**governing**
128:10

**government**
111:1,23
113:5 133:20
217:5

**governor**
154:17 187:8
188:3

**Governor's**
192:23

**grace**
51:22

**gracious**

45:13 212:14
214:19

**grand**
168:14

**grateful**
56:7

**great**
16:6 19:3
20:9 24:9,25
28:19 31:11
54:16 63:20
68:1 73:17
78:10 124:17
132:3 143:2,
24 156:21

**greater**
24:5

**grief**
11:13

**grocery**
78:1

**grossly**
221:13,19
222:2

**ground**
14:25 16:7
206:13

**group**
35:19 36:19
37:23 184:11
194:11 197:8

**groups**
108:25
109:15,16
130:16 196:13

**guaranteed**
142:6

**guard**
22:25 207:15,

21,22 208:2,4
210:25 212:10

**gubernatorial**
30:15

**guess**
21:5 45:7
64:15 69:22
70:25 71:2
76:1 77:17
91:19 96:19
102:17 106:22
111:2 145:18
146:22 149:9
151:21 154:4
155:2 162:5
203:21 206:22
217:16 222:23

**guessing**
53:22

**guidance**
216:16,17

**guide**
139:13

**Gulf**
10:1

**guys**
106:10 182:4

―――――――――

**H**

**H-A-Y-S**
13:21,24

**habit**
197:3

**hair**
82:19

**half**
49:16 107:11
108:1 144:15
219:1 220:10

**Hall**
179:18

**halls**
217:4

**hamburgers**
197:9

**hand**
12:6 36:3
72:16

**handicap**
183:15

**handicapped**
153:2 155:4

**handle**
174:16 175:8

**handled**
94:22 95:14
180:18 181:7

**handles**
174:21

**handling**
150:8

**hands**
95:12

**handwriting**
178:18

**Hang**
45:20 89:24

**happen**
36:14 96:11
140:17 181:3
193:11 206:20

**happened**
178:6

**happy**
115:8

**hard**
197:23

**Hardee**
11:2

**harder**
11:8 147:1

**harebrain**
145:11

**harms**
105:17

**harvest**
52:25 80:24

**harvesting**
109:23
119:19,21
120:2,8,11
152:22
153:13,16
155:21

**hat**
207:12

**hate**
121:21

**Hays**
11:7,21
12:13,18
13:20,21 14:5
18:22 46:9
82:5 84:16
92:24 100:8,
13 107:15
109:7 111:13
124:15 132:16
133:6 141:6,9
156:19 157:4
173:11,16
181:10,25
182:13 183:4
185:5 187:4
189:6 190:11
191:19 193:20
195:1 196:2,9

199:6,16,25
200:11,23
202:5 203:12,
24 204:8
205:24 206:11
207:12 209:2,
22 211:10
212:9 214:25
215:2 216:1,
14 217:22
218:7 220:9,
16 223:15

**HB7041**
42:7 43:10

**head**
17:10 28:8
55:15 71:11
158:16 160:24
163:4 177:3
179:22 207:11
208:10 223:4

**headed**
66:25 67:1

**heads**
145:19

**health**
16:9

**hear**
42:15 78:7,9
96:20 107:14
129:4 181:14
184:6,7

**heard**
14:20 29:18
36:5 42:19
55:2 102:21
139:4

**hearing**
136:5,10,15

Alan Hays
October 06, 2021

27

heartbeat
   53:24
heavy
   34:19
heightened
   146:14
held
   31:4 193:22
helpful
   21:22 29:17
   50:14 75:21
   76:12 81:23
   92:19 105:6
   173:6
helps
   61:15,21
   211:14 222:7
Hendry
   11:2
hereinafter
   12:15
Herron
   10:19
hesitation
   21:13
hesitations
   156:2
hey
   159:6 198:18
hiccups
   38:8 194:6,15
hiding
   182:3
high
   32:4 35:23
   38:24 39:8
   49:17 66:18
higher

39:2
highest
   33:14
Highlands
   10:1
highly
   102:12 103:25
Hillsborough
   10:4 124:2
hinterlands
   217:14
hired
   31:12 69:12,
   23 70:17
   179:11
history
   29:24 130:13
   153:9
hit
   195:13
hold
   19:25 54:3
   118:2 198:18
   218:13
Holmes
   11:2
holy
   43:4
home
   137:2,5,14
honestly
   19:7 30:21
   36:4 42:24
   134:12 183:8
honey
   219:15
hoot
   36:8

hope
   31:20 96:25
   176:15
hoping
   99:4
horrible
   42:21
horror
   153:11
host
   48:14
hot
   196:20 197:9
Houlihan
   10:13
hour
   60:15 69:13,
   14 107:11,22
   108:1 208:9
hours
   49:11 56:9
   63:20,21,23,
   25 64:2 69:2,
   3 70:7 91:10,
   24 92:5,6,8
   106:3,14
   107:2,11
   108:4,12
   190:6 208:9
   212:13,19,21
   213:14 223:12
House
   23:6,10,11,
   12,17 25:11
   119:5 134:1
   182:19
huge
   58:15,16
   211:3

human
   58:6 77:8
   210:9
humanly
   33:11
humans
   194:25
hundred
   35:2 45:24
   195:13 213:7
   223:8,9
hundred-year-
old
   195:16
hundreds
   221:14,20
   222:3
hush
   29:16

---

**I**

ID
   160:3 161:17,
   24
idea
   28:17 39:4
   66:3 92:21
   93:22,25 94:2
   101:13 121:10
   124:21 145:15
   163:2 167:13
ideally
   221:24
ideas
   36:23 37:2
   96:17
identical
   202:11 221:4

identification
18:23 44:22
50:19 54:12
93:2 100:11
110:16
118:18,24
123:22 125:22
126:2 136:2
141:14 152:2
161:14 162:9
163:11,16
164:1,16,23
165:3 167:3,
9,25 168:22
169:4,22
170:4 171:22
173:19 200:9
209:20 215:23
220:22

identified
162:18 163:6

identify
158:19 162:17
164:23

identifying
158:21,23
161:21 162:20
165:12 169:15
174:7

identity
74:21

ill
95:21

Illinois
199:24 200:4

image
53:8 218:19

imagination
203:21

imagine
21:23 43:24
101:18 148:15

immediately
25:14 27:19
57:3 142:21

impact
87:20,22
127:17,18
167:23 169:1

impacted
169:4,12,22
170:3,12
171:22 172:25
173:1,6,19

impair
22:6,10

impart
35:22

impermissibly
194:12

implemented
195:20

implying
83:16

important
17:17 27:8
32:21 33:4
39:8 68:21
77:3 107:16
108:21 214:6

impose
88:21 131:18

imposition
104:12

impossible
222:14

impression
162:2

improperly
219:25

improve
77:4

in-person
27:20 69:2,11
129:22,24
146:1,6

inaccuracies
18:10

inadequate
103:13

inbox
15:16

inch
49:17

incident
129:15 180:7

inclined
108:15

include
46:6,15,22
47:1 118:10

included
46:21 91:1

includes
104:15

including
34:1 64:12
66:14 92:25
104:4 106:2

inclusive
104:14

inconsequential
167:17

inconsistent
18:11

inconvenient
221:13,19
222:3

incorporate
44:13 48:13

incorporated
37:2 50:2
83:4

incorrect
178:1

increase
145:1 148:2

increased
53:16

independent
69:23 70:17

indeterminate
119:23

indicating
28:12 83:8
178:9

individual
72:13 74:1,3,
9 75:9 115:17
158:11 179:16
197:8

individuals
31:14 51:6,7
67:17 76:3
82:11 109:12
131:6 169:21
171:18,21

individuals'
51:7

industry
34:21

information
22:17 35:6
74:4 82:8

83:14 105:11
133:12,17
134:14
158:18,22,23
159:4 160:6,7
169:25 170:18
171:18 176:16
177:25 178:9
179:23 180:5
192:8 204:16

**informed**
31:22 68:14
157:12
222:19,20

**informing**
102:4

**Ingoglia**
124:25

**initially**
42:12,13

**initials**
80:20

**initiative**
162:17 163:3

**injected**
140:2

**input**
162:24
174:18,24

**inquiries**
83:13

**inside**
63:17 64:1,22
68:16 70:21
71:6,21 72:14
73:25 76:2
80:22 81:2
97:22 98:4,5
99:13 106:4

131:1,3
197:2,15
223:3

**insight**
24:22

**install**
79:12

**instance**
75:4,8,11
76:1 86:13
87:3 109:18
114:18 150:13

**instances**
76:9 105:24
114:6 151:20

**instill**
146:13

**instruction**
157:16,18

**instructions**
20:7 157:12,
14 192:3,5,8,
14

**insulting**
87:17

**integrity**
33:14 119:6
163:14

**intend**
118:14

**intended**
123:15

**intense**
188:25

**intent**
125:8

**intentions**
95:21

**interact**
33:2 131:4
197:17

**interaction**
177:19 196:12

**interchanges**
140:5

**interested**
152:18

**interesting**
14:21 34:3
179:17

**interjecting**
15:22

**internal**
39:22 63:21

**internally**
40:17

**interpret**
125:15

**interpretation**
122:25 123:3,
4

**interrogatories**
20:12,17
21:11

**interrupting**
17:20

**intervening**
34:7

**Intervenor**
9:12

**intervenors**
9:17,19 107:5
108:2

**interview**
45:9 54:9,17
145:7

**interviewed**
54:6

**introduced**
92:21 188:21

**introduction**
42:6,8

**invariably**
28:16

**investigation**
199:18,24
200:13

**investigative**
117:18

**invite**
198:4

**invited**
195:14

**involved**
29:19 133:19
184:7 187:7
210:23

**involvement**
187:22

**involves**
42:4

**issue**
59:6,7,18
93:23 96:10
98:17 155:21
172:23 175:23
200:16

**issues**
31:23 140:20
150:1 184:8
185:20

**iterations**
115:22

**J**

jam
185:18 186:6,
8

January
31:5 201:8

Jazil
9:10 85:3
87:11 102:24
106:25 107:25
138:20 139:20
145:22 150:18
155:7 181:14,
16,24 182:1,
12 191:17
193:19 196:17
200:7,10
203:18,23
205:11,13,23
206:10,24
208:14 209:1,
14,17,21
214:17
215:20,24
216:11,13
217:22 218:6,
16 222:5,12
223:2

Jefferson
10:1

Jerry
11:1

job
22:15 36:10
83:12 135:24
168:18
171:11,12

jobs
26:15

Joe
10:8 105:4

Johns
202:16

Johnson
9:22 10:21

judge
13:9 18:3
185:1

judgment
198:1

judicious
107:14

jug
95:21

July
84:4

jump
158:6

justification
145:5

**K**

keeping
208:3 211:19

Kenneth
9:13

key
40:20

Kia
10:21

kind
82:7,20,21
83:9 86:13
112:13 133:16
134:13 146:20
156:14 161:14
164:18,22

165:13 168:20
211:8

kinds
153:10

king
34:20

kiss
102:11

kitchen
58:18

knew
21:16 44:3
73:3,11
135:12 177:3

knock
148:17

knowing
64:19 83:19

knowledge
24:22 41:11,
19 43:13
55:24 61:7
62:18 63:5
66:1,15 70:17
76:4,12 92:2
96:11 97:19
109:16 120:9,
10 121:4
130:20 139:16
152:11 205:6
219:24

**L**

lack
77:11 216:21

lady
145:8

lag
16:22 78:8

95:10,11

Lake
22:20 23:11,
12,13 24:6
25:15 26:1
28:6 30:10
31:4,17 32:13
33:24 34:12
35:5 37:13
38:4,12,19,22
40:22 41:17
42:1 47:20,24
48:11,17 49:2
53:16,18
54:21 55:11,
13,16,21
60:12 61:2,17
62:15,25
63:7,12 71:13
76:13 78:24
79:24 82:14,
23 87:20
89:14,19
90:7,14
91:18,22 95:4
96:12 97:8,21
99:22 103:12
106:2 109:12,
16 113:10,22
118:16 120:7,
11 121:5,11,
16 123:11
127:23
129:12,16
130:1,9,19,21
137:17 142:14
150:22,24
167:25 168:21
169:22 171:19
172:16 174:14
175:16 204:24

lame
144:1
language
91:1 114:25
184:25
laptops
15:5
large
31:6 72:14
larger
24:3,4 72:19
largest
34:25 35:1
late
65:19 97:10
129:7,11,19
177:21
Latimer
10:4,6 124:3,
25 125:2
Laura
45:10
law
17:5 36:16
51:18 69:19
84:16 87:5
90:3,6,13
91:1,2 92:3
122:18 123:1
126:7 128:10
129:1 134:18
167:17,19
176:9 202:24
214:8,10
lawsuit
21:16 42:3
56:23
lawyer
118:9 123:5

155:25 182:1
lawyers
104:18 108:17
Lay
219:8
layers
40:15
leadership
182:24
leading
185:11
leads
27:11
League
9:21 12:22
13:2,5 184:18
learn
83:21
leave
28:16 59:16
65:13 88:8
99:5
Leesburg
34:25
left
15:9 57:19
legal
12:21 20:16
91:21 117:13
118:3 179:20
193:18 216:22
legality
42:4
legislation
184:16
legislative
37:8 125:19
135:2 140:25

143:13 182:14
183:1 185:6,
14 187:7,22
188:17 195:3
legislator
135:11 144:22
185:16
legislator's
189:8
legislators
90:5 139:5
140:5,20
141:1,22
143:21 144:1,
10 145:13,19
146:8 159:25
189:12 221:10
legislature
36:7 42:8
43:25 46:5
103:8 134:21
137:18 138:17
175:25 176:18
182:19 183:5
187:18 189:4
195:4
legitimate
160:21
length
144:18
lengths
146:23
Leon
10:20
letter
13:22 43:18
59:13 69:19
162:20
letters

186:24
level
33:14 35:23
40:17,18 89:6
137:13 160:25
Levy
11:2
librarian
49:21 203:8
libraries
217:5
library
32:10 49:22
license
50:5 66:24
67:3,9 151:7
160:2,9
161:17,24
162:8 163:23
164:9 166:3,
13,15,21
207:8
lid
201:25
life
14:12,13
lift
112:18
light
203:14
limit
153:4 186:21
202:8 203:22
205:13
limited
152:24 153:21
limiting
155:2

limitless
  198:7
limits
  186:12,17
lined
  148:11 190:1,
  2
lines
  38:17 61:18,
  22 84:12
  130:2,13
  146:24,25
  147:9 149:7
  198:10
lingo
  20:16
Link
  10:15
liquid
  49:20 95:22,
  23 96:9
liquids
  49:25 202:1,8
  203:9
list
  28:11 30:4
  47:4 57:21,
  23,24 58:8
  86:3 183:9
  223:11
listed
  151:13 192:6
listen
  155:20 184:13
listened
  184:19,20,22
literally
  27:22 64:21
  83:6 204:4

litigation
  83:10
live
  69:17 70:13
lives
  178:8
living
  16:8 45:23
lobbying
  43:22
lobbyist
  124:7
local
  142:13,15
located
  64:12 71:2
  94:13,14
  103:14
location
  75:16 81:8
  82:12 94:6
  102:14 176:5
locations
  71:3,7 81:6
  82:13
lodge
  102:25
logistically
  189:21
logs
  73:14 74:4
  80:3,5,9
  81:1,5
long
  28:11 29:14,
  15 35:3 38:17
  51:10 60:19
  61:18,22
  62:25 130:2,

5,13 186:12
194:24 198:10
223:16
longer
  84:19 92:7
  95:11 120:6
  125:16 146:25
  147:9 148:15
  151:1 186:20
look-up
  159:11
looked
  121:9 138:7
  183:24
Lord
  40:11 108:11
lose
  183:19
lost
  103:21
lot
  21:4 35:6
  44:14 49:10
  75:2 183:12
  184:10 185:19
  196:6 200:17
  203:1
loud
  77:6 116:25
low
  66:19
lower
  57:9
ludicrous
  91:11
lunch
  70:15 106:11,
  17,19,23
  108:5,20

Lux
  10:18 124:13

M

machine
  57:7,11,12,
  16,18 58:2
machines
  39:24 153:12
made
  27:23 36:5
  42:7 46:16
  47:11 50:25
  84:16 88:14
  99:7 108:23
  153:11 154:2
  173:23 183:11
  187:12 190:1
  191:5 193:5,
  14 195:2
Madison
  10:2 12:25
magnifying
  93:6
mail
  47:20 50:9,10
  51:13,15
  52:2,3,8
  53:15,23 54:6
  55:13,21
  59:17 61:1,3,
  12,14,21,25
  62:4 65:12
  97:12 112:17
  142:14 147:4
  166:23 191:21
  194:1 204:11,
  21 205:2,4
mail-in

54:11,22

**mail-type**
151:6

**mailbox**
49:21 67:25
79:19

**mailboxes**
85:18 204:10

**mailed**
54:1 65:9
161:4 169:13
174:18

**maintain**
29:23 80:5

**maintained**
80:9 81:5,7

**maintaining**
197:1

**maintenance**
30:3,4

**major**
56:4

**majority**
48:24 121:4

**make**
11:6 18:10
22:14 29:3,4,
23 30:5 31:22
32:1,8,17
33:12,19 37:6
40:7,11,24
44:8 47:20
48:4 57:24
60:16 66:22
72:2 73:16,19
76:5 84:11
87:23 88:5
90:14 93:3
105:22 107:6

110:2 118:19
122:20
126:12,15,22
132:11,12
134:9 159:20
172:4 176:25
181:3 182:6,
15 188:24
197:3 201:25
208:15,19,20
217:24 223:21

**makes**
51:25 75:2
112:25 122:19
129:4 131:10
134:2 148:16

**making**
32:23 40:20
46:14 137:21
160:15 168:4
184:6 189:19
222:2

**malbehavior**
86:13

**malicious**
204:21

**man**
78:3 172:19

**managing**
190:19

**manned**
202:22

**manner**
56:6 105:3

**March**
45:3 70:9
110:10 111:24
136:12 177:21
195:4 199:17

**Mari**
9:24

**Maria**
215:6 216:1

**Marion**
24:5 34:14

**mark**
10:19 18:20
50:17 52:8
93:8 100:5
110:14,18
135:25 141:4
151:24 189:17
197:2,14
200:7 209:15
215:13,21
216:12

**marked**
18:23 19:13
44:22 50:19
54:12 93:2
100:11 110:16
118:18,24
123:21 136:1
141:13 152:1
192:21 194:12
200:8 209:19
215:22 220:22

**Mary**
95:4 99:22
142:15

**master**
27:11

**match**
58:14 163:11
167:9

**matching**
56:16,17,18
60:5

**materials**
205:8

**math**
208:10

**matter**
12:21 46:15
133:16 180:14
186:15 188:6
202:15

**Matthews**
215:6 216:1

**maximum**
106:15 107:12
122:21

**Mcvay**
69:5 216:5,
16,18,20

**meaning**
17:2

**meaningful**
152:23 153:20

**means**
13:11 71:16
100:2 101:6
104:20 131:8
149:14 175:4

**meant**
55:4 100:23
101:5 125:2
126:23 144:12
212:20

**meantime**
141:17 144:5

**measure**
64:15

**mechanical**
25:8 189:1

**mechanics**
25:1,4

medication
  22:9
meet
  33:6
meeting
  36:2 185:23
meetings
  185:10,13,18
  186:9,12
member
  22:25 23:6,23
  35:15,18 46:9
  110:4 137:18
  153:5
members
  115:17 153:1
memo
  217:21
memory
  111:21 184:4
men
  36:20
mental
  101:23
mentioned
  22:21 29:22
  35:12 51:5
  66:10 127:24
  130:1 140:11
  141:25 142:4
  146:21 160:17
  164:22 169:24
  170:16 171:17
  197:18 211:17
  216:15
mercy
  40:12 108:11
mere
  113:17

Meros
  9:12 182:2,10
  217:24
  218:17,18,25
  223:20
mess
  96:5
message
  123:19 124:1,
  10,24 144:6
  220:24 221:3
messages
  124:20
method
  16:4 125:8
methods
  158:17,25
  159:10
meticulous
  28:22,23
Miami-dade
  10:11 25:23
Michael
  10:10
microphone
  16:19
mid
  177:21
middle
  34:13 42:16
  152:18
miles
  34:16,17
milieu
  36:17
military
  48:21
million

33:18
mind
  87:7 99:9
  102:15 131:15
  165:17 178:15
  199:15
minds
  141:22
mine
  143:23 203:5
  206:22
minimize
  16:17
ministerial
  117:17
minute
  12:4 45:20
  52:7 78:19
  89:24 98:15,
  21 111:17
  116:16,18
  148:6 162:15
  186:18 188:21
  199:16 215:2
minutes
  11:17 35:13
  60:21 64:16
  107:22 110:24
  132:12
  186:19,20
  220:10
misdeeds
  68:15,17
misplaced
  103:20
missed
  217:25
missing
  169:15,20,25

170:17 171:18
misspelled
  199:21,22
misstating
  147:2
mistaken
  162:3
misunderstood
  89:24
mixed
  205:1
Mo
  102:24 106:25
  107:23 181:12
  182:1 183:8
  188:18 198:7
  203:1,16
  204:3 205:19
  208:18 219:1,
  6
model
  66:23
modifications
  36:25
Mohammad
  9:10
moment
  16:9 53:4
  80:13 98:19
  119:16 170:7
moments
  144:20
Monday
  65:15,25 66:2
  92:9 212:15,
  24 213:2,3
money
  33:21 40:14
  89:9 181:2

208:11,15,19,
23 211:4

**monitor**
72:25 74:10,
14 75:3,19
88:2,9,25
146:12

**monitored**
66:12 70:19
72:6,11 75:13
80:9 85:1,12
86:9,24 87:2,
3 88:19 91:2
92:14 103:24
216:25

**monitoring**
66:10 69:2,
11,17 70:7,13
72:4,22 74:2
75:9,15,17
76:3 84:21
85:16 104:5,
6,11 106:6
144:2,4
146:1,6
201:21 212:11

**monitors**
75:25 80:11
81:4

**months**
120:6

**morning**
9:15,18 12:18
53:2 145:8
197:19 211:1
212:15,24
213:2,11

**mother**
45:23 155:14
195:6,10

196:5

**motives**
214:8

**Motor**
56:22

**mouse**
165:18

**mouth**
14:15 28:23

**move**
83:23,25
102:15 118:12
150:25 174:9
189:13 201:9

**moved**
34:18 86:12
151:14 202:18

**moving**
36:24 151:19

**multifactor**
39:17

**multiple**
32:2,14 35:2
39:23 40:15
43:4 44:4
52:6 56:7
58:11 59:11,
12 108:24
145:14 151:8
189:20 190:7
202:13 222:15

**multitude**
19:19 20:22
30:12 39:12
56:10

**multitudes**
20:24

**municipal**
30:12 33:13

63:6 193:11,
22 194:2

**mute**
16:21

**myriad**
94:25

---

## N

**NAACP**
9:7 107:9
133:9 141:10
184:19

**Nadeen**
54:18

**Nadine's**
55:1

**nail**
169:3

**naked**
211:20

**names**
13:22 57:22

**narrow**
49:14 206:2,9

**Nasser**
155:10

**Nasseri**
9:6 107:9
110:12 111:8
133:3,5,8
135:16,24
136:3 138:21
140:8 141:4,
16,24 145:24
146:9 148:18,
23 149:20
150:11,19
151:24 152:3,
6 155:8

214:15 220:8,
14,18,23
222:8,22
223:5,14

**Nasseri's**
110:20

**National**
179:10

**nature**
77:8

**nauseam**
144:18

**nearby**
102:4

**necessarily**
62:3 146:25

**needed**
23:4 51:14
68:4 149:22
177:13

**needn't**
145:15

**negative**
210:20 211:3

**negligence**
83:9,17

**negligent**
82:18

**negligible**
168:2,3

**neighborhood**
53:22

**neutral**
36:6 83:7

**News**
54:9

**nice**
40:14

nicely
  140:22
night
  51:20 52:19
  53:2 65:18,20
  69:14 73:7
  112:4 186:4
  202:20 211:1
  213:10
night's
  68:22
nightmare
  176:17
nodding
  17:9
non-family
  153:1
nonballots
  100:20 101:8
nonforwardable
  151:16
nonpartisan
  26:18 131:7
nonsolicitation
  196:7,11
norm
  186:11
normal
  139:17
north
  34:16
Northern
  157:7
notes
  15:12
notice
  18:21 19:8,12
  97:11 105:4

noticed
  52:5 206:12
notification
  216:24
notify
  59:5
notion
  155:2
notorious
  97:6,16
November
  71:16,17
NPA
  134:10
number
  27:6 49:24
  50:5 54:11
  55:16,20,21
  58:3 59:12,15
  80:17,23
  81:13 84:3
  116:15 119:23
  135:18 149:5
  151:3 160:3,9
  161:14,18,24
  162:3,8,9
  163:11,17,21,
  22 164:1,16,
  23 165:3,11,
  12 166:3,10,
  15 167:9,25
  168:22 169:4,
  11,18,21,23
  170:4 171:23
  173:19 175:21
  183:16
  190:16,17,19
  196:24 209:4
  220:19

numbered
  40:1 209:15
numbers
  34:6 40:1
  54:3 62:2
  81:15,22
  125:22 126:2
  161:21 162:20
  164:6,8
  167:17,21
  174:7

─────────────

───── O ─────

oath
  17:2,4
  157:13,17,19
object
  17:14 18:2
  61:4,9 74:8
  76:16 85:3
  87:11 91:25
  97:24 103:15
  104:9,16
  105:9 117:12
  138:20
  139:19,20
  141:20 145:22
  146:7 149:3
  150:3,17
  155:6,7 164:4
  165:5 169:9
  170:5 171:24
  173:21
  205:15,20
  211:5 214:15
  222:5,12
  223:2
Objected
  128:19

objecting
  191:15
objection
  17:16 102:25
  118:3 128:19
  146:2 191:13,
  16,19 193:17
  196:15 203:15
  205:9 206:5,
  21 208:6,17
objections
  18:2 205:14
objective
  217:2
obsolete
  48:15
obvious
  198:8
occasion
  186:17
occasions
  56:7 145:14
occur
  198:12
occurred
  62:15,20
  177:20
occurrence
  109:19
October
  55:5 122:20
  215:18,19
offer
  48:15 105:11
offhand
  131:15 143:9
  160:22 175:21
  180:2

**office**
14:2 20:23
26:19 27:19
28:15 29:19
31:7 32:20
33:22 36:24
48:17 49:5,10
50:14 52:23,
24 53:12,14
63:4,17 64:1,
2,5,10,11,12,
13 65:6 66:12
69:1 71:6,22
72:8 73:9,11
74:1 75:4,14
76:2,3 77:25
79:3 81:2,8
84:21 85:20
86:1,8 87:2,6
88:20 89:13,
21 90:16
91:3,14,16
92:6,12,19
94:22 95:3,8,
14 97:21
98:6,7,13
99:14,15,22,
23 101:19
102:5 103:13
106:4 109:13
115:6 117:16,
17,21,23
127:24 130:17
131:18 134:11
135:13 142:2,
14,16 144:17,
24 146:13
147:24 148:3
150:6 151:14
160:19
162:10,25
164:14,22

166:8 167:7
169:13
174:12,16,21
175:2,8,20
176:4,6,7,8,
12,14,21
177:5,16,20
178:3 180:18
181:7 182:2
186:4 190:14,
19 192:23
201:8 202:22
207:23 208:3
209:5,10,23
210:5,24
211:7 212:2
216:25 217:10

**office's**
127:6,9

**officer**
31:3

**officers**
113:7

**offices**
32:11 37:1
112:3 113:11
115:6 203:2

**official**
43:12 47:15
113:5,24
185:9

**oftentimes**
114:2

**Okaloosa**
10:17 124:14

**Okeechobee**
11:3

**Olivo**
11:1

**omitted**
74:7

**on-the-job**
27:7

**online**
27:21 32:9
48:1 127:25
166:24 188:9

**open**
11:13,23
15:16 32:15
49:7 92:7,8,
10 95:22
152:7 184:13

**opened**
57:2 64:2
79:1

**opening**
49:12,16
95:18

**openness**
36:22

**operation**
77:1 188:19

**operational**
63:25

**operator**
178:4

**opinion**
35:17 42:11
84:24 85:5,7,
10 86:5
103:18 115:3
145:19 147:21
151:17 216:22

**opinions**
137:6,19

**opponents**
149:21

**opportunities**
151:8

**opportunity**
17:15 18:9
169:14 205:20

**oppose**
43:22

**opposed**
85:1,12

**option**
40:25 48:12
53:4 123:12

**oral**
77:21

**Orange**
24:7 34:13
176:5,7
204:24

**order**
28:18 29:4
87:18 130:10

**ordinary**
189:3

**organization**
128:2 129:18
150:7 157:6
175:5,14
176:11
177:18,23
178:4 179:6,9
180:7,21
219:21

**organizations**
128:7,11
129:7,11
174:10,13
175:9,20
176:4 177:5
180:12

organizations'
177:14

oriented
28:20

origin
192:10

original
164:16

originally
24:3 163:17
164:2,24
187:12

originated
209:11,24

Orlando
34:23

Osceola
34:15

other's
156:17

out-of-county
175:8,18
177:4 181:6

outlaw
146:6

outset
157:25

outstanding
168:6,18

overnight
212:17

oversaw
30:25

overseas
48:20,22
51:21 65:10

oversee
28:10

oversight
111:24

overthink
21:15

overview
43:21

overwhelming
48:24 176:13

owned
90:8

---

**P**

p.m.
51:20,24
52:19,25 53:3
59:10 63:24
64:3,4 65:23
71:8,15,17
93:13 96:23
100:9 101:1
103:4 109:4,5
148:21,22
181:21,22
212:20,24
213:10 218:4,
5 223:25

packed
185:18,21,23
186:6,8

pad
15:11 56:21
58:16,21

paid
20:6 51:10
75:5,14
184:10

Palm
10:14

pandemic
56:3,11

paper
15:11 58:23
73:1 190:5

paperwork
211:8

paragraph
136:25 137:15
143:16 144:7
189:18

paragraphs
138:5

paraphrasing
211:5

pardon
190:18 191:14

Park
176:4

parking
49:10 211:6

part
23:13,14,25
25:5 27:23
30:2 38:15
73:13 80:25
83:4,15 93:9
143:14 146:7
173:8 195:5
196:25 212:8

participating
16:10

parties
196:13

partisan
26:18 36:5
134:17

parts
44:6

party
26:24 158:20
179:10 184:12
195:14,16
197:8

Pasco
96:24

passage
42:9 43:7
109:11 120:19
218:13

passed
183:17 195:19

passenger
67:10

passenger's
207:6

passing
189:2

password
11:15,20
39:16,18
141:12

past
89:7 130:16

patience
11:11

patient
170:19

patient's
28:23

patients
14:14

patrol
69:13

Paul
10:17 124:13

pause

132:14 173:14

pay
  50:9 66:5
  77:1 82:18
  88:17,25
  91:7,10,13
  104:21,22
  167:21 181:2

PDFS
  11:14

Peg
  10:5

pen
  15:11

penalties
  115:19 152:23
  153:20

penalty
  86:17

pending
  18:17 30:13

people
  13:21 20:23
  21:2,4 28:14,
  20 31:12 32:8
  33:17 39:14
  45:12 50:6
  51:10 52:21
  58:12,15
  61:25 62:1,3
  64:22 67:22
  72:15 76:7
  78:3 80:19,20
  88:24 95:15,
  16 99:5
  101:10 119:22
  135:4 139:3
  147:2,3,20,22
  150:14 153:2,
  25 155:4

159:6,11,24
164:10
168:19,25
169:12 178:7
181:2 186:2
188:16 191:24
196:6 197:4,
17 198:8
204:17,22
211:20 212:12
213:14,22
214:3,12
222:10,15,25
223:1

people's
  214:7

Pepsi
  198:17

percent
  38:23 54:21,
  25 55:2 82:24
  83:7

percentage
  55:11,13
  61:2,11 62:7

perfect
  194:22

performed
  14:14

period
  34:11 51:22
  127:5,7
  128:16 149:16
  215:12

periods
  38:17

permanency
  122:3

permanent

75:4,15 76:2

permitted
  13:10 114:20

person
  32:9 33:1,2
  48:5,23 49:5
  72:13,22,25
  74:2,17,19,21
  80:17 82:19,
  23 85:17
  87:8,24,25
  88:6,9 95:2,
  20 116:23
  118:10 127:24
  130:11 137:9,
  12 147:9
  149:24 158:23
  160:16 178:22
  191:11 192:2
  195:24 196:22
  198:18

person's
  73:4 212:8

personal
  155:14

personally
  153:18 213:6

personnel
  75:15

perspective
  186:14 204:1,
  2 218:2

pertaining
  147:20

phenomenon
  113:21

philosopher
  203:20

Phoenix

44:17 45:2,10

phone
  15:14 16:3,16
  33:3 48:4
  59:15 186:5

photo
  64:9

phrase
  172:6 194:8

phrasing
  172:24

physical
  39:21 51:19,
  23 75:16
  176:5 198:14

physically
  85:1,12

pick
  44:18 48:23

picks
  50:5

pickup
  65:20 99:5

picture
  50:13 51:2
  57:13 67:2,8,
  14 94:16
  200:19 203:13
  206:12

pictured
  65:14 66:11

pictures
  206:14

piece
  58:23 104:7,
  14

pieces
  205:2

place
  16:12,18
  60:22 62:2,5
  80:11 86:11
  90:12 91:21
  94:14 109:4
  112:22 125:5,
  10 130:23,24
  148:21 150:25
  175:15 181:21
  195:24 197:3
  198:9,19,21
  215:13 218:4
places
  29:1 45:4
  78:2 223:7
plain
  64:20 172:4,
  11 190:5
plaintiff
  108:25
plaintiffs
  9:7,9,21
  12:21 13:2,3,
  5,15 18:13
  107:9,21
  108:7,22
  157:5,7
  205:20
plaintiffs'
  11:11
plan
  26:9 88:11
  90:15 92:3
  102:3 108:25
  127:6,9
  167:15 199:3
planet
  165:13

planned
  48:13 53:23
planning
  102:17,19,21
  107:1,18
  108:6 156:22
plans
  90:13 107:7
plant
  39:21
plaque
  27:17
plate
  207:8
play
  40:19 165:18
pleased
  38:15
plop
  211:21
plugged
  98:17
pocket
  104:21 208:21
point
  33:9,15,20
  70:6,8 71:19
  87:22 96:25
  101:25 102:3
  107:19 108:21
  115:14 119:17
  126:24 135:19
  140:1,3,6
  154:2 157:18
  204:3,6 205:1
  219:1
pointed
  66:18,19

pointing
  53:5,7,8
points
  32:20 58:8
  108:23
  154:20,21
  190:12
police
  217:4
policy
  36:9,15,16
  100:20 101:5,
  8 145:15
  149:8,19
  184:6,13
  185:1 210:5,8
political
  36:17 196:13
politics
  36:9
Polk
  34:15
poll
  197:1
polling
  29:1 62:2,5
  130:22 131:2
  195:23 197:2,
  20 198:9
  223:7
polls
  61:19,22
  130:2,14
  196:5,7
poor
  208:12
popular
  66:2 76:13

portion
  23:12 24:3,4,
  5,6 110:13
  111:22
  152:18,20
pose
  88:20
posed
  216:19
position
  25:21 26:12
  43:12,15,16
  44:3 47:15
  179:25 182:24
positioned
  57:4 72:14
  74:13
positions
  40:16 184:25
possession
  51:19,24
Possibility
  215:17
possibly
  30:7 206:6
post
  14:2 29:9
  85:25 95:3,8
  99:22 142:13,
  15 151:14
postage
  50:10
postal
  48:19,25
  51:18 56:5
  59:13 64:18
  78:18 84:22
  85:21 90:8
  95:4,15,19

97:6,10,16
98:12 99:14,
23 100:1
101:11 105:16
144:3,23
151:5 199:18
200:2 204:4,
10 205:2
214:20

**postmaster**
99:5,12

**postmistress**
94:7 95:6

**potential**
105:17 116:7

**potentially**
75:23 95:11
112:11

**potty**
88:6

**pour**
49:19,25
95:23

**pouring**
96:8

**power**
38:18

**PPP**
70:9,10 80:7
178:6

**practice**
122:15 153:16

**practiced**
28:22

**practicing**
14:13

**pray**
176:15 195:12

**precinct**
40:6 130:9

**precisely**
221:11

**preclude**
87:7 103:21

**prefer**
115:23

**preference**
30:17 37:17

**preliminary**
154:22

**preparation**
21:12,20

**prepare**
20:5 148:10

**prepared**
19:16,17
53:23 136:18
148:12 156:6
182:7

**preparing**
21:14

**preposterous**
211:2

**preprinted**
48:14

**preregister**
32:4

**prescribed**
30:4

**present**
13:15 43:19
93:25 154:5
186:18

**presentation**
136:19

**presented**
19:20 68:6

**presenter**
186:17,19

**presenting**
74:21

**presents**
74:10

**President**
221:6

**presidential**
30:17,24
33:13 34:4
37:17 39:3

**presiding**
31:3

**press**
154:17,19

**pressed**
88:15

**presume**
141:23

**pretend**
141:22 222:13

**pretty**
33:24 50:11
59:24 75:22
102:11 112:6
161:8 174:23
185:18 187:6
202:5

**prevailing**
56:3

**prevent**
149:22 151:18
155:4 203:9

**prevented**
129:16 150:14

**previous**
14:13,18
149:8,19
150:2 151:1
152:4 154:8
175:22 176:24
177:2 211:4

**previously**
32:6 34:18,25
103:14 169:15

**pride**
28:19

**primary**
30:18,19,24
37:18 69:7
72:19 80:8
201:13

**printed**
74:11,22

**printer**
40:4

**prior**
109:11 135:9
158:10,14
160:6,18
161:2 174:11
182:22 192:25
209:17

**priorities**
46:7,16,21,23
47:1,4

**private**
94:5

**privileged**
35:18

**privy**
36:8

**proactive**
192:7

problem
  61:18 120:8,
  10 132:13
  174:8
problems
  106:6 129:5
  131:12 150:6
procedure
  158:8 166:22
procedures
  128:22
proceeding
  179:20
proceedings
  9:1 223:25
proceeds
  74:5
process
  44:10 47:12,
  21 56:16 59:8
  60:4,10,12
  75:22 96:1
  101:23
  114:15,17
  139:14 140:14
  142:18 162:5
  164:22 166:4
  167:2,3
  175:20 176:14
  177:9,13
  187:7,22
  188:17 195:3
  209:4,10,23,
  24 210:21
  211:9
processed
  100:3 177:6
processing
  97:23 98:12
  99:15 177:17

212:4
produce
  81:15 132:2,
  18
produced
  73:14 77:22
  81:20,22,25
  84:3 124:13
  131:25 132:1
production
  77:20 209:4
productive
  214:11
profession
  168:17
professional
  22:19 27:12,
  14 36:20
  139:10 195:17
professionals
  137:20,22
program
  30:4 156:9
programs
  29:7
progressed
  47:11
prohibit
  153:1 195:21
prohibits
  109:22
promote
  211:12
promotes
  211:16
prompted
  187:17

promptly
  97:1
promptness
  97:3
properly
  138:2
proposed
  131:21
proposing
  217:2
prosecutorial
  117:19
protected
  141:12
proud
  168:17
proved
  38:9 168:8
proven
  126:1
provide
  17:15 167:24
  174:6 180:5
  186:23 197:9
provided
  18:8 81:14
  125:21 130:18
  163:17 164:1
  165:11 180:4
  194:11 209:5
providing
  79:7 168:18
  190:16,17
provision
  86:18 104:2,
  6,7,10,15
  116:2,3 118:1
  144:25
  145:21,23

147:19 148:25
  167:9
provisions
  176:19 210:3
public
  35:19 95:20
  96:19 119:6
  145:15 187:12
publication
  55:8
published
  55:4,5 193:1
pull
  12:3,4 18:19
  44:16 50:13
  54:8 100:5
  110:14 115:8
  116:10,17
  135:17 143:3
  151:23
punctuation
  189:17
purely
  208:7
purpose
  113:19
purposes
  107:1
pursuant
  19:12
put
  12:1 27:9
  43:18 44:20
  49:13,17 50:7
  51:1,6 58:2
  59:22 65:12,
  23 72:16,17
  74:2,14 80:11
  85:21 86:2

Alan Hays
October 06, 2021

43

92:23 94:8
97:11 99:17
102:3 112:20
125:20,25
130:7 141:5
142:24 144:16
152:23
153:20,21
154:11,18
167:2 169:10
176:12,19
186:17,21
192:3 202:1
204:17 213:4,
9,14,18,19
214:20 215:12
217:6

**Putnam**
34:14

**puts**
67:10 108:4
142:5

**putting**
101:19 102:6
145:18 219:2

---

Q

**quality**
96:4

**quantify**
61:24

**queried**
162:18

**question**
17:12,21,23,
24 18:17,18
19:4 21:15,19
29:16 33:7
55:19 64:4

65:25 75:25
83:15 85:8
97:5,25 98:2
101:3 102:25
103:3 104:12
105:14,19
108:11,16
111:11,15
115:9,24
117:4 121:15
127:2 129:12
132:16 134:7
154:4 155:12,
19 156:7,8
164:18,20
170:6,24
171:3,5,8
172:3,7,24
173:12 175:23
176:25 177:2
180:23 181:4
188:11 192:15
193:4 202:25
203:16 205:25
211:4,5
212:10 214:1
215:8,13
216:14 218:1,
20,21 219:17

**questioning**
13:16 60:15
107:2 132:10
158:1 164:15
172:19,21

**questions**
13:17 14:19
16:25 17:1
18:2,4 19:15,
20 20:11
21:10 22:18
35:12 37:21

45:16 47:21
62:24 64:8
66:9 80:1
83:22 107:5,
8,19 108:1,
14,22 109:1,8
116:2 120:4,
18 129:21
132:22,23,24
133:11 136:19
148:10,11,13
156:6,18,23
157:10 171:14
181:9 182:7
191:8,11,20,
23,24 192:1,
7,9,13 199:8
200:17 204:1
216:8,18
217:21
218:16,22
219:5 220:4,
10 223:14

**quick**
140:10 148:14
163:19 164:11

**quicker**
19:4

**quickly**
70:23 133:18
146:21 148:24
220:11

**quiet**
85:5 218:23

**quit**
185:25

**quiz**
119:4 120:5

**quote**
194:5

**quotes**
45:3

---

R

**raccoons**
68:23

**race**
82:8

**radius**
130:22,25
131:1,4

**raise**
12:5

**Ramba**
124:5,7

**ran**
38:13

**rare**
186:19

**rarely**
185:24

**rationale**
141:18 149:2

**re-election**
26:9

**reach**
98:13 99:15

**reached**
99:11,16

**reaction**
128:25

**read**
18:9 45:8,14
46:13 96:22
100:21 103:6
111:14,17
116:25 118:9
119:16 123:24

139:3 149:6
171:16 187:1,
3 223:24

**reading**
111:18 117:3

**reads**
57:11

**ready**
148:11 167:4

**real**
14:12 40:14
96:4 154:11
163:19 172:7

**realize**
19:24 33:4
211:17

**reason**
13:14 18:16
57:24 82:10
88:8 116:3
124:22
147:15,16
152:12,15
164:14 205:15
218:9

**reasons**
41:16,25
56:11 149:5
222:16

**rebuilding**
137:14

**recall**
20:6 25:2,12
43:1 46:12,14
47:5 54:2
69:6 76:21,23
77:23 113:14
125:4 136:9
157:10,13,21
158:15

163:20,21
164:16 165:2
166:20 179:7,
21 180:1
194:6,12
195:7 199:24
200:5 203:19
204:15 209:7,
12 210:20
214:1 215:25
216:20 218:11
221:2

**receive**
76:18,19
86:23 114:7
119:18 120:1
128:4,5 130:8
142:21 174:12
175:2

**received**
38:11 55:7
77:10,12
78:12 170:12
180:11

**receiving**
178:8

**recent**
39:2 53:16

**recently**
61:18 95:6
97:11 180:16
202:17

**recess**
60:22 109:4
148:21 181:21
218:4

**recognition**
58:7

**recognize**
45:4,7 54:16

93:16 119:2
143:7 152:9

**recollection**
54:7 81:9
87:5 104:17
201:12

**recommend**
52:1,11

**recommended**
46:7 47:1

**reconstruct**
126:25

**reconvene**
106:24 109:3

**record**
11:22 13:19
16:20,22
17:9,16 43:5
44:3 45:12
53:6 54:11
55:16,19,20
57:12 58:11,
24 61:10 73:2
80:15,16,19,
23,25 98:20,
23 108:20
110:25 116:19
141:15 148:19
156:25 157:1
160:10 161:5
163:9,12
164:6 168:6
169:16 170:24
191:16 201:12
209:16 219:3
220:13

**recorded**
40:2 56:21
58:24 74:22
81:13 167:4

**recording**
56:19

**records**
59:2 73:13
83:3

**recount**
29:12 168:11

**recounts**
29:12 168:8

**recovered**
199:9,23

**RECROSS**
220:7

**recruit**
29:2

**rectified**
125:18

**rectify**
169:19

**REDIRECT**
219:10

**redistricting**
24:17

**reduce**
18:7 89:6

**reelected**
26:3

**Reese**
10:5

**refer**
13:1,6,21
36:4 42:5
117:20 137:22
221:16

**referee**
36:11

**reference**
21:25 112:2

154:24
**referenced**
18:1 80:4
145:8 168:20
179:15
**references**
199:23
**referencing**
21:24 50:15,
23 155:2
**referred**
138:10
**referring**
102:1 194:16
**refers**
221:15
**reflect**
60:6 111:22
**Reforms**
44:18
**refresh**
54:7
**refresher**
14:25
**refund**
89:16
**refusing**
172:3
**regard**
97:3 105:25
127:4
**register**
32:1,5,9,10,
11 127:23
128:1,6
164:17 168:5
177:11 218:10
**registered**

31:19,21
32:2,6,13,14
126:1 147:16
153:14 160:1
161:16,23
163:17 164:2,
24 165:4
167:5 178:7
179:13
**registering**
29:20 127:20
163:20
**registers**
222:18
**registration**
29:24 30:3
34:9 48:2
56:20 128:2,
7,11,15
129:6,10,17,
18 150:7,8
160:4,6 161:9
165:11
166:23,25
174:3,6,10,
13,21,23,25
175:5,9,19
176:11,15,16
177:5,14,18,
22 180:6,12
194:10,11
204:17
219:21,23
220:1
**registrations**
34:9,10
128:5,10
174:12,17
175:3,8,19
177:4,18
180:11,19

181:7
**regular**
30:18 64:1
185:6
**regulated**
153:17
**reinforced**
206:17
**related**
62:16,20
78:22 129:6
134:20 150:4
183:6 204:16
205:5,6,8
216:8
**relating**
180:5
**relation**
120:2
**relationship**
141:1
**relative**
74:18 76:24
77:10
**release**
154:19
**released**
42:12,13
43:10 47:14
**relevant**
83:10,11
**reliable**
188:22
**rely**
198:8
**remain**
16:19 26:24
194:24

**remains**
90:12
**remarks**
46:13 110:9,
13 111:6,9,
11,16 136:18
138:8 154:22
**remember**
19:7 21:3
42:24 45:9
53:18,21
54:17 55:12
71:10,12
77:20 126:23
149:12 154:13
165:10,14
185:17 205:24
206:8
**remembered**
20:17
**remind**
135:18
**remodel**
137:1,5
**remotely**
11:9 12:14
16:13
**removal**
105:7
**remove**
52:21
**render**
48:15
**renew**
48:7 148:25
150:15
**renewal**
150:5

rent-a-cop
  69:12 87:7
  211:7

Rep
  143:24

repeat
  133:15,22
  156:11 180:15

repeatedly
  52:5

repetitive
  108:14

rephrase
  164:21 173:12

replace
  102:18,19

replaced
  142:1 168:12

replied
  101:9

reply
  217:17,19

report
  106:6

reported
  105:23

reporter
  17:1,14 18:6,
  20 93:8

reporters
  45:13

reporting
  29:9 54:10

reports
  58:5 119:18
  120:1

represent
  12:20 23:9,25

47:17 133:8
136:8,13

representative
43:23

Representatives
23:7,17 119:5

representing
13:14 184:11,
12

Republican
26:21,24
134:4,9
179:10

Republicans
178:10
179:11,12
184:8,21

request
47:25 48:6
84:3 99:7
120:15,17,20
121:1,6,13,
17,19,23
122:4,8,9,19,
21,22,23
123:8,12
126:16 127:8
147:21,22
151:12 158:11
160:20 161:6
165:16
173:18,22,24
174:4 176:18
209:3

requested
53:19 54:22
55:12,17
81:18 121:5

requesting
48:3 125:9

126:12 158:8,
13,20,23
159:1 161:2,3
166:7 178:13

requests
48:7 55:7
127:15 149:1
150:15 175:24
193:5,9,14,25

require
147:25 210:8

required
87:10 108:18
193:10

requirement
84:25 85:11
86:4 88:19
104:4 161:14
167:24 168:23
169:23 170:4
171:23 173:20

requirements
160:4

requires
209:24

requiring
104:11 145:25
146:5 147:20,
22 193:14

residence
174:19

resides
176:22

resolution
59:21

resolve
59:7,20

resources
177:13,16

respect
172:21 192:11

respected
185:24

respond
101:4

response
84:3 118:17
119:25 156:17

responsibilities
28:5

responsible
33:16 190:20

rest
36:12 94:9
217:12

restarts
156:2

restate
85:8 97:25
98:2 121:15

restriction
145:5

restrictions
103:8 114:20
141:19

restroom
181:18

result
17:19 153:13
219:25

results
38:9

retention
80:25

Retired
12:23

retrieve
67:23

retrieved
95:2

retrieving
95:16

return
33:21 49:3
50:1,9,10
51:7,13,14
89:8,13
109:11,12
110:2 115:17
125:23 151:5
154:1 196:3
204:23

return-to-
sender
100:19 101:5,
7

returned
48:9 51:23
54:1 57:1
73:8

returning
51:5 52:1,14
58:19

returns
49:23 162:24

REUSPSOIG
199:9

reversion
149:8,18

review
21:11 22:2
46:18 47:4
68:4,7,8,11
76:4

reviewed

19:18 20:11
21:17 68:1

ridiculous
144:14

Rights
133:10

Rising
9:9 107:21
156:22 157:6

road
183:20

Robert
12:24

rocket
198:22

Rodriguez
42:25

Rogers
12:24

role
14:11 40:20
135:10 137:17

rookie
160:23

room
16:10 58:18

rooms
39:23

Routinely
191:22

Rs
37:5

ruin
96:2

rule
150:2

rules
14:25 16:7

19:21 99:20,
25 100:1
128:21 129:1
157:23

run
30:10 57:7
130:21

running
26:9 68:23
96:1 98:24
99:6 135:6
179:24

Ryan
9:8 107:20
156:24 157:4
160:22 162:15
169:10 170:19
172:22 181:12

———————

S

sad
222:14

safe
194:19

safeguards
150:24 151:3,
17

safer
144:24

sake
17:13 161:11
170:9

sakes
156:8 214:19

Salzillo
10:7 118:13

Sandi
50:17 117:2
135:17 209:14

215:20 216:11
220:18

satisfactory
14:16

satisfied
60:11

Saturday
71:14,17
213:10

Saturdays
92:10

SB
42:5,6,11
43:21,22
46:25 47:15,
16,23 49:1
51:6 84:24
85:10 86:18
87:10 89:23
90:12,20,24
91:13,21
93:23 104:2,
8,10 109:11,
21 110:1,8
114:20 115:8,
15,25 117:11
120:14,19
125:7,9 136:5
137:12 138:2
141:19 147:19
149:21 158:10
160:19 161:15
162:6 163:9
167:9,24
169:5,23
170:4 171:22
173:19 174:11
175:7 180:10

SB90
43:13 84:16

scenes
  36:13
schedule
  97:17
scheduled
  42:15
schools
  32:4
science
  198:22
Scoon
  12:24
Scott
  10:8
scratch
  148:8 150:23
  154:6
screen
  45:5 165:20
  192:19 199:11
  209:5 220:11
screening
  167:2
screws
  206:13
scroll
  199:18,20
  216:7
seal
  40:1
sealed
  40:1 210:1,
  10,14
seals
  40:1
season
  102:7

seat
  35:2 67:7
second-to-the-
top
  100:18
Secretary
  9:11,14 69:4
  72:8 102:24
  108:3 182:1
section
  42:16 189:14
sections
  42:16,17,22
secure
  29:1 39:10
  40:20,22,25
  41:22 42:1
  79:8 86:7,8,
  14 94:14,20
  95:13,15,20
  103:9 104:1
  144:19 194:19
security
  39:13,15,22
  40:15 49:11
  56:15 60:4,8,
  10,11 69:23
  70:3,6,18
  86:14 87:3,8
  91:9 145:1,6
  146:14 160:3,
  10 161:18,24
  162:3,9
  166:10,17
  167:2 203:25
  207:15,21,22
  208:2,4
  210:25 212:10
seek
  137:6,19

seeking
  137:1,5
self-
explanatory
  112:6
Seminole
  23:14 24:4
  34:14 176:6,
  12,13
Senate
  13:9 21:17,24
  23:23 24:1,2,
  8,11 25:11,14
  42:4,14 43:9
  44:6 46:6,11,
  17 110:8
  111:23 114:25
  115:21 118:19
  122:3,9
  125:15
  131:13,17
  133:25 139:25
  154:2,24
  155:13
  158:14,16
  159:3 161:2,3
  176:19
  182:20,21
  183:5 187:5,
  8,21 189:2
  191:5 193:13
  195:2,18
  202:23 218:14
  221:6
senator
  42:25 43:23
  111:14
  188:13,14
senators
  136:20 188:7

send
  48:3 59:13,17
  80:19 132:4
  141:10
  151:12,15
  159:6,23
  160:15 161:6
  162:10,11,23
  167:3 175:13,
  15,16 176:20
  177:10
  180:20,21
  181:1 221:3,4
sending
  48:17 170:1
  215:25
sends
  151:11
seniors
  153:2
sense
  21:1 35:9
  51:25 61:24
  75:2 82:6
  95:13,15 96:3
  107:1 112:25
  129:4 131:10
  148:16 166:6
  169:20 212:11
sentence
  100:21 101:6
  103:6 221:12
sentiments
  221:11
separate
  24:17 141:8
separately
  110:22
September
  215:4 216:4

sequence
58:3

sequential
216:12

series
189:23 216:7

servants
35:19

serve
25:9

served
23:16 24:11
44:1,2 134:2
182:18,20

service
23:3 33:1
48:20,25
51:18 56:5
59:13 64:18
78:18 84:22
85:21 87:4
89:6 90:8
95:19 97:6,
10,16 98:12
99:8,14,24
100:1 101:11
105:16 135:2
144:3,23
151:5 183:15
190:17,24
199:18 200:2
204:4,10
205:2 211:12
214:20

services
89:3 137:6
168:19

session
125:19
143:20,25

185:6,9,14
188:18

set
29:13 197:10,
11 198:9
201:21

setting
72:20 125:4
126:25 142:19

seven-section
47:9 138:9

Seventeenth
133:24

shade
198:4

shaking
17:10

shame
215:12

shaped
201:24

share
186:13 187:17
192:19 199:11
209:5 215:1
220:11,15

shared
192:18,23

sharing
36:22

she'll
195:13

sheet
73:1 74:12

sheets
58:5

shining
168:14

shop
78:2

short
42:5 127:2
132:14 173:14
202:25

shorter
52:15 127:5,7

shortly
179:19

show
103:7 178:16

showing
94:9

sic
155:10 200:7

side
25:8 78:8
183:24 207:7

sign
39:16 102:4
143:24 146:13

signature
56:16,17,18,
19,21 57:5,7,
9,13,14,18,22
58:7,9,12,21
59:5,6,9,19
60:5 125:23
178:17 210:3,
10,15 212:4

signatures
57:15 58:11,
13 177:25

signed
58:23 76:5
128:24 161:6
187:8 188:2

significant
44:9 61:2,11
137:21
138:19,25
139:9

Significantly
187:25

signing
58:16,17

similar
41:24 57:8
112:3 113:2
133:14 137:14
192:13 202:8,
10 203:4
221:5

simple
94:2 112:17
171:15 174:23

Simplest
109:22

simply
74:22 91:2
121:1 122:5
171:6,10
189:17

Simpson
221:7

sine
185:22

single
46:6 121:2,7
204:4

sir
134:23 151:2
167:12 174:15
181:15 183:2,
3 184:23
185:4,15

Alan Hays
October 06, 2021

50

187:10,19
188:1 189:10
190:22,23
193:3,16,24
194:3,7,13,
17,18 195:1,7
196:10,14
197:24
199:13,20
200:1,15,25
201:18,19,23
202:2,9
203:7,10,11
207:24 209:7,
8,11,13
210:3,12
211:14 212:22
213:25 215:10
216:9,10
218:11,15
222:1

**sit**
13:11 24:19
64:21 67:7
68:21 69:13
88:25 91:10
198:4 214:7

**site**
40:7 49:8
63:3,25 64:17
72:5 73:22,25
146:13 210:24

**sites**
29:5 49:8
50:8 63:15,23
75:18 87:25
92:5 215:14
217:3,7

**sits**
34:12 52:23
65:21

**sitting**
107:4 138:24
157:9 165:20
211:20

**situated**
66:14

**situation**
197:24 219:19

**situations**
140:17

**Sivalingam**
11:4,16,19,24
12:17,20
18:24 20:8
44:23 45:1
50:17,21
54:13 60:14,
21,24 61:6,13
75:1 76:17
82:1,4 84:7,
10,14 85:6
87:12 92:1,22
93:4,7,10
96:6 98:1,22
99:1 100:7,12
103:1,16
104:13 105:5,
12 106:10,14,
18 107:13
109:6 110:17
111:3,4
115:11
116:13,16,20
117:5,14
118:6,13,15,
21 119:1
123:17,23
129:3 132:9,
15,21 191:13,
15 193:17
196:15 203:15

205:9,17
206:5,21
208:6,17
219:11 220:3

**size**
31:9 95:21

**skimmed**
46:2

**slap**
87:16

**slip**
206:2 208:21

**slit**
206:9

**slot**
50:15,25 51:2
112:17

**slow**
121:21

**small**
50:25 96:23
189:14

**smoke**
190:3

**smooth**
28:18 38:13

**Snyder**
143:24

**social**
160:3,10
161:18,24
162:3,9
164:9,11
165:20,23
166:10,20

**SOE**
124:2 144:5

**SOES**

138:14
140:14,18

**software**
17:19

**solely**
86:7,9

**solicitation**
130:24
197:16,17

**solved**
98:19

**somebody's**
223:8

**sooner**
106:21

**sort**
78:6 97:15
99:12 134:20
156:2 160:14
179:20 211:2

**sorts**
40:18 129:2

**sound**
16:14 17:18,
24 110:8
185:1

**sounded**
201:4

**sounds**
14:21 15:13
16:15 20:18
21:4 30:9
33:23 69:24
78:24 87:9
91:5 96:9

**south**
34:16,22
154:18

Alan Hays
October 06, 2021

speak
20:19,21
45:12 52:25
76:7 77:19
78:11 188:4
205:2 217:19

speaker
186:13

speakers
188:11

speaking
13:4 41:15
43:20 90:11
91:20 163:15
205:14,21
218:22

speaks
97:15

specific
36:4 45:16
56:2 58:8
66:9 75:22
77:9 87:23
115:23 157:18
210:17

specifically
18:4 20:25
28:9 53:21
64:11 89:17
152:19

speculate
62:6 66:20
147:11 170:7,
15 213:23

speculating
169:2

speculation
147:10 172:25
205:10

speculative
172:10 207:1

speech
46:18

speed
51:17

spelled
13:20 14:3

spent
19:21 40:13

spite
198:10

spoke
46:22 147:19
203:8

spoken
20:22 21:2

sponsor
140:21 188:10

sponsors
188:9

St
202:16

stack
49:18 57:4
59:22

staff
20:23 31:6
52:21 67:22
68:4 76:19
79:6,7 88:16
89:1 94:13
167:21 187:3
191:11,20
192:1 196:22,
25 197:24
210:13 212:25

staffing
88:11

Stafford
9:4 10:22

stage
43:17 139:24

stakeholder
185:16

stakeholders
184:7 186:23

Stamoulis
100:19 103:5

stamp
58:4 84:8

stand
155:15 197:10
221:18

standards
19:23

standing
197:23

stands
90:6

start
93:12 185:24
212:3

started
24:16 180:1

starts
136:25 143:20
152:21 156:1

state
9:11,14
13:18,25
17:15 34:13
37:22 40:18
41:6,8 43:23
62:19 81:4
85:19 94:10
107:3 117:20,
22 133:9,25

134:25 137:20
160:1 161:17,
24 162:8
177:8,10
178:3 179:24
182:25 183:12
187:23 202:6,
24 218:11

State's
69:4 72:8
182:2

stated
21:21 43:18
137:4 222:17

statement
46:4,5,10,14,
17 47:14,16
60:2 111:21
125:2 136:14
138:1 146:23
188:22 218:20
221:18 223:22

statements
45:17 136:16

states
153:10 162:2

statewide
29:12 41:6,
12,21 46:8
168:8

stating
47:15

stations
217:4

statistics
29:24 121:9

status
120:20

statute

Alan Hays
October 06, 2021

52

30:5 110:4
152:25

**statutes**
51:9 137:21
217:6

**stay**
36:13 108:13

**stayed**
64:2

**stays**
174:25

**stealing**
70:21

**steel**
206:17

**STENOGRAPHER**
12:5,11
116:24 135:20
157:1 220:21

**step**
140:11 146:21

**step-by-step**
59:8

**Stephen**
10:3

**steps**
40:24 43:22

**steward**
33:19

**stewardship**
33:16 89:10

**stick**
112:18

**sticking**
117:21

**stimulate**
156:7

**stipulation**
104:19

**stops**
94:25 156:1

**store**
78:1

**stored**
92:16,17

**stories**
153:11

**story**
150:9 178:19,
20,21

**straight**
170:25 180:22
214:2

**streamline**
108:3,8,22

**streamlined**
189:22

**street**
85:25

**stress**
59:11

**strict**
122:24 123:3

**strike**
148:8 188:20
189:7 190:10
196:4

**strong**
103:7

**strongly**
42:22

**structural**
202:2

**structure**
206:7

**structured**
195:19

**stuff**
112:18,20
129:2 139:15
150:5 156:3
183:18 189:2
211:2 214:8

**subject**
86:24 88:3
200:17

**subjecting**
103:19 105:16

**subjective**
130:7

**submit**
190:3

**submitted**
131:20 132:17
219:22

**subsequent**
187:13

**substance**
21:7

**substitute**
103:13

**success**
38:5,20 41:13

**successful**
201:16

**successfully**
35:22 63:8,11
79:11,13
202:14 203:3

**sudden**
101:22

**suddenly**
178:8

**sued**
14:14

**sufficient**
151:18 194:1

**sufficiently**
138:14

**suggest**
193:9

**suggested**
184:24

**suggestion**
196:24

**suggestions**
44:13

**suitable**
215:14 217:3

**summarize**
187:3

**summary**
188:22

**Sumter**
24:9 34:14

**supervisor**
9:23 10:8,11,
14,17,20,22
11:7,21 12:18
14:5 22:20
25:15,17,20,
22,24,25
26:11,17 28:5
30:11 31:7,17
32:18 35:13
43:9 46:8
47:2 63:3
66:12 68:8
69:1 81:2
82:5 84:16
90:16 92:24
93:1 96:24

99:4 100:8,
13,19,23
103:5 107:15
109:7 111:13
113:11,25
114:8 115:4
120:12 124:13
125:1 132:16
133:6 134:3
135:3,9,14
137:17 138:18
139:21 140:13
141:6,9
145:20 150:12
156:19 160:23
181:25 182:13
183:4 185:5
187:4 188:12
189:6 190:11,
13 191:19
192:16,17
193:20 195:1
196:2,9
199:6,16,25
200:11,22
202:5 203:12,
24 204:8
205:24 206:11
207:12 209:2,
22 211:10
212:9 214:25
215:2 216:1,
14 217:22
218:7,18
220:9,16
223:15

**supervisor's**
53:11,14 65:6
97:21 98:5
99:13 103:12
176:21 205:3
212:1

**supervisors**
9:24 10:25
27:9 79:10
89:20 92:21,
25 93:18
94:1,10
137:23 138:3
168:12 176:6,
7 182:25
187:23 202:7
207:23 208:2
216:19,21

**supervisors'**
37:1 90:4

**supplied**
177:22

**supplies**
39:25

**supply**
72:14 169:14

**support**
36:22 43:19
47:16 188:1,
12,15

**supported**
188:5

**suppose**
113:16 124:19
157:15 164:18
179:20 197:21

**supposed**
74:23 125:24
162:13 175:15
204:18

**surface**
62:8

**surprise**
149:25

**surveillance**

64:24 69:16
70:19 86:4
144:17 146:7
212:2 221:17
222:7

**surveilled**
85:1,12

**survey**
118:17 119:7,
8,25

**Susan**
10:24 12:24

**suspect**
117:19

**suspected**
68:15 86:13

**suspicion**
70:20

**suspicious**
69:24 105:24

**swear**
12:6

**swearing**
17:3

**sweet**
208:22

**switch**
109:7 141:2
147:18

**switched**
178:13

**switching**
35:11 47:19
127:19

**sworn**
12:14 36:3
157:20

**system**

77:5 146:15

---

**T**

**T-A-V-A-R-E-S**
14:3

**table**
58:18 72:20,
21

**tabulated**
59:3,23

**tabulation**
29:8 39:24
40:7,10
153:12

**tag**
50:5 66:24
67:3,9

**tailored**
49:13 50:2

**takes**
57:13 95:2
156:13 222:19

**taking**
12:19 16:12,
18 17:1 18:21
19:8 68:18
127:14 146:20
190:6 199:15

**talk**
21:6 29:14
78:19 92:20
96:15 122:16
127:20 148:6
159:2 184:3
187:4 190:24
196:3 200:15
208:22

**talked**
49:21 50:12

Alan Hays
October 06, 2021

54

60:8 61:15
62:22 80:2
100:16 110:6
131:14 145:16
161:15
190:11,25
194:9 212:10,
23

**talking**
47:19 50:16
51:1 60:25
84:1 89:18
100:24 104:5
108:12 146:22
154:20,21
194:4 195:2

**Tallahassee**
42:18,23 44:4
187:17

**tan**
83:6

**tardy**
97:6

**tasks**
181:3

**taught**
27:21

**Tavares**
14:3 35:1
95:3,8 212:2

**tax**
112:2,9
113:1,4,7,11,
17,24 114:2,
12,17 115:6
117:8,22,24

**taxpayer**
91:12 208:13

**taxpayers**

89:4,5 104:21

**team**
27:24 28:7,8
38:15

**technology**
16:11 57:8

**teeth**
183:24

**telling**
109:10 180:21

**tells**
57:12 113:18

**temporary**
31:13,15
75:6,12,19
76:1 79:7

**ten-day**
51:22

**tent**
197:12

**tenure**
150:12

**term**
13:5 25:25
26:7 62:11
130:7

**terms**
37:13 51:5
60:9 72:4
81:11 82:8
169:19 179:14
185:24

**test**
95:6 97:1

**tested**
29:3

**testified**
12:15 42:23

43:2 61:17
71:1 110:7
113:10 123:11
218:8

**testify**
22:6 136:5
157:20

**testifying**
17:5

**testimony**
12:7 13:10,13
18:7,11 21:7
22:10 46:4,17
62:23 96:19
111:22 113:1
136:11 138:11
154:3 155:13,
15 158:7
169:21 171:10
182:22 185:2
187:5 193:21
195:4,5 201:4
207:6,19
213:21 216:15
218:11

**text**
21:17 115:8
116:4 123:19
124:1,9,17,
20,24 189:20
220:24 221:3

**texted**
188:13,15

**theoretical**
122:17

**thereof**
77:11

**thing**
29:18 45:14
49:19 51:4

56:12 78:6
79:9 84:18
86:16 88:25
93:3 95:24
115:20 120:15
139:24 151:6
158:15 160:14
182:8 194:22
198:9 204:22
207:3

**things**
15:1,6 21:18
28:13,15
35:4,24
36:10,14
44:15 49:25
56:10 68:21
77:2,7,17
100:16 125:17
130:21
145:10,11
156:11,13,17
159:24 161:11
176:14 182:16
183:12 189:16
198:6,11
209:25 210:17
211:21 214:6,
11 217:6
221:23

**thinker**
69:21

**thinking**
22:3 141:23

**third-party**
128:1,6,11
129:6,10,17
150:7 174:10,
12 175:4,9,
13,14,19
176:3,10

177:4,13,17,
20,23 180:6,
11,21 194:10
196:12 219:20

**thirsty**
196:21

**Thirtieth**
143:18

**thought**
42:16,17 43:3
98:17 114:22,
23 206:23
214:3

**thoughts**
62:8,9 107:8
187:18 192:22

**thousand**
34:5

**thousands**
40:12 85:18

**three-quarters**
49:16

**throw**
203:14 206:18

**throwback**
183:22

**thrown**
203:9

**thumb**
58:13

**Thursday**
59:10 103:4
215:3

**tickled**
36:1

**tightly**
153:17

**till**

63:24 186:4

**time**
12:19 13:12
16:22 18:16
19:21 23:10
24:7,8,10
25:10,13
27:22 28:8
29:15 34:11
36:4,13,23
38:9 39:19
42:15 44:7
45:6 46:14
47:17 48:19
49:6,14 56:3
58:2,3 60:18
63:7 65:9,13
69:16 70:3,6,
8,18 80:21
86:23 102:8
106:5,17
107:6,24
112:14 116:5
122:21 127:15
130:10 138:1,
12 145:10
146:19
149:10,16,24
152:17 154:16
156:14,19
157:17
167:16,21
170:20 174:15
176:9 181:20
184:15
185:15,17,19
186:12,17,21
188:25 191:18
192:20 193:2
195:15 197:23
198:3 199:12
201:7,14

220:5 222:19

**timely**
56:6

**timeout**
98:15

**times**
14:8 21:16
22:1 38:14
44:4 50:24
52:6 57:19
59:11 72:23
108:16,24
112:19 118:5
155:12 171:25
173:2,9 182:8

**tinker**
212:3

**tip**
109:24

**tiring**
156:20

**title**
44:21

**titled**
199:9 209:3,9

**TNT**
206:7

**today**
12:19 13:13,
15,17 14:24
15:3 17:4
19:12,17 21:7
22:7,11 26:25
60:6 64:17
75:17 88:15
90:6 138:11
144:18 155:13
156:5 157:17
187:6 201:4

207:19 211:18
213:21 218:7
219:14,19
220:5 222:17

**today's**
16:7 19:16
20:19 21:12

**Todd**
10:3

**told**
14:18 18:4
35:14 43:2
71:6 105:23
178:19 192:13

**tongue**
109:24

**tonight**
212:1

**tool**
189:8

**toolbox**
189:9

**tooth**
183:24

**top**
46:7,16,22
47:1 55:15
71:11 100:8
158:16 160:24
163:4 177:3
179:22

**topic**
183:16

**topics**
133:14

**Torres's**
111:15

**total**
63:18 167:8

**totally**
83:6,7 87:17
187:20

**totals**
66:6

**touched**
167:6 177:12

**tours**
28:15

**TPROS**
176:20

**TPVRO**
179:4

**track**
43:5 44:3
168:6

**train**
29:2 88:5

**trained**
49:11 58:6
75:19

**training**
22:22 27:2,5
28:21 38:16
76:6 87:23

**traipsing**
144:19

**transcribed**
110:13 111:8,
9

**transcript**
18:8,9 136:14
171:16 177:1

**transcription**
110:14 111:5

**trap**
95:23

**travesty**

44:5 47:10
138:6

**treat**
192:11

**treated**
192:12

**treatment**
14:15

**trial**
18:14

**trip**
99:21

**trivial**
77:2

**trouble**
168:11

**truck**
206:19

**true**
62:3 218:13

**trust**
56:5 188:23

**trusted**
33:17

**truth**
12:8,9 140:15
157:20 195:23
222:14

**truthfully**
22:7

**truthfulness**
17:3

**turn**
16:14 31:23
117:22,25
128:16 136:24
158:5 192:17
198:5 199:6

209:3

**turned**
128:15,23
178:2 179:19

**turning**
103:2 126:21
129:7,11,18

**turnout**
38:21,25 39:8

**TV**
145:7

**twenty**
31:8

**Twenty-nine**
55:3

**twilight**
213:14

**two-day**
95:10

**two-year**
122:6 149:16

**type**
159:3 163:3
198:6 214:2

**typed**
39:18

**types**
82:6 174:17

———————————

**U**

———————————

**U.S.**
48:19,25 56:5
64:17 78:17
95:15 97:6,16
98:12 99:14
199:17 200:2
204:4,10

**uh-huh**
17:11

**uh-uh**
17:11

**ultimately**
89:4

**unacceptable**
59:5

**unclear**
17:21

**uncommon**
186:1

**underlined**
190:1

**understand**
13:5 17:6
19:10,11
32:18 47:21
58:15 72:3
73:16,20
76:25 84:16
90:9 96:7
99:21 109:20
110:1 114:10,
17 116:25
117:16 119:20
122:8,14,18
135:5,15
141:2 144:1,
11,15 156:6
158:3 159:25
168:24
170:10,22
171:1,3,7
178:24
182:18,22
188:16 189:11
190:15,21
191:4 193:13
198:13 209:2

211:15 223:13

**understanding**
20:15 21:19
41:11 86:20,
22 87:4
111:10 117:24
122:2 141:18
145:2 149:2,4
162:6 163:10
185:2 187:6,
9,11,19
193:20 196:8,
9 203:7,10
204:9 206:14
207:5,14,19,
24 212:21
213:20,25

**understood**
17:24 65:24
69:22 189:6
190:11

**undertake**
191:1,3

**undertaken**
191:6

**undue**
176:13

**unintelligible**
116:23

**United**
162:2

**universe**
172:13,15

**unnecessary**
87:17 103:19

**unopened**
199:23 200:3

**unpaid**
51:6 109:12

**unsigned**
76:10

**unusual**
16:8 17:18
138:19

**unwarranted**
87:18

**upcoming**
195:10

**updated**
160:6

**upfront**
192:8

**USPS**
89:18 90:10
92:18 94:20,
25 96:9,12
97:1,4,19
98:10 99:13
101:17 102:6,
14,20 103:11,
18 142:2,5,13

**utilization**
105:15 208:13

**utilize**
58:8

---
**V**
---

**vacation**
40:14

**vague**
208:25

**Valdes**
10:10

**valid**
123:8 125:16

**validation**
56:16 60:5

**validity**
127:5,7

**valuable**
28:2,3

**vandals**
49:24

**vary**
112:12

**VBM**
126:22

**vehicle**
50:5,6 67:11

**vehicles**
56:22 213:17

**verification**
57:7,25 212:4

**verified**
57:22,23

**verifies**
57:16

**verify**
57:9,20 58:24
59:1,4 125:22
164:7 165:25
166:4,8,9
209:25 210:2

**verifying**
58:12

**version**
46:25 47:8,9
138:9,10,12
141:11 154:8
187:13,16

**versus**
58:17,21
70:13 135:7
189:17

**Vicki**

143:24

**video**
17:17 54:8
70:19 85:2,13
86:9 144:2
201:21 213:16
221:17 222:7

**videoconference**
16:11,13

**view**
64:20,23
67:14 131:13

**views**
47:17 60:6
184:16

**violation**
117:11

**virtue**
25:6 75:15

**visible**
57:6

**visited**
36:25

**voice**
42:19 59:17
153:15

**volunteer**
75:8

**volunteers**
130:17

**Volusia**
23:14 24:4
34:14

**vote**
24:20 31:24
61:3,12 62:3
66:2 127:21,
23 128:1,6
130:10,19

Alan Hays
October 06, 2021

58

142:7 147:4
151:1 160:2
163:18 164:2,
17,25 165:4
168:5 177:11
191:10,21
192:2 194:1
195:7,10
196:7 218:9,
10 222:15
223:1,9

**vote-by-mail**
29:7 47:25
48:3,6,8,18
49:3 51:5,14
53:19 55:7,
12,17,18
56:15 60:4,
10,11 62:16,
20 79:14,18
94:4,24
113:23 117:7
120:15,17,20
121:2,6,13,18
122:4,10,20,
22 123:13
125:9 126:13,
16 127:8,15
147:1,8,21
150:4 158:6,
8,11,13
159:4,7,14
160:20 162:7,
10,12 165:16
166:8 168:25
170:9,11
173:18,22
174:4 191:9,
10 192:4
193:4,14,25
196:3 209:9
210:1

**voted**
55:13 79:23
80:5 81:13
219:25

**voter**
29:24 30:3,6
31:19,21
32:22 38:21
39:8 47:25
48:2 49:2
51:13 52:14
56:19,20
57:12 58:19,
22 59:5,22
62:12,15,19
73:2,23,24
74:11,14,23
79:5 82:23
85:21 94:23
113:18
120:14,19
121:16 122:19
125:21,24
126:1,2,11
127:22 128:1,
5,7,10,11,14
129:6,10,11,
16,17 146:14
149:23 150:1,
5,8,13 151:11
153:14
158:19,21,22
159:13,21
161:1,6,9
162:7 163:10,
12 164:24
165:10
166:23,25
167:4 174:3,
5,10,12
175:5,9,19
176:22 177:5,

13,17,18,22
178:9 180:6,
11 181:6
190:16 192:11
194:10,11
204:17
211:11,16
219:20,22,25
222:19

**voter's**
58:11 120:17
151:13

**voters**
12:22 29:20
32:24 34:1,2,
11 48:7,20
51:8,12,21
52:1,11 53:19
54:21 55:11,
13,17,21
57:22 61:2
64:25 65:5
76:19,20 80:5
81:13 82:6
85:18 89:9,14
90:7 91:23
94:3,11
101:16 104:8,
12 105:2,8,18
113:10,14,22,
23 121:1,5
125:7 127:25
128:6 129:10
130:8,18
131:1 144:3
150:25 151:4,
6 160:1,5
161:17,19,23
162:19,21
163:16,25
164:15 165:2

167:24,25
168:21 169:3,
25 170:3,17
172:14 173:17
174:13,21,24
180:12 184:18
191:2,4,21
194:1 196:3,
13 197:18
217:9,10
221:14,20
222:3,10
223:4

**voters'**
48:18 109:13

**votes**
103:22 195:24
196:6

**voting**
29:6,24 40:7
47:19 49:7,8
50:8 53:15
54:6 55:21
61:1,14,21,
22,25 63:2,
15,23,25
71:3,7,12,18,
22 72:5
73:22,25
75:18 76:24
81:6,7 82:12,
13 87:25
91:24 92:5,8,
9 106:3
129:16,22,24
130:23 146:12
147:13 155:5
190:7 195:21
210:24
215:14,15,18
217:4,7,11

Alan Hays
October 06, 2021

59

```
    221:25 222:2,
    10,11 223:10
    _____
           W
wad
    206:15
wait
    15:25 17:12
    52:7 53:3
    130:10 162:15
    198:5
waiting
    38:17 130:18
    178:23 196:19
    197:21 207:15
walk
    50:6 65:1
    67:17 223:9
walked
    165:9
walks
    73:25
wander
    146:15
wanted
    72:2 100:17
    114:10 126:10
    131:10
    173:17,22
    196:18 200:11
    217:18,20
warehouse
    39:23 92:16,
    17
waste
    167:16
watch
    68:22
```

```
watching
    69:14 188:9
water
    15:5,6,8 88:7
    96:8 130:18
    196:19 197:4,
    9 198:17
ways
    39:12 44:4
    49:2 52:6
    59:12 109:10
    120:14 127:1,
    22 147:13
    158:7,9,10,13
    160:18 218:8
wear
    207:12
wearing
    82:20
website
    48:1 166:24
    192:4
week
    19:18 42:20
    52:12,16
    79:24 102:9
    188:18
weekend
    212:17,23
    213:1
weekends
    56:9
weeks
    185:10,12
Wendy
    10:15
west
    34:17
```

```
wet
    95:24
whatnot
    186:6
whatsoever
    70:22 144:4
    145:21
whichever
    176:22
white
    10:12 101:20
    153:23
    200:24,25
whoop-di-doo
    154:19
wide
    32:14 49:17
    67:14 135:5
    184:13
widespread
    62:14,19
William
    9:4
Wilton
    221:6
win
    183:19 218:21
wind
    189:19
winning
    135:6,10
    219:13
Winter
    176:4
wisely
    33:20
wished
    121:12,17,23
```

```
WKMG
    54:18
woman
    179:25
women
    12:21,22
    36:20 184:18
Wonderful
    23:5
wondering
    77:16 117:6
word
    45:11 47:10
    85:14 111:9
    144:13 189:21
    216:21,23
wording
    87:5 122:25
words
    13:22 120:23
    138:7 189:17
work
    14:18 24:15,
    18,23 37:4
    64:22 143:20,
    25 183:13
    185:18 199:12
    208:15,19,20
worked
    135:13 199:14
worker
    75:5,12 79:6
    113:5 198:2
    209:25 210:1
workers
    29:2 38:13
    72:17 75:20
    98:4 131:5,10
```

Alan Hays
October 06, 2021

60

working
  29:4 98:18
  179:9 219:20
works
  86:21 106:18
  122:15 222:3
world
  101:24
worry
  74:19,20
  212:7
worth
  108:1 204:7
  220:10
worthless
  214:10
would've
  71:20
wound
  72:20 178:3
  179:24
wow
  28:16 45:25
wrap
  143:13 223:23
wrinkle
  100:20 101:8
writes
  74:3,11
written
  18:7 46:18
  47:7 58:22
  73:3,5 77:21,
  23 99:19
  161:5 178:21
  182:10 186:23
wrong
  73:24 74:7
  103:8 207:18

---

## Y

y'all
  15:24 28:17
  189:12 190:13
  200:20 207:14
  211:11
Yanes
  54:18
yards
  223:8,9
yay
  206:8
year
  30:14 32:4
  33:18,21
  34:11 80:6
  87:4 122:11
  133:21,23,24
  134:2 149:14
  185:14 193:5,
  10,15,22
  202:18
year's
  159:16
years
  14:9 23:1,18,
  19 25:3 26:2
  27:6 28:21
  34:8 35:2
  36:21 37:10
  53:16 89:7
  97:18 120:21
  127:16
  133:19,24
  138:16 139:22
  140:12,23,24
  149:14 168:7,
  13 182:19
  183:15,23

  189:4
yes-or-no
  171:5
yesterday
  180:14,16
Yeti
  15:7

---

## Z

Zacherl
  9:15,16
zip
  110:20,21
  116:11
Zipped
  11:13
zone
  130:24 196:8,
  12 197:15
Zoom
  9:1 93:6













A. HAYS

**Exhibit 4**

S. Nargiz 10/6/21

Exhibit

**172**

4:21-cv-186-MW/MAF

## LOCAL NEWS

**Nadeen Yanes**, Reporter

Published: **October 7, 2020 12:48 pm**

Tags: Lake County, Election 2020, Trending

### Sign up for our Newsletters

Enter your email here!

  



# Central Florida counties reporting record number of mail-in ballots this election

Lake County Supervisor of Elections office seeing 84% increase in mail-in ballots



**LAKE COUNTY, Fla.** – Lake County Supervisor of Elections Alan Hays said 2020 is breaking records when it comes to the number of voters wishing to cast their ballot by mail.

According to the latest numbers Monday afternoon, 76,073 voters of the now more than 261,475

**URL**

https://www.clickorlando.com/news/local/2020/10/05/central-florida-counties-reporting-record-number-of-mail-in-ballots-this-election/

**Timestamp**

Mon Oct 04 2021 10:38:20 GMT-0500 (Central Daylight Time)



Try free

**LAKE COUNTY, Fla**. – Lake County Supervisor of Elections Alan Hays said 2020 is breaking records when it comes to the number of voters wishing to cast their ballot by mail.

According to the latest numbers Monday afternoon, 76,073 voters of the now more than 261,475 registered to vote have requested a mail-in ballot. That's about 29%.

**[TRENDING: DeSantis to lift restaurant limits in Fla. | Here's how to track your mail-in ballot | How can I tell difference between flu and COVID-19?]**

Moreover, Hays said in 2016 only 41,244 voters requested mail-in ballots which means this year is an 84% increase compared to the last Presidential Election.



**SPONSORED**

### What to know about the BRCA gene when it comes to breast cancer

BY RYAN BISSON, MS, CGC GENETIC COUNSELOR, ORLANDO HEALTH

"That's a record number for Lake County," Hays said. "Everything this year in the vote-by-mail department is a record. No question."

Outside of the Supervisor of Elections office, there was a steady stream of cars and people dropping off their ballots inside their ballot box, while others waited to get buzzed inside to hand-deliver their ballot in person, like Dorothy Smith, 87.

"I decided that I wanted to make sure my vote was counted," she said. "Because I really don't trust the post office right now."

Hays said there is a growing concern in the election integrity but tells voters not to worry.

"Here in Florida, I feel very, very comfortable in the security of the vote-by-mail process and in the validation of the signature matching," Hays said. "In fact, last week we had a conference call with the post office and they are doing everything that they can do to handle the ballots properly."

Hays adds the ballot box in front of the elections office is monitored by not one - but three security cameras and they empty the box almost every hour. Inside, the ballots go into a room under lock and key where they get their signatures validated and where they stay until they are ready to be counted.

### RELATED STORIES

**2020 VOTER GUIDE: Everything you need to know ahead of the presidential election**

**Can a voter fix a problem on a mail-in ballot?**



KIRSTIN O'CONNOR
WEEKDAY MORNINGS 6AM

CLICK HERE!
TO GET A HEAD START

### LATEST NEWS

34 MINUTES AGO
**Titusville natives open new restaurant in hometown**


42 MINUTES AGO
**Construction worker struck, killed by dump truck in Orlando**


1 HOUR AGO
**Casey DeSantis, wife of Florida Gov. Ron DeSantis, diagnosed with breast cancer**


1 HOUR AGO
**Victims, carjackers still missing after weekend crime**


**URL**

https://www.clickorlando.com/news/local/2020/10/05/central-florida-counties-reporting-record-number-of-mail-in-ballots-this-election/

**Timestamp**

Mon Oct 04 2021 10:38:20 GMT-0500 (Central Daylight Time)


**Casey DeSantis, w...** 
1 HOUR AGO
Florida Gov. Ron DeSantis, diagnosed with breast cancer


1 HOUR AGO
**Victims, carjackers still missing after weekend crime**


NEWS 6 GETTING RESULTS
**KIRSTIN O'CONNOR**
WEEKDAY MORNINGS 6AM
CLICK HERE! TO GET A HEAD START

### LATEST NEWS


34 MINUTES AGO
**Titusville natives open new restaurant in hometown**


42 MINUTES AGO
**Construction worker struck, killed by dump truck in Orlando**


1 HOUR AGO
**Casey DeSantis, wife of Florida Gov. Ron DeSantis, diagnosed with breast cancer**


1 HOUR AGO
**Victims, carjackers still missing after weekend crime spree in Orange County**

### SHOP DEALS


**Breathe fresher air with this NASA-inspired germ and odor eliminator**


**Skip a trip to the Genius Bar with this iOS repair software**

office and they are doing everything that they can do to handle the ballots properly."

Hays adds the ballot box in front of the elections office is monitored by not one - but three security cameras and they empty the box almost every hour. Inside, the ballots go into a room under lock and key where they get their signatures validated and where they stay until they are ready to be counted.



"Right now our No. 1 priority is to make sure that we verify all the signatures as quickly as possible so we have as much time for these voters to resolve any mis-match issues with the signatures," Hays said. "Then on the 14th of October we will begin the actual open of the ballots and tabulation that will continue right on to Election Day."

Hays said the deadline to request a vote-by-mail ballot is Oct. 24 and they must be returned to Supervisor of Elections office by 7 p.m. on Election night. He did say the increase of mail-in ballots could delay election results.

"One county in 2016 received 10,000 ballots on Election day from the post office, there is no way they would have gotten to them on election night but every one was counted," Hays said. "The late arrival of ballots can delay the publication of the results even though they arrive late, they still need to have every signature verified."

 
COMMUNITY LEGAL SERVICES of MID-FLORIDA — NPT's BEST NONPROFITS TO WORK FOR 2021 — Call us for employment and volunteer opportunities. LEARN MORE

It's why he says to get your ballots in by "yesterday."

Here's a breakdown of what other Central Florida counties are seeing in mail-in ballots this year:

**MARION COUNTY**

2020 - Requested: 85,194; Returned: 16,515

2016 - Requested: 45,426; Returned: 38,016

**ORANGE COUNTY**

2020 - Request: 290,232 vote-by-mail, an increase by 24.6% and growing

2016 - 218,817 vote-by-mail ballots requested, 159,512 ballots were returned and counted

**VOLUSIA COUNTY**

**URL**

https://www.clickorlando.com/news/local/2020/10/05/central-florida-counties-reporting-record-number-of-mail-in-ballots-this-election/

**Timestamp**

Mon Oct 04 2021 10:38:20 GMT-0500 (Central Daylight Time)

vote-by-mail ballots requested, X returned and counted.

2016 - 218,817 vote-by-mail ballots requested, 159,512 ballots were returned and counted

**VOLUSIA COUNTY**

2020 - 158,046 mailed as of Oct. 3

2016 - 93,183 mailed; 75,528 returned

**OSCEOLA COUNTY**

2020 - Requested: 89,728; Returned: 20,098 as of Oct. 7

2016 - Requested: 59,555; Returned: 45,533

*News 6 reached out to every local supervisor of elections office about their mail-in ballot totals and is still waiting to hear back from some. This story will be updated with more responses as they come in.*

*Copyright 2020 by WKMG ClickOrlando - All rights reserved.*

**ABOUT THE AUTHOR:**



**Nadeen Yanes**

Nadeen Yanes joined News 6 as a general assignment reporter in 2016. She grew up in Leesburg and graduated from the University of Florida. Nadeen has won three Associated Press Awards for her reporting on the Pulse Nightclub shooting, the trial of the Pulse gunman's wife and the capture of an accused cop killer, Markeith Loyd.

✉ email    f facebook    🐦 twitter

# Conversation

FOLLOW

Join the conversation                                    LOG IN | SIGN UP

ALL COMMENTS  2                                          newest ⌄

**Chris agnew** · OCTOBER 5, 2020

Uh oh...Dave's going to lose it..!

REPLY   1 REPLY   ⌃ 4   ⌄ 0

1   **SHOW OLDER REPLIES**

Add your reply

ACTIVE CONVERSATIONS

Family, attorney say more safeguards could have prevent...   💬 14

'Just glad to be home:' Hospitalized officer recovers fro...   💬 18

---

**LATEST NEWS**


34 MINUTES AGO
**Titusville natives open new restaurant in hometown**


42 MINUTES AGO
**Construction worker struck, killed by dump truck in Orlando**


1 HOUR AGO
**Casey DeSantis, wife of Florida Gov. Ron DeSantis, diagnosed with breast cancer**


1 HOUR AGO
**Victims, carjackers still missing after weekend crime spree in Orange County**

**SHOP DEALS**


**Breathe fresher air with this NASA-inspired germ and odor eliminator**


**Skip a trip to the Genius Bar with this iOS repair software**



---

**URL**

https://www.clickorlando.com/news/local/2020/10/05/central-florida-counties-reporting-record-number-of-mail-in-ballots-this-election/

**Timestamp**

Mon Oct 04 2021 10:38:20 GMT-0500 (Central Daylight Time)

Add your reply

ACTIVE CONVERSATIONS

 Family, attorney say more safeguards could have prevent...
💬 14

 'Just glad to be home:' Hospitalized officer recovers fro...
💬 18

Powered by **viafoura**

LATEST NEWS

**34 MINUTES AGO**
Titusville natives open new restaurant in hometown 

**42 MINUTES AGO**
Construction worker struck, killed by dump truck in Orlando 

**1 HOUR AGO**
Casey DeSantis, wife of Florida Gov. Ron DeSantis, diagnosed with breast cancer 

**1 HOUR AGO**
Victims, carjackers still missing after weekend crime spree in Orange County 

SHOP DEALS

 Breathe fresher air with this NASA-inspired germ and odor eliminator

 Skip a trip to the Genius Bar with this iOS repair software


First 'Iron Man' with Down syndrome prepares for Boston Marathon, co-writes book

TV Listings

Closed Captioning

Privacy Policy

Disability Assistance

Contests and Rules

Contact Us / Follow on Social Media

Public File

Do Not Sell My Info

Email Newsletters

Careers at WKMG

FCC Applications

RSS Feeds

Terms of Use

EEO Report

If you need help with the Public File, call 407-291-6000.

**FOLLOW US**
f  🐦  📷  🔊

**GET RESULTS WITH OMNE**

 GRAHAM MEDIA GROUP    GRAHAM DIGITAL   Copyright © 2021 ClickOrlando.com is managed by Graham Digital and published by Graham Media Group, a division of Graham Holdings.

**URL**
https://www.clickorlando.com/news/local/2020/10/05/central-florida-counties-reporting-record-number-of-mail-in-ballots-this-election/

**Timestamp**
Mon Oct 04 2021 10:38:20 GMT-0500 (Central Daylight Time)

**From:** Hays, Alan
**Sent time:** 05/27/2021 10:12:08 AM
**To:** Carol Dunaway <carol@jacksoncountysoe.org>
**Subject:** Re: SB 90 Compliance For The Convenience of our Voters

Carol,

At this time, you are correct except we pay return postage so our voters don't need to bother.

I'm hoping to get the postmaster to have their pickup people leave the ballots here with us instead of running them through the center. I have not made that request yet but hopefully she will be in her "election service" frame of mind as we near the election this will consent.

Get Outlook for iOS

**From:** Carol Dunaway <carol@jacksoncountysoe.org>
**Sent:** Thursday, May 27, 2021 10:07:18 AM
**To:** Hays, Alan <alan@lakevotes.com>
**Subject:** Re: SB 90 Compliance For The Convenience of our Voters

> **A. HAYS**
> **Exhibit 5**
> S. Nargiz 10/6/21

CAUTION: This email originated from outside of your organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Alan,

Good Morning. Quick question about your new blue box. It's genuinely a USPS box in which ballots and all other types of mail can be deposited - all requiring postage. The mail will be retrieved by the USPS and taken to a processing center and then ultimately delivered back to your office.

Is that correct? If not— what's your arrangement with the USPS?

Thanks so much,

Carol Dunaway

Get Outlook for iOS

> **Exhibit**
> **173**
> 4:21-cv-186-MW/MAF

**From:** Hays, Alan <alan@lakevotes.com>
**Sent:** Wednesday, May 26, 2021 8:54:44 PM
**To:** Aletris Farnam <vote@votelglades.com>; Amanda Seyfang <amanda_seyfang@bradfordcountyfl.gov>; Bill Keen <info@sumterelections.org>; Bobby Beasley <bbeasley@votewalton.com>; Brenda Hoots <supervisor@hendryelections.org>; Carol Dunaway <carol@jacksoncountysoe.org>; Carol Rudd <crudd@wcsoe.org>; Charles Overturf <charles.overturf@putnam-fl.com>; Chris Anderson <anderson@votesemimole.org>; Chris Chambless <cchambless@clayelections.com>; Chris Milton <chris.milton@bakercountyfl.gov>; Christina White <christina.white@miamidade.gov>; Connie Sanchez <elections@gilchrist.fl.us>; Craig Latimer <clatimer@hcsoe.org>; Dana Southerland <taylorelections@gtcom.net>; David Ramba <david@rambaconsulting.com>; David Stafford <dstafford@escambiavotes.com>; Deborah Osborne <debbie.osborne@unionflvotes.com>; Diane Smith <diane@hardeecountyelections.com>; Gertrude Walker <gertrude@slcelections.com>; Grant Conyers <vote@libertyelections.com>; Heath Driggers <hdriggers@votemadison.com>; Heather Riley <cheather@votefranklin.com>; Janet Adkins <jadkins@votenassau.com>; Jennifer Edwards <jennifer.edwards@collliervotes.gov>; Jennifer Kinsey <jkinsey@suwanneevotes.com>; Joe Scott <jscott@browardsoe.org>; John Hanlon <jhanlon@votegulf.com>; Joseph (Joe) R Morgan <jmorgan@wakullaelection.com>; Joyce Griffin <info@keys-elections.org>; Julie Marcus <jmarcus@votepinellas.com>; Katie Lenhart <klenhart@flaglerelections.com>; Kim Barton <kbarton@alachuacounty.us>; Laura Hutto <lhutto@hamiltonvotes.com>; Leslie Swan <lswan@voteindianriver.com>; Lisa Lewis <llewis@volusia.org>; Lori Edwards <loriedwards@polkelections.com>; Lori Scott <LScott@votebrevard.com>; Mark Anderson <baysuper@bayvotes.org>; Mark Earley <earlym@leoncountyfl.gov>; Marty Bishop <soe@jeffersoncountyfl.gov>; Melissa Arnold <melissa@voteokeechobee.com>; Mike Hogan <mhogan@coj.net>; Paul Lux <plux@co.okaloosa.fl.us>; Paul Stamoulis <paulstamoulis@charlottevotes.com>; Penny Ogg <pogg@votehighlands.com>; Ron Turner <rturner@sarasotavotes.com>; Sharon Chason <schason@votecalhoun.com>; Shirley Anderson <shirley.anderson@hernandovotes.com>; Shirley Knight <shirleyknight@gadsdensoe.com>; Starlet Cannon <dixiecountysoe@bellsouth.net>; Tammy Jones <tammy@votelevy.com>; Tappie Villane <tvillane@santarosa.fl.gov>; Therisa Meadows <therisa@holmeselections.com>; Tomi S. Brown <election@votecolumbia.com>; Tommy Doyle <tdoyle@lee.vote>; Travis Hart <lafayettesoe@gmail.com>; Vicki Davis <vdavis@martinvotes.com>; Vicky Oakes <voakes@votesjc.com>; Wendy Link <wendylink@pbcelections.org>; Bill Cowles <bill@ocfelections.com>; Mary Jane Arrington <maryjane@voteosceola.com>; Mike Bennett <mike@votemanatee.com>; Ron Labasky (rlabasky@bplawfirm.net) <rlabasky@bplawfirm.net>; Wesley Wilcox <wwilcox@votemarion.com>
**Subject:** Fw: SB 90 Compliance For The Convenience of our Voters

CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**From:** Hays, Alan <alan@lakevotes.com>
**Sent:** Wednesday, May 26, 2021 9:53 PM
**To:** Brian E. Corley <bcorley@pascovotes.com>
**Subject:** Re: SB 90 Compliance For The Convenience of our Voters

My election workers won't have anything to do with this box, it is a USPS box!!

Not to be monitored by me, not to be opened by me, nothing more than a convenience for my voters who have become accustomed over the last 5 elections to bringing their VBM's to be dropped into the box in our parking lot.

Thanks to the so-called wisdom of our stellar legislature, those voters will now have to use the USPS box instead of our private box. UGH!!! I just hope USPS gets the ballots to us promptly.

**From:** Brian E. Corley <bcorley@pascovotes.com>
**Sent:** Wednesday, May 26, 2021 9:43 PM
**To:** Hays, Alan <alan@lakevotes.com>
**Cc:** Amanda Seyfang <amanda_seyfang@bradfordcountyfl.gov>; Bobby Beasley <BBeasley@votewalton.com>; Bill Cowles <bill@ocfelections.com>; Brenda Hoots <supervisor@hendryelections.org>; Carol A. Dunaway <carol@jacksoncountysoe.org>; Chris Anderson <anderson@votesemimole.org>; Chris Chambless <CChambless@clayelections.com>; Chris Milton <chris.milton@bakercountyfl.gov>; Christina White <christina.white@miamidade.gov>; Connie Sanchez <elections@gilchrist.fl.us>; Craig Latimer <clatimer@hcsoe.org>; Carol Rudd <crudd@wcsoe.org>; Dana Southerland <taylorelections@gtcom.net>; David Ramba <david@rambaconsulting.com>; David Stafford <dstafford@escambiavotes.com>; Diane Smith <diane@hardeecountyelections.com>; Mark Earley <earlym@leoncountyfl.gov>; Gertrude Walker <gertrude@slcelections.com>; Grant Conyers <vote@libertyelections.com>; Heath Driggers <hdriggers@votemadison.com>; Heather Riley <heather@votefranklin.com>; Jennifer Edwards <jennifer.edwards@collliervotes.gov>; Jennifer Kinsey <jkinsey@suwanneevotes.com>; Joe Scott <jscott@browardsoe.org>; John Hanlon <jhanlon@votegulf.com>; Joseph (Joe) R. Morgan <jmorgan@wakullaelection.com>; Joyce Griffin <info@keys-elections.org>; Julie Marcus <jmarcus@votepinellas.com>; Katie Lenhart <klenhart@flaglerelections.com>; Laura Hutto <lhutto@hamiltonvotes.com>; Lisa Lewis <llewis@volusia.org>; Lori Edwards <loriedwards@polkelections.com>; Lori Scott <lscott@votebrevard.com>; Leslie Swan <lswan@voteindianriver.com>; Mark Anderson <baysuper@bayvotes.org>; Marty Bishop <Soe@jeffersoncountyfl.gov>; Mary Jane Arrington <maryjane@voteosceola.com>; Maureen Baird <MBaird@votecitrus.gov>; Melissa Arnold <melissa@voteokeechobee.com>; Mike Bennett <mike@votemanatee.com>; Mike Hogan <mhogan@coj.net>; Mark Negley <mnegley@votedesoto.com>; Paul Lux

<plux@c...; ...vot... ...kn...vot... ...lei...vot... ...vote...; Ov...; ...mee...off @...am-fl.com>; Ron Labasky (rlabasky@bplawfirm.net) <rlabasky@bplawfirm.net>; Ron Turner <rturner@sarasotavotes.com>; Sharon Chason <schason@votecalhoun.com>; Shirley Anderson <shirley.anderson@hernandovotes.com>; Shirley Knight <shirleyknight@gadsdensoe.com>; Starlet Cannon <dixiecountysoe@bellsouth.net>; Tammy Jones <tammy@votelevy.com>; Tommy Doyle <tdoyle@lee.vote>; Therisa Meadows <therisa@holmeselections.com>; Tomi S. Brown <election@votecolumbia.com>; Travis Hart <lafayettesoe@gmail.com>; Deborah Osborne <debbie.osborne@unionflvotes.com>; Vicki Davis <vdavis@martinvotes.com>; Vicky Oakes <voakes@votesjc.com>; Tappie Villane <villane@santarosa.fl.gov>; Aletris Farnam <vote@voteglades.com>; Wendy Link <wendylink@pbcelections.org>; Wesley Wilcox <wwilcox@votemarion.com>

**Subject:** Re: SB 90 Compliance For The Convenience of our Voters

> CAUTION: This email originated from outside of your organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Nice!
Just be sure one of your early voting workers doesn't have a bathroom emergency… could be an expensive potty trip ... Just a mere $25,000 fine to you my friend

Regards,

Brian Corley, MPA
Supervisor of Elections
Pasco County
"Repeat a lie often enough and it becomes the truth" Joseph Goebbels

On May 26, 2021, at 9:07 PM, Hays, Alan <alan@lakevotes.com> wrote:

**OUTSIDE EMAIL: Take caution with links or attachments.**

Colleagues,
The voters of Lake County will now have the convenience of dropping off their VBM ballots right in front of our office while our office is in compliance with SB 90! Thanks to the cooperation of our wonderful USPS Postmaster, we now have a USPS drop box in our front parking lot.

While we don't have to staff it, it is located at the same place our earlier, more secure, box was located. Therefore we have continued to have the new box monitored by all three cameras.

We shall endeavor to continue to serve the needs of our voters is the best way possible while complying with the law.

All the best,
Alan





Committee on Governmental Oversight and Accountability

| | |
|---|---|
| Senator Stewart | Thank you.  I don't know whether to call you Senator Hays or Commissioner.  Either one I'm sure will do.  I would like to know and I know you read through this bill and every word is there any suggestions you would have that would improve our election performance. |
| Chairman | You are recognized
. |
| Supervisor Hays | Thank you Senator Stewart that's an excellent question.  Our association of supervisors has submitted 10 priorities  that we are making suggestions proactive suggestions to improve the voting process.

I can read them if you'd like Mr. Chairman or I can just let you ... we can have them sent to everyone by email which ever it would be your preference. |
| Chairman | Senator Stewart do you have preference? |
| Senator Stewart | Well, I don't know who has received these.  I don't know if the bill sponsor has seen them or received them.  I know I have not so I am curious because there may very well be improvements that are needed for a better election performance.  But I'm not certain that this bill takes care of it in fact seems like, I'm not sure what it seems like but I'd like to know what you feel. |
| Supervisor Hays | Senator Stewart perhaps I might clarify.  As I just stated that nothing in this bill is on our list of suggestions with the exception of that one section giving us the authorization to begin canvassing to vote by mail ballot after the logic and accuracy testing is completed.  That's the only thing that we are in favor of in this bill. |
| Chairman | Seeing no further questions.  Senator Torres you are recognized. |

1



| Senator Torres | Former Senator Hays this is Senator Torres.  My question is on the drop boxes would you say 90% of the drop boxes or more are secured in secure locations? |
|---|---|
| Supervisor Hays | Senator Torres the rule promulgated by the division of elections requires every dropbox in the State of Florida to be monitored.  To the best of my knowledge that rule was followed to the letter in this past election.  There have been all sorts of allegations about this or that or the other but I have yet to see anybody who can give us concrete evidence that that rule was violated.  I know what happened in Lake County and here's another question sir, who's going to monitor the US Postal Service boxes?   You know I'm sorry but there's a dichotomy here that I personally cannot deal with, you're not gonna pay for a cop to stand at the Post Office box are you?  You are going to disallow the use of the Postal Service and require those ballots to be returned to us?  I think not.  I think this bill needs a lot of work. |
| Senator Torres | I have one more question.  The question I have Mr. Hays is are there other on those lockboxes or the dropboxes rather, do we have other uses for that like dropping off registration forms or sometimes candidates can drop off some of their forms.  Do you know if that's being used as well in those dropboxes? |
| Supervisor Hays | I don't know I'm sure the ones that are manned are not done that way but we have tax collectors that have dropboxes in their offices similar to dropboxes that banks use for night depositories.   And tax collectors actually brought mail ballots to our office that were dropped in their dropbox.  Just like the post office brings us ballots that were dropped in their dropboxes.  So, they bring all sorts of things like that that are put in the tax collectors boxes and the mail boxes. |
| Senator Torres | Follow up Sir. |

| Chairman | We're going to do one more. We have a lot of people who want to speak Senator Torres and then we're going to leave this alone. |
|---|---|
| Senator Torres | But you would say that let's say a tax collector would have somebody filling out a register form could drop it off in the dropbox. Am I correct? |
| Supervisor Hays | Senator Torres, we have no control over the American public and they put all sorts of things in those boxes. The voter registration application can be done online, it can be brought in and hand delivered to our office, it can also be mailed to us and yes, some people take that voter restoration application and drop it in the tax collectors dropbox and they turn around and bring it to our office. That's just the way life is out there in the real world. |
| Chairman | I'll just ask one question. I heard you mention the vote by mail procedure and your concerns with the Post Office. Do you have any evidence that the Postal Service in Lake County has not delivered your ballots or has misdirected your ballots? |
| Supervisor Hays | No Sir. |
| Chairman | Are you promoting vote by mail? |
| Supervisor Hays | But I can assure you that not one of their dropboxes, their Post Office dropboxes is manned by any security personnel in any form at all. |
| Chairman | Have you ever heard of a US postal security dropbox in Lake County being burglarized, vandalized or stolen? |
| Supervisor Hays | No sir. |
| Chairman | Thank you sir. I appreciate your time. Thank you for your testimony.<br><br>Next we're moving to Mark Early who is the Leon County Supervisor of Elections |

10:48

**3 People** ›

**David Ramba**

At least we should be done in an hour

**Alan Hays**

Yes

**Hillsborough County SOE**

Ingoglia just said our checkbox is no good

**Alan Hays**

Another way to make VBM difficult

Yep

iMessage

Good Morning Chair Rodrigues and members,

I must comment it is quite different to testify from the civic center instead of from the podium when I was presenting bills a few short years ago.

Thank you for the time to speak this morning on this PCS for SB 90.

The accolades each of you have heard from our Governor and our Secretary of State relating to the outstanding administration of the 2020 elections are absolutely true.  Those elections were superbly accomplished under extremely complicated conditions.  Those elections were very transparent and efficient.  We election professionals of Florida are deservedly proud of the job done by everyone including the voters.

Mr. Chairman, if I were seeking to remodel my home, I would seek the services and opinions of an architect and a building contractor, I would not ask a dentist how to do the remodel.

Sir, now in my role as the Elections Supervisor of Lake County, I am asking each member of the legislature to seek the opinions and take the advice of the elections professionals of the State of Florida before making significant changes to our statutes.

Please take a walk with me through the PCS.  Page 5, line 138 restricts the pickup of a VBM to an immediate family member.  Do you have any idea how many people like my mother don't have immediate family members living near them thus aren't able to have their ballot picked up?  Current law allows the voter to "designate in writing a person to pick up the ballot for the elector."  Please leave current language as the law.





Page 9, line 241 is good policy and we appreciate the Governor's previous order enabling this improvement and now this proposal codifies that good policy.

Page 11, line 309 begins a travesty.  ==All of us are aware of the perils, perceived or actual, of trusting the USPS to deliver ballots on time.==  Last year in the general election, 4.4 million Floridians returned their VBM for tabulation.  Of those 4.4 million, 1.5 million were placed in drop boxes.  If you allow section 5 of this PCS to stand as it is currently worded, ==you have outlawed the use of drop boxes==, and you have just played havoc on 1.5 million Floridians not to mention the added burden on the Supervisors of Elections.  Is that really your intention?!

Now for page 12, line 336, Section 7.....

The true estimated statewide cost of this one section is $14-16 million dollars.  Meeting the requirements stated in Section 1 of this PCS necessitates sending the information to us in a manner other than a postcard.  This section will require us supervisors to mail the 6 million voters who received VBM ballots last year, to let them know their request currently valid through 2022, has been invalidated by this legislature.  If they want a VBM for the 2022 election, they must now go through another, more involved process to request a VBM.  Do you really wish incur or impose on the counties, this expense and alienate 6 million voters?!!

Thank you for your time and I'm happy to answer any questions you may have.

**From:** Hays, Alan
**Sent time:** 04/30/2021 08:15:29 AM
**To:** Vicki Davis <vdavis@martinvotes.com>
**Subject:** Re: LEGISLATIVE REPORT Final Edition for this session ( I expect!!)

Thanks Vicki.  Rep. Snyder calling you is a great sign the contact program is working as designed.  He considers you his subject matter expert thus he called you for guidance!!  Yea!!

We shall work next session to help all the legislators understand how disingenuous and lame it is to deny use of video monitoring of drop boxes while allowing voters to use the USPS drop boxes that have no monitoring whatsoever.  In the meantime, I'm encouraging each SOE to deliver that message to the legislators as they come in contact with them.

I appreciate you,
Alan

**From:** Vicki Davis <vdavis@martinvotes.com>
**Sent:** Friday, April 30, 2021 8:06 AM
**To:** Hays, Alan <alan@lakevotes.com>
**Subject:** RE: LEGISLATIVE REPORT Final Edition for this session ( I expect!!)

> **CAUTION:** This email originated from outside of your organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

One of my reps called me yesterday (Rep. John Snyder) wanting to know if SOE's supported the bill, this was prior to SB90 coming back late afternoon.  John is a freshman legislator and didn't know how to respond to me when I told him  SOE's did not support the bill, which included the ID requirements.  He had been asked to debate the bill on the floor on behalf of the Republican legislators.  Thank goodness Senator Simpson agreed to take out the ID requirements!

Thank you, Alan, for all of your efforts and use of your knowledge of the legislative process having served in both chambers.

Have a restful weekend,
Vicki

Vicki Davis, CERA, MFCEP
Martin County Supervisor of Elections

772-288-5637 office
772-288-5765fax
www.MartinVotes.com





**Exhibit**
**180**
4:21-cv-186-MW/MAF

Under Florida law, e-mail addresses are public records.  If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity.  Instead, contact this office by phone or in writing.

**From:** Hays, Alan <alan@lakevotes.com>
**Sent:** Friday, April 30, 2021 7:57 AM
**To:** Vicki Davis <vdavis@martinvotes.com>; Mark Earley <Mark.Earley@leonvotes.gov>; Wesley Wilcox <WWilcox@votemarion.gov>; Paul Lux <plux@co.okaloosa.fl.us>; rturner@sarasotavotes.com; clatimer@votehillsborough.gov; David Ramba <david@rambaconsulting.com>
**Subject:** Re: LEGISLATIVE REPORT Final Edition for this session ( I expect!!)

Thanks Vicki. I'm quite proud of the effort each of our members put into this challenge.

Get Outlook for iOS



**A. HAYS**
**Exhibit 12**
S. Nargiz 10/6/21

**From:** Vicki Davis <vdavis@martinvotes.com >
**Sent:** Friday, April 30, 2021 7:24:10 AM
**To:** Hays, Alan <alan@lakevotes.com>; Mark Earley <Mark.Earley@leonvotes.gov>; Wesley Wilcox <WWilcox@votemarion.gov>; Paul Lux <plux@co.okaloosa.fl.us >; rturner@sarasotavotes.com <rturner@sarasotavotes.com>; clatimer@votehillsborough.gov  <clatimer@votehillsborough.gov >; David Ramba <david@rambaconsulting.com>
**Subject:** RE: LEGISLATIVE REPORT Final Edition for this session ( I expect!!)

> **CAUTION:** This email originated from outside of your organization. Do not click links      or open attachments unless you recognize the sender

Good Morning Alan, David and Team,

Many, many thanks for all of your efforts throughout this legislative session.  What started out as very restrictive and concerning bills is now much more manageable from an administrative level and also for our voters due to your investment  of time and dedication to the process.

I appreciate each of you and your leadership throughout this tumultuous session.

Sine die,
Vicki

Vicki Davis, CERA, MFCEP
Martin County Supervisor of Elections

772-288-5637 office
772-288-5765fax
www.MartinVotes.com



Under Florida law, e-mail addresses are public records.  If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity.  Instead, contact this office by phone or in writing.

**From:** Hays, Alan <alan@lakevotes.com >
**Sent:** Thursday, April 29, 2021 9:56 PM
**To:** Amanda Seyfang <amanda_seyfang@bradfordcountyfl.gov>; Bobby Beasley <bbeasley@votewalton.com >; Bill Cowles <bill@ocfelections.com >; Brenda Hoots <supervisor@hendryelections.org >; Brian Corley <bcorley@pascovotes.com>; Carol A. Dunaway <carol@jacksoncountysoe.org>; Chris Anderson <anderson@votesseminole.org >; Chris Chambless <cchambless@clayelections.com>; Chris Milton <chris.milton@bakercountyfl.org>; Christina White <christina.white@miamidade.gov >; Connie Sanchez <elections@gilchrist.fl.us >; Craig Latimer <clatimer@hcsoe.org>; Carol Rudd <crudd@wcsoe.org>; Dana Southerland <taylorelections@gtcom.net>; David Ramba <david@rambaconsulting.com>; David Stafford <dstafford@escambiavotes.com>; Diane Smith <diane@hardeecountyelections.com >; Mark Earley <earlym@leoncountyfl.gov >; Gertrude Walker <gertrude@slcelections.com >; Grant Conyers <vote@libertyelections.com >; Heath Driggers <hdriggers@votemadison.com>; Heather Riley <heather@votefranklin.com >; Joyce Griffin <info@keys-elections.org >; Bill Keen <info@sumterelections.org >; Janet Adkins <jadkins@votenassau.com >; Jennifer Edwards <jennifer.edwards@colliervotes.gov >; Jennifer Kinsey <jkinsey@suwanneevotes.com >; Joe Scott <jscott@browardsoe.org>; John Hanlon <jhanlon@votegulf.com >; Joseph (Joe) R. Morgan <jmorgan@mywakulla.com>; Kim Barton <kbarton@alachuacounty.us>; Katie Lenhart <klenhart@flaglerelections.com >; Laura Hutto <hutto@hamiltonvotes.com >; Lisa Lewis <llewis@volusia.org>; Lori Edwards <loriedwards@polkelections.com >; Lori Scott <LScott@votebrevard.com>; Leslie Swan <lswan@voteindianriver.com >; Julie Marcus <jmarcus@votepinellas.com >; Mark Anderson <baysuper@bayvotes.org>; Marty Bishop <soe@jeffersoncountyfl.gov >; Mary Jane Arrington <maryjane@voteosceola.com>; Maureen Baird <mbaird@votecitrus.gov>; Melissa Arnold <melissa@voteokeechobee.com >; Mike Bennett <mike@votemanatee.com>; Mike Hogan <mhogan@coj.net>; Mark Negley <mnegley@votedesoto.com>; Paul Lux <plux@co.okaloosa.fl.us>; Paul Stamoulis <paulstamoulis@charlottevotes.com>; Penny Ogg <pogg@votehighlands.com >; Charles Overturf <charles.overturf@putnam-fl.com>; Ron Labasky <rlabasky@bplawfirm.net >; rlabasky@bplawfirm.com >; Ron Turner <rturner@sarasotavotes.com>; Sharon Chason <schason@votecalhoun.com>; Shirley Anderson <shirley.anderson@hernandovotes.com >; Shirley Knight <shirleyknight@gadsdensoe.com >; Starlet Cannon <dixiecountysoe@bellsouth.net >; Tammy Jones <tammy@votelevy.com>; Tommy Doyle <tdoyle@lee.vote >; Therisa Meadows <therisa@holmeselections.com >; Tomi S. Brown <election@votecolumbia.com >; Travis Hart <lafayettesoe@gmail.com>; Deborah Osborne <debbie.osborne@unionflvotes.com >; Vicki Davis <vdavis@martinvotes.com>; Vicky Oakes <voakes@votesjc.com>; Tappie Villane <villane@santarosa.fl.gov >; Aletris Farnam <vote@voteglades.com >; Wendy Link <wendylink@pbcelections.org >; Wesley Wilcox <wwilcox@votemarion.com >
**Subject:** LEGISLATIVE REPORT Final Edition for this session ( I expect!!)

First,  the good news..... A HUGE THANK YOU to David Ramba, Craig Latimer, Paul Lux for riding the roller coaster of these last 3 days!!  Holy Cow, what a ride it has been.  Mark Earley, Wesley Wilcox, and Ron Turner were right there for us as well.  No team has ever tried with more effort than those guys and honestly,we did pretty darn good.  With the help of many of you, we took what began as a real stink-pot of a bill that became much worse, then we were able to finally get it to a tolerable level.  No, it isn't a clear victory for us, but when last did we have a legislative  bill that we liked every aspect of it?  We shall live to fight another day and for now let us be thankful the legislators did listen to us on most things.

DAVID Lamba was extremely quick on the reply forest. She was able to contact legislators a way beyond the ability of any of us alone!!  Thanks David!!!

I so deeply appreciate each of you who contacted your legislators.  Several of you were in touch with Daivd, Craig, or me trying to determine what can be done nextand that effort was quite effective and appreciated by us all.

SB 90 did pass tonight shortly after 9 and is on its way to the Governor.  I have attached to this email the final language passed by the Senate then by the House.
You can read it and see the changes we will need to make.

David and I will have a report at the summer meeting and at that time we will have a synopsis of the changes for distribution.  One glaring change is except for the drop boxes in our offices, drop boxes now must be monitored by living people, at all times, and are to be available only during Early Voting hours of operation. <mark>We are NOT allowed to have them monitored by video only.</mark>   Another issue we weren't fully successful on was the acceptance of private money.  We are specifically able to accept donated spaces for polling places though.

As you will see we were successful in eliminating the horrific provision requiring those depositing ballots into drop boxes to provide ID.  That was a huge victory for us!!

Since next year's session begins in January, perhaps we will be able to convince the legislature they need to revise the restrictions on drop box use.

I am going to sign off for now but again, a huge thank you for a group victory!!!

All the best,
Alan

# Attorney-Client Communication



A. HAYS
Exhibit 13
S. Nargiz 10/6/21

**From:** Hays, Alan
**Sent:** Sunday, February 21, 2021 10:41 PM
**To:** stephanie.kopelousos@eog.myflorida.com
**Subject:** Comments from Alan Hays

Hello Stephanie,
In light of the press release last Friday having to do with elections, I offer the following thoughts.  I am not speaking officially for the FSE Association, I am speaking only as Alan Hays, Supervisor of Elections of Lake County, Florida.  If I may, please allow me some general comments first, then I will be specific to each bullet point of the release.

I agree with the Governor's comments relating to the fine administration of the 2020 elections.  I am confident the Governor's executive order was significant in providing us the flexibility to adapt to the unusual circumstances in which we found ourselves operating.  We appreciate very much, his leadership!  The executive order played a very essential role in allowing the voting centers in Bay and Gulf Counties.  That same order was very helpful in guiding the legislature to put into statute the authority to begin canvassing vote by mail ballots 22 days before the election day.  The elections professionals of Florida administered all three of the 2020 elections in a very efficient and accurate manner and all Floridians are proud of that fete.

It is my thought that anyone proposing changes to the Florida Election Code must consider the vast differences of the various sized counties in Florida.  Many of our counties have fewer than 10,000 registered voters and processes that work in large counties simply will not work in the smaller counties.  Those differences require flexibility in statute to allow those Supervisors of Elections in each county to customize

Exhibit
**181**
4:21-cv-186-MW/MAF

their processes to meet the needs of their citizens.  I readily recognize we must have statutory constraints in order to maintain the integrity and uniformity of the election and at the same time allow flexibility.  An example of that need relates to the use of drop boxes in Madison County which is completely different from the use of drop boxes in Pinellas County.  There are many other examples but I won't bore you with too many.

The FSE Association has provided a list of priorities for this legislative session.  Please use that list because it comes from the election professionals of Florida, it is well thought out, and it has been discussed at length by the Association.  I am sure the Association is willing to work with the Governor's office and the legislature to craft modifications deemed as improvements.  The current statutes worked quite well in 2020 so let's take that into consideration as we go forward.

I have taken the liberty to provide comments to each bullet point in the release.  My comments are in **bold print** below.  Please encourage your team and the legislators to seek input from the Association before making significant changes to the current statutes.  The Association members are the election professionals who take great pride in administering fair and accurate elections in a very efficient manner.  They want to be able to continue this high level of performance.

I truly appreciate your time considering this very important subject!!  Here are my comments:

### Ballot Integrity

- Address the use of ballot drop boxes.  **Monitoring is a good idea but remember USPS is not monitored.  It will be especially helpful to allow drop box placement in other governmental offices with monitoring.  PLEASE allow these drop boxes to be available only during regular hours of operation of that office.  Don't require them to be open same hours as EV hours.  Another thing to consider is requiring each ballot placed into the drop box to be logged in on a log book.  This will be the first step in the chain of custody for that ballot and can be accomplished by the person monitoring**

**the box.  I did this for the 2020 general at each EV site.  Of course we don't do that at the USPS drop boxes but neither do we monitor those boxes to prevent deposits of multiple ballots by harvesters.**

- Address ballot harvesting so that no person may possess ballots other than their own and their immediate family.  **Yes!  Put meaningful penalties on it.  However, there needs to be some limited  accomodation as in current statute or this action may prohibit non-family members from dropping off ballots for seniors or handicapped people who can't or don't wish to go to the drop box.  The current limit is 2 ballots other than your own or that of an immediate family member.**

- No mass mailing of vote-by-mail ballots—only voters who request a ballot should receive a ballot.  **Yes! Keep current statute.**

- Vote-by-mail requests must be made each election year.  **We can live with this even though it creates more work.  It really should be worded "must be made each even numbered year" because many counties have  municipal elections every year. I am one of those counties!  The proposal of voiding those VBM requests currently on file is quite expensive ($6-8 Million) and will create a host of angry voters at the last**

**minute.  This is in SB 90, Section 3.  Please let those requests on file stand.**

- Vote by mail ballot signatures must match the most recent signature on file.  **This is may be good but due to changing signatures it can create many more cures.  Our current system allows us to scroll through previous signatues to see if one of them matches the envelope.  People sign their names from different posture positions plus those signatures coming from DMV license offices often are poor matches.  Thus if the DMV signature is the latest one, the chances of matching the envelope signature are not good.  If you REALLY want to tighten it down, require voters desiring VBM to send a signed request with a copy of their photo ID with signature on it, to us every even numbered year.  That way we will have a current signature and the photo ID at the same time.  The signature on the request can then be compared to the ID signature before mailing the ballot so we know it is a valid request.  This is a rabbit hole we likely don't wish to travel in!!**

**Transparency in the Elections Process**

- Political parties and candidates cannot be shut out from observing the signature matching process.  **If "observe" is defined as being allowed to view the process through windows, this may work.  Otherwise it will create chaos!!  BAD IDEA!!  We dare not set up the public as judges of validity of signatures!!  They haven't been trained, they are partisan, and the only way this should be thought of is to hire handwriting experts for each county.  We dare not allow the public into our secure spaces and that's what it would take.  Are you proposing to allow the public to stand over the shoulder of my operators?  NOT going to happen without huge objections!!!  If you want the public to be able to look into the room through a window, ok, but that's really impractical due to the physical limitations of the various office structures across the state.  It will also set us up to criticism because the public will be too far away to really see for comparison (second guessing) the signatures.  I'm not aware of any real objections to how this worked in 2020 so why tinker with it?**
- Supervisors of Elections must post over-vote ballots to be considered by the canvassing board on their website before the

canvassing board meets. **If required to post overvotes, why not undervotes as well? This is completely absurd!!  There is nothing to be gained from this.  The meetings of the canvassing board are noticed and the public is able to attend if they want to see how it's done.  The sheer numbers of overvoted ballots will add hours to the process.  I'm speaking literally of thousands.   It will take hours of time we do not have and only add to the second guessing by the public.  There is not time available to do this.  NOT A GOOD IDEA!**

- Prohibits counties from receiving grants from private third-party organizations for "get out the vote" initiatives. **What??!!  DOS took $400 K last year themselves and used it for voter education if I'm not mistaken.  I took $196,000 and none of it was used for GOTV activities.  GOTV at election time is done by parties and other interested groups, not SOE.  I bought a central count tabulator for over $100 K with mine and paid for the new early voting site we put into practice for the general election.**

**Transparency in Elections Reporting**

- Requires real-time reporting of voter turnout data at the precinct level. **This will necessitate purchase of electronic poll books by some counties since not all of them currently have them.  I expect the instruments are $2,500 each PLUS annual fees that are not cheap either.  Fiscally constrained counties can't afford this mandate.**
- Supervisors of Elections must report how many ballots have been requested, how many have been received, and how many are left to be counted.  **This is worded too generally to be clear, but my first reaction is totally negative.  What we do now is just fine.  Why do you want to add more steps in the middle of a time of high stress already?  When do you expect this report to be made?  If it is during the election day activities, forget it, we are too busy.  If it is after the election, we do that already.  If you are speaking only of VBM's not tabulated by 7:00 PM on election night, a system for that can be devised.  Every ballot that is used currently is accounted for.  Allow me to explain:  We inventory the number of sheets of paper sent with each ballot on demand printer used in EV.  We then compare the count of voters checked in with the number of ballots tabulated plus the number of voided or**

spoiled ballots at that site each day.  The chain of custody follows those ballots back to our office each day.  For VBM, we know daily how many are mailed, how many are returned, how many have signature issues, how many have been tabulated, so those who feel a need to know can do the math.  As for ED ballots, each precinct submits a reports detailing each ballot issued, spoiled, and tabulated.  The ballots are counted in the precincts then the results are transmitted back to our office that evening.  My thought is this idea came from seeing the states that didn't begin counting VBM until election day.  Our canvassing VBM begins early enough for us to usually be completely finished by 7:00 PM on election night.  Only if we are blasted with a huge number of returned VBM ballots on the last day or two will you see a backlog of ballots waiting to be tabulated.  IF that backlog does occur, as I stated earlier, we can devise a report for that occurance.

# VIII. Vote-by-Mail Drop Off Process

1) Voter enters Early Voting location to drop off Vote-by-Mail ballot.

2) Election Worker will take possession of Vote-by-Mail ballot.

3) Verify that the Vote-by-Mail envelope is sealed.

4) Verify the back of the envelope has a signature.

5) Election Worker must log the voter's name, date and time on Vote-By-Mail Custody Log.

6) Election Worker will place Vote-by-Mail ballot into secure drop box.

7) At end of day, Election Worker will fill out Vote-by-Mail Custody Slip and give to Clerk.

8) Election Worker and Clerk open VBM Ballot Box and collect VBM Ballots, placing them in Blue Transport Bag then seal bag.

9) Clerk gives Blue Transport Bag (including custody log, slip and ballots) to Zone Courier at drop off location.



Vote-By-Mail Custody Log

Vote-By-Mail Custody Slip

Exhibit
183
4:21-cv-186-MW/MAF

A. HAYS
Exhibit 15
S. Nargiz 10/6/21

Does no one realize or care how stupid it looks to outlaw video surveillance of the Dropbox in front of the SOE offices when no USPS dropboxes are monitored whatsoever?!!!
Elimination of these is grossly inconvenient for many hundreds of voters.



