League of Women Voters of Florida, Inc.

vs.

Laurel Lee

---

Deposition of:

Craig Latimer

October 11, 2021

---

*Vol 01*

**Legend for Designations:**

Yellow Highlighting = Plaintiffs' Designations
Gray Highlighting = Defendants' Designations
Green Highlighting = Mutual Designations

**Legend for Objections:**

| | |
|---|---|
| "P=" | = Plaintiffs' Objection |
| "D=" | = Defendants' Objection |
| 401/402 | = Relevance |
| 602 | = Foundation / Lack of Personal Knowledge |
| 701 | = Calls for Speculation |
| 802 | = Hearsay |
| C | = Cumulative |
| Form | = Assumes Facts Not in Evidence Argumentative or Vague |

# PHIPPS REPORTING

*Raising the Bar!*

Craig Latimer
October 11, 2021

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:21 cv 186-MW/MAF

LEAGUE OF WOMEN VOTERS
FLORIDA, INC., et al.,

      Plaintiffs,
vs.
LAUREL M. LEE, Florida
Secretary of State, et al.,
      Defendants.

and

NATIONAL REPUBLICAN
SENATORIAL COMMITTEE, et al.,

      Intervenors-Defendants.
_____

ZOOM-VIDEO RECORDED DEPOSITION OF CRAIG LATIMER

Monday, October 11, 2021
11:00 a.m. - 4:04 p.m.

VIA ZOOM

STENOGRAPHICALLY REPORTED BY:

SANDRA L. NARGIZ
RPR, CM, CRR, CRC, FPR, CCR-GA

Job No.  211210

Craig Latimer
October 11, 2021

Page 2

```
 1    APPEARANCES: (All appearing via Zoom.)

 2

 3    ON BEHALF OF THE PLAINTIFF THE LEAGUE OF WOMEN
      VOTERS FLORIDA, INC/LEAGUE OF WOMEN VOTERS OF
 4    FLORIDA EDUCATION FUND, INC.:

 5
         ELIAS LAW GROUP, LLP
 6       15500 New Barn Road, #104
         Miami Lakes, FL 33014
 7       305.823.2300
         BY: FRANCESCA GIBSON, ESQUIRE
 8       fgibson@elias.law
         LALI MADDURI, ESQUIRE
 9       lmadduri@elias.law

10       PERKINS COIE
         1888 Century Park East, #1700
11       Los Angeles, CA  90067
         310.788.3344
12       BY: DANIELLE SIVALINGAM, ESQUIRE
         DSivalingam@perkinscoie.com
13
      ON BEHALF OF CONSOLIDATED PLAINTIFFS NAACP:
14
         COVINGTON & BURLING, LLP
15       850 Tenth Street, NW
         Washington, DC 20001
16       202.662.6000
         BY: BENJAMIN CAVATORO, ESQUIRE
17       bcavatoro@cov.com

18    ON BEHALF OF PLAINTIFFS FLORIDA RISING TOGETHER:

19       ARNOLD & PALMER
         250 West 55th Street
20       New York, NY  10009
         212.836.7159
21       BY:  RYAN D. BUDHU, ESQUIRE
         ryan.budhu@arnoldporter.com
22       JILLIAN WILLIAMS, ESQUIRE
         jillian.williams@arnoldporter.com
23


24


25
```

Craig Latimer
October 11, 2021

Page 3

```
 1   APPEARANCES:  (continued)

 2     ON BEHALF OF THE DEFENDANT SECRETARY OF STATE LEE:

 3
         HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK
 4       2300 N Street, NW, #643A
         Washington, D.C. 20037
 5       202.737.8808
         BY:  KENNETH DAINES, ESQUIRE
 6       kdaines@holtzmanvogel.com

 7     ON BEHALF OF THE DEFENDANT ATTORNEY GENERAL
       ASHLEY MOODY:
 8

 9       OFFICE OF ATTORNEY GENERAL
         PL-01 The Capitol
10       Tallahassee, FL  32399
         850.414.3300
11       BY:  WILLIAM H. STAFFORD, III, ESQUIRE
         william.stafford@myfloridalegal.com
12
       ON BEHALF OF THE DEFENDANT ALACHUA COUNTY
13     SUPERVISOR OF ELECTIONS:

14
         ALACHUA COUNTY ATTORNEY'S OFFICE
15       12 SE 1st Street
         Gainesville, FL 32601
16       352.374.5218
         BY: DIANA JOHNSON, ESQUIRE
17       dmjohnson@alachuacounty.us

18     ON BEHALF OF THE DEFENDANTS BAKER, BAY, BRADFORD,
       CALHOUN, COLUMBIA, DIXIE, FRANKLIN, GADSDEN,
19     HAMILTON, JACKSON, LAFAYETTE, LIBERTY, NASSAU,
       PUTNAM, SANTA ROSA, ST. JOHNS, SUMTER, SUWANNEE,
20     TAYLOR, UNION, WAKULLA, WALTON, WALTON COUNTIES
       SUPERVISORS OF ELECTIONS:
21

22       MARKS GRAY
         1200 Riverplace Boulevard #800
23       Jacksonville, FL  32207
         904.398.0900
24       BY: SUSAN S. ERDELYI, ESQUIRE
         serdelyi@marksgray.com
25
```

Craig Latimer
October 11, 2021

Page 4

 1    APPEARANCES (continued)

 2

      ON BEHALF OF THE DEFENDANTS BREVARD, DESOTO,
 3    FLAGLER, GILCHRIST, GULF, HIGHLANDS, JEFFERSON,
      MADISON COUNTIES SUPERVISORS OF ELECTIONS:
 4

 5       ROPER, P.A.
         2707 East Jefferson Street
 6       Orlando, FL  32803
         407.897.5150
 7       BY: JOHN JANOUSEK, ESQUIRE
         jjanousek@roperpa.com
 8

      ON BEHALF OF THE DEFENDANT HILLSBOROUGH SUPERVISOR
 9    OF ELECTIONS:

10       HILLSBOROUGH COUNTY ATTORNEYS OFFICE
         601 East Kennedy Blvd., Flr. 27
11       Tampa, FL  36602
         813.957.7254
12       BY:  STEPHEN M. TODD, ESQUIRE
         todds@hillsboroughcounty.org
13

      ON BEHALF OF THE DEFENDANT PINELLAS COUNTY
14    SUPERVISOR OF ELECTIONS:

15

         PINELLAS COUNTY ATTORNEY'S OFFICE
16       315 Court Street
         Clearwater, FL 33756
17       727.464.3354
         BY: KELLY L. VICARI, ESQUIRE
18       kvicari@pinellascounty.org

19

      ON BEHALF OF THE DEFENDANT ESCAMBIA COUNTY
20    SUPERVISOR OF ELECTIONS:

21       ESCAMBIA COUNTY ATTORNEY'S OFFICE
         221 Palafox Place, #430
22       Pensacola, FL 32502
         850.595.4970
23       BY: KIA MA'RENE JOHNSON, ESQUIRE
         kmjohnson@myescambia.com
24

25

Craig Latimer
October 11, 2021

Page 5

```
 1   APPEARANCES:  (continued)

 2      ON BEHALF OF THE DEFENDANT BROWARD COUNTY
        SUPERVISOR OF ELECTIONS:
 3
           BROWARD COUNTY ATTORNEY'S OFFICE
 4         115 S Andrews Avenue, #423
           Ft. Lauderdale, FL  33301
 5         954.357.7600
           BY: BENJAMIN SALZILLO, ESQUIRE
 6         bsalzillo@me.com

 7      ON BEHALF OF THE DEFENDANTS GLADES, HARDEE,
        HENDRY, HOLMES, LEVY, OKEECHOBEE COUNTIES
 8      SUPERVISORS OF ELECTIONS:

 9         HENDERSON FRANKLIN STARNES & HOLTE
           1715 Monroe Street
10         Ft. Myers, FL  33901
           239.344.1100
11         BY: STEVEN CONRAD GENDREAU, ESQUIRE
           steven.gendreau@henlaw.com
12
        ON BEHALF OF DEFENDANT OKALOOSA SUPERVISOR OF
13      ELECTIONS:

14         NABORS GIBLIN & NICKERSON
           1500 Mahan Drive, #200
15         Tallahassee, FL  32302
           850.224.4070
16         BY: ELIZABETH ELLIS, ESQUIRE
           eellis@ngnlaw.com
17         KIRSTEN H. MOOD, ESQUIRE
           kmood@ngnlaw.com
18
        ON BEHALF OF THE DEFENDANT VOLUSIA COUNTY
19      SUPERVISOR OF ELECTIONS:

20         VOLUSIA COUNTY ATTORNEY'S OFFICE
           123 West Indiana Avenue
21         Deland, FL 32720
            386.736.5950
22         BY: LONDON LEE OTT, ESQUIRE
           lott@volusia.org
23


24


25
```

Craig Latimer
October 11, 2021

Page 6

```
 1
     APPEARANCES:  (continued)
 2
       ON BEHALF OF THE DEFENDANT PALM BEACH COUNTY
 3     SUPERVISOR OF ELECTIONS:

 4
          PALM BEACH COUNTY SUPERVISOR OF ELECTIONS OFFICE
 5        240 South Military Trail
          West Palm Beach, FL 33415
 6        561.656.6200
          BY: ASHLEY D. HOULIHAN, ESQUIRE
 7        ashleyhoulihan@pbcelections.org

 8
       ON BEHALF OF THE INTERVENOR REPUBLICAN NATIONAL
 9     COMMITTEE/NATIONAL REPUBLICAN SENATORIAL
       COMMITTEE:
10
          SHUTTS & BOWEN
11        200 S. Biscayne Blvd., #4100
          Miami, FL  33131
12        305.358.6300
          BY: FRANK A. ZACHERL, III, ESQUIRE
13        fzacherl@shutts.com

14   ALSO PRESENT:

15     Peg Reese, Hillsborough County
       Mary Helen, Farris, Hillsborough County
16     Kim Acres, Holtzman Vogel
       Gerald Ruiz, Miami
17     Dustin Chase

18

19

20

21

22

23

24

25
```

Craig Latimer
October 11, 2021

Page 7

1                           I N D E X

2    WITNESS                                        PAGE

3    CRAIG LATIMER                                    11

4       Direct Examination by Mr. Zacherl            11
        Cross Examination by Mr. Daines              78
5       Cross Examination by Ms. Madduri             87
        Cross Examination by Mr. Cavataro           151
6       Cross Examination by Mr. Budhu              176
        Redirect Examination by Mr. Zacherl        185
7       Recross Examination by Mr. Daines           190
        Cross Examination by Mr. Todd               193
8
     CERTIFICATE OF OATH                             196
9
     CERTIFICATE OF REPORTER                         197
10
     READ AND SIGN LETTER                            198
11
     ERRATA SHEET                                    199
12

13   (STENOGRAPHER'S NOTE:  All documents were sent to
     Stenographer electronically.  A digital exhibit
14   sticker was placed on the documents which were
     marked during the proceeding.)
15

16                     INDEX OF EXHIBITS

17
     NO.         DESCRIPTION                          ID
18
     1    Talking points for 2021 Legislation        84
19   2    8-30-21 Latimer Statement                  96
     3    4-21-21 News article                      100
20   4    Statement                                 108
     5    Talking Points                            114
21   6    4-22-21 E-mail                            122
     7    3-11-21 E-mail                            131
22   8    FSE Draft Recommendations                 131
     9    FSE Requested Amendments                  135
23   10   LOWV Affidavit                            139
     11   Texts between Latimer, Ramba and Hays      17
24

25

Craig Latimer
October 11, 2021

Page 8

```
 1    The following Zoom proceedings began at 11:00 a.m.
 2          MR. TODD:  Stephen Todd, I represent
 3       Mr. Latimer.
 4          I have a question for you.  By what means
 5       is a video of this deposition being taken?
 6          THE STENOGRAPHER:  It's going to be
 7       recorded through Zoom.
 8          MR. TODD:  I will make a note on the
 9       record, before we get started, I would object
10       to any other means of taking video besides what
11       you just described.
12          MR. ZACHERL:  I represent intervenor
13       defendants.
14          Do counsel agree we can proceed by Zoom?
15       We do agree?
16          MR. TODD:  On behalf of Mr. Latimer, I
17       just agreed to taking the video of this
18       deposition video via Zoom that's authorized by
19       our court reporter, but I would object to
20       taking any other recording of this deposition
21       besides those means.
22          MR. ZACHERL:  I don't know if we have
23       someone from plaintiffs' side to indicate
24       consent.
25          MR. CAVATARO:  For the NAACP plaintiffs, I
```

Craig Latimer
October 11, 2021

Page 9

```
 1   consent.
 2        MS. MADDURI:  For the League of Women
 3   Voters, plaintiffs also consent.
 4        MR. BUDHU:  This is Ryan Budhu for Florida
 5   Rising Together plaintiffs, we consent as well.
 6        MR. DAINES:  For the Secretary of State
 7   defendant, we consent.
 8        MR. STAFFORD:  Florida Attorney General
 9   General consents as well.
10        MR. ZACHERL:  I am Frank Zacherl with
11   Shutts & Bowen, I represent the intervenor
12   defendants.  Good morning, everybody.
13        MR. DAINES:  I am Kenneth Daines with
14   Holtzman Vogel representing the Secretary of
15   State defendant.
16        MR. TODD:  I am Stephen Todd from the
17   Hillsborough County Attorney's Office, I
18   represent the deponent, Mr. Latimer.
19        MR. STAFFORD:  Bill Stafford from the
20   Florida Attorney General's office, representing
21   the Attorney General.
22        MS. MADDURI:  This is Lali Madduri
23   representing League of Women Voters plaintiffs.
24        MR. CAVATARO:  This is Ben Cavataro, I
25   represent the NAAC plaintiffs.  Good morning,
```

Craig Latimer
October 11, 2021

Page 10

 1  everyone.

 2      MR. BUDHU:  This is Ryan Budhu, I

 3  represent the Florida Rising Together

 4  plaintiffs, along with my colleague Jillian

 5  Williams.

 6      MS. LOTT:  London Ott is present on behalf

 7  of Volusia County.

 8      MS. JOHNSON:  Good morning, this is Diana

 9  Johnson on behalf of Alachua County supervisor

10  of elections.

11      MS. VICARI:  Kelly Vicari on behalf of

12  Pinellas County supervisor of elections.

13      MR. JANOUSEK:  Good morning, everybody,

14  Attorney John Janousek on behalf of several

15  supervisors of elections.  For the counties

16  Desoto, Gilchrist, Jefferson, Brevard, Flagler,

17  Highlands, Gulf and Madison.

18      MR. GENDREAU:  Good morning, everyone,

19  Steven Gendreau on behalf of the following

20  supervisors of elections:  Glades, Hardee,

21  Hendry, Okeechobee, and Levy.  Kia Johnson on

22  behalf of Escambia County supervisor of

23  elections.

24      MS. ELLIS:  Elizabeth Ellis on behalf of

25  Okeechobee supervisor of elections.

Craig Latimer
October 11, 2021

Page 11

1          MR. TODD:  I'd also note that Peg Reese

2     and Mary Helen Farris are on the call on behalf

3     of Mr. Latimer:

4          MS. SIVALINGAM:  Danielle Sivalingam also

5     for plaintiffs.

6          MR. ZACHERL:  I think that might be

7     everybody, Sandi.

8          THE STENOGRAPHER:  Would you raise your

9     right hand, please?  Do you swear or affirm

10     that the testimony you are about to give will

11     be the truth, the whole truth, and nothing but

12     the truth?

13          THE WITNESS:  I do.

14          THE STENOGRAPHER:  Thank you.

15  Thereupon,

16                    CRAIG LATIMER

17  having been first remotely duly sworn or affirmed,

18  as hereinafter certified testified as follows:

19                 DIRECT EXAMINATION

20  BY MR. ZACHERL:

21     Q    Good morning, Supervisor Latimer, just

22  what you wanted to do, spend your day with a bunch

23  of lawyers.

24          I represent the intervenor defendants, and

25  this is our opportunity to take your deposition, so

Craig Latimer
October 11, 2021

Page 12

1    we are going to try to plow through it as quickly as

2    we can.  I am known for taking short depositions,

3    and I am hoping we can live up to that here.

4            First, why don't you go ahead and tell us

5    your name and spell it for the record, please.

6        A    Sure.  It's Craig, C-R-A-I-G, Latimer,

7    L-A-T-I-M-E-R, Hillsborough County supervisor of

8    elections.

9        Q    Have you ever been deposed, sir?

10       A    Yes.

11       Q    Under what circumstances and how many

12   times?

13       A    Several hundred times, I spent 35 years in

14   law enforcement.

15       Q    Okay.  All right.  So you know, I am not

16   going to go over the rules.  Let's just try not to

17   talk over each other so the court reporter can write

18   everything down, and please tell me if you don't

19   understand any of my questions.  Okay?

20       A    Yes.

21       Q    Do you understand that you are testifying

22   under oath today?

23       A    I do.

24       Q    Okay.  Have you ever been a plaintiff in

25   any lawsuit in your life other than like -- I don't

Craig Latimer
October 11, 2021

1    need to know about personal injury lawsuits or

2    anything like that, but a plaintiff in any other

3    kind of lawsuit?

4        A    Not that I can think of.

5        Q    And what about as a defendant, have you

6    ever been sued before?

7        A    Yes.

8        Q    Can you describe those cases for us or

9    that case?

10       A    My capacity with the sheriff's office.

11       Q    Okay.  Were those civil rights type cases?

12       A    They ranged from unlawful arrest, so,

13   yeah, and job loss.

14       Q    Got it.  Employment type cases.  Okay.

15            So what did you do to prepare for today's

16   deposition today?

17       A    Met with my attorney several times, a

18   couple hours maybe, read over the cases, I reviewed

19   the interrogatories.

20       Q    Did you look at any documents besides the

21   answers to interrogatories?

22       A    Yeah, I looked at the responses that we

23   gave to the high committee on their survey and

24   looked over some of the other data that we had

25   compiled and e-mails.

Craig Latimer
October 11, 2021

Page 14

1      Q    Other than speaking with your attorney,

2   did you speak with anyone else to prepare for the

3   deposition?

4      A    No.

5      Q    This morning are you taking any medication

6   that might affect your ability to testify?

7      A    No.

8      Q    Okay.  Do you have any medical conditions

9   or anything that would affect your testimony?

10     A    No.

11     Q    Tell me just briefly about your

12   educational background.  Do you have a college

13   degree?

14     A    I do, University of South Florida.

15     Q    When did you graduate?

16     A    1985.

17     Q    What was your degree?

18     A    Industrial technical education.

19     Q    Okay.  And then besides that degree, do

20   you have any other formal education?

21     A    Other than professional affiliations, no.

22     Q    Okay.  Do you hold any professional

23   licenses of any kind?

24     A    No.

25     Q    Okay.  You said -- earlier, I think you

Craig Latimer
October 11, 2021

Page 15

1    said you are retired law enforcement, is that right?

2          A    That is correct.

3          Q    Okay.  How long did you work in law

4    enforcement and where did you work?

5          A    I started at the Tampa Police Department

6    as a crime scene investigator trainee, was there for

7    about two and a half years, and then went to the

8    Hillsborough County Sheriff's Office, where I spent

9    the next 35.

10         Q    How high did you rise up in the ranks

11   there?

12         A    I retired as a major.

13         Q    Okay.  In your current position as

14   supervisor of elections -- and I am sort of the

15   mercenary trial lawyer in this case, okay, so I am

16   not really an election lawyer so you have to bear

17   with me on some of the terminology.  But tell me

18   about your job as supervisor of elections.  How long

19   have you been in that job?

20         A    I first started in the office here as a

21   chief of staff in 2009, and then I was elected to

22   supervisor in 2012 and then reelected in '16 and

23   '20.

24         Q    Okay.  Have you had opposition in the

25   elections that you've participated in since you

Craig Latimer
October 11, 2021

Page 16

1    first took the job?

2         A    In 2012, I had opposition.

3         Q    And since then, no opposition?

4         A    That is correct.

5         Q    Okay.  Had you ever been elected to any

6    office before you were elected to the supervisor of

7    elections position?

8         A    No.

9         Q    Did you have any sort of experience with

10   elections, other than voting obviously, but

11   experience working with elections or education or

12   anything prior to being elected as a supervisor of

13   elections?

14        A    I mentioned I was chief of staff when I

15   came to the office here in 2009 through 2013 before

16   I took office, so I had four years of on-the-job

17   training.

18        Q    And what about besides that, sir, anything

19   else?

20        A    No.

21        Q    Okay.  Can you describe for us what your

22   job is as the supervisor of elections in

23   Hillsborough County?

24        A    Yes, to conduct all of the federal, state,

25   municipal elections within my jurisdiction and also

Craig Latimer
October 11, 2021

1   to maintain the voter rolls, also do voter

2   education.

3        Q    Okay.  In your job, is one of your

4   responsibilities arranging for the sending out of

5   vote-by-mail ballots?

6        A    Yes.

7        Q    Are you responsible for setting up early

8   voting sites?

9        A    Yes.

10       Q    Are you responsible for monitoring the

11   150-foot, I guess they call it a no-solicitation

12   zone or something like that outside of a polling

13   location?

14       A    We have personnel that are assigned to

15   that, yes.

16       Q    Okay.  Are you responsible for setting up

17   drop boxes?

18       A    Yes.

19       Q    Are you the one that makes the decision,

20   or is your office the one who makes the decision

21   regarding the location of drop boxes?

22       A    And following the law, yes.

23       Q    What do you mean by "and following the

24   law;" how does that involve or relate to the

25   locations of these drop boxes?

Craig Latimer
October 11, 2021

1        A     So the drop boxes can be at early vote

2    sites or sites that would qualify to be early vote

3    sites.

4        Q     Okay.

5        A     My four offices.

6        Q     Got it.  And that was one of my questions,

7    you may as well address it now.  So where are your

8    offices in Hillsborough County?

9        A     I have four offices, one in the downtown

10   county center, one out on Falkenburg Road, which is

11   our operations center, actually, and then I have

12   southeast and northwest offices.

13       Q     Okay.  Which one is the main office, the

14   one downtown?

15       A     Actually the elections service center I

16   would say is our main office, that's where

17   everything takes place out here.

18       Q     Okay.  Is that in the Falkenburg location?

19       A     Yes.

20       Q     All right.  In terms of the other

21   responsibilities, I just want to make sure I get an

22   overview.  Is your office responsible for tabulating

23   the ballots after they have been cast?

24       A     Yes.

25       Q     And are you responsible for reporting the

Craig Latimer
October 11, 2021

Page 19

```
 1   results of elections to the -- I guess it's the

 2   state division of elections?

 3        A      That is correct.

 4        Q      And then is -- does your office accept

 5   voter registration forms from third-party voter

 6   registration organizations?

 7        A      Yes.

 8        Q      I think you said this before, but I want

 9   to make sure I get it.  You have never been elected

10   to any other office besides the Supervisor of

11   Elections office, is that right?

12        A      Correct.

13        Q      Are you personally registered to vote in

14   Hillsborough County?

15        A      Yes.

16        Q      Do you know how many registered voters

17   voted by mail in the last election, which I guess

18   would be 2020, in Hillsborough County?

19        A      Yeah, we had I think about 337,800 people

20   voted by mail.

21        Q      Okay.  And then do you also know how many

22   registered voters voted early in the 2020 election

23   in Hillsborough County?

24        A      272,642.

25        Q      That's amazing.  You got good recall
```

Craig Latimer
October 11, 2021

1    there, sir.

2              In 2020, how many days of early voting did

3    Hillsborough County have, do you remember that?

4         A    Yes.  I always offer the maximum number of

5    days for all the elections.

6         Q    Okay.  Okay.  And that would be true,

7    that's your plan for 2022 as well?

8         A    Absolutely.

9         Q    Do you know how many voters voted on

10   election day in Hillsborough County in 2020?

11        A    Almost 107,000.

12        Q    And then if you look at all the -- if you

13   look at all the different ways people voted and all

14   the people who did vote, what was the full -- total

15   turnout, if you know?  And then I would also like to

16   know that as a percentage of the total registered

17   voters.

18        A    That would be 77 percent turnout of all

19   the registered voters is what we had.

20        Q    Do you know what that number is?

21        A    717,000 plus.

22        Q    Okay.  Okay.  Is it your view that in 2020

23   your office provided Hillsborough County voters with

24   adequate opportunities to vote in the 2020 election?

25        A    Yes.

Craig Latimer
October 11, 2021

1      Q      Did you get -- specifically on the

2   vote-by-mail, because that's one of the issues in

3   the case, did you get feedback from your voters

4   regarding the voting by mail in the 2020 election;

5   and if so, what was that feedback?

6      A      I just could give you anecdotal comments

7   about the ease of it and being able to track your

8   ballot back.

9      Q      Did you get any complaints about voting by

10  mail in the 2020 election?

11     A      Anecdotally, yes.

12     Q      What were those complaints?

13     A      That people shouldn't vote by mail because

14  it's not safe.

15     Q      Were they any more specific as to why they

16  didn't think it was safe?

17     A      No.

18     Q      Anything else in terms of complaints

19  besides that in the 2020 election on voting by mail?

20     A      Not that I recall.

21     Q      You personally, when you voted, how do you

22  typically cast your ballot?

23     A      Usually I vote early; I have voted by

24  mail.  I rarely vote on election day because I am

25  pretty busy.

Craig Latimer
October 11, 2021

1    Q    Understood.  Is it your general -- let me

2    ask you this:  Why is it that you voted by mail

3    sometimes and voted in person other times?

4    A    Just the ease of it, voted by mail, and

5    then again, I have kind of rearranged my schedule

6    that I can get around to the early vote sites during

7    early voting, and so I will take advantage at one of

8    the sites and vote early.

9    Q    When you have voted by mail -- let's just

10   go through the last few elections, did you vote by

11   mail in 2020?

12   A    No.

13   Q    How about in 2018 or 2016?

14   A    No.

15   Q    So it would have been earlier than that?

16   A    Yeah, I think in 2008 and maybe '10 or

17   '12.

18   Q    Okay.  Since then, you have always cast

19   your ballot in person early?

20   A    Yes.

21   Q    All right.  I want to ask you a little bit

22   about the lawsuit, I told you I like to get through

23   things, so we are just going to try to move through

24   it.

25        Are you able to tell me -- without

Craig Latimer
October 11, 2021

1   divulging the contents of communications with your

2   lawyer; I don't want to hear what you talked about

3   with your lawyer, but are you able to tell me what

4   this lawsuit is about?

5       A    Which one?

6       Q    These four lawsuits that are pending.  I

7   say "this lawsuit," it's really the consolidated

8   case.

9       A    A variety of things, issues with vote by

10  mail, issues with drop boxes, putting undue burden

11  on people; it's in layman's terms.

12      Q    Understood.  Understood.  Have you read

13  the law that's at issue in this case which we have

14  been referring to as Senate Bill 90?

15      A    Yes.

16      Q    What in your mind does Senate Bill 90

17  address?

18      A    Can you be more specific?

19      Q    Yeah, I can.  That's a bad -- you are

20  right, that's a bad question.  I guess what I am

21  getting to is, how in your mind does Senate Bill 90

22  or did Senate Bill 90 change Florida's election

23  laws?

24              MR. TODD:  Object to the form.

25

Craig Latimer
October 11, 2021

Page 24

1    BY MR. ZACHERL:

2         Q    **You can answer, sir.**

3         A    Okay.  How did it change the election law,

4    is that the question?

5         Q    **Yes, sir.**

6         A    Well, one thing is it now requires someone

7    requesting a vote-by-mail ballot to include a

8    driver's license number, a Florida identification

9    number, last four of your Social.

10        Q    **Right.**

11        A    It also limits it now to one election

12   cycle instead of two.  It also addresses drop boxes

13   and the hours of operation and third-party voter

14   registration organization rules.

15        Q    **Is there any provision of Senate Bill 90**

16   **that you find troubling?**

17        A    Can you be more specific again?  I think I

18   would just be speculating.

19        Q    **Well, is there any -- is there any**

20   **provision in Senate Bill 90 that you object to?**

21        A    I think it's putting a little bit more

22   burden on the voter who wants to vote by mail, also

23   the part about not being able to possess more than

24   two ballots, that will affect me directly.  It seems

25   like I've got a bunch of neighbors that think I am a

Craig Latimer
October 11, 2021

Page 25

```
 1   drop box at my house.  So I won't be able to accept
 2   those anymore.
 3        Q     Right.  Anything else that you find --
 4   that you object to in the law?
 5        A     I was noting things that I thought were
 6   going to be troublesome, not that I totally objected
 7   to it.
 8        Q     Understood.  Understood.  And I am not
 9   trying to put -- I should have said that in the
10   beginning, I am never trying to put words in your
11   mouth; and just like you just did, I appreciate it
12   when you point that out if I have done that.  So
13   don't be shy about doing that.
14             Do you think that any of the provisions in
15   Senate Bill 90, in your mind, are acceptable?
16             MR. TODD:  Object to the form.
17        A     Yeah.  Again, I think that it puts an
18   undue burden on a voter specifically who vote by
19   mail, where we have got somebody that's registered
20   to vote, had been verified by the State that they
21   are who they say they are, they've made a request
22   for vote by mail, and now they are going to have to
23   turn around and rerequest that vote by mail,
24   including additional information as far as a
25   driver's license or last four.
```

Craig Latimer
October 11, 2021

Page 26

1           And I think the example I would use is
2     that most people know the last four of their Social,
3     they don't know their driver's license number.  And
4     that probably we are going to have the driver's
5     license number on file and not the last four.  So
6     it's going to lead to confusion.
7     BY MR. ZACHERL:
8           Q     Okay.  I should know this, but I don't.
9     Has Hillsborough County conducted any elections
10    since Senate Bill 90 became law?
11          A     No.
12          Q     Okay.  Just a general question sort of in
13    response to what you have been saying.  In your
14    opinion, does the State of Florida have a
15    responsibility to ensure that elections in Florida
16    are free, fair and accurate?
17          A     Absolutely.
18          Q     How does your office play a role in
19    ensuring that?
20          A     We are the ones that conduct the election.
21          Q     And is there anything that -- well, that's
22    a bad question.
23          Let me ask a couple more questions about
24    the State first.
25          So is there any way that the State can

Craig Latimer
October 11, 2021

1   ensure free, fair, accurate elections other than by

2   passing statutes, to your knowledge?

3        A    Rules, administrative rules.

4        Q    Any other way?

5        A    Not that I can think of.

6        Q    Okay.  Is it fair to say that the role

7   that your office plays is simply to enforce the laws

8   or the administrative regulations that are enacted?

9        A    We do follow the law and the rules that

10  have been enacted.

11       Q    Okay.  In the legislative process leading

12  up to the enactment of Senate Bill 90, were you

13  involved in that process, sir?

14       A    Yes.

15       Q    Can you describe for us your involvement?

16       A    Yes.  I was the president of the state

17  association during this last year, last election

18  cycle, so I was involved in numerous phone calls and

19  e-mails back and forth with our lobbyists and with

20  Alan Hays, who was the chair of the legislative

21  committee.

22       Q    Did you ever go up to Tallahassee and

23  testify?

24       A    I did not.

25       Q    How was it that you communicated your

Craig Latimer
October 11, 2021

1    views on the law, the proposed law, I guess at that

2    time?

3        A    A lot of it was phone calls, conference

4    calls; there was some in writing, also, talking

5    about different provisions.

6                I think you have to go back to, you know,

7    when this bill was originally introduced, between

8    the House bill and the Senate bill, it did

9    everything from try to wipe out all standing

10   requests for vote by mail that were on file, it had

11   provisions in it that you were going to have to show

12   identification and basically have an affidavit that

13   you were in possession of your spouse's ballot.  So

14   there was a lot of things that we were looking at to

15   try and make sure that we could keep them within the

16   lines.

17       Q    Is it fair to say that as a result of your

18   input, the bill was changed before it became law?

19       A    It is a fair statement.

20       Q    Okay.  Do you feel like you had adequate

21   opportunity to participate in the legislative

22   process?

23       A    Adequate opportunity, I don't know that we

24   were listened to.

25       Q    Okay.  Okay.  I understand.  I guess the

Craig Latimer
October 11, 2021

Page 29

1    Legislature was hearing from a lot of different

2    people and groups during the legislative process, is

3    that your understanding?

4         A    I can't speak to that.

5         Q    Fair enough.  Fair enough.  And then just

6    one other question just generally on the law.

7              Is it always the case that you agree with

8    every -- in your capacity as supervisor of

9    elections, that you agree with every election law

10   that's passed in Florida?

11        A    Can you rephrase that?  I don't understand

12   what you are saying.

13        Q    Yeah.  I mean, it takes me back to when I

14   was a prosecutor many, many years ago and, you know,

15   there was a death penalty in Florida, right, and

16   even if I didn't agree with the death penalty, it

17   was my job to carry it out if it came up.  It never

18   did, knock on wood.

19             But what I am asking is, as supervisor of

20   elections, is it your practice to follow the laws

21   even if you don't agree with them?

22        A    Follow the laws and the administrative

23   rules.

24        Q    Okay.  All right.  And have you always

25   agreed with every law and administrative rule that

Craig Latimer
October 11, 2021

Page 30

 1   has come out since you have been in this job?

 2        A    Probably not.   I can't think of a specific

 3   example right now.

 4        Q    Okay.   Okay.   Let me talk about some of

 5   the specific issues that have been raised in this

 6   litigation, and I am going to ask you for your views

 7   on these.

 8             The first one is the drop boxes.

 9   Obviously you said you know what a drop box is.   Are

10   you able to describe that for us?

11        A    Yeah.   We utilize a large, probably two,

12   two and a half foot by two and a half foot box with

13   a lock on it and a seal, has a slit in the top to be

14   able to put return vote-by-mail ballots in.

15        Q    How does the process in Hillsborough

16   County work for voting by mail, dropping off a

17   vote-by-mail ballot in the drop box?

18        A    So we had drop boxes at all the early

19   voting sites during early voting hours.   And in

20   2020, during the pandemic, I opted to move them from

21   inside the building area to outside, where they

22   could just be a drive up and drop off for

23   contactless voting.

24        Q    Right.

25        A    And we would have tents set up, as long as

Craig Latimer
October 11, 2021

Page 31

1   weather permitted, and had at least two people that

2   would monitor that box.

3        Q    What exactly did you have the monitors

4   doing?

5        A    Protecting the box, making sure that it

6   wasn't getting overflowing with ballots, contacting

7   the office if they needed to get a replacement.

8        Q    You mean a replacement box?

9        A    Yes.

10       Q    Did the monitors and the elections that

11   you've had so far with drop boxes, did they do

12   anything with regard to looking at the ballot to

13   make sure it was signed and sealed or anything else?

14       A    We would encourage the people to make sure

15   you signed and dated your ballot before you drop it.

16       Q    Did the monitors do anything to keep track

17   of each ballot as it went into the box, make a

18   notation somewhere or keep a list or anything like

19   that?

20       A    No.

21       Q    Okay.  And what about at the main site;

22   you mentioned the early voting sites, did you have a

23   drop box at the main site?

24       A    What are you calling the main site?

25       Q    The -- I guess you have early voting at

Craig Latimer
October 11, 2021

Page 32

1    the main sites, that's a bad question, you are

2    right, you are right.  I was thinking of the

3    Falkenburg location.

4              So at all locations, you had early voting,

5    I guess, right?

6         A    All four of my offices had early voting.

7         Q    Got it.  Got it.  Okay.  Like I said, I am

8    really not an election guy, so bear with me, please.

9              Once the ballots were put into the drop

10   box, who would collect them out of the drop box, and

11   then how would they do that and where would they

12   take them?

13        A    Yeah, so a courier would then retrieve the

14   box, bring it back to our office, the sealed numbers

15   would be matched, they would be taken into the

16   secure vote-by-mail area, they would then be put

17   through our Relia-Vote machine to accept and cancel

18   the ability to vote any further.

19        Q    Okay.

20        A    They are time stamped at that point, also.

21        Q    And then where do the ballots go from

22   there?

23        A    Eventually they will go to an opening

24   process, and then --

25        Q    Go ahead.  I'm sorry.

Craig Latimer
October 11, 2021

Page 33

1      A      And then after the opening, it would go

2   to -- first you have signature verification, then it

3   would go to an opening process, then ultimately the

4   ballots would be removed from the envelope in the

5   secrecy sleeve and go to tabulation.

6      Q      The signature verification process, is

7   that something that was done mechanically by a

8   machine, was it done by humans, some combination of

9   the two; how did that work?

10     A      Humans.

11     Q      Did each ballot go through signature

12  verification?

13     A      Yes.

14     Q      Okay.  With regard to the courier that you

15  mentioned earlier, does the courier -- is that a

16  full-time employee of the Supervisor of Elections or

17  is that an outside company?

18     A      Sometimes it's a full-time employee,

19  sometimes it's a full-time temporary employee.  We

20  don't use any other services.

21     Q      Okay.  Okay.  Did you have a schedule

22  where the ballots would be picked up from the boxes

23  at particular times, or did you just, as it filled

24  up, you would empty it out and put it back out?

25     A      I think that the interrogatories contain

Craig Latimer
October 11, 2021

Page 34

1    all that information.  We actually gave the outline

2    from our poll worker training manual on how to

3    request a box if you needed one and when they would

4    be picked up at the end of the early voting day.

5         Q    And I have seen your answers to

6    interrogatories, I am just curious as to what you

7    recall.  Do you remember if there was scheduled

8    collection times to pick up the ballots, or was it

9    something that was done just on an as-needed basis?

10        A    If they didn't need a replacement box

11   because it was overflowing, then they would be

12   picked up at the end of the day, at the end of the

13   early voting hours.

14        Q    Got it.  Okay.  Okay.  In Hillsborough

15   County in 2020, did you have 24-hour drop box voting

16   ability at any of your locations?

17        A    I did at the main office, at the election

18   service center.

19        Q    Was the box monitored by someone 24 hours

20   a day?

21        A    It was ultimately, yes.

22        Q    And who was it that would do that

23   monitoring?  Was it people who worked for your

24   office, full-time employees or temporary election

25   employees, or who was it?

Craig Latimer
October 11, 2021

Page 35

1      A      We had law enforcement and we had

2   temporary employees that worked for the office.

3      Q      Okay.  Why was it that you went to 24-hour

4   staffing to make sure the drop box was monitored at

5   all times?

6      A      That was based on a memo that was put out

7   by the Secretary of State's office, that they

8   interpret the law that we needed to have it

9   physically manned, not just video surveillance.

10      Q      Did you feel comfortable, as a former law

11   enforcement officer, having law enforcement officers

12   do that monitoring?

13      A      Absolutely.

14      Q      Okay.  This is not exactly pertinent, but

15   I am curious, it might be.  For how long has

16   Hillsborough County been using drop boxes?

17      A      I know since 2009.

18      Q      Okay.  So it's been a while.  It's not a

19   recent development.  Has the design of the boxes

20   changed or the manufacturer, how solid they are or

21   anything like that?

22      A      No.

23      Q      All right.  Are you able to tell -- I may

24   know this already.  Was it -- did you have four drop

25   boxes available for the 2020 election, one in each

Craig Latimer
October 11, 2021

1    of the early voting locations?

2         A    I'm sorry, you said four boxes?

3         Q    Yeah.  That's a terrible question.  How

4    many boxes -- how many drop boxes did you have

5    available for voters in the 2020 election?  Let me

6    ask you that.

7         A    I had 26 early voting sites.

8         Q    Okay.

9         A    That included the four offices.  So I

10   would've had a box at every early voting site during

11   early voting hours, and then outside of early voting

12   hours, they would be at the four offices.

13        Q    Okay.  At the four offices, you would have

14   those boxes staffed by someone 24 hours a day after

15   the Secretary of State issued that guidance?

16        A    No, I only had one 24-hour box at the

17   election service center.  The other ones were 8:00

18   to 5:00 basically.

19        Q    Got it.  Okay.  Okay.  Who was it that --

20   well, I guess it would be your office, right; you

21   guys are the ones who selected the locations for

22   early voting, the 26 locations?

23        A    Correct.

24        Q    Okay.  The day before the election in 2020

25   in Hillsborough County, did your office have any

Craig Latimer
October 11, 2021

1    drop boxes available?

2          A     My four offices did.

3          Q     Okay.  What about the other 22 locations,

4    I guess, did you have --

5          A     No.  Early voting was over, we had nothing

6    there.

7          Q     Okay.  Got it.  I am just trying to think

8    what else I have on drop boxes.  Oh, one other

9    thing.

10               In some of the other depositions of

11   supervisors of elections around the state, they have

12   had 24-hour monitoring with cameras.  In

13   Hillsborough County, did you have monitoring with

14   cameras of your drop boxes?

15         A     I did at the 24-hour drop box at the

16   election service center, I have video surveillance

17   on that.

18         Q     Is that still in place today?

19         A     The video surveillance is in place.

20         Q     Okay.  Is that something that was reviewed

21   ever?  Did anybody ever look at the footage, or was

22   it just there in case you needed it if there was

23   some damage or something like that?

24         A     It would have been reactive reviewed.

25         Q     Got it.  Got it.  Do you save the footage,

Craig Latimer
October 11, 2021

1   or does it get taped over after an amount of time?

2        A    We save it for quite a while.

3        Q    All right.  The people that were staffing

4   the drop boxes, were they able to -- in addition to

5   making sure that the ballot was signed and that it

6   was sealed, were they able to give any other

7   assistance to voters like answer questions, provide

8   information, et cetera?

9        A    Sure, yes.

10       Q    Okay.  And did you give training to them

11  on how to do that, or is that just something they

12  would have known as part of their job?

13       A    It would be part of the poll worker

14  training, questions might be -- if I decide I want

15  to vote in person, what do I do with this ballot,

16  things like that.

17       Q    Okay.  If one of your -- and I know this

18  is a hypothetical question and your attorney may

19  object, but I just want to know how it worked.

20            If there was a situation where one of your

21  poll workers who were monitoring the drop box saw

22  that a ballot was not signed, would they tell the

23  voter, hey, your ballot is not signed?

24       A    It was their practice to just speak to the

25  voter and to make sure, is your ballot signed and

Craig Latimer
October 11, 2021

1    dated?

2        Q    Okay.  Would they tell them that it needed

3    to be sealed as well?

4        A    I don't recall that ever being a problem,

5    to tell you the truth.

6        Q    Okay.  Understood.  Understood.  I am just

7    trying to get a sense of how it worked.

8            Did you ever have any feedback from voters

9    on that process of dropping off at the drop box and

10   interacting with the poll workers and whether that

11   was valuable to them or a benefit to them?

12       A    Again, anecdotally, as I mentioned before.

13   Yeah, it was ease of operation, you know; I was able

14   to drive right up, drop my ballot off.

15       Q    I am curious about something, and this

16   again betrays my lack of knowledge about elections,

17   but do you keep track of the -- from election to

18   election, do you keep track of the rejection rate

19   for signatures?

20       A    We do.

21       Q    In 2020, are you able to tell me whether

22   the -- by the way, I should've said this in the

23   beginning, also.  If you don't know an answer, you

24   can just tell me you don't know.  You don't have to

25   know anything.

Craig Latimer
October 11, 2021

Page 40

1              Are you able to tell me, in 2020, whether
2     the vote-by-mail rejection rate for signatures went
3     up or down from the prior election?
4              MR. TODD:  Object to the form.
5         A    It -- from my recollection, it went down.
6     BY MR. ZACHERL:
7         Q    Okay.  And does that mean that more
8     signatures were accepted in 2020 than in the prior
9     election?
10             MR. TODD:  Object to the form.
11        A    That is correct.  And I would attribute
12    that mainly to that there is a remedy in state law
13    now if you fail to sign or your signature doesn't
14    match, to give you an opportunity to correct it.
15    BY MR. ZACHERL:
16        Q    Okay.  Got it.  Okay.  Do you think that's
17    a beneficial change to Florida law to have the --
18    that process where the voter can fix that issue?
19        A    Yes.
20        Q    Is it your view that the people, the
21    presence of the people at the vote-by-mail locations
22    contributed at all to the reduction in signature
23    rejection rates?
24        A    I don't think that's a correlation at all.
25        Q    Okay.  Fair enough.  Just trying to get my

Craig Latimer
October 11, 2021

Page 41

1    mind around it.

2           Couple other scenarios that came in my

3    mind.  One of them is, what would happen if somebody

4    from Pinellas County dropped off a ballot in your

5    county?

6       A    We would make every effort to get it to

7    Pinellas County, or any county for that fact.

8       Q    Okay.  All right.  Would that be something

9    where you would just reject the vote, or was there a

10   formal process for how you would get it to the other

11   county?

12      A    Yeah, if there was time to mail it, we

13   would mail it; and if there wasn't, we would try and

14   arrange to meet halfway or whatever the case may be.

15      Q    Understood.  In your experience, and let's

16   just use 2020 as an example, was it a common

17   occurrence for voters from other counties to drop

18   off their ballots with your office in Hillsborough

19   County?

20      A    I wouldn't call it common, but we did have

21   a handful; actually had some from different states,

22   too.  So go figure.  But quite frankly, I think we

23   received more through the U.S. Post Office that were

24   for other counties delivered to us.

25      Q    Got it.  Okay.  That's interesting.  Were

Craig Latimer
October 11, 2021

1    those deliveries by mail?

2         A    Yes.

3         Q    Okay.  This is a more general question,

4    more related to Senate Bill 90, but is it your view

5    that having poll workers there at the drop boxes and

6    being available to answer questions and help the

7    voters with their ballots, signing, sealing,

8    et cetera, does that provide a benefit to voters in

9    Hillsborough County?

10        A    Absolutely.

11        Q    Okay.  Other than what we have just talked

12   about, are there any other benefits, in your view,

13   to having the drop box staffed with one of your

14   employees or your volunteers besides what we talked

15   about?

16        A    To be fair, we have no volunteers.  Poll

17   workers have to be paid by law.

18        Q    Okay.

19        A    But, yes, I think it also lends to an

20   appearance of security that the voter knew that

21   their ballot was being protected and was going to

22   get back to our office.

23        Q    Got it.  Got it.  Okay.  I am trying to

24   think of what else I have on drop boxes.

25             Oh, in 2020, are you aware of any

Craig Latimer
October 11, 2021

Page 43

1    violations of election law that related to drop

2    boxes in Hillsborough County?

3         A    I am not.

4         Q    In 2020, did you have any instances of

5    vandalism at the drop boxes?

6         A    No.

7         Q    Did you have a concern about vandalism?

8         A    I really didn't because I had people

9    there, and also since they were outside of the

10   polling site, I had the poll deputy that was also in

11   the vicinity or able to observe.

12        Q    Got it.  Okay.  And I may have asked you

13   this earlier, but, you know, this is just a lot of

14   information today, so forgive me.  What feedback did

15   you get from Hillsborough County voters, if any, in

16   2020 with regard to the drop boxes?

17        A    I answered that previously.

18        Q    Okay.  So I will find it.  You don't have

19   to say it again.

20             How does -- how does -- let's talk about

21   the impact of Senate Bill 90 on drop boxes and then

22   we'll move on to the next topic.

23             How does Senate Bill 90 change the law

24   with regard to drop boxes?

25             MR. TODD:  Object to the form.

Craig Latimer
October 11, 2021

Page 44

```
 1      A    Actually, it doesn't change it drastically
 2 because we already had in law that you had to have
 3 drop boxes at the early voting sites.  I think it
 4 did add that you can only have them during early
 5 voting hours, so that would negate having it on a
 6 Monday or Sunday if you didn't have early voting on
 7 Sunday; and then, of course, the additional
 8 information that if one of my people leaves that box
 9 unattended, I can get a 25,000-dollar civil fine.
10 BY MR. ZACHERL:
11      Q    Right.  Right.  Anything else, anything
12 else besides what you just described, to your
13 understanding?
14      A    Not that I can think of at this time.
15      Q    And in 2022, do you still plan on having
16 the same 26 drop boxes that you had in 2020?
17      A    I am losing two of my sites, I am trying
18 to secure some more right now.  But Amalie Arena and
19 Raymond James Stadium won't be available because
20 they are back to having fans in place now.
21      Q    Got it, got it.  That fact, the fact that
22 you are losing two of your sites, that's just
23 related to the economy opening up, it's not related
24 to Senate Bill 90, right?
25      A    That is correct.  And as I said, I am
```

Craig Latimer
October 11, 2021

Page 45

1    looking for replacements, and who knows, I may have

2    27 by the time we finish.

3         Q     Got it.  Got it.  And other than those two

4    locations, are you going to have the same locations

5    in 2022 for drop boxes that you had in 2020?

6         A     Right now, yes, that's barring any

7    unforeseen catastrophes of a site burning down or

8    damage or something that we wouldn't be able to use

9    it, but yes.

10        Q     Understood.  Understood.  Are you going to

11   do anything different in 2022 with regard to

12   staffing and securing the drop boxes than you did in

13   2020?

14        A     No.

15        Q     Are you going to do anything different

16   with regard to collecting the ballots out of the

17   drop box and that process that you described earlier

18   in 2022 than you did in 2020?

19        A     Plan to use the same process.

20        Q     Okay.  Okay.  You mentioned the

21   25,000-dollar fine, and I had forgotten to ask you

22   about that earlier.  As a result of that potential,

23   are you going to do anything different in 2022 than

24   you would have done in 2020 with regard to the drop

25   boxes?

Craig Latimer
October 11, 2021

Page 46

1      A    We're going to make sure that the people
2   unequivocally know that that box can't be left for a
3   single second.
4      Q    Left alone you mean?
5      A    Yes.
6      Q    Okay.  Okay.  I think that's everything I
7   have on drop boxes.  You may have answered this:
8   Has the design of the drop boxes changed since you
9   have been using them in Hillsborough County?
10      A    No.
11      Q    Okay.  All right.  So let's talk about --
12   let's talk about the next topic under the law that's
13   been challenged in this case, which is this issue of
14   line warming.  Do you know what line warming refers
15   to?
16      A    I believe so.
17      Q    What is that, sir?
18      A    It's where people would walk the line and
19   make sure that, you know, if somebody needed an
20   umbrella if they were in the sun or if they needed
21   something to drink, along those lines.
22      Q    In the past, before Senate Bill 90, what
23   has your office done to enforce the 150-foot
24   nonsolicitation zone around your polling locations?
25      A    We have a poll deputy at every site.  Some

Craig Latimer
October 11, 2021

Page 47

1    of the early vote sites actually had two outside to

2    monitor.

3         Q      Anything else?

4         A      I think the -- one beauty of Hillsborough

5    County is in the past and hopefully will continue is

6    that we don't have lines, so there is not a lot of

7    line warming to be done.

8         Q      Got it.  Is that because of all the

9    different ways that people can vote, in your view?

10        A      I believe so.

11        Q      We have heard testimony from other

12   supervisors of elections on this, so I've learned a

13   little bit about it.  Does your office allow people

14   who are not in line to have any interaction with

15   people who are in line within 150 feet of a polling

16   location?

17        A      As I said, we don't generally have lines,

18   number one; but, yes, 150-foot no solicitation would

19   mean that you shouldn't be having any contact with

20   somebody that's in that line, if there is one.

21        Q      Would that be true even with regard to

22   something like handing them water or food?

23        A      Correct.

24        Q      Okay.  Is it your -- I just don't know how

25   it works in Hillsborough, which is a shame because I

Craig Latimer
October 11, 2021

Page 48

 1   actually grew up in Hillsborough; I should know

 2   this, but I don't.

 3            When you have lines, does your staff ever

 4   distribute anything like food, water, umbrellas,

 5   anything to the people who are in line?

 6        A    No.  We do have a process that if somebody

 7   has some type of disability that would burden them

 8   to stand for a while, we'll put a chair up by the

 9   door and then ask the person that's right in front

10   of them to let us know when they get up there, we'll

11   give them a card usually, and then they can give the

12   card and we know that person gets to go in at that

13   point.

14        Q    Okay.  Okay.  In the 2020 election -- I

15   think you answered this -- but is it accurate to say

16   that Hillsborough County did not have any long

17   lines?

18        A    That is 100 percent correct.

19        Q    That's good.  Congratulations.

20            With regard to -- let me ask about Senate

21   Bill 90 and how it impacts this now.  With regard to

22   Senate Bill 90, do you understand the law to

23   prohibit your staff from providing water to voters

24   who are waiting in line?

25        A    I do not.

Craig Latimer
October 11, 2021

Page 49

1        Q        Okay.  Do you -- well, does Senate Bill 90
2   impact your staff's ability to help someone who's
3   having difficulty standing in line, as you described
4   earlier?
5        A        No.
6        Q        Okay.  I am just trying to think of what
7   else I have on the line warming issue.
8                 Are you going to do anything -- are you
9   going to do anything different in 2022 relating to
10  the nonsolicitation zone than you did in 2020 as a
11  result of the passage of Senate Bill 90?
12       A        Senate Bill 90 also places a 150-foot
13  no-solicitation zone around a drop box.  So as I
14  described, I have got drop boxes that are outside of
15  voting sites, so it will add to the 150-foot
16  no-solicitation zone.
17       Q        Okay.  I understand.  I understand.  So
18  you are basically going to have to enforce that zone
19  around all those drop boxes as well, is that what
20  you are saying?
21       A        Correct.
22       Q        Understood.  Understood.  I am just trying
23  to think if there is anything else I have on the
24  line warming issue.  If I think of it, I'll come
25  back to it.

Craig Latimer
October 11, 2021

Page 50

1          Let's talk about -- you mentioned earlier

2     the third-party voter registration organizations,

3     and I know that's one of the provisions that's being

4     challenged in these lawsuits.  First of all, can you

5     tell us what -- just generally what a third-party

6     voting registration organization does?

7          A    They register voters.

8          Q    Do they do anything else besides register

9     voters?

10          A    No, not that I am aware of.

11          Q    Are you able to describe how these groups

12     go about registering voters?

13          A    I personally have never been next to one

14     of them when they were doing it, so I guess the

15     answer would be no.

16          Q    Okay.  In Hillsborough County, and let's

17     just say in the 2020 election, to start off, do you

18     recall having any issues with third-party voting

19     registration organizations?

20          A    Very minor issues.  I know we had some

21     turned in late applications but not late that the

22     person didn't get registered to be able to vote in

23     the election.

24          Q    Okay.

25          A    That's all I can recall.

Craig Latimer
October 11, 2021

Page 51

1      Q      Are you able to recall in the 2020

2   election any allegations of fraud or wrongdoing

3   levied against any third-party voting registration

4   organizations?

5      A      Not in Hillsborough County.

6      Q      Okay.  And my questions are all about

7   Hillsborough, so thank you for that.

8             With regard to the earlier elections,

9   let's say 2018 and 2016, do you recall having any

10   issues other than these occasional late votes that

11   don't result in the vote not being cast?  Any other

12   issues with regard to third-party voter registration

13   organizations in those two elections?

14      A      Yeah, we have in the past had where it

15   appears that people may be fraudulently filling out

16   the application and signing it for the voter, they

17   are already registered, changing parties, things

18   like that.

19      Q      When you -- how does that come to your

20   attention?

21      A      Several ways.  I have had the actual

22   third-party organization come to me and say, we

23   think we had a problem here, here's the applications

24   we are talking about.  And we've had voters that we

25   send them a new voter information card with a change

Craig Latimer
October 11, 2021

Page 52

1  of party, and they are like, I didn't do that.

2      Q    When you get a report like that,

3  regardless of where it comes from, what do you do

4  with it?

5      A    We would contact law enforcement if there

6  was a need for that, and also we are going to notify

7  the State.

8      Q    Who do you -- do you contact the state

9  attorney's office, do you contact the sheriff's

10  office; who do you contact?

11      A    Sheriff's office.

12      Q    Okay.  And then at the State of Florida,

13  who would you contact?

14      A    Division of elections.

15      Q    Okay.  And when you make those contacts,

16  is there a document process where we would be able

17  to see a document record of those contacts?

18      A    I don't have anything available that I

19  recall.

20      Q    Okay.  Is there a particular form that

21  your staff has to fill out, for example, when one of

22  these reports comes in?

23      A    No.

24      Q    Is anybody in your office trained to spot

25  fraudulent voter registration forms?

Craig Latimer
October 11, 2021

Page 53

1      A     Can you be more specific?

2      Q     Yeah.  You are right, that was an awkward

3    question.

4            What I am getting to is, do you provide

5    training to your employees with regard to these

6    voter registration organizations, these third-party

7    groups?

8      A     No.

9      Q     Okay.

10     A     Let me back up.  Yes, we do provide

11   training, in that they have to verify the number of

12   applications, verify the number of the third-party

13   organizations on the registration application.  So,

14   yeah, there is some training.

15     Q     That's what I was anticipating.  Obviously

16   you have these groups bringing these forms in, and

17   it sounds like -- is it fair to say that you track

18   the number of ballots or -- I'm sorry, the number of

19   registrations that you get from each organization?

20     A     Yes.

21     Q     Okay.  Is there a limit, to your

22   understanding, in Senate Bill 90 on the number of

23   registrations that a third-party voter registration

24   organization can bring to your office?

25     A     I don't recall seeing that cap on that.

Craig Latimer
October 11, 2021

Page 54

 1        Q       Do the third-party voter registration

 2   organizations typically bring the registration

 3   applications to your office physically, or do they

 4   mail them in, or how do they get to you?

 5        A       Generally, they are brought in physically.

 6        Q       Do they ever mail them?

 7        A       Yes.

 8        Q       Okay.  And other than keeping track of the

 9   number of registration applications that you would

10   get from one of these groups, does your -- are your

11   employees trained to do anything else with regard to

12   the registration applications they receive?

13        A       Input them into the Florida voter

14   registration system.

15        Q       And then just as a matter of process, what

16   happens after that; once it's inputted into the

17   system, what happens?

18        A       The State will make a match, as I

19   mentioned earlier, on whatever identification is

20   furnished, and then they will send back through the

21   portal to us things are good to go basically.

22        Q       Is it your understanding that these

23   third-party voter registration organizations have a

24   fiduciary responsibility to the voters that they are

25   registering?

Craig Latimer
October 11, 2021

Page 55

1        A    In what regard?

2        Q    Let me ask it differently.  Like I said

3    earlier, if you don't know, it's fine to say you

4    don't.

5             But is it your understanding that the law

6    imposes on third-party voter registration

7    organizations a fiduciary duty to the registrants

8    from whom they are collecting these registration

9    applications?

10       A    SB 90 requires them to tell them how they

11   can vote or how they can register on online and also

12   some statement about that they've got 14 days to get

13   them to my office, and they may be late and some

14   other verbiage that was put into the bill.

15       Q    Right, right.  I am going to ask you about

16   that in a minute.

17            Let me ask you about that now, actually,

18   now that I am thinking about it.  Do you believe

19   that those provisions of Senate Bill 90 that require

20   third-party voter registration organizations to

21   communicate certain things to registrants, do you

22   believe that those provisions are problematic or do

23   you object to them in any way?

24       A    I don't have an opinion on that.

25       Q    Okay.  Have you heard anything from any of

Craig Latimer
October 11, 2021

Page 56

1    your voters with regard to any provisions of Senate

2    Bill 90 as it relates to third-party voting

3    registration organizations?

4         A    Not relating to third-party voter

5    registration organizations.

6         Q    Okay.  And then you mentioned earlier that

7    you had the experience of a third-party voting

8    registration organization turning in their

9    application late.  And I think I heard you say that

10   you are not aware of a situation where that ever

11   resulted in a voter being unable to cast their

12   ballot, is that fair?

13        A    To my recollection, yes.

14        Q    Would that be true for say the last three

15   elections, 2020, 2018, 2016?

16        A    Yes.

17        Q    Okay.  And this is another hypothetical

18   question that your lawyer might object to, but if it

19   were to happen that a third-party voter registration

20   organization turned in an application after the book

21   closing deadline, what would the consequences be?

22             MR. TODD:  Object to that one.

23        A    Again, I think that would call for a lot

24   of speculation.

25

Craig Latimer
October 11, 2021

Page 57

1    BY MR. ZACHERL:

2         Q       Well, in that situation, would the voter

3    be able to vote in that election?

4         A       No.

5         Q       Okay.  To your understanding, would they

6    be able to vote in the next election, based on that

7    registration?

8         A       They will be able to vote when that

9    registration has been verified by the State and

10   accepted.  And they could always vote a provisional

11   ballot, too.

12        Q       That was going to be my next question.  Is

13   it your understanding that they would be able to

14   vote a provisional ballot?

15        A       Yes.

16        Q       And would that count for the election?

17        A       That would be up to the canvassing board,

18   but generally if a person is not duly registered,

19   then they are not going to be voting.

20        Q       Okay.  Do you know what other criteria are

21   used to determine whether a provisional ballot will

22   count for that election?

23        A       Again, that would be up to the canvassing

24   board, whether they accept or reject that

25   provisional ballot.

Craig Latimer
October 11, 2021

Page 58

 1      Q      Is the canvassing board under your

 2   supervision?

 3      A      No.

 4      Q      So do you have anybody on your staff

 5   who -- I am trying to figure out a way to ask the

 6   question that makes sense.  Do you have anybody on

 7   your staff that would be involved in the process of

 8   determining whether a provisional ballot would be

 9   counted?

10      A      I am on the canvassing board as long as I

11   am not on the ballot.

12      Q      Okay.  So besides you, anybody else?

13      A      No, other than the other members of the

14   board.

15      Q      Understood.  Understood.  Yeah.  Do you

16   have other employees that are members of that board?

17      A      No.

18      Q      Okay.

19      A      It's very specific in statute who can

20   serve on the canvassing board.

21      Q      Okay.  I am trying to think if I have

22   anything else on voting registration.  I don't think

23   I do.  If I do, I will come back to it.

24             So let's talk -- you mentioned earlier

25   something else about the vote-by-mail registration

Craig Latimer
October 11, 2021

Page 59

1   only being applicable to one election cycle, as

2   opposed to two election cycles.  Do you remember

3   that?

4        A    Yes.

5        Q    Okay.  And I think you said something

6   about that being more burdensome because now the

7   person has to register for vote-by-mail for every

8   election cycle, is that right?

9        A    And it's an administrative burden on us,

10   too.

11       Q    Well, that's what I was going to ask you

12   about.  How has that provision of Senate Bill 90

13   actually impacted you so far to date?

14       A    It hasn't because right now all of the

15   requests that are on file, all 346,000 of them, will

16   be good through 2022.

17       Q    Okay.  So what you are anticipating is

18   that in 2022 and then going forward, when those

19   expire, you are going to have more work for your

20   people to process those applications every cycle?

21       A    Both processing the application and voter

22   education, mailings to get information out to

23   people.

24       Q    Got it.

25       A    Additionally, we used to have a check box

Craig Latimer
October 11, 2021

Page 60

1   on the back of the envelope that qualified as a

2   written request because it was signed, dated, and

3   they would check the box they wanted to continue to

4   receive vote by mail, and now that would require the

5   additional information we discussed.

6        Q     With regard to voter education -- that was

7   one of the things I meant to ask you earlier about

8   your office -- when there is a change in either the

9   Florida election law or the Florida election

10  regulations, is it your office's practice to educate

11  voters in Hillsborough County on those changes?

12       A     If it's going to impact the voter,

13  absolutely.

14       Q     Okay.  That's a fair point.  What sort of

15  voter education efforts does your office undertake

16  to do that education?

17       A     We specifically have a voter's guide that

18  we publish with up-to-date information on the three

19  ways to vote, how to register to vote, how to

20  request a vote-by-mail ballot.

21             We also do a monthly newsletter that we

22  get out, speak to different groups, use social media

23  as best as we can, and also get word out to the

24  media so that we can get whatever changes are taking

25  place that they can reiterate.

Craig Latimer
October 11, 2021

Page 61

1    Q    Anything else that you can think of?

2    A    Not that I can think of right now.

3    Q    And then this process -- my assumption is

4    this process has been ongoing since you have been

5    the supervisor of elections; in other words, there's

6    always going to be a voter's guide, there's always

7    going to be the monthly newsletter, there's always

8    going to be the outreach to the media for all the

9    elections from 2012 through the present?

10    A    Correct.

11    Q    Okay.  Does your office encourage in those

12    election -- in those educational materials, excuse

13    me, does your office encourage voters to vote by

14    mail or request vote-by-mail ballots?

15    A    Not specifically.  This past election we

16    did due to the pandemic, we wanted to give the

17    people the opportunity so that they didn't feel like

18    they were going to get shut out because they didn't

19    want to go inside a polling site or an early vote

20    site.

21    Q    How was it that you disseminated that

22    information, or how was it that you notified voters

23    of that or advised voters of that?

24    A    For every voter that did not have a

25    request for a vote-by-mail ballot on file, we mailed

Craig Latimer
October 11, 2021

Page 62

1    a piece to them talking about how they could get

2    vote-by-mail and, of course, how they could early

3    vote and election day.  And that information is also

4    included with every voter information card that's

5    sent out.

6         Q    Okay.  Okay.  This may have been because

7    of the pandemic, but I am just curious about the

8    statistics.  Did you find that more voters requested

9    a vote-by-mail ballot in the 2020 election cycle

10   than in prior cycles?

11        A    Absolutely.

12        Q    The way -- this is -- again, I am not an

13   election guy, so bear with me.

14        A    That's okay, I am not an attorney.

15        Q    Say again?

16        A    I am not an attorney.

17        Q    We'll do it together, we'll get through

18   this.  The reason I am saying that is I need to

19   understand how the cycles work.

20             So before Senate Bill 90, if somebody had

21   requested a vote-by-mail ballot in 2020, would that

22   request still be good for the 2022 election?

23        A    It depends.  When a person makes a

24   request, they can request it for a specific election

25   or they can request it through the next two general

Page 63

1    elections.

2         Q    Okay.  So if they had requested it through

3    the next two general elections, then the request

4    would still be good for the 2022?

5         A    Correct.

6         Q    If they had done that, would your office

7    still send them a vote by mail -- let me ask it

8    differently.

9              For the people who only requested it for

10   one election cycle, would you send -- in 2020, would

11   you send in 2022 a vote-by-mail ballot to them even

12   if they had not requested it?

13        A    Absolutely not.

14        Q    Okay.  All right.  I am just trying to

15   think of what else on the vote-by-mail I want to ask

16   you.

17             How does the process -- I know that we

18   have this in my class-action practice in trying to

19   track people down who move.  How does the process of

20   a voter changing addresses impact the vote-by-mail

21   process in Hillsborough County, to your knowledge?

22        A    We have a pretty transit area here and

23   people are moving all the time, so I've always used

24   the estimate that annually we'll probably deal with

25   about 40,000 people that have moved.  Just off the

Craig Latimer
October 11, 2021

1   top of my head -- and this is -- I am not saying

2   this is totally accurate -- I think we had about

3   10,000 vote-by-mail ballots that were returned

4   undeliverable because the people had a forwarding

5   address and you can't forward that ballot, or some

6   other national change of address that had taken

7   place.  That was out of 447,000 ballots we sent, I

8   think.

9        Q    With those ballots, would you -- your

10   office send them out to the new address on the

11   change address form yourself?

12        A    No, it cancels it at that point.  The

13   person would have to rerequest.

14        Q    Okay.  What about -- you know, what about

15   people who move from one county to another county;

16   when somebody moves say from Hillsborough County to

17   Pinellas County, do they have to register to vote in

18   Pinellas County?

19        A    Yes.

20        Q    Once they are in --

21        A    Excuse me, they don't have to register,

22   they just have to update their address if they are

23   already registered.

24        Q    Okay.  All right.  That's what I was

25   wondering.  So if somebody in Hillsborough County

Craig Latimer
October 11, 2021

Page 65

1    moved to Pinellas County and they didn't update

2    their address, would they be -- and somehow they got

3    the ballot, vote-by-mail, would they be eligible to

4    vote in Hillsborough County?

5         A    If someone moved to Pinellas County, that

6    ballot would not have gotten to them because you

7    can't forward vote-by-mail ballots.

8         Q    Okay.  So that's pretty much impossible

9    unless, I guess, the resident who got it hands it to

10   them or something like that, right?

11        A    Correct.

12        Q    Okay.  I got it.  For the returned

13   ballots, other than what you described, is there

14   anything that your office does to ensure that the

15   voter gets the vote-by-mail ballot?

16        A    You said for the returned ballots, so you

17   lost me.

18        Q    Returned as undeliverable, I'm sorry, for

19   the vote-by-mail ballots that were returned as

20   undeliverable.

21        A    No, not at that point.  When you are

22   talking middle of an election, we are down to crunch

23   time there, we don't even have time to go through

24   those 10,000 ballots to see what the address change

25   is on them at that point.

Craig Latimer
October 11, 2021

Page 66

1          Q     Okay.  All right.

2               MR. ZACHERL:  So we have been going for

3          about an hour, and I actually don't have that

4          much more.  As I told you, I take pretty short

5          depositions.  I would like to take a bathroom

6          break if it's okay with everyone; but if it's

7          okay with everyone, I would like to just finish

8          my questioning before we break for lunch.  Is

9          that okay with you guys?

10              MR. TODD:  Sure.

11              MR. ZACHERL:  Okay.  So let's take just --

12         we'll come back at 12:20.  That's eight minutes

13         from now.  Then I will finish up and then we

14         can take a lunch break.  Is that okay?

15              MR. TODD:  That's fine.

16              MR. ZACHERL:  Okay.  Thank you.

17              (A recess took place from 12:12 p.m. to

18         12:20 p.m.)

19    BY MR. ZACHERL:

20         Q     Supervisor Latimer, you are still under

21    oath, sir.  We are just going to talk about the

22    ballot harvesting provisions.

23              I had a look at my notes during the break,

24    and I am not sure I have much more to go.  But I

25    want to ask you about Senate Bill 90's changes to

Craig Latimer
October 11, 2021

Page 67

1    that law.

2              So first of all, can you just tell us what

3    ballot harvesting is, if you know?

4         A    I am not certain I know.

5         Q    Are you familiar with the process of one

6    person returning signed ballots to your office for

7    other people?

8         A    I didn't understand that.

9         Q    Well, you mentioned earlier -- you are

10   right, these are terrible questions.

11             You mentioned earlier that in your case

12   that a provision that a person could not take more

13   than two ballots back was going to affect you

14   personally because you are sort of a de facto drop

15   box for people that you know.  So that's what I

16   was -- that's what I am referring to by ballot

17   harvesting.  That's a term of art within this world.

18             But are you familiar with the practice of

19   one person returning the votes of other people in

20   Hillsborough County?

21        A    So if we can go back a minute, I have read

22   some stuff about ballot harvesting, and my

23   understanding is that that occurs when a person is

24   giving an unmarked and not sealed ballot in an

25   envelope to another individual.

Craig Latimer
October 11, 2021

Page 68

1        Q     Okay.  Got it.  That may be accurate in
2   terms of what the term actually means.  I was just
3   curious what your understanding of it was and you've
4   clarified that.
5        A     I think there was a case out of North or
6   South Carolina where that was occurring, they
7   actually ended up reversing the election or undoing
8   the election.
9              And back to your original question, I am
10  not aware of anybody collecting unmarked open
11  ballots in Hillsborough County.
12       Q     That was one of my questions.  Are you
13  familiar in Hillsborough County with -- or does it
14  happen in Hillsborough County, let's ask it that
15  way, that you have one person who returns the votes
16  of other people to your office?
17       A     Yes.  Anecdotally I've seen people that
18  have brought their neighbors', they might live in an
19  apartment complex and they bring five or six
20  neighbors' ballots in and drop them off, too.  I
21  have seen people anecdotally with more than two
22  ballots.  I don't know if it's their immediate
23  family member or who it is.
24       Q     Is it your understanding that under Senate
25  Bill 90, a person can only return nonfamily members'

Craig Latimer
October 11, 2021

Page 69

1    ballots up to an amount of two, in addition to their

2    own ballot?

3         A     That's correct.  The way I understand it

4    is you can bring as many immediate family and your

5    own ballot, and then you can possess no more than

6    two per election of nonfamily members.

7         Q     Now, on this issue, prior to the enactment

8    of Senate Bill 90, was there any limit on the number

9    of completed ballots that a person could return for

10   nonfamily members?

11        A     Not that I am aware of.

12        Q     Prior to the enactment of Senate Bill 90,

13   did your office keep any statistics or keep track of

14   circumstances where one person would return other

15   people's ballots?

16        A     No.

17        Q     Okay.  Now let's talk about after Senate

18   Bill 90.  Since the enactment of Senate Bill 90, is

19   your office going to do anything to track people who

20   return other people's ballots?  And by that --

21   that's a bad question, I know, but what I mean is,

22   if I bring in a ballot for myself and then I bring

23   in a ballot for my buddy Joe and my buddy Steve,

24   will you write down somewhere that Frank Zacherl

25   brought in ballots for these other two people?

Craig Latimer
October 11, 2021

Page 70

1       A    No.

2       Q    **Are you going to keep any records of me in**

3    **that circumstance bringing ballots for other people?**

4       A    I don't believe that's required in the

5    statute.

6       Q    **The reason I am asking is, in Hillsborough**

7    **County, since the enactment of Senate Bill 90, would**

8    **it be possible for someone to bring in other**

9    **people's ballots two at a time, so they come in**

10   **multiple times and they bring in -- they come in**

11   **five times, two ballots each time, so they've**

12   **returned 10 ballots of nonfamily members, would that**

13   **be possible in Hillsborough County under your**

14   **current plans for how to administer the elections**

15   **going forward?**

16      A    That would call for speculation and a

17   hypothetical situation that we haven't encountered

18   in an election yet.

19      Q    **What I'm asking, though, is your office**

20   **planning on doing anything to prevent that**

21   **circumstance from occurring?**

22      A    I don't believe the statute requires that.

23      Q    **Okay.  Okay.  So that's -- you're not**

24   **going to do anything to prevent that from happening?**

25      A    You know, I don't know whether you are

Craig Latimer
October 11, 2021

1    bringing a family member's, and I don't know who

2    your immediate family members are by name.  There is

3    no enforcement or checks and balances on that in the

4    statute.

5         Q    Okay.  Okay.  Prior to Senate Bill 90, you

6    have mentioned a number of times anecdotal reports

7    from voters, and that's what I am referring to now,

8    Supervisor Latimer.  But did you ever hear any

9    voters in your county comment or provide feedback

10   that they were relying on other people to return

11   their ballot for them?

12        A    Anecdotally, yes, I have had people tell

13   me that my neighbor is going to bring my ballot back

14   for me or my neighbor brought my ballot back for me.

15        Q    Has anybody from the Hillsborough County

16   voting community, I guess, or voters in Hillsborough

17   County, since Senate Bill 90 has been enacted, have

18   you gotten any feedback from voters in Hillsborough

19   County about this provision of Senate Bill 90?

20        A    Not that I recall.

21        Q    Okay.  Excuse me, let's talk about 2020

22   just to start as an example.  I am trying to

23   understand how it happened before and after Senate

24   Bill 90.

25             Did you have volunteer groups or other

Craig Latimer
October 11, 2021

1    groups in Hillsborough County that would collect

2    ballots and return them to your offices?

3         A    I don't have any information on that.

4         Q    Prior to 2020, did your office -- or prior

5    to Senate Bill 90, so this would be applicable in

6    the 2020 election, did your office have any

7    requirement that a group that was going to do that,

8    return other people's ballots, register their

9    organization with your office?

10        A    No.

11        Q    Okay.  Since Senate Bill 90 was enacted,

12   do you have any plans to require any registration

13   like that going forward?

14        A    I don't recall seeing anything like that

15   in the statute.

16        Q    Okay.  Okay.  I am just trying to think

17   what else I have on this ballot harvesting issue.

18   You are doing a good job of getting right to it, so

19   we are going quickly.

20        A    I am going to have to stop doing it.

21        Q    Yeah, we booked a while, but I think I

22   told your counsel back when I just don't take very

23   long depositions.  I have a good sense of your

24   testimony now.

25             Did you ever have a circumstance where --

Craig Latimer
October 11, 2021

Page 73

1    and this is prior to the enactment of Senate

2    Bill 90.  Did you ever have a circumstance where one

3    of these groups that returns ballots returned them

4    late so that they couldn't be counted?

5         A    Not that I am aware of.

6         Q    Okay.  Are you familiar -- let's just say

7    in the last three elections -- well, let's go back

8    to when you became supervisor in 2012.  Are you

9    familiar with any fraud in Hillsborough County that

10   is related to this ballot harvesting that we have

11   been discussing?

12        A    I am not.

13        Q    Are you familiar or are you aware of any

14   criminal prosecutions or criminal charges that were

15   made or alleged in Hillsborough County regarding

16   this ballot harvesting we have been talking about?

17        A    No.

18        Q    Okay.  All right.

19             MR. ZACHERL:  I think that is all the

20        questions I have for you, sir.  If you can just

21        give me a minute -- I did go over my notes

22        prior to getting back on the record.  Seems

23        like I made one note.  Just give me a minute.

24             No, I think I have asked you everything I

25        needed to ask you.  Let me ask just a couple

Craig Latimer
October 11, 2021

1       general questions.

2    BY MR. ZACHERL:

3        Q    Is there anything that we haven't talked

4    about that you take issue with in Senate Bill 90?

5        A    Not that I can think of.

6        Q    Okay.  And is it your contention -- let me

7    ask you this:  You are not a plaintiff, but do you

8    believe that any of the provisions of Senate Bill 90

9    should be stricken as unconstitutional?

10            MR. TODD:  Object to the form.

11       A    I wouldn't speculate on that.

12    BY MR. ZACHERL:

13       Q    All right.  And is it going to be an undue

14    hardship on your office to implement the provisions

15    of Senate Bill 90?

16       A    As I stated before, it's going to cause a

17    tremendous administrative burden on our office with

18    just having to process these things every cycle, as

19    opposed to every two cycles, and the additional

20    information that's required that we have to verify,

21    so it will cause an administrative burden.

22       Q    Anything else besides that?

23       A    Not that I can think of.

24       Q    And then there was questioning of another

25    supervisor of elections deposition about the law.

Craig Latimer
October 11, 2021

1    Is it your understanding that the law in Florida

2    previously was that you had to renew vote by mail

3    every election cycle, and then they changed it in

4    Tallahassee to be every other election cycle, and

5    now they've changed it back to where it originally

6    was, are you aware of that?

7         A    I am.  I believe that was in 2011 that

8    they changed it back to one cycle, and then the next

9    year they changed it right back to two cycles.

10        Q    Okay.  Okay.  Based on that experience,

11   did you see any additional administrative burden

12   when you went to the one cycle?

13        A    Absolutely.  Number one, it wiped out

14   everything that we had on file at that point --

15        Q    Right.

16        A    -- the election which -- and ironically,

17   we had a city of Tampa election right after that,

18   and I think we started with like a hundred people

19   that had requests on file from several hundred

20   thousand.  So it took my communications team a lot

21   of effort and work to build that back up.

22        Q    Right.  Right.

23             MR. ZACHERL:  I don't have any other

24        questions for you right now.  I am pretty sure

25        that others on the Zoom might have questions,

Craig Latimer
October 11, 2021

Page 76

 1    Supervisor.  But thank you very much for your

 2    time this morning and I hope this wasn't too

 3    painful.

 4         THE WITNESS:  Thank you.

 5         MR. TODD:  Just kind of taking a survey,

 6    who else is going to be questioning this

 7    witness?

 8         MR. DAINES:  I will be for the Secretary

 9    of State.

10         MR. TODD:  Dan, you got any questioning?

11         MS. MADDURI:  I will be questioning for

12    the League of Women Voters plaintiff.

13         MR. TODD:  We have three attorneys for

14    questioning.

15         MR. CAVATARO:  I will be questioning for

16    NAACP plaintiffs.

17         MR. TODD:  So we have four.

18         MR. BUDHU:  Sorry, this is Ryan Budhu for

19    the Florida Rising plaintiffs, I will also be

20    questioning briefly.

21         MR. TODD:  Have y'all predecided who is

22    going to be questioning first, second, third,

23    fourth?

24         MS. MADDURI:  I will be going first for

25    the plaintiffs.

Page 77

1          MR. TODD:  Okay.  Very good.  What is your

2     consensus regarding a break for lunch, we need

3     one?  We just dive right in?

4          What's the witness' pleasure?  Craig, you

5     want a break?

6          THE WITNESS:  Yeah, I will take a break

7     for lunch and we'll come back at it then.

8          MR. TODD:  How long do we need?

9          THE WITNESS:  Twenty minutes, thirty

10    minutes.

11         MR. ZACHERL:  How about one o'clock?

12         MR. TODD:  One o'clock works.

13         MS. MADDURI:  One o'clock, will the

14    representative from the Secretary of State

15    begin, or did you want me to go then?

16         MR. DAINES:  That was my preference, if

17    that's okay.  I just have a few follow-up

18    questions to the questions that have already

19    been asked.

20         MS. MADDURI:  That's fine with me.

21         MR. ZACHERL:  We'll see you guys at 1:00.

22    Thank you.

23         (A recess took place from 12:36 p.m. to

24    1:00 p.m.)

25         MR. DAINES:  I am also joined here by Kim

Craig Latimer
October 11, 2021

Page 78

```
 1          Acres from Holtzman and Vogel, she is my

 2          colleague who will be assisting with just one

 3          or two quick exhibits.  I really don't have

 4          that many -- I don't have too many follow-up

 5          questions from what have already been asked so

 6          far.

 7               But thank you, Supervisor Latimer.

 8                    CROSS EXAMINATION

 9     BY MR. DAINES:

10          Q    As a reminder, I represent defendant

11     Secretary of State Lee.  And if you ever need to

12     take a break or if you don't understand any of the

13     questions I am asking, please don't hesitate to let

14     me know.

15               You understand that you are still under

16     oath at this time?

17          A    I do.

18          Q    Thank you, by the way, for your helpful --

19     I thought that your testimony was very helpful in

20     helping us understand how the process works in

21     Hillsborough County.

22               So as I understand your testimony, you

23     said that Hillsborough has -- well, let's talk

24     specifically about 2020 elections.  Hillsborough had

25     26 drop box locations, including 22 early voting
```

Craig Latimer
October 11, 2021

Page 79

1    sites that you mentioned, correct?

2         A    So all four of my offices are early voting

3    sites, also.

4         Q    Okay.

5         A    So 26 total early voting sites and then

6    four offices after early voting hours.

7         Q    Gotcha.  And so that makes for a total of

8    26 drop boxes that -- one for each of those sites,

9    is that correct?

10        A    Correct.

11        Q    Okay.  And you mentioned that only the

12   election service center location was a 24/7 drop

13   box, meaning that that was the only one where

14   ballots could be deposited 24 hours a day throughout

15   the week, is that correct?

16        A    That is correct.  We had a slot installed

17   through our front facade so that it was a secure

18   24-hour drop box.

19        Q    And after normal voting hours at the

20   election service center, you mentioned that law

21   enforcement at that point continued monitoring that

22   drop box, is that correct?

23        A    I had a mix of law enforcement and

24   employees.

25        Q    Employees, okay.  Would you say that was

Craig Latimer
October 11, 2021

1    unduly burdensome for your office to have that drop

2    box monitored in that way?

3        A    I had video surveillance on it, so I

4    wasn't really concerned with it.  But it cost us a

5    lot of money.

6        Q    Okay.  Would you say that it was feasible

7    to offer that option to your voters?

8        A    The 24-hour drop box?

9        Q    Yes.

10        A    Yes.  I wanted to give any available

11    opportunity for a voter to return their ballot.

12        Q    Okay.  Great.  As I recall -- and this is

13    just making sure that I am clear on testimony that

14    you have given, you said that SB 90 didn't change

15    your county's procedures for drop boxes drastically,

16    with the exception of the 25,000-dollar penalty that

17    you said will require more careful monitoring, is

18    that accurate?

19        A    That is correct.

20        Q    Okay.  And I recall that you said that

21    drop boxes are currently only available at your

22    22 -- so let me -- sorry, let me back up.  Strike

23    that.

24            So during early voting hours, your drop

25    boxes are available at all 26 locations, is that

Craig Latimer
October 11, 2021

Page 81

1    correct?

2        A    That is correct.

3        Q    But I also recall you saying that for 22

4    of the -- of the 26, which are the 22 -- or sorry,

5    strike that.

6            So for 22 of the locations, I believe you

7    said that they are not available during the day or

8    two before an election for early voting.  Could you

9    clarify?

10       A    Yes.  I use the maximum number of days for

11   early voting, 14 days, it takes me through that last

12   Sunday before the election.  So on Monday and

13   Tuesday, there is no drop boxes at early vote sites.

14   The only drop boxes are at my four offices.

15       Q    Okay.  And that was for the -- you said

16   for the Monday and the Tuesday, Tuesday being the

17   election day?

18       A    Correct.

19       Q    Okay.  Now, that was the way that you did

20   it prior to the enactment of SB 90, correct?

21       A    Correct.

22       Q    So that was the way that you did it in the

23   2020 elections.  How about the 2018 elections?

24       A    Same way.

25       Q    So it's safe to say that the practice of

Craig Latimer
October 11, 2021

Page 82

1   not having those 22 sites open during the Monday and

2   the Tuesday before an election was not something

3   that -- was not something you did in response to

4   SB 90?

5       A   Can you try that again?  Restate that,

6   please.

7       Q   In other words, you were doing -- you were

8   keeping those drop boxes closed on those two days

9   prior to SB 90, correct?

10      A   Correct.

11      Q   So SB 90 had nothing to do with the

12  decision to not have those drop boxes open on those

13  two days?

14      A   I have never had them open except during

15  early voting.

16      Q   You mentioned that you think the

17  requirement to provide a driver's license number or

18  the last four digits of a Social Security number is

19  burdensome on voters requesting a vote-by-mail

20  ballot.  Do you recall that testimony?

21      A   I do.

22      Q   And I was just wondering, is that based on

23  something that voters have communicated to you

24  personally or to your staff?

25      A   We have talked about it internally, that

Craig Latimer
October 11, 2021

Page 83

1    it's going to cause the interaction with the voter,

2    they are going to have to come up with that driver's

3    license number or the last four of their Social,

4    whichever one we can verify.

5              In addition, I talked about that we had

6    the check box on the back of the return envelope for

7    vote by mail and we'll no longer do that because I

8    am not going to have a spot there for somebody to

9    post their driver's license number or last four of

10   their Social with their signature.

11        Q    Right.  But I guess what I am asking is,

12   do you have any reason or evidence to believe that

13   it will be burdensome to voters, or are you

14   speculating?

15        A    I am speculating at this point, we haven't

16   had an election.  Everybody is still good until

17   2022.

18        Q    Gotcha.  And relatedly, have any of your

19   constituents indicated to you that SB 90 will

20   prevent them from being able to vote in future

21   elections?

22        A    I don't have any information of that.

23        Q    You haven't heard anybody tell you that as

24   a result of the provisions that we've discussed

25   today, that they won't be able to access the ballot?

Craig Latimer
October 11, 2021

Page 84

1      A      That is correct, I have not heard that at

2    all.

3      Q      Okay.

4             MR. DAINES:  Kim, if we could pull up what

5             I have called Exhibit B, which is three talking

6             points for the 2021 legislation.

7             And we will -- if we could have this

8             marked as Exhibit 1 for the record.

9             (Exhibit 1 was marked for identification.)

10   BY MR. DAINES:

11     Q      Kim is going to share that in the chat.

12   Supervisor Latimer, do you have that exhibit in

13   front of you by chance?

14     A      I do.

15     Q      Do you recognize -- well, let me first

16   represent that this is a document your office

17   produced in response to request for production in

18   this litigation.

19            Do you recognize these talking points?

20     A      I do.

21     Q      Who prepared them?

22     A      Along with my chief communication officer,

23   Jerry Cramer, and myself.

24     Q      Feel free to review them if you need to,

25   but I am wondering if you -- as you sit here today,

Craig Latimer
October 11, 2021

Page 85

1    if you agree with these talking points?

2              MR. TODD:  Object to the form.  Time

3        frame.

4         A   I do agree with them.

5    BY MR. DAINES:

6         Q    Okay.  You mentioned in your earlier

7    testimony that SB 90 changed as a result of the

8    input of the state association, FSE.  Do you recall

9    that testimony?

10        A   I do.

11        Q    I wonder if -- I wonder if we can look at

12   this first talking point that says that,

13   "Supervisors of elections worked throughout the

14   legislative session to make sure legislators

15   understood the impact their proposals would have on

16   voters and were successful in preventing some of the

17   most onerous proposals from making it into

18   legislation, including canceling vote-by-mail

19   requests that are currently on file and removing

20   drop boxes altogether."

21              Is that an accurate description of what

22   took place prior to the enactment of SB 90 into law?

23        A   I think it is, yes.

24        Q    How long did you personally spend talking

25   to legislators about the impact of SB 90, if you can

Craig Latimer
October 11, 2021

Page 86

1   recall?

2       A    I spent very little time speaking to

3   legislators.  All of our work was done through our

4   lobbyist, Dave Ramba, and our legislative committee.

5       Q    And is it fair to say that those

6   individuals spent a good amount of time talking with

7   legislators about the impact of SB 90?

8       A    I would let them testify to that.

9       Q    Okay.  Based on your knowledge as

10  president of FSE and as a supervisor who is heavily

11  involved with FSE, do you believe that the efforts

12  of the Florida supervisors of elections played any

13  role in shaping the final version of SB 90 that

14  became law?

15      A    As I stated there, we were able to prevent

16  some of the most onerous proposals from making it

17  into the legislation.

18      Q    So isn't it true, then, that the

19  Legislature responded to these particular concerns

20  expressed by the supervisors and resulted in a bill

21  that you were happier with?

22      A    From my understanding, there was more than

23  just the supervisors that were providing input on

24  some of the onerous proposals.

25      Q    Right.  So would you say, then, that the

Craig Latimer
October 11, 2021

Page 87

1    input of the supervisors, though, resulted in a bill

2    that you personally were happier with?

3         A    I think it resulted in us getting a lot of

4    things removed that were contemplated by the

5    Legislature that would have been extremely difficult

6    to deal with on our end.

7         Q    That makes sense.  And you believe that

8    the later version was more favorable to voters than

9    the earlier iteration that you talked about before?

10        A    Yes.

11        Q    Okay.  Just one last question.  From your

12   perspective, is even one fraudulent vote in your

13   county too many for an election?

14        A    Absolutely.

15             MR. DAINES:  If I could just have two

16   minutes to make sure -- to check my notes.  Can

17   we go off the record for two minutes?

18             (Short pause.)

19             MR. DAINES:  I don't have any further

20   questions, so thank you, Supervisor Latimer.

21             THE WITNESS:  Thank you.

22             MR. TODD:  Is it Ms. Madduri next?

23             MS. MADDURI:  Yes.

24                  CROSS EXAMINATION

25

Craig Latimer
October 11, 2021

1    BY MS. MADDURI:

2        Q    Good afternoon, Supervisor Latimer, my

3    name is Aldi Madduri and I represent some of the

4    plaintiffs in one of the four cases that we are

5    having this deposition in today.  That's the League

6    of Women Voters plaintiffs.

7                I would start by just talking about the

8    FSE.  What is the FSE?

9        A    It's a statewide association of the

10   supervisors of elections.

11       Q    What is the FSE's mission or purpose?

12       A    I will read it to you if you would like.

13       Q    Or if you want to just summarize what you

14   understand it to be, that works for me.

15       A    The mission statement is, "The FSE exists

16   to assist its members in conducting fair, honest and

17   accurate elections by providing continuing education

18   and certification programs that encourage the

19   highest level of professionalism; to assist Florida

20   citizens become better informed about voting and be

21   prepared to participate in the electoral process;

22   and to create a forum where the Supervisors can

23   regularly express their joint opinions on important

24   election issues."

25       Q    You said it has members.  Are the members

Craig Latimer
October 11, 2021

Page 89

1    the supervisors of elections in Florida?

2         A    All 67 supervisors of elections belong to

3    the association.

4         Q    Do you have any current role or title in

5    the FSE?

6         A    I am the immediate past president.

7         Q    Okay.  So then recently you were the

8    president?

9         A    That is correct.

10        Q    Okay.  Approximately what dates were you

11   in that role?

12        A    From June of 19 -- or '20 to June of '21

13   basically.

14        Q    Okay.  So you were president during the

15   2020 August primary election?

16        A    Yes.

17        Q    As well as the general election in 2020?

18        A    Yes.

19        Q    And you were also the president as SB 90

20   and related bills were considered and passed by the

21   Florida legislature, is that right?

22        A    Correct.

23        Q    Okay.  Was part of your role as president

24   of FSE to work with other supervisors to understand

25   challenges that folks were facing and to help

Craig Latimer
October 11, 2021

1   resolve those challenges?

2        A    Can you be a little bit more specific?

3        Q    Sure.  Did you work with other supervisors

4   to proactively identify issues that you all faced in

5   administration and then to look for coordinated

6   solutions or look for ways to fix those things or

7   improve elections?

8        A    Yes, as I stated in the mission statement,

9   that's what we are there for.

10        Q    Was there a committee or a working group

11   or something like that dedicated towards SB 90 and

12   related legislation?  I will say when I say SB 90, I

13   am also referring to the House bill, the

14   counterpart, I believe it's 7041.

15        A    Yes, 7041.  We have -- one of the standing

16   committees for the association is the Legislative

17   Affairs Committee.

18        Q    So the Legislative Affairs Committee would

19   have monitored SB 90 and formed, I guess, opinions

20   on that or weighed in on that; I think you mentioned

21   that in some of your previous testimony?

22        A    Yes.

23        Q    What were your duties as president?

24        A    To facilitate the association, make sure

25   that we had good communication, select different

Craig Latimer
October 11, 2021

1    committee members to head up committees.

2          Q    Was there any process to solicit opinions

3    from other SOEs about various issues?

4          A    It's an open forum.  A lot of the issues

5    actually get generated up from other supervisors

6    that -- things that are happening in their

7    jurisdiction or something that they might have seen

8    in the law or something, some trend that's taking

9    place.

10          Q    And have you had any other roles in the

11    FSE besides president and now former president?

12          A    Secretary, treasurer, vice president.  So

13    yes.

14          Q    Okay.  Have you served on any committees?

15    I know you mentioned the Legislative Affairs

16    Committee.

17          A    I have sat on several of the committees

18    over the years, yes.

19          Q    What's your opinion of the FSE?

20          A    It's a great association.  It's a total

21    bipartisan group that -- as I say all the time, that

22    the biggest advocate for any voter is your

23    supervisor of elections, and I would add regardless

24    of their party affiliation.

25          Q    Through the FSE or otherwise, would you

Craig Latimer
October 11, 2021

Page 92

1    agree that you've had many interactions with other

2    supervisors about election administration in

3    Florida?

4         A     Yes.

5         Q     Would you say that you have had many

6    interactions with other Florida supervisors about

7    SB 90?

8         A     Yes.

9         Q     Would you agree that you have gained a

10   general understanding of how elections are

11   administered in other counties in Florida?

12        A     We are all bound by the same state

13   statutes and administrative rules.

14        Q     Okay.  So elections generally function

15   similarly across all the counties?

16        A     Correct.

17        Q     Through interactions about SB 90, would

18   you say that you've gained an understanding of how

19   other supervisors thought SB 90 would impact

20   election administration in their counties?

21        A     Can you be a little bit more specific?

22        Q     Sure.  Just generally I am wondering if

23   you, in your interactions with other supervisors or

24   in the time that you have spent working on SB 90,

25   considering SB 90, if you, beyond just your own

Craig Latimer
October 11, 2021

1    county in Hillsborough, did you also gain kind of an

2    understanding of how the bill would impact elections

3    in other counties?

4        A    As I stated, we all follow the same state

5    statute, so that would have the same impact in every

6    county.

7        Q    I think we already covered your

8    background, but I just have two specific questions I

9    don't think we covered.  Have you done any trainings

10   in election administration?

11       A    I am a graduate of the CERA program with

12   the election center, which is a national

13   Certification of Election Registration

14   Administrators.

15       Q    I think I noticed on some of the documents

16   that your office produced that you received

17   something called the Governor's Sterling Award?  Can

18   you tell me what --

19       A    That is correct.

20       Q    Sorry, I didn't mean to cut you off.  Can

21   you tell me what that is?

22       A    Yes, it's similar to the Malcolm Baldrige

23   Award except on a statewide level.  It's about

24   performance management, data usage and doing what

25   you say you are doing.

Craig Latimer
October 11, 2021

Page 94

1        Q        How large is your staff in Hillsborough?

2        A        I've got about 45 full-time employees.

3        Q        And do you have a rough estimate of how

4    many temporary employees you employ during -- during

5    election seasons?

6        A        Yes.  We'll bring on close to 40 to 50

7    full-time temporary employees and, of course, as

8    early voting and election day starts, upwards of

9    2500 poll workers.

10        Q        Do you use any volunteers in any capacity?

11        A        I do not.

12        Q        Do you know what your annual budget is off

13    the top of your head?

14        A        It ranges 14 to 16 million.

15        Q        Hillsborough is one of the largest

16    counties in Florida, right?

17        A        We are the fourth largest county for

18    voters.

19        Q        Corresponding to how many voters you have,

20    is your staff also among the larger staffs in

21    Florida?

22        A        I can't answer that.

23        Q        I would like to talk about the 2020

24    election now, the elections that occurred in 2020.

25    So there were three statewide elections, right?

Craig Latimer
October 11, 2021

Page 95

1        A        Correct.

2        Q        **Presidential primary and then a primary**

3    **and then the general?**

4        A        Presidential preference primary and the

5    primary and then the general.

6        Q        **And you oversaw those elections?**

7        A        I did.

8        Q        **Okay.  Do you believe that the 2020**

9    **elections in Hillsborough were secure?**

10       A        I do.

11       Q        **Why do you say that?**

12       A        I would go to a tremendous amount of

13    extent to make sure that, number one, we have got a

14    secure physical premise here, we have got

15    cybersecurity in place, and we also conduct the

16    required logic and accuracy test and required

17    post-election audit.

18       Q        **In your opinion, were the elections in**

19    **2020 successful?**

20       A        Yes.

21       Q        **Is that true for both Hillsborough and for**

22    **Florida?**

23       A        I believe so.  I think the president, the

24    governor and the Secretary of State all said we had

25    a successful election.

Craig Latimer
October 11, 2021

Page 96

```
 1              MS. MADDURI:  I am going to pull up an

 2         exhibit.  My colleague will share it in the

 3         chat for everyone and it's -- we have

 4         internally marked it as Exhibit A, and I think

 5         we'll mark it as Exhibit 2 to the deposition.

 6              (Exhibit 2 was marked for identification.)

 7    BY MS. MADDURI:

 8         Q    Did you receive that, Supervisor Latimer?

 9         A    Is that the three talking points?  Oh, no,

10    there is --

11         Q    There's another one now.

12              MR. TODD:  Is this the interrogatory

13         answers?

14              MS. MADDURI:  No.  It's, I believe, a

15         statement from Supervisor Latimer that's dated

16         April 30, 2021.

17         A    I am having an issue getting it up here.

18    Okay.  I got it now.  Right.  From 4-30-2021?

19    BY MS. MADDURI:

20         Q    That's right.

21              MS. MADDURI:  Mr. Todd, do you have it as

22         well?  Or if there's an issue accessing it, I

23         just want to make sure you --

24              MR. TODD:  Yes, ma'am, all set.  Thank

25         you.
```

Craig Latimer
October 11, 2021

Page 97

1    BY MS. MADDURI:

2        Q        Supervisor Latimer, do you recognize this

3    document?

4        A        I do.

5        Q        What is it?

6        A        It was a statement that my office put out

7    right after the election SB 90 was passed.

8        Q        Did you help prepare it?

9        A        I did.

10       Q        Okay.  And how was it -- how was it sent

11   out?

12       A        This was actually distributed mainly to

13   the media to try and slow down personal appearances

14   to get the statement out.

15       Q        I am sure it was a very busy time.

16               So in the first full paragraph, you said,

17   or your office, in the statement you said, "As

18   supervisor of elections, we are unwavering in our

19   commitment to keeping our elections both secure and

20   accessible.  We did that in 2020 to universal

21   acclaim.  Our elections ran smoothly, voters

22   participated in record numbers, and election results

23   were verified with audits in every county in

24   Florida, as provided for in our current law."

25               You also said, "My colleagues and I will

Craig Latimer
October 11, 2021

Page 98

1   continue to work every day to increase voter

2   participation and maintain the integrity of our

3   elections following any new requirements established

4   by our lawmakers."

5              Do you still agree with that statement?

6       A    As I said before, we follow the law.

7       Q    Absolutely.  And do you also agree with

8   the rest of that paragraph?

9       A    I do.

10      Q    And then if you would scroll down to the

11  last paragraph, it says, "After days of debate, our

12  hope is that the initial and unnecessary call for

13  election reform will not detract from the confidence

14  that was well earned in 2020."

15             Do you still agree with that statement?

16      A    I do.

17      Q    What did you mean by unnecessary call for

18  election reform?

19      A    Because we finished the election and the

20  Governor and Secretary of State and others came out

21  and said what a fantastic election we had run.  As a

22  matter of fact, I think the Governor said we should

23  be a model for the country, and then turned right

24  around and all of a sudden we need election reform.

25      Q    Is it fair to say that from your

Craig Latimer
October 11, 2021

1    perspective, that nothing occurred in 2020 during

2    those elections that prompted a need for election

3    reform?

4         A     That's up to the Legislature, it's not up

5    to me.

6         Q     You also said -- I think in the

7    second-to-the-last sentence, you said, [As read]:

8    "Throughout the legislative process, legislators who

9    supported and opposed the bill commented on our

10   performance in 2020 over and over."

11             In any of those comments, did you hear

12   from legislators that there had been problems in the

13   2020 election?

14        A     It actually says commended our

15   performance, not commented on it.  And there were

16   several of them during committee sessions that

17   talked about what a great job we did, what a great

18   election we had.

19        Q     Did any of them -- did you hear any of

20   them raise any concerns about problems that had

21   arisen in 2020?

22        A     No, I didn't.

23        Q     What about from any other Florida-elected

24   official?

25        A     Not that I am aware of.

Craig Latimer
October 11, 2021

Page 100

1       Q      Did you hear from any legislator that

2    SB 90 was needed to address any issues with the 2020

3    elections?

4       A      I did not.

5       Q      And same for any other Florida-elected

6    officials?

7       A      I can't answer for others.

8       Q      I am sorry, did you hear from any other --

9       A      I did not.

10      Q      -- elected officials?

11              We might come back to this exhibit, but we

12   can move on for now.  I will ask my colleague to put

13   in the chat what we have labeled internally as

14   Exhibit B, and we'll mark that as Exhibit 3 to the

15   deposition.

16              (Exhibit 3 was marked for identification.)

17   BY MS. MADDURI:

18      Q      Supervisor, let me know when you have been

19   able to pull that up.

20      A      I am working on it.

21      Q      Please take your time.  I appreciate you

22   accommodating us with this electronic procedure.

23      A      I believe I have.  Is that about opposing

24   the controversial voting bill?

25      Q      Correct.  It's a news article.  So this is

Craig Latimer
October 11, 2021

 1   an article that's dated April 21st, 2021, and do you

 2   recall giving an interview or commenting for this

 3   article?

 4        A    I don't recall at this time.  I mean, my

 5   name is in there, so obviously I said something.

 6        Q    If you scroll to page 3, I believe you're

 7   quoted saying, "To me, this bill doesn't make any

 8   sense.  Why would you try to make it harder on the

 9   voter?"

10        A    I don't have a page 3.

11        Q    Okay.  It is -- it's page 3 of the PDF,

12   and it's the page that starts -- the first full

13   sentence on the page is, "The president of the

14   Florida Supervisors of Elections ..."

15        A    I got it.  I have it now.  Thanks.

16        Q    Okay.  Apologies for the format.  So on

17   that page it's quoting you saying, "To me, this bill

18   doesn't make any sense, why would you try to make it

19   harder on the voter?"

20             Do you still agree with that statement?

21        A    I think I spoke to that talking about how

22   the voter was going to have to provide additional

23   information on a request for vote by mail, and plus,

24   they are going to have to reup that request every

25   election cycle.

Craig Latimer
October 11, 2021

1     Q     Okay.  It's in reference to that

2  provision.  Do you still agree with this statement?

3     A     I do.

4     Q     So a little bit farther down on that same

5  page, kind of a little -- about halfway, the article

6  quotes you as saying, "I haven't seen any fraud, and

7  I haven't heard one of the legislators cite a

8  specific instance of fraud as they debated the

9  bill."

10           Do you still agree that you haven't seen

11  any fraud?

12     A     I am trying to find the statement there.

13  I don't see it.  Can you read it to me again?

14     Q     Sure.  It's about halfway down that page,

15  a little bit more than halfway down that page.

16     A     I got it now.  I haven't seen any fraud, I

17  haven't heard one of the legislators cite a specific

18  incident of fraud as they debated the bill, correct?

19     Q     Correct.

20     A     Yes.

21     Q     And then at the bottom of that page, it's

22  the last few words on this page, it says, "To me,

23  this bill in no way, shape or form can do anything

24  to curb any voter fraud that may be occurring."

25           And that's on both pages 3 and the next

Craig Latimer
October 11, 2021

Page 103

1   page.  Do you see that?

2        A    I do.

3        Q    Do you still agree with that statement?

4        A    I think you need to read the whole

5   statement.  If you are going to vote in person,

6   there is somebody watching you give us that

7   signature, so to me, this bill in no way, shape or

8   form can do anything to curb voter fraud that may be

9   occurring.

10        Q    Do you agree with the full statement?

11        A    I do.

12        Q    I didn't mean to take it out of context at

13   all.

14        A    I do.

15        Q    I would like to shift and talk about drop

16   boxes now.  I think you confirmed this, but is it

17   the case that more Hillsborough residents voted by

18   mail in 2020 than in previous elections, is that

19   right?

20        A    That is correct.

21        Q    Do you know if you received many first

22   time vote-by-mail requests in 2020?

23        A    If we received first time requests for

24   vote by mail?

25        Q    So for example, people who hadn't

1   previously voted by mail.

2       A    I would say so, just by the number of

3   requests that we had.

4       Q    Has voting by mail generally increased in

5   Hillsborough in recent years?  And I mean, I know

6   COVID obviously played a specific role that you

7   already discussed, but even aside from that, in your

8   time as supervisor, have you seen vote by mail

9   become used more increasingly often?

10      A    Generally over the years, a third of our

11  voters vote by mail, a third early vote and a third

12  vote on election day.  Obviously with COVID in 2020,

13  that changed the dynamics a little bit.  We usually

14  averaged between 65 to 70 percent of our voters vote

15  prior to election day, and in the 2020 election,

16  85 percent of our voters voted prior to election

17  day.

18      Q    Did a significant portion of Hillsborough

19  residents use drop boxes in the 2020 election?

20      A    I am sorry, could you say that again.

21      Q    Did a significant portion of Hillsborough

22  residents use drop boxes to vote in 2020?

23      A    Yes, we had a good amount that used the

24  drop boxes.

25      Q    Do you have a sense of roughly how many

1   voters that was?

2       A    It was about 45 percent of the returned

3   vote-by-mail ballots, so we had 337,800 returns, so

4   45 percent of that.

5       Q    How, if you have a view on this, did the

6   use of voting by mail potentially affect wait times

7   for voting in person?

8       A    I don't have a sense of that.

9       Q    Did the heavier use of voting by mail and

10  using drop boxes cause any issues for you or your

11  office?

12      A    No, it did not.

13      Q    You believe voting by mail is a secure

14  method of voting in your county?

15      A    I am sorry, is it a what method?

16      Q    A secure method of voting.

17      A    Absolutely.

18      Q    Can you tell me a little bit about why you

19  think it's a secure method of voting?

20      A    As I stated previously, to get a vote by

21  mail ballot, you first off have to be a registered

22  voter.  When you register to vote, you are supplying

23  identification and information that the State is

24  able to make a match to verify you are who you say

25  you are.  You then have to request that ballot.  We

Craig Latimer
October 11, 2021

Page 106

 1   don't just send ballots out.

 2            When we get that ballot back, you had to

 3   have signed the oath on the outside of the envelope,

 4   and we physically compare that signature to the

 5   signatures that we have on file.

 6        Q    Do you believe that voting by mail is a

 7   secure method in Florida, more broadly outside of

 8   Hillsborough?

 9        A    We all follow the exact same laws and

10   administrative rules, so I would say it would be

11   safe and secure.

12        Q    Are you aware of any widespread fraud in

13   Hillsborough County related to elections?

14        A    I'm not.

15        Q    What about in Florida?

16        A    Couldn't answer that.

17        Q    Are you familiar with any confirmed

18   incidents of voter fraud in Hillsborough?

19        A    We have several cases that we have

20   referred to law enforcement.  I don't have a

21   follow-up status on those.

22        Q    Okay.  I think you already said this, but

23   I want to make sure we got it on the record clearly.

24   Are you familiar with any incidents of fraud in

25   Hillsborough related to drop boxes?

Craig Latimer
October 11, 2021

1        A     No, I am not.  No.

2        Q     We'll come back to drop boxes.  I want to

3    ask you about SB 90 now and the passage of it.  Did

4    you generally follow the introduction of SB 90 and

5    its counterpart as it was introduced and made its

6    way through the Legislature?

7        A     What was the question in there?  I am

8    sorry.

9        Q     Did you follow the process and the bill as

10   it went through the Legislature?

11       A     Yes.

12       Q     Did you have any thoughts about SB 90 when

13   it was released?

14       A     We had several discussions.  I don't

15   remember the -- I think the House bill was

16   actually -- was the House bill first released or

17   SB 90?

18       Q     I think HB 7041 might have been released

19   first.

20       A     We had discussion with our legislative

21   affairs committee and with our lobbyist, Dave Ramba,

22   along with our executive director, Ron LaBasky.  So,

23   yeah, we had a lot of discussion following it.

24       Q     When it was first introduced, did you have

25   any concerns -- I should say when I am saying SB 90,

Craig Latimer
October 11, 2021

Page 108

1    I do intend -- I mean to refer to both of the bills

2    HB 7041 and SB 90 and the various iterations as it

3    went.

4              Did you have any concerns when it was

5    first released?

6         A    I don't remember the exact first release

7    of the bill, what it called for.

8         Q    Did you take any positions on -- any

9    public positions on SB 90 while it was being

10   considered in the Legislature?

11        A    The association did, yes.

12        Q    What was that position?

13        A    At the time we put it out, this was

14   obviously before it was finalized, we were opposed

15   to both forms of the House bill and the Senate bill

16   as they stood.

17        Q    I think I know what you are referring to.

18   I'll pull up an exhibit.  We've internally marked

19   this as Exhibit E.  And we'll put it in the chat.

20             (Exhibit 4 was marked for identification.)

21        A    Yes, I am looking at it.

22   BY MS. MADDURI:

23        Q    Is this the statement that you are

24   referring to?

25        A    Yes.  This was put out on the -- as the

Craig Latimer
October 11, 2021

1   Florida Supervisors of Elections, as the

2   association.

3        Q    Were you involved in preparing that?

4        A    Yes.

5        Q    Did the FSE put out any other statements

6   after this one about the bill?

7        A    I don't recall.

8        Q    At this time -- I think it was about a

9   week before the bill was actually passed -- why was

10   this the position of the FSE?

11        A    Because there is some onerous parts in

12   this, as the legislation was leading up.  I think --

13   as a matter of fact, correct me if I am wrong, but I

14   think this went all the way to the last day.  On the

15   last day, they filed a strike-all bill in the

16   Senate, with a whole new set of circumstances in it.

17   So the way it was, I don't recall at the time what

18   some of the issues were.  We would have to go back

19   and look at the bill.

20        Q    Okay.  I would like to go back to look at

21   I think what we marked as Exhibit 2.  In the chat it

22   would be the one that says Exhibit A, which is your

23   April 30th statement.

24        A    Got it.

25        Q    Okay.  I think one of the other attorneys

Craig Latimer
October 11, 2021

Page 110

```
 1   already asked you about there was a sentence that
 2   described -- in the second paragraph, the first
 3   sentence, "During this legislative session,
 4   supervisors of elections spent hours talking to
 5   legislators about how the proposed legislation would
 6   impact voters."
 7                   And I think you already said that you
 8   didn't personally speak with many legislators,
 9   correct?
10        A    That is correct.
11        Q    Do you know what exactly this is referring
12   to when it says that the proposed legislation would
13   impact voters and how it would impact voters?
14        A    I think this goes back to what I continue
15   to say, that the first iterations of this bill had
16   some extremely onerous steps in it.  One of them was
17   to if you want to bring your spouse's ballot, you
18   are going to have to have an affidavit signed, an
19   attestation that you have permission to have that
20   ballot.  And in addition, it was going to wipe out
21   all of the requests for vote by mail that were on
22   file at the time.
23                   So it was a compilation of numerous things
24   throughout the session that we were continuing to
25   try and impact.
```

Craig Latimer
October 11, 2021

1        Q       Do you have any understanding of why those

2    changes were made?

3        A       I do not.

4        Q       The FSE never issued a statement in

5    support of SB 90, did it?

6        A       Did not.

7        Q       And then if you scroll down to the third

8    full paragraph, the last sentence there I believe

9    referring to the enacted legislation, it says,

10   "However, this legislation still makes requesting

11   vote-by-mail ballots and returning those ballots

12   harder."

13       A       Yes.

14       Q       Is that still your view?

15       A       It is.

16       Q       And in what ways does the legislation make

17   it harder to request the vote-by-mail ballot and

18   harder to return that ballot?

19       A       The request for vote by mail obviously is

20   by adding the driver's license for identification or

21   last four of Social when you've already got somebody

22   that's been verified by the State has furnished that

23   information before; in addition, it makes it harder

24   because it starts to limit the hours that you can

25   have drop boxes available to just the early voting

Craig Latimer
October 11, 2021

1   hours instead of outside those hours, which some

2   other counties were doing.  I didn't do it in

3   Hillsborough County, but other counties did.

4        Q      So you understand the SB 90 might be

5   limiting the hours the drop boxes are available in

6   other counties, is that right?

7        A      It would make returning ballots harder in

8   some cases.

9        Q      Okay.  I think we are done with this

10  exhibit, and I want to direct you back to the

11  exhibit that one of the other attorneys showed you,

12  which is the three talking points document.  It's

13  Exhibit 1, and it's the first document that's in the

14  chat there.

15       A      Hang on.  It's not letting me pull it up,

16  but I have it here.  The three talking points, 2021

17  legislation?

18       Q      Yes, that's right.

19       A      Okay.

20       Q      So the second -- I guess the second

21  talking point or the second full paragraph there, it

22  says, "Let's not lose sight of the fact that we

23  already have strong laws and that enabled us to run

24  our 2020 election with accessibility and integrity."

25  Do you see that?

Craig Latimer
October 11, 2021

Page 113

1        A      I do.

2        Q      Do you agree with that statement?

3        A      I do.

4        Q      And then I think the final talking point

5    there, it says, "The legislation that passed makes

6    it harder to request and return vote-by-mail

7    ballots," and then it appears to list a few ways in

8    which -- in which -- a few ways in which the

9    legislation makes it harder to request.

10               Do you agree that the legislation makes it

11    harder to request and return a vote-by-mail ballot

12    by prohibiting the use of secure 24-hour drop boxes

13    with camera surveillance?

14        A      It puts an undue burden on the supervisor

15    of elections that has to fund that if they are going

16    to have to have somebody there in person.

17               MR. DAINES:  I object to the form of the

18        previous question.

19    BY MS. MADDURI:

20        Q      I got distracted.  Would you mind saying

21    your answer again.  I can repeat the question.

22        A      Go ahead and repeat the question.

23        Q      Do you agree that the legislation makes it

24    harder to request and return vote-by-mail ballots by

25    prohibiting the use of the secure 24-hour drop boxes

Craig Latimer
October 11, 2021

Page 114

1     with camera surveillance?

2               MR. DAINES:  Same objection.

3               MR. TODD:  Could you have the witness

4          (sic) read back the answer instead of having

5          him give a different answer to the same

6          question, please, addressed to Ms. Madduri.

7               MS. MADDURI:  Ms. Nargiz, would you mind

8          reading that back?

9               THE STENOGRAPHER:  Sure.

10               (Requested portion was read.)

11               MR. TODD:  I request to read back the

12          initial answer given to the question in lieu of

13          having him answer the same question again.

14               THE STENOGRAPHER:  I'm sorry, I thought

15          that was the last answer that I read back.

16               MS. MADDURI:  Yeah, I am good with

17          understanding that.  We can move on.  Can you

18          pull up -- I think we are done with this

19          exhibit, we can move on.  The next one, we've

20          labeled it internally as Exhibit G.

21               THE WITNESS:  Okay.

22               (Exhibit 5 was marked for identification.)

23     BY MS. MADDURI:

24          Q    Have you seen this document before?

25          A    I have.

Craig Latimer
October 11, 2021

1        Q       Did you help prepare it?

2        A       I did.

3        Q       What is it?

4        A       It was more talking points.

5        Q       Okay.  In paragraph 2 it says, "Do we look

6    for ways to improve?  Of course.  But sweeping

7    election reform was not needed or requested by the

8    Supervisors of Elections."

9              Do you agree with that statement that

10   sweeping election reform was not needed in Florida

11   this year?

12       A       I do.

13       Q       And do you agree that the supervisors did

14   not request any sweeping election reform?

15       A       I do.

16       Q       The next sentence in that same paragraph

17   says, "And making a lot of changes all at once has

18   the potential to create voter confusion, more

19   cumbersome administration and bureaucracy and worst

20   of all an erosion in the voters' confidence we've

21   worked so hard to earn."

22              Do you agree that making a lot of changes

23   at once can create voter confusion?

24       A       Yes.

25       Q       Do you agree that it can also result in

Craig Latimer
October 11, 2021

1   more cumbersome administration and bureaucracy?

2        A    Yes.

3             MR. TODD:   Object to the form.

4   BY MS. MADDURI:

5        Q    Do you also agree that making a lot of

6   changes all at once can result in erosion of the

7   confidence you've worked so hard to earn?

8             MR. DAINES:   Object to the form.

9        A    Especially right after we were commended

10  for running a great safe and secure election, yes.

11  BY MS. MADDURI:

12       Q    Did you hear from any voters or other

13  organizations about Senate Bill 90?

14       A    Yes.  As I mentioned before, anecdotally,

15  we've had calls from voters wanting to know do I

16  have to sign up for vote-by-mail again, confusion.

17  Same way with some of the third-party registration

18  organizations, you know, what do we have to do now,

19  what's next?  And we would refer them to the state

20  website.

21       Q    Prior to the introduction of SB 90 or

22  HB 7041, had you been consulted about the bills

23  before they were released?

24       A    I don't understand your question.

25       Q    Prior to the bills actually being

Craig Latimer
October 11, 2021

1    introduced in the Legislature, had anyone consulted

2    you about the bills or the proposed changes?

3         A    No.

4         Q    Okay.  This is about the drop boxes now

5    and I think we covered a lot of ground here, so I

6    don't think this will be too many questions.

7              So I understand you offered a 24-hour box

8    in 2020 that was located at I think what you

9    described as sort of your main office, is that

10   right?

11        A    Yes, at the election service center on

12   Falkenburg Road.

13        Q    And I think you also described that it was

14   a slot in front of the door, is that right?

15        A    Yes, it was built into the side of our

16   door.

17        Q    How large was the opening where you could

18   put a ballot in?

19        A    Large enough to slide a ballot in.

20        Q    Okay.  Not much larger than how much space

21   you would need for a ballot?

22        A    Correct.  Ballot envelope, actually not

23   the ballot.

24        Q    Right.  Was that drop box available before

25   early voting?

 1      A    Yes.

 2      Q    **How long before early voting was it**

 3   **available?**

 4      A    We opened the boxes in the offices the day

 5   we sent out the domestics, which is 40 days before

 6   the elections.

 7      Q    **Okay.  I think you mentioned that the box**

 8   **had been secured both through video surveillance and**

 9   **also by in-person monitoring, is that right?**

10      A    That's correct.

11      Q    **Was there any period of time where the box**

12   **was monitored only by video surveillance?**

13      A    Not to my knowledge.

14      Q    **So for the entire 40 days, you had someone**

15   **in person there 24 hours a day?**

16      A    I had staff there and we only -- I am

17   sorry, let me clarify.  We only had the 24-hour drop

18   box during early voting.

19      Q    **Okay.  And I think you said this, but is**

20   **it right that you added the in-person monitoring**

21   **because of a directive that you got from the**

22   **Secretary of State?**

23      A    There was an e-mail with an opinion on it,

24   yes.

25      Q    **Okay.  And you said that both law**

Craig Latimer
October 11, 2021

```
 1    enforcement and some of your employees monitored the

 2    box, right?

 3         A    Yes.

 4         Q    I wanted to make sure, I think I was a

 5    little confused earlier when some of the other

 6    questions were being asked.  I think in your

 7    discovery responses you had said that you -- you

 8    said you would be discontinuing that 24-hour box.

 9    Is that still your plan?

10         A    I am sorry, I couldn't understand you.

11         Q    I can ask you without that.  Do you plan

12    to offer a 24-hour box in 2022?

13         A    Probably not at this point.  I don't think

14    that the rate of return for the number of ballots we

15    got really weighs out for the money we had to spend.

16    We'll revisit it again.

17         Q    When you said the money you had to spend,

18    do you mean to monitor it in person?

19         A    Yes, to have somebody physically monitor

20    it.

21         Q    Do you have any understanding of if other

22    counties plan to remove drop boxes because of the

23    in-person monitoring requirement?

24         A    I can't answer that.

25         Q    Then you had three other boxes that were
```

Craig Latimer
October 11, 2021

Page 120

1    at other office branches, correct?

2         A    Correct.

3         Q    Okay.  What were those physical structures

4    like?

5         A    One office is at the county center

6    downtown on the 16th floor, the other two offices

7    are in strip mall type structures.

8         Q    So are those boxes indoors or outdoors?

9         A    Indoors, except during early voting.

10        Q    I think you mentioned that you moved them

11   outside so people can drive through and drop off

12   their ballots?

13        A    Correct.

14        Q    And what is the structure of the drop box

15   when you had it outside?

16        A    It was on a table under a pop-up tent with

17   at least two people monitoring it.

18        Q    And then you also offered, I think,

19   another 22 drop boxes at your early voting sites

20   that were available during early voting hours,

21   right?

22        A    Correct.

23        Q    Were those boxes similarly structured?

24        A    Yes.

25        Q    And they were sealed or locked in some

Craig Latimer
October 11, 2021

Page 121

1    way?

2         A    They have a padlock on them and a seal

3    with a recorded seal number on it.

4         Q    And am I right that the slots or whatever

5    thing you would place the ballot in is also

6    similarly small, in that it can take a ballot in an

7    envelope that's not much bigger than that?

8         A    Yes.

9         Q    Other than law enforcement that you had

10   help monitor the 24-hour box, were any of the drop

11   boxes monitored by someone who was not one of your

12   permanent employees?

13        A    They would have been poll workers at the

14   early vote sites that we hire specifically for early

15   voting time.

16        Q    Did the boxes have any -- I understand

17   from some of your discovery responses that they had

18   sort of like a laminated notice on the box that

19   would remind voters to sign their envelopes, is that

20   right?

21        A    That is correct.  And it would sit over

22   the slot so that you would physically have to pull

23   it up to put your ballot in.  But again, we had

24   workers there that were verbally talking to the

25   voters and making sure that they signed and dated

Craig Latimer
October 11, 2021

Page 122

1    them and that they weren't trying to give up a

2    ballot to go vote in person either.

3         Q    I am going to pull up another exhibit

4    here.  We've internally marked it as Exhibit K.

5         A    Okay.

6              (Exhibit 6 was marked for identification.)

7    BY MS. MADDURI:

8         Q    Do you recognize this e-mail?

9         A    I do.

10        Q    Okay.  And it looks like it was sent to

11   you on April 22nd, 2021?

12        A    Yes.

13        Q    I think you already said this, but Gerri

14   Kramer is your chief communications officer, is that

15   right?

16        A    That is correct.

17        Q    Okay.  So the e-mail is points of concern,

18   and then the first paragraph there it says, [As

19   read]:  "Limits vote-by-mail drop box early voting

20   days/hours, that's a great disservice to voters,

21   especially those who like to drop off on Monday or

22   Tuesday, when it's too late to mail it.  They

23   wouldn't be able to do -- they wouldn't be able to

24   do that the way this legislation is currently

25   written."

Craig Latimer
October 11, 2021

Page 123

1          Do you agree with that statement?

2       A    I agreed with it at the time because it

3    had just drop boxes during early voting, it didn't

4    have any other time, I believe.

5       Q    Okay.  Is it your understanding now that

6    you can offer a drop box at other times if it's

7    located at one of your offices?

8       A    Correct.

9       Q    Okay.  Is it your understanding that you

10    can't offer a drop box outside of early voting hours

11    at any location that is not one of your offices?

12       A    Yes.  You can't -- you can't have it at an

13    early vote site that's not open, how's that?

14       Q    On the cost of drop boxes, do you

15    anticipate any changes in your costs from what you

16    had in 2020 for future elections?

17       A    I am sorry, could you ask that again, I

18    didn't quite follow it.

19       Q    Sure.  I am going to try to be clearer.  I

20    am curious if you anticipate any increases in the

21    costs of monitoring drop boxes in future elections

22    as compared to 2020?

23       A    Depending on how many early vote sites I

24    have, yes, it could increase if I increase early

25    vote sites.

Craig Latimer
October 11, 2021

Page 124

1        Q        Sure.  And the reason I am asking is

2        because in one of your discovery responses -- and I

3        can pull it up if that will be easier, but your

4        office says that you estimate the cost of operating

5        drop boxes may change due to SB 90, as we may staff

6        the drop boxes with three poll workers for all

7        elections.

8        A        Right, we are talking about that.

9        Q        And in 2020, I think you said that you

10       staffed drop boxes with two poll workers, is that

11       right?

12       A        Correct.

13       Q        Why are you considering increasing that to

14       three poll workers?

15       A        Because of the 25,000-dollar fine, I don't

16       want to put us in a position where somebody has

17       moved away from the box and left it unattended.

18       Q        Okay.  So if you decided to staff with

19       three people instead of two people, naturally that

20       would increase your costs of monitoring those drop

21       boxes, right?

22       A        Yes.

23       Q        I think you already testified that your

24       voters really appreciated having drop boxes as an

25       option to vote, is that right?

Craig Latimer
October 11, 2021

1      A    Yes.

2      Q    Do you believe that drop boxes allowed

3    more people to vote by mail?

4      A    I think it allowed people to know their

5    ballot was going to reach our office on time.

6      Q    In your view, was the requirement to have

7    drop boxes monitored in person necessary to prevent

8    any misconduct with drop boxes?

9            MR. DAINES:  Object to the form.

10      A    I am sorry, could you restate that?

11   BY MS. MADDURI:

12      Q    Sure.  In your view, was the change to

13   require in-person monitoring of drop boxes, was that

14   necessary to prevent some sort of tampering with the

15   drop boxes?

16      A    I can't answer that.  You would have to

17   ask the Legislature what they did that for.

18      Q    But in your view as an administrator, did

19   you believe that you -- that that change was needed?

20            MR. TODD:  Object to the form.

21            MR. DAINES:  Object to the form.

22      A    I don't have an opinion on that, quite

23   frankly.

24   BY MS. MADDURI:

25      Q    Did you -- do you think that video

Craig Latimer
October 11, 2021

Page 126

1    surveillance of drop boxes is a sufficient way to

2    secure drop boxes?

3         A     Depending on what the drop box is.

4         Q     Do you mean in terms of what the physical

5    structure of the drop box is?

6         A     Right.  For instance, a 24-hour drop box,

7    yes, I think that video surveillance, because you've

8    got a building and structure there that's going to

9    keep somebody from doing any tampering.

10              Obviously when we are standing out in the

11   tent, I want at least two people standing there all

12   the time.  And as I mentioned earlier, the poll

13   deputy is out there, also, to be able to observe.

14        Q     And the box that you had at those sites,

15   that's -- I am assuming that's not some sort of

16   physical structure that's built into the ground or

17   otherwise secured physically, right?

18        A     It is not.  It's a portable box with

19   handles on it.

20        Q     Okay.  Got it.  When a voter returns their

21   vote-by-mail ballot by mail, is there a number of

22   days or amount of time that your office advises the

23   voter to allot for that to reach you?

24        A     Yes.  As a matter of fact, we start

25   talking when it gets within the week before the

Craig Latimer
October 11, 2021

1    election that you are at that limit, you need to

2    start considering just bringing it to the office.

3         Q    And this is probably obvious, but when a

4    ballot is placed in the drop box, you receive that

5    that same day, correct?

6         A    Correct.

7         Q    Do you have any sense of how long it does

8    actually take for a ballot to reach you after it's

9    mailed or the range of days that that takes?

10        A    You know, I looked at a lot of ballots

11   that were coming in, especially the late ones; I

12   wanted to see how long it was taking.  And it was

13   literally taking a day in the mail if it was mailed

14   locally here.  If it was out of state, it could take

15   two days.

16        Q    In your experience, are there voters who

17   prefer to use drop boxes over the mail?  Have you

18   encountered any voters like that?

19        A    Anecdotally I've heard voters say that

20   they enjoy dropping it at the box because they know

21   it's going to get to our office that day.

22        Q    Have you heard any other reasons that

23   voters like using the drop boxes?

24        A    I have not.

25        Q    Are you familiar with the U.S. Postal

Craig Latimer
October 11, 2021

Page 128

1    Service's recent announcement regarding planned

2    delays and slowdowns in their delivery of mail?

3         A    I read something in the paper about it,

4    yes.

5         Q    Do you have a sense of how much longer

6    that might cause mail ballots -- how much longer

7    that might increase how long it takes a mailed

8    ballot to get to you?

9         A    I couldn't answer that.

10        Q    I would like to pull up another exhibit,

11   we have it labeled as Exhibit M, M as in Mary.

12        A    Yes.

13             (Exhibit 7 was marked for identification.)

14   BY MS. MADDURI:

15        Q    Do you recognize this document?

16        A    I do.

17        Q    What is it?

18        A    This was a draft recommendation from a

19   work group that I had put together to come up with

20   suggestions, recommendations to the Legislature on

21   drop boxes.

22        Q    You said you were involved in preparing

23   it, right?

24        A    I was not.

25        Q    Oh, you were not.  But you were familiar

1   with it?

2        A    Yes.

3        Q    Okay.  On page 2 of the document, there is

4   a proposed revision in section A on that page.  And

5   it says, "Secure drop boxes at the Supervisor's

6   office may be available at any time for voters to

7   place a voted vote-by-mail ballot if the secure drop

8   box is monitored physically or electronically."

9             Do you see that?

10       A    I do.

11       Q    Is this a revision that the FSE proposed

12   to the Legislature?

13       A    This was a document that was prepared by

14   the work group that I had appointed, and it was

15   transmitted to our lobbyist.  I don't know if he

16   presented it to the Legislature in whole or in bits

17   or pieces or what.  So I couldn't answer that.

18       Q    Okay.  Do you know if he ever proposed

19   including the option to electronically monitor drop

20   boxes?

21       A    Again, this legislation changed so many

22   times.  Originally, they wanted to do away with drop

23   boxes, and then one of the first changes, they put

24   them back, but it had to be monitored by law

25   enforcement at every site.  Then it changed again.

Craig Latimer
October 11, 2021

Page 130

1    So this was an ongoing process.

2        Q    I think I am understanding that you are

3    not sure if that specific change to allow for video

4    surveillance was proposed?

5        A    I do not know.

6        Q    But is it fair to say that the FSE -- it

7    was the position of the FSE that video surveillance

8    was a good option for those 24-hour boxes?

9        A    This was a proposal by the work group that

10   went forward.

11       Q    What do you mean when you say went

12   forward?

13       A    To the lobbyist and the legislative

14   committee to work with.

15       Q    So the working group, the FSE working

16   group proposed this?

17       A    It was an FSE work group, but it never

18   went back to the association; it went straight to

19   the legislative committee --

20       Q    Okay.  And -- I am sorry, go ahead.

21       A    And the lobbyist.

22       Q    Okay.  And who was in the work group, the

23   FSE work group?

24       A    Supervisor Marcus from Pinellas County, I

25   think Supervisor Link from Palm Beach County, and I

Craig Latimer
October 11, 2021

Page 131

 1   don't remember the other -- I can get it for you,

 2   but I just don't remember off the top of my head

 3   right now.

 4        Q    Sure.  Just roughly, is it like five

 5   supervisors, ten supervisors?

 6        A    Yeah, it was like a handful, five or six

 7   maybe.

 8        Q    Okay.  I am going to pull up another

 9   exhibit, we have it labeled as Exhibit N.

10             (Exhibit 8 was marked for identification.)

11        A    Okay.

12   BY MS. MADDURI:

13        Q    So this is an e-mail.  Do you recognize

14   it?

15        A    Yes.

16        Q    Okay.  Did you send this e-mail?

17        A    I did.

18        Q    The top one at least?

19        A    Yes.

20        Q    I want to ask you about the statement you

21   made that says, "I think it is good to put in

22   electronic monitoring, we can negotiate that."

23        A    Yes.

24        Q    What do you mean by "We can negotiate

25   that"?

Craig Latimer
October 11, 2021

1        A     This is in March 11th actually, early on

2     in the process, and I don't remember the exact

3     context of why I said that.  I mean, there was some

4     talk about that one of the legislators was calling a

5     drop box actually a voting site.  So there was just

6     conversation around that, but I don't remember the

7     exact context of that.

8        Q     So you don't remember if any related

9     negotiations took place with this?

10        A     I do not.

11        Q     I think you said there might have been a

12     specific legislator that wanted to define drop boxes

13     as voting sites.  Do you remember who that was?

14        A     I don't.

15        Q     You've already testified that you didn't

16     have any problems with any of your drop boxes.  To

17     your knowledge, did anyone who was monitoring a drop

18     box ever have to intervene or prevent any sort of

19     tampering with the drop box?

20        A     Not that I am aware of.

21        Q     Are you aware of any problems with drop

22     box tampering or drop box security in any other

23     election besides 2020, besides in 2020?

24        A     Are you talking about in Hillsborough

25     County?

Craig Latimer
October 11, 2021

Page 133

```
 1        Q      In Hillsborough County.

 2        A      I am not aware of any.

 3        Q      I think you said that drop boxes have been

 4    used in Hillsborough since at least 2009, right?

 5        A      Correct.

 6        Q      Your reference to 2009, is that based on

 7    when you became involved in elections there?

 8        A      Yes.  And they could have been involved

 9    before, I just don't have any knowledge of it.

10        Q      Understood.  You've discussed the

11    25,000-dollar fine a few times now.  I'm just

12    curious if you have any opinions on that, whether

13    you think that fine is necessary and what you think

14    about it.

15        A      I don't think it was necessary.

16        Q      I think you've already testified that you

17    are planning to be very, I think, be quite strict in

18    how you monitor drop boxes to make sure that you

19    don't incur that fine.

20        A      Right.

21        Q      And I think so far you said that you might

22    staff it with three people because of the fine.  Is

23    there any other -- are there any other changes that

24    you might make to your drop box administration

25    because of the fine?
```

```
 1      A    Not that I can think of at this time.

 2           MS. MADDURI:  I am ready to move on from

 3      drop boxes.  We have been going, I think,

 4      almost an hour and a half.  Do you need to take

 5      a quick break?

 6           THE WITNESS:  I am good.

 7           MS. MADDURI:  Everybody good?  Is the

 8      court reporter good?  I want to make sure she

 9      is good; she is the one doing the hardest work.

10           THE STENOGRAPHER:  I'm fine, thank you.

11 BY MS. MADDURI:

12      Q    Going to the vote-by-mail ballot request

13 that we talked about today.

14           So before SB 90, is it your understanding

15 that a voter could make a request for the

16 vote-by-mail ballot and that would be valid for two

17 general election cycles?

18      A    Correct.

19      Q    Did you have any problems with that

20 standing request that lasted for two general

21 elections?

22      A    I did not because the voter has the option

23 if they don't care to vote the vote-by-mail ballot,

24 they can come vote in person.

25      Q    Did you receive any complaints from voters
```

1    about the duration of the requests that could be for

2    two general elections?

3         A    I would go on record to tell you that

4    probably 95 percent of the voters have no idea how

5    many cycles it's good for.  They think once they

6    sign up, it's good to go.

7         Q    So they may even think it's lots longer

8    than the two general election cycles?

9         A    And that's one of the reasons we used to

10   have the check box on the return envelope, so they

11   could just check that and continue to stay updated.

12        Q    And if you know, did a lot of your

13   residents use that check box?

14        A    Very, very much.

15             MS. MADDURI:  Let's pull up another

16        exhibit, it's Exhibit Q by our numbering.

17             (Exhibit 9 was marked for identification.)

18             MS. MADDURI:  I am sorry, Sandi, would you

19        mind telling me which exhibit we are on?

20             MR. DAINES:  By on my count, we are on

21        Exhibit 9.

22   BY MS. MADDURI:

23        Q    Supervisor Latimer, do you have that

24   document up?

25        A    I do.

Craig Latimer
October 11, 2021

Page 136

1    Q    Do you recognize that document?

2    A    I remember seeing this, yes.

3    Q    What is it?

4    A    This is some more recommendations -- and I

5    don't remember who this came from; it was another

6    supervisor -- and changing some of the language.  So

7    this would have been, again, sent to the Legislative

8    Affairs Committee and the lobbyist.

9    Q    And in the second sort of paragraph there

10   that says to replace line 811, the first full

11   sentence says, "Vote-by-mail voters may also check a

12   box on a vote-by-mail return envelope certificate to

13   renew their vote-by-mail request, and if their

14   ballot is accepted, no further information is

15   required for the request."

16        Do you see that?

17   A    I do.

18   Q    So would that basically -- that proposed

19   change, would that basically keep in place the

20   process that you had in Hillsborough County?

21   A    In numerous counties.

22   Q    In numerous counties, including

23   Hillsborough, I take it?

24   A    Correct.

25   Q    And sort of like the other proposed

Craig Latimer
October 11, 2021

1    changes, would this have been sent to your lobbyist,

2    I think Mr. Ramba was his name?

3         A    Correct.

4         Q    Okay.  Do you know if he or anyone else

5    presented this to the Legislature?

6         A    I can't answer that.

7         Q    Did you think that the check box that you

8    had on the vote-by-mail envelope and that many other

9    counties had as well, did you think that was a

10   secure way of having voters request their

11   vote-by-mail ballots?

12        A    Yes.

13        Q    Do you think having the ability -- let me

14   try again.

15             Do you think having the vote-by-mail

16   request be valid for two general election cycle has

17   increased the number of voters who vote by mail?

18             MR. DAINES:  Object to the form.

19        A    As I stated previously, most of the voters

20   have no idea that they have to reup their request

21   for vote by mail.

22   BY MS. MADDURI:

23        Q    So do you think this change that makes the

24   vote-by-mail request ballots for only one general

25   election cycle will cause confusion in voters?

Craig Latimer
October 11, 2021

Page 138

1        A    I think it will, yes.

2             MR. TODD:  Object to the form.

3   BY MS. MADDURI:

4        Q    Is it possible that some voters won't

5   realize that their requests are not on file until

6   it's too late?

7             MR. TODD:  Object to the form.

8        A    As I stated previously, one of the things

9   we'll be doing is trying to communicate with the

10  voters to let them know that they need to

11  reestablish that vote-by-mail request.  So it's

12  going to increase the administrative burden on our

13  offices.

14  BY MS. MADDURI:

15       Q    Do you see any benefits to this change

16  that limits the duration of a vote-by-mail request?

17       A    Which change?

18       Q    That limits the duration of a vote-by-mail

19  request to one general election cycle.

20       A    I am sorry, can you go ahead restate that?

21       Q    Sure.  Do you see any benefits to changing

22  the duration of the vote-by-mail request from two

23  general elections to one general election?

24       A    I do not.

25       Q    When you receive a vote-by-mail request,

1   how does your office process it?

2       A    It depends on how it's received, if it's

3   by telephone, or in person, or online.  The request

4   is entered into our system to show that they've got

5   a request on file, and it integrates with our voter

6   registration system so that we know that person is

7   going to receive a vote-by-mail ballot.

8       Q    So when you get the request, does someone

9   in your office take that request and input the

10   information into your system?

11       A    Yes.

12       Q    I would like to pull up what we've marked

13   as Exhibit H.

14            MS. MADDURI:  And this will be Exhibit 10.

15            (Exhibit 10 was marked for

16       identification.)

17       A    Okay.

18   BY MS. MADDURI:

19       Q    We can scroll to page 6.  I guess, do you

20   recognize this document?

21       A    Yes.

22       Q    Were you involved in preparing the

23   document?

24       A    I was not.

25       Q    Did you review it?

     1      A    I did.  I am on it.

     2      Q    I would like to go to page 6.  And I think

     3  here there is a table of estimated costs around

     4  processing vote-by-mail requests.  Do you see that?

     5      A    I do.

     6      Q    Okay.  In 2016, you estimated that the --

     7  your office estimated the cost to be about $150,000

     8  to process all the requests that you received that

     9  year?

    10      A    Yes.

    11      Q    Okay.  For 2018, that was about $160,000?

    12      A    Yes.

    13      Q    And for the 2020 election, it was 313,000

    14  or so?

    15      A    Yes.

    16      Q    So under SB 90 -- had SB 90 been in place,

    17  is it fair to say that anyone who had made a request

    18  for a vote-by-mail ballot in 2016, who had asked for

    19  that request to be in place for more than just one

    20  election, if SB 90 had been in place, that request

    21  actually would have expired at the end of 2016?

    22      A    I don't agree with that.

    23      Q    If someone makes a request for

    24  vote-by-mail ballot prior to a general election, so

    25  say in October 2022, is it your understanding that

Craig Latimer
October 11, 2021

Page 141

1    that request for a vote-by-mail ballot would then

2    expire at the end of that year?

3          A    If they requested it in 2022?

4          Q    Right.

5          A    So the way the law currently is, is it's

6    good for one election cycle.  So no matter when you

7    would request it in that year, that election cycle,

8    it would expire after that election.

9          Q    Okay.  So if I requested a ballot in

10   September of 2022, it would expire following the

11   general election in 2022?

12         A    Correct.

13         Q    Okay.  What I am trying to get at here is

14   that all of these voters who requested ballots in

15   2016, and that cost about $150,000 for your office

16   to process, had SB 90 been in place, any requests

17   that were standing requests for more than one

18   election, those would have expired after the 2016

19   general election, correct?

20         A    Correct.

21         Q    And so all of those individuals, if they

22   chose to vote by mail again, would have to rerequest

23   their ballot, correct?

24              MR. DAINES:  Object to the form.

25         A    Correct.

Craig Latimer
October 11, 2021

1   BY MS. MADDURI:

2        Q     So that would significantly increase the

3   cost on your office to process these ballots,

4   correct?

5        A     I mentioned before that this was going to

6   cause an administrative burden on us, cost being one

7   of them.

8        Q     Do you think that the shorter validity

9   period affects your office's ability to plan for

10   elections at all?

11       A     No.

12       Q     When you receive a vote-by-mail ballot

13   request, how long does it typically take your office

14   to process that request and send out a ballot?

15       A     The request is processed that day.  If

16   it's requested during the period when we are mailing

17   out ballots, we've got two days to get the ballot

18   out by law.

19       Q     Is there a deadline by which voters have

20   to request vote-by-mail ballots for an election?

21       A     Yes.

22       Q     What is that?

23       A     I don't remember off the top of my head

24   now; seven days, nine days.  I don't remember

25   exactly.

Craig Latimer
October 11, 2021

Page 143

1          Q      Some number of days shortly before the

2    election?

3          A      Right, so we've got time to get the ballot

4    out and they've got time to mail it back basically.

5          Q      In your view, is it possible that your

6    office will receive more vote-by-mail requests

7    closer to an election than you have in past

8    elections?

9                 MR. TODD:  Object to the form.

10         A      I don't know.  You are asking two

11   questions here.  Can you try that again, comparing

12   to past elections or something?

13   BY MS. MADDURI:

14         Q      Sure.  I am wondering -- since you can't

15   have a standing request for more than one general

16   election going forward and you don't have this check

17   box method that a lot of voters used in the past, I

18   am wondering if you are expecting any increase in

19   the volume of vote-by-mail requests that you would

20   get closer to an election?

21         A      I have no idea.

22         Q      I know you also testified that you plan to

23   expend some resources to notify voters of this

24   change.  Have you made any determinations of how

25   much -- how much of your budget you are going to

Craig Latimer
October 11, 2021

Page 144

1    devote to that?

2         A    Not yet.

3         Q    Do you have any sense of what it might

4    cost?

5         A    Not yet.

6         Q    I would like to chat with you briefly

7    about the provision that limits how many ballots an

8    individual can return on behalf of other voters.

9              I think you already testified that voters

10   in Hillsborough County or individuals in

11   Hillsborough County have been returning ballots

12   upwards of two ballots prior to SB 90's enactment?

13        A    Like I said, anecdotally, I have seen

14   people come in with several ballots.

15        Q    Do you have any sense of what types of

16   voters were having other people return their ballots

17   for them?

18        A    I have no idea, other than myself that I

19   stated about my neighbors all want to drop them off

20   at my house.

21        Q    Understood.  Does your office dispatch any

22   employees to collect ballots from voters?

23        A    Under supervised voting legislation, yes,

24   where we go into the assisted living facility.

25        Q    Other than the assisted living facilities,

Craig Latimer
October 11, 2021

1    does your office dispatch anyone to collect ballots

2    from a voter who otherwise says they need help

3    returning it?

4        A    Not to my knowledge, we never have.

5        Q    Is that something you are planning to do

6    in future elections?

7        A    Not at this time.

8        Q    I would like to go back to what we've

9    marked as Exhibit 6, and it's marked as Exhibit K in

10   the chat.

11       A    Okay.

12       Q    I think right at the end of the e-mail,

13   the last paragraph there, it says, "Limiting the

14   possession of ballots.  That has not been an issue

15   in our county.  It's a solution looking for a

16   problem.  What we heard today is" -- I am sorry,

17   that's actually the only part that I am asking you

18   about.

19            Let me say that again.  It says, "Limiting

20   the possession of ballots, that has not been an

21   issue in our county.  It's a solution looking for a

22   problem."

23            Do you see that?

24       A    I do.

25       Q    What do you understand, if you have an

Page 146

1   understanding, of it's a solution looking for a

2   problem to mean?

3        A    Well, somebody can take 20 ballots and

4   drop them in a blue U.S. post office mailbox and

5   there is nobody there to monitor it and know what

6   relation anybody is to anybody else.

7        Q    Is it your view that SB 90 wouldn't do

8   anything to address that?

9        A    It would not.

10       Q    In that same sentence it also says, "That

11  has not been an issue in our county."  Do you have

12  an understanding of what that means?

13       A    We haven't had an issue with people

14  bringing ballots into the office.

15       Q    So you are not aware of any improper

16  ballot collection return in Hillsborough?

17       A    No, I am not.

18       Q    I would like to move on and talk to you

19  about the third-party voter registration

20  organization.

21            Do you receive voter registrations from

22  third-party organizations in your county?

23       A    As I stated previously, yes.

24       Q    Do you have any reference of how many you

25  get every year?

Craig Latimer
October 11, 2021

Page 147

1       A       I don't have that number off the top of my
2    head.

3       Q       Okay.  You have a lot of them right off
4    the top of your head?

5       A       I believe we may have answered that in
6    interrogatories, I don't know though.

7       Q       I can check that.  Do you think that the
8    activities of third-party voter registration
9    organizations to register voters is important for
10    voters?

11       A       I think it's certainly another avenue to
12    give people an opportunity to register, yes.

13       Q       Do you think that third-party registration
14    organizations might reach voters who would otherwise
15    not register to vote?

16       A       I couldn't answer that.

17       Q       Do you have any sense of what types of
18    voters use the services of third-party voter
19    registration organizations?

20       A       I don't know.

21       Q       I believe you testified that you receive
22    some third-party voter registration organization
23    forms late on occasion, is that right?

24       A       Correct.

25       Q       If you know, would you say that that's a

Craig Latimer
October 11, 2021

1   small percentage overall of the forms that you do

2   receive from third-party voter registration

3   organizations?

4        A    I can tell you off the top of my head that

5   since 2016 we've had 411 registrations turned in

6   late.  As I previously stated, none of those

7   contributed to somebody not being registered to vote

8   and not being able to vote.  We get thousands and

9   thousands of third-party voter registration

10   organization applications.

11        Q    I think you mentioned that you have

12   received some questions or comments about the --

13   about SB 90 restrictions on third-party voter

14   registration organizations, is that right?

15        A    Yes.

16        Q    What were the substance of some of those

17   comments or questions, to the best of your

18   recollection?

19        A    What are the changes, what do we have to

20   do now?

21        Q    Okay.  They are asking about how to

22   comply?

23        A    Yes.

24        Q    I think you said that you directed them to

25   the state department?

Craig Latimer
October 11, 2021

Page 149

```
1        A      Division of Elections website, they have

2    got an entire section on there.

3        Q      Okay.  I am quite near the end of this.  I

4    appreciate your bearing with me and plowing through

5    this segment.

6               I think you mentioned that Hillsborough

7    County hasn't had a significant problem with lines

8    recently, is that right?

9        A      That is correct.

10       Q      Is that -- is that the case for 2020?

11       A      I think it's several things.  I stated

12   earlier that usually upwards of 65 to 70 percent of

13   our voters go prior to election day, so then I am

14   distributing the election day voters cross 290

15   polling sites throughout the county.  So it tends to

16   move quickly, and we don't mount up lines.

17               And early vote sites, I continue to build

18   every year.  I think the first year I was elected we

19   had 15 early vote sites, we are up to 26 now and

20   having conversation about possibly two more in areas

21   that are experiencing rapid growth.  So we have got

22   plenty of opportunities for people to vote.

23       Q      Has the -- has this been the case the

24   entire time you have been supervisor, you generally

25   haven't experienced many lines during elections,
```

Craig Latimer
October 11, 2021

Page 150

1    either during early voting or on election day?

2         A    Yeah, we've had some lines on the last day

3    of early voting, but the lines moved rapidly.  And I

4    am not talking about a hundred people in line, I am

5    talking about maybe 20 or 30 in line and it's moving

6    rapidly.

7         Q    Off the top of your head, can you estimate

8    what the longest amount of time a voter in

9    Hillsborough has waited that you've heard of to

10   vote?

11        A    I would say well under 30 minutes.

12             MS. MADDURI:  Do you mind if we take a

13   five-minute break for me to just look back over

14   my notes and see if I'm done?

15             MR. TODD:  That's fine.  Thank you.

16             Mr. Cavataro, are you next?

17             MR. CAVATARO:  Yes, I am up.

18             MR. TODD:  How much do you think you have

19   in terms of time, roughly?

20             MR. CAVATARO:  I will aim to wrap up under

21   an hour, perhaps well under, but I will give

22   myself some room and say an hour.

23             MR. TODD:  Mr. Budhu, I think you had some

24   questions?

25             MR. BUDHU:  Yeah, I will be well under an

Craig Latimer
October 11, 2021

Page 151

 1      hour as well.

 2           MR. TODD:  There was somebody else, but I

 3      can't recall who it was that wanted to question

 4      the witness.  Maybe I am incorrect.  So I guess

 5      that's it.

 6           (A recess took place from 2:50 p.m. to

 7      3:00 p.m.)

 8           MS. MADDURI:  I am done.  I just want to

 9      say thank you, Supervisor Latimer, for your

10      time.

11           THE WITNESS:  Thank you very much, ma'am.

12                CROSS EXAMINATION

13   BY MR. CAVATARO:

14      Q    Good afternoon, Supervisor Latimer.

15      A    Good afternoon.

16      Q    Thank you for being with us today.  My

17   name is Ben Cavataro, and I represent the Florida

18   conference of NAACP, Common Cause, and Disability

19   Rights Florida in this case.

20           You understand, of course, you are still

21   under oath?

22      A    I do.

23      Q    All the ground rules that Mr. Zacherl and

24   Mr. Daines and Ms. Madduri went over, they still

25   apply here.

Craig Latimer
October 11, 2021

Page 152

1           And if I say SB 90, of course, you

2    understand it to mean Senate Bill 90 and then any of

3    the companion bills, including House Bill 7041?

4           A    I do.

5           Q    We already discussed Hillsborough County

6    and your role in the Supervisor's Office and your

7    history of public service.  I just wanted to go over

8    one more thing.  Hillsborough County is the fourth

9    largest county in Florida, is that right?

10          A    By voters.  Actually, we have a higher

11   population than Palm Beach County, but Palm Beach

12   County has more voters than we do.

13          Q    So it's the third largest by population

14   and the fourth largest by registered voter

15   population?

16          A    Yes, by registered voters.

17          Q    Is it fair to say that Hillsborough is a

18   diverse county in terms of ethnicity and race?

19          A    Absolutely.

20          Q    And is it fair to say that the number of

21   registered voters in the county is also diverse by

22   ethnicity and race?

23          A    Yes.

24          Q    And is it fair to say that the

25   Hillsborough County voter base, the voter group is

Craig Latimer
October 11, 2021

1   diverse in terms of people with disabilities?

2        A     Yes.

3        Q     Great.  And only because I don't think we

4   covered it earlier, how long is each term as a

5   county supervisor of elections?

6        A     Four years.

7        Q     And because you were elected in 2020,

8   would that make your current term extend out to

9   January of 2025?

10       A     That is correct.

11       Q     You testified earlier about the role of

12  your office in voter education.  Do you consider

13  increasing voter turnout to be a goal of your

14  office?

15       A     We certainly -- my goal is that we have

16  everyone that's eligible to be registered to vote

17  is, in fact, registered and all the registered

18  voters have an opportunity to cast that ballot.

19       Q     I want to talk a little bit about FSE, the

20  Florida Supervisors of Election Association.  You

21  testified earlier that it was a bipartisan group.

22  Would it also be fair to call it nonpartisan?

23       A     Yes.

24       Q     If I pause, it's because I am trying to

25  spare you repeated questions.

Craig Latimer
October 11, 2021

Page 154

```
 1        A     That's fine.
 2        Q     As a general matter, do you think it's
 3   important that voters have multiple options in terms
 4   of the method to cast their ballot?
 5        A     Absolutely.
 6        Q     Why is that?
 7        A     Well, I think the simple explanation is
 8   that some people might not have transportation, so
 9   they can vote by mail; some people have
10   transportation but have different work hours and
11   they have the opportunity to early vote; and then,
12   of course, election day, which I always say is the
13   last day to vote, not the first day, for people that
14   want to vote on election day.
15              And I want all three methods of voting and
16   people across those three methods of voting because
17   I don't want lines.
18        Q     Thank you.  We discussed earlier about
19   vote-by-mail security and the different measures
20   that have been taken.  Would you agree -- strike
21   that.
22              Is it fair to say that there is layered
23   security for vote by mail and that security doesn't
24   rely on any one thing?
25        A     You have to be a little bit more specific
```

Craig Latimer
October 11, 2021

1    on that one.

2        Q    Would you agree that for vote-by-mail

3    ballots, there is many different security methods,

4    not just one?

5        A    I think what I stated previously was that

6    to even get a vote-by-mail ballot, you first have to

7    be a registered voter.  To be a registered voter,

8    you have to supply a driver's license number,

9    Florida ID, last four Social so the state can make a

10   match on your information.  Then you can become a

11   voter, then you can request a vote-by-mail ballot.

12           You have to request that ballot, we send

13   it to you.  When you send it back, you also have to

14   sign the oath on the back of the envelope, and then

15   that signature is physically compared with the

16   signatures we have on file.

17       Q    So the signature match and the voter

18   registration match are both security measures that

19   pertain to vote by mail?

20       A    Yes.

21       Q    Is the secrecy envelope considered a

22   security measure as well?

23       A    I don't think so.  I think it's -- I know

24   it's helpful to us when we are going through the

25   ballot process so we are able to maintain the

Craig Latimer
October 11, 2021

1   sanctity of the ballot; we don't know who you voted

2   for.  So yeah, I don't know that I would call it a

3   total security feature.

4       Q    Is it right that you testified earlier

5   that vote-by-mail ballots can't be forwarded?

6       A    That is correct.

7       Q    Do you consider that to be a safety

8   feature, or a security feature, rather?

9       A    Yes.

10      Q    Thank you.  I want to turn a bit to the

11  legislative process leading up to the enactment of

12  Senate Bill 90.

13           Am I correct that earlier you testified

14  that there were others involved in speaking to the

15  state legislature about SB 90 other than the

16  supervisors?

17      A    Yes.

18      Q    And who were those people, if you can

19  recall?

20      A    I can't give you a name right off the bat.

21  I remember I watched several of the committee

22  meetings and there were people there from various

23  organizations that spoke to the legislators, too.

24      Q    Do you know if a group called the Heritage

25  Foundation or Heritage Action for America was

Craig Latimer
October 11, 2021

1   involved?

2              MR. DAINES:  Object to the form.

3         A    I have no direct knowledge of that.

4   BY MR. CAVATARO:

5         Q    Thank you.  Prior to SB 90, prior to 2021,

6   in fact, did you monitor any election-related

7   legislation that was pending in the state

8   legislature?

9         A    Prior to 2021?

10        Q    Prior to 2021.

11        A    No.

12        Q    You testified earlier that Senate Bill 90

13   was changed many times throughout the legislative

14   process, is that correct?

15        A    Yes.

16        Q    Is it correct that there was a strike-all

17   amendment or multiple strike-all amendments during

18   the consideration of the bill?

19        A    As I remember it, yes.

20        Q    Would you consider Senate Bill 90 to have

21   been rushed through the legislative process?

22        A    I couldn't answer that.

23        Q    Is it fair to say that most of the

24   provisions of Senate Bill 90 were not in response to

25   requests from supervisors of elections?

Craig Latimer
October 11, 2021

Page 158

1              MR. DAINES:  Object to the form.

2         A    That is fair to say.

3     BY MR. CAVATARO:

4         Q    Could you repeat the answer?

5         A    That is fair to say.

6         Q    Thank you.  I would like to call up an

7     exhibit, if you will bear with me.

8              MR. CAVATARO:  My internet is not quite

9         cooperating.  We'll just speak to it.

10    BY MR. CAVATARO:

11        Q    You testified earlier that you didn't

12    speak directly to the members of the legislature

13    regarding Senate Bill 90, is that right?

14        A    I had conversation with several

15    legislators.  I didn't go to Tallahassee.  There was

16    some phone calls.

17        Q    Who were the members of the FSE who were

18    most directly involved in talking to the members of

19    the legislature?

20        A    Alan Hays, Lake County supervisor, he

21    actually testified before a committee.  Mark Earley,

22    I believe did, too.  And I don't remember who else

23    at this point.  I know several of the FSE members

24    talked to their local delegations over a period.

25        Q    Would you say that the legislative process

Craig Latimer
October 11, 2021

Page 159

1   leading up to the final bill took place over a very

2   compressed time period?

3          A    I wouldn't know how to compare that.

4          Q    I would like to talk very briefly about

5   drop boxes, trying to avoid redundancy to what you

6   discussed with Ms. Madurri, but you will forgive me

7   if there is some overlap.

8               Do outdoor drop boxes, in your opinion,

9   offer any advantages over indoor drop boxes?

10         A    As I stated, we actually moved them

11  outdoors as a safety precaution during COVID.  So

12  that was the motivation.  I know in our Falkenburg

13  Road office, we would literally have hundreds and

14  hundreds of people a day that would come in here to

15  drop off their ballots, so we moved all that

16  outside.

17         Q    So is it the case that public health would

18  be one advantage of outdoor versus indoor drop

19  boxes?

20         A    That was exactly why we did this.  But

21  then the feedback from the voters was great about I

22  just drove right up there and was able to drop it

23  off.

24         Q    Are drop boxes more important to some

25  voters than others?

Craig Latimer
October 11, 2021

Page 160

1        A     I think so.

2        Q     And for which voters would drop boxes be

3   most valuable or useful?

4        A     As I said before, people would remark to

5   me, I know it's getting to your office today, I am

6   going to put it in the drop box.

7        Q     And based on your discussions with the

8   other supervisors, are drop boxes more important to

9   some counties than to other counties?

10        A     I can't answer that.

11        Q     Is Hillsborough County, as a large county,

12   differently situated from some smaller counties in

13   terms of election administration?

14        A     You have to be more specific.

15        Q     Is it more challenging to administer an

16   election in a large county than to a small county?

17        A     I don't think so.  Every county has to do

18   the same thing, and it doesn't matter how big you

19   are, you got to do vote by mail, you got to do early

20   vote, you got to do election day.  And we are all

21   bound by the same statutes.  The difference is in

22   the economy of scale, how many employees you have

23   doing it.

24        Q     Turning to the -- on drilling down a

25   little deeper on the drop boxes, you testified

Craig Latimer
October 11, 2021

Page 161

1    earlier, I think, there were 26 drop boxes at the

2    early voting sites and then four office drop boxes

3    after early voting hours, is that correct?

4        A    Correct.

5        Q    And then of the drop boxes at the early

6    voting sites, were those drive-up drop boxes?

7        A    Yes, we had them outside in drive-up areas

8    as long as weather was permitting, obviously

9    watching lightening.  And we have storms and in

10   August and even into November.

11       Q    So those drop boxes were contact free?

12       A    Yes.

13       Q    And again, was that for public health

14   reasons?

15       A    Yes.

16       Q    Did voters -- did any voter remark to you

17   on contact-free voting and whether they favored or

18   disfavored it?

19       A    Not in those terms; the anecdotal examples

20   I gave where people just talked about how easy it

21   was to drive up and didn't even have to get out of

22   their car.

23       Q    Got it.  Bear with me one second.  I want

24   to talk about 24-hour drop boxes which have been

25   touched on before.  Are there advantages to 24-hour

Craig Latimer
October 11, 2021

Page 162

 1    drop boxes versus drop boxes with more limited

 2    hours?

 3         A    I think for certain voters that may

 4    have -- they work 12-hour shifts, which would be the

 5    same as early voting and office hours, so they would

 6    have the opportunity to drop them outside of regular

 7    business hours.

 8         Q    Are there any other groups of voters for

 9    whom 24-hour drop boxes would be especially

10    important?

11         A    Insomniacs.  I don't know.

12         Q    Would you say voters with childcare

13    responsibilities might find 24-hour drop boxes more

14    useful than voters without such responsibilities?

15         A    I would say anybody that --

16              MR. DAINES:  Object to form.  Sorry, sir,

17         go ahead.

18         A    I would say that anybody who's not able to

19    hit a drop box during the early voting hours outside

20    of that it would be beneficial to them.

21    BY MR. CAVATARO:

22         Q    Is it important, in your opinion, to

23    provide voters with a drop box to accept

24    vote-by-mail ballots prior to the beginning of the

25    early voting period?

Craig Latimer
October 11, 2021

Page 163

1      A    Yes, and we do.

2      Q    Why is that important?

3      A    Well, we send the ballots out 40 days

4   before the election, and people are literally

5   bringing them back the next day or two.

6      Q    Does SB 90, in your understanding, allow

7   supervisors to accept grant monies to fund

8   election-related activities?

9      A    It does not anymore.

10     Q    Does SB 90, in your understanding, bar

11  supervisors from accepting grants of any kind?

12     A    I am sorry, accepting what?

13     Q    Accepting grants of any kind.

14     A    Directly related to conducting the

15  election.

16     Q    And that would include drop boxes,

17  correct?

18     A    Speculation, I don't know.

19     Q    You testified earlier that the

20  Hillsborough County Supervisor's Office doesn't use

21  volunteers or unpaid volunteers, is that correct?

22     A    Correct.

23     Q    Do you understand SB 90 to allow you to

24  use unpaid volunteers if you wanted to?

25     A    I don't know.

Craig Latimer
October 11, 2021

Page 164

1        Q      If the use of drop boxes is limited, would

2    that particularly affect voters who don't own cars?

3              MR. DAINES:  Object to the form.

4        A      Limited in what way, sir?

5    BY MR. CAVATARO:

6        Q      If drop boxes become less available in

7    terms of number or location or hours.

8        A      I don't understand the correlation of just

9    because they don't have a car.

10        Q      Does the use of -- does the availability

11    of drop boxes advantage voters who may have

12    transportation difficulties?

13              MR. TODD:  Object to the form.

14        A      I always tell people if for some reason

15    you can't get it to the drop box, drop it in the

16    mail, I pay the return postage.

17    BY MR. CAVATARO:

18        Q      I want to talk a little bit about the U.S.

19    Postal Service mailboxes versus the drop boxes,

20    which was discussed a little bit before, so I will

21    try not to repeat prior questioning.

22              Do you ever have a concern that the U.S.

23    Postal Service might lose vote-by-mail ballots that

24    are mailed by voters?

25        A      I am sure that's always a possibility.

Craig Latimer
October 11, 2021

1       Q       Do you ever have a concern that the U.S.

2    Postal Service might deliver a ballot from a voter

3    after the deadline?

4       A       That does occur.  I think I stated

5    previously that that's what I was really looking at,

6    the dates of when these ballots were postmarked and

7    actually looking at the date they were signed by the

8    voter, the date they were postmarked and then when

9    we received them.  And it was amazing -- I remember

10   one particular one we received two days after the

11   election, and it had been signed and dated the day

12   after the election.  So it only took one day, but it

13   was two days late.

14      Q       Is your understanding that U.S. Postal

15   Service mailboxes are usually monitored?

16      A       I don't have any knowledge of that.

17      Q       Are drop boxes established by your office

18   within your control more than U.S. Postal Service

19   mailboxes?

20      A       Are they more what?

21      Q       Pardon me.  Are drop boxes more within

22   your control than USPS mailboxes?

23      A       Absolutely.  I don't staff USPS mailboxes.

24      Q       I would like to talk briefly about the

25   vote-by-mail repeat request limitation that was

Craig Latimer
October 11, 2021

1   discussed before.

2           Is it your experience that voters with

3   disabilities take advantage of vote by mail?

4       A     Again, anecdotally, that's kind of

5   interesting, because we offer disability marking

6   devices at all of our in-person voting, both early

7   vote and vote by mail, and many of the people with

8   disabilities like to use that.

9       Q     Have you noticed, in the course of your

10  work as supervisor, any voting groups that were

11  particularly apt to use vote by mail, standing

12  vote-by-mail requests?

13      A     Can you restate that?

14      Q     In your experience as supervisor of

15  elections, do you think that there are certain

16  voting groups that are more likely to request to get

17  a vote-by-mail ballot in each election?

18      A     I don't have any information on that.

19      Q     Do you know why the Legislature included

20  in Senate Bill 90 the vote-by-mail repeat request

21  provision?

22          MR. DAINES:   Object to the form.

23      A     What is the repeat request provision?

24  BY MR. CAVATARO:

25      Q     The limitation on the duration of a

Craig Latimer
October 11, 2021

1    standing vote-by-mail ballot request.

2         A    I do not.

3         Q    You testified earlier that the

4    vote-by-mail provision regarding the duration of

5    requests for vote-by-mail ballots poses an

6    administrative burden for your office, is that

7    correct?

8         A    Yes.

9         Q    And is it correct that you testified that

10   cost is an aspect of the administrative burden?

11        A    Yes.

12        Q    Do you have any sense of how to quantify

13   that cost even roughly?

14        A    I think we answered that in the

15   interrogatories.  We had some projections in there.

16        Q    Are there other forms of administrative

17   burden other than a financial burden?

18        A    Having to hire additional people to keep

19   up with the workload, additional temporary

20   employees, that's going to increase our mailing, so

21   both ends.

22        Q    Is an increase in training an aspect of

23   the administrative burden that this provision

24   incurs?

25        A    Sure.  We provide training to all our

Craig Latimer
October 11, 2021

Page 168

1    employees, whatever duties and responsibilities they

2    have.

3          Q    With respect to the financial burden of

4    this provision, are there other programs or

5    activities that you would prefer to spend the money

6    on?

7          A    Well, I prefer not to spend taxpayer money

8    on additional anything.

9          Q    During the debate in the legislature

10   regarding the bill, did the supervisors of elections

11   express concern over this provision regarding

12   vote-by-mail requests?

13         A    Let me remind you, and I think we still

14   can do this, too, the original part of the bill was

15   going to wipe out all requests on file, which was

16   huge.  And we really didn't want it to go to one, we

17   wanted it to stay at two.  And there was no logic to

18   do that, to take it to one.

19         Q    Are you aware of any instance of voter

20   fraud that would have been prevented by this

21   provision that we've just been discussing?

22              MR. TODD:  Object to the form.

23         A    No, I am not aware.

24   BY MR. CAVATARO:

25         Q    In your view, prior to the enactment of

Craig Latimer
October 11, 2021

Page 169

1   Senate Bill 90, were there sufficient safeguards in

2   place to protect against vote-by-mail voter fraud?

3        A    I think I've stated already what the

4   process is.

5        Q    I would like to touch on very briefly the

6   nonsolicitation provision of Senate Bill 90 related

7   to the 150 feet.  Do you understand the provision

8   that I am referring to?

9        A    I do.

10        Q    Have you and your office interpreted the

11   nonsolicitation provision of Florida law to bar any

12   contact between -- any contact with a voter within

13   the 150-foot zone?

14        A    I believe the statute refers to exactly

15   what it is, solicitation, that there is a

16   prohibition to solicit a voter within the 150-foot.

17        Q    How do you define solicitation?

18        A    Trying to encourage somebody to vote for a

19   person or for or against a referendum.

20        Q    So is it fair to say that not every

21   contact with a voter within the 150-foot zone would

22   constitute solicitation?

23        A    It would depend on the situation.

24        Q    If all other things are equal, if it

25   becomes more difficult to vote by mail, does that

Craig Latimer
October 11, 2021

1    **increase the likelihood that people vote in person?**

2            MR. TODD:  Object to the form.

3        A    I think that's an individual decision.  We

4    saw a huge jump in vote by mail during COVID, and we

5    are having internal discussions now is that going to

6    hold up, or are people going to go back to voting in

7    person.

8    BY MR. CAVATARO:

9        **Q    And returning a bit to the nonsolicitation**

10   **provision, if a nonpartisan volunteer provides a**

11   **bottle of water to a voter on his or her way into**

12   **the polling place, is that prohibited solicitation?**

13       A    I would not put up with that because I

14   don't have any idea what that person is talking to

15   the voter about.  And what I have told groups

16   already is I don't care if you set up a tent and a

17   water station at 160 feet, they can get the bottle

18   on their way by.

19       **Q    So is it fair to say there is an aspect of**

20   **judgment involved in enforcing the nonsolicitation**

21   **provision?**

22       A    Absolutely.

23       **Q    I want to turn briefly to third-party**

24   **ballot collection.**

25           **You testified earlier that you are aware**

Craig Latimer
October 11, 2021

Page 171

1    anecdotally of voters asking neighbors to turn in

2    their vote-by-mail ballots for them, is that

3    correct?

4         A    Yep, very much aware.

5         Q    And with apologies if this is redundant,

6    why did voters ask their neighbor to return the

7    ballot for them?

8         A    Various reasons:  Sick, didn't have

9    transportation, they were going, it made it easy,

10   whatever.

11        Q    Of the voters that had others return

12   ballots on their behalf, were some of those voters

13   individuals with disabilities?

14        A    I can't answer that specifically.

15        Q    Other than neighbors, did caretakers for

16   those with an illness or injury sometimes return

17   vote-by-mail ballots on behalf of the person for

18   whom they were taking care of?

19        A    I have no direct knowledge of that.

20        Q    You mentioned briefly earlier the

21   supervised facilities or the supervised voting

22   provision of Florida law.  Do you understand the

23   provision to which I am referring?

24        A    Yes.

25        Q    My understanding is that people who are

Craig Latimer
October 11, 2021

Page 172

1    eligible voters, who are registered to vote who live

2    in certain supervised facilities, are able to vote

3    at those facilities.  Is that -- does that reflect

4    your understanding as well?

5         A    A vote-by-mail ballot, yes.

6         Q    And do you know which facilities qualify

7    for the supervised voting provision of Florida law?

8         A    It's in statute.  I don't know it right

9    off the top of my head.

10        Q    Would assisted living facilities be

11   eligible?

12        A    I believe so.

13        Q    And would nursing facilities be eligible?

14        A    I believe so.

15        Q    But other forms of communal housing would

16   not be eligible, is that correct?

17        A    I would have to refer back to the statute,

18   so I can't really answer that.

19        Q    Do you know off the top of your head --

20   and I realize you may not -- whether hospitals are

21   sites where the supervised voting provision could

22   apply?

23        A    I don't believe so.

24        Q    And what about group homes, would they be

25   eligible for supervised voting?

Craig Latimer
October 11, 2021

```
 1      A    Again, I would have to refer to the

 2   statute.

 3      Q    For people living in facilities that are

 4   not eligible for supervised voting, would the

 5   third-party ballot collection restrictions of Senate

 6   Bill 90 make it more difficult for those residents

 7   to return their ballots?

 8           MR. DAINES:  Object to the form.

 9      A    Again, there is nothing to prohibit them

10   from dropping it in the mailbox, where we are paying

11   the return postage, so there is no penalty on them.

12           MR. CAVATARO:  Can we go off the record

13       for about five minutes while I look over my

14       notes?  Mr. Todd, are you okay with that?

15           MR. TODD:  Fine.

16           (A recess took place from 3:32 p.m. to

17       3:35 p.m.)

18   BY MR. CAVATARO:

19      Q    I just placed in the Zoom chat function an

20   exhibit that is marked NAACP Latimer Deposition

21   Exhibit G.

22           MR. CAVATARO:  Sandi, I confess, I don't

23       know what number we're up on.

24           MS. MADDURI:  I believe it's going to be

25       Exhibit 11.
```

Craig Latimer
October 11, 2021

Page 174

```
 1              (Exhibit 11 was marked for

 2         identification.)

 3    BY MR. CAVATARO:

 4         Q    Supervisor Latimer, are you able to open

 5    that exhibit?

 6         A    Yes.  I am looking at it.

 7         Q    Do you recognize this document?

 8         A    Just refreshing my memory here, it looks

 9    like a chat between me, Dave Ramba and Alan Hays.

10         Q    Great.  Could you remind us who Mr. Ramba

11    is?

12         A    He is our lobbyist, Dave Ramba.

13         Q    By our lobbyist, you mean the Florida

14    Supervisors of Elections Association?

15         A    Yes, I am sorry, FSE's lobbyist.

16         Q    No problem.  And then Mr. Hays is the Lake

17    County supervisor of elections, is that correct?

18         A    He is former senator, current Lake County

19    supervisor of elections, and he's head of the

20    Legislative Affairs Committee.

21         Q    Do you recall what time this text message

22    conversation occurred?

23         A    I do not.

24         Q    Is it fair to say it occurred during the

25    legislative consideration of Senate Bill 90?
```

Craig Latimer
October 11, 2021

1        A    Yes.

2        Q    Did you write "Ingolia just said our check

3    box is no good"?

4        A    I don't remember writing that.  And I

5    wouldn't have had any direct knowledge of that, to

6    be truthful with you, so I would assume that was

7    either Alan or Ramba.  I know it says Hillsborough

8    County SOE.  But I don't recall saying that.

9        Q    Do you see the part at the -- toward the

10   end where Supervisor Hays writes another way to make

11   the VBM difficult?

12       A    Yes.

13       Q    Do you understand VBM to be vote by mail?

14       A    Yes.

15       Q    And what's your understanding, if you have

16   an understanding, what Supervisor Hays was trying to

17   convey?

18       A    I think it goes back to the check box that

19   we have been talking about, that this is a method

20   used by numerous supervisors of elections and that

21   it's an easy way to keep the people on the rolls, to

22   get a requester -- to keep them active for

23   requesting a vote-by-mail ballot.

24       Q    And do you believe that at least part of

25   the intent behind this provision of Senate Bill 90

Craig Latimer
October 11, 2021

Page 176

1    was to make vote by mail more difficult?

2         A    I can't answer that.

3         Q    Bear with me about 30 seconds, I just want

4    to check to make sure I covered what I need to

5    cover.

6         A    Yes, sir.

7              (Short pause.)

8              MR. CAVATARO:  All good here.  Thank you,

9         Supervisor Latimer, for your time.

10             MR. TODD:  Mr. Budhu.

11             MR. BUDHU:  Yep, yep, I'm on deck.  Are we

12        on the record still?

13             THE STENOGRAPHER:  Yes.

14                  CROSS EXAMINATION

15   BY MR. BUDHU:

16        Q    Good afternoon, Mr. Latimer, my name is

17   Ryan Budhu, I am an attorney, I represent plaintiffs

18   Florida Rising Together in this action.  I

19   understand that you have been questioned under oath

20   here today.  A few of my colleagues have given you

21   ground rules, you understand that those ground rules

22   are still in effect?

23        A    I do.

24        Q    Okay.  I think in terms of questioning, I

25   won't be long.  I do have a few areas I would like

 1   to give -- to ask you a few questions.

 2           So turning straight to vote by mail, and I

 3   wanted to ask you, prior to enactment of SB 90, in

 4   your experience, were there sufficient election

 5   protection procedures in place regarding vote by

 6   mail?

 7       A    I believe so.

 8       Q    And based on your understanding, I believe

 9   that you testified earlier today that you weren't

10   aware of any widespread voter fraud in Hillsborough

11   County during the 2020 election, correct?

12       A    That is correct.

13       Q    And you are not aware of any widespread

14   fraud in Hillsborough County in any prior election,

15   correct?

16       A    Since 2012, I can tell you that, no, I am

17   not aware, 2010, actually.

18       Q    Got it.  And I also believe you gave a

19   little bit of testimony here earlier today about the

20   procedure for requesting a vote-by-mail ballot,

21   correct?

22       A    Yes.

23       Q    And you kind of walked us through a little

24   bit about the documentation that was necessary, is

25   that right?

Craig Latimer
October 11, 2021

Page 178

1        A      Yes.

2        Q      **Just if you could just generally explain**

3    **how your office checks to make sure requests for a**

4    **vote-by-mail ballot is legitimate.**

5        A      Well, as I stated previously, first off,

6    you have to be a registered voter.  To be a

7    registered voter, you have to supply a Florida

8    driver's license, Florida ID card, last four of your

9    Social, and the State makes a match on that

10   information.  The voter then has to request that

11   vote-by-mail ballot, so they've got to be a

12   registered voter, then they've got to request it.

13             When we get that ballot envelope back,

14   they've had to sign the oath on the outside of the

15   envelope and date it.  And then we physically

16   compare the signature to the signature we have on

17   file to verify that it is, in fact, that voter.

18       Q      **Okay.  Could you explain to me how exactly**

19   **SB 90 changed the process for requesting a**

20   **vote-by-mail ballot?**

21       A      It's added an additional provision now

22   that to request a vote-by-mail ballot, you must

23   include your Florida driver's license number, your

24   Florida ID card number or the last four of your

25   Social.

Craig Latimer
October 11, 2021

1       Q       And you are aware that there are some

2    registered voters who don't have access to a

3    driver's license?

4       A       Yes.

5       Q       And there are Florida voters who don't

6    have access to an ID card, correct?

7       A       Yes.

8       Q       And there are even some Florida voters who

9    don't have access to a Social Security number,

10   correct?

11      A       I am not aware of that.

12      Q       Well, I am not asking if that -- they do

13   or do not have a Social Security number but that

14   they may not have access to their Social Security

15   number, is that right?

16      A       I don't have any knowledge of that.

17      Q       Okay.  Under SB 90, what's your

18   understanding of what happens if a voter who wants a

19   vote-by-mail ballot doesn't have access to their

20   driver's license number, state identification number

21   or Social Security number?

22      A       The way the law is written, it says we

23   have to be able to verify for those.

24      Q       In that scenario above, can your office

25   send them a vote-by-mail ballot?

 1      A    Not without verifying it.

 2      Q    And has your office kind of implemented

 3  any type of follow-up procedures for voters who

 4  don't have access to their driver's license, their

 5  identification, their state identification, or a

 6  Social Security number?

 7      A    We haven't had that occur yet.  We are not

 8  getting a lot of requests right now either.  There

 9  is also we are looking at different things, and

10  we've also been talking to the Division of

11  Elections; I know that was a topic at our summer

12  conference.

13          I apologize for the sunlight that's now

14  coming right through the middle of me here.

15          And we had a lot of discussion around

16  that, and there was some direction on how to

17  possibly use the DAVID driver's license database to

18  verify information.

19      Q    But as you sit here right now, there's no

20  finalized procedure for those category of folks,

21  correct?

22      A    I do not have a finalized procedure in my

23  office.

24      Q    In your experience, do voters know or

25  recall what identification number they provided when

1    they registered to vote?

2         A    I think I mentioned that earlier that just

3    about everybody knows the last four of their Social.

4    But I would challenge probably 90 percent of the

5    people on this call right now can't recite their

6    driver's license number without looking at it.

7         Q    Has your office or have you estimated the

8    cost of complying with that identification number

9    match provision of SB 90?

10        A    We have not.

11        Q    As a result, is it currently funded in

12   your budget?

13        A    I am sorry, is what funded?

14        Q    The cost of complying with SB 90's

15   identification number requirement.  I assume because

16   there is no finalized procedure, it wouldn't be

17   funded, or at least it wouldn't be reflected in your

18   budget, is that correct?

19        A    It's not reflected in my budget at this

20   point.

21        Q    Based on your experience, what impact do

22   you think the SB 90 identification number

23   requirement will have on voters in your county?

24        A    I don't know.  We are going to have to

25   wait and see.

1    Q    Well, based on your experience, do you

2    have an anticipated impact, do you have any type of

3    thoughts about what the impact will be?

4    A    I don't.  I think I kind of addressed this

5    earlier, that if somebody contacts us and they give

6    us the last four of their Social and we don't have

7    that, we are going to talk them back to their

8    driver's license and they will have to furnish us

9    with that so we can do the verification.

10    Q    I am going to move to third-party voter

11   registration organizations, I am just going to call

12   them 3PVROs.  You understand if I am referring to

13   3PVROs, I am referring to third-party voter

14   registration organizations?

15    A    I do.

16    Q    Prior to the enactment of SB 90, did your

17   office receive registrations for 3PVROs for voters

18   outside your county?

19    A    Yes.

20    Q    How did your office handle these types of

21   registration?

22    A    We would have to input them and then they

23   would end up going to the county the person lived

24   in.

25    Q    How did that differ from registrations of

Craig Latimer
October 11, 2021

Page 183

1    voters inside of your county, that are located

2    inside your county?

3         A    So I can just tell you that this really

4    impacts large counties and metropolitan areas

5    because a lot of these 3PVROs, they operate in

6    surrounding counties around me, but they bring all

7    of them to my county, so I get strapped with having

8    to do all the input on them.  So I can tell you that

9    the supervisors are not opposed to this portion of

10   this bill at all.

11        Q    Do you have a sense of how many

12   out-of-county registrations your office handled in

13   the 2020 general election?

14        A    Thousands.

15        Q    And what type of resources were needed to

16   process those registrations?

17        A    We have to bring on temporary employees,

18   train them, go through the process.

19        Q    Do you have a general sense of the number

20   of temporary employees that you have to bring on to

21   handle these registrations?

22        A    I don't have that information off the top

23   of my head.

24        Q    Do you have a sense of maybe the funding

25   or some of the numbers in terms of hiring those

Craig Latimer
October 11, 2021

Page 184

1    employees to handle these registrations?

2         A    I don't.

3         Q    Prior to SB 90, did your office find that

4    3PVROs had submitted any type of fraudulent

5    applications or that there was any type of fraud

6    associated with 3PVROs?

7         A    Yes.

8         Q    And how many instances?

9         A    I can't tell you exactly.  I think, again,

10   I spoke to this earlier that we -- specifically, I

11   had one of the 3PVROs come in and told me that they

12   felt that one of their employees was falsifying

13   applications and that they had since fired them.

14   So, yeah, we've had several instances like that.

15        Q    But to the best of your knowledge, there

16   are no ballots that were cast that were a result of

17   any fraud allegedly perpetuated by any 3PVROs,

18   correct?

19        A    That is correct.

20        Q    And -- actually withdrawn.

21             MR. BUDHU:  If I could just have one

22        minute off the record, I am just going to see

23        if I have anything else.

24             (Short pause.)

25

1           MR. BUDHU:  Mr. Latimer, I have no further

2      questions for you.  Thank you for your time.

3           THE WITNESS:  Thank you, sir.

4           MR. ZACHERL:  Stephen, this is Frank.  Is

5      there anybody else that said they wanted to ask

6      questions before I do follow up?

7           MR. TODD:  I don't hear any.  I do have a

8      few follow up, but I will let you go first.

9                    REDIRECT EXAMINATION

10     BY MR. ZACHERL:

11          Q    I am going to be real quick, Supervisor

12     Latimer, to try to finish up.

13               The first thing I want to just follow up

14     on is the questioning earlier about the delays with

15     the U.S. Post Office.  Do you remember those

16     questions?

17          A    I think so.

18          Q    Well, what I wanted -- I just want to

19     drill down a little bit on your understanding of the

20     new U.S. Post Office policies.  Is it your

21     understanding that the U.S. Post Office recently

22     came out and said there may be delays in some

23     categories of mail going forward?

24          A    I read the newspaper or read a newspaper

25     article, and I remember bits and pieces of it, three

Craig Latimer
October 11, 2021

Page 186

1    to five days; but it talked about if it's mailed

2    within that same area, that it may get there sooner.

3    So I would have to go back and refresh totally what

4    was said.

5         Q    Do you recall that the post office

6    announced that if you had first-class mail traveling

7    in the same local region, that it would still have a

8    two-day delivery time?

9         A    That's what I was referring to, in the

10   same area.

11        Q    Okay.  Okay.  It's really long-distance

12   mail going across the country that's being impacted,

13   correct?

14        A    Because you are going by ground instead of

15   air.

16        Q    Yes, sir.  Yes, sir.  Then I am going to

17   try something and this is going to be a big

18   experiment, so if I screw this up, I apologize to

19   everyone, but I am going to try to share my screen.

20   And if I can do this and I figure out how to do

21   it -- let's see if we can do this.

22             Hold on.  You know, I can't do it, I'm

23   sorry.  I'm going to have to go into my preferences

24   and fix this.

25             So I am just going to ask you questions.

Craig Latimer
October 11, 2021

Page 187

1    One of the exhibits that you looked at earlier --

2    and I don't know the exhibit number, I apologize,

3    but it was the talking points for the 2021

4    legislation.  Do you remember that?

5         A    I think there was two of them, actually.

6         Q    Yeah.  And the one I want to ask you

7    about, I think you will remember it, it's just there

8    was some language in there about the potential to

9    create voter confusion and the potential for there

10   to be an erosion of confidence in the process.  Do

11   you recall that?

12        A    I do.

13        Q    And really my question is very simple,

14   would you agree with me that, as we sit here today,

15   those are only potentialities, it's speculation as

16   to whether those two things that you mentioned will

17   actually come to pass, is that accurate?

18             MR. CAVATARO:  Object to the form.

19        A    I don't know.  I have seen some polling

20   out there that's been done talking about erosion of

21   confidence and whether elections are secure and

22   stuff, so I don't know that I could totally agree

23   with you.

24   BY MR. ZACHERL:

25        Q    When you say the polling about elections

Craig Latimer
October 11, 2021

Page 188

1    being secure, can you elaborate on what you mean by

2    that?

3        A    Yeah, that, for instance, vote by mail is

4    a secure process, especially in our state.  I don't

5    probably need to sit here and give a history lesson

6    of what we have gone through the last few months

7    with the different attacks on the election system.

8        Q    Well -- but what I was getting to, though,

9    is, if anything, the changes to the -- and the

10    changes in Senate Bill 90 would make the voting

11    system more secure and more safe, wouldn't you

12    agree?

13        A    How so?

14        Q    Well, that's what I am asking you.  I

15    mean, there is more specific verification

16    requirements, there is more immediate need to renew

17    vote-by-mail registration.  Don't those things,

18    although they may cost more money for the

19    supervisors of elections, don't those things

20    increase the security of the elections?

21        A    Well, I don't know that I can agree with

22    that.  As I stated previously, that to even get a

23    vote-by-mail ballot, you have got to be a registered

24    voter.  And then we are actually verifying that

25    signature on the envelope against the signature we

Craig Latimer
October 11, 2021

Page 189

 1    have on file, which the voter can also track that

 2    ballot back to my office and see when it is approved

 3    and counted and it's accepted and counted.  There's

 4    a lot of provisions that are in place already to

 5    keep that safe and secure.

 6         Q    We may be saying the same thing.  Let me

 7    ask you differently.

 8              Is it your testimony that Senate Bill 90

 9    in any way reduces the security of the voting

10    process in Florida, in your mind?

11         A    I don't think so.

12         Q    Okay.  That's really what I was getting

13    to.  Then just one more thing, sir, before I cut you

14    loose at least for me for today.  I think you said

15    this earlier, but then I got a little confused

16    about -- you said something about -- it deals with

17    line warming and it deals with giving out water and

18    food.

19              I think you said it's hard to distinguish

20    between who is doing what within 150 feet, so if

21    they are going to give out water, they have to give

22    out water beyond 150 feet.  Was that your testimony?

23         A    Yes, it is.  If somebody is trying to get

24    within 150 feet to do anything with a voter, unless

25    I've got one of my workers right with them, we have

1   no idea what they are saying to that voter.  So we

2   immediately ask them to move outside the 150.  We

3   don't have a problem with that here, though, quite

4   frankly.

5        Q    I hear you.  And the reason I am asking

6   the question is because, in these talking points,

7   one of the things it says is, fortunately, one thing

8   this bill does not do is prohibit giving food and

9   water to voters in line to vote, it just prohibits

10   campaigning in that area.  Would you agree with

11   that?

12        A    Yes.

13             MR. ZACHERL:  I don't have any further

14        questions, sir.  Thank you again for all your

15        time today.  I appreciate it.

16             MR. TODD:  Mr. Daines has some questions.

17             MR. DAINES:  Yes, thank you.

18                  RECROSS EXAMINATION

19   BY MR. DAINES:

20        Q    Just this will be really quick.

21   Supervisor Latimer, as I recall earlier you were

22   asked about whether video surveillance was

23   sufficient to secure a drop box and you responded

24   that that depends on the drop box.  Do you remember

25   that?

Craig Latimer
October 11, 2021

Page 191

```
 1        A    Yes.

 2        Q    And you gave the example of a 24-hour box

 3   that's located in a building, which I believe is

 4   consistent with the one 24-hour box that you have

 5   described previously, is that accurate?

 6        A    Correct.

 7        Q    As I recall, you said that that building

 8   location would prevent someone from doing tampering,

 9   do you recall that?

10        A    I talked about how it was built into the

11   wall and the slot was only as big as the -- a little

12   bit larger than the envelope.  I don't recall saying

13   it would prevent tampering.

14        Q    Okay.  So is it safe to say then that --

15   well, let me ask it a different way.  Would that

16   prevent tampering then?  Would that prevent

17   tampering?

18        A    I am sure if somebody had intention to do

19   that, they could tamper it in some way by pouring

20   something into it or throwing a firecracker in it.

21        Q    Right.  And so just to make sure I am

22   clear on your perspective on this, even with the

23   location within the building and with security

24   cameras that were monitoring it 24 hours a day,

25   seven days -- as many days as the box is available,
```

Craig Latimer
October 11, 2021

Page 192

1   it would -- that the cameras and the location within

2   the building would not prevent tampering with the

3   ballots through, for example, pouring gasoline on

4   the ballots into the slot?

5       A    Using that same example, just because I

6   had a law enforcement officer inside my office at

7   2 o'clock in the morning, they wouldn't have had

8   time to respond out to keep that from happening

9   either.

10      Q    Okay.  Would you agree that having a

11  physical presence at the box would be more likely to

12  prevent putting a foreign substance like

13  firecrackers or gasoline in than the cameras by

14  themselves?

15      A    I think it's totally hypothetical.  Like I

16  said, you could certainly have somebody within

17  20 feet of the thing and not be able to stop

18  whatever the person's intentions were.

19      Q    Okay.

20           MR. DAINES:  That is all the questions I

21      have.  So thank you.

22           THE WITNESS:  Thank you.

23           MR. TODD:  Anyone else?  I just have some

24      brief follow up.

25

Craig Latimer
October 11, 2021

1                    CROSS EXAMINATION

2    BY MR. TODD:

3         Q    Addressing this, Mr. Latimer, you've

4    candidly expressed some of your views regarding

5    Senate Bill 90 and its impact.  I would like to take

6    a moment to talk about the issue of voter confidence

7    in Hillsborough County, following up with

8    Mr. Zacherl's questioning.  Okay?

9         A    Yes.

10        Q    I have a handful of questions.  If you run

11   into a citizen in the grocery store today who's

12   expressed to you that they don't know anything about

13   Senate Bill 90 and they wondered what the impact

14   would be on the voting process, how would you

15   respond?

16        A    I would tell them it's not going to impact

17   the voting process, that we have a very safe and

18   secure process, and I would reiterate, which I do

19   often, talking about that we do the public logic and

20   accuracy test before an election, we do the post

21   audit after the election.  We also know how many

22   check-ins we have at in-person voting, so we know

23   how that balances up with how many voters we have

24   that have cast ballots.

25             The same way with vote by mail, we know

Craig Latimer
October 11, 2021

Page 194

1   what we've sent out and we know what we've gotten

2   back.

3       Q      Following up with that, do you have any

4   concerns today that any part of Senate Bill 90 will

5   prevent any qualified registered voter from voting

6   in Hillsborough County?

7       A      I don't.

8       Q      Likewise, do you have any concerns today

9   that any part of Senate Bill 90 will prevent any

10  qualified voter from registering to vote in

11  Hillsborough County?

12      A      No.

13      Q      And lastly, are you concerned today that

14  any part of Senate Bill 90 will prevent any legally

15  cast vote from being counted in Hillsborough County?

16      A      Absolutely not.

17      Q      Is it your belief that Hillsborough County

18  voters have more options for the method they use to

19  vote than at any time in Hillsborough County's

20  history?

21      A      Absolutely.

22      Q      And lastly, should Hillsborough County

23  voters have confidence in the protection of the

24  secrecy of their ballot cast in future elections?

25      A      Yes, they should.

Craig Latimer
October 11, 2021

Page 195

1          MR. TODD:  I don't have any further

2    questions.  Thank you.

3          We'll read.  And I guess we are done.

4          MR. ZACHERL:  We'll waive.  This is Frank,

5    I believe we'll be ordering.

6          MR. CAVATARO:  The NAACP plaintiffs will

7    be ordering a copy of the transcript.

8          MS. MADDURI:  Same for the League of Women

9    Voters, plaintiff.

10          (Proceedings concluded at 4:04 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 196

1                      CERTIFICATE OF OATH

2

3    STATE OF FLORIDA          )

4    COUNTY OF LEON            )

5

6

7

8            I, the undersigned authority, certify that

9    CRAIG LATIMER remotely appeared before me on October

10   11, 2021 and was duly sworn.

11

12           SIGNED AND SEALED this 12th day of

13   October, 2021.

14

15

16

17

18

19           SANDRA L. NARGIZ, RPR, RMR, CRR, CCR
             snargiz@comcast.net
20           Commission #GG172788
             EXPIRES: APRIL 18TH, 2022
21

22

23

24

25

Craig Latimer
October 11, 2021

Page 197

1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA      )

3    COUNTY OF LEON        )

4              I, SANDRA L. NARGIZ, Registered

5    Professional Reporter, certify that I was authorized

6    to and did stenographically report the deposition of

7    CRAIG LATIMER; that a review of the transcript was

8    requested, and that the foregoing transcript, pages

9    1 through 195, is a true record of my stenographic

10   notes.

11             I further certify that I am not a

12   relative, employee, attorney or counsel of any of

13   the parties, nor am I a relative or employee of any

14   of the parties' attorney or counsel connected with

15   the action, nor am I financially interested in the

16   action.

17             DATED this 12th day of October, 2021.

18

19                    _Sandra L. Nargiz_

20

21             SANDRA L. NARGIZ, RPR, RMR, CRR, CRC
               Notary Public
22             snargiz@comcast.net

23

24

25

Craig Latimer
October 11, 2021

Page 198

1
    October 12, 2021

2
    CRAIG LATIMER

3   c/o  STEPHEN M. TODD, ESQUIRE
        todds@hillsboroughcounty.org

4

5   RE:  League of Women Voters, et al.,
         vs. Secretary Lee, et al.

6        Case No.  4:21 cv 186-MW/MAF

7   Dear Mr. Latimer:

8   Please take notice that on October 11, 2021, you
    gave your deposition in the above cause.  At that

9   time you did not waive your signature.

10  The above-addressed attorney has ordered a copy of
    the transcript and will make arrangements with you

11  to read their copy.  Please execute the Errata
    Sheet, which can be found at the back of the

12  transcript, and have it returned to us at
    production@phippsreporting.com for distribution to

13  all parties.

14  If you do not read and sign the transcript within
    thirty (30) days, the original, which has already

15  been forwarded to the ordering attorney, may be
    filed with the Clerk of the Court.

16
    If you wish to waive your signature now, please sign

17  your name to the blank at the bottom of this letter
    and return to the address listed below.

18
    Very truly yours,

19

20  Sandra L. Nargiz, RPR, CMR, CRR
    Phipps Reporting, Inc.

21  1551 Forum Place, Suite 200-E
    West Palm Beach, Florida  33401

22
    I do hereby waive my signature.

23
    _____

24  CRAIG LATIMER
    Job No.  211210

25

Craig Latimer
October 11, 2021

Page 199

1                              ERRATA SHEET

2            DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

3     In Re:   League of Women Voters, et al., vs. Secretary
                            Lee, et al.
4                   Case No.: 4:21 cv 186-MW/MAF
                            CRAIG LATIMER
5                        October 11, 2021

6     PAGE    LINE          CHANGE                    REASON

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    Under penalties of perjury, I declare that I have
      read the foregoing transcript of my deposition and I
20    hereby swear that my testimony therein was true at
      the time it was given and is now true and correct,
21    including any corrections and/or amendments listed
      above.

22

23    _____          _____

24    Date              CRAIG LATIMER
      Job No.   211210
25

## Exhibits

**Exhibit 001  La timer**
  7:18 84:8,9
  112:13

**Exhibit 002  La timer**
  7:19 96:5,6
  109:21

**Exhibit 003  La timer**
  7:19 100:14,
  16

**Exhibit 004  La timer**
  7:20 108:20

**Exhibit 005  La timer**
  7:20 114:22

**Exhibit 006  La timer**
  7:21 122:6
  145:9

**Exhibit 007  La timer**
  7:21 128:13

**Exhibit 008  La timer**
  7:22 131:10

**Exhibit 009  La timer**
  7:22 135:17,
  21

**Exhibit 010  La timer**
  7:23 139:14,
  15

**Exhibit 011  La timer**
  7:23 173:25
  174:1

---

### $

**$150,000**
  140:7 141:15

**$160,000**
  140:11

---

### 1

**1**
  84:8,9 112:13
**10**
  22:16 70:12
  139:14,15
**10,000**
  64:3 65:24
**100**
  48:18
**107,000**
  20:11
**11**
  173:25 174:1
**11th**
  132:1
**12**
  22:17
**12-hour**
  162:4
**12:12**
  66:17
**12:20**
  66:12,18
**12:36**
  77:23

**14**
  55:12 81:11
  94:14
**15**
  149:19
**150**
  47:15 169:7
  189:20,22,24
  190:2
**150-foot**
  17:11 46:23
  47:18 49:12,
  15 169:13,16,
  21
**16**
  15:22 94:14
**160**
  170:17
**16th**
  120:6
**19**
  89:12
**1985**
  14:16
**1:00**
  77:21,24

---

### 2

**2**
  96:5,6 109:21
  115:5 129:3
  192:7
**20**
  15:23 89:12
  146:3 150:5
  192:17
**2008**
  22:16

**2009**
  15:21 16:15
  35:17 133:4,6
**2010**
  177:17
**2011**
  75:7
**2012**
  15:22 16:2
  61:9 73:8
  177:16
**2013**
  16:15
**2016**
  22:13 51:9
  56:15 140:6,
  18,21 141:15,
  18 148:5
**2018**
  22:13 51:9
  56:15 81:23
  140:11
**2020**
  19:18,22
  20:2,10,22,24
  21:4,10,19
  22:11 30:20
  34:15 35:25
  36:5,24 39:21
  40:1,8 41:16
  42:25 43:4,16
  44:16 45:5,
  13,18,24
  48:14 49:10
  50:17 51:1
  56:15 62:9,21
  63:10 71:21
  72:4,6 78:24
  81:23 89:15,
  17 94:23,24

Craig Latimer
October 11, 2021

2

95:8,19 97:20
98:14 99:1,
10,13,21
100:2 103:18,
22 104:12,15,
19,22 112:24
117:8 123:16,
22 124:9
132:23 140:13
149:10 153:7
177:11 183:13

**2021**
84:6 96:16
101:1 112:16
122:11 157:5,
9,10 187:3

**2022**
20:7 44:15
45:5,11,18,23
49:9 59:16,18
62:22 63:4,11
83:17 119:12
140:25 141:3,
10,11

**2025**
153:9

**21**
89:12

**21st**
101:1

**22**
37:3 78:25
80:22 81:3,4,
6 82:1 120:19

**22nd**
122:11

**24**
34:19 36:14
79:14 118:15
191:24

**24-hour**
34:15 35:3
36:16 37:12,
15 79:18 80:8
113:12,25
117:7 118:17
119:8,12
121:10 126:6
130:8 161:24,
25 162:9,13
191:2,4

**24/7**
79:12

**25,000-dollar**
44:9 45:21
80:16 124:15
133:11

**2500**
94:9

**26**
36:7,22 44:16
78:25 79:5,8
80:25 81:4
149:19 161:1

**27**
45:2

**272,642**
19:24

**290**
149:14

**2:50**
151:6

_____

**3**

**3**
100:14,16
101:6,10,11
102:25

**30**
96:16 150:5,
11 176:3

**30th**
109:23

**313,000**
140:13

**337,800**
19:19 105:3

**346,000**
59:15

**35**
12:13 15:9

**3:00**
151:7

**3:32**
173:16

**3:35**
173:17

**3pvros**
182:12,13,17
183:5 184:4,
6,11,17

_____

**4**

**4**
108:20

**4-30-2021**
96:18

**40**
94:6 118:5,14
163:3

**40,000**
63:25

**411**
148:5

**447,000**
64:7

**45**
94:2 105:2,4

**4:04**
195:10

_____

**5**

**5**
114:22

**50**
94:6

**5:00**
36:18

_____

**6**

**6**
122:6 139:19
140:2 145:9

**65**
104:14 149:12

**67**
89:2

_____

**7**

**7**
128:13

**70**
104:14 149:12

**7041**
90:14,15
107:18 108:2
116:22 152:3

**717,000**
20:21

**77**
20:18

Craig Latimer
October 11, 2021

3

**8**

**8**
131:10

**811**
136:10

**85**
104:16

**8:00**
36:17

**9**

**9**
135:17,21

**90**
23:14,16,21,
22 24:15,20
25:15 26:10
27:12 42:4
43:21,23
44:24 46:22
48:21,22
49:1,11,12
53:22 55:10,
19 56:2 59:12
62:20 68:25
69:8,12,18
70:7 71:5,17,
19,24 72:5,11
73:2 74:4,8,
15 80:14
81:20 82:4,9,
11 83:19
85:7,22,25
86:7,13 89:19
90:11,12,19
92:7,17,19,
24,25 97:7
100:2 107:3,

4,12,17,25
108:2,9 111:5
112:4 116:13,
21 124:5
134:14
140:16,20
141:16 146:7
148:13 152:1,
2 156:12,15
157:5,12,20,
24 158:13
163:6,10,23
166:20 169:1,
6 173:6
174:25 175:25
177:3 178:19
179:17 181:4,
9,22 182:16
184:3 188:10
189:8 193:5,
13 194:4,9,14

**90's**
66:25 144:12
181:14

**95**
135:4

**A**

**ability**
14:6 32:18
34:16 49:2
137:13 142:9

**absolutely**
20:8 26:17
35:13 42:10
60:13 62:11
63:13 75:13
87:14 98:7
105:17 152:19
154:5 165:23

170:22
194:16,21

**accept**
19:4 25:1
32:17 57:24
162:23 163:7

**acceptable**
25:15

**accepted**
40:8 57:10
136:14 189:3

**accepting**
163:11,12,13

**access**
83:25 179:2,
6,9,14,19
180:4

**accessibility**
112:24

**accessible**
97:20

**accessing**
96:22

**acclaim**
97:21

**accommodating**
100:22

**accuracy**
95:16 193:20

**accurate**
26:16 27:1
48:15 64:2
68:1 80:18
85:21 88:17
187:17 191:5

**Acres**
78:1

**action**

156:25 176:18

**active**
175:22

**activities**
147:8 163:8
168:5

**actual**
51:21

**add**
44:4 49:15
91:23

**added**
118:20 178:21

**adding**
111:20

**addition**
38:4 69:1
83:5 110:20
111:23

**additional**
25:24 44:7
60:5 74:19
75:11 101:22
167:18,19
168:8 178:21

**Additionally**
59:25

**address**
18:7 23:17
64:5,6,10,11,
22 65:2,24
100:2 146:8

**addressed**
114:6 182:4

**addresses**
24:12 63:20

**Addressing**
193:3

Craig Latimer
October 11, 2021

4

adequate
20:24 28:20,
23

administer
70:14 160:15

administered
92:11

administration
90:5 92:2,20
93:10 115:19
116:1 133:24
160:13

administrative
27:3,8 29:22,
25 59:9
74:17,21
75:11 92:13
106:10 138:12
142:6 167:6,
10,16,23

administrator
125:18

Administrators
93:14

advantage
22:7 159:18
164:11 166:3

advantages
159:9 161:25

advised
61:23

advises
126:22

advocate
91:22

affairs
90:17,18
91:15 107:21
136:8 174:20

affect
14:6,9 24:24
67:13 105:6
164:2

affects
142:9

affidavit
28:12 110:18

affiliation
91:24

affiliations
14:21

affirm
11:9

affirmed
11:17

afternoon
88:2 151:14,
15 176:16

agree
29:7,9,16,21
85:1,4 92:1,9
98:5,7,15
101:20 102:2,
10 103:3,10
113:2,10,23
115:9,13,22,
25 116:5
123:1 140:22
154:20 155:2
187:14,22
188:12,21
190:10 192:10

agreed
29:25 123:2

ahead
12:4 32:25
113:22 130:20
138:20 162:17

aim
150:20

air
186:15

Alachua
10:9

Alan
27:20 158:20
174:9 175:7

Aldi
88:3

allegations
51:2

alleged
73:15

allegedly
184:17

allot
126:23

allowed
125:2,4

altogether
85:20

Amalie
44:18

amazing
19:25 165:9

amendment
157:17

amendments
157:17

America
156:25

amount
38:1 69:1
86:6 95:12
104:23 126:22
150:8

anecdotal
21:6 71:6
161:19

anecdotally
21:11 39:12
68:17,21
71:12 116:14
127:19 144:13
166:4 171:1

announced
186:6

announcement
128:1

annual
94:12

annually
63:24

answers
13:21 34:5
96:13

anticipate
123:15,20

anticipated
182:2

anticipating
53:15 59:17

anymore
25:2 163:9

apartment
68:19

apologies
101:16 171:5

apologize
180:13 186:18
187:2

appearance
42:20

appearances

97:13

**appears**
51:15 113:7

**applicable**
59:1 72:5

**application**
51:16 53:13
56:9,20 59:21

**applications**
50:21 51:23
53:12 54:3,9,
12 55:9 59:20
148:10 184:5,
13

**apply**
151:25 172:22

**appointed**
129:14

**appreciated**
124:24

**approved**
189:2

**Approximately**
89:10

**April**
96:16 101:1
109:23 122:11

**apt**
166:11

**area**
30:21 32:16
63:22 186:2,
10 190:10

**areas**
149:20 161:7
176:25 183:4

**Arena**
44:18

**arisen**
99:21

**arrange**
41:14

**arranging**
17:4

**arrest**
13:12

**art**
67:17

**article**
100:25 101:1,
3 102:5
185:25

**as-needed**
34:9

**aspect**
167:10,22
170:19

**assigned**
17:14

**assist**
88:16,19

**assistance**
38:7

**assisted**
144:24,25
172:10

**assisting**
78:2

**association**
27:17 85:8
88:9 89:3
90:16,24
91:20 108:11
109:2 130:18
153:20 174:14

**assume**

175:6 181:15

**assuming**
126:15

**assumption**
61:3

**attacks**
188:7

**attention**
51:20

**attestation**
110:19

**attorney**
9:8,20,21
10:14 13:17
14:1 38:18
62:14,16
176:17

**attorney's**
9:17 52:9

**attorneys**
76:13 109:25
112:11

**attribute**
40:11

**audit**
95:17 193:21

**audits**
97:23

**August**
89:15 161:10

**availability**
164:10

**avenue**
147:11

**averaged**
104:14

**avoid**
159:5

**Award**
93:17,23

**aware**
42:25 50:10
56:10 68:10
69:11 73:5,13
75:6 99:25
106:12
132:20,21
133:2 146:15
168:19,23
170:25 171:4
177:10,13,17
179:1,11

**awkward**
53:2

---

**B**

**back**
21:8 27:19
28:6 29:13
32:14 33:24
42:22 44:20
49:25 53:10
54:20 58:23
60:1 66:12
67:13,21 68:9
71:13,14
72:22 73:7,22
75:5,8,9,21
77:7 80:22
83:6 100:11
106:2 107:2
109:18,20
110:14 112:10
114:4,8,11,15
129:24 130:18
143:4 145:8
150:13
155:13,14

Craig Latimer
October 11, 2021

6

163:5 170:6
172:17 175:18
178:13 182:7
186:3 189:2
194:2

**background**
14:12 93:8

**bad**
23:19,20
26:22 32:1
69:21

**balances**
71:3 193:23

**Baldrige**
93:22

**ballot**
21:8,22 22:19
24:7 28:13
30:17 31:12,
15,17 33:11
38:5,15,22,
23,25 39:14
41:4 42:21
56:12 57:11,
14,21,25
58:8,11 60:20
61:25 62:9,21
63:11 64:5
65:3,6,15
66:22 67:3,
16,22,24
69:2,5,22,23
71:11,13,14
72:17 73:10,
16 80:11
82:20 83:25
105:21,25
106:2 110:17,
20 111:17,18
113:11
117:18,19,21,

22,23 121:5,
6,23 122:2
125:5 126:21
127:4,8 128:8
129:7 134:12,
16,23 136:14
139:7 140:18,
24 141:1,9,23
142:12,14,17
143:3 146:16
153:18 154:4
155:6,11,12,
25 156:1
165:2 166:17
167:1 170:24
171:7 172:5
173:5 175:23
177:20 178:4,
11,13,20,22
179:19,25
188:23 189:2
194:24

**ballots**
17:5 18:23
24:24 30:14
31:6 32:9,21
33:4,22 34:8
41:18 42:7
45:16 53:18
61:14 64:3,7,
9 65:7,13,16,
19,24 67:6,13
68:11,20,22
69:1,9,15,20,
25 70:3,9,11,
12 72:2,8
73:3 79:14
105:3 106:1
111:11 112:7
113:7,24
119:14 120:12
127:10 128:6

137:11,24
141:14 142:3,
17,20 144:7,
11,12,14,16,
22 145:1,14,
20 146:3,14
155:3 156:5
159:15 162:24
163:3 164:23
165:6 167:5
171:2,12,17
173:7 184:16
192:3,4
193:24

**bar**
163:10 169:11

**barring**
45:6

**base**
152:25

**based**
35:6 57:6
75:10 82:22
86:9 133:6
160:7 177:8
181:21 182:1

**basically**
28:12 36:18
49:18 54:21
89:13 136:18,
19 143:4

**basis**
34:9

**bat**
156:20

**bathroom**
66:5

**Beach**
130:25 152:11

**bear**
15:16 32:8
62:13 158:7
161:23 176:3

**bearing**
149:4

**beauty**
47:4

**begin**
77:15

**beginning**
25:10 39:23
162:24

**behalf**
10:6,9,11,14,
19,22,24 11:2
144:8 171:12,
17

**belief**
194:17

**belong**
89:2

**Ben**
9:24 151:17

**beneficial**
40:17 162:20

**benefit**
39:11 42:8

**benefits**
42:12 138:15,
21

**betrays**
39:16

**big**
160:18 186:17
191:11

**bigger**
121:7

Craig Latimer
October 11, 2021

7

**biggest**
91:22

**bill**
9:19 23:14,
16,21,22
24:15,20
25:15 26:10
27:12 28:7,8,
18 42:4
43:21,23
44:24 46:22
48:21,22
49:1,11,12
53:22 55:14,
19 56:2 59:12
62:20 66:25
68:25 69:8,
12,18 70:7
71:5,17,19,24
72:5,11 73:2
74:4,8,15
86:20 87:1
90:13 93:2
99:9 100:24
101:7,17
102:9,18,23
103:7 107:9,
15,16 108:7,
15 109:6,9,
15,19 110:15
116:13 152:2,
3 156:12
157:12,18,20,
24 158:13
159:1 166:20
168:10,14
169:1,6 173:6
174:25 175:25
183:10 188:10
189:8 190:8
193:5,13
194:4,9,14

**bills**
89:20 108:1
116:22,25
117:2 152:3

**bipartisan**
91:21 153:21

**bit**
22:21 24:21
47:13 90:2
92:21 102:4,
15 104:13
105:18 153:19
154:25 156:10
164:18,20
170:9 177:19,
24 185:19
191:12

**bits**
129:16 185:25

**blue**
146:4

**board**
57:17,24
58:1,10,14,
16,20

**book**
56:20

**booked**
72:21

**bottle**
170:11,17

**bottom**
102:21

**bound**
92:12 160:21

**Bowen**
9:11

**box**
25:1 30:9,12,

17 31:2,5,8,
17,23 32:10,
14 34:3,10,
15,19 35:4
36:10,16
37:15 38:21
39:9 42:13
44:8 45:17
46:2 49:13
59:25 60:3
67:15 78:25
79:13,18,22
80:2,8 83:6
117:7,24
118:7,11,18
119:2,8,12
120:14
121:10,18
122:19 123:6,
10 124:17
126:3,5,6,14,
18 127:4,20
129:8 132:5,
18,19,22
133:24
135:10,13
136:12 137:7
143:17 160:6
162:19,23
164:15 175:3,
18 190:23,24
191:2,4,25
192:11

**boxes**
17:17,21,25
18:1 23:10
24:12 30:8,18
31:11 33:22
35:16,19,25
36:2,4,14
37:1,8,14
38:4 42:5,24

43:2,5,16,21,
24 44:3,16
45:5,12,25
46:7,8 49:14,
19 79:8
80:15,21,25
81:13,14
82:8,12 85:20
103:16
104:19,22,24
105:10 106:25
107:2 111:25
112:5 113:12,
25 117:4
118:4 119:22,
25 120:8,19,
23 121:11,16
123:3,14,21
124:5,6,10,
21,24 125:2,
7,8,13,15
126:1,2
127:17,23
128:21 129:5,
20,23 130:8
132:12,16
133:3,18
134:3 159:5,
8,9,19,24
160:2,8,25
161:1,2,5,6,
11,24 162:1,
9,13 163:16
164:1,6,11,19
165:17,21

**branches**
120:1

**break**
66:6,8,14,23
77:2,5,6
78:12 134:5

150:13

**Brevard**
10:16

**briefly**
14:11 76:20
144:6 159:4
165:24 169:5
170:23 171:20

**bring**
32:14 53:24
54:2 68:19
69:4,22 70:8,
10 71:13 94:6
110:17 183:6,
17,20

**bringing**
53:16 70:3
71:1 127:2
146:14 163:5

**broadly**
106:7

**brought**
54:5 68:18
69:25 71:14

**buddy**
69:23

**budget**
94:12 143:25
181:12,18,19

**Budhu**
9:4 10:2
76:18 150:23,
25 176:10,11,
15,17 184:21
185:1

**build**
75:21 149:17

**building**
30:21 126:8

191:3,7,23
192:2

**built**
117:15 126:16
191:10

**bunch**
11:22 24:25

**burden**
23:10 24:22
25:18 48:7
59:9 74:17,21
75:11 113:14
138:12 142:6
167:6,10,17,
23 168:3

**burdensome**
59:6 80:1
82:19 83:13

**bureaucracy**
115:19 116:1

**burning**
45:7

**business**
162:7

**busy**
21:25 97:15

---

C

**C-R-A-I-G**
12:6

**call**
11:2 17:11
41:20 56:23
70:16 98:12,
17 153:22
156:2 158:6
181:5 182:11

**called**
84:5 93:17

108:7 156:24

**calling**
31:24 132:4

**calls**
27:18 28:3,4
116:15 158:16

**camera**
113:13 114:1

**cameras**
37:12,14
191:24 192:1,
13

**campaigning**
190:10

**cancel**
32:17

**canceling**
85:18

**cancels**
64:12

**candidly**
193:4

**canvassing**
57:17,23
58:1,10,20

**cap**
53:25

**capacity**
13:10 29:8
94:10

**car**
161:22 164:9

**card**
48:11,12
51:25 62:4
178:8,24
179:6

**care**

134:23 170:16
171:18

**careful**
80:17

**caretakers**
171:15

**Carolina**
68:6

**carry**
29:17

**cars**
164:2

**case**
13:9 15:15
21:3 23:8,13
29:7 37:22
41:14 46:13
67:11 68:5
103:17
149:10,23
151:19 159:17

**cases**
13:8,11,14,18
88:4 106:19
112:8

**cast**
18:23 21:22
22:18 51:11
56:11 153:18
154:4 184:16
193:24
194:15,24

**catastrophes**
45:7

**categories**
185:23

**category**
180:20

**Cavataro**
9:24 76:15
150:16,17,20
151:13,17
157:4 158:3,
8,10 162:21
164:5,17
166:24 168:24
170:8 173:12,
18,22 174:3
176:8 187:18
195:6

**center**
18:10,11,15
34:18 36:17
37:16 79:12,
20 93:12
117:11 120:5

**CERA**
93:11

**certificate**
136:12

**certification**
88:18 93:13

**certified**
11:18

**cetera**
38:8 42:8

**chair**
27:20 48:8

**challenge**
181:4

**challenged**
46:13 50:4

**challenges**
89:25 90:1

**challenging**
160:15

**chance**
84:13

**change**
23:22 24:3
40:17 43:23
44:1 51:25
60:8 64:6,11
65:24 80:14
124:5 125:12,
19 130:3
136:19 137:23
138:15,17
143:24

**changed**
28:18 35:20
46:8 75:3,5,
8,9 85:7
104:13
129:21,25
157:13 178:19

**changing**
51:17 63:20
136:6 138:21

**charges**
73:14

**chat**
84:11 96:3
100:13 108:19
109:21 112:14
144:6 145:10
173:19 174:9

**check**
59:25 60:3
83:6 87:16
135:10,11,13
136:11 137:7
143:16 147:7
175:2,18
176:4

**check-ins**

**chance**
193:22

**checks**
71:3 178:3

**chief**
15:21 16:14
84:22 122:14

**childcare**
162:12

**chose**
141:22

**circumstance**
70:3,21 72:25
73:2

**circumstances**
12:11 69:14
109:16

**cite**
102:7,17

**citizen**
193:11

**citizens**
88:20

**city**
75:17

**civil**
13:11 44:9

**clarified**
68:4

**clarify**
81:9 118:17

**class-action**
63:18

**clear**
80:13 191:22

**clearer**
123:19

**close**
94:6

**closed**
82:8

**closer**
143:7,20

**closing**
56:21

**colleague**
10:4 78:2
96:2 100:12

**colleagues**
97:25 176:20

**collect**
32:10 72:1
144:22 145:1

**collecting**
45:16 55:8
68:10

**collection**
34:8 146:16
170:24 173:5

**college**
14:12

**combination**
33:8

**comfortable**
35:10

**commended**
99:14 116:9

**comment**
71:9

**commented**
99:9,15

**commenting**
101:2

**comments**
21:6 99:11
148:12,17

commitment
97:19

committee
13:23 27:21
86:4 90:10,
17,18 91:1,16
99:16 107:21
130:14,19
136:8 156:21
158:21 174:20

committees
90:16 91:1,
14,17

common
41:16,20
151:18

communal
172:15

communicate
55:21 138:9

communicated
27:25 82:23

communication
84:22 90:25

communications
23:1 75:20
122:14

community
71:16

companion
152:3

company
33:17

compare
106:4 159:3
178:16

compared
123:22 155:15

comparing
143:11

compilation
110:23

compiled
13:25

complaints
21:9,12,18
134:25

completed
69:9

complex
68:19

comply
148:22

complying
181:8,14

compressed
159:2

concern
43:7 122:17
164:22 165:1
168:11

concerned
80:4 194:13

concerns
86:19 99:20
107:25 108:4
194:4,8

concluded
195:10

conditions
14:8

conduct
16:24 26:20
95:15

conducted
26:9

conducting
88:16 163:14

conference
28:3 151:18
180:12

confess
173:22

confidence
98:13 115:20
116:7 187:10,
21 193:6
194:23

confirmed
103:16 106:17

confused
119:5 189:15

confusion
26:6 115:18,
23 116:16
137:25 187:9

Congratulations
48:19

consensus
77:2

consent
9:1,3,5,7

consents
9:9

consequences
56:21

consideration
157:18 174:25

considered
89:20 108:10
155:21

consistent
191:4

consolidated

23:7

constituents
83:19

constitute
169:22

consulted
116:22 117:1

contact
47:19 52:5,8,
9,10,13
161:11
169:12,21

contact-free
161:17

contacting
31:6

contactless
30:23

contacts
52:15,17
182:5

contemplated
87:4

contention
74:6

contents
23:1

context
103:12 132:3,
7

continue
47:5 60:3
98:1 110:14
135:11 149:17

continued
79:21

continuing
88:17 110:24

contributed
40:22 148:7

control
165:18,22

controversial
100:24

conversation
132:6 149:20
158:14 174:22

convey
175:17

cooperating
158:9

coordinated
90:5

copy
195:7

correct
15:2 16:4
19:3,12 36:23
40:11,14
44:25 47:23
48:18 49:21
61:10 63:5
65:11 69:3
79:1,9,10,15,
16,22 80:19
81:1,2,18,20,
21 82:9,10
84:1 89:9,22
92:16 93:19
95:1 100:25
102:18,19
103:20 109:13
110:9,10
117:22 118:10
120:1,2,13,22
121:21 122:16
123:8 124:12
127:5,6 133:5

134:18 136:24
137:3 141:12,
19,20,23,25
142:4 147:24
149:9 153:10
156:6,13
157:14,16
161:3,4
163:17,21,22
167:7,9 171:3
172:16 174:17
177:11,12,15,
21 179:6,10
180:21 181:18
184:18,19
186:13 191:6

correlation
40:24 164:8

cost
80:4 123:14
124:4 140:7
141:15 142:3,
6 144:4
167:10,13
181:8,14
188:18

costs
123:15,21
124:20 140:3

counsel
72:22

count
57:16,22
135:20

counted
58:9 73:4
189:3 194:15

counterpart
90:14 107:5

counties
10:15 41:17,
24 92:11,15,
20 93:3 94:16
112:2,3,6
119:22
136:21,22
137:9 160:9,
12 183:4,6

country
98:23 186:12

county
9:17 10:7,9,
12,22 12:7
15:8 16:23
18:8,10
19:14,18,23
20:3,10,23
26:9 30:16
34:15 35:16
36:25 37:13
41:4,5,7,11,
19 42:9 43:2,
15 46:9 47:5
48:16 50:16
51:5 60:11
63:21 64:15,
16,17,18,25
65:1,4,5
67:20 68:11,
13,14 70:7,13
71:9,15,17,19
72:1 73:9,15
78:21 87:13
93:1,6 94:17
97:23 105:14
106:13 112:3
120:5 130:24,
25 132:25
133:1 136:20
144:10,11

145:15,21
146:11,22
149:7,15
152:5,8,9,11,
12,18,21,25
153:5 158:20
160:11,16,17
163:20
174:17,18
175:8 177:11,
14 181:23
182:18,23
183:1,2,7
193:7 194:6,
11,15,17,22

county's
80:15 194:19

couple
13:18 26:23
41:2 73:25

courier
32:13 33:14,
15

court
12:17 134:8

cover
176:5

covered
93:7,9 117:5
153:4 176:4

COVID
104:6,12
159:11 170:4

Craig
11:16 12:6
77:4

Cramer
84:23

create

88:22 115:18,
23 187:9

**crime**
15:6

**criminal**
73:14

**criteria**
57:20

**cross**
78:8 87:24
149:14 151:12
176:14 193:1

**crunch**
65:22

**cumbersome**
115:19 116:1

**curb**
102:24 103:8

**curious**
34:6 35:15
39:15 62:7
68:3 123:20
133:12

**current**
15:13 70:14
89:4 97:24
153:8 174:18

**cut**
93:20 189:13

**cybersecurity**
95:15

**cycle**
24:12 27:18
59:1,8,20
62:9 63:10
74:18 75:3,4,
8,12 101:25
137:16,25
138:19 141:6,

7

**cycles**
59:2 62:10,19
74:19 75:9
134:17 135:5,
8

---

**D**

**Daines**
9:6,13 76:8
77:16,25 78:9
84:4,10 85:5
87:15,19
113:17 114:2
116:8 125:9,
21 135:20
137:18 141:24
151:24 157:2
158:1 162:16
164:3 166:22
173:8 190:16,
17,19 192:20

**damage**
37:23 45:8

**Dan**
76:10

**Danielle**
11:4

**data**
13:24 93:24

**database**
180:17

**date**
59:13 165:7,8
178:15

**dated**
31:15 39:1
60:2 96:15
101:1 121:25

165:11

**dates**
89:10 165:6

**Dave**
86:4 107:21
174:9,12

**DAVID**
180:17

**day**
11:22 20:10
21:24 34:4,
12,20 36:14,
24 62:3 79:14
81:7,17 94:8
98:1 104:12,
15,17 109:14,
15 118:4,15
127:5,13,21
142:15
149:13,14
150:1,2
154:12,13,14
159:14 160:20
163:5 165:11,
12 191:24

**days**
20:2,5 55:12
81:10,11
82:8,13 98:11
118:5,14
126:22 127:9,
15 142:17,24
143:1 163:3
165:10,13
186:1 191:25

**days/hours**
122:20

**de**
67:14

**deadline**
56:21 142:19
165:3

**deal**
63:24 87:6

**deals**
189:16,17

**death**
29:15,16

**debate**
98:11 168:9

**debated**
102:8,18

**decide**
38:14

**decided**
124:18

**decision**
17:19,20
82:12 170:3

**deck**
176:11

**dedicated**
90:11

**deeper**
160:25

**defendant**
9:7,15 13:5
78:10

**defendants**
9:12 11:24

**define**
132:12 169:17

**degree**
14:13,17,19

**delays**
128:2 185:14,
22

delegations
   158:24
deliver
   165:2
delivered
   41:24
deliveries
   42:1
delivery
   128:2 186:8
department
   15:5 148:25
depend
   169:23
Depending
   123:23 126:3
depends
   62:23 139:2
   190:24
deponent
   9:18
deposed
   12:9
deposited
   79:14
deposition
   11:25 13:16
   14:3 74:25
   88:5 96:5
   100:15 173:20
depositions
   12:2 37:10
   66:5 72:23
deputy
   43:10 46:25
   126:13
describe
   13:8 16:21

27:15 30:10
   50:11
description
   85:21
design
   35:19 46:8
Desoto
   10:16
determinations
   143:24
determine
   57:21
determining
   58:8
detract
   98:13
development
   35:19
devices
   166:6
devote
   144:1
Diana
   10:8
differ
   182:25
difference
   160:21
differently
   55:2 63:8
   160:12 189:7
difficult
   87:5 169:25
   173:6 175:11
   176:1
difficulties
   164:12

difficulty
   49:3
digits
   82:18
direct
   11:19 112:10
   157:3 171:19
   175:5
directed
   148:24
direction
   180:16
directive
   118:21
directly
   24:24 158:12,
   18 163:14
director
   107:22
disabilities
   153:1 166:3,8
   171:13
disability
   48:7 151:18
   166:5
discontinuing
   119:8
discovery
   119:7 121:17
   124:2
discussed
   60:5 83:24
   104:7 133:10
   152:5 154:18
   159:6 164:20
   166:1
discussing
   73:11 168:21

discussion
   107:20,23
   180:15
discussions
   107:14 160:7
   170:5
disfavored
   161:18
dispatch
   144:21 145:1
disseminated
   61:21
disservice
   122:20
distinguish
   189:19
distracted
   113:20
distribute
   48:4
distributed
   97:12
distributing
   149:14
dive
   77:3
diverse
   152:18,21
   153:1
division
   19:2 52:14
   149:1 180:10
divulging
   23:1
document
   52:16,17
   84:16 97:3
   112:12,13

Craig Latimer
October 11, 2021

14

114:24 128:15
129:3,13
135:24 136:1
139:20,23
174:7

**documentation**
177:24

**documents**
13:20 93:15

**domestics**
118:5

**door**
48:9 117:14,
16

**downtown**
18:9,14 120:6

**draft**
128:18

**drastically**
44:1 80:15

**drill**
185:19

**drilling**
160:24

**drink**
46:21

**drive**
30:22 39:14
120:11 161:21

**drive-up**
161:6,7

**driver's**
24:8 25:25
26:3,4 82:17
83:2,9 111:20
155:8 178:8,
23 179:3,20
180:4,17
181:6 182:8

**drop**
17:17,21,25
18:1 23:10
24:12 25:1
30:8,9,17,18,
22 31:11,15,
23 32:9,10
34:15 35:4,
16,24 36:4
37:1,8,14,15
38:4,21 39:9,
14 41:17
42:5,13,24
43:1,5,16,21,
24 44:3,16
45:5,12,17,24
46:7,8 49:13,
14,19 67:14
68:20 78:25
79:8,12,18,22
80:1,8,15,21,
24 81:13,14
82:8,12 85:20
103:15
104:19,22,24
105:10 106:25
107:2 111:25
112:5 113:12,
25 117:4,24
118:17 119:22
120:11,14,19
121:10
122:19,21
123:3,6,10,
14,21 124:5,
6,10,20,24
125:2,7,8,13,
15 126:1,2,3,
5,6 127:4,17,
23 128:21
129:5,7,19,22
132:5,12,16,

17,19,21,22
133:3,18,24
134:3 144:19
146:4 159:5,
8,9,15,18,22,
24 160:2,6,8,
25 161:1,2,5,
6,11,24
162:1,6,9,13,
19,23 163:16
164:1,6,11,
15,19 165:17,
21 190:23,24

**dropped**
41:4

**dropping**
30:16 39:9
127:20 173:10

**drove**
159:22

**due**
61:16 124:5

**duly**
11:17 57:18

**duration**
135:1 138:16,
18,22 166:25
167:4

**duties**
90:23 168:1

**duty**
55:7

**dynamics**
104:13

——————
**E**
——————

**e-mail**
118:23 122:8,
17 131:13,16

145:12

**e-mails**
13:25 27:19

**Earley**
158:21

**earlier**
14:25 22:15
33:15 43:13
45:17,22 49:4
50:1 51:8
54:19 55:3
56:6 58:24
60:7 67:9,11
85:6 87:9
119:5 126:12
149:12 153:4,
11,21 154:18
156:4,13
157:12 158:11
161:1 163:19
167:3 170:25
171:20 177:9,
19 181:2
182:5 184:10
185:14 187:1
189:15 190:21

**early**
17:7 18:1,2
19:22 20:2
21:23 22:6,7,
8,19 30:18,19
31:22,25
32:4,6 34:4,
13 36:1,7,10,
11,22 37:5
44:3,4,6 47:1
61:19 62:2
78:25 79:2,5,
6 80:24 81:8,
11,13 82:15
94:8 104:11

111:25 117:25
118:2,18
120:9,19,20
121:14 122:19
123:3,10,13,
23,24 132:1
149:17,19
150:1,3
154:11 160:19
161:2,3,5
162:5,19,25
166:6

**earn**
115:21 116:7

**earned**
98:14

**ease**
21:7 22:4
39:13

**easier**
124:3

**easy**
161:20 171:9
175:21

**economy**
44:23 160:22

**educate**
60:10

**education**
14:18,20
16:11 17:2
59:22 60:6,
15,16 88:17
153:12

**educational**
14:12 61:12

**effect**
176:22

**effort**

41:6 75:21

**efforts**
60:15 86:11

**elaborate**
188:1

**elected**
15:21 16:5,6,
12 19:9
100:10 149:18
153:7

**election**
15:16 19:17,
22 20:10,24
21:4,10,19,24
23:22 24:3,11
26:20 27:17
29:9 32:8
34:17,24
35:25 36:5,
17,24 37:16
39:17,18
40:3,9 43:1
48:14 50:17,
23 51:2 57:3,
6,16,22 59:1,
2,8 60:9
61:12,15
62:3,9,13,22,
24 63:10
65:22 68:7,8
69:6 70:18
72:6 75:3,4,
16,17 79:12,
20 81:8,12,17
82:2 83:16
87:13 88:24
89:15,17
92:2,20
93:10,12,13
94:5,8,24
95:25 97:7,22

98:13,18,19,
21,24 99:2,
13,18 101:25
104:12,15,16,
19 112:24
115:7,10,14
116:10 117:11
127:1 132:23
134:17 135:8
137:16,25
138:19,23
140:13,20,24
141:6,7,8,11,
18,19 142:20
143:2,7,16,20
149:13,14
150:1 153:20
154:12,14
160:13,16,20
163:4,15
165:11,12
166:17 177:4,
11,14 183:13
188:7 193:20,
21

**election-
related**
157:6 163:8

**elections**
10:10,12,15,
20,23,25 12:8
15:14,18,25
16:7,10,11,
13,22,25
18:15 19:1,2,
11 20:5 22:10
26:9,15 27:1
29:9,20 31:10
33:16 37:11
39:16 47:12
51:8,13 52:14

56:15 61:5,9
63:1,3 70:14
73:7 74:25
78:24 81:23
83:21 85:13
86:12 88:10,
17 89:1,2
90:7 91:23
92:10,14 93:2
94:24,25
95:6,9,18
97:18,19,21
98:3 99:2
100:3 101:14
103:18 106:13
109:1 110:4
113:15 115:8
118:6 123:16,
21 124:7
133:7 134:21
135:2 138:23
142:10 143:8,
12 145:6
149:1,25
153:5 157:25
166:15 168:10
174:14,17,19
175:20 180:11
187:21,25
188:19,20
194:24

**electoral**
88:21

**electronic**
100:22 131:22

**electronically**
129:8,19

**eligible**
65:3 153:16
172:1,11,13,
16,25 173:4

**Elizabeth**
10:24

**Ellis**
10:24

**employ**
94:4

**employee**
33:16,18,19

**employees**
34:24,25 35:2
42:14 53:5
54:11 58:16
79:24,25
94:2,4,7
119:1 121:12
144:22 160:22
167:20 168:1
183:17,20
184:1,12

**Employment**
13:14

**empty**
33:24

**enabled**
112:23

**enacted**
27:8,10 71:17
72:11 111:9

**enactment**
27:12 69:7,
12,18 70:7
73:1 81:20
85:22 144:12
156:11 168:25
177:3 182:16

**encountered**
70:17 127:18

**encourage**
31:14 61:11,

13 88:18
169:18

**end**
34:4,12 87:6
140:21 141:2
145:12 149:3
175:10 182:23

**ended**
68:7

**ends**
167:21

**enforce**
27:7 46:23
49:18

**enforcement**
12:14 15:1,4
35:1,11 52:5
71:3 79:21,23
106:20 119:1
121:9 129:25
192:6

**enforcing**
170:20

**enjoy**
127:20

**ensure**
26:15 27:1
65:14

**ensuring**
26:19

**entered**
139:4

**entire**
118:14 149:2,
24

**envelope**
33:4 60:1
67:25 83:6
106:3 117:22

121:7 135:10
136:12 137:8
155:14,21
178:13,15
188:25 191:12

**envelopes**
121:19

**equal**
169:24

**erosion**
115:20 116:6
187:10,20

**Escambia**
10:22

**established**
98:3 165:17

**estimate**
63:24 94:3
124:4 150:7

**estimated**
140:3,6,7
181:7

**ethnicity**
152:18,22

**Eventually**
32:23

**evidence**
83:12

**exact**
106:9 108:6
132:2,7

**EXAMINATION**
11:19 78:8
87:24 151:12
176:14 185:9
190:18 193:1

**examples**
161:19

**exception**
80:16

**excuse**
61:12 64:21
71:21

**executive**
107:22

**exhibit**
84:5,8,9,12
96:2,4,5,6
100:11,14,16
108:18,19,20
109:21,22
112:10,11,13
114:19,20,22
122:3,4,6
128:10,11,13
131:9,10
135:16,17,19,
21 139:13,14,
15 145:9
158:7 173:20,
21,25 174:1,5
187:2

**exhibits**
78:3 187:1

**exists**
88:15

**expecting**
143:18

**expend**
143:23

**experience**
16:9,11 41:15
56:7 75:10
127:16 166:2,
14 177:4
180:24 181:21
182:1

experienced
149:25

experiencing
149:21

experiment
186:18

expire
59:19 141:2,
8,10

expired
140:21 141:18

explain
178:2,18

explanation
154:7

express
88:23 168:11

expressed
86:20 193:4,
12

extend
153:8

extent
95:13

extremely
87:5 110:16

---

**F**

facade
79:17

faced
90:4

facilitate
90:24

facilities
144:25 171:21
172:2,3,6,10,
13 173:3

facility
144:24

facing
89:25

fact
41:7 44:21
98:22 109:13
112:22 126:24
153:17 157:6
178:17

facto
67:14

fail
40:13

fair
26:16 27:1,6
28:17,19 29:5
40:25 42:16
53:17 56:12
60:14 86:5
88:16 98:25
130:6 140:17
152:17,20,24
153:22 154:22
157:23 158:2,
5 169:20
170:19 174:24

Falkenburg
18:10,18 32:3
117:12 159:12

falsifying
184:12

familiar
67:5,18 68:13
73:6,9,13
106:17,24
127:25 128:25

family
68:23 69:4
71:1,2

fans
44:20

fantastic
98:21

Farris
11:2

farther
102:4

favorable
87:8

favored
161:17

feasible
80:6

feature
156:3,8

federal
16:24

feedback
21:3,5 39:8
43:14 71:9,18
159:21

feel
28:20 35:10
61:17 84:24

feet
47:15 169:7
170:17
189:20,22,24
192:17

felt
184:12

fiduciary
54:24 55:7

figure
41:22 58:5
186:20

file

26:5 28:10
59:15 61:25
75:14,19
85:19 106:5
110:22 138:5
139:5 155:16
168:15 178:17
189:1

filed
109:15

fill
52:21

filled
33:23

filling
51:15

final
86:13 113:4
159:1

finalized
108:14
180:20,22
181:16

financial
167:17 168:3

find
24:16 25:3
43:18 62:8
102:12 162:13
184:3

fine
44:9 45:21
55:3 66:15
77:20 124:15
133:11,13,19,
22,25 134:10
150:15 154:1
173:15

finish

45:2 66:7,13
185:12

**finished**
98:19

**firecracker**
191:20

**firecrackers**
192:13

**fired**
184:13

**first-class**
186:6

**five-minute**
150:13

**fix**
40:18 90:6
186:24

**Flagler**
10:16

**floor**
120:6

**Florida**
9:4,8,20 10:3
14:14 24:8
26:14,15
29:10,15
40:17 52:12
54:13 60:9
75:1 76:19
86:12 88:19
89:1,21 92:3,
6,11 94:16,21
95:22 97:24
101:14 106:7,
15 109:1
115:10
151:17,19
152:9 153:20
155:9 169:11

171:22 172:7
174:13 176:18
178:7,8,23,24
179:5,8
189:10

**Florida's**
23:22

**Florida-elected**
99:23 100:5

**folks**
89:25 180:20

**follow**
27:9 29:20,22
93:4 98:6
106:9 107:4,9
123:18 185:6,
8,13 192:24

**follow-up**
77:17 78:4
106:21 180:3

**food**
47:22 48:4
189:18 190:8

**foot**
30:12

**footage**
37:21,25

**foreign**
192:12

**forgive**
43:14 159:6

**forgotten**
45:21

**form**
23:24 25:16
40:4,10 43:25
52:20 64:11
74:10 85:2
102:23 103:8

113:17 116:3,
8 125:9,20,21
137:18 138:2,
7 141:24
143:9 157:2
158:1 162:16
164:3,13
166:22 168:22
170:2 173:8
187:18

**formal**
14:20 41:10

**format**
101:16

**formed**
90:19

**forms**
19:5 52:25
53:16 108:15
147:23 148:1
167:16 172:15

**fortunately**
190:7

**forum**
88:22 91:4

**forward**
59:18 64:5
65:7 70:15
72:13 130:10,
12 143:16
185:23

**forwarded**
156:5

**forwarding**
64:4

**Foundation**
156:25

**fourth**
76:23 94:17

152:8,14

**frame**
85:3

**Frank**
9:10 69:24
185:4 195:4

**frankly**
41:22 125:23
190:4

**fraud**
51:2 73:9
102:6,8,11,
16,18,24
103:8 106:12,
18,24 168:20
169:2 177:10,
14 184:5,17

**fraudulent**
52:25 87:12
184:4

**fraudulently**
51:15

**free**
26:16 27:1
84:24 161:11

**front**
48:9 79:17
84:13 117:14

**FSE**
85:8 86:10,11
88:8,15 89:5,
24 91:11,19,
25 109:5,10
111:4 129:11
130:6,7,15,
17,23 153:19
158:17,23

**FSE's**
88:11 174:15

Craig Latimer
October 11, 2021

19

full
  20:14 97:16
  101:12 103:10
  111:8 112:21
  136:10
full-time
  33:16,18,19
  34:24 94:2,7
function
  92:14 173:19
fund
  113:15 163:7
funded
  181:11,13,17
funding
  183:24
furnish
  182:8
furnished
  54:20 111:22
future
  83:20 123:16,
  21 145:6
  194:24

──────────
         G

gain
  93:1
gained
  92:9,18
gasoline
  192:3,13
gave
  13:23 34:1
  161:20 177:18
  191:2
Gendreau
  10:18,19

general
  9:8,9,21 22:1
  26:12 42:3
  62:25 63:3
  74:1 89:17
  92:10 95:3,5
  134:17,20
  135:2,8
  137:16,24
  138:19,23
  140:24
  141:11,19
  143:15 154:2
  183:13,19
General's
  9:20
generally
  29:6 47:17
  50:5 54:5
  57:18 92:14,
  22 104:4,10
  107:4 149:24
  178:2
generated
  91:5
Gerri
  122:13
Gilchrist
  10:16
give
  11:10 21:6
  38:6,10 40:14
  48:11 61:16
  73:21,23
  80:10 103:6
  114:5 122:1
  147:12 150:21
  156:20 177:1
  182:5 188:5
  189:21

giving
  67:24 101:2
  189:17 190:8
Glades
  10:20
goal
  153:13,15
good
  9:12,25 10:8,
  13,18 11:21
  19:25 48:19
  54:21 59:16
  62:22 63:4
  72:18,23 77:1
  83:16 86:6
  88:2 90:25
  104:23 114:16
  130:8 131:21
  134:6,7,8,9
  135:5,6 141:6
  151:14,15
  175:3 176:8,
  16
Gotcha
  79:7 83:18
governor
  95:24 98:20,
  22
Governor's
  93:17
graduate
  14:15 93:11
grant
  163:7
grants
  163:11,13
great
  80:12 91:20
  99:17 116:10

122:20 153:3
  159:21 174:10
grew
  48:1
grocery
  193:11
ground
  117:5 126:16
  151:23 176:21
  186:14
group
  72:7 90:10
  91:21 128:19
  129:14 130:9,
  15,16,17,22,
  23 152:25
  153:21 156:24
  172:24
groups
  29:2 50:11
  53:7,16 54:10
  60:22 71:25
  72:1 73:3
  162:8 166:10,
  16 170:15
growth
  149:21
guess
  17:11 19:1,17
  23:20 28:1,25
  31:25 32:5
  36:20 37:4
  50:14 65:9
  71:16 83:11
  90:19 112:20
  139:19 151:4
  195:3
guidance
  36:15

Craig Latimer
October 11, 2021

20

guide
  60:17 61:6
Gulf
  10:17
guy
  32:8 62:13
guys
  36:21 66:9
  77:21

H

half
  15:7 30:12
  134:4
halfway
  41:14 102:5,
  14,15
hand
  11:9
handful
  41:21 131:6
  193:10
handing
  47:22
handle
  182:20 183:21
  184:1
handled
  183:12
handles
  126:19
hands
  65:9
Hang
  112:15
happen
  41:3 56:19
  68:14

happened
  71:23
happening
  70:24 91:6
  192:8
happier
  86:21 87:2
hard
  115:21 116:7
  189:19
Hardee
  10:20
harder
  101:8,19
  111:12,17,18,
  23 112:7
  113:6,9,11,24
hardest
  134:9
hardship
  74:14
harvesting
  66:22 67:3,
  17,22 72:17
  73:10,16
Hays
  27:20 158:20
  174:9,16
  175:10,16
HB
  107:18 108:2
  116:22
head
  64:1 91:1
  94:13 131:2
  142:23 147:2,
  4 148:4 150:7
  172:9,19
  174:19 183:23

health
  159:17 161:13
hear
  23:2 71:8
  99:11,19
  100:1,8
  116:12 185:7
  190:5
heard
  47:11 55:25
  56:9 83:23
  84:1 102:7,17
  127:19,22
  145:16 150:9
hearing
  29:1
heavier
  105:9
heavily
  86:10
Helen
  11:2
helpful
  78:18,19
  155:24
helping
  78:20
Hendry
  10:21
hereinafter
  11:18
Heritage
  156:24,25
hesitate
  78:13
hey
  38:23
high

  13:23 15:10
higher
  152:10
highest
  88:19
Highlands
  10:17
Hillsborough
  9:17 12:7
  15:8 16:23
  18:8 19:14,
  18,23 20:3,
  10,23 26:9
  30:15 34:14
  35:16 36:25
  37:13 41:18
  42:9 43:2,15
  46:9 47:4,25
  48:1,16 50:16
  51:5,7 60:11
  63:21 64:16,
  25 65:4 67:20
  68:11,13,14
  70:6,13
  71:15,16,18
  72:1 73:9,15
  78:21,23,24
  93:1 94:1,15
  95:9,21
  103:17 104:5,
  18,21 106:8,
  13,18,25
  112:3 132:24
  133:1,4
  136:20,23
  144:10,11
  146:16 149:6
  150:9 152:5,
  8,17,25
  160:11 163:20
  175:7 177:10,

14 193:7
194:6,11,15,
17,19,22

**hire**
121:14 167:18

**hiring**
183:25

**history**
152:7 188:5
194:20

**hit**
162:19

**hold**
14:22 170:6
186:22

**Holtzman**
9:14 78:1

**homes**
172:24

**honest**
88:16

**hope**
76:2 98:12

**hoping**
12:3

**hospitals**
172:20

**hour**
66:3 134:4
150:21,22
151:1

**hours**
13:18 24:13
30:19 34:13,
19 36:11,12,
14 44:5 79:6,
14,19 80:24
110:4 111:24
112:1,5

118:15 120:20
123:10 154:10
161:3 162:2,
5,7,19 164:7
191:24

**house**
25:1 28:8
90:13 107:15,
16 108:15
144:20 152:3

**housing**
172:15

**how's**
123:13

**huge**
168:16 170:4

**humans**
33:8,10

**hundred**
12:13 75:18,
19 150:4

**hundreds**
159:13,14

**hypothetical**
38:18 56:17
70:17 192:15

---

**I**

**ID**
155:9 178:8,
24 179:6

**idea**
135:4 137:20
143:21 144:18
170:14 190:1

**identification**
24:8 28:12
54:19 84:9
96:6 100:16

105:23 108:20
111:20 114:22
122:6 128:13
131:10 135:17
139:16 174:2
179:20 180:5,
25 181:8,15,
22

**identify**
90:4

**illness**
171:16

**immediately**
190:2

**impact**
43:21 49:2
60:12 63:20
85:15,25 86:7
92:19 93:2,5
110:6,13,25
181:21 182:2,
3 193:5,13,16

**impacted**
59:13 186:12

**impacts**
48:21 183:4

**implement**
74:14

**implemented**
180:2

**important**
88:23 147:9
154:3 159:24
160:8 162:10,
22 163:2

**imposes**
55:6

**impossible**
65:8

**improper**
146:15

**improve**
90:7 115:6

**in-person**
118:9,20
119:23 125:13
166:6 193:22

**incident**
102:18

**incidents**
106:18,24

**include**
24:7 163:16
178:23

**included**
36:9 62:4
166:19

**including**
25:24 78:25
85:18 129:19
136:22 152:3

**incorrect**
151:4

**increase**
98:1 123:24
124:20 128:7
138:12 142:2
143:18
167:20,22
170:1 188:20

**increased**
104:4 137:17

**increases**
123:20

**increasing**
124:13 153:13

**increasingly**
104:9

Craig Latimer
October 11, 2021

incur
  133:19

incurs
  167:24

individual
  67:25 144:8
  170:3

individuals
  86:6 141:21
  144:10 171:13

indoor
  159:9,18

indoors
  120:8,9

Industrial
  14:18

information
  25:24 34:1
  38:8 43:14
  44:8 51:25
  59:22 60:5,18
  61:22 62:3,4
  72:3 74:20
  83:22 101:23
  105:23 111:23
  136:14 139:10
  155:10 166:18
  178:10 180:18
  183:22

informed
  88:20

Ingolia
  175:2

initial
  98:12 114:12

injury
  13:1 171:16

input
  28:18 54:13

85:8 86:23
87:1 139:9
182:22 183:8

inputted
  54:16

inside
  30:21 61:19
  183:1,2 192:6

Insomniacs
  162:11

installed
  79:16

instance
  102:8 126:6
  168:19 188:3

instances
  43:4 184:8,14

integrates
  139:5

integrity
  98:2 112:24

intend
  108:1

intent
  175:25

intention
  191:18

intentions
  192:18

interacting
  39:10

interaction
  47:14 83:1

interactions
  92:1,6,17,23

interesting
  41:25 166:5

internal
  170:5

internally
  82:25 96:4
  100:13 108:18
  114:20 122:4

internet
  158:8

interpret
  35:8

interpreted
  169:10

interrogatories
  13:19,21
  33:25 34:6
  147:6 167:15

interrogatory
  96:12

intervene
  132:18

intervenor
  9:11 11:24

interview
  101:2

introduced
  28:7 107:5,24
  117:1

introduction
  107:4 116:21

investigator
  15:6

involve
  17:24

involved
  27:13,18 58:7
  86:11 109:3
  128:22 133:7,
  8 139:22

156:14 157:1
158:18 170:20

involvement
  27:15

ironically
  75:16

issue
  23:13 40:18
  46:13 49:7,24
  69:7 72:17
  74:4 96:17,22
  145:14,21
  146:11,13
  193:6

issued
  36:15 111:4

issues
  21:2 23:9,10
  30:5 50:18,20
  51:10,12
  88:24 90:4
  91:3,4 100:2
  105:10 109:18

iteration
  87:9

iterations
  108:2 110:15

---

**J**

James
  44:19

Janousek
  10:13,14

January
  153:9

Jefferson
  10:16

Jerry

84:23

**Jillian**
10:4

**job**
13:13 15:18,
19 16:1,22
17:3 29:17
30:1 38:12
72:18 99:17

**Joe**
69:23

**John**
10:14

**Johnson**
10:8,9,21

**joined**
77:25

**joint**
88:23

**judgment**
170:20

**jump**
170:4

**June**
89:12

**jurisdiction**
16:25 91:7

---

**K**

**keeping**
54:8 82:8
97:19

**Kelly**
10:11

**Kenneth**
9:13

**Kia**
10:21

**Kim**
77:25 84:4,11

**kind**
13:3 14:23
22:5 76:5
93:1 102:5
163:11,13
166:4 177:23
180:2 182:4

**knew**
42:20

**knock**
29:18

**knowledge**
27:2 39:16
63:21 86:9
118:13 132:17
133:9 145:4
157:3 165:16
171:19 175:5
179:16 184:15

**Kramer**
122:14

---

**L**

**L-A-T-I-M-E-R**
12:7

**Labasky**
107:22

**labeled**
100:13 114:20
128:11 131:9

**lack**
39:16

**Lake**
158:20
174:16,18

**Lali**
9:22

**laminated**
121:18

**language**
136:6 187:8

**large**
30:11 94:1
117:17,19
160:11,16
183:4

**larger**
94:20 117:20
191:12

**largest**
94:15,17
152:9,13,14

**lasted**
134:20

**lastly**
194:13,22

**late**
50:21 51:10
55:13 56:9
73:4 122:22
127:11 138:6
147:23 148:6
165:13

**Latimer**
9:18 11:3,16,
21 12:6 66:20
71:8 78:7
84:12 87:20
88:2 96:8,15
97:2 135:23
151:9,14
173:20 174:4
176:9,16
185:1,12
190:21 193:3

**law**
12:14 15:1,3

17:22,24
23:13 24:3
25:4 26:10
27:9 28:1,18
29:6,9,25
35:1,8,10,11
40:12,17
42:17 43:1,23
44:2 46:12
48:22 52:5
55:5 60:9
67:1 74:25
75:1 79:20,23
85:22 86:14
91:8 97:24
98:6 106:20
118:25 121:9
129:24 141:5
142:18 169:11
171:22 172:7
179:22 192:6

**lawmakers**
98:4

**laws**
23:23 27:7
29:20,22
106:9 112:23

**lawsuit**
12:25 13:3
22:22 23:4,7

**lawsuits**
13:1 23:6
50:4

**lawyer**
15:15,16
23:2,3 56:18

**lawyers**
11:23

**layered**
154:22

Craig Latimer
October 11, 2021

24

layman's
    23:11
lead
    26:6
leading
    27:11 109:12
    156:11 159:1
League
    9:2,23 76:12
    88:5 195:8
learned
    47:12
leaves
    44:8
Lee
    78:11
left
    46:2,4 124:17
legally
    194:14
legislation
    84:6 85:18
    86:17 90:12
    109:12 110:5,
    12 111:9,10,
    16 112:17
    113:5,9,10,23
    122:24 129:21
    144:23 157:7
    187:4
legislative
    27:11,20
    28:21 29:2
    85:14 86:4
    90:16,18
    91:15 99:8
    107:20 110:3
    130:13,19
    136:7 156:11

157:13,21
158:25
174:20,25
legislator
    100:1 132:12
legislators
    85:14,25
    86:3,7 99:8,
    12 102:7,17
    110:5,8 132:4
    156:23 158:15
legislature
    29:1 86:19
    87:5 89:21
    99:4 107:6,10
    108:10 117:1
    125:17 128:20
    129:12,16
    137:5 156:15
    157:8 158:12,
    19 166:19
    168:9
legitimate
    178:4
lends
    42:19
lesson
    188:5
letting
    112:15
level
    88:19 93:23
levied
    51:3
Levy
    10:21
license
    24:8 25:25
    26:3,5 82:17

83:3,9 111:20
155:8 178:8,
23 179:3,20
180:4,17
181:6 182:8
licenses
    14:23
lieu
    114:12
life
    12:25
lightening
    161:9
likelihood
    170:1
Likewise
    194:8
limit
    53:21 69:8
    111:24 127:1
limitation
    165:25 166:25
limited
    162:1 164:1,4
limiting
    112:5 145:13,
    19
limits
    24:11 122:19
    138:16,18
    144:7
lines
    28:16 46:21
    47:6,17 48:3,
    17 149:7,16,
    25 150:2,3
    154:17
Link
    130:25

list
    31:18 113:7
listened
    28:24
literally
    127:13 159:13
    163:4
litigation
    30:6 84:18
live
    12:3 68:18
    172:1
lived
    182:23
living
    144:24,25
    172:10 173:3
lobbyist
    86:4 107:21
    129:15
    130:13,21
    136:8 137:1
    174:12,13,15
lobbyists
    27:19
local
    158:24 186:7
locally
    127:14
located
    117:8 123:7
    183:1 191:3
location
    17:13,21
    18:18 32:3
    47:16 79:12
    123:11 164:7
    191:8,23
    192:1

locations
    17:25 32:4
    34:16 36:1,
    21,22 37:3
    40:21 45:4
    46:24 78:25
    80:25 81:6
lock
    30:13
locked
    120:25
logic
    95:16 168:17
    193:19
London
    10:6
long
    15:3,18 30:25
    35:15 48:16
    58:10 72:23
    77:8 85:24
    118:2 127:7,
    12 128:7
    142:13 153:4
    161:8 176:25
long-distance
    186:11
longer
    83:7 128:5,6
    135:7
longest
    150:8
looked
    13:22,24
    127:10 187:1
loose
    189:14
lose
    112:22 164:23

losing
    44:17,22
loss
    13:13
lost
    65:17
lot
    28:3,14 29:1
    43:13 47:6
    56:23 75:20
    80:5 87:3
    91:4 107:23
    115:17,22
    116:5 117:5
    127:10 135:12
    143:17 147:3
    180:8,15
    183:5 189:4
lots
    135:7
LOTT
    10:6
lunch
    66:8,14 77:2,
    7

                M

machine
    32:17 33:8
Madduri
    9:2,22 76:11,
    24 77:13,20
    87:22,23
    88:1,3 96:1,
    7,14,19,21
    97:1 100:17
    108:22 113:19
    114:6,7,16,23
    116:4,11

122:7 125:11,
    24 128:14
    131:12 134:2,
    7,11 135:15,
    18,22 137:22
    138:3,14
    139:14,18
    142:1 143:13
    150:12 151:8,
    24 173:24
    195:8
made
    25:21 73:15,
    23 107:5
    111:2 131:21
    140:17 143:24
    171:9
Madison
    10:17
Madurri
    159:6
mail
    19:17,20
    21:4,10,13,
    19,24 22:2,4,
    9,11 23:10
    24:22 25:19,
    22,23 28:10
    30:16 41:12,
    13 42:1 54:4,
    6 60:4 61:14
    63:7 75:2
    83:7 101:23
    103:18,24
    104:1,4,8,11
    105:6,9,13,21
    106:6 110:21
    111:19 122:22
    125:3 126:21
    127:13,17
    128:2,6

137:17,21
    141:22 143:4
    154:9,23
    155:19 160:19
    164:16 166:3,
    7,11 169:25
    170:4 175:13
    176:1 177:2,6
    185:23 186:6,
    12 188:3
    193:25
mailbox
    146:4 173:10
mailboxes
    164:19
    165:15,19,22,
    23
mailed
    61:25 127:9,
    13 128:7
    164:24 186:1
mailing
    142:16 167:20
mailings
    59:22
main
    18:13,16
    31:21,23,24
    32:1 34:17
    117:9
maintain
    17:1 98:2
    155:25
major
    15:12
make
    18:21 19:9
    28:15 31:13,
    14,17 35:4
    38:25 41:6

Craig Latimer
October 11, 2021                                                                26

46:1,19 52:15
54:18 85:14
87:16 90:24
95:13 96:23
101:7,8,18
105:24 106:23
111:16 112:7
119:4 133:18,
24 134:8,15
153:8 155:9
173:6 175:10
176:1,4 178:3
188:10 191:21

**makes**
17:19,20 58:6
62:23 79:7
87:7 111:10,
23 113:5,9,
10,23 137:23
140:23 178:9

**making**
31:5 38:5
80:13 85:17
86:16 115:17,
22 116:5
121:25

**Malcolm**
93:22

**mall**
120:7

**management**
93:24

**manned**
35:9

**manual**
34:2

**manufacturer**
35:20

**March**
132:1

**Marcus**
130:24

**mark**
96:5 100:14
158:21

**marked**
84:8,9 96:4,6
100:16
108:18,20
109:21 114:22
122:4,6
128:13 131:10
135:17
139:12,15
145:9 173:20
174:1

**marking**
166:5

**Mary**
11:2 128:11

**match**
40:14 54:18
105:24
155:10,17,18
178:9 181:9

**matched**
32:15

**materials**
61:12

**matter**
54:15 98:22
109:13 126:24
141:6 154:2
160:18

**maximum**
20:4 81:10

**meaning**
79:13

**means**

68:2 146:12

**meant**
60:7

**measure**
155:22

**measures**
154:19 155:18

**mechanically**
33:7

**media**
60:22,24 61:8
97:13

**medical**
14:8

**medication**
14:5

**meet**
41:14

**meetings**
156:22

**member**
68:23

**member's**
71:1

**members**
58:13,16
69:6,10 70:12
71:2 88:16,25
91:1 158:12,
17,18,23

**members'**
68:25

**memo**
35:6

**memory**
174:8

**mentioned**
16:14 31:22

33:15 39:12
45:20 50:1
54:19 56:6
58:24 67:9,11
71:6 79:1,11,
20 82:16 85:6
90:20 91:15
116:14 118:7
120:10 126:12
142:5 148:11
149:6 171:20
181:2 187:16

**mercenary**
15:15

**message**
174:21

**Met**
13:17

**method**
105:14,15,16,
19 106:7
143:17 154:4
175:19 194:18

**methods**
154:15,16
155:3

**metropolitan**
183:4

**middle**
65:22 180:14

**million**
94:14

**mind**
23:16,21
25:15 41:1,3
113:20 114:7
135:19 150:12
189:10

**minor**

50:20

**minute**
55:16 67:21
73:21,23
184:22

**minutes**
66:12 77:9,10
87:16,17
150:11 173:13

**misconduct**
125:8

**mission**
88:11,15 90:8

**mix**
79:23

**model**
98:23

**moment**
193:6

**Monday**
44:6 81:12,16
82:1 122:21

**money**
80:5 119:15,
17 168:5,7
188:18

**monies**
163:7

**monitor**
31:2 47:2
119:18,19
121:10 129:19
133:18 146:5
157:6

**monitored**
34:19 35:4
80:2 90:19
118:12 119:1
121:11 125:7

129:8,24
165:15

**monitoring**
17:10 34:23
35:12 37:12,
13 38:21
79:21 80:17
118:9,20
119:23 120:17
123:21 124:20
125:13 131:22
132:17 191:24

**monitors**
31:3,10,16

**monthly**
60:21 61:7

**months**
188:6

**morning**
9:12,25 10:8,
13,18 11:21
14:5 76:2
192:7

**motivation**
159:12

**mount**
149:16

**mouth**
25:11

**move**
22:23 30:20
43:22 63:19
64:15 100:12
114:17,19
134:2 146:18
149:16 182:10
190:2

**moved**
63:25 65:1,5

120:10 124:17
150:3 159:10,
15

**moves**
64:16

**moving**
63:23 150:5

**multiple**
70:10 154:3
157:17

**municipal**
16:25

---

**N**

---

**NAAC**
9:25

**NAACP**
76:16 151:18
173:20 195:6

**Nargiz**
114:7

**national**
64:6 93:12

**naturally**
124:19

**needed**
31:7 34:3
35:8 37:22
39:2 46:19,20
73:25 100:2
115:7,10
125:19 183:15

**negate**
44:5

**negotiate**
131:22,24

**negotiations**
132:9

**neighbor**
71:13,14
171:6

**neighbors**
24:25 144:19
171:1,15

**neighbors'**
68:18,20

**news**
100:25

**newsletter**
60:21 61:7

**newspaper**
185:24

**no-solicitation**
17:11 49:13,
16

**nonfamily**
68:25 69:6,10
70:12

**nonpartisan**
153:22 170:10

**nonsolicitation**
46:24 49:10
169:6,11
170:9,20

**normal**
79:19

**North**
68:5

**northwest**
18:12

**notation**
31:18

**note**
11:1 73:23

**notes**
66:23 73:21

87:16 150:14
173:14

**notice**
121:18

**noticed**
93:15 166:9

**notified**
61:22

**notify**
52:6 143:23

**noting**
25:5

**November**
161:10

**number**
20:4,20 24:8,
9 26:3,5
47:18 53:11,
12,18,22 54:9
69:8 71:6
75:13 81:10
82:17,18
83:3,9 95:13
104:2 119:14
121:3 126:21
137:17 143:1
147:1 152:20
155:8 164:7
173:23
178:23,24
179:9,13,15,
20,21 180:6,
25 181:6,8,
15,22 183:19
187:2

**numbering**
135:16

**numbers**
32:14 97:22
183:25

**numerous**
27:18 110:23
136:21,22
175:20

**nursing**
172:13

---

**O**

**oath**
12:22 66:21
78:16 106:3
151:21 155:14
176:19 178:14

**object**
23:24 24:20
25:4,16 38:19
40:4,10 43:25
55:23 56:18,
22 74:10 85:2
113:17 116:3,
8 125:9,20,21
137:18 138:2,
7 141:24
143:9 157:2
158:1 162:16
164:3,13
166:22 168:22
170:2 173:8
187:18

**objected**
25:6

**objection**
114:2

**observe**
43:11 126:13

**obvious**
127:3

**occasion**
147:23

**occasional**
51:10

**occur**
165:4 180:7

**occurred**
94:24 99:1
174:22,24

**occurrence**
41:17

**occurring**
68:6 70:21
102:24 103:9

**occurs**
67:23

**October**
140:25

**offer**
20:4 80:7
119:12 123:6,
10 159:9
166:5

**offered**
117:7 120:18

**office**
9:17,20 13:10
15:8,20 16:6,
15,16 17:20
18:13,16,22
19:4,10,11
20:23 26:18
27:7 31:7
32:14 34:17,
24 35:2,7
36:20,25
41:18,23
42:22 46:23
47:13 52:9,
10,11,24
53:24 54:3
55:13 60:8,15

61:11,13 63:6
64:10 65:14
67:6 68:16
69:13,19
70:19 72:4,6,
9 74:14,17
80:1 84:16
93:16 97:6,17
105:11 117:9
120:1,5 124:4
125:5 126:22
127:2,21
129:6 139:1,9
140:7 141:15
142:3,13
143:6 144:21
145:1 146:4,
14 152:6
153:12,14
159:13 160:5
161:2 162:5
163:20 165:17
167:6 169:10
178:3 179:24
180:2,23
181:7 182:17,
20 183:12
184:3 185:15,
20,21 186:5
189:2 192:6

**office's**
60:10 142:9

**officer**
35:11 84:22
122:14 192:6

**officers**
35:11

**offices**
18:5,8,9,12
32:6 36:9,12,
13 37:2 72:2

79:2,6 81:14
118:4 120:6
123:7,11
138:13

**official**
99:24

**officials**
100:6,10

**Okeechobee**
10:21,25

**on-the-job**
16:16

**onerous**
85:17 86:16,
24 109:11
110:16

**ongoing**
61:4 130:1

**online**
55:11 139:3

**open**
68:10 82:1,
12,14 91:4
123:13 174:4

**opened**
118:4

**opening**
32:23 33:1,3
44:23 117:17

**operate**
183:5

**operating**
124:4

**operation**
24:13 39:13

**operations**
18:11

**opinion**

26:14 55:24
91:19 95:18
118:23 125:22
159:8 162:22

**opinions**
88:23 90:19
91:2 133:12

**opportunities**
20:24 149:22

**opportunity**
11:25 28:21,
23 40:14
61:17 80:11
147:12 153:18
154:11 162:6

**opposed**
59:2 74:19
99:9 108:14
183:9

**opposing**
100:23

**opposition**
15:24 16:2,3

**opted**
30:20

**option**
80:7 124:25
129:19 130:8
134:22

**options**
154:3 194:18

**ordering**
195:5,7

**organization**
24:14 50:6
51:22 53:19,
24 56:8,20
72:9 146:20
147:22 148:10

**organizations**
19:6 50:2,19
51:4,13 53:6,
13 54:2,23
55:7,20 56:3,
5 116:13,18
146:22 147:9,
14,19 148:3,
14 156:23
182:11,14

**original**
68:9 168:14

**originally**
28:7 75:5
129:22

**Ott**
10:6

**out-of-county**
183:12

**outdoor**
159:8,18

**outdoors**
120:8 159:11

**outline**
34:1

**outreach**
61:8

**overflowing**
31:6 34:11

**overlap**
159:7

**oversaw**
95:6

**overview**
18:22

---

**P**

---

**p.m.**

66:17,18
77:23,24
151:6,7
173:16,17
195:10

**padlock**
121:2

**pages**
102:25

**paid**
42:17

**painful**
76:3

**Palm**
130:25 152:11

**pandemic**
30:20 61:16
62:7

**paper**
128:3

**paragraph**
97:16 98:8,11
110:2 111:8
112:21 115:5,
16 122:18
136:9 145:13

**Pardon**
165:21

**part**
24:23 38:12,
13 89:23
145:17 168:14
175:9,24
194:4,9,14

**participate**
28:21 88:21

**participated**
15:25 97:22

participation
98:2

parties
51:17

parts
109:11

party
52:1 91:24

pass
187:17

passage
49:11 107:3

passed
29:10 89:20
97:7 109:9
113:5

passing
27:2

past
46:22 47:5
51:14 61:15
89:6 143:7,
12,17

pause
87:18 153:24
176:7 184:24

pay
164:16

paying
173:10

PDF
101:11

Peg
11:1

penalty
29:15,16
80:16 173:11

pending

23:6 157:7

people
19:19 20:13,
14 21:13
23:11 26:2
29:2 31:1,14
34:23 38:3
40:20,21 43:8
44:8 46:1,18
47:9,13,15
48:5 51:15
59:20,23
61:17 63:9,
19,23,25
64:4,15 67:7,
15,19 68:16,
17,21 69:19,
25 70:3
71:10,12
75:18 103:25
120:11,17
124:19 125:3,
4 126:11
133:22
144:14,16
146:13 147:12
149:22 150:4
153:1 154:8,
9,13,16
156:18,22
159:14 160:4
161:20 163:4
164:14 166:7
167:18 170:1,
6 171:25
173:3 175:21
181:5

people's
69:15,20 70:9
72:8

percent

20:18 48:18
104:14,16
105:2,4 135:4
149:12 181:4

percentage
20:16 148:1

performance
93:24 99:10,
15

period
118:11 142:9,
16 158:24
159:2 162:25

permanent
121:12

permission
110:19

permitted
31:1

permitting
161:8

perpetuated
184:17

person
22:3,19 38:15
48:9,12 50:22
57:18 59:7
62:23 64:13
67:6,12,19,23
68:15,25
69:9,14 103:5
105:7 113:16
118:15 119:18
122:2 125:7
134:24 139:3,
6 169:19
170:1,7,14
171:17 182:23

person's

192:18

personal
13:1 97:13

personally
19:13 21:21
50:13 67:14
82:24 85:24
87:2 110:8

personnel
17:14

perspective
87:12 99:1
191:22

pertain
155:19

pertinent
35:14

phone
27:18 28:3
158:16

physical
95:14 120:3
126:4,16
192:11

physically
35:9 54:3,5
106:4 119:19
121:22 126:17
129:8 155:15
178:15

pick
34:8

picked
33:22 34:4,12

piece
62:1

pieces
129:17 185:25

**Pinellas**
10:12 41:4,7
64:17,18
65:1,5 130:24

**place**
18:17 37:18,
19 44:20
60:25 64:7
66:17 77:23
85:22 91:9
95:15 121:5
129:7 132:9
136:19
140:16,19,20
141:16 151:6
159:1 169:2
170:12 173:16
177:5 189:4

**places**
49:12

**plaintiff**
12:24 13:2
74:7 76:12
195:9

**plaintiffs**
9:3,5,23,25
10:4 11:5
76:16,19,25
88:4,6 176:17
195:6

**plan**
20:7 44:15
45:19 119:9,
11,22 142:9
143:22

**planned**
128:1

**planning**
70:20 133:17
145:5

**plans**
70:14 72:12

**play**
26:18

**played**
86:12 104:6

**plays**
27:7

**pleasure**
77:4

**plenty**
149:22

**plow**
12:1

**plowing**
149:4

**point**
25:12 32:20
48:13 60:14
64:12 65:21,
25 75:14
79:21 83:15
85:12 112:21
113:4 119:13
158:23 181:20

**points**
84:6,19 85:1
96:9 112:12,
16 115:4
122:17 187:3
190:6

**Police**
15:5

**policies**
185:20

**poll**
34:2 38:13,21
39:10 42:5,16
43:10 46:25

94:9 121:13
124:6,10,14
126:12

**polling**
17:12 43:10
46:24 47:15
61:19 149:15
170:12
187:19,25

**pop-up**
120:16

**population**
152:11,13,15

**portable**
126:18

**portal**
54:21

**portion**
104:18,21
114:10 183:9

**poses**
167:5

**position**
15:13 16:7
108:12 109:10
124:16 130:7

**positions**
108:8,9

**possess**
24:23 69:5

**possession**
28:13 145:14,
20

**possibility**
164:25

**possibly**
149:20 180:17

**post**

41:23 83:9
146:4 185:15,
20,21 186:5
193:20

**post-election**
95:17

**postage**
164:16 173:11

**Postal**
127:25
164:19,23
165:2,14,18

**postmarked**
165:6,8

**potential**
45:22 115:18
187:8,9

**potentialities**
187:15

**potentially**
105:6

**pouring**
191:19 192:3

**practice**
29:20 38:24
60:10 63:18
67:18 81:25

**precaution**
159:11

**predecided**
76:21

**prefer**
127:17 168:5,
7

**preference**
77:16 95:4

**preferences**
186:23

premise
95:14

prepare
13:15 14:2
97:8 115:1

prepared
84:21 88:21
129:13

preparing
109:3 128:22
139:22

presence
40:21 192:11

present
10:6 61:9

presented
129:16 137:5

president
27:16 86:10
89:6,8,14,19,
23 90:23
91:11,12
95:23 101:13

Presidential
95:2,4

pretty
21:25 63:22
65:8 66:4
75:24

prevent
70:20,24
83:20 86:15
125:7,14
132:18 191:8,
13,16 192:2,
12 194:5,9,14

prevented
168:20

preventing
85:16

previous
90:21 103:18
113:18

previously
43:17 75:2
104:1 105:20
137:19 138:8
146:23 148:6
155:5 165:5
178:5 188:22
191:5

primary
89:15 95:2,4,
5

prior
16:12 40:3,8
62:10 69:7,12
71:5 72:4
73:1,22 81:20
82:9 85:22
104:15,16
116:21,25
140:24 144:12
149:13 157:5,
9,10 162:24
164:21 168:25
177:3,14
182:16 184:3

proactively
90:4

problem
39:4 51:23
145:16,22
146:2 149:7
174:16 190:3

problematic
55:22

problems
99:12,20
132:16,21
134:19

procedure
100:22 177:20
180:20,22
181:16

procedures
80:15 177:5
180:3

proceedings
195:10

process
27:11,13
28:22 29:2
30:15 32:24
33:3,6 39:9
40:18 41:10
45:17,19 48:6
52:16 54:15
58:7 59:20
61:3,4 63:17,
19,21 67:5
74:18 78:20
88:21 91:2
99:8 107:9
130:1 132:2
136:20 139:1
140:8 141:16
142:3,14
155:25 156:11
157:14,21
158:25 169:4
178:19
183:16,18
187:10 188:4
189:10
193:14,17,18

processed
142:15

processing
59:21 140:4

produced
84:17 93:16

production
84:17

professional
14:21,22

professionalism
88:19

program
93:11

programs
88:18 168:4

prohibit
48:23 173:9
190:8

prohibited
170:12

prohibiting
113:12,25

prohibition
169:16

prohibits
190:9

projections
167:15

prompted
99:2

proposal
130:9

proposals
85:15,17
86:16,24

proposed
28:1 110:5,12
117:2 129:4,
11,18 130:4,

16 136:18,25

**prosecutions**
73:14

**prosecutor**
29:14

**protect**
169:2

**protected**
42:21

**Protecting**
31:5

**protection**
177:5 194:23

**provide**
38:7 42:8
53:4,10 71:9
82:17 101:22
162:23 167:25

**provided**
20:23 97:24
180:25

**providing**
48:23 86:23
88:17

**provision**
24:15,20
59:12 67:12
71:19 102:2
144:7 166:21,
23 167:4,23
168:4,11,21
169:6,7,11
170:10,21
171:22,23
172:7,21
175:25 178:21
181:9

**provisional**
57:10,14,21,

25 58:8

**provisions**
25:14 28:5,11
50:3 55:19,22
56:1 66:22
74:8,14 83:24
157:24 189:4

**public**
108:9 152:7
159:17 161:13
193:19

**publish**
60:18

**pull**
84:4 96:1
100:19 108:18
112:15 114:18
121:22 122:3
124:3 128:10
131:8 135:15
139:12

**purpose**
88:11

**put**
25:9,10 30:14
32:9,16 33:24
35:6 48:8
55:14 97:6
100:12
108:13,19,25
109:5 117:18
121:23 124:16
128:19 129:23
131:21 160:6
170:13

**puts**
25:17 113:14

**putting**
23:10 24:21
192:12

———————

**Q**

———————

**qualified**
60:1 194:5,10

**qualify**
18:2 172:6

**quantify**
167:12

**question**
23:20 24:4
26:12,22 29:6
32:1 36:3
38:18 42:3
53:3 56:18
57:12 58:6
68:9 69:21
87:11 107:7
113:18,21,22
114:6,12,13
116:24 151:3
187:13 190:6

**questioned**
176:19

**questioning**
66:8 74:24
76:6,10,11,
14,15,20,22
164:21 176:24
185:14 193:8

**questions**
12:19 18:6
26:23 38:7,14
42:6 51:6
67:10 68:12
73:20 74:1
75:24,25
77:18 78:5,13
87:20 93:8
117:6 119:6
143:11

148:12,17
150:24 153:25
177:1 185:2,
6,16 186:25
190:14,16
192:20 193:10
195:2

**quick**
78:3 134:5
185:11 190:20

**quickly**
12:1 72:19
149:16

**quoted**
101:7

**quotes**
102:6

**quoting**
101:17

———————

**R**

———————

**race**
152:18,22

**raise**
11:8 99:20

**raised**
30:5

**Ramba**
86:4 107:21
137:2 174:9,
10,12 175:7

**ran**
97:21

**range**
127:9

**ranged**
13:12

**ranges**

Craig Latimer
October 11, 2021

34

94:14

**ranks**
15:10

**rapid**
149:21

**rapidly**
150:3,6

**rarely**
21:24

**rate**
39:18 40:2
119:14

**rates**
40:23

**Raymond**
44:19

**reach**
125:5 126:23
127:8 147:14

**reactive**
37:24

**read**
13:18 23:12
67:21 88:12
99:7 102:13
103:4 114:4,
10,11,15
122:19 128:3
185:24 195:3

**reading**
114:8

**ready**
134:2

**real**
185:11

**realize**
138:5 172:20

**rearranged**

22:5

**reason**
62:18 70:6
83:12 124:1
164:14 190:5

**reasons**
127:22 135:9
161:14 171:8

**recall**
19:25 21:20
34:7 39:4
50:18,25
51:1,9 52:19
53:25 71:20
72:14 80:12,
20 81:3 82:20
85:8 86:1
101:2,4
109:7,17
151:3 156:19
174:21 175:8
180:25 186:5
187:11 190:21
191:7,9,12

**receive**
54:12 60:4
96:8 127:4
134:25 138:25
139:7 142:12
143:6 146:21
147:21 148:2
182:17

**received**
41:23 93:16
103:21,23
139:2 140:8
148:12 165:9,
10

**recent**
35:19 104:5

128:1

**recently**
89:7 149:8
185:21

**recess**
66:17 77:23
151:6 173:16

**recite**
181:5

**recognize**
84:15,19 97:2
122:8 128:15
131:13 136:1
139:20 174:7

**recollection**
40:5 56:13
148:18

**recommendation**
128:18

**recommendations**
128:20 136:4

**record**
12:5 52:17
73:22 84:8
87:17 97:22
106:23 135:3
173:12 176:12
184:22

**recorded**
121:3

**records**
70:2

**RECROSS**
190:18

**REDIRECT**
185:9

**reduces**
189:9

**reduction**
40:22

**redundancy**
159:5

**redundant**
171:5

**reelected**
15:22

**Reese**
11:1

**reestablish**
138:11

**refer**
108:1 116:19
172:17 173:1

**reference**
102:1 133:6
146:24

**referendum**
169:19

**referred**
106:20

**referring**
23:14 67:16
71:7 90:13
108:17,24
110:11 111:9
169:8 171:23
182:12,13
186:9

**refers**
46:14 169:14

**reflect**
172:3

**reflected**
181:17,19

**reform**
98:13,18,24

Craig Latimer
October 11, 2021

35

99:3 115:7,
10,14

**refresh**
186:3

**refreshing**
174:8

**regard**
31:12 33:14
43:16,24
45:11,16,24
47:21 48:20,
21 51:8,12
53:5 54:11
55:1 56:1
60:6

**region**
186:7

**register**
50:7,8 55:11
59:7 60:19
64:17,21 72:8
105:22 147:9,
12,15

**registered**
19:13,16,22
20:16,19
25:19 50:22
51:17 57:18
64:23 105:21
148:7 152:14,
16,21 153:16,
17 155:7
172:1 178:6,
7,12 179:2
181:1 188:23
194:5

**registering**
50:12 54:25
194:10

**registrants**
55:7,21

**registration**
19:5,6 24:14
50:2,6,19
51:3,12 52:25
53:6,13,23
54:1,2,9,12,
14,23 55:6,8,
20 56:3,5,8,
19 57:7,9
58:22,25
72:12 93:13
116:17 139:6
146:19 147:8,
13,19,22
148:2,9,14
155:18
182:11,14,21
188:17

**registrations**
53:19,23
146:21 148:5
182:17,25
183:12,16,21
184:1

**regular**
162:6

**regularly**
88:23

**regulations**
27:8 60:10

**reiterate**
60:25 193:18

**reject**
41:9 57:24

**rejection**
39:18 40:2,23

**relate**
17:24

**related**
42:4 43:1
44:23 73:10
89:20 90:12
106:13,25
132:8 163:14
169:6

**relatedly**
83:18

**relates**
56:2

**relating**
49:9 56:4

**relation**
146:6

**release**
108:6

**released**
107:13,16,18
108:5 116:23

**Relia-vote**
32:17

**rely**
154:24

**relying**
71:10

**remark**
160:4 161:16

**remedy**
40:12

**remember**
20:3 34:7
59:2 107:15
108:6 131:1,2
132:2,6,8,13
136:2,5
142:23,24
156:21 157:19
158:22 165:9

175:4 185:15,
25 187:4,7
190:24

**remind**
121:19 168:13
174:10

**reminder**
78:10

**remotely**
11:17

**remove**
119:22

**removed**
33:4 87:4

**removing**
85:19

**renew**
75:2 136:13
188:16

**repeat**
113:21,22
158:4 164:21
165:25
166:20,23

**repeated**
153:25

**rephrase**
29:11

**replace**
136:10

**replacement**
31:7,8 34:10

**replacements**
45:1

**report**
52:2

**reporter**
12:17 134:8

Craig Latimer
October 11, 2021

36

reporting
18:25

reports
52:22 71:6

represent
9:11,18,25
10:3 11:24
78:10 84:16
88:3 151:17
176:17

representative
77:14

representing
9:14,20,23

request
25:21 34:3
60:2,20
61:14,25
62:22,24,25
63:3 84:17
101:23,24
105:25
111:17,19
113:6,9,11,24
114:11 115:14
134:12,15,20
136:13,15
137:10,16,20,
24 138:11,16,
19,22,25
139:3,5,8,9
140:17,19,20,
23 141:1,7
142:13,14,15,
20 143:15
155:11,12
165:25
166:16,20,23
167:1 178:10,
12,22

requested
62:8,21 63:2,
9,12 114:10
115:7 141:3,
9,14 142:16

requester
175:22

requesting
24:7 82:19
111:10 175:23
177:20 178:19

requests
28:10 59:15
75:19 85:19
103:22,23
104:3 110:21
135:1 138:5
140:4,8
141:16,17
143:6,19
157:25 166:12
167:5 168:12,
15 178:3
180:8

require
55:19 60:4
72:12 80:17
125:13

required
70:4 74:20
95:16 136:15

requirement
72:7 82:17
119:23 125:6
181:15,23

requirements
98:3 188:16

requires
24:6 55:10
70:22

rerequest
25:23 64:13
141:22

resident
65:9

residents
103:17
104:19,22
135:13 173:6

resolve
90:1

resources
143:23 183:15

respect
168:3

respond
192:8 193:15

responded
86:19 190:23

response
26:13 82:3
84:17 157:24

responses
13:22 119:7
121:17 124:2

responsibilitie
s
17:4 18:21
162:13,14
168:1

responsibility
26:15 54:24

responsible
17:7,10,16
18:22,25

rest
98:8

restate

82:5 125:10
138:20 166:13

restrictions
148:13 173:5

result
28:17 45:22
49:11 51:11
83:24 85:7
115:25 116:6
181:11 184:16

resulted
56:11 86:20
87:1,3

results
19:1 97:22

retired
15:1,12

retrieve
32:13

return
30:14 68:25
69:9,14,20
71:10 72:2,8
80:11 83:6
111:18 113:6,
11,24 119:14
135:10 136:12
144:8,16
146:16 164:16
171:6,11,16
173:7,11

returned
64:3 65:12,
16,18,19
70:12 73:3
105:2

returning
67:6,19
111:11 112:7
144:11 145:3

Craig Latimer
October 11, 2021

37

170:9

**returns**
68:15 73:3
105:3 126:20

**reup**
101:24 137:20

**reversing**
68:7

**review**
84:24 139:25

**reviewed**
13:18 37:20,
24

**revision**
129:4,11

**revisit**
119:16

**rights**
13:11 151:19

**rise**
15:10

**Rising**
9:5 10:3
76:19 176:18

**Road**
18:10 117:12
159:13

**role**
26:18 27:6
86:13 89:4,
11,23 104:6
152:6 153:11

**roles**
91:10

**rolls**
17:1 175:21

**Ron**
107:22

**room**
150:22

**rough**
94:3

**roughly**
104:25 131:4
150:19 167:13

**rule**
29:25

**rules**
12:16 24:14
27:3,9 29:23
92:13 106:10
151:23 176:21

**run**
98:21 112:23
193:10

**running**
116:10

**rushed**
157:21

**Ryan**
9:4 10:2
76:18 176:17

---

**S**

**safe**
21:14,16
81:25 106:11
116:10 188:11
189:5 191:14
193:17

**safeguards**
169:1

**safety**
156:7 159:11

**sanctity**
156:1

**Sandi**
11:7 135:18
173:22

**sat**
91:17

**save**
37:25 38:2

**SB**
55:10 80:14
81:20 82:4,9,
11 83:19
85:7,22,25
86:7,13 89:19
90:11,12,19
92:7,17,19,
24,25 97:7
100:2 107:3,
4,12,17,25
108:2,9 111:5
112:4 116:21
124:5 134:14
140:16,20
141:16 144:12
146:7 148:13
152:1 156:15
157:5 163:6,
10,23 177:3
178:19 179:17
181:9,14,22
182:16 184:3

**scale**
160:22

**scenario**
179:24

**scenarios**
41:2

**scene**
15:6

**schedule**
22:5 33:21

**scheduled**
34:7

**screen**
186:19

**screw**
186:18

**scroll**
98:10 101:6
111:7 139:19

**seal**
30:13 121:2,3

**sealed**
31:13 32:14
38:6 39:3
67:24 120:25

**sealing**
42:7

**seasons**
94:5

**second-to-the-last**
99:7

**seconds**
176:3

**secrecy**
33:5 155:21
194:24

**Secretary**
9:6,14 35:7
36:15 76:8
77:14 78:11
91:12 95:24
98:20 118:22

**section**
129:4 149:2

**secure**
32:16 44:18
79:17 95:9,14
97:19 105:13,

16,19 106:7,
11 113:12,25
116:10 126:2
129:5,7
137:10 187:21
188:1,4,11
189:5 190:23
193:18

**secured**
118:8 126:17

**securing**
45:12

**security**
42:20 82:18
132:22
154:19,23
155:3,18,22
156:3,8
179:9,13,14,
21 180:6
188:20 189:9
191:23

**segment**
149:5

**select**
90:25

**selected**
36:21

**Senate**
23:14,16,21,
22 24:15,20
25:15 26:10
27:12 28:8
42:4 43:21,23
44:24 46:22
48:20,22
49:1,11,12
53:22 55:19
56:1 59:12
62:20 66:25

68:24 69:8,
12,17,18 70:7
71:5,17,19,23
72:5,11 73:1
74:4,8,15
108:15 109:16
116:13 152:2
156:12
157:12,20,24
158:13 166:20
169:1,6 173:5
174:25 175:25
188:10 189:8
193:5,13
194:4,9,14

**senator**
174:18

**send**
51:25 54:20
63:7,10,11
64:10 106:1
131:16 142:14
155:12,13
163:3 179:25

**sending**
17:4

**sense**
39:7 58:6
72:23 87:7
101:8,18
104:25 105:8
127:7 128:5
144:3,15
147:17 167:12
183:11,19,24

**sentence**
99:7 101:13
110:1,3 111:8
115:16 136:11
146:10

**September**
141:10

**serve**
58:20

**served**
91:14

**service**
18:15 34:18
36:17 37:16
79:12,20
117:11 152:7
164:19,23
165:2,15,18

**Service's**
128:1

**services**
33:20 147:18

**session**
85:14 110:3,
24

**sessions**
99:16

**set**
30:25 96:24
109:16 170:16

**setting**
17:7,16

**shame**
47:25

**shape**
102:23 103:7

**shaping**
86:13

**share**
84:11 96:2
186:19

**sheriff's**
13:10 15:8

52:9,11

**shift**
103:15

**shifts**
162:4

**short**
12:2 66:4
87:18 176:7
184:24

**shorter**
142:8

**shortly**
143:1

**should've**
39:22

**show**
28:11 139:4

**showed**
112:11

**shut**
61:18

**Shutts**
9:11

**shy**
25:13

**sic**
114:4

**Sick**
171:8

**side**
117:15

**sight**
112:22

**sign**
40:13 116:16
121:19 135:6
155:14 178:14

signature
33:2,6,11
40:13,22
83:10 103:7
106:4 155:15,
17 178:16
188:25
signatures
39:19 40:2,8
106:5 155:16
signed
31:13,15
38:5,22,23,25
60:2 67:6
106:3 110:18
121:25 165:7,
11
significant
104:18,21
149:7
significantly
142:2
signing
42:7 51:16
similar
93:22
similarly
92:15 120:23
121:6
simple
154:7 187:13
simply
27:7
single
46:3
sir
12:9 16:18
20:1 24:2,5
27:13 46:17

66:21 73:20
162:16 164:4
176:6 185:3
186:16 189:13
190:14
sit
84:25 121:21
180:19 187:14
188:5
site
31:21,23,24
36:10 43:10
45:7 46:25
61:19,20
123:13 129:25
132:5
sites
17:8 18:2,3
22:6,8 30:19
31:22 32:1
36:7 44:3,17,
22 47:1 49:15
79:1,3,5,8
81:13 82:1
120:19 121:14
123:23,25
126:14 132:13
149:15,17,19
161:2,6
172:21
situated
160:12
situation
38:20 56:10
57:2 70:17
169:23
Sivalingam
11:4
sleeve
33:5

slide
117:19
slit
30:13
slot
79:16 117:14
121:22 191:11
192:4
slots
121:4
slow
97:13
slowdowns
128:2
small
121:6 148:1
160:16
smaller
160:12
smoothly
97:21
social
24:9 26:2
60:22 82:18
83:3,10
111:21 155:9
178:9,25
179:9,13,14,
21 180:6
181:3 182:6
SOE
175:8
SOES
91:3
solicit
91:2 169:16
solicitation
47:18 169:15,
17,22 170:12

solid
35:20
solution
145:15,21
146:1
solutions
90:6
sooner
186:2
sort
15:14 16:9
26:12 60:14
67:14 117:9
121:18 125:14
126:15 132:18
136:9,25
sounds
53:17
South
14:14 68:6
southeast
18:12
space
117:20
spare
153:25
speak
14:2 29:4
38:24 60:22
110:8 158:9,
12
speaking
14:1 86:2
156:14
specific
21:15 23:18
24:17 30:2,5
53:1 58:19
62:24 90:2

92:21 93:8
102:8,17
104:6 130:3
132:12 154:25
160:14 188:15

**specifically**
21:1 25:18
60:17 61:15
78:24 121:14
171:14 184:10

**speculate**
74:11

**speculating**
24:18 83:14,
15

**speculation**
56:24 70:16
163:18 187:15

**spell**
12:5

**spend**
11:22 85:24
119:15,17
168:5,7

**spent**
12:13 15:8
86:2,6 92:24
110:4

**spoke**
101:21 156:23
184:10

**spot**
52:24 83:8

**spouse's**
28:13 110:17

**Stadium**
44:19

**staff**
15:21 16:14

48:3,23 52:21
58:4,7 82:24
94:1,20
118:16 124:5,
18 133:22
165:23

**staff's**
49:2

**staffed**
36:14 42:13
124:10

**staffing**
35:4 38:3
45:12

**Stafford**
9:8,19

**staffs**
94:20

**stamped**
32:20

**stand**
48:8

**standing**
28:9 49:3
90:15 126:10,
11 134:20
141:17 143:15
166:11 167:1

**start**
50:17 71:22
88:7 126:24
127:2

**started**
15:5,20 75:18

**starts**
94:8 101:12
111:24

**state**
9:6,15 16:24

19:2 25:20
26:14,24,25
27:16 36:15
37:11 40:12
52:7,8,12
54:18 57:9
76:9 77:14
78:11 85:8
92:12 93:4
95:24 98:20
105:23 111:22
116:19 118:22
127:14 148:25
155:9 156:15
157:7 178:9
179:20 180:5
188:4

**State's**
35:7

**stated**
74:16 86:15
90:8 93:4
105:20 137:19
138:8 144:19
146:23 148:6
149:11 155:5
159:10 165:4
169:3 178:5
188:22

**statement**
28:19 55:12
88:15 90:8
96:15 97:6,
14,17 98:5,15
101:20 102:2,
12 103:3,5,10
108:23 109:23
111:4 113:2
115:9 123:1
131:20

**statements**
109:5

**states**
41:21

**statewide**
88:9 93:23
94:25

**station**
170:17

**statistics**
62:8 69:13

**status**
106:21

**statute**
58:19 70:5,22
71:4 72:15
93:5 169:14
172:8,17
173:2

**statutes**
27:2 92:13
160:21

**stay**
135:11 168:17

**STENOGRAPHER**
11:8,14
114:9,14
134:10 176:13

**Stephen**
9:16 185:4

**steps**
110:16

**Sterling**
93:17

**Steve**
69:23

**Steven**
10:19

Craig Latimer
October 11, 2021

41

stood
108:16

stop
72:20  192:17

store
193:11

storms
161:9

straight
130:18  177:2

strapped
183:7

stricken
74:9

strict
133:17

strike
80:22  81:5
154:20

strike-all
109:15
157:16,17

strip
120:7

strong
112:23

structure
120:14  126:5,
8,16

structured
120:23

structures
120:3,7

stuff
67:22  187:22

submitted
184:4

substance
148:16  192:12

successful
85:16  95:19,
25

sudden
98:24

sued
13:6

sufficient
126:1  169:1
177:4  190:23

suggestions
128:20

summarize
88:13

summer
180:11

sun
46:20

Sunday
44:6,7  81:12

sunlight
180:13

supervised
144:23  171:21
172:2,7,21,25
173:4

supervision
58:2

supervisor
10:9,12,22,25
11:21  12:7
15:14,18,22
16:6,12,22
19:10  29:8,19
33:16  61:5
66:20  71:8
73:8  74:25

76:1  78:7
84:12  86:10
87:20  88:2
91:23  96:8,15
97:2,18
100:18  104:8
113:14
130:24,25
135:23  136:6
149:24  151:9,
14  153:5
158:20
166:10,14
174:4,17,19
175:10,16
176:9  185:11
190:21

Supervisor's
129:5  152:6
163:20

supervisors
10:15,20
37:11  47:12
85:13  86:12,
20,23  87:1
88:10,22
89:1,2,24
90:3  91:5
92:2,6,19,23
101:14  109:1
110:4  115:8,
13  131:5
153:20  156:16
157:25  160:8
163:7,11
168:10  174:14
175:20  183:9
188:19

supply
155:8  178:7

supplying
105:22

support
111:5

supported
99:9

surrounding
183:6

surveillance
35:9  37:16,19
80:3  113:13
114:1  118:8,
12  126:1,7
130:4,7
190:22

survey
13:23  76:5

swear
11:9

sweeping
115:6,10,14

sworn
11:17

system
54:14,17
139:4,6,10
188:7,11

―――――――

T

table
120:16  140:3

tabulating
18:22

tabulation
33:5

takes
18:17  29:13
81:11  127:9

128:7

**taking**
12:2 14:5
60:24 76:5
91:8 127:12,
13 171:18

**talk**
12:17 30:4
43:20 46:11,
12 50:1 58:24
66:21 69:17
71:21 78:23
94:23 103:15
132:4 146:18
153:19 159:4
161:24 164:18
165:24 182:7
193:6

**talked**
23:2 42:11,14
74:3 82:25
83:5 87:9
99:17 134:13
158:24 161:20
186:1 191:10

**talking**
28:4 51:24
62:1 65:22
73:16 84:5,19
85:1,12,24
86:6 88:7
96:9 101:21
110:4 112:12,
16,21 113:4
115:4 121:24
124:8 126:25
132:24 150:4,
5 158:18
170:14 175:19
180:10 187:3,
20 190:6

193:19

**Tallahassee**
27:22 75:4
158:15

**Tampa**
15:5 75:17

**tamper**
191:19

**tampering**
125:14 126:9
132:19,22
191:8,13,16,
17 192:2

**taped**
38:1

**taxpayer**
168:7

**team**
75:20

**technical**
14:18

**telephone**
139:3

**telling**
135:19

**temporary**
33:19 34:24
35:2 94:4,7
167:19
183:17,20

**ten**
131:5

**tent**
120:16 126:11
170:16

**tents**
30:25

**term**

67:17 68:2
153:4,8

**terminology**
15:17

**terms**
18:20 21:18
23:11 68:2
126:4 150:19
152:18 153:1
154:3 160:13
161:19 164:7
176:24 183:25

**terrible**
36:3 67:10

**test**
95:16 193:20

**testified**
11:18 124:23
132:15 133:16
143:22 144:9
147:21
153:11,21
156:4,13
157:12
158:11,21
160:25 163:19
167:3,9
170:25 177:9

**testify**
14:6 27:23
86:8

**testifying**
12:21

**testimony**
11:10 14:9
47:11 72:24
78:19,22
80:13 82:20
85:7,9 90:21
177:19 189:8,

22

**text**
174:21

**thing**
24:6 37:9
121:5 152:8
154:24 160:18
185:13 189:6,
13 190:7
192:17

**things**
22:23 23:9
25:5 28:14
38:16 51:17
54:21 55:21
60:7 74:18
87:4 90:6
91:6 110:23
138:8 149:11
169:24 180:9
187:16
188:17,19
190:7

**thinking**
32:2 55:18

**third-party**
19:5 24:13
50:2,5,18
51:3,12,22
53:6,12,23
54:1,23 55:6,
20 56:2,4,7,
19 116:17
146:19,22
147:8,13,18,
22 148:2,9,13
170:23 173:5
182:10,13

**thirty**
77:9

thought
  25:5 78:19
  92:19 114:14

thoughts
  107:12 182:3

thousand
  75:20

thousands
  148:8,9
  183:14

throwing
  191:20

time
  28:2 32:20
  38:1 41:12
  44:14 45:2
  63:23 65:23
  70:9,11 76:2
  78:16 85:2
  86:2,6 91:21
  92:24 97:15
  100:21 101:4
  103:22,23
  104:8 108:13
  109:8,17
  110:22 118:11
  121:15 123:2,
  4 125:5
  126:12,22
  129:6 134:1
  143:3,4 145:7
  149:24 150:8,
  19 151:10
  159:2 174:21
  176:9 185:2
  186:8 190:15
  192:8 194:19

times
  12:12,13
  13:17 22:3

33:23 34:8
35:5 70:10,11
71:6 105:6
123:6 129:22
133:11 157:13

title
  89:4

today
  12:22 13:16
  37:18 43:14
  83:25 84:25
  88:5 134:13
  145:16 151:16
  160:5 176:20
  177:9,19
  187:14 189:14
  190:15 193:11
  194:4,8,13

today's
  13:15

Todd
  9:16 11:1
  23:24 25:16
  40:4,10 43:25
  56:22 66:10,
  15 74:10
  76:5,10,13,
  17,21 77:1,8,
  12 85:2 87:22
  96:12,21,24
  114:3,11
  116:3 125:20
  138:2,7 143:9
  150:15,18,23
  151:2 164:13
  168:22 170:2
  173:14,15
  176:10 185:7
  190:16 192:23
  193:2 195:1

told
  22:22 66:4
  72:22 170:15
  184:11

top
  30:13 64:1
  94:13 131:2,
  18 142:23
  147:1,4 148:4
  150:7 172:9,
  19 183:22

topic
  43:22 46:12
  180:11

total
  20:14,16
  79:5,7 91:20
  156:3

totally
  25:6 64:2
  186:3 187:22
  192:15

touch
  169:5

touched
  161:25

track
  21:7 31:16
  39:17,18
  53:17 54:8
  63:19 69:13,
  19 189:1

train
  183:18

trained
  52:24 54:11

trainee
  15:6

training

16:17 34:2
38:10,14
53:5,11,14
167:22,25

trainings
  93:9

transcript
  195:7

transit
  63:22

transmitted
  129:15

transportation
  154:8,10
  164:12 171:9

traveling
  186:6

treasurer
  91:12

tremendous
  74:17 95:12

trend
  91:8

trial
  15:15

troublesome
  25:6

troubling
  24:16

true
  20:6 47:21
  56:14 86:18
  95:21

truth
  11:11,12 39:5

truthful
  175:6

Craig Latimer
October 11, 2021

44

Tuesday
  81:13,16 82:2
  122:22
turn
  25:23 156:10
  170:23 171:1
turned
  50:21 56:20
  98:23 148:5
turning
  56:8 160:24
  177:2
turnout
  20:15,18
  153:13
Twenty
  77:9
two-day
  186:8
type
  13:11,14 48:7
  120:7 180:3
  182:2 183:15
  184:4,5
types
  144:15 147:17
  182:20
typically
  21:22 54:2
  142:13

——————————

              U

U.S.
  41:23 127:25
  146:4 164:18,
  22 165:1,14,
  18 185:15,20,
  21

ultimately
  33:3 34:21
umbrella
  46:20
umbrellas
  48:4
unable
  56:11
unattended
  44:9 124:17
unconstitutiona
l
  74:9
undeliverable
  64:4 65:18,20
understand
  12:19,21
  28:25 29:11
  48:22 49:17
  62:19 67:8
  69:3 71:23
  78:12,15,20,
  22 88:14
  89:24 112:4
  116:24 117:7
  119:10 121:16
  145:25 151:20
  152:2 163:23
  164:8 169:7
  171:22 175:13
  176:19,21
  182:12
understanding
  29:3 44:13
  53:22 54:22
  55:5 57:5,13
  67:23 68:3,24
  75:1 86:22
  92:10,18 93:2
  111:1 114:17

119:21 123:5,
9 130:2
134:14 140:25
146:1,12
163:6,10
165:14 171:25
172:4 175:15,
16 177:8
179:18
185:19,21
understood
  22:1 23:12
  25:8 39:6
  41:15 45:10
  49:22 58:15
  85:15 133:10
  144:21
undertake
  60:15
undoing
  68:7
undue
  23:10 25:18
  74:13 113:14
unduly
  80:1
unequivocally
  46:2
unforeseen
  45:7
universal
  97:20
University
  14:14
unlawful
  13:12
unmarked
  67:24 68:10

unnecessary
  98:12,17
unpaid
  163:21,24
unwavering
  97:18
up-to-date
  60:18
update
  64:22 65:1
updated
  135:11
upwards
  94:8 144:12
  149:12
usage
  93:24
USPS
  165:22,23
utilize
  30:11

——————————

              V

valid
  134:16 137:16
validity
  142:8
valuable
  39:11 160:3
vandalism
  43:5,7
variety
  23:9
VBM
  175:11,13
verbally
  121:24

Craig Latimer
October 11, 2021

45

**verbiage**
55:14
**verification**
33:2,6,12
182:9 188:15
**verified**
25:20 57:9
97:23 111:22
**verify**
53:11,12
74:20 83:4
105:24 178:17
179:23 180:18
**verifying**
180:1 188:24
**version**
86:13 87:8
**versus**
159:18 162:1
164:19
**Vicari**
10:11
**vice**
91:12
**vicinity**
43:11
**video**
35:9 37:16,19
80:3 118:8,12
125:25 126:7
130:3,7
190:22
**view**
20:22 40:20
42:4,12 47:9
105:5 111:14
125:6,12,18
143:5 146:7
168:25

**views**
28:1 30:6
193:4
**violations**
43:1
**Vogel**
9:14 78:1
**volume**
143:19
**volunteer**
71:25 170:10
**volunteers**
42:14,16
94:10 163:21,
24
**Volusia**
10:7
**vote**
18:1,2 19:13
20:14,24
21:13,23,24
22:6,8,10
23:9 24:22
25:18,20,22,
23 28:10
32:18 38:15
41:9 47:1,9
50:22 51:11
55:11 57:3,6,
8,10,14 60:4,
19 61:13,19
62:3 63:7
64:17 65:4
75:2 81:13
83:7,20 87:12
101:23 103:5,
24 104:8,11,
12,14,22
105:20,22
110:21 111:19

121:14 122:2
123:13,23,25
124:25 125:3
134:23,24
137:17,21
141:22 147:15
148:7,8
149:17,19,22
150:10 153:16
154:9,11,13,
14,23 155:19
160:19,20
166:3,7,11
169:18,25
170:1,4
172:1,2
175:13 176:1
177:2,5 181:1
188:3 190:9
193:25
194:10,15,19
**vote-by-mail**
17:5 21:2
24:7 30:14,17
32:16 40:2,21
58:25 59:7
60:20 61:14,
25 62:2,9,21
63:11,15,20
64:3 65:3,7,
15,19 82:19
85:18 103:22
105:3 111:11,
17 113:6,11,
24 116:16
122:19 126:21
129:7 134:12,
16,23 136:11,
12,13 137:8,
11,15,24
138:11,16,18,
22,25 139:7

140:4,18,24
141:1 142:12,
20 143:6,19
154:19 155:2,
6,11 156:5
162:24 164:23
165:25
166:12,17,20
167:1,4,5
168:12 169:2
171:2,17
172:5 175:23
177:20 178:4,
11,20,22
179:19,25
188:17,23
**voted**
19:17,20,22
20:9,13
21:21,23
22:2,3,4,9
103:17 104:1,
16 129:7
156:1
**voter**
17:1 19:5
24:13,22
25:18 38:23,
25 40:18
42:20 50:2
51:12,16,25
52:25 53:6,23
54:1,13,23
55:6,20 56:4,
11,19 57:2
59:21 60:6,
12,15 61:24
62:4 63:20
65:15 80:11
83:1 91:22
98:1 101:9,

19,22 102:24
103:8 105:22
106:18
115:18,23
126:20,23
134:15,22
139:5 145:2
146:19,21
147:8,18,22
148:2,9,13
150:8 152:14,
25 153:12,13
155:7,11,17
161:16 165:2,
8 168:19
169:2,12,16,
21 170:11,15
177:10 178:6,
7,10,12,17
179:18
182:10,13
187:9 188:24
189:1,24
190:1 193:6
194:5,10

**voter's**
60:17 61:6

**voters**
9:3,23 19:16,
22 20:9,17,
19,23 21:3
36:5 38:7
39:8 41:17
42:7,8 43:15
48:23 50:7,9,
12 51:24
54:24 56:1
60:11 61:13,
22,23 62:8
71:7,9,16,18
76:12 80:7

82:19,23
83:13 85:16
87:8 88:6
94:18,19
97:21 104:11,
14,16 105:1
110:6,13
116:12,15
121:19,25
122:20 124:24
127:16,18,19,
23 129:6
134:25 135:4
136:11
137:10,17,19,
25 138:4,10
141:14 142:19
143:17,23
144:8,9,16,22
147:9,10,14,
18 149:13,14
152:10,12,16,
21 153:18
154:3 159:21,
25 160:2
161:16 162:3,
8,12,14,23
164:2,11,24
166:2 171:1,
6,11,12 172:1
179:2,5,8
180:3,24
181:23 182:17
183:1 190:9
193:23
194:18,23
195:9

**voters'**
115:20

**votes**
51:10 67:19

68:15

**voting**
16:10 17:8
20:2 21:4,9,
19 22:7
30:16,19,23
31:22,25
32:4,6 34:4,
13,15 36:1,7,
10,11,22 37:5
44:3,5,6
49:15 50:6,18
51:3 56:2,7
57:19 58:22
71:16 78:25
79:2,5,6,19
80:24 81:8,11
82:15 88:20
94:8 100:24
104:4 105:6,
7,9,13,14,16,
19 106:6
111:25 117:25
118:2,18
120:9,19,20
121:15 122:19
123:3,10
132:5,13
144:23 150:1,
3 154:15,16
161:2,3,6,17
162:5,19,25
166:6,10,16
170:6 171:21
172:7,21,25
173:4 188:10
189:9 193:14,
17,22 194:5

---

**W**

**wait**
105:6 181:25

**waited**
150:9

**waiting**
48:24

**waive**
195:4

**walk**
46:18

**walked**
177:23

**wall**
191:11

**wanted**
11:22 60:3
61:16 80:10
119:4 127:12
129:22 132:12
151:3 152:7
163:24 168:17
177:3 185:5,
18

**wanting**
116:15

**warming**
46:14 47:7
49:7,24
189:17

**watched**
156:21

**watching**
103:6 161:9

**water**
47:22 48:4,23
170:11,17

Craig Latimer
October 11, 2021

47

189:17,21,22
190:9

**ways**
20:13 47:9
51:21 60:19
90:6 111:16
113:7,8 115:6

**weather**
31:1 161:8

**website**
116:20 149:1

**week**
79:15 109:9
126:25

**weighed**
90:20

**weighs**
119:15

**whichever**
83:4

**widespread**
106:12
177:10,13

**Williams**
10:5

**wipe**
28:9 110:20
168:15

**wiped**
75:13

**withdrawn**
184:20

**witness'**
77:4

**Women**
9:2,23 76:12
88:6 195:8

**wondered**

193:13

**wondering**
64:25 82:22
84:25 92:22
143:14,18

**wood**
29:18

**word**
60:23

**words**
25:10 61:5
82:7 102:22

**work**
15:3,4 30:16
33:9 59:19
62:19 75:21
86:3 89:24
90:3 98:1
128:19 129:14
130:9,14,17,
22,23 134:9
154:10 162:4
166:10

**worked**
34:23 35:2
38:19 39:7
85:13 115:21
116:7

**worker**
34:2 38:13

**workers**
38:21 39:10
42:5,17 94:9
121:13,24
124:6,10,14
189:25

**working**
16:11 90:10
92:24 100:20
130:15

**workload**
167:19

**works**
47:25 77:12
78:20 88:14

**world**
67:17

**worst**
115:19

**would've**
36:10

**wrap**
150:20

**write**
12:17 69:24
175:2

**writes**
175:10

**writing**
28:4 175:4

**written**
60:2 122:25
179:22

**wrong**
109:13

**wrongdoing**
51:2

————————————

**Y**

**y'all**
76:21

**year**
27:17 75:9
115:11 140:9
141:2,7
146:25 149:18

**years**
12:13 15:7

16:16 29:14
91:18 104:5,
10 153:6

————————————

**Z**

**Zacherl**
9:10 11:6,20
24:1 26:7
40:6,15 44:10
57:1 66:2,11,
16,19 69:24
73:19 74:2,12
75:23 77:11,
21 151:23
185:4,10
187:24 190:13
195:4

**Zacherl's**
193:8

**zone**
17:12 46:24
49:10,13,16,
18 169:13,21

**Zoom**
75:25 173:19

3 Talking Points – 2021 legislation

Supervisors of Elections worked throughout the legislative session to make sure legislators understood the impact their proposals would have on voters, and were successful in preventing some of the most onerous proposals from making it into legislation – including cancelling Vote By Mail requests that are currently on file and removing drop boxes altogether.

Let's not lose sight of the fact that we already had strong laws in that enabled us to run our 2020 election with accessibility and integrity. And our performance was lauded by President Trump, Governor DeSantis, Secretary of State Laurel Lee, and all the legislators who spoke for and against this new bill during this legislative session.

The legislation that passed makes it harder to request and return Vote By Mail ballots:
- prohibits the use of secure 24-hour drop boxes with camera surveillance
- requires voters to submit a new Vote By Mail request every election cycle, and those requests have to include their DL or SSN
- places a two-ballot limit (with the exception of immediate family members) on how many mail-in ballots someone could gather and turn in on behalf of the elderly or sick and disabled voters







*Craig Latimer*
**SUPERVISOR** *of* **Elections**
Our Vision: To be the best place in America to vote

GOVERNOR'S
STERLING
AWARD
RECIPIENT

4/30/2021

Statement from Craig Latimer, Hillsborough County Supervisor of Elections and President of the Florida Supervisors of Elections

As Supervisors of Elections, we are unwavering in our commitment to keeping our elections both secure and accessible. We did that in 2020, to universal acclaim. Elections ran smoothly, voters participated in record numbers, and election results were verified with audits in every county in Florida, as provided for in our current election law. My colleagues and I will continue to work every day to increase voter participation and maintain the integrity of our elections, following any new requirements established by our lawmakers.

During this legislative session, Supervisors of Elections spent hours talking to legislators about how proposed legislation would impact voters. For example, in 2020 our voters overwhelmingly appreciated the peace of mind that came from dropping their mail ballot off in a secure drop box, because they knew that by using the drop box instead of a mailbox, their ballot would be received on time. We should be looking for cost-effective ways to expand their use, including the use of secure 24-hour drop boxes with camera surveillance. Instead, the new legislation prohibits that.

Fortunately, proposals that would have been the most disenfranchising, such as cancelling Vote By Mail requests that voters currently have on file, were dropped from the final version of the bill. However, this legislation still makes requesting Vote By Mail ballots and returning those ballots harder.

After days of debate, our hope is that the initial and unnecessary call for election reform will not detract from the confidence that was well-earned in 2020. Indeed, after the 2020 General Election, Governor DeSantis said that we had "finally vanquished the ghosts of Bush vs. Gore," praising our ability to count 11 million votes quickly and holding Florida up as an example for other states to follow. Throughout this legislative process, legislators who supported and opposed the bill commended our performance in 2020, over and over. I look forward to continuing to earn the trust of my community as I work to preserve our most precious right to participate in our democratic government.

**Exhibit**
**213**
4:21-cv-186-MW/MAF



C. LATIMER
**Exhibit 2**
S. Nargiz 10/11/21



*A provision in the proposed Florida law would have required dropboxes like this one outside the Alachua County Supervisor of Elections office to be monitored. (Grace Banahan/WUFT News)*





# FLORIDA SUPERVISORS OF ELECTIONS OPPOSE CONTROVERSIAL VOTING BILL 'SB 90'

By Grace Banahan

🕐 April 21, 2021   📁 Florida Votes, Government and politics

A proposed bill in the Florida Legislature is calling for increased voting regulations, including limiting ballot drop-off box hours and requiring a wet signature on file. All 67 of Florida's Supervisors of Elections oppose the bill.

The election administration bill, SB 90, has currently passed through all three of its Senate committees, but was postponed on its second reading on Tuesday. Its comparable bill in the House, HB 7041, has passed through two of its three committees and resides in the House State Affairs Committee.

The bill's sponsor, Sen. Dennis Baxley, considers the regulations a way of taking a proactive approach to addressing potential election issues in the state.

"I know that safeguarding and maintaining the integrity of our elections is important to all of us," Baxley said during a committee hearing. "It wasn't that long ago that we were the butt of every joke about

elections."

The president of the Florida Supervisors of Elections and the Hillsborough County Supervisor of Elections Craig Latimer believes this bill would add obstacles to voters.

"To me, this bill doesn't make any sense," he said. "Why would you try to make it harder on the voter?"

The signature matching addition to the bill requires supervisors to compare a pen-on-paper signature with a voter's current signature. Without a paper, or "wet," signature on file, the ballot must be rejected.

These measures are proposed in the name of combating voter fraud, which Latimer considers a non-issue.

"I haven't seen any fraud and I haven't heard one of the legislators cite a specific incident of fraud as they debated the bill," he said.

Even if fraud was a prevalent issue in the state, Latimer said the signature regulations the bill calls for wouldn't do anything to stop it.

"If you go to a driver's license bureau there's actually an official in front of you that's watching you sign," he said. "If you go to vote in-person, there's somebody watching you give us that signature. To me, this bill in

Case 4:21-cv-00186-MW-MAF   Document 540-3   Filed 03/05/82   Page 253 of 272

no way, shape or form can do anything to curb any voter fraud that may be occurring."

A previous version of the bill called for completely banning drop boxes, but an amendment changed the language to allow for drop boxes during early voting hours. Latimer still sees administrative issues with the regulations of the boxes.

"With the amendment, drop boxes are only available during early voting hours," he said. "Well, what about before early voting starts and after early voting ends? How will you get your ballot back to me?"

In Florida, ballots are mailed out during a 7-day window between 40 and 33 days before an election as required by state law. Latimer said this bill will affect the voters who immediately fill out their ballots and drop them off at a ballot box well before early voting begins.

Currently, Hillsborough County has four drop boxes that are available outside of early voting, as well as boxes at all early voting sites. This bill would prohibit the operation of those drop boxes, a condition that Latimer said might result in their removal.

"With the way this is written, I would have to remove drop boxes," he said.

Hillsborough County isn't the only county that would have to change their drop box practices if the proposed bill becomes law. Bradford County Supervisor of Elections Amanda Seyfang said the requirements laid out in the bill would be impractical for the county.

According to the bill text, ballot drop boxes must be monitored in-person by an employee. Since 2001, the Bradford County Supervisors of Elections Office typically runs an entire election with a three-person staff.

For the rural county, designating an employee to watch the drop box is a waste of resources.

"I could not give up one of my staff members to just sit at our drop box all day long, nor could I afford with my budget to hire another staff member just to do that," Seyfang said.

Bradford County's ballot drop box has been located outside the courthouse in Starke ever since drop boxes were allowed. Seyfang says it was used significantly even before the pandemic.

"If the bill passes with that current language, I would have to just pull my drop box," Seyfang said. "There's no way a county my size could afford it."

Bradford County's drop box is under 24/7 video surveillance. In the 2020 general election, 1,073 of the 3,844 returned vote-by-mail ballots were returned at the drop box location.

Seyfang notes some minor favorable parts of the bill, including a stipulation that a grandchild would be considered an immediate family member. Currently, only a grandparent is considered an immediate family member and not a grandchild.

Seyfang's main worry is the voters who have no wet signature to be compared. The Florida Legislature passed a law in 2015 that allowed digital voter registration beginning in 2017.

"If anybody has registered to vote for the first time since the law allowed it back in 2017, we would not have a wet signature on file for them," Seyfang said. "That's a lot of voters if you think about the increases in voter registration since 2017."



**FLORIDA  SUPERVISORS  OF  ELECTIONS**

PO Box  350 | Tallahassee,  FL  323021 | Telephone:  (850) 599-9120

Executive Committee
2020- 2021

President
Craig Latimer

President-Elect
Wesley Wilcox

Vice-President
Mark Earley

Secretary
Ron Turner

Treasurer
Charles Overturf, III

Past President
Tammy Jones

Board Of Directors
2020- 2021

Tappie Villane
Mark Andersen
Dana Southerland
Charles Overturf, III
Chris Chambless
Lori Scott
Shirley Anderson
Mark Negley
Wendy Link
Brenda Hoots

General Counsel
Ronald Labasky, Esq.

April 23, 2021

Florida Supervisors of Elections Statement

Florida Supervisors of Elections (FSE) does not support SB90 or HB7041 in their current form, but continues to share information with the legislature.

### 





Talking Points – 2021 legislation

Supervisors of Elections are unwavering in our commitment to keeping our elections both secure and accessible. Let's not lose sight of the fact that we already had strong laws in that enabled us to run our 2020 election with accessibility and integrity. And our performance was lauded by President Trump, Governor DeSantis, Secretary of State Laurel Lee, and all the legislators who spoke for and against this new bill during this legislative session.

Do we look for ways to improve? Of course. But sweeping election reform was not needed or requested by Supervisors of Elections. And making a lot of changes all at once has the potential to create voter confusion, more cumbersome administration and bureaucracy, and worst of all, an erosion of the confidence we've worked so hard to earn.

During this legislative session, Supervisors of Elections spent hours talking to legislators about how proposed legislation would impact voters. Proposals that would have been most disenfranchising were dropped from the final version of the bill, including:
-   Cancelling Vote By Mail requests that are currently on file
-   Removing drop boxes altogether
-   Restricting the signatures we could look at when verifying Vote By Mail ballots

The legislation that passed:
-   prohibits the use of secure 24-hour drop boxes with camera surveillance
-   requires voters to submit a new Vote By Mail request every election cycle, and those requests have to include their DL or SSN
-   means that voters will no longer be able to check a box on their Vote By Mail return envelope to renew their mail ballot request
-   places a two-ballot limit (with the exception of immediate family members) on how many mail-in ballots someone could gather and turn in on behalf of the elderly or sick and disabled voters

Encouraging Vote By Mail is one of the ways we avoid lines at in-person voting, so if fewer voters vote by mail, that could affect wait times during in-person voting. Fortunately, one thing this bill does not do is prohibit giving food and water to voters in line to vote – it just prohibits campaigning in that area.

After days of debate, our hope is that the initial and unnecessary call for election reform will not detract from the confidence that was well-earned in 2020. to participate in our democratic government.




| | |
|---|---|
| **From:** | Gerri Kramer |
| **Sent:** | Thursday, April 22, 2021 4:26 PM EDT |
| **To:** | Craig Latimer; Craig Latimer |
| **Subject:** | Points of concern - legislation |

We oppose SB90 or HB7041 in their current form but we continue to share information with legislators.

Points of concern:

Limits Vote By Mail drop off to Early Voting days/hours — that's a great disservice to voters, especially those who like to drop off on Monday or Tuesday, when it's too late to mail it. They wouldn't be able to do that the way this legislation is currently written.

There's a part in the bill requiring ballots with any undervoted races to be reviewed and duplicated if there are any markings. We had 650,000 undervoted races on Vote By Mail ballots in the last election. So we would be pulling hundreds of thousands of ballots. Process already in place - manual recount. Slow down the process.

In 2018, one of the races we physically looked at more than 15,000 undervotes and only a handful had any markings in those races.

Limiting the possession of ballots — that has not been an issue in our county. It's a solution looking for a problem. What we heard today is that you could turn in two at a time, day after day, so I'm not sure what their intention here is.

Gerri Kramer
Chief Communications Officer
Representing Craig Latimer, Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
***Our Vision: To be the best place in America to vote!***

Direct: (813) 367-8827    Cell: (813) 415-4337    Email: gkramer@hcsoe.org
VoteHillsborough.org

**Be an informed voter!**
*Follow us: Newsletter    Facebook    Twitter    Instagram    Vimeo*





| From: | Craig Latimer |
|---|---|
| Sent: | Thursday, March 11, 2021 2:22 PM EST |
| To: | David Ramba; Alan Hays; Ron Labasky; Paul Lux; Lori Scott; Julie Marcus; Chris Chambless; jennifer.edwards@colliercountyfl.gov; lafayettesoe@gmail.com; jadkins@votenassau.com; vdavis@martinvotes.com; travis@lafayettevotes.com; Wendy Sartory Link; lswan@voteindianriver.com |
| Subject: | RE: FSE Drop Box Recs |

Dave,
Ref "c"
Worded a little awkward

, that any such site (should this say drop box instead of site?) must be physically monitored and staffed during the hours of the site (Does this mean the hours the site is open or should it be consistent with the hours the other actual early vote sites are open) that otherwise qualifies as an early voting


I think it is good to put in electronic monitoring. We can negotiate that


Craig Latimer, CERA
Hillsborough County Supervisor of Elections
Governor's Sterling Award Recipient
*Our Vision: To be the best place in America to vote!*

County Center, 601 E. Kennedy Blvd., 16th Floor, Tampa, FL 33602
Direct: (813) 276-2320    Fax: (813) 272-7043    Email: clatimer@hcsoe.org
VoteHillsborough.org

**Be an informed voter!**

*Follow us:* Newsletter    Facebook    Twitter    Instagram    YouTube

---

**From:** David Ramba <david@rambaconsulting.com>
**Sent:** Thursday, March 11, 2021 1:47 PM
**To:** Alan Hays <alan@lakevotes.com>; Ron Labasky <rlabasky@bplawfirm.net>; Paul Lux <plux@co.okaloosa.fl.us>; Lori Scott <lscott@votebrevard.gov>; Julie Marcus <jmarcus@votepinellas.com>; Craig Latimer <clatimer@hcsoe.org>; Chris Chambless <cchambless@clayelections.com>; jennifer.edwards@colliercountyfl.gov; lafayettesoe@gmail.com; jadkins@votenassau.com; vdavis@martinvotes.com; travis@lafayettevotes.com; Wendy Sartory Link <wendylink@pbcelections.org>; lswan@voteindianriver.com
**Subject:** FSE Drop Box Recs



Exhibit
**218**
4:21-cv-186-MW/MAF



C. LATIMER
**Exhibit 7**
S. Nargiz 10/11/21

## EXTERNAL EMAIL: Exercise Caution with links or attachments.

The new language in paragraph 2 I believe reflects our conversation from this morning.  I would welcome your input on this for submittal to the Legislature.

David Ramba

Sent from my iPad

**Draft Recommendations for Florida Legislature on Drop Box Restrictions and Guidelines for 2021 - FSE Workgroup Recommendations**

**101.69   Voting in person; return of vote-by-mail ballot.**—

(1)   The provisions of this code shall not be construed to prohibit any elector from voting in person at the elector's precinct on the day of an election or at an early voting site, notwithstanding that the elector has requested a vote-by-mail ballot for that election. An elector who has returned a voted vote-by-mail ballot to the supervisor, however, is deemed to have cast his or her ballot and is not entitled to vote another ballot or to have a provisional ballot counted by the county canvassing board. An elector who has received a vote-by-mail ballot and has not returned the voted ballot to the supervisor, but desires to vote in person, shall return the ballot, whether voted or not, to the election board in the elector's precinct or to an early voting site. The returned ballot shall be marked "canceled" by the board and placed with other canceled ballots. However, if the elector does not return the ballot and the election official:

(a)   Confirms that the supervisor has received the elector's vote-by-mail ballot, the elector shall not be allowed to vote in person. If the elector maintains that he or she has not returned the vote-by-mail ballot or remains eligible to vote, the elector shall be provided a provisional ballot as provided in s. 101.048.

(b)   Confirms that the supervisor has not received the elector's vote-by-mail ballot, the elector shall be allowed to vote in person as provided in this code. The elector's vote-by-mail ballot, if subsequently received, shall not be counted and shall remain in the mailing envelope, and the envelope shall be marked "Rejected as Illegal."

(c)   Cannot determine whether the supervisor has received the elector's vote-by-mail ballot, the elector may vote a provisional ballot as provided in s. 101.048.

SUBSTANTIALLY REWRITTEN BELOW - NOT STRIKE AND UNDERLINED

(2)   The supervisor shall allow an elector who has received a vote-by-mail ballot to physically return a voted vote-by-mail ballot to the supervisor by





placing the envelope containing his or her marked ballot in a secure drop box.

(a) Secure drop boxes shall be placed at the main office of the supervisor at each branch office of the supervisor.  Secure drop boxes at a supervisor's office may be available at any time for voters to place a voted vote-by-mail ballot if the secure drop box is monitored physically or electronically.

(b) Secure drop boxes shall be placed at all early voting sites, and shall be only available for use during the hours of the early voting site, and shall be physically monitored during any time that a voter can place a voted vote-by-mail ballot into the drop box by an election worker of the supervisors office, security officer or a sworn law enforcement officer.

(c) Secure drop boxes may also be placed at any other site that would otherwise qualify as an early voting site under s. 101.657(1); provided, however, that any such site must be physically monitored and staffed during the hours of the site that otherwise qualifies as an early voting site by an election worker of the supervisors office, security officer or a sworn law enforcement officer.

(d) All voted ballots shall be collected at the end of each day a drop box is available and returned to the supervisor's office.  No ballots may be left unattended or unmonitored in a drop box overnight.

We are requesting the following amendments to CS/CS/CS/SB 90:

Replace lines 707 – 713:

ballot containing an <u>overvoted race, if there is a clear indication on the ballot that the voter has made a definite choice in the overvoted race or ballot measure. A duplicate shall include all valid votes as determined by the canvassing board based on rules adopted by the division pursuant to s. 102.166(4). A</u>

Replace line 811:
<u>social security number. Vote-by-mail voters may also check a box on a vote-by-mail return envelope certificate to renew their vote-by-mail request, and if their ballot is accepted no further information is required for the request.</u> However, an absent uniformed service

Replace line 969:
s.101.657 (1). <u>Except for secure drop boxes at an office of the supervisor, a secure drop box may only be used</u>





## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS OF**
**FLORIDA, INC., et al.,**

      **Plaintiffs,**                    **CASE NO.: 4:21-cv-186-MW-MAF**

**v.**

**LAUREL M. LEE, in her official capacity**
**As Florida Secretary of State, et al.,**

      **Defendants.**
_____/

### AFFIDAVIT OF PEG REESE IN RESPONSE TO PLAINTIFFS'
### FIRST SET OF REQUESTS FOR PRODUCTION

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

      BEFORE ME, the undersigned authority, personally appeared Margaret "Peg" Reese, who, having been first duly sworn, deposes and says:

      1.     I am over the age of eighteen and competent to make this declaration. I am competent to testify to my direct knowledge regarding the matters and issues addressed herein.

      2.     I am currently employed by Craig Latimer, Supervisor of Elections for Hillsborough County as a Chief of Staff.  I have been employed in this position since February 2009.



C. LATIMER
Exhibit 10
S. Nargiz 10/11/21

3.      With regard to Plaintiffs' First Set of Requests for Production, I submit the following responses:

## REQUEST NO. 4:

Drop boxes are continuously attended and checked.  Boxes are emptied at least daily, more frequently if/as needed.

**Prior to Early Voting**, an SOE staff member at County Center, the Northwest Regional office, and the Southeast Regional office submits a helpdesk ticket alerting the warehouse that either they are in receipt of VBM ballots that need to be retrieved or that they are in need of a replacement ballot box prior to closing. Warehouse staff retrieve ESC's box daily, at the end of the day, unless Voter Services staff notifies the warehouse that they need an empty box prior to closing.

**During Early Voting**, unless warehouse staff are notified by an Early Voting site or one of our offices that they need an empty box prior to closing, boxes are retrieved daily at closing by Early Voting couriers at Early Voting sites and by Warehouse staff at SOE offices.

**On Election Day**, we retrieve boxes at our offices at 10am, 2pm, 4pm, and 7pm.

Ballots cast via drop boxes are entered as received by our office on the day following casting/retrieval.  These ballots are processed as are all Vote By Mail ballots, with a time stamp on the outer return envelope issued when the ballot is processed through the ReliaVote machine. Signature verification then proceeds as per normal processing of Vote By Mail ballots.

## REQUEST NO. 34:

### Drop Boxes Planned for 2022 Elections:

| | |
|---|---|
| Apollo Beach Community Center | 664 Golf and Sea Blvd., Apollo Beach, FL 33572 |
| Austin Davis Public Library | 17808 Wayne Road, Odessa, FL 33556 |
| Bloomingdale Regional Public Library | 1906 Bloomingdale Ave., Valrico, FL 33596 |
| Bruton Memorial Library | 302 W McLendon St., Plant City, FL 33563 |
| C. Blythe Andrews, Jr. Public Library | 2607 E Dr. Martin Luther King Jr. Blvd., Tampa, FL 33610 |

| | |
|---|---|
| Fred B. Karl County Center | 601 E Kennedy Blvd., Tampa, FL 33602 |
| Jan Kaminis Platt Regional Library | 3910 S Manhattan Ave., Tampa, FL 33611 |
| Jimmie B. Keel Regional Public Library | 2902 W Bearss Ave., Tampa, FL 33618 |
| Maureen B. Gauzza Public Library | 11211 Countryway Blvd., Tampa, FL 33626 |
| New Tampa Regional Library | 10001 Cross Creek Blvd., Tampa, FL 33647 |
| North Tampa Branch Library | 8916 N Blvd., Tampa, FL 33604 |
| Northdale Recreation Center | 15550 Spring Pine Dr., Tampa, FL 33624 |
| Port Tampa Community Center | 4702 W McCoy St., Tampa, FL 33616 |
| Providence West Community Center | 5405 Providence Rd., Riverview, FL 33578 |
| Riverview Branch Library | 10509 Riverview Dr., Riverview, FL 33578 |
| Robert L. Gilder Elections Service Center | 2514 N Falkenburg Rd., Tampa, FL 33619 |
| SouthShore Regional Library | 15816 Beth Shields Way, Ruskin, FL 33573 |
| Northwest Elections Office | 4575 Gunn Highway, Tampa, FL 33624 |
| Southeast Elections Office | 10020 S US Hwy. 301, Riverview, FL 33578 |
| USF TECO Hall (David C. Anchin Center) | 4110 USF Apple Drive, Tampa, FL 33620 |
| Temple Terrace Public Library | 202 Bullard Parkway, Temple Terrace, FL 33617 |
| Town 'N Country Regional Public Library | 7606 Paula Drive, Tampa, FL 33615 |
| West Tampa Branch Library | 2312 W Union Street, Tampa, FL 33607 |
| University Area Community Center | 14013 N 22nd Street, Tampa, FL 33613 |

**Hours of Operation:**
All Sites:
Primary:  All EV Maximum days, 10 AM to 6 PM
General: All EV Maximum days, 7 AM to 7 PM

SOE Offices:
July 14 – August 23, business days and hours, with extended hours during Early Voting and Election Day
September 29 -- November 8: business days and hours, with extended hours during Early Voting and Election Day

**Removal of previously used sites:**
Amalie Arena and Raymond James Stadium are unavailable as early voting sites and thus will not be used for drop boxes.  Attempts are underway to secure alternative/replacement locations for early voting and drop box placement.

The SOE 24 hour drop box at the Elections Service Center will be discontinued.

**REQUEST NO. 35:**

Drop boxes are available in Hillsborough County during early voting hours, which are from 10 AM to 6 PM for primary elections, and from 7 AM to 7 PM during general elections.  Early voting is offered for the maximum number of days allowed by law.

Drop boxes are available at the permanent offices of the Supervisor of Elections from the day that domestic civilian ballot are mailed out (7/14/2022 for the primary and 9/29/2022 for the general) during business hours (8AM to 5 PM) on weekdays until early voting begins, at which time drop boxes at these locations are available until 6 PM (primary) or 7 PM (general) and on weekends (10AM to 6 PM for primary and 7 AM to 7 PM for the general).

Drop boxes are available at the permanent offices of the Supervisor of Elections the Monday before election day from 8 AM to 5 PM , and on election day from 7 AM to 7 PM.

We intend to use the same Early Voting sites as we did in 2020, with the exception of the Amalie Arena and Raymond James Stadium – both of which were available during the pandemic but are not available post-pandemic.  Additional or replacement sites may be added, and if so will have drop boxes available.

**REQUEST NO. 39:**

See RFP 4:

Drop boxes are continuously attended and checked.  Boxes are emptied at least daily, more frequently if/as needed.

Prior to Early Voting, an SOE staff member at County Center, the Northwest Regional office, and the Southeast Regional office submits a helpdesk ticket alerting the warehouse that either they are in receipt of VBM ballots that need to be retrieved or that they are in need of a replacement ballot drop box prior to closing. Warehouse staff retrieve ESC's box daily, at the end of the day, unless Voter Services staff notifies the warehouse that they need an empty box prior to closing.

During Early Voting, unless warehouse staff are notified by an Early Voting site or one of our offices that they need an empty box prior to closing, boxes are retrieved

daily at closing by Early Voting couriers at Early Voting sites and by Warehouse staff at SOE offices.

On Election Day, we retrieve boxes at our offices at 10am, 2pm, 4pm, and 7pm.

Ballots cast via drop boxes are entered as received by our office on the day following casting/retrieval.  These ballots are processed as are all Vote By Mail ballots, with a time stamp on the outer return envelope issued when the return envelope is processed through the ReliaVote machine. Signature verification then proceeds as per normal processing of Vote By Mail ballots.

After postal or hand delivered VBM ballots are received by our staff, the return envelopes are scanned into the Reliavote machine, the voter's return envelope is associated with their record in our voter registration database, and trained staff conduct signature verification.  Each envelope has a time stamp when scanned by the Reliavote machine.   All ballots (received via drop boxes, USPS, etc.) are processed the day after receipt, with the exception of ballots received on election day when processing occurs continually throughout the day.

Ballots are not batched or coded according to method of receipt.

Ballots are not differentiated, coded or otherwise marked based on which drop box they were deposited into.

VBM ballots, hand-delivered or dropped off at a drop box, that were sent out by another county, but delivered to our county are delivered by our staff to the USPS for delivery to the proper elections office.  If such ballots are received by our office within three days of an election, we send the ballots to the correct elections office via FEDEX or personal delivery.

VBM requests received by mail or otherwise on paper are scanned into our database by staff in the mailroom, associated with a voter's record, and processed by Voter Services staff.  VBM requests received electronically via our website are associated with a voter's record and processed by Voter Services staff.

As to cost of processing Vote By Mail requests, the following table shows data from the 2016, 2018 and 2020 election cycles. The cost is calculated at one request per minute using the wages/costs for the lowest paid position which performs these duties.  Please note that some of these requests may be good for an entire election cycle.

| Year | Election | Absentee Requests | Processing Hours | Lowest Hr Rate | Cost |
|------|----------|------------------:|-----------------:|---------------:|-----:|
| 2016 | 2016 PPP | 149,761 | 2,496 | $15.72 | $39,237.38 |
| | 2016 Primary | 175,443 | 2,924 | $15.72 | $45,966.07 |
| | 2016 General | 251,250 | 4,188 | $15.72 | $65,827.50 |
| | **2016 Total** | **576,454** | **9,608** | **$15.72** | **$151,030.95** |
| 2018 | 2018 Primary | 215,345 | 3,589 | $19.80 | $71,063.85 |
| | 2018 General | 270,096 | 4,502 | $19.80 | $89,131.68 |
| | **2018 Total** | **485,441** | **8,091** | **$19.80** | **$160,195.53** |
| 2020 | 2016 PPP | 178,551 | 2,976 | $19.80 | $58,921.83 |
| | 2016 Primary | 336,394 | 5,607 | $19.80 | $111,010.02 |
| | 2016 General | 434,962 | 7,249 | $19.80 | $143,537.46 |
| | **2020 Total** | **949,907** | **15,832** | **$19.80** | **$313,469.31** |

## REQUEST NO. 40:

Main and permanent branch offices of the Supervisor of Elections are:

Fred B. Karl County Center
601 E. Kennedy Blvd., 16th Floor
Tampa, FL 33602

Robert L. Gilder Elections Service Center
2514 North Falkenburg Rd.
Tampa, FL 33619

Northwest Regional Office
4575 Gunn Hwy.
Tampa, FL 33624

Southeast Regional Office
10020 South U.S. Hwy. 301
Riverview, FL 33578

IN WITNESS WHEREOF, I have hereunto set my hand and seal this ⟨25⟩

day of June 2021.

⟨signature: Margaret Peg Reese⟩

**Margaret "Peg" Reese**
Affiant

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

The foregoing instrument was acknowledged before me by means of ☒ physical presence or ☐ online notarization, by **Margaret "Peg" Reese** as <u>Chief of Staff</u> for CRAIG LATIMER, SUPERVISOR OF ELECTIONS FOR HILLSBOROUGH COUNTY, who is ☒ personally known to me or ☐ produced identification in the form of _____N/A_____, and who after being first duly sworn, states that the foregoing Responses are true and correct to the best of her knowledge and belief.

SWORN TO AND SUBSCRIBED before me this ⟨25⟩ day of ⟨June⟩, 2021.

⟨notary seal: BRITNEY BRIDGMAN, Notary Public - State of Florida, Commission # GG #42496, My Comm. Expires Dec 25, 2023, Bonded through National Notary Assn.⟩

⟨signature⟩
Notary Public, State of Florida

My Commission Expires: 12-25-23

⟨signature: Britney Bridgman⟩
Printed Name of Notary

# NAACP Latimer Dep. Exhibit G





10:48

3 People >

**David Ramba**

At least we should be done in an hour

**Alan Hays**

Yes

**Hillsborough County SOE**

Ingoglia just said our checkbox is no good

**Alan Hays**

Another way to make VBM difficult

Yep

iMessage