IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,

    *Plaintiffs*,

v.                                                    Case No.:  4:21cv186-MW/MAF
                                                                 4:21cv187-MW/MAF
LAUREL M. LEE, in her official                                   4:21cv201-MW/MJF
capacity as Florida Secretary of                                 4:21cv242-MW/MAF
State, et al.,

    *Defendants*,

and

NATIONAL REPUBLICAN
SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL
COMMITTEE,

    *Intervenor-Defendants.*
_____/

## ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR JUDICIAL NOTICE

Plaintiffs ask this Court to take judicial notice of publicly available voter registration data from the Florida Secretary of State's website, along with a summary of that data. ECF No. 568. Defendants do not object to this Court taking notice of the registration data, but they do object to the summary of that data.

As explained on the record, the motion for judicial notice is **GRANTED in part** and **DENIED in part**. This Court takes notice of the registration data but does not take notice of Plaintiffs' summaries.

**SO ORDERED on February 8, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**