UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC., et al.,

          Plaintiffs,

          v.

LAUREL M. LEE, in her official
capacity as Florida Secretary of State,
et al.,

          Defendants,

and

REPUBLICAN NATIONAL
COMMITTEE, and NATIONAL
REPUBLICAN SENATORIAL
COMMITTEE,

          Intervenor-
          Defendants.

Cases Consolidated for Trial:

Nos.:  4:21-cv-186-MW/MAF
        4:21-cv-187-MW/MAF
        4:21-cv-201-MW/MAF
        4:21-cv-242-MW/MAF

## PLAINTIFFS' JOINT BRIEF IN RESPONSE TO COURT'S ORDER REQUESTING BRIEFING ON FLORIDA SENATE BILL 524'S IMPACT ON THE CHALLENGED PROVISIONS

Pursuant to the Court's March 21 Order for Expedited Supplemental Briefing, ECF No. 659, Plaintiffs in the above-captioned consolidated cases respond as follows:

On March 10, 2022, the Florida Legislature passed Senate Bill 524 ("SB 524"), another bill aimed, in part, at curtailing drop box access. If Governor DeSantis

signs it, SB 524 will impact the following Challenged Provisions of Senate Bill 90

("SB 90"): (1) the Drop Box Provisions, (2) the Registration Delivery Provision, and

(3) the Registration Disclaimer Provision.[1]

> ### A.  SB 524 limits the use of drop boxes at permanent branch locations.

SB 524 aggravates the effect of SB 90's Drop Box Provisions by sharply

restricting what locations can qualify as a "permanent branch office of the

Supervisor" at which a drop box (which SB 524 renames a "secure ballot intake

station") may be placed outside of early voting hours.

Specifically, SB 524 Section 22 requires that, for a drop box to be placed at a

"permanent branch office of the supervisor," that office must "meet the criteria set

forth in s. 101.657(1)(a) for branch offices used for early voting and [be] open for at

least the minimum amount of hours prescribed by s. 98.015(4)." S.B. 524 § 22 (2022)

(amending Fla. Stat. § 101.69(2)(a) (2021)). Section 98.015(4), in turn, requires that

the office be "open Monday through Friday, excluding legal holidays, for a period

of not less than 8 hours per day, beginning no later than 9 a.m." Fla. Stat. § 98.015(4).

Thus, SB 524 allows drop boxes to be placed at branch offices only if those offices

are open eight hours per day, every business day, all year round.

---

[1] As of the morning of March 23, 2022, SB 524 had not been presented to Governor DeSantis. *See* The Florida Senate, *CS/CS/SB 524: Election Administration – Bill History*, https://www.flsenate.gov/Session/Bill/2022/524 (last visited March 23, 2022).

If the Court grants Plaintiffs the relief they seek in their challenge to the Drop Box Provisions of SB 90, the new change in SB 524 will have only a limited impact. Before SB 90, Supervisors could place drop boxes at eligible early voting locations, even outside of early voting days and hours. *See* Fla. Stat. § 101.69(2) (2020); *see also* ECF No. 649 at 136-137. Several Supervisors took advantage of that authority. *See* Tr. Day 10, 2811:20-2812:17 (Director Matthews testifying that "some Supervisors did offer drop boxes other than at their offices outside of early voting days and hours during the 2020 election," including "offering such drop boxes on the day before the election."). They could do so again if the Court invalidates the Drop Box Provisions, even after SB 524, because SB 524 does not alter the rules for drop boxes at eligible early voting locations.

If the Court does not enjoin the enforcement of SB 90's Drop Box Provisions, however, then SB 524 will make those provisions worse by eliminating one alternative method that Supervisors could still use to offer additional drop boxes outside of early voting hours. The combination of SB 524 and SB 90 would increase burdens on all voters, particularly voters of color and voters with disabilities.

In particular, Broward County Supervisor Joe Scott testified that his office has opened five additional permanent branch offices, and is in the process of opening a sixth, for the sole purpose of providing voters more options for delivering their vote-by-mail ballots on the Monday before Election Day and on Election Day. Tr. Day 4,

1251:6-10; *see also id.* at 1198:1-5 (Supervisor Scott testifying that in 2020 voters had only two places to deliver their vote-by-mail ballots on the Monday before Election Day and on Election Day). If SB 524 is signed into law, Supervisor Scott may no longer be able to do so. This is because he would be prohibited from placing drop boxes at permanent branch offices that are only open limited days or hours. Rather, he would be required to expend additional resources to staff each permanent branch office full time, all year round in order to offer drop boxes on just two key days during an election cycle. Other counties could be similarly affected.

Ultimately, if the Drop Box Provisions remain in force, the additional restriction imposed by SB 524 will make it even more costly to offer drop boxes outside of early voting hours because it will require supervisors to expend more resources to staff permanent branch offices. For Supervisor Scott, this may curtail his ability to offer drop boxes on the Monday before Election Day and on Election Day – a "crucial time when most people are tuned in and trying to cast their ballot." Tr. Day 4, 1197:22-23. If that happens, voters in Broward County will have even fewer opportunities to deliver their ballots. *See id.* at 1205:12-16 (explaining that "the eight drop boxes that we have planned for this year's elections are insufficient. I'd rather have – we need at least 40 drop boxes to really serve our community here[.]"). SB 524 would therefore further burden the right to vote.

If, however, the Court rules that the Drop Box Provisions are unconstitutional or otherwise unlawful, then the further change in SB 524 will be less significant, because Supervisors will be able to offer additional drop boxes at eligible early voting locations, even outside of early voting hours.

In this way, SB 524 increases the burdens imposed by SB 90's Drop Box Provisions, by eliminating one alternative means by which Supervisors could offer additional drop boxes outside of early voting hours.

## B.   SB 524 significantly increases the fine for SB 90's Registration Delivery Provision

SB 90 requires that a Third Party Voter Registration Organization must deliver a voter registration application to the Division of Elections or the Supervisor of Election *in the county in which the applicant resides* within 14 days after being completed by the applicant but not after book closing.  Fla Stat. § 97.0575(3)a) (emphasis added). If signed into law, SB 524 increases the potential amount a Third Party Voter Registration Organization can be fined for violating the delivery provision in a particular year from $1,000 to $50,000.  S.B. 524 § 7 (line 330) (2022) (amending Fla. Stat. § 101.69(2)(a) (2021)).

If the Court grants Plaintiffs the relief they seek in their challenge to the Registration Delivery Provision in SB 90, the new change in SB 524 will have only a limited impact, because Third Party Voter Registration Organizations previously

were allowed to comply with the law by delivering voter registration applications to any Supervisor of Elections and could continue to do so without threat of fines.

If the Court does not enjoin the enforcement of SB 90's Registration Delivery Provision, however, then SB 524 will make those provisions worse by allowing the imposition of a much more significant financial penalty on Third Party Voter Registration Organizations if they deliver a voter's application to the wrong county. As numerous witnesses testified, the Registration Delivery Provisions have imposed significant costs on Third Party Voter Registration Organizations, Tr. 207:24-211:13, 223:20-224:10, 769:18-770:9, 775:7-776:14, 800:6-16, 1424:13-1425:12, 1427:5-1428:1, 1438:19-1439:2, 1508:9-1509:17, 2040:16-2044:2, and, in combination with the Registration Disclaimer Provision, caused one Plaintiff to terminate its voter registration programs. Tr. 392:8-393:13.

For the reasons discussed in the *NAACP and Florida Rising Together Plaintiffs' Joint Post-Trial Brief*, the Registration Delivery Restriction substantially burdens Plaintiffs' registration activities in violation of the First Amendment. ECF 652 ¶¶ 1174-1185. Increasing the potential fine for delivery violations by 50-fold will substantially increase this burden.

## C.    SB 524 repeals SB 90's Registration Disclaimer Provision

The Registration Disclaimer Provision of SB 90 requires that Third Party Voter Registration Organizations inform each applicant at the time of registration

that they might not deliver the applicant's voter registration application on time and provide the applicant with information on the other ways the applicant can register to vote. Fla. Stat. § 97.0575 (3)(a). If presented to the Governor and signed into law, SB 524 will repeal this requirement and instead require that the uniform statewide voter registration application contain the disclaimer. S.B. 524 §§ 5, 7 (2022) (amending Fla. Stat. §§ 97.052(3)(g), 97.0575(3)(a) (2021)). As such, if and when SB 524 takes effect, Plaintiffs' challenges to the Registration Disclaimer Provision will become moot.

Respectfully submitted this 23rd day of March, 2022.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111
Thomas A. Zehnder
Florida Bar No. 0063274
King, Blackwell, Zehnder
& Wermuth, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com
tzehnder@kbzwlaw.com

Marc E. Elias
Elisabeth Frost*
David R. Fox*
Lalitha D. Madduri*
Christina A. Ford
Francesca Gibson*
Elias Law Group LLP
10 G St. NE, Suite 600

/s/ P. Benjamin Duke
P. Benjamin Duke*
Shira M. Poliak*
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
Telephone: 212-841-1270
pbduke@cov.com
spoliak@cov.com

Benjamin L. Cavataro
Florida Bar No. 113534
Morgan E. Saunders*
Michael A. Fletcher II*
Elizabeth T. Fouhey*
Cyrus Nasseri*
Covington & Burling LLP
850 Tenth Street, N.W.
Washington, DC 20001
Telephone: 202-662-5693
bcavataro@cov.com
msaunders@cov.com

Washington, D.C. 20002
Telephone: (202) 968-4490
melias@elias.law
efrost@elias.law
dfox@elias.law
lmadduri@elias.law
cford@elias.law
fgibson@elias.law

*Admitted *Pro Hac Vice*

*Counsel for Plaintiffs*

mfletcher@cov.com
efouhey@cov.com
cnasseri@cov.com

Robert D. Fram*
Ellen Y. Choi*
Nia Joyner**
Covington & Burling LLP
415 Mission Street
San Francisco, CA 94105
Telephone: 415-591-7025
rfram@cov.com
echoi@cov.com
njoyner@cov.com

Michael Pernick*
Morenike Fajana*
Romane Paul*
NAACP Legal Defense & Educational
Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: 212-965-2200
mfajana@naacpldf.org

Amia Trigg*
Mahogane D. Reed*
NAACP Legal Defense & Educational
Fund, Inc.
700 14th Street NW, Ste. 600,
Washington, DC 20005
Telephone: 202-682-1300
atrigg@naacpldf.org

Nellie L. King
Fla. Bar No. 0099562
The Law Offices of Nellie L. King, P.A.
319 Clematis Street, Suite 107
West Palm Beach, FL 33401
Telephone: 561-833-1084

Nellie@CriminalDefenseFla.com

*Admitted pro hac vice*

*Counsel for NAACP Plaintiffs*

/s/ John A. Freedman
John A. Freedman*
Jeremy C. Karpatkin
Elisabeth S. Theodore*
Janine M. Lopez*
Leslie C. Bailey*
Sam I. Ferenc*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone: 202-942-5000
John.Freedman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com
Elisabeth.Theodore@arnoldporter.com
Janine.Lopez@arnoldporter.com
Leslie.Bailey@arnoldporter.com
Sam.Ferenc@arnoldporter.com

Jeffrey A. Miller *
Arnold & Porter Kaye Scholer LLP
3000 El Camino Road
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: 650-319-4500
Jeffrey.Miller@arnoldporter.com

Aaron Stiefel*
Daniel R. Bernstein*
Ryan D. Buhdu*
Andrew R. Hirschel*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: 212-836-8000

/s/ Michelle Kanter Cohen
Michelle Kanter Cohen*
Jon Sherman*
Cecilia Aguilera*
Fair Elections Center
1825 K Street NW, Suite 450
Washington, DC 20006
Telephone: 202-331-0114
mkantercohen@fairelectionscenter.org
jsherman@fairelectionscenter.org
caguilera@fairelectionscenter.org

Nancy G. Abudu
Florida Bar No. 111881
Caren Short*
Jack Genberg*
Southern Poverty Law Center
P.O. Box 1287
Decatur, Ga 30031-1287
Telephone: 404-521-6700
Fax: 404-221-5857
nancy.abudu@splcenter.org
caren.short@splcenter.org
jack.genberg@splcenter.org

Debra A. Dandeneau
Florida Bar No. 0978360
William H. Devaney*
Baker McKenzie LLP
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626-4100
debra.dandeneau@bakermckenzie.com

9

Aaron.Stiefel@arnoldporter.com
Daniel.Bernstein@arnoldporter.com
Ryan.Budhu@arnoldporter.com
Andrew.Hirshel@arnoldporter.com

Miranda Galindo *
LatinoJustice, PRLDEF
523 W Colonial Dr.
Orlando, FL 32804
Telephone: 321-418-6354
Mgalindo@latinojustice.org

Brenda Wright *
Kira Romero-Craft *
DEMOS
80 Broad St, 4th Flr
New York, NY 10004
Telephone: 212-633-1405
bwright@demos.org
kromero-craft@demos.org

Sabrina Khan *
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: 202-728-9557
Skhan@advancementproject.org


*Admitted pro hac vice

Counsel for Florida Rising Plaintiffs

william.devaney@bakermckenzie.com

*Admitted Pro Hac Vice

Counsel for HTFF Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel in the Service List below.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111

*Counsel for League Plaintiffs*

## SERVICE LIST

Bradley R. McVay
Ashley E. Davis
Colleen E. O'Brien
William D. Chappell
Florida Department of State
RA Gray Building
500 South Bronough Street, Ste. 100
Tallahassee, FL 32399
Telephone: 850-245-6531
brad.mcvay@dos.myflorida.com
ashley.davis@dos.myflorida.com
colleen.obrien@dos.myflorida.com
david.chappell@dos.myflorida.com

Mohammad O. Jazil
Gary V. Perko
Holzman Vogel Baran Torchinsky &
Josefiak PLLC
119 S. Monroe Street, Suite 500
Tallahassee, FL 32301
Telephone: 850-567-5762
mJazil@holtzmanvogel.com

William H. Stafford, III
Bilal A. Faruqui
Karen A. Brodeen
Rachel R. Siegel
William Chorba
Office of the Attorney General
PL-01 The Capitol
Tallahassee, Florida 32399
Telephone: 850-414-3785
william.stafford@myfloridalegal.com
bilal.faruqui@myfloridalegal.com
karen.brodeen@myfloridalegal.com
rachel.siegel@myfloridalegal.com
william.chorba@myfloridalegal.com

*Counsel for Defendant Ashley Moody*

11

gperko@holtzmanvogel.com

Phillip M. Gordon
Kenneth C. Daines
Holzman Vogel Baran Torchinsky &
Josefiak PLLC
15405 John Marshall Hwy.
Haymarket, VA 20169
Telephone: 540-341-8808
pgordon@holtzmanvogel.com
kdaines@holtzmanvogel.com

*Counsel for Defendant Laurel M. Lee*

| | |
|---|---|
| Robert C. Swain | Edward P. Cuffe |
| Diana M. Johnson | Susan Erdelyi |
| Alachua County Attorney's Office | Marks Gray, P.A. |
| 12 SE First St. | 1200 Riverplace Blvd, Ste. 800 |
| Gainesville, FL 32602 | Jacksonville, FL 32207 |
| Telephone: 352-374-5218 | Telephone: 904-807-2110 |
| bswain@alachuacounty.us | sse@marksgray.com |
| dmjohnson@alachuacounty.us | pcuffe@marksgray.com |

*Counsel for Defendant Kim A. Barton*

*Counsel for Defendants Christopher Milton, Mark Anderson, Amanda Seyfang, Sharon Chason, Tomi S. Brown, Starlet Cannon, Heather Riley, Shirley Knight, Laura Hutto, Carol Dunaway, Travis Hart, Grant Conyers, Janet Adkins, Charles Overturf, Tappie Villane, Vicky Oakes, William Keen, Jennifer Musgrove, Dana Southerland, Deborah Osborne, Joseph Morgan, Bobby Beasley and Carol Rudd*

| | |
|---|---|
| Frank M. Mari | Ronald A. Labasky |
| John M. Janousek | Brewton Plante PA |
| Roper, P.A. | 215 S. Monroe Street, Ste. 825 |
| 2707 E. Jefferson St. | Tallahassee, FL 32301 |
| Orlando, FL 32803 | Telephone: 850-222-7718 |

12

Telephone: 407-897-5150
fmari@roperpa.com
jjanousek@roperpa.com

*Counsel for Defendants Mark Negley,*
*Connie Sanchez, John Hanlon, Marty*
*Bishop, Heath Driggers, Lori Scott,*
*Kaiti Lenhart, and Penny Ogg*

rlabasky@bplawfirm.net

John T. LaVia
Gardner, Bist, Bowden, Bush, Dee,
Lavia & Wright, P.A.
1300 Thomaswood Drive
Tallahassee, FL 32308
Telephone: 850-385-0070
jlavia@gbwlegal.com

*Counsel for Defendants Chris H.*
*Chambless, Vicki Davis, Mary Jane*
*Arrington, Gertrude Walker and Lori*
*Edwards*

Andy V. Bardos
James T. Moore, Jr.
GrayRobinson PA
301 S. Bronough St, Ste. 600
Tallahassee, FL 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
tim.moore@gray-robinson.com

*Counsel for Defendant Jennifer J.*
*Edwards, Leslie Swan, Alan Hays,*
*Tommy Doyle, Michael Bennett,*
*Wesley Wilcox, Joyce Griffin, Brian*
*Corley, Christopher Anderson and*
*Paul Stamoulis*

Stephen M. Todd
Office of The County Attorney
601 E. Kennedy Blvd., 27th Floor
Tampa, FL 33602
Telephone: 813-272-5670
todds@hillsboroughcounty.org

*Counsel for Defendant Craig Latimer*

Jon A. Jouben
Kyle J. Benda
Hernando County
20 N. Main Street, Ste. 462
Brookesville, FL 34601-2850
Telephone: 351-754-4122
jjouben@co.hernando.fl.us
kbenda@co.hernando.fl.us

Kelly L. Vicari
Pinellas County Attorney's Office
315 Court Street, 6th Floor
Clearwater, FL 33756
Telephone: 727-464-3354
kvicari@pinellascounty.org

*Counsel for Defendant Julie Marcus*

*Counsel for Defendant Shirley Anderson*

Kia M. Johnson
Escambia County Attorneys Office
221 Palafox Place, Ste. 430
Pensacola, FL 32502
Telephone: 850-595-4970
kmjohnson@myescambia.com

*Counsel for Defendant David H. Stafford*

Dale Scott
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, Florida 32803
Telephone: 407-897-5150
dscott@bellroperlaw.com

*Counsel for Defendant Maureen Baird*

Robert Shearman
Geraldo F. Olivo
Henderson, Franklin, Starnes & Holt, P.A.
1715 Monroe Street
Ft. Myers, Florida 33901
Telephone: 239-334-1346
robert.shearman@henlaw.com
jerry.olivo@henlaw.com

*Counsel for Defendants Aletris Farnam, Diane Smith, Brenda Hoots,*

Benjamin Salzillo
Nathaniel A. Klitsberg
Joseph K. Jarone
Brendalyn V.A. Edwards
115 South Andrews Ave., Ste. 423
Ft. Lauderdale, FL 33301
Telephone: 954-357-7600
bsalizzo@broward.org
nklitsberg@broward.org
jkjarone@broward.org
breedwards@broward.org

*Counsel for Defendant Joe Scott*

Craig D. Feiser
Jason Teal
Mary Margaret Giannini
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904-255-5052
cfeiser@coj.net
mgiannini@coj.net

*Counsel for Defendant Mike Hogan*

Mark Herron
S. Denay Brown
Patrick O'Bryant
Messer Caparello & Self, P.A.
2618 Centennial Place
Tallahassee, Florida 32308
Telephone: 850-222-0720
mherron@lawfla.com
dbrown@lawfla.com
pobryant@lawfla.com

*Counsel for Defendant Mark Earley*

*Therisa Meadows, Tammy Jones and*
*Melissa Arnold*

Gregory T. Stewart
Elizabeth D. Ellis
Kirsten H. Mood
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
Telephone: 850-224-4070
gstewart@ngnlaw.com
eellis@ngnlaw.com
kmood@ngnlaw.com

*Counsel for Defendant Paul Lux*

W. Kevin Bledsoe
London L. Ott
123 W. Indiana Avenue, Room 301
Deland, Florida 32720
Telephone: 386-736-5950
kbledsoe@volusia.org
lott@volusia.org

*Counsel for Defendant Lisa Lewis*

Michael B. Valdes
Oren Rosenthal
Miami-Dade Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: 305-375-5620
michael.valdes@miamidade.gov
oren.rosenthal@miamidade.gov

*Counsel for Defendant Christine*
*White*

Nicholas Shannin
Shannin Law Firm
214 S. Lucerne Circle East
Orlando, Florida 32801
Telephone: 407-985-2222
nshannin@shanninlaw.com

*Counsel for Defendant Bill Cowles*

Morgan Bentley
Bentley Law Firm, P.A.
783 South Orange Ave., Third Floor
Sarasota, Florida 34236
Telephone: 941-556-9030
mbentley@thebentleylawfirm.com

*Counsel for Defendant Ron Turner*

Ashley D. Houlihan
Palm Beach County Supervisor of
Elections
240 S Military Trail
West Palm Beach, FL 33416
Telephone: 561-656-6200
ashleyhoulihan@votepalmbeach.gov

Ronald A. Labasky
Brewton Plante PA
215 S. Monroe Street, Ste. 825
Tallahassee, FL 32301
Telephone: 850-222-7718
rlabasky@bplawfirm.net

*Counsel for Defendant Wendy Link*

Benjamin J. Gibson
Daniel E. Nordby
George N. Meros, Jr.
Amber S. Nunnally
Frank A. Zacherl
Shutts & Bowen LLP
215 S. Monroe St., Ste. 804
Tallahassee, FL 32301
Telephone: 850-241-1720
bgibson@shutts.com
dnordby@shutts.com
gmeros@shutts.com
anunnally@shutts.com
fzacherl@shutts.com

Daniel J. Shapiro
Cameron T. Norris
Tyler R. Green
Steven C. Begakis
Consovoy McCarthy, PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
Telephone: 703-243-9423
daniel@consovoymccarthy.com
cam@consovoymccarthy.com
tyler@consovoymccarthy.com
steven@consovoymccarthy.com

*Counsel for Intervenor Defendants
Republican National Committee and
National Republican Senatorial
Committee*