## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC., et al.,
        *Plaintiffs*,


        v.                                           No. 4:21-cv-00186-MW-MAF


LAUREL M. LEE, in her official
capacity as Florida Secretary of State, et
al.,
        *Defendants*,


REPUBLICAN NATIONAL
COMMITTEE and NATIONAL
REPUBLICAN SENATORIAL
COMMITTEE,
        *Intervenor-Defendants*.

## NOTICE OF APPEAL

Notice is hereby given that Defendant Secretary of State Laurel Lee,

Defendant Attorney General Ashley Moody, Defendant Lake County Supervisor of

Elections Alan Hays, Defendant Lee County Supervisor of Elections Tommy Doyle,

Intervenor-Defendant Republican National Committee, and Intervenor-Defendant

National Republican Senatorial Committee appeal the final order and judgment

following the bench trial, ECF Nos. [665], [666], which was entered on March 31,

2022, and from all previous rulings, opinions, and orders entered in this case, to the

U.S. Court of Appeals for the Eleventh Circuit.

1

Respectfully submitted by:

/s/      *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Gary V. Perko (FBN 855898)
gperko@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street Suite 500
Tallahassee, FL 32301
(850) 274-1690 / (540) 341-8809 (fax)

Phillip M. Gordon (Va. BN 96521)*
pgordon@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Hwy
Haymarket, VA 20169
(540) 341-8808 / (540) 341-8809 (fax)

Bradley R. McVay (FBN 79034)
General Counsel
Brad.McVay@dos.myflorida.com
Ashley E. Davis (FBN 48032) Deputy
General Counsel
Ashley.Davis@dos.myflorida.com
Colleen E. O'Brien (FBN 76578)
Assistant General Counsel
Colleen.Obrien@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 / (850) 245-6127 (fax)

*Counsel for Defendant Secretary Lee*

/s/      *Benjamin J. Gibson*
Benjamin J. Gibson (FBN 58661)
bgibson@shutts.com
Daniel E. Nordby (FBN 14588)
dnordby@shutts.com
George N. Meros Jr. (FBN 263321)
gmeros@shutts.com
Frank A. Zacherl (FBN 868094)
fzacherl@shutts.com
Amber Stoner Nunnally (FBN 109281)
anunnally@shutts.com
Tara R. Price (FBN 98073)
tprice@shutts.com
SHUTTS & BOWEN LLP
215 South Monroe Street Suite 804
Tallahassee, Florida 32301
(850) 241-1717

Tyler Green (Utah BN 10660)*
tyler@consovoymccarthy.com
Cameron T. Norris (Tenn. BN 33467)*
cam@consovoymccarthy.com
Steven C. Begakis (Va. BN 95172)*
steven@consovoymccarthy.com
Daniel Shapiro
daniel@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard Suite 700
Arlington, VA 22209
(703) 243-9423

*Admitted pro hac vice

*Counsel for Intervenor-Defendant
Republican National Committee and
Intervenor-Defendant National
Republican Senatorial Committee*

2

*/s/      Andy Bardos*
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, FL 32301
(850) 577-9090
(850) 577-3311 (fax)

*Counsel for Defendant Supervisor Hays and Defendant Supervisor Doyle*

*/s/    Bilal Ahmed Faruqui*
Rachel Rose Siegel (FBN 1029143)
Deputy Solicitor General
rachel.siegel@myfloridalegal.com
Bilal Ahmed Faruqui (FBN 15212)
Senior Assistant Attorney General
Bilal.Faruqui@myfloridalegal.com
Karen Ann Brodeen (FBN 512771)
Special Counsel
karen.brodeen@myfloridalegal.com
William Edward Chorba (FBN 58370)
Senior Assistant Attorney General
william.chorba@myfloridalegal.com
William Henry Stafford, III (FBN 70394)
Senior Assistant Attorney General
william.stafford@myfloridalegal.com
FLORIDA ATTORNEY GENERAL OFFICE
PL-01 The Capitol
Tallahassee, FL 32399
(850) 414-3664

*Counsel for Attorney General Moody*

Dated: April 7, 2022

## **CERTIFICATE OF SERVICE**

I CERTIFY that on April 7, 2022, a true and correct copy of the foregoing

was filed via CM/ECF, which served a copy on all parties of record.

/s/    *Mohammad O. Jazil*
Attorney

4