IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS,
OF FLORIDA INC., *et al.*,

    Plaintiffs,

v.

LAUREL M. LEE, in her official
capacity as Florida Secretary of State,
*et al.*,

    Defendants,

and

REPUBLICAN NATIONAL
COMMITTEE, *et al.*,

    Intervenor-Defendants.

_____/

Case No. 4:21-cv-00186-MW-MAF
           4:21-cv-00187-MW-MAF
           4:21-cv-00201-MW-MAF
           4:21-cv-00242-MW-MAF

## **NOTICE TO THE COURT**

On April 25, 2022, the Governor signed into law an election reform bill commonly known as Senate Bill 524. *See* **Attachment A**. Sections 5, 7, 16, 20, 22, and 23 are subject to preclearance under this Court's post-trial order. ECF No. 665 at 288. While the State disagrees that preclearance is appropriate, and has sought a stay of the post-trial order before the Eleventh Circuit, these sections will not be

"enforced" absent further guidance. 52 U.S.C. § 10302(c); *see also* **Attachment B** (correspondence with supervisors of elections).

Respectfully submitted:

BRADLEY R. MCVAY (FBN 79034)
General Counsel
Brad.McVay@dos.myflorida.com
ASHLEY E. DAVIS (FBN 48302)
Deputy General Counsel
Ashley.Davis@dos.myflorida.com
Florida Department of State
R.A. Gray Building Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
Phone: (850) 245-6536
Fax: (850) 245-6127

/s/Mohammad Jazil
Mohammad O. Jazil (FBN: 72556)
mjazil@holtzmanvogel.com
Gary V. Perko (FBN: 855898)
gperko@holtzmanvogel.com
Holtzman Vogel Baran Torchinsky &
Josefiak PLLC
119 S. Monroe St. Suite 500
Tallahassee, FL 32301
Phone No.: (850) 274-1690
Fax No.: (540) 341-8809

Phillip M. Gordon (VA Bar: 96521)*
pgordon@holtzmanvogel.com
15405 John Marshall Hwy
Haymarket, VA 20169
Phone No. (540)341-8808
Fax No.: (540) 341-8809
*Admitted *pro hac vice*

Dated: April 25, 2022

*Attorneys for Secretary Laurel M. Lee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2022, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil
Mohammad O. Jazil.
