IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  22-11133-GG

_____

HARRIET TUBMAN FREEDOM FIGHTERS CORP,
HEAD COUNT, INC.,
a.k.a. Headcount,
PARALYZED VETERANS OF AMERICA FLORIDA,
PARALYZED VETERANS OF AMERICA CENTRAL FLORIDA CHAPTER,
STEPHEN KIRK,
PHYLLIS RESNICK,

Plaintiffs-Appellees,

versus

FLORIDA SECRETARY OF STATE,
ATTORNEY GENERAL, STATE OF FLORIDA,
LEE COUNTY SUPERVISOR OF ELECTIONS,
LAKE COUNTY SUPERVISOR OF ELECTIONS,
REPUBLICAN NATIONAL COMMITTEE,
NATIONAL REPUBLICAN SENATORIAL COMMITTEE

Defendants-Appellants,

FLAGLER COUNTY SUPERVISOR OF ELECTIONS, et al.,

Defendants.

_____

No. 22-11143-GG

_____

LEAGUE OF WOMEN VOTERS OF FLORIDA INC.,
LEAGUE OF WOMEN VOTERS OF FLORIDA EDUCATION FUND INC.,
BLACK VOTERS MATTER FUND INC.,
FLORIDA ALLIANCE FOR RETIRED AMERICANS INC.,
CECILE SCOON, et al.,

Plaintiffs-Appellees,

LEAGUE OF UNITED LATIN AMERICAN
CITIZENS, et al.,

                                                            Plaintiffs,

                              versus

REPUBLICAN NATIONAL COMMITTEE,
NATIONAL REPUBLICAN SENATORIAL COMMITTEE,

                                    Intervenors Defendants-Appellants,

FLORIDA ATTORNEY GENERAL,
FLORIDA SECRETARY OF STATE,
LAKE COUNTY SUPERVISOR OF ELECTIONS,
LEE COUNTY SUPERVISOR OF ELECTIONS,

                                              Defendants-Appellants,

LEON COUNTY SUPERVISOR OF ELECTIONS, et al.,

                                                          Defendants.

                     _____

                      No. 22-11144-GG
                     _____

FLORIDA STATE CONFERENCE OF BRANCHES AND YOUTH
UNITS OF THE NAACP,
DISABILITY RIGHTS FLORIDA,
COMMON CAUSE,
FLORIDA STATE CONFERENCE OF THE NAACP,

                                              Plaintiffs-Appellees,

                              versus

FLORIDA SECRETARY OF STATE,
LAKE COUNTY SUPERVISOR OF ELECTIONS,
LEE COUNTY SUPERVISOR OF ELECTIONS,
REPUBLICAN NATIONAL COMMITTEE,
NATIONAL REPUBLICAN SENATORIAL COMMITTEE,

                                              Defendants-Appellants,

ALACHUA COUNTY SUPERVISOR OF ELECTIONS, et al.,

Defendants.

————————————

No. 22-11145-GG

————————————

FLORIDA RISING TOGETHER,
UNIDOSUS,
EQUAL GROUND EDUCATION FUND,
HISPANIC FEDERATION,
PODER LATINX, et al.,

Plaintiffs-Appellees,

versus

FLORIDA SECRETARY OF STATE,
LAKE COUNTY SUPERVISOR OF ELECTIONS,
LEE COUNTY SUPERVISOR OF ELECTIONS,

Defendants-Appellants,

REPUBLICAN NATIONAL COMMITTEE,
NATIONAL REPUBLICAN SENATORIAL COMMITTEE,

Intervenor Defendants-Appellants.

————————————

Appeals from the United States District Court
for the Northern District of Florida

————————————

ORDER:

Appellant Florida Secretary of State's "Motion for Leave to File a Single Reply of 5,200

Words" is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION

3