IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

Nos. 22-11133-GG; 22-11143-GG; 22-11144-GG; 22-11145-GG

_____

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC, et al.,

                                                                                                         Plaintiffs-Appellees,

versus

FLORIDA SECRETARY OF STATE, et al.

                                                                                                         Defendants-Appellants,

_____

Appeals from the United States District Court
for the Northern District of Florida

_____

ORDER:

      In these consolidated appeals—case nos. 22-11133, 22-11143, 22-11144, 22-11145—the parties and the Clerk's Office are DIRECTED to docket all filings only on the docket in case no. 22-11143. In lieu of using the full caption for the consolidated appeals, the Clerk's Office and the parties should use "*League of Women Voters of Florida, Inc., et al. v. Florida Secretary of State, et al.*"

      The district court clerk is DIRECTED to include all docket entries for the district court cases underlying each of the consolidated appeals—case nos. 22-1113, 22-11143, 22-11144, 22-11145—when certifying to the circuit court clerk that the record on appeal for the consolidated appeals is complete pursuant to Fed. R. App. P. 11(c). The Clerk's Office is DIRECTED to provide a copy of this order to the district court clerk.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION