# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al., *Plaintiffs*, <br><br> v. <br><br> LAUREL M. LEE, in her official capacity as Florida Secretary of State, et al., *Defendants*, <br><br> NATIONAL REPUBLICAN SENATORIAL COMMITTEE and REPUBLICAN NATIONAL COMMITTEE, *Intervenor-Defendants*. | No. 4:21-cv-186-MW/MAF <br> 4:21-cv-187-MW/MAF <br> 4:21-cv-201-MW/MAF <br> 4:21-cv-242-MW/MAF |

## Motion for Withdrawal as Counsel

Pursuant to Local Rule 11.1(H), counsel for Intervenor-Defendants, National Republican Senatorial Committee and Republican National Committee, moves this Court to withdraw Daniel Shapiro as counsel for Intervenor-Defendants in the above-captioned matter. Mr. Shapiro will no longer be employed at Consovoy McCarthy PLLC. Intervenor-Defendants' counsel has notified Intervenor-Defendants of these developments, and Intervenor-Defendants do not oppose the withdrawal. The parties should serve all future correspondence and pleadings on the remaining counsel of record for Intervenor-Defendants.

1

Dated: June 24, 2022   Respectfully submitted,

   */s/ Daniel Shapiro*

Daniel Shapiro
  Fla. Bar No. 1011108
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
daniel@consovoymccarthy.com

*Counsel for Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee*

3

## CERTIFICATE OF SERVICE

I e-filed this document, which will email all counsel of record.

Dated: June 24, 2022                                      _/s/ Daniel Shapiro_