IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et. al.,

    *Plaintiffs*,

v.                                        Case No.:   4:21cv186-MW/MAF
                                                          4:21cv187-MW/MAF
                                                          4:21cv201-MW/MAF
                                                          4:21cv242-MW/MAF

CORD BYRD, in his official
capacity as Florida Secretary of
State, et al.,

    *Defendants*,

and

NATIONAL REPUBLICAN
SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL
COMMITTEE,

    *Intervenor-Defendants*.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, Matthew R. Shaud's motions to withdraw as counsel for Defendant David H. Stafford in his official capacity as Supervisor of Elections for Escambia County, Florida. ECF No. 719, Case No. 4:21cv186; ECF No. 375, Case No. 4:21cv187; ECF No. 332, Case No. 4:21cv201;

1

ECF No. 297, Case No. 4:21cv242. The motions are **GRANTED**. The Clerk shall disconnect Mr. Shaud from CM/ECF in all four of these consolidated cases.

    **SO ORDERED on October 31, 2022.**

                                          <u>s/Mark E. Walker</u>
                                          **Chief United States District Judge**