IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,**          Case No.: 4:21cv186-MW/MAF

    *Plaintiffs*,                       Consolidated with:
                                         Case No.: 4:21cv187-MW/MAF
v.                                    Case No.: 4:21cv201-MW/MAF
                                         Case No.: 4:21cv242-MW/MAF
**FLORIDA SECRETARY OF
STATE, et al.,**

    *Defendants,*

and

**NATIONAL REPUBLICAN
SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL
COMMITTEE,**

    *Intervenor-Defendants.*
_____/

## ORDER FOR BRIEFING SCHEDULE

In light of the Eleventh Circuit's Opinion in the appeal of these consolidated cases, this matter is remanded for this Court to determine whether the drop-box and registration-delivery provisions unduly burden the right to vote under the First and Fourteenth Amendments. This Court recognizes that the mandate has not yet issued in the appeal, accordingly this Court is not setting any deadlines that go into effect immediately. Instead, on or before ten days after the mandate issues in the appeal of

these cases, the parties shall confer and submit a briefing schedule with respect to the remaining issues on remand, taking into consideration the time-sensitive nature of this case. *See Republican Nat'l Comm. V. Democratic Nat'l Comm.*, 140 S. Ct. 1205, 1207 (2020) (noting that "lower federal courts should ordinarily not alter the election rules on the eve of an election" (citing *Purcell v. Gonzalez*, 549 U.S. 1 (2006)).

To be clear, this Court is not re-opening the record for further evidence. Instead, this Court is affording the parties an opportunity to file supplemental briefs on the concentrated issues left for this Court's determination. The parties who raised the claims that remain for this Court's determination include the *League* Plaintiffs (as to the drop-box restrictions), the *NAACP* Plaintiffs (as to the drop-box restrictions), and the *Florida Rising* Plaintiffs (as to the drop-box restrictions and the registration-delivery requirements).

**SO ORDERED on April 28, 2023.**

**s/Mark E. Walker**
**Chief United States District Judge**
