IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,**

    *Plaintiffs*,

v.                                         Case No.:  4:21cv186-MW/MAF
                                                                      4:21cv187-MW/MAF

**CORD BYRD, in his official**                             4:21cv201-MW/MAF
**capacity as Florida Secretary of**                         4:21cv242-MW/MAF
**State, et al.,**

    *Defendants.*

_____/

## ORDER GRANTING MOTION TO AMEND PROTECTIVE ORDERS

This Court has considered, without hearing, Plaintiff Alliance of Retired Americans to modify its two protective orders in these actions to allow all Confidential Information produced pursuant to those orders to be used in Consolidated Case No.: 4:23cv215-MW/MAF. ECF No. 750. The motion is **GRANTED**.

The protective orders in the above listed cases are **MODIFIED** to allow all Confidential Information produced pursuant to those orders to be used in Case Nos. 4:23cv215-MW/MAF, 4:23cv216-MW/MAF, and 4:23cv218-MW/MAF. The protective orders are further modified to require the destruction or return of all Confidential Information within 60 days of the conclusion of this action or

Consolidated Case No.: 4:23cv215-MW/MAF.

**SO ORDERED on October 2, 2023.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**