UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CORD BYRD, in his official capacity as Florida Secretary of State, et al.,<br><br>Defendants,<br><br>and<br><br>REPUBLICAN NATIONAL COMMITTEE, and NATIONAL REPUBLICAN SENATORIAL COMMITTEE,<br><br>Intervenor-Defendants. | Case Nos.: 4:21-cv-186-MW/MAF (lead)<br>4:21-cv-187-MW/MAF<br>4:21-cv-201-MW/MAF<br>4:21-cv-242-MW/MAF |

**JOINT PROPOSED BRIEFING SCHEDULE FOR
SUPPLEMENTAL BRIEFS ON REMAND[1]**

In accordance with the Court's Order dated October 17, 2023, ECF No. 755, the parties jointly submit the following proposed schedule for the filing of supplemental briefs on remand:

---

[1] This Proposed Schedule has been confirmed as a joint submission by counsel for all Parties, except for two Supervisors of Election who have yet to respond, but are not expected to oppose, as they did not actively participate at trial. Undersigned counsel, Frederick Wermuth, will provide an update upon receipt of confirmation, if necessary.

1. Plaintiffs' briefs due **December 8, 2023**.

2. Defendants' and Intervenor-Defendants' briefs due **January 22, 2024**.

3. Plaintiffs' reply briefs due **February 5, 2024**.

The parties also respectfully request that the Court order that all motions, briefing, and deadlines related to petitions for attorneys' fees and costs in these four consolidated cases be deferred until after final judgment is entered in all four cases.

DATE: October 27, 2023

Respectfully submitted,

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 184111
Thomas A. Zehnder
Florida Bar No. 63274
King, Blackwell, Zehnder & Wermuth, P.A.
P.O. Box. 1631
Orlando, FL 32802
Telephone: (407) 422-2472
fwermuth@kbzwlaw.com
tzehnder@kbzwlaw.com

Elisabeth C. Frost*
David R. Fox*
Christina A. Ford
Florida Bar No. 101634
Elias Law Group LLP
250 Massachusetts Ave NW,
Suite 400
Washington, DC 20001
Telephone: (202) 968-4490
efrost@elias.law
dfox@elias.law

/s/ P. Benjamin Duke
P. Benjamin Duke*
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018
Telephone: 212-841-1000
pbduke@cov.com

Cyrus Nasseri*
Covington & Burling LLP
850 Tenth Street, N.W.
Washington, DC 20001
Telephone: 202-662-6000
cnasseri@cov.com

Ellen Y. Choi*
Covington & Burling LLP
415 Mission Street
San Francisco, CA 94105
Telephone: 415-591-6000
echoi@cov.com

Morenike Fajana*

2

cford@elias.law

* Admitted *Pro Hac Vice*

*Counsel for League Plaintiffs*

NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: 212-965-2200
mfajana@naacpldf.org

Amia Trigg*
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street NW, Ste. 600,
Washington, DC 20005
Telephone: 202-682-1300
atrigg@naacpldf.org

Nellie L. King
Fla. Bar No. 0099562
The Law Offices of Nellie L. King, P.A.
319 Clematis Street, Suite 107
West Palm Beach, FL 33401
Telephone: 561-833-1084
Nellie@CriminalDefenseFla.com

*Admitted pro hac vice

*Counsel for NAACP Plaintiffs*

/s/ *John A. Freedman*
John A. Freedman*
Jeremy C. Karpatkin
Elisabeth S. Theodore*
Daniel R. Bernstein*
Sam I Ferenc*
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
John.Freedman@arnoldporter.com
Jeremy.Karpatkin@arnoldporter.com

/s/ *Michelle Kanter Cohen*
Bradley E. Heard
Matletha Bennette
Courtney O'Donnell
SOUTHERN POVERTY LAW CENTER
150 E. Ponce De Leon Ave., Ste. 340
Decatur, GA 30030
Telephone: (404) 521-6700
Fax: (404) 221-5857
bradley.heard@splcenter.org

3

Elisabeth.Theodore@arnoldporter.com
Daniel.Bernstein@arnoldporter.com
Sam.Ferenc@arnoldporter.com

Jeffrey A. Miller*
Arnold & Porter Kaye Scholer LLP
3000 El Camino Road
Five Palo Alto Square, Suite 500
Palo Alto, CA 94306-3807
Telephone: (650) 319-4500
Jeffrey.Miller@arnoldporter.com

Aaron Stiefel*
Andrew R. Hirschel*
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Aaron.Stiefel@arnoldporter.com
Andrew.Hirschel@arnoldporter.com

Miranda Galindo*
LatinoJustice, PRLDEF
523 W. Colonial Drive
Orlando, FL 32804
Telephone: (321) 418-6354
Mgalindo@latinojustice.org

Estee Konor*
DEMOS
80 Broad St, 4th Flr
New York, NY 10004
Telephone: (212) 633-1405
ekonor@demos.org

Judith Browne Dianis**
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, DC 20005
Telephone: (202) 728-9557

matletha.bennette@splcenter.org
courtney.odonnell@splcenter.org

Michelle Kanter Cohen
FAIR ELECTIONS CENTER
1825 K St. NW, Suite 701
Washington, DC 20006
Telephone: (202) 331-0114
mkantercohen@fairelectionscenter.org

*Counsel for Plaintiff*
*Harriet Tubman Freedom Fighters*

Jbrowne@advancementproject.org

*Admitted pro hac vice
**Application for admission pro hac vice forthcoming

*Counsel for Florida Rising Plaintiffs*

/s/ *Mohammad O. Jazil*
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
Gary V. Perko (FBN 855898)
gperko@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 South Monroe Street Suite 500
Tallahassee, FL 32301
(850) 274-1690 / (540) 341-8809 (fax)

Bradley R. McVay (FBN 79034)
 Deputy Secretary of State
Brad.McVay@dos.myflorida.com
Ashley E. Davis (FBN 48032)
 Deputy General Counsel
Ashley.Davis@dos.myflorida.com
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building Suite 100
500 South Bronough Street
Tallahassee, Florida 32399-0250
(850) 245-6536 / (850) 245-6127 (fax)

*Counsel for Defendant
Secretary Cord Byrd*

/s/ *Andy Bardos*
Andy V. Bardos
Florida Bar No. 822671
James Timothy Moore, Jr.
Florida Bar No. 70023
GrayRobinson PA

/s/ *William H. Stafford*
William H. Stafford, III
Florida Bar No. 70394
Karen A. Brodeen
Florida Bar No. 512772
Rachel R. Siegel
Florida Bar No. 1029143
Office of the Attorney General
PL-01 The Capitol
Tallahassee, Florida 32399
Telephone: 850-414-3785
william.stafford@myfloridalegal.com
karen.brodeen@myfloridalegal.com
rachel.siegel@myfloridalegal.com

*Counsel for Defendant Ashley Moody*

/s/ *Susan Erdelyi*
Susan Erdelyi
Florida Bar No. 0648965
Marks Gray, P.A.
1200 Riverplace Blvd, Ste. 800
Jacksonville, FL 32207

5

301 S. Bronough St, Ste. 600
Tallahassee, FL 32301
Telephone: 850-577-9090
andy.bardos@gray-robinson.com
tim.moore@gray-robinson.com

*Counsel for Defendant Melissa Blazier, Leslie Swan, Alan Hays, Tommy Doyle, Michael Bennett, Wesley Wilcox, Joyce Griffin, Brian Corley, Christopher Anderson and Leah Valenti*

Telephone: 904-398-0900
serdelyi@marksgray.com

*Counsel for Defendants Christopher Milton, Mark Anderson, Amanda Seyfang, Sharon Chason, Tomi S. Brown, Starlet Cannon, Heather Riley, Shirley Knight, Laura Hutto, Carol Dunaway, Travis Hart, Grant Conyers, Janet Adkins, Charles Overturf, Tappie Villane, Vicky Oakes, William Keen, Jennifer Kinsey, Dana Southerland, Deborah Osborne, Joseph Morgan, Ryan Messer and Carol Rudd*

/s/ *Ronald Labasky*
Ronald A. Labasky
Florida Bar No. 206326
Brewton Plante PA
P.O. Box 350
Tallahassee, FL 32302
Telephone: 850-556-2396
rlabasky@gmail.com

John T. LaVia
Florida Bar No. 853666
Gardner, Bist, Bowden, Bush, Dee, Lavia & Wright, P.A.
1300 Thomaswood Drive
Tallahassee, FL 32308
Telephone: 850-385-0070
jlavia@gbwlegal.com

*Counsel for Defendants Chris H. Chambless, Vicki Davis, Mary Jane Arrington, Gertrude Walker and Lori Edwards*

/s/ *Frank Mari*
Frank M. Mari
Florida Bar No. 93243
John M. Janousek
Florida Bar No. 98599
Roper, P.A.
2707 E. Jefferson St.
Orlando, FL 32803
Telephone: 407-897-5150
fmari@roperpa.com
jjanousek@roperpa.com

*Counsel for Defendants Mark Negley, Connie Sanchez, John Hanlon, Michelle Milligan, Heath Driggers, Tim Bobanic, Kaiti Lenhart, and Karen Healy*

6

/s/
Robert C. Swain
Florida Bar No. 366961
Diana M. Johnson
Florida Bar No. 69160
Alachua County Attorney's Office
12 Southeast 1st Street
Gainesville, FL 32601
Telephone: 352-374-5218
bswain@alachuacounty.us
dmjohnson@alachuacounty.us

*Counsel for Defendant Kim A. Barton*

/s/ *Jon Jouben*
Jon A. Jouben
Florida Bar No. 149561
Kyle J. Benda
Florida Bar No. 113525
Hernando County
20 N. Main Street, Ste. 462
Brookesville, FL 34601-2850
Telephone: 351-754-4122
jjouben@co.hernando.fl.us
kbenda@co.hernando.fl.us

*Counsel for Defendant Shirley Anderson*

/s/
William Nelson
Florida Bar No. 67806
Escambia County Attorneys Office
221 Palafox Place, Ste. 430
Pensacola, FL 32502
Telephone: 850-595-4970
wlnelson@myescambia.com

*Counsel for Defendant David H. Stafford*

/s/ *Stephen Todd*
Stephen M. Todd
Florida Bar No. 886203
Office of The County Attorney
P.O. Box 1110
Tampa, FL 33601
Telephone: 813-272-5670
todds@hillsboroughcounty.org

*Counsel for Defendant Craig Latimer*

/s/ *Kelly Vicari*
Kelly L. Vicari
Florida Bar No. 88704
Jason C. Ester
Florida Bar No. 15206
Pinellas County Attorney's Office
315 Court Street, 6th Floor
Clearwater, FL 33756
Telephone: 727-464-3354
kvicari@pinellas.gov
jester@pinellas.gov

*Counsel for Defendant Julie Marcus*

/s/ *Nathaniel Klitsberg*
Benjamin Salzillo
Florida Bar No. 582751
Nathaniel A. Klitsberg
Florida Bar No. 307520
Joseph K. Jarone
Florida Bar No. 117768
Brendalyn V.A. Edwards
Florida Bar No. 86976
115 South Andrews Ave., Ste. 423
Ft. Lauderdale, FL 33301

7

Telephone: 954-357-7600
bsalizzo@broward.org
nklitsberg@broward.org
jkjarone@broward.org
breedwards@broward.org

*Counsel for Defendant Joe Scott*

/s/ *Dale Scott*
Dale Scott
Florida Bar No. 568821
Bell & Roper, P.A.
2707 E. Jefferson St.
Orlando, Florida 32803
Telephone: 407-897-5150
dscott@bellroperlaw.com

*Counsel for Defendant Maureen Baird*

/s/ *Craig Feiser*
Craig D. Feiser
Florida Bar No. 164593
Jason Teal
Florida Bar No. 157198
Mary Margaret Giannini
Florida Bar No. 105572
117 W. Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone: 904-255-5100
cfeiser@coj.net
jteal@coj.net
mgiannini@coj.net

*Counsel for Defendant Jerry Holland*

/s/ *Geraldo Olivo*
Robert Shearman
Florida Bar No. 105572
Geraldo F. Olivo
Florida Bar No. 60905
Henderson, Franklin, Starnes
& Holt, P.A.
P.O. Box 280
Ft. Myers, Florida 33902
Telephone: 239-344-1168
robert.shearman@henlaw.com
jerry.olivo@henlaw.com

*Counsel for Defendants Aletris Farnam, Diane Smith, Sherry Taylor,*

/s/ *Mark Herron*
Mark Herron
Florida Bar No. 199737
S. Denay Brown
Florida Bar No. 88571
Patrick O'Bryant
Florida Bar No. 1011566
Messer Caparello, P.A.
P.O. Box 15579
Tallahassee, Florida 32317
Telephone: 850-222-0720
mherron@lawfla.com
dbrown@lawfla.com
pobryant@lawfla.com

*Counsel for Defendant Mark Earley*

8

*Russell Williams, Tammy Jones and Melissa Arnold*

/s/ *Gregory Stewart*
Gregory T. Stewart
Florida Bar No. 203718
Matthew Shaud
Florida Bar No. 122252
Kirsten H. Mood
Florida Bar No. 115595
Nabors, Giblin & Nickerson, P.A.
1500 Mahan Drive, Suite 200
Tallahassee, FL 32308
Telephone: 850-224-4070
gstewart@ngnlaw.com
mshaud@ngnlaw.com
kmood@ngnlaw.com

*Counsel for Defendant Paul Lux*

/s/ *Kevin Bledsoe*
W. Kevin Bledsoe
Florida Bar No. 029769
London L. Ott
Florida Bar No. 95058
123 W. Indiana Avenue
Deland, Florida 32720
Telephone: 386-736-5950
kbledsoe@volusia.org
lott@volusia.org

*Counsel for Defendant Lisa Lewis*

/s/ *Ronald Labasky*
Ronald A. Labasky
Florida Bar No. 206326
Brewton Plante PA
P.O. Box 350
Tallahassee, FL 32302
Telephone: 850-556-2396

/s/ *Nicholas Shannin*
Nicholas Shannin
Florida Bar No. 9570
Shannin Law Firm
214 S. Lucerne Circle East
Orlando, Florida 32801
nshannin@shanninlaw.com
Telephone: 407-985-2222

*Counsel for Defendant Bill Cowles*

/s/ *Morgan Bentley*
Morgan Bentley
Florida Bar No. 962287
Bentley Goodrich Kinson, P.A.
783 South Orange Ave., Third Floor
Sarasota, Florida 34236
Telephone: 941-556-9030
mbentley@thebentleylawfirm.com

*Counsel for Defendant Ron Turner*

/s/ *Michael Valdes*
Michael B. Valdes
Florida Bar No. 93129
Miami-Dade Attorney's Office
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128
Telephone: 305-375-5151

rlabasky@gmail.com

*Counsel for Defendant Wendy Link*

/s/ *Benjamin J. Gibson*
Benjamin J. Gibson
Daniel E. Nordby
George N. Meros Jr.
Frank A. Zacherl
Tara R. Price
SHUTTS & BOWEN LLP
215 South Monroe Street, Suite 804
Tallahassee, Florida 32301
Telephone: (850) 241-1717
bgibson@shutts.com
dnordby@shutts.com
gmeros@shutts.com
fzacherl@shutts.com
tprice@shutts.com

Cameron T. Norris
Jeffrey S. Hetzel
CONSOVOY MCCARTHY PLLC
1600 Wilson Boulevard, Suite 700
Arlington, Virginia 22209
Telephone: (703) 243-9423
cam@consovoymccarthy.com
jhetzel@consovoymccarthy.com

Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 South Main Street, 5th Floor
Salt Lake City, Utah 84101
tyler@consovoymccarthy.com

*Counsel for Republican National Committee & National Republican Senatorial Committee*

michael.valdes@miamidade.gov

*Counsel for Defendant Christine White*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered to receive notifications.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No. 0184111

*Counsel for League Plaintiffs*