# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al.,**

*Plaintiffs*,

v.                                            Case No.:  4:21cv186-MW/MAF
                                                         4:21cv187-MW/MAF
**CORD BYRD, in his official**                           4:21cv201-MW/MAF
**capacity as Florida Secretary of**                     4:21cv242-MW/MAF
**State, et al.,**

*Defendants*.

_____/

## ORDER ADOPTING BRIEFING SCHEDULE

Pursuant to this Court's Order, the parties filed a Joint Notice of Proposed Briefing Schedule. ECF No. 756. This Court adopts the parties' proposed schedule. Consequently, Plaintiffs' briefs are due **Friday, December 8, 2023**, Defendants' and Intervenor-Defendants' briefs are due **Monday, January 22, 2024**, and Plaintiffs' reply briefs are due **Monday, February 5, 2024**. Further, all motions, briefing, and deadlines related to attorneys' fees and costs will be deferred until after final judgment is entered in all four cases.

**SO ORDERED** on October 30, 2023.

                                                                                                         **s/Mark E. Walker** _____
                                                                                                         **Chief United States District Judge**