IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,

    Plaintiffs,

v.    Case No.: 4:21cv186-MW/MAF

CORD BYRD, et al.,

    Defendants.

_____/

**AMENDED PARTIAL JUDGMENT**

Count II in Plaintiffs' amended complaint, ECF No. 160, is DISMISSED without prejudice for lack of standing. Counts V and VI of Plaintiff's amended complaint are DISMISSED as moot. Judgment is entered in favor of Plaintiffs with respect to Count IV. This Court DECLARES that the prohibition against "engaging in any activity with the . . . effect of influencing a voter" under section 102.031(4)(a)–(b), Florida Statutes (2021), as amended by SB 90, violates Plaintiff Scoon and the League Entities' rights under the Fourteenth Amendment of the United States Constitution. This Court GRANTS in part Plaintiffs' request for a permanent injunction. Neither Defendant Supervisor of Elections for Bay County, nor his successors in office, deputies, officers, employees, agents, nor any person in active participation or concert with Defendant Supervisor of Elections for Bay

County shall enforce, nor permit enforcement of the prohibition against "engaging in any activity with the . . . effect of influencing a voter" as described in section 102.0131(4)(a)–(b), Florida Statutes (2021), as amended by SB 90. Defendant Supervisor of Elections for Bay County and his successors in office, as well as his deputies, officers, employees, agents, and any other person in active participation and concert with Defendant Supervisor of Elections for Bay County shall take all practicable measures within the scope of their official authority to ensure compliance with the terms of this Order.

|  |  |
|---|---|
| <u>November 15, 2023</u><br>DATE | JESSICA J LYUBLANOVITS,<br>CLERK OF COURT<br><u>s/ *Ronnie Barker*</u><br>DEPUTY CLERK |