IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,**

 *Plaintiffs,*       Case No.: 4:21cv186-MW/MAF
               Case No.:  4:21cv187-MW/MAF
v.              Case No.:  4:21cv201-MW/MAF

**FLORIDA SECRETARY OF
STATE, et al.,**

 *Defendants,*

**and**

**NATIONAL REPUBLICAN
SENATORIAL COMMITTEE and
REPUBLICAN NATIONAL
COMMITTEE,**

 *Intervenor-Defendants.*
_____/

**ORDER REGARDING BRIEFING**

  In light of the Eleventh Circuit's Opinion in the appeal of these consolidated cases, this matter is remanded for this Court to determine whether the drop-box and registration-delivery provisions unduly burden the right to vote under the First and Fourteenth Amendments. By prior Order, this Court adopted the parties' briefing schedule. *See* ECF No. 757 in Case No.: 4:21cv186-MW/MAF. This Order directs the parties in their briefing to address any subsequent amendments to the challenged

provisions at issue and to explain if any such amendments affect this Court's analysis on remand.

**SO ORDERED on November 16, 2023.**

<u>s/Mark E. Walker            </u>
**Chief United States District Judge**