# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al., *Plaintiffs*, <br><br> v. <br><br> CORD BYRD[1], in his official capacity as Florida Secretary of State, et al., *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE and NATIONAL REPUBLICAN SENATORIAL COMMITTEE, *Intervenor-Defendants*. | No. 4:21-cv-186-MW-MAF <br> No. 4:21-cv-187-MW-MAF <br> No. 4:21-cv-201-MW-MAF |

## INTERVENOR-DEFENDANTS' NOTICE
## OF FILING CORRECTED BILL OF COSTS[2]

Following this Court's Order on Remand (Doc. 767) and the Court's entry of judgment in favor of Defendants (Doc. 768), Intervenor-Defendants, Republican National Committee and National Republican Senatorial Committee, file the attached corrected Bill of Costs in these consolidated cases.[3]

---

[1] Secretary Byrd has been "automatically substituted as a party." Fed. R. Civ. P. 25(d).

[2] Intervenor-Defendants file this Corrected Bill of Costs because an invoice belonging to another case was inadvertently included in the Bill of Costs filed on February 22, 2024. The erroneously attached invoice has been removed and the requested totals and subtotals have been updated to accurately reflect the costs incurred in these consolidated cases.

[3] Intervenor-Defendants are filing the same Bill of Costs in the above-captioned cases due to the Court's orders of consolidation of the cases for discovery and trial. The caption on the Bill of Costs form references the lead case number but is applicable to

Dated: March 7, 2024

Tyler Green*
Utah Bar No. 10660
Cameron T. Norris*
Tenn. Bar No. 33467
Steven C. Begakis*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tyler@consovoymccarthy.com
cam@consovoymccarthy.com
steven@consovoymccarthy.com

*admitted *pro hac vice*

Respectfully submitted,

*/s/ Benjamin J. Gibson*
Benjamin J. Gibson
Fla. Bar No. 58661
Daniel E. Nordby
Fla. Bar No. 14588
George N. Meros Jr.
Fla. Bar No. 263321
Frank A. Zacherl
Fla. Bar. No. 868094
Tara Price
Fla. Bar No. 98073
SHUTTS & BOWEN LLP
215 South Monroe Street, Ste. 804
Tallahassee, Florida 32301
Tel: (850) 241-1717
bgibson@shutts.com
dnordby@shutts.com
gmeros@shutts.com
fzacherl@shutts.com
tprice@shutts.com

*Counsel for Intervenor-Defendants Republican National Committee
and National Republican Senatorial Committee*

---

all three cases.

## LOCAL RULES CERTIFICATION

I CERTIFY that this notice contains 161 words and complies with this Court's word count, spacing, and formatting requirements.

*/s/ Benjamin J. Gibson*
Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 7, 2024, a true and correct copy of the foregoing was served via email to all counsel of record.

*/s/ Benjamin J. Gibson*
Attorney