AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Florida ▾

League of Women Voters of Florida, Inc., et al.,     )
                                                     )
              v.                                     )      Case No.: 4:21-cv-186-MV/MAF
Florida Secretary of State, et al.                   )
                                                     )
                                                     )

## BILL OF COSTS

Judgment having been entered in the above entitled action on __02/08/2024__ against __Plaintiffs__ ,
                                                              *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $          0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 27,343.35 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| TOTAL   $ | 27,343.35 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑  Electronic service                    ☐  First class mail, postage prepaid

☐  Other: _____

s/ Attorney:     /s/ Benjamin J. Gibson

      Name of Attorney: Benjamin J. Gibson

For:   National Republican Senatorial Committee and Republican National Committee     Date:    03/07/2024
                           *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
        *Clerk of Court*                      *Deputy Clerk*                      *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**ITEMIZATION AND DOCUMENTATION OF FEES FOR
PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS
<u>NECESSARILY OBTAINED FOR USE IN THE CASE</u>**

Intervenor-Defendants Republican National Committee and National Republican Senatorial Committee hereby provide the below itemization and documentation of fees to be taxed as costs. Pursuant to 28 U.S.C. § 1920(2), "[a] judge or clerk of any court of the United States may tax as costs . . . "[f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case." The authorization within Section 1920(2) includes the taxation of deposition costs. *U.S. E.E.O.C. v. W&O, Inc.*, 213 F.3d 600, 620-21 (11th Cir. 2000).

As itemized and documented below, Intervenor-Defendants incurred $27,343.35 in fees for transcripts, which were "necessarily obtained for use in the case." Copies of all invoices and documentation of these fees follow each table below.

A.     <u>Trial Transcripts</u>

| | |
|---|---|
| Official Trial Transcript, Week 1 (Jan. 31-Feb. 4, 2022) | $3,840.10 |
| Official Trial Transcript, Week 2 (Feb. 7-11, 2022) | $2,785.25 |
| Official Trial Transcript, Week 3 (Feb. 14-16, 2022) | $1,016.35 |
| Subtotal | $ 7,641.70 |

**United States District Court**
**Northern District/Florida**

Date: 02/08/2022
Invoice Number: 20220730
Re: WEEK 1 - ZOOM BENCH TRIAL

**To:**

**Benjamin Gibson**
215 S. Monroe Street, Suite 804
Tallahassee, Florida, 32301
**Email:** bgibson@shutts.com

**Make Checks Payable To:**

**Megan A. Hague, RPR, FCRR**
Official **US Court Reporter**
EIN / Tax ID: 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
111 North Adams Street
Tallahassee, Florida, 32301
**Phone:** (850) 422-0011
**Email:** megan.a.hague@gmail.com

**Case Details:**

**Case Number:** 4:21cv186, et al
**Case Title:** League of Women Voters of Florida, et al. vs Laurel Lee, et al
**Case Description:** Upon agreement of the parties, the transcript (original and 6 copies) are split equally between League Plaintiffs, NAACP Plaintiffs, FRT Plaintiffs, HTFF Plaintiffs, SOS Defendant, AG Defendant, and Intervenor Defendants  Parties will be billed separately for Realtime feeds, if any ordered.
**Criminal or Civil:** Civil

**Proceeding Date:** Jan 31, 2022
**Courthouse:** Tallahassee
**Judge Hearing Case:** Mark E  Walker

**Transcripts:**

**Date Ordered:** Jan 31, 2022
**Date Delivered:** Jan 31, 2022

**Charges:**

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Hourly Original | 266 | $7.25 | $1,928.50 |
| Hourly 1st Copy | 1593 | $1 20 | $1,911.60 |

**Total: $3,840 10**

**Amount Due: $3,840.10**

Notes

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

**Payment can be made via check, Zelle, or Venmo. Please contact me if you'd like to pay through Zelle or Venmo and I'll give you my username.

*/s/ Megan Hague*

**United States District Court**
**Northern District/Florida**

Date: 02/13/2022
Invoice Number: 20220738
Re: WEEK 2 - ZOOM BENCH TRIAL

To:

Benjamin Gibson
215 S. Monroe Street, Suite 804
Tallahassee, Florida, 32301
Email: bgibson@shutts.com

Make Checks Payable To:

Megan A. Hague, RPR, FCRR
Official US Court Reporter
EIN / Tax ID: 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
111 North Adams Street
Tallahassee, Florida, 32301
Phone: (850) 422-0011
Email: megan.a.hague@gmail.com

Case Details:

Case Number: 4:21cv186, et al
Case Title: League of Women Voters of Florida, et al, vs
Laurel Lee, et al
Case Description: Upon agreement of the parties, the
transcript (original and 8 copies) are split equally between
League Plaintiffs, NAACP Plaintiffs, FRT Plaintiffs, HTFF
Plaintiffs, SOS Defendant, AG Defendant, and Intervenor
Defendants. Parties will be billed separately for Realtime
feeds, if any ordered.
Criminal or Civil: Civil

Proceeding Date: Feb 07, 2022
Courthouse: Tallahassee
Judge Hearing Case: Mark E. Walker

Transcripts:

Date Ordered: Feb 07, 2022
Date Delivered: Feb 07, 2022

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Hourly Original | 193 | $7.25 | $1,399.25 |
| Hourly 1st Copy | 1155 | $1.20 | $1,386.00 |

Total: $2,785.25

**Amount Due: $2,785.25**

Notes

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States
**Payment can be made via check, Zelle, or Venmo. Please contact me if you'd like to pay through Zelle or Venmo and I'll give you my username

*/s/ Megan Hague*

**United States District Court**
**Northern District/Florida**

Date: 02/16/2022
Invoice Number: 20220746
Re: WEEK 3 - ZOOM BENCH TRIAL

To:

**Benjamin Gibson**
215 S. Monroe Street, Suite 804
Tallahassee, Florida, 32301
Email: bgibson@shutts.com

Make Checks Payable To:

**Megan A. Hague, RPR, FCRR**
**Official US Court Reporter**
EIN / Tax ID: 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
111 North Adams Street
Tallahassee, Florida, 32301
Phone: (850) 422-0011
Email: megan.a.hague@gmail.com

Case Details:

**Case Number:** 4:21cv186, et al
**Case Title:** League of Women Voters of Florida, et al. vs.
Laurel Lee, et al
**Case Description:** Upon agreement of the parties, the
transcript (original and 6 copies) are split equally between
League Plaintiffs, NAACP Plaintiffs, FRT Plaintiffs, HTFF
Plaintiffs, SOS Defendant, AG Defendant, and Intervenor
Defendants. Parties will be billed separately for Realtime
feeds, if any ordered.
**Criminal or Civil:** Civil

**Proceeding Date:** Feb 14, 2022
**Courthouse:** Tallahassee
**Judge Hearing Case:** Mark E. Walker

Transcripts:

**Date Ordered:** Feb 14, 2022
**Date Delivered:** Feb 14, 2022

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Hourly Original | 71 | $7.25 | $514.75 |
| Hourly 1st Copy | 418 | $1.20 | $501.60 |

**Total: $1,016.35**

**Amount Due: $1,016.35**

Notes

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

**Payment can be made via check, Zelle, or Venmo. Please contact me if you'd like to pay through Zelle or Venmo and I'll give you my username.

*/s/ Megan Hague*

B.    Deposition Transcripts

| | |
|---|---|
| Supervisor of Elections Craig Latimer Deposition Transcript (Oct. 11, 2021) | $1,730.30 |
| Supervisor of Elections Joe Scott Deposition Transcript (Oct. 12, 2021) | $1,181.00 |
| Supervisor of Elections Tommy Doyle Deposition Transcript (Oct. 13, 2021) | $1,047.50 |
| Supervisor of Elections Julie Marcus Deposition Transcript (Oct. 15, 2021) | $1,524.50 |
| A.J. Brown Deposition Transcript Deposition Transcript (Oct. 18, 2021) | $1,382.00 |
| Sylvia Albert & Anthony DePalma Deposition Transcripts (Oct. 19, 2021) | $1,729.25 |
| William Sauers Deposition Transcript (Oct. 19, 2021) | $429.00 |
| Josh Findlay & Louisa Brooks Deposition Transcripts (Oct. 21, 2021) | $550.00 |
| J. Morgan Kousser Deposition Transcript (Oct. 21, 2021)- Job No. 213089 | $655.75 |
| J. Morgan Kousser Deposition Transcript (Oct. 21, 2021)- Job No. 215064 | $575.00 |
| Esteban Garces Deposition Transcript (Oct. 22, 2021) | $451.50 |
| Margaret Swain & Janet Modrow Deposition Transcripts (Oct. 22, 2021) | $555.75 |
| Kenneth Mayer Deposition Transcript (Oct. 25, 2021) | $1,805.65 |
| Supervisor of Elections Wendy Link Deposition Transcript (Oct. 26, 2021) | $1,093.25 |
| Dr. Quentin Kidd Deposition Transcript (Oct. 28, 2021) | $1,087.00 |

| | |
|---|---|
| Michael McDonald Deposition Transcript (Oct. 29, 2021) | $1,536.32 |
| Dr. Dario Moreno Deposition Transcript (Oct. 29, 2021) | $560.00 |
| Palm Beach Supervisor of Elections Office- Alison Novoa Deposition Transcript (Oct. 29, 2021) | $1,807.88 |
| Subtotal | $19,701.65 |

# INVOICE

1 of 2

## PHIPPS REPORTING

**HEADQUARTERS**
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408          FAX: 561-290-1596
billing@phippsreporting.com    www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 198950 | 10/15/2021 | 211210 |

| Job Date | Case No. |
|---|---|
| 10/11/2021 | 421CV00186MWMAF |

| Case Name |
|---|
| League of Women Voters of Florida, Inc. vs. Laurel Lee |

| Payment Terms |
|---|
| Due upon receipt |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

VIDEO RECORDED DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Craig Latimer | 247.00 | Pages | @ | 4.900 | 1,210.30 |
| Deposition:  First Hour | 1.00 | Hour(s) | @ | 115.000 | 115.00 |
| Deposition:  Additional Hour(s) | 4.00 | Hour(s) | @ | 60.000 | 240.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Web Conference | 1.00 | | @ | 100.000 | 100.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| Craig Latimer - Exhibits | | | | | |
| Exhibits:  Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits:  E-Processing | 1.00 | | @ | 15.000 | 15.00 |

**TOTAL DUE   >>>                                              $1,730.30**

AFTER 11/29/2021  PAY                      $1,903.33

Location of Job    : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Invoice No.    : 198950
Invoice Date  : 10/15/2021
**Total Due    : $1,730.30**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.       : 211210
BU ID         : FL-PAN
Case No.      : 421CV00186MWMAF
Case Name   : League of Women Voters of Florida, Inc. vs.
                Laurel Lee

# INVOICE

2 of 2

## PHIPPS REPORTING

— HEADQUARTERS —
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL 888-811-3408      FAX. 561-290-1596
b. ling@phippsreporting.com      www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 198950 | 10/15/2021 | 211210 |

| Job Date | Case No. |
|---|---|
| 10/11/2021 | 421CV00186MWMAF |

| Case Name |
|---|
| League of Women Voters of Florida, Inc. vs. Laurel Lee |

| Payment Terms |
|---|
| Due upon receipt |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,730.30** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Invoice No.   : 198950
Invoice Date  : 10/15/2021
**Total Due**   : **$1,730.30**

Remit To:  **Phipps Reporting, Inc.**
          **1551 Forum Place**
          **Building 200, Suite E**
          **West Palm Beach, FL 33401**

Job No.     : 211210
BU ID       : FL-PAN
Case No.    : 421CV00186MWMAF
Case Name   : League of Women Voters of Florida, Inc. vs.
              Laurel Lee

# I N V O I C E

1 of 2

## PHIPPS REPORTING

——— HEADQUARTERS ———
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888-811-3408      FAX 561-290-1595
info@phippsreporting.com    www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 199319 | 10/18/2021 | 211212 |

| Job Date | Case No. | |
|---|---|---|
| 10/12/2021 | 421CV00186MWMAF | |

| Case Name | | |
|---|---|---|
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

DEPOSITION TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Joe Scott | 206.00 | Pages | @ | 3.500 | 721.00 |
| Deposition:  First Hour | 1.00 | Hour(s) | @ | 115.000 | 115.00 |
| Deposition:  Additional Hour(s) | 3.00 | Hour(s) | @ | 60.000 | 180.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Web Conference | 1.00 | | @ | 100.000 | 100.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| Joe Scott- Exhibit | | | | |
| Exhibits:  E-Processing | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits:  Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |

**TOTAL DUE  >>>**                                           **$1,181.00**

AFTER 12/2/2021  PAY                                            $1,299.10

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Invoice No.    : 199319
Invoice Date   : 10/18/2021
**Total Due**      : **$1,181.00**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.      : 211212
BU ID        : FL-PAN
Case No.     : 421CV00186MWMAF
Case Name    : League of Women Voters of Florida, Inc. vs. Laurel Lee

# INVOICE

2 of 2

**PHIPPS REPORTING**

— HEADQUARTERS —
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL 888-811-3408       FAX 561-290-1595
billing@phippsreporting.com    www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 199319 | 10/18/2021 | 211212 |

| Job Date | Case No. | |
|---|---|---|
| 10/12/2021 | 421CV00186MWMAF | |

| Case Name | | |
|---|---|---|
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,181.00** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Invoice No.   : 199319
Invoice Date  : 10/18/2021
**Total Due**   : **$1,181.00**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.     : 211212
BU ID       : FL-PAN
Case No.    : 421CV00186MWMAF
Case Name   : League of Women Voters of Florida, Inc. vs. Laurel Lee

# INVOICE

1 of 2

PHIPPS REPORTING

——— HEADQUARTERS ———
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 855-311-3408      FAX 561-290-1846

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202903 | 11/15/2021 | 212416 |
| **Job Date** | **Case No.** | |
| 10/13/2021 | 421CV201MWMJF | |
| **Case Name** | | |
| Florida Rising Together vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Tommy Doyle | 199.00 | Pages | @ | 3.500 | 696.50 |
|   RUFF (realtime unedited file format) Draft | 143.00 | Pages | @ | 2.000 | 286.00 |
|   E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
|   Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| Tommy Doyle  -  Exhibits | | | | | |
|   Exhibits:  Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |
|   Exhibits:  E-Processing | 1.00 | | @ | 15.000 | 15.00 |

| | |
|---|---|
| TOTAL DUE   >>> | **$1,047.50** |
| AFTER 1/1/2022 PAY | $1,152.25 |

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | |
|---|---|
| Invoice No. | : 202903 |
| Invoice Date | : 11/15/2021 |
| **Total Due** | : **$1,063.21** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | |
|---|---|
| Job No. | : 212416 |
| BU ID | : FL-PAN |
| Case No. | : 421CV201MWMJF |
| Case Name | : Florida Rising Together vs. Laurel Lee |

# INVOICE

2 of 2

PHIPPS REPORTING

— HEADQUARTERS —
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 866-811-3408        FAX: 561 290-1635
billing@phippsreporting.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202903 | 11/15/2021 | 212416 |
| **Job Date** | **Case No.** | |
| 10/13/2021 | 421CV201MWMJF | |
| **Case Name** | | |
| Florida Rising Together vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | |
|---|---|
| (+) **Finance Charges/Debits:** | 15.71 |
| (=) **New Balance:** | **$1,063.21** |

---

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | | |
|---|---|---|
| Invoice No. | : | 202903 |
| Invoice Date | : | 11/15/2021 |
| **Total Due** | : | **$1,063.21** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | | |
|---|---|---|
| Job No. | : | 212416 |
| BU ID | : | FL-PAN |
| Case No. | : | 421CV201MWMJF |
| Case Name | : | Florida Rising Together vs. Laurel Lee |

# INVOICE

1 of 2

## PHIPPS REPORTING

------ HEADQUARTERS ------
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888-811-3408       FAX 561-280-1099
info@phippsreporting.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 201863 | 11/2/2021 | 211312 |
| **Job Date** | **Case No.** | |
| 10/15/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | | | | | |
|---|---|---|---|---|---|
| DEPOSITION TRANSCRIPT OF: | | | | | |
| Julie Marcus | 205.00 | Pages | @ | 4.900 | 1,004.50 |
| Deposition: First Hour | 1.00 | Hour(s) | @ | 115.000 | 115.00 |
| Deposition: Additional Hour(s) | 4.00 | Hour(s) | @ | 60.000 | 240.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Web Conference | 1.00 | | @ | 100.000 | 100.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| Julie Marcus  -   Exhibits | | | | | |
| Exhibits: E-Processing | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits: Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |
| | **TOTAL DUE  >>>** | | | | **$1,524.50** |
| | AFTER 12/17/2021  PAY | | | | $1,676.95 |

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Invoice No.    : 201863
Invoice Date  : 11/2/2021
**Total Due**    : **$1,699.82**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.       : 211312
BU ID         : FL-PAN
Case No.      : 421CV00186MWMAF
Case Name  : League of Women Voters of Florida, Inc. vs. Laurel Lee

# INVOICE

2 of 2

**PHIPPS REPORTING**

—— HEADQUARTERS ——
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 201863 | 11/2/2021 | 211312 |
| **Job Date** | **Case No.** | |
| 10/15/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| (-) **Payments/Credits:** | 0.00 |
|---|---|
| (+) **Finance Charges/Debits:** | 175.32 |
| (=) **New Balance:** | **$1,699.82** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| Invoice No. | : 201863 |
|---|---|
| Invoice Date | : 11/2/2021 |
| **Total Due** | : **$1,699.82** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| Job No. | : 211312 |
|---|---|
| BU ID | : FL-PAN |
| Case No. | : 421CV00186MWMAF |
| Case Name | : League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

1 of 2

**PHIPPS REPORTING**

━━━ HEADQUARTERS ━━━
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888-811-3408        FAX 561-290-1595
billing@phippsreporting.com    www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 199788 | 10/20/2021 | 212924 |
| **Job Date** | **Case No.** | |
| 10/18/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| DEPOSITION TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| A.J. Brown | 212.00 | Pages | @ | 3.500 | 742.00 |
| Deposition:  First Hour | 1.00 | Hour(s) | @ | 115.000 | 115.00 |
| Deposition:  Additional Hour(s) | 6.00 | Hour(s) | @ | 60.000 | 360.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Web Conference | 1.00 | | @ | 100.000 | 100.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| A.J. Brown - Exhibit | | | | | |
| Exhibits: E-Processing | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits: Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |
| | | **TOTAL DUE  >>>** | | | **$1,382.00** |
| | | AFTER 12/4/2021  PAY | | | $1,520.20 |

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Invoice No.   : 199788
Invoice Date  : 10/20/2021
**Total Due**    : **$1,382.00**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.    : 212924
BU ID      : FL-PAN
Case No.   : 421CV00186MWMAF
Case Name  : League of Women Voters of Florida, Inc. vs.
             Laurel Lee

# INVOICE

2 of 2

## PHIPPS REPORTING

— HEADQUARTERS —
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888-811-3408        FAX 561-290-1595
billing@phipps-eporting.com    www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 199788 | 10/20/2021 | 212924 |
| **Job Date** | **Case No.** | |
| 10/18/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,382.00** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Invoice No.   : 199788
Invoice Date  : 10/20/2021
**Total Due**     : **$1,382.00**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.      : 212924
BU ID        : FL-PAN
Case No.     : 421CV00186MWMAF
Case Name    : League of Women Voters of Florida, Inc. vs.
               Laurel Lee

# INVOICE

1 of 2

## PHIPPS REPORTING

— HEADQUARTERS —
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL 888-811-3408    FAX. 561-290-1595
billing@phippsreporting.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202664 | 11/8/2021 | 212925 |
| **Job Date** | **Case No.** | |
| 10/19/2021 | 421CV00187MWMAF | |
| **Case Name** | | |
| Florida State Conference of NAACP vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | | | | |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | |
| Sylvia Albert | 99.00 | Pages @ | 4.750 | 470.25 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Sylvia Albert- Exhibit | | | | |
| Exhibits:  E-Processing | 1.00 | @ | 15.000 | 15.00 |
| Exhibits:  Hyperlinked to Transcript | 1.00 | @ | 15.000 | 15.00 |
| ORIGINAL TRANSCRIPT OF: | | | | |
| Anthony DePalma | 144.00 | Pages @ | 4.750 | 684.00 |
| Deposition:  First Hour | 1.00 | Hour(s) @ | 75.000 | 75.00 |
| Deposition:  Additional Hour(s) | 6.00 | Hour(s) @ | 50.000 | 300.00 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Web Conference | 1.00 | @ | 100.000 | 100.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | @ | 0.000 | 0.00 |

|  |  |
|---|---|
| **TOTAL DUE   >>>** | **$1,729.25** |
| AFTER 12/23/2021  PAY | $1,902.18 |

Location of Job    : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

Tax ID: 90-0628164

*Please detach bottom portion and return with payment.*

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | |
|---|---|
| Invoice No. | : 202664 |
| Invoice Date | : 11/8/2021 |
| **Total Due** | **: $1,729.25** |

| | |
|---|---|
| Remit To: **Phipps Reporting, Inc.**<br>**1551 Forum Place**<br>**Building 200, Suite E**<br>**West Palm Beach, FL 33401** | |

| | |
|---|---|
| Job No. | : 212925 |
| BU ID | : FL-PAN |
| Case No. | : 421CV00187MWMAF |
| Case Name | : Florida State Conference of NAACP vs. Laurel Lee |

# I N V O I C E

2 of 2



**PHIPPS REPORTING**

——— HEADQUARTERS ———
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL 868-811-3408      FAX 561-290-1595
billing@phippsreporting.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202664 | 11/8/2021 | 212925 |
| **Job Date** | **Case No.** | |
| 10/19/2021 | 421CV00187MWMAF | |
| **Case Name** | | |
| Florida State Conference of NAACP vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

---

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,729.25** |

---

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | | |
|---|---|---|
| Invoice No. | : | 202664 |
| Invoice Date | : | 11/8/2021 |
| **Total Due** | : | **$1,729.25** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | | |
|---|---|---|
| Job No. | : | 212925 |
| BU ID | : | FL-PAN |
| Case No. | : | 421CV00187MWMAF |
| Case Name | : | Florida State Conference of NAACP vs. Laurel Lee |

# INVOICE

1 of 2

**PHIPPS REPORTING**

— HEADQUARTERS —
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888 811-3408      FAX 561 333-1505

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 200870 | 10/27/2021 | 212811 |
| **Job Date** | **Case No.** | |
| 10/19/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Oliver Sepulveda
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| DEPOSITION TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| William Sauers | 104.00 Pages | @ | 3.500 | 364.00 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Paperless delivery: One tree will be planted in your honor! | 1.00 | @ | 0.000 | 0.00 |
| William Sauers -Exhibits | | | | |
| Exhibits: Hyperlinked to Transcript | 1.00 | @ | 15.000 | 15.00 |
| Exhibits: E-Processing | 1.00 | @ | 15.000 | 15.00 |
| | **TOTAL DUE  >>>** | | | **$429.00** |
| | AFTER 12/11/2021  PAY | | | $471.90 |

Location of Job  : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 49.34 |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Oliver Sepulveda
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| Invoice No. | : 200870 |
|---|---|
| Invoice Date | : 10/27/2021 |
| **Total Due** | : **$478.34** |

Remit To:  **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| Job No. | : 212811 |
|---|---|
| BU ID | : FL-PAN |
| Case No. | : 421CV00186MWMAF |
| Case Name | : League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

2 of 2

## PHIPPS REPORTING

— HEADQUARTERS —
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888.811.3408          FAX 561.280.1695

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 200870 | 10/27/2021 | 212811 |
| **Job Date** | **Case No.** | |
| 10/19/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Oliver Sepulveda
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | |
|---|---|
| (=) New Balance: | **$478.34** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Oliver Sepulveda
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | |
|---|---|
| Invoice No. | : 200870 |
| Invoice Date | : 10/27/2021 |
| **Total Due** | **: $478.34** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | |
|---|---|
| Job No. | : 212811 |
| BU ID | : FL-PAN |
| Case No. | : 421CV00186MWMAF |
| Case Name | : League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

1 of 2

## PHIPPS REPORTING

——— HEADQUARTERS ———
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 201212 | 10/28/2021 | 214428 |
| **Job Date** | **Case No.** | |
| 10/21/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | | | | |
|---|---|---|---|---|
| **DEPOSITION TRANSCRIPT OF:** | | | | |
| Josh Findlay | 81.00 Pages | @ | 3.500 | 283.50 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | @ | 0.000 | 0.00 |
| Josh Findlay  -  Exhibits | | | | |
| Exhibits:  E-Processing | 1.00 | @ | 15.000 | 15.00 |
| Exhibits:  Hyperlinked to Transcript | 1.00 | @ | 15.000 | 15.00 |
| **DEPOSITION TRANSCRIPT OF:** | | | | |
| Louisa Brooks | 39.00 Pages | @ | 3.500 | 136.50 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Louisa Brooks -Exhibits | | | | |
| Exhibits:  E-Processing | 1.00 | @ | 15.000 | 15.00 |
| Exhibits:  Hyperlinked to Transcript | 1.00 | @ | 15.000 | 15.00 |
| | **TOTAL DUE  >>>** | | | **$550.00** |
| | AFTER 12/12/2021  PAY | | | $605.00 |

Location of Job   : ALL PARTIES APPEARING REMOTELY VIA ZOOM

Thank you for your business!

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Invoice No.   : 201212
Invoice Date  : 10/28/2021
**Total Due**    : **$613.25**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.     : 214428
BU ID       : FL-PAN
Case No.    : 421CV00186MWMAF
Case Name   : League of Women Voters of Florida, Inc. vs. Laurel Lee

# INVOICE

2 of 2

**PHIPPS REPORTING**

———— HEADQUARTERS ————
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL: 888-811-3408     FAX: 561-400-1208

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 201212 | 10/28/2021 | 214428 |
| **Job Date** | **Case No.** | |
| 10/21/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 63.25 |
| **(=) New Balance:** | **$613.25** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | | |
|---|---|---|
| Invoice No. | : | 201212 |
| Invoice Date | : | 10/28/2021 |
| **Total Due** | : | **$613.25** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | | |
|---|---|---|
| Job No. | : | 214428 |
| BU ID | : | FL-PAN |
| Case No. | : | 421CV00186MWMAF |
| Case Name | : | League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

1 of 2

**PHIPPS REPORTING**

HEADQUARTERS
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888-811-3408     FAX 561-290-1695
billing@phipps-reporting.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202057 | 11/3/2021 | 213089 |

| Job Date | Case No. | |
|---|---|---|
| 10/21/2021 | 421CV00186MWMAF | |

| Case Name | | |
|---|---|---|
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | | | | | |
|---|---|---|---|---|---|
| DEPOSITION TRANSCRIPT OF: | | | | | |
| Morgan Kousser | 77.00 | Pages | @ | 4.750 | 365.75 |
| Deposition: First Hour | 1.00 | Hour(s) | @ | 75.000 | 75.00 |
| Deposition: Additional Hour(s) | 1.00 | Hour(s) | @ | 50.000 | 50.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Web Conference | 1.00 | | @ | 100.000 | 100.00 |
| Paperless delivery: One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| Morgan Kousser - Exhibit | | | | | |
| Exhibits: E-Processing | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits: Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |
| | | **TOTAL DUE >>>** | | | **$655.75** |
| | | AFTER 12/18/2021 PAY | | | $721.33 |

Location of Job   : ALL PARTIES TO ATTEND VIA ZOOM

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement. Contact us immediately for billing corrections as no adjustments will be made after 30 days. Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | |
|---|---|
| Invoice No. | : 202057 |
| Invoice Date | : 11/3/2021 |
| **Total Due** | : **$655.75** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | |
|---|---|
| Job No. | : 213089 |
| BU ID | : FL-PAN |
| Case No. | : 421CV00186MWMAF |
| Case Name | : League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

2 of 2

## PHIPPS REPORTING

——— HEADQUARTERS ———
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL 888-811-3408     FAX: 561-290-1595
billing@phippsreporting.com     www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202057 | 11/3/2021 | 213089 |
| **Job Date** | **Case No.** | |
| 10/21/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$655.75** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | | |
|---|---|---|
| Invoice No. | : | 202057 |
| Invoice Date | : | 11/3/2021 |
| **Total Due** | : | **$655.75** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | | |
|---|---|---|
| Job No. | : | 213089 |
| BU ID | : | FL-PAN |
| Case No. | : | 421CV00186MWMAF |
| Case Name | : | League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

1 of 2

**PHIPPS REPORTING**

— HEADQUARTERS —
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408        FAX: 561-290-1595

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202216 | 11/5/2021 | 215064 |
| **Job Date** | **Case No.** | |
| 10/21/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Joseph Morgan Kousser | 60.00 | Pages | @ | 4.750 | 285.00 |
| Deposition:  First Hour | 1.00 | Hour(s) | @ | 75.000 | 75.00 |
| Deposition:  Additional Hour(s) | 1.00 | Hour(s) | @ | 50.000 | 50.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Web Conference | 1.00 | | @ | 100.000 | 100.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| Joseph Morgan Kousser – Exhibit | | | | | |
| Exhibits:  Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits:  E-Processing | 1.00 | | @ | 15.000 | 15.00 |
| **TOTAL DUE  >>>** | | | | | **$575.00** |
| AFTER 12/20/2021 PAY | | | | | $632.50 |

Location of Job   : ALL PARTIES TO ATTEND VIA ZOOM

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

Invoice No.   : 202216
Invoice Date  : 11/5/2021
**Total Due**  : **$575.00**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.    : 215064
BU ID      : FL-PAN
Case No.   : 421CV00186MWMAF
Case Name  : League of Women Voters of Florida, Inc. vs.
             Laurel Lee

# INVOICE

2 of 2

## PHIPPS REPORTING

**HEADQUARTERS**
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 868-811-3408    FAX 561-290-1698

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202216 | 11/5/2021 | 215064 |

| Job Date | Case No. |
|---|---|
| 10/21/2021 | 421CV00186MWMAF |

| Case Name |
|---|
| League of Women Voters of Florida, Inc. vs. Laurel Lee |

| Payment Terms |
|---|
| Due upon receipt |

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$575.00** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

George Meros
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | | |
|---|---|---|
| Invoice No. | : | 202216 |
| Invoice Date | : | 11/5/2021 |
| **Total Due** | : | **$575.00** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | | |
|---|---|---|
| Job No. | : | 215064 |
| BU ID | : | FL-PAN |
| Case No. | : | 421CV00186MWMAF |
| Case Name | : | League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

1 of 1

## PHIPPS REPORTING

——— HEADQUARTERS ———
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

PH: 888-811-3408          FAX: 561-460-1066

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 203232 | 11/10/2021 | 213468 |
| **Job Date** | **Case No.** | |
| 10/22/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| | **Payment Terms** | |
| | Due upon receipt | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| DEPOSITION TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Esteban Garces | | | | | |
| | 119.00 | Pages | @ | 3.500 | 416.50 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| | **TOTAL DUE  >>>** | | | | **$451.50** |
| | AFTER 12/25/2021 PAY | | | | $496.65 |

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 65.46 |
| (=) New Balance: | $516.96 |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | |
|---|---|
| Invoice No. | : 203232 |
| Invoice Date | : 11/10/2021 |
| **Total Due** | : **$516.96** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | |
|---|---|
| Job No. | : 213468 |
| BU ID | : FL-PAN |
| Case No. | : 421CV00186MWMAF |
| Case Name | : League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

1 of 2





**PHIPPS REPORTING**
──── HEADQUARTERS ────
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL-888-811-3408    FAX-561-290-1595
billing@phippsreporting.com    www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202033 | 11/3/2021 | 212420 |
| **Job Date** | **Case No.** | |
| 10/22/2021 | 421CV201MWMJF | |
| **Case Name** | | |
| Florida Rising Together vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michelle Montanaro
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | | | | |
|---|---|---|---|---|
| **DEPOSITION TRANSCRIPT OF:** | | | | |
| Margaret Swain | 53.00 Pages | @ | 3.250 | 172.25 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Margaret Swain  - Exhibits | | | | |
| Exhibits:  E-Processing | 1.00 | @ | 15.000 | 15.00 |
| Exhibits:  Hyperlinked to Transcript | 1.00 | @ | 15.000 | 15.00 |
| **DEPOSITION TRANSCRIPT OF:** | | | | |
| Janet Modrow | 78.00 Pages | @ | 3.250 | 253.50 |
| E-Litigation Package | 1.00 | @ | 35.000 | 35.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | @ | 0.000 | 0.00 |
| Janet Modrow - Exhibit | | | | |
| Exhibits:  E-Processing | 1.00 | @ | 15.000 | 15.00 |
| Exhibits:  Hyperlinked to Transcript | 1.00 | @ | 15.000 | 15.00 |
| **TOTAL DUE  >>>** | | | | **$555.75** |
| | | | | |
| AFTER 12/18/2021  PAY | | | | $611.33 |

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Michelle Montanaro
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | |
|---|---|
| Invoice No. | : 202033 |
| Invoice Date | : 11/3/2021 |
| **Total Due** | **: $555.75** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | |
|---|---|
| Job No. | : 212420 |
| BU ID | : FL-PAN |
| Case No. | : 421CV201MWMJF |
| Case Name | : Florida Rising Together vs. Laurel Lee |

# INVOICE

2 of 2





**PHIPPS REPORTING**

——— HEADQUARTERS ———
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888-811-3408    FAX 561-290-1595

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202033 | 11/3/2021 | 212420 |
| **Job Date** | **Case No.** | |
| 10/22/2021 | 421CV201MWMJF | |
| **Case Name** | | |
| Florida Rising Together vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michelle Montanaro
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

---

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$555.75** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Michelle Montanaro
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| Invoice No. | : 202033 |
|---|---|
| Invoice Date | : 11/3/2021 |
| **Total Due** | **: $555.75** |

Remit To: **Phipps Reporting, Inc.
1551 Forum Place
Building 200, Suite E
West Palm Beach, FL 33401**

| Job No. | : 212420 |
|---|---|
| BU ID | : FL-PAN |
| Case No. | : 421CV201MWMJF |
| Case Name | : Florida Rising Together vs. Laurel Lee |

# INVOICE

1 of 2

## PHIPPS REPORTING

—— HEADQUARTERS ——
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888-811-3408      FAX 561-290-1595
Phippsreporting.com      www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202129 | 11/3/2021 | 215105 |
| **Job Date** | **Case No.** | |
| 10/25/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| DEPOSITION TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Kenneth Mayer | | | | | |
| | 179.00 | Pages | @ | 4.900 | 877.10 |
| 5 Day Expedite | | | | | 438.55 |
| Deposition: First Hour | 1.00 | Hour(s) | @ | 115.000 | 115.00 |
| Deposition: Additional Hour(s) | 3.50 | Hour(s) | @ | 60.000 | 210.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Paperless delivery: One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| Web Conference | 1.00 | | @ | 100.000 | 100.00 |
| Kenneth Mayer- Exhibit | | | | | |
| Exhibits: Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits: E-Processing | 1.00 | | @ | 15.000 | 15.00 |
| **TOTAL DUE  >>>** | | | | | **$1,805.65** |

AFTER 12/18/2021 PAY                    $1,986.22

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement. Contact us immediately for billing corrections as no adjustments will be made after 30 days. Terms and Conditions that apply to all services and invoicing are located at

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Invoice No.   : 202129
Invoice Date  : 11/3/2021
**Total Due**    : **$2,013.30**

Remit To: **Phipps Reporting, Inc.**
          **1551 Forum Place**
          **Building 200, Suite E**
          **West Palm Beach, FL 33401**

Job No.     : 215105
BU ID       : FL-PAN
Case No.    : 421CV00186MWMAF
Case Name   : League of Women Voters of Florida, Inc. vs.
              Laurel Lee



PHIPPS REPORTING

——— HEADQUARTERS ———
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888-811-3108          FAX 561 250 1099

# INVOICE

2 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202129 | 11/3/2021 | 215105 |
| **Job Date** | **Case No.** | |
| 10/25/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| (−) **Payments/Credits:** | 0.00 |
|---|---|
| (+) **Finance Charges/Debits:** | 207.65 |
| (=) **New Balance:** | **$2,013.30** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| Invoice No. | : 202129 |
|---|---|
| Invoice Date | : 11/3/2021 |
| **Total Due** | : **$2,013.30** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| Job No. | : 215105 |
|---|---|
| BU ID | : FL-PAN |
| Case No. | : 421CV00186MWMAF |
| Case Name | : League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

1 of 2

## PHIPPS REPORTING

——— HEADQUARTERS ———
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202138 | 11/3/2021 | 215449 |
| **Job Date** | **Case No.** | |
| 10/26/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Benjamin Gibson
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | | | | | |
|---|---|---|---|---|---|
| VIDEO RECORDED DEPOSITION TRANSCRIPT OF: | | | | | |
| Wendy Link | 105.00 | Pages | @ | 5.100 | 535.50 |
| 5 Day Expedite | | | | | 267.75 |
| Deposition:  First Hour | 1.00 | Hour(s) | @ | 75.000 | 75.00 |
| Deposition:  Additional Hour(s) | 1.00 | Hour(s) | @ | 50.000 | 50.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Web Conference | 1.00 | | @ | 100.000 | 100.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| Wendy Link - Exhibits | | | | | |
| Exhibits:  Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits:  E-Processing | 1.00 | | @ | 15.000 | 15.00 |
| | **TOTAL DUE  >>>** | | | | **$1,093.25** |
| | AFTER 12/18/2021 PAY | | | | $1,202.58 |

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Benjamin Gibson
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | | |
|---|---|---|
| Invoice No. | : | 202138 |
| Invoice Date | : | 11/3/2021 |
| **Total Due** | : | **$1,093.25** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | | |
|---|---|---|
| Job No. | : | 215449 |
| BU ID | : | FL-PAN |
| Case No. | : | 421CV00186MWMAF |
| Case Name | : | League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

2 of 2

**PHIPPS REPORTING**

— HEADQUARTERS —
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888 811 3408     FAX 561 290 1686

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202138 | 11/3/2021 | 215449 |
| **Job Date** | **Case No.** | |
| 10/26/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Benjamin Gibson
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here: https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,093.25** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Benjamin Gibson
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| Invoice No. | : 202138 |
|---|---|
| Invoice Date | : 11/3/2021 |
| **Total Due** | **: $1,093.25** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| Job No. | : 215449 |
|---|---|
| BU ID | : FL-PAN |
| Case No. | : 421CV00186MWMAF |
| Case Name | : League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

1 of 2

**PHIPPS REPORTING**

——— HEADQUARTERS ———
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 866-811-3408          FAX 561-461-1550
billing@phipps.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202721 | 11/8/2021 | 214683 |
| **Job Date** | **Case No.** | |
| 10/28/2021 | 421CV201MWMJF | |
| **Case Name** | | |
| Florida Rising Together vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | | | | | |
|---|---|---|---|---|---|
| DEPOSITION TRANSCRIPT OF: | | | | | |
| Dr. Quentin Kidd | 292.00 | Pages | @ | 3.500 | 1,022.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| Dr. Quentin Kidd - Exhibits | | | | | |
| Exhibits:  E-Processing | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits:  Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |
| | **TOTAL DUE  >>>** | | | | **$1,087.00** |

AFTER 12/23/2021  PAY                    $1,195.70

Location of Job  : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM, FL

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Invoice No.   : 202721
Invoice Date  : 11/8/2021
**Total Due**    : **$1,087.00**

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

Job No.      : 214683
BU ID        : FL-NORTH
Case No.     : 421CV201MWMJF
Case Name    : Florida Rising Together vs. Laurel Lee

# INVOICE

2 of 2

## PHIPPS REPORTING

—— HEADQUARTERS ——
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

Tel: (561) 571-5079          FAX: 561 290 1596

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202721 | 11/8/2021 | 214683 |
| **Job Date** | **Case No.** | |
| 10/28/2021 | 421CV201MWMJF | |
| **Case Name** | | |
| Florida Rising Together vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

**(=) New Balance:**                    **$1,087.00**

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

Invoice No.    : 202721
Invoice Date   : 11/8/2021
**Total Due**      : **$1,087.00**

Remit To: **Phipps Reporting, Inc.**
          **1551 Forum Place**
          **Building 200, Suite E**
          **West Palm Beach, FL 33401**

Job No.     : 214683
BU ID       : FL-NORTH
Case No.    : 421CV201MWMJF
Case Name   : Florida Rising Together vs. Laurel Lee

# INVOICE

1 of 2

## PHIPPS REPORTING

──────── HEADQUARTERS ────────
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL 888-811-3408      FAX 561-760-1096
hello@phippsreporting.com   www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202443 | 11/4/2021 | 215108 |
| **Job Date** | **Case No.** | |
| 10/29/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| DEPOSITION TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Michael McDonald | 123.00 | Pages | @ | 4.900 | 602.70 |
| 4 Day Expedite | | | | | 361.62 |
| Deposition:  First Hour | 1.00 | Hour(s) | @ | 115.000 | 115.00 |
| Deposition:  Additional Hour(s) | 2.00 | Hour(s) | @ | 60.000 | 120.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| RUFF (realtime unedited file format) Draft | 86.00 | Pages | @ | 2.000 | 172.00 |
| Web Conference | 1.00 | | @ | 100.000 | 100.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| Michael McDonald- Exhibits | | | | | |
| Exhibits:  E-Processing | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits:  Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |
| **TOTAL DUE  >>>** | | | | | **$1,536.32** |

AFTER 12/19/2021  PAY             $1,689.95

Location of Job   : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS: Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | |
|---|---|
| Invoice No. | : 202443 |
| Invoice Date | : 11/4/2021 |
| **Total Due** | : **$1,536.32** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | |
|---|---|
| Job No. | : 215108 |
| BU ID | : FL-PAN |
| Case No. | : 421CV00186MWMAF |
| Case Name | : League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

2 of 2

**PHIPPS REPORTING**

—— HEADQUARTERS ——
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401
TEL: 888-811-3408    FAX: 561-790-1999

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202443 | 11/4/2021 | 215108 |
| **Job Date** | **Case No.** | |
| 10/29/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,536.32** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Frank Zacherl
Shutts & Bowen, L.L.P.
200 South Biscayne Boulevard
Suite 4100
Miami, FL 33131

| | | |
|---|---|---|
| Invoice No. | : | 202443 |
| Invoice Date | : | 11/4/2021 |
| **Total Due** | : | **$1,536.32** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | | |
|---|---|---|
| Job No. | : | 215108 |
| BU ID | : | FL-PAN |
| Case No. | : | 421CV00186MWMAF |
| Case Name | : | League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

1 of 2





| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202442 | 11/4/2021 | 214911 |
| **Job Date** | | **Case No.** |
| 10/29/2021 | | 421CV201MWMJF |
| **Case Name** | | |
| Florida Rising Together vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michelle Montanaro
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

---

DEPOSITION TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Dr. Dario Moreno | 88.00 | Pages | @ | 3.250 | 286.00 |
| 5 Day Expedite | | | | | 209.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| Dr. Dario Moreno  -  Exhibits | | | | | |
| Exhibits:  E-Processing | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits:  Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |

| | | |
|---|---|---|
| **TOTAL DUE  >>>** | | **$560.00** |
| AFTER 12/19/2021  PAY | | $616.00 |

Location of Job   : ALL PARTIES TO ATTEND VIA ZOOM, FL

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Michelle Montanaro
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | |
|---|---|
| Invoice No. | : 202442 |
| Invoice Date | : 11/4/2021 |
| **Total Due** | : **$560.00** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | |
|---|---|
| Job No. | : 214911 |
| BU ID | : FL-PAN |
| Case No. | : 421CV201MWMJF |
| Case Name | : Florida Rising Together vs. Laurel Lee |

# INVOICE





| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202442 | 11/4/2021 | 214911 |

| Job Date | Case No. |
|---|---|
| 10/29/2021 | 421CV201MWMJF |

| Case Name |
|---|
| Florida Rising Together vs. Laurel Lee |

| Payment Terms |
|---|
| Due upon receipt |

**PHIPPS REPORTING**

——— HEADQUARTERS ———
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

Michelle Montanaro
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$560.00** |

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Michelle Montanaro
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | | |
|---|---|---|
| Invoice No. | : | 202442 |
| Invoice Date | : | 11/4/2021 |
| **Total Due** | : | **$560.00** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | | |
|---|---|---|
| Job No. | : | 214911 |
| BU ID | : | FL-PAN |
| Case No. | : | 421CV201MWMJF |
| Case Name | : | Florida Rising Together vs. Laurel Lee |

# INVOICE

1 of 2

**PHIPPS REPORTING**

HEADQUARTERS
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

TEL (888) 811-3408    FAX (561) 790-1550
billing@phippsreporting.com    www.phippsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202621 | 11/5/2021 | 215525 |
| **Job Date** | **Case No.** | |
| 10/29/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Benjamin Gibson
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | | | | | |
|---|---|---|---|---|---|
| DEPOSITION TRANSCRIPT OF: | | | | | |
| C/R: Palm Beach SOE (Alison Novoa) | 199.00 | Pages | @ | 4.750 | 945.25 |
| 5 Day Expedite | | | | | 472.63 |
| Deposition:  First Hour | 1.00 | Hour(s) | @ | 75.000 | 75.00 |
| Deposition:  Additional Hour(s) | 3.00 | Hour(s) | @ | 50.000 | 150.00 |
| E-Litigation Package | 1.00 | | @ | 35.000 | 35.00 |
| Web Conference | 1.00 | | @ | 100.000 | 100.00 |
| Paperless delivery:  One tree will be planted in your honor! | 1.00 | | @ | 0.000 | 0.00 |
| C/R: Palm Beach SOE (Alison Novoa)  -  Exhibits | | | | | |
| Exhibits:  Hyperlinked to Transcript | 1.00 | | @ | 15.000 | 15.00 |
| Exhibits:  E-Processing | 1.00 | | @ | 15.000 | 15.00 |
| **TOTAL DUE  >>>** | | | | | **$1,807.88** |
| | | | | | |
| AFTER 12/20/2021  PAY | | | | | $1,988.67 |

Location of Job : ALL PARTIES TO ATTEND REMOTELY VIA ZOOM

Thank you for your business!

TERMS:  Payment is due upon receipt and is not contingent upon client reimbursement.  Contact us immediately for billing corrections as no adjustments will be made after 30 days.  Terms and Conditions that apply to all services and invoicing are located at

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Benjamin Gibson
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | |
|---|---|
| Invoice No. | : 202621 |
| Invoice Date | : 11/5/2021 |
| **Total Due** | **: $1,807.88** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | |
|---|---|
| Job No. | : 215525 |
| BU ID | : FL-PAN |
| Case No. | : 421CV00186MWMAF |
| Case Name | : League of Women Voters of Florida, Inc. vs. Laurel Lee |

# INVOICE

2 of 2

## PHIPPS REPORTING

—— HEADQUARTERS ——
1551 Forum Place, Suite 200-E
West Palm Beach, FL 33401

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 202621 | 11/5/2021 | 215525 |
| **Job Date** | **Case No.** | |
| 10/29/2021 | 421CV00186MWMAF | |
| **Case Name** | | |
| League of Women Voters of Florida, Inc. vs. Laurel Lee | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Benjamin Gibson
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

---

https://www.phippsreporting.com/services-all-services-services-information/ and are incorporated in this invoice by reference.

Pay your invoice here:  https://www.phippsreporting.com/invoice-payment-form/

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,807.88** |

---

**Tax ID:** 90-0628164

*Please detach bottom portion and return with payment.*

Benjamin Gibson
Shutts & Bowen, L.L.P.
215 South Monroe Street, Suite 804
Tallahassee, FL 32301

| | |
|---|---|
| Invoice No. | : 202621 |
| Invoice Date | : 11/5/2021 |
| **Total Due** | **: $1,807.88** |

Remit To: **Phipps Reporting, Inc.**
**1551 Forum Place**
**Building 200, Suite E**
**West Palm Beach, FL 33401**

| | |
|---|---|
| Job No. | : 215525 |
| BU ID | : FL-PAN |
| Case No. | : 421CV00186MWMAF |
| Case Name | : League of Women Voters of Florida, Inc. vs. Laurel Lee |