IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,**

    *Plaintiffs*,

v.                                                    Case No.:   **4:21cv186-MW/MAF**
                                                                            **4:21cv187-MW/MAF**
                                                                            **4:21cv201-MW/MAF**
                                                                            **4:21cv242-MW/MAF**

**CORD BYRD, et al.,**

    *Defendants.*
_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, the Secretary's and Attorney General's motions for extension of time to respond to Plaintiffs' motions for attorneys' fees in each of these four consolidated cases. ECF Nos. 791, 418, 377, and 333. This Court granted Plaintiffs' motions for entitlement to fees in late May. Plaintiffs were permitted until August 5, 2024,[1] to file their motions to determine the amount of fees to which they are entitled. Ordinarily, Defendants would have thirty days to respond to Plaintiffs' motions—placing their response deadline during the first week of September. N.D. Fla. Loc. R. 54.1(F) ("A party who opposes a motion

---

[1] Plaintiffs in Case No.: 4:21cv186 were granted an extension to file their motion by August 7, 2024.

to determine the fee amount must file within 30 days after the motion is served a memorandum specifically identifying any objection to the claimed amount.").

Given the extensive briefing at issue in Plaintiffs' fee motions, this Court understands that Defendants need more than thirty days to prepare their responses. Indeed, even Plaintiffs agreed to an extension up to October 21, 2024—affording Defendants an additional six weeks to prepare their responses. But Defendants now move for an additional 3.5 months of time to file their responses to Plaintiffs' motions on or before December 23, 2024, citing the multiple motions that require a response, the need to coordinate with the State's risk management team, and "other obligations," including administration of the August primary and November general elections.

Defendants have asked for too much and without sufficient justification. The Secretary's hired counsel is not responsible for administering any elections, nor has either Defendant pointed to any legal contest involving the upcoming election that hired counsel is responsible for prosecuting or defending. What's more, Attorney General Moody only has two motions—not four—to respond to. Moreover, responding to motions to determine fee amounts claimed by opposing counsel is not the sort of endeavor that necessarily requires time-consuming participation by the Secretary as compared to other inquiries. For example, if the issue involved discovery requests and scheduling multiple depositions that diverted the Secretary's

time and attention in the middle of the election cycle, this Court would understand why a longer extension may be necessary. But, as it stands, this Court is not persuaded that delaying Defendants' response deadline until the end of December is either necessary or prudent.

Accordingly, Defendants' motions, ECF Nos. 791, 418, 377, and 333 are **GRANTED in part and DENIED in part.** This Court will not extend the response deadlines to December 23, 2024. Instead, this Court finds that three months is more than enough time for Defendants to prepare and file their responses, absent any extenuating circumstances. For example, in the event election challenges are filed and counsel can identify that they are counsel of record with respect to those challenges, they may file a renewed motion for extension of time to respond to the motions for fees. But this Court will not unnecessarily extend the deadline by several months simply because folks are busy. Defendants' deadline to respond to Plaintiffs' motions is extended to **on or before Thursday, November 7, 2024.**

Finally, because the motions will remain pending for several more months before they are ripe for this Court's consideration, the Clerk is directed to **TERMINATE** the pending motions in these four cases—ECF Nos. 791, 418, 377,

and 333. The Clerk shall re-gavel these motions once Defendants have filed their responses on or before November 7, 2024.

**SO ORDERED on August 13, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
