UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al.,

    Plaintiffs,

v.

CORD BYRD, in his official capacity as Florida Secretary of State, et al.,

    Defendants,

and

REPUBLICAN NATIONAL COMMITTEE, and NATIONAL REPUBLICAN SENATORIAL COMMITTEE,

    Intervenor-Defendants.

Case No.:  4:21-cv-186-MW/MAF

## NOTICE OF ADDITIONAL CONFERENCE REGARDING LEAGUE PLAINTIFFS' MOTION TO DETERMINE AMOUNT OF ATTORNEY'S FEES, EXPERT FEES, AND LITIGATION EXPENSES

Pursuant to Local Rule 54.1(G), counsel for Plaintiffs League of Women Voters of Florida, Inc., League of Women Voters of Florida Education Fund, Inc., Black Voters Matter Fund, Inc., Florida Alliance for Retired Americans, Inc., Cecile Scoon, and Alan Madison ("League Plaintiffs") and counsel for Defendant Cord Byrd, in his official capacity as Florida Secretary of State and for Defendant Ashley

Moody, in her official capacity as Florida Attorney General[1] (collectively, the "Parties") have conferred in a good faith effort to resolve the dispute over the League Plaintiffs' Motion to Determine Amount of Attorney's Fees, Expert Fees, and Litigation Expenses (the "Motion"). The Parties have not reached any agreement to resolve the Motion on amount or on entitlement.

Respectfully submitted this 18th day of November, 2024.

| | |
|---|---|
| /s/ Frederick S. Wermuth | Bradley R. McVay (FBN 79034) |
| Frederick S. Wermuth | Deputy Secretary of State |
| Florida Bar No. 0184111 | Brad.McVay@dos.myflorida.com |
| Thomas A. Zehnder | Ashley E. Davis (FBN 48032) |
| Florida Bar No. 0063274 | Chief Deputy General Counsel |
| King, Blackwell, Zehnder | Ashley.Davis@dos.myflorida.com |
| & Wermuth, P.A. | FLORIDA DEPARTMENT OF STATE |
| P.O. Box 1631 | R.A. Gray Building, Suite 100 |
| Orlando, FL 32802-1631 | 500 South Bronough Street |
| Telephone: (407) 422-2472 | Tallahassee, Florida 32399 |
| Facsimile: (407) 648-0161 | Phone: (850) 245-6536 |
| fwermuth@kbzwlaw.com | Fax: (850) 245-6127 |
| tzehnder@kbzwlaw.com | |
| | /s/ Mohammad O. Jazil |
| David R. Fox* | Mohammad O. Jazil (FBN 72556) |
| ELIAS LAW GROUP LLP | Gary V. Perko (FBN 855898) |
| 250 Massachusetts Ave NW, Suite 400 | HOLTZMAN VOGEL BARAN |
| Washington, DC 20001 | TORCHINSKY & JOSEFIAK PLLC |
| Telephone: (202) 968-4490 | 119 South Monroe Street, Suite 500 |
| Facsimile: (202) 968-4498 | Tallahassee, Florida 32301 |
| dfox@elias.law | Phone: (850) 270-5938 |
| *Admitted *Pro Hac Vice* | Fax: (850) 741-1023 |
| | mjazil@holtzmanvogel.com |
| *Counsel for League Plaintiffs* | gperko@holtzmanvogel.com |

---

[1] The Court's Order Granting Plaintiffs' Motion to Determine Entitlement to Fees granted entitlement against the Secretary and Attorney General. ECF No. 784 at 12.

zbennington@holtzmanvogel.com

*Counsel for the Secretary*

/s/ William H. Stafford, III
William H. Stafford, III
Florida Bar No. 70394
Bilal A. Faruqui
Florida Bar No. 15212
Karen A. Brodeen
Florida Bar No. 512772
Rachel R. Siegel
Florida Bar No. 1029143
William Chorba
Florida Bar No. 58370
Office of the Attorney General
PL-01 The Capitol
Tallahassee, Florida 32399
Telephone: 850-414-3785
william.stafford@myfloridalegal.com
bilal.faruqui@myfloridalegal.com
karen.brodeen@myfloridalegal.com
rachel.siegel@myfloridalegal.com
william.chorba@myfloridalegal.com

*Counsel for Defendant Ashley Moody*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered to receive notifications.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No. 0184111

*Counsel for Plaintiffs*

3