IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et. al.,

    Plaintiffs,

v.                                                  Case No.: 4:21cv186-MW/MAF

CORD BYRD, in his official
capacity as Florida Secretary of
State, et al.,

    Defendants,
_____/

## JUDGMENT

Plaintiffs are entitled to judgment against Defendants in the amount of $210,458.99 in attorneys' fees and $2,156.50 in taxable costs for a total judgment in the amount of $212,615.49, for which sum let execution rest.

                                                    JESSICA J LYUBLANOVITS,
                                                    CLERK OF COURT

<u>February 24, 2025</u>                             s/ *Ronnie Barker*
DATE                                                DEPUTY CLERK