.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., et al., *Plaintiffs*, <br><br> v. <br><br> CORD BYRD, in his official capacity as Florida Secretary of State, et al., *Defendants*, <br><br> REPUBLICAN NATIONAL COMMITTEE and NATIONAL REPUBLICAN SENATORIAL COMMITTEE, *Intervenor-Defendants*. | No. 4:21-cv-186-MW-MAF |

## NOTICE OF APPEAL

Secretary of State Cord Byrd appeals to the U.S. Court of Appeals for the Eleventh Circuit from the order granting Plaintiffs' motion to determine entitlement to fees, Doc. 784, entered on May 23, 2024, order granting in part and denying in part Plaintiffs' motion to determine fee amount, Doc. 807, and fee judgment, Doc. 808, entered on February 24, 2025.

1

.

Dated: February 25, 2025                    Respectfully submitted,

                                              Bradley R. McVay (FBN 79034)
                                                Deputy Secretary of State
                                              Brad.McVay@dos.myflorida.com
                                              Ashley E. Davis (FBN 48032)
                                                Chief Deputy General Counsel
                                              Ashley.Davis@dos.myflorida.com
                                              FLORIDA DEPARTMENT OF STATE
                                              R.A. Gray Building, Suite 100
                                              500 South Bronough Street
                                              Tallahassee, Florida 32399
                                              Phone: (850) 245-6536
                                              Fax: (850) 245-6127

                                              */s/ Mohammad O. Jazil*
                                              Mohammad O. Jazil (FBN 72556)
                                              Gary V. Perko (FBN 855898)
                                              HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
                                              119 South Monroe Street, Suite 500
                                              Tallahassee, Florida 32301
                                              Phone: (850) 270-5938
                                              Fax: (850) 741-1023
                                              mjazil@holtzmanvogel.com
                                              gperko@holtzmanvogel.com
                                              zbennington@holtzmanvogel.com

                                              *Counsel for the Secretary*

.

## **CERTIFICATE OF SERVICE**

I certify that on February 25, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Mohammad O. Jazil<br>
Mohammad O. Jazil